# EXHIBIT 1

US012327166B1

(12) **United States Patent**
**Flinn et al.**

(10) **Patent No.: US 12,327,166 B1**
(45) **Date of Patent: *Jun. 10, 2025**

(54) **ITERATIVE ATTENTION-BASED NEURAL NETWORK TRAINING AND PROCESSING**

(71) Applicant: **Steven D. Flinn**, Sugar Land, TX (US)

(72) Inventors: **Steven Dennis Flinn**, Sugar Land, TX (US); **Naomi Felina Moneypenny**, Bellevue, WA (US)

(73) Assignee: **Steven D. Flinn**, Sugar Land, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/963,473**

(22) Filed: **Nov. 27, 2024**

**Related U.S. Application Data**

(63) Continuation of application No. 18/101,612, filed on Jan. 26, 2023, now Pat. No. 12,223,404, which is a continuation of application No. 16/660,908, filed on Oct. 23, 2019, now Pat. No. 11,593,708, which is a continuation of application No. 15/000,011, filed on Jan. 18, 2016, now Pat. No. 10,510,018, which is a continuation-in-part of application No. 14/816,439, filed on Aug. 3, 2015, now abandoned.

(51) **Int. Cl.**

| | |
|---|---|
| ***G06N 20/00*** | (2019.01) |
| ***G06F 40/211*** | (2020.01) |
| ***G06F 40/216*** | (2020.01) |
| ***G06F 40/30*** | (2020.01) |
| ***G06N 3/02*** | (2006.01) |
| ***G06N 3/045*** | (2023.01) |
| ***G06N 5/048*** | (2023.01) |

(52) **U.S. Cl.**
CPC ........... ***G06N 20/00*** (2019.01); ***G06F 40/211*** (2020.01); ***G06F 40/216*** (2020.01); ***G06F 40/30*** (2020.01); ***G06N 3/045*** (2023.01); ***G06N 5/048*** (2013.01); *G06N 3/02* (2013.01)

(58) **Field of Classification Search**
CPC ........ G06N 20/00; G06N 3/045; G06N 5/048; G06F 40/211; G06F 40/216; G06F 40/30
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2008/0249967 A1* 10/2008 Flinn ..................... G06N 20/00
706/11

OTHER PUBLICATIONS

Dong, Li, and Mirella Lapata. "Language to logical form with neural attention." arXiv preprint arXiv:1601.01280v1 (2016). (Year: 2016).*
List of References Considered by Examiner in U.S. Appl. No. 12/223,404, now Issued as U.S. Appl. No. 12/223,404B2, mail room dated Nov. 19, 2024 and Jul. 29, 2024.

* cited by examiner

*Primary Examiner* — Eric Nilsson

(57) **ABSTRACT**

An iterative attention-based neural network training and processing method and system iteratively applies a focus of attention of a trained neural network on syntactical elements and generates probabilities associated with representations of the syntactical elements, which in turn inform a subsequent focus of attention of the neural network, resulting in updated probabilities. The updated probabilities are then applied to generate syntactical elements for delivery to a user. The user may respond to the delivered syntactical elements, providing additional training information to the trained neural network.

**397 Claims, 18 Drawing Sheets**



Figure 1



user(s) (200)
adaptive system (100)
920
structural aspect (210)
content aspect (230)
usage aspect (220)
automatic or semi-automatic updating of structure
245
automatic or semi-automatic updating of content
246
adaptive recommendations function (240)
adaptive recommendations (250)
255
265
non-user (260)

Figure 2A




Figure 2B




Figure 2C



Figure 3


700
700a
fuzzy content network
718
34c2
content object
710c1
.2
content object
.8
.9
.8
710c3
content object
.3
.5
.4
.6
.1
.1
.2
.3
710t2
710t2
topic object
.4
topic object
.3
.1
.6
716
.4
.3
.1
.2
700b
fuzzy content network
.7
.7
700c
fuzzy content network

Figure 4A




Figure 4B




Figure 4C



Figure 5A



user(s) (200)
adaptive system (100D)
fuzzy content network (700)
content object
content object
content object
topic object
topic object
.2
.8
.9
.8
.3
.5
.4
.6
.1
.3
.1
.2
.4
.3
.1
.6
structural aspect (210D)
content aspect (230)
usage aspect (220)
automatic or semi-automatic updating of structure
245
automatic or semi-automatic updating of content
246
adaptive recommendations function (240)
adaptive recommendations (250)
255
265
non-user (260)

Figure 6


user(s) (200)
Adaptive Communications
Usage Behaviors
250c
920
Computer-based System (925)
User Behavior and Usage Pattern Framework (1000)
Entire Community Usage Patterns
1002
1006
Sub-Community A Usage Patterns
Sub-Community B Usage Patterns
1008
1004
Individual Usage Patterns
Sub-Community C Usage Patterns
1010

Figure 7


1050
Entire Community
Sub-Community A
1064
1069
Sub-Community C
1062
Sub-Community B
1070
Sub-Community E
1067
1068
1073
1066
Sub-Community D
1071
1072
1063
Process Participant
1065
.6 .6
.8 .1
.4 .5 .3
.2
.3 .4
.8 .6
.5 .2
.8 .8
.1 .3
.9
.2 .8
.5 .5
.2 .7
.4 .3
.9 .1

Figure 8


usage behavior information and inferences (220)
captured usage information (202)
usage behaviors (270)
usage behavior pre-processing (204)
usage behaviors categories (246)
usage behavior clusters (247)
usage behavioral patterns (248)

Figure 9


500
begin
Request user communication
510
Determine syntactical structure of the user communication
520
Select phrases in accordance with the syntactical structure of the user communication and phrase frequency distributions
530
Generate user communication
540
Evaluate communication recipient behaviors
550
Update phrase frequency distributions
560
done

Figure 10


2000
begin
2010
Evaluate changes to phrase frequency distributions
2020
Determine syntactical structure of the user communication of self-awareness
2030
Select self-aware phrases in accordance with the syntactical structure of the user communication and changes in phrase frequency distributions
2040
Generate self-aware user communication
2050
Evaluate communication recipient behaviors
2060
Update phrase frequency distributions
done

# Figure 11

3000

| Phrase Array (3010) | Phrase ID (3020) | Relative Frequency (3030) | Phrase (3040) | Phrase Attribute 1 (3050) | Phrase Attribute 2 (3060) |
|---|---|---|---|---|---|
| Array 1 | 1 | 1 | I've noticed you've been spending a lot of time with your profile lately ;-) | Sarcastic | User-attentive |
| Array 1 | 2 | 3 (3032) | It seems to me that you recently have been more interested in areas such as {1} | Business-like | User-attentive |
| Array 1 | 3 | 1 | I've noticed your colleagues have been very interested recently in {1}-related topics | Business-like | Socially-attentive |
| Array 1 | 4 | 5 | Null | Null | Null |
| Array 2 | 1 | 2 | I know this is probably silly of me | Humorous | Introspective |
| Array 2 | 2 | 1 | I often wonder why you | Inquisitive | User-attentive |

4000

| Phrase Array (4010) | Phrase ID (4020) | Relative Frequency (4030) | Phrase (4040) | Phrase Attribute 2 (4060) | Phrase Attribute 3 (4070) |
|---|---|---|---|---|---|
| Array 3 | 1 | 1 | You know, I sense that I have become a lot more fun loving since I met you | Introspective | Humorous |
| Array 3 | 2 | 2 | I feel like I take myself a lot less seriously when I'm around you | Introspective | Humorous |
| Array 3 | 3 | 10 | Null | Null | Null |
| Array 4 | 1 | 1 | I keep wondering why I've become increasingly self-absorbed of late | Introspective | Introspective |
| Array 4 | 2 | 1 | Null | Null | Null |

# Figure 12



Computer-based System (925)
User Communication Request (6000)
Phrase Arrays (5000)
Phrase Arrays (3000)
Syntax Rules (7500)
Generate Communication (7000)
Self-Aware Phrase Arrays (4000)
Monitor Behaviors of Communication Recipient (8000)
Update Phrase Array Frequency Distributions (9000)

Figure 13



Figure 14A


600
begin
610
Access a behavioral-based chain for a user comprising a subject (the user), predicate, and object triple
620
Identify a semantic chain that comprises a subject, predicate, and object triple, and in which the subject corresponds to the object of the predicate of the behavioral-based chain
630
Link the behavioral-based chain and the semantic chain to generate a composite chain
640
Identify any additional semantic chains to link to the composite chain
650
Perform an inference with respect to the user that is based on the composite chain and any probabilities that are associated with elements of the composite chain
240
Generate a recommendation based on the inference
done

Figure 14B


605
begin
615
Identify a second semantic chain that generalizes a first context that is associated with a first semantic chain.
625
Identify a second context that is different than the first context but that has a semantic relationship to the first context.
635
Generate a third semantic chain by applying the subject or predicate or variations thereof of the first semantic chain to the second context.
645
Determine if the frequency of the third semantic chain within an evaluative corpus of content is within an acceptable range.
655
Apply a probabilistic communication creativity tuning factor to determine the probability of communicating the third semantic chain.
250c
Generate a communication that includes the third semantic chain.
done

Figure 14C


660
begin
665
Prioritize potential focuses of attention and identify a focus of attention.
670
Identify one or more semantic or composite chains that are relevant to the focus of attention.
675
Evaluate uncertainties associated with the one or more relevant semantic or composite chains and determine the uncertainties to be reduced.
680
Identify and perform one or more actions that are expected to reduce the uncertainties.
685
Assess the results of the one or more actions and update the representations of uncertainties based on the assessment of the one or more actions.

Figure 14D


661
begin
Receive from an external or internal source a communication or image that comprises, or is associated with, one or more syntactical elements.
666
Determine which subsets of the syntactical elements likely represent objective reality by performing a search with respect to the one or more syntactical elements.
671
Identify one or more base images that best match the maximum subset of syntactical elements that are categorized as likely representing objective reality.
676
For each of the subsets of the syntactical elements that likely do not represent objective reality, determine a best-match image by performing a search.
681
Substitute or super-impose the images that best match the subset of syntactical elements that likely do not represent objective reality onto the base image(s), thereby generating an imaginative image.
686
Generate a chain, communication, or image based upon the imaginative image by directing a focus of attention of the computer-based system on the imaginative image.
691

Figure 15


810
Virtual Learning Environments
Formal Courses
Other Sources
Adaptive Discovery (informal learning)
250
815
Actors-Actions-Objects
805
Learning/ Education Plans
800
Learning Layer
Inferences from Actor-Action-Object Events and Object-to-Object Relationships
Actors-Actions-Objects
825
Actors-Actions-Objects
830
Learning Record System (LRS)
(Actor-Action-Object records)
850
Learning Management System (LMS)
925
820

# ITERATIVE ATTENTION-BASED NEURAL NETWORK TRAINING AND PROCESSING

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 18/101,612, filed on Jan. 26, 2023, which is a continuation of U.S. patent application Ser. No. 16/660,908, filed on Oct. 23, 2019, now U.S. Pat. No. 11,593,708, which is a continuation of U.S. patent application Ser. No. 15/000,011, filed on Jan. 18, 2016, now U.S. Pat. No. 10,510,018, which is a continuation-in-part of U.S. patent application Ser. No. 14/816,439, filed on Aug. 3, 2015, all of which are hereby incorporated by reference as if set forth herein in their entirety. The present application also incorporates by reference: U.S. patent application Ser. No. 14/497,645, filed on Sep. 26, 2014; U.S. Provisional Patent Application No. 61/884,224, filed Sep. 30, 2013, and U.S. Provisional Patent Application No. 61/929,432, filed Jan. 20, 2014, all of which are hereby incorporated by reference as if set forth herein in their entirety.

## FIELD OF THE INVENTION

This invention relates to systems and methods for incorporating semantic-based auto-learning capabilities within one or more computer-implemented systems.

## BACKGROUND OF THE INVENTION

Existing semantic-based approaches, using, for example, Resource Description Framework (RDF), can require significant manual effort, and do not adapt to usage. Thus there is a need for a system and method that enables such semantic-based approaches to automatically adapt to use, and further, to extend semantic-based approaches so as to enable the automatic generation of more engaging communications that embody characteristics lacking in existing semantic-based systems such as self-awareness, imagination, introspection, continuing streams of attention and reflection, and communicating creatively with metaphorical constructs and/or wit.

## SUMMARY OF THE INVENTION

In accordance with the embodiments described herein, a processor-based system, method, and apparatus that embodies automatically generated streams of attention and/or reflection, is disclosed.

Other features and embodiments will become apparent from the following description, from the drawings, and from the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of an adaptive system, according to some embodiments;

FIGS. **2**A, **2**B, and **2**C are block diagrams of the structural aspect, the content aspect, and the usage aspect of the adaptive system of FIG. **1**, according to some embodiments;

FIG. **3** is a block diagram of a fuzzy content network-based system, according to some embodiments;

FIGS. **4**A, **4**B, and **4**C are block diagrams of an object, a topic object, and a content object, according to some embodiments;

FIG. **5**A is a block diagram of a fuzzy content network-based adaptive system, according to some embodiments;

FIG. **6** is a block diagram of a computer-based system that enables adaptive communications, according to some embodiments;

FIG. **7** is a diagram illustrating user communities and associated relationships, according to some embodiments;

FIG. **8** is a block diagram of usage behavior processing functions of the computer-based system of FIG. **6**, according to some embodiments;

FIG. **9** is a flow diagram of an adaptive personality process, according to some embodiments;

FIG. **10** is a flow diagram of a self-aware personality process, according to some embodiments;

FIG. **11** is a diagram of exemplary data structures associated with the adaptive personality process and the self-aware personality process of FIGS. **9** and **10**, according to some embodiments;

FIG. **12** is a block diagram of major functions of an adaptive personality and self-aware personality system, according to some embodiments;

FIG. **13** is a diagram of various computing device topologies, according to some embodiments;

FIG. **14**A is a flow diagram of a process of integrating, and generating inferences from, behavioral-based chains and semantic chains, according to some embodiments;

FIG. **14**B is a flow diagram of a process of applying semantic context transfer to generate communications that embody a degree of creativity, according to some embodiments;

FIG. **14**C is a flow diagram of a closed-loop process of applying semantic-based chains and associated uncertainties to inform automatic actions that are in accordance with a focus of attention, according to some embodiments;

FIG. **14**D is a flow diagram of a closed-loop process of generating streams of imaginative images, according to some embodiments; and

FIG. **15** is a diagram of the integration of a learning layer system and a learning management system, according to some embodiments.

## DETAILED DESCRIPTION

In the following description, numerous details are set forth to provide an understanding of the present invention. However, it will be understood by those skilled in the art that the present invention may be practiced without these details and that numerous variations or modifications from the described embodiments may be possible.

Adaptive System

In some embodiments, the present invention may apply the methods and systems of an adaptive system as depicted by FIG. **1**. FIG. **1** is a generalized depiction of an adaptive system **100**, according to some embodiments. The adaptive system **100** includes three aspects: a structural aspect **210**, a usage aspect **220**, and a content aspect **230**. One or more users **200** interact with the adaptive system **100**. An adaptive recommendations function **240** may produce adaptive recommendations **250** based upon the user interactions, and the recommendations may be delivered to the user **200** or applied to the adaptive system **100**.

As used herein, one or more users **200** may be a single user or multiple users. As shown in FIG. **1**, the one or more users **200** may receive the adaptive recommendations **250**. Non-users **260** of the adaptive system **100** may also receive adaptive recommendations **250** from the adaptive system **100**.

A user **200** may be a human entity, a computer system, or a second adaptive system (distinct from the adaptive system **100**) that interacts with, or otherwise uses the adaptive system. The one or more users **200** may therefore include non-human "users" that interact with the adaptive system **100**. In particular, one or more other adaptive systems may serve as virtual system "users." Although not essential, these other adaptive systems may operate in accordance with the architecture of the adaptive system **100**. Thus, multiple adaptive systems may be mutual users of one another. The user **200** may also represent the adaptive system **100** itself as a means of representing interactions with itself (or among its constituent elements) or as a means for referencing its own behaviors as embodied in the usage aspect **220**.

It should be understood that the structural aspect **210**, the content aspect **230**, the usage aspect **220**, and the recommendations function **240** of the adaptive system **100**, and elements of each, may be contained within one processor-based device, or distributed among multiple processor-based devices, and wherein one or more of the processor-based devices may be portable. Furthermore, in some embodiments one or more non-adaptive systems may be transformed to one or more adaptive systems **100** by means of operatively integrating the usage aspect **220** and the recommendations function **240** with the one or more non-adaptive systems. In some embodiments the structural aspect **210** of a non-adaptive system may be transformed to a fuzzy network-based structural aspect **210** to provide a greater capacity for adaptation.

The term "computer system" or the term "system," without further qualification, as used herein, will be understood to mean either a non-adaptive or an adaptive system. Likewise, the terms "system structure" or "system content," as used herein, will be understood to refer to the structural aspect **210** and the content aspect **230**, respectively, whether associated with a non-adaptive system or the adaptive system **100**. The term "system structural subset" or "structural subset," as used herein, will be understood to mean a portion or subset of the elements of the structural aspect **210** of a system.

Structural Aspect

The structural aspect **210** of the adaptive system **100** is depicted in the block diagram of FIG. **2**A. The structural aspect **210** comprises a collection of system objects **212** that are part of the adaptive system **100**, as well as the relationships among the objects **214**, if they exist. The relationships among objects **214** may be persistent across user sessions, or may be transient in nature. The objects **212** may include or reference items of content, such as text, graphics, audio, video, interactive content, or embody any other type or item of computer-implemented information. The objects **212** may also include references, such as pointers, to content. Computer applications, executable code, or references to computer applications may also be stored as objects **212** in the adaptive system **100**. The content of the objects **212** is known herein as information **232**. The information **232**, though part of the object **214**, is also considered part of the content aspect **230**, as depicted in FIG. **2**B, and described below.

The objects **212** may be managed in a relational database, or may be maintained in structures such as, but not limited to, flat files, linked lists, inverted lists, hypertext networks, or object-oriented databases. The objects **212** may include meta-information **234** associated with the information **232** contained within, or referenced by the objects **212**.

As an example, in some embodiments, the World-wide Web could be considered a structural aspect, wherein web pages constitute the objects of the structural aspect and links between web pages constitute the relationships among the objects. Alternatively, or in addition, in some embodiments, the structural aspect could be composed of objects associated with an object-oriented programming language, and the relationships between the objects associated with the protocols and methods associated with interaction and communication among the objects in accordance with the object-oriented programming language.

The one or more users **200** of the adaptive system **100** may be explicitly represented as objects **212** within the system **100**, therefore becoming directly incorporated within the structural aspect **210**. The relationships among objects **214** may be arranged in a hierarchical structure, a relational structure (e.g. according to a relational database structure), or according to a network structure.

Content Aspect

The content aspect **230** of the adaptive system **100** is depicted in the block diagram of FIG. **2**B. The content aspect **230** comprises the information **232** contained in, or referenced by the objects **212** that are part of the structural aspect **210**. The content aspect **230** of the objects **212** may include text, graphics, audio, video, and interactive forms of content, such as applets, tutorials, courses, demonstrations, modules, or sections of executable code or computer programs. The one or more users **200** interact with the content aspect **230**.

The content aspect **230** may be updated based on the usage aspect **220**, as well as associated metrics. To achieve this, the adaptive system **100** may use or access information from other systems. Such systems may include, but are not limited to, other computer systems, other networks, such as the World Wide Web, multiple computers within an organization, other adaptive systems, or other adaptive recombinant systems. In this manner, the content aspect **230** benefits from usage occurring in other environments.

Usage Aspect

The usage aspect **220** of the adaptive system **100** is depicted in the block diagram of FIG. **2**C, although it should be understood that the usage aspect **220** may also exist independently of adaptive system **100** in some embodiments. The usage aspect **220** denotes captured usage information **202**, further identified as usage behaviors **270**, and usage behavior pre-processing **204**. The usage aspect **220** thus reflects the tracking, storing, categorization, and clustering of the use and associated usage behaviors of the one or more users **200** interacting with, or being monitored by, the adaptive system **100**. Applying usage behavioral information **202**, including, but not limited to the usage behavioral information described by Table 1, to generate relationships or affinities **214** among objects **212** may be termed "behavioral indexing" herein.

The captured usage information **202**, known also as system usage or system use **202**, may include any user behavior **920** exhibited by the one or more users **200** while using the system. The adaptive system **100** may track and store user key strokes and mouse clicks, for example, as well as the time period in which these interactions occurred (e.g., timestamps), as captured usage information **202**. From this captured usage information **202**, the adaptive system **100** identifies usage behaviors **270** of the one or more users **200** (e.g., a web page access or email transmission). Finally, the usage aspect **220** includes usage-behavior pre-processing, in which usage behavior categories **249**, usage behavior clusters **247**, and usage behavioral patterns **248** are formulated for subsequent processing of the usage behaviors **270** by the adaptive system **100**. Non-limiting examples of the usage behaviors **270** that may be processed by the adaptive system

**100**, as well as usage behavior categories **249** designated by the adaptive system **100**, are listed in Table 1, and described in more detail, below.

The usage behavior categories **249**, usage behaviors clusters **247**, and usage behavior patterns **248** may be interpreted with respect to a single user **200**, or to multiple users **200**; the multiple users may be described herein as a community, an affinity group, or a user segment. These terms are used interchangeably herein. A community is a collection of one or more users, and may include what is commonly referred to as a "community of interest." A sub-community is also a collection of one or more users, in which members of the sub-community include a portion of the users in a previously defined community. Communities, affinity groups, and user segments are described in more detail, below.

Usage behavior categories **249** include types of usage behaviors **270**, such as accesses, referrals to other users, collaboration with other users, and so on. These categories and more are included in Table 1, below. Usage behavior clusters **247** are groupings of one or more usage behaviors **270**, either within a particular usage behavior category **249** or across two or more usage categories. The usage behavior pre-processing **204** may also determine new clusterings of user behaviors **270** in previously undefined usage behavior categories **249**, across categories, or among new communities. Usage behavior patterns **248**, also known as "usage behavioral patterns" or "behavioral patterns," are also groupings of usage behaviors **270** across usage behavior categories **249**. Usage behavior patterns **248** are generated from one or more filtered clusters of captured usage information **202**.

The usage behavior patterns **248** may also capture and organize captured usage information **202** to retain temporal information associated with usage behaviors **270**. Such temporal information may include the duration or timing of the usage behaviors **270**, such as those associated with reading or writing of written or graphical material, oral communications, including listening and talking, and/or monitored behaviors such as physiological responses, physical (i.e., geographic) location, and environmental conditions local to the user **200**. The usage behavioral patterns **248** may include segmentations and categorizations of usage behaviors **270** corresponding to a single user of the one or more users **200** or according to multiple users **200** (e.g., communities or affinity groups). The communities or affinity groups may be previously established, or may be generated during usage behavior pre-processing **204** based on inferred usage behavior affinities or clustering. Usage behaviors **270** may also be derived from the use or explicit preferences **252** associated with other adaptive or non-adaptive systems.

Adaptive Recommendations

As shown in FIG. **1**, the adaptive system **100** generates adaptive recommendations **250** using the adaptive recommendations function **240**. The adaptive recommendations **250**, or suggestions, enable users to more effectively use and/or navigate the adaptive system **100**.

The adaptive recommendations **250** are presented as structural subsets of the structural aspect **210**, which may comprise an item of content, multiple items of content, a representation of one or more users, and/or a user activity or stream of activities. The recommended content or activities may include information generated automatically by a processor-based system or device, such as, for example, by a process control device. A recommendation may comprise a spatial or temporal sequence of objects. The adaptive recommendations **250** may be in the context of a currently conducted activity of the system **100**, a current position while navigating the structural aspect **210**, a currently accessed object **212** or information **232**, or a communication with another user **200** or another system. The adaptive recommendations **250** may also be in the context of a historical path of executed system activities, accessed objects **212** or information **232**, or communications during a specific user session or across user sessions. The adaptive recommendations **250** may be without context of a current activity, currently accessed object **212**, current session path, or historical session paths. Adaptive recommendations **250** may also be generated in response to direct user requests or queries, including search requests. Such user requests may be in the context of a current system navigation, access or activity, or may be outside of any such context and the recommended content sourced from one or more systems. The adaptive recommendations **250** may comprise advertising or sponsored content. The adaptive recommendations **250** may be delivered through any computer-implemented means, including, but not limited to delivery modes in which the recommendation recipient **200**, **260** can read and/or listen to the recommendation **250**.

Fuzzy Content Network

In some embodiments, the structural aspect **210** of the adaptive system **100**, comprises a specific type of fuzzy network, a fuzzy content network. A fuzzy content network **700** is depicted in FIG. **3**. The fuzzy content network **700** may include multiple content sub-networks, as illustrated by the content sub-networks **700***a*, **700***b*, and **700***c*, and fuzzy content network **700** includes "content," "data," or "information," packaged in objects **710**. Details about how the object works internally may be hidden. In FIG. **4**A, for example, the object **710** includes meta-information **712** and information **714**. The object **710** thus encapsulates information **714**.

Another benefit to organizing information as objects is known as inheritance. The encapsulation of FIG. **4**A, for example, may form discrete object classes, with particular characteristics ascribed to each object class. A newly defined object class may inherit some of the characteristics of a parent class. Both encapsulation and inheritance enable a rich set of relationships between objects that may be effectively managed as the number of individual objects and associated object classes grows.

In the content network **700**, the objects **710** may be either topic objects **710***t* or content objects **710***c*, as depicted in FIGS. **4**B and **4**C, respectively. Topic objects **710***t* are encapsulations that contain meta-information **712***t* and relationships to other objects (not shown), but do not contain an embedded pointer to reference associated information. The topic object **710***t* thus essentially operates as a "label" to a class of information. The topic object **710** therefore just refers to "itself" and the network of relationships it has with other objects **710**. People may be represented as topic objects or content objects in accordance with some embodiments.

Content objects **710***c*, as shown in FIG. **4**C, are encapsulations that optionally contain meta-information **712***c* and relationships to other objects **710** (not shown). Additionally, content objects **710***c* may include either an embedded pointer to information or the information **714** itself (hereinafter, "information **714**").

The referenced information **714** may include files, text, documents, articles, images, audio, video, multi-media, software applications and electronic or magnetic media or signals. Where the content object **714***c* supplies a pointer to information, the pointer may be a memory address. Where

the content network **700** encapsulates information on the Internet, the pointer may be a Uniform Resource Locator (URL).

The meta-information **712** supplies a summary or abstract of the object **710**. So, for example, the meta-information **712***t* for the topic object **710***t* may include a high-level description of the topic being managed. Examples of meta-information **712***t* include a title, a sub-title, one or more descriptions of the topic provided at different levels of detail, the publisher of the topic meta-information, the date the topic object **710***t* was created, and subjective attributes such as the quality, and attributes based on user feedback associated with the referenced information. Meta-information may also include a pointer to referenced information, such as a uniform resource locator (URL), in one embodiment.

The meta-information **712***c* for the content object **710***c* may include relevant keywords associated with the information **714**, a summary of the information **714**, and so on. The meta-information **712***c* may supply a "first look" at the objects **710***c*. The meta-information **712***c* may include a title, a sub-title, a description of the information **714**, the author of the information **714**, the publisher of the information **714**, the publisher of the meta-information **712***c*, and the date the content object **710***c* was created, as examples. As with the topic object **710***t*, meta-information for the content object **710***c* may also include a pointer.

In FIG. **3**, the content sub-network **700***a* is expanded, such that both content objects **710***c* and topic objects **710***t* are visible. The various objects **710** of the content network **700** are interrelated by degrees using relationships **716** (unidirectional and bidirectional arrows) and relationship indicators **718** (values). Each object **710** may be related to any other object **710**, and may be related by a relationship indicator **718**, as shown. Thus, while information **714** is encapsulated in the objects **710**, the information **714** is also interrelated to other information **714** by a degree manifested by the relationship indicators **718**.

The relationship indicator **718** is a type of affinity comprising a value associated with a relationship **716**, the value typically comprising a numerical indicator of the relationship between objects **710**. Thus, for example, the relationship indicator **718** may be normalized to between 0 and 1, inclusive, where 0 indicates no relationship, and 1 indicates a subset or maximum relationship. Or, the relationship indicators **718** may be expressed using subjective descriptors that depict the "quality" of the relationship. For example, subjective descriptors "high," "medium," and "low" may indicate a relationship between two objects **710**.

The relationship **716** between objects **710** may be bi-directional, as indicated by the double-pointing arrows. Each double-pointing arrow includes two relationship indicators **718**, one for each "direction" of the relationships between the objects **710**.

As FIG. **3** indicates, the relationships **716** between any two objects **710** need not be symmetrical. That is, topic object **710***t***1** has a relationship of "0.3" with content object **710***c***2**, while content object **710***c***2** has a relationship of "0.5" with topic object **710***t***1**. Furthermore, the relationships **716** need not be bi-directional-they may be in one direction only. This could be designated by a directed arrow, or by simply setting one relationship indicator **718** of a bi-directional arrow to "0," the null relationship value.

The content networks **700**A, **700**B, **700**C may be related to one another using relationships of multiple types and associated relationship indicators **718**. For example, in FIG. **3**, content sub-network **700***a* is related to content sub-network **700***b* and content sub-network **700***c*, using relationships of multiple types and associated relationship indicators **718**. Likewise, content sub-network **700***b* is related to content sub-network **700***a* and content sub-network **700***c* using relationships of multiple types and associated relationship indicators **718**.

Individual content and topic objects **710** within a selected content sub-network **700***a* may be related to individual content and topic objects **710** in another content sub-network **700***b*. Further, multiple sets of relationships of multiple types and associated relationship indicators **718** may be defined between two objects **710**.

For example, a first set of relationships **716** and associated relationship indicators **718** may be used for a first purpose or be available to a first set of users while a second set of relationships **716** and associated relationship indicators **718** may be used for a second purpose or available to a second set of users. For example, in FIG. **3**, topic object **710***t***1** is bi-directionally related to topic object **710***t***2**, not once, but twice, as indicated by the two double arrows. An indefinite number of relationships **716** and associated relationship indicators **718** may therefore exist between any two objects **710** in the fuzzy content network **700**. The multiple relationships **716** may correspond to distinct relationship types. For example, a relationship type might be the degree an object **710** supports the thesis of a second object **710**, while another relationship type might be the degree an object **710** disconfirms the thesis of a second object **710**. The content network **700** may thus be customized for various purposes and accessible to different user groups in distinct ways simultaneously.

The relationships among objects **710** in the content network **700**, as well as the relationships between content networks **700***a* and **700***b*, may be modeled after fuzzy set theory. Each object **710**, for example, may be considered a fuzzy set with respect to all other objects **710**, which are also considered fuzzy sets. The relationships among objects **710** are the degrees to which each object **710** belongs to the fuzzy set represented by any other object **710**. Although not essential, every object **710** in the content network **700** may conceivably have a relationship with every other object **710**.

The topic objects **710***t* may encompass, and may be labels for, very broad fuzzy sets of the content network **700**. The topic objects **710***t* thus may be labels for the fuzzy set, and the fuzzy set may include relationships to other topic objects **710***t* as well as related content objects **710***c*. Content objects **710***c*, in contrast, typically refer to a narrower domain of information in the content network **700**.

The adaptive system **100** of FIG. **1** may operate in association with a fuzzy content network environment, such as the one depicted in FIG. **3**. In FIG. **5**A, an adaptive system **100**D includes a structural aspect **210**D that is a fuzzy content network. Thus, adaptive recommendations **250** generated by the adaptive system **100**D are also structural subsets that may themselves comprise fuzzy content networks.

In some embodiments a computer-implemented fuzzy network or fuzzy content network **700** may be represented in the form of vectors or matrices in a computer-implemented system, and where the vectors or matrices may be represented in the form of computer-implemented data structures such as, but not limited to, relational databases. For example, the relationship indicators **718** or affinities among topics may be represented as topic-to-topic affinity vectors ("TTAV"). The relationship indicators **718** or affinities among content objects may be represented as content-to-content affinity vectors ("CCAV"). The relationship indicators **718** or affinities among content object and topic objects

may be represented as content-to-topic affinity vectors ("CTAV"), which is also sometimes referred to an object-to-topic affinity vector ("OTAV") herein.

Further, affinity vectors between a user **200** and objects of a fuzzy network or fuzzy content network **700** may be generated. For example, a member (i.e., user)-to-topic affinity vector ("MTAV") may be generated in accordance with some embodiments (and an exemplary process for generating an MTAV is provided elsewhere herein). In some embodiments an affinity vector ("MMAV") between a specific user and other users **200** may be generated derivatively from MTAVs and/or other affinity vectors (and an exemplary process for generating an MMAV is provided elsewhere herein). In some embodiments a member-topic expertise vector (MTEV) is generated, which is defined as a vector of inferred member or user **200** expertise level values, wherein each value corresponds to an expertise level corresponding to a topic.

One or more of object **212** relationship mappings **214** represented by TTAVs, CCAVs, CTAVs (or OTAVs), MTAVs or MTEVs may be the result of the behavioral indexing of a structural aspect **210** (that is not necessarily fuzzy network-based) in conjunction with a usage aspect **220** and an adaptive recommendations function **240**.

In some embodiments, indexes generated from information **232** within objects **212** may be applied to populate an MTAV and/or MTEV, and/or to modify an existing MTAV and/or MTEV. Computer-implemented algorithms may be applied to index objects **212** such that for each object **212** a vector or vectors comprising one or more constituent elements, such as words, phrases, or concepts, is generated, along with a numerical weight or value corresponding to each constituent element, wherein each of the corresponding weights is indicative of the inferred importance or relevance of each of the associated constituent elements with respect to the associated indexed object **212**. By way of a non-limiting example, such a vector or vectors may be generated by a search engine function during the process of indexing the contents **232** of an object **212**. This vector of constituent elements and associated weights or values, hereinafter called an "object contents vector," or "OCV," may be generated using pattern detection and/or statistical techniques such as Bayesian analytic approaches and/or or other statistical pattern matching and/or statistical learning techniques such as support vector machines, as are known by those skilled in the art. For example, word or phrase frequencies within an object **212** comprising a document will typically influence the OCV, as may the position of words or phrases within an object **212**. These object contents-indexing techniques may further apply more general linguistic data such as word and phrase frequencies for a given language, synonym tables, and/or other lexicon-based information in generating OCVs.

In some embodiments, a system may track a user's **200** behaviors **920**, including, but not limited to, the behaviors described by Table 1, and map them to the OCVs of a collection of objects **212**. Constituent elements of the OCVs of objects that are inferred from the tracked behaviors **920** to be of particular interest to one or more users **200** or to have some other inferred quality of interest are then identified. These inferences may be based on the relative number of occurrences of constituent elements among objects that are inferred to be interest to a user, as well as in accordance with the weights or values associated with these constituent elements and their associated OCVs. For example, everything else being equal, constituent elements (or synonyms) of OCVs that occur frequently among the objects that are inferred to be of high interest to a user and that have relatively high relevance weightings in the OCVs are favored for identification.



These one or more identified constituent elements may then be transformed via, for example, application of appropriate lexicon-based information and techniques into, or directly serve without transformation as, topics **710***t* with associated weights in the user's MTAV and/or MTEV, wherein the associated weights are calculated in accordance with the inferred degree of affinity **214** between the user **200** and the objects **212** from which the associated OCVs are sourced. This process can be iteratively executed to continue to expand or refine the MTAV as additional or alternative sets of behaviors **920** are applied to OCVs of the same, additional, or different sets of object **212**, enabling continuously improved capabilities for personalization.

In some embodiments a multi-dimensional mathematical construct or space may be generated based on one or more of the affinity vectors. By way of a non-limiting example, topics may represent each dimension of a multi-dimensional space. Calculations of distances between objects and/or users in the multi-dimensional space, and clusters among objects and/or users, may be determined by applying mathematical algorithms to the multi-dimensional space and its elements. These calculations may be used by the adaptive system **100** in generating recommendations and/or in clustering elements of the space.

In some embodiments one or more topics **710***t* and/or relationship indicators **718** may be generated automatically by evaluating candidate clusters of content objects **710***c* based on behavioral information **920** and/or the matching of information within the content objects **710***c*, wherein the matching is performed, for example, through the application of probabilistic, statistical, and/or neural network-based techniques.

User Behavior and Usage Framework

FIG. **6** depicts a usage framework **1000** for performing preference and/or intention inferencing of tracked or monitored usage behaviors **920** by one or more computer-based systems **925**. The one or more computer-based systems **925** may comprise an adaptive system **100**. The usage framework **1000** summarizes the manner in which usage patterns are managed within the one or more computer-based systems **925**. Usage behavioral patterns associated with an entire community, affinity group, or segment of users **1002** are captured by the one or more computer-based systems **925**. In another case, usage patterns specific to an individual are captured by the one or more computer-based systems **925**. Various sub-communities of usage associated with users may also be defined, as for example "sub-community A" usage patterns **1006**, "sub-community B" usage patterns **1008**, and "sub-community C" usage patterns **1010**.

Memberships in the communities are not necessarily mutually exclusive, as depicted by the overlaps of the sub-community A usage patterns **1006**, sub-community B usage patterns **1008**, and sub-community C usage patterns **1010** (as well as and the individual usage patterns **1004**) in the usage framework **1000**. Recall that a community may include a single user or multiple users. Sub-communities may likewise include one or more users. Thus, the individual usage patterns **1004** in FIG. **6** may also be described as representing the usage patterns of a community or a sub-community. For the one or more computer-based systems **925**, usage behavior patterns may be segmented among communities and individuals so as to effectively enable adaptive communications **250***c* delivery for each sub-community or individual.

The communities identified by the one or more computer-based systems **925** may be determined through self-selection, through explicit designation by other users or external administrators (e.g., designation of certain users as "experts"), or through automatic determination by the one or more computer-based systems **925**. The communities themselves may have relationships between each other, of multiple types and values. In addition, a community may be composed not of human users, or solely of human users, but instead may include one or more other computer-based systems, which may have reason to interact with the one or more computer-based systems **925**. Or, such computer-based systems may provide an input into the one or more computer-based systems **925**, such as by being the output from a search engine. The interacting computer-based system may be another instance of the one or more computer-based systems **925**.

The usage behaviors **920** included in Table 1 may be categorized by the one or more computer-based systems **925** according to the usage framework **1000** of FIG. **6**. For example, categories of usage behavior may be captured and categorized according to the entire community usage patterns **1002**, sub-community usage patterns **1006**, and individual usage patterns **1004**. The corresponding usage behavior information may be used to infer preferences and/or intentions and interests at each of the user levels.

Multiple usage behavior categories shown in Table 1 may be used by the one or more computer-based systems **925** to make reliable inferences of the preferences and/or intentions and/or intentions of a user with regard to elements, objects, or items of content associated with the one or more computer-based systems **925**. There are likely to be different preference inferencing results for different users.

As shown in FIG. **6**, the one or more computer-based systems **925** delivers adaptive communications to the user **200**. These adaptive communications **250***c* may include adaptive recommendations **250** and/or associated explanations for the recommendations, or may be other types of communications to the user **200**, including sponsored recommendations. In some embodiments the adaptive communications **250***c* comprise one or more phrases, where phrases can comprise one or more words. The adaptive communications **250***c* may be delivered to the user **200**, for example, in a written form, an audio form, or a combination of these forms.

By introducing different or additional behavioral characteristics, such as the duration of access of, or monitored or inferred attention toward, an object, a more adaptive communication **250***c* is enabled. For example, duration of access or attention will generally be much less correlated with navigational proximity than access sequences will be, and therefore provide a better indicator of true user preferences and/or intentions and/or intentions. Therefore, combining access sequences and access duration will generally provide better inferences and associated system structural updates than using either usage behavior alone. Effectively utilizing additional usage behaviors as described above will generally enable increasingly effective system structural updating. In addition, the one or more computer-based systems **925** may employ user affinity groups to enable even more effective system structural updating than are available merely by applying either individual (personal) usage behaviors or entire community usage behaviors.

Furthermore, relying on only one or a limited set of usage behavioral cues and signals may more easily enable potential "spoofing" or "gaming" of the one or more computer-based systems **925**. "Spoofing" or "gaming" the one or more computer-based systems **925** refers to conducting consciously insincere or otherwise intentional usage behaviors **920** so as to influence the costs of advertisements **910** of the one or more computer-based systems **925**. Utilizing broader sets of system usage behavioral cues and signals may lessen the effects of spoofing or gaming. One or more algorithms may be employed by the one or more computer-based systems **925** to detect such contrived usage behaviors, and when detected, such behaviors may be compensated for by the preference and interest inferencing algorithms of the one or more computer-based systems **925**.

In some embodiments, the one or more computer-based systems **925** may provide users **200** with a means to limit the tracking, storing, or application of their usage behaviors **920**. A variety of limitation variables may be selected by the user **200**. For example, a user **200** may be able to limit usage behavior tracking, storing, or application by usage behavior category described in Table 1. Alternatively, or in addition, the selected limitation may be specified to apply only to particular user communities or individual users **200**. For example, a user **200** may restrict the application of the full set of her usage behaviors **920** to preference or interest inferences by one or more computer-based systems **925** for application to only herself, and make a subset of process behaviors **920** available for application to users only within her workgroup, but allow none of her process usage behaviors to be applied by the one or more computer-based systems **925** in making inferences of preferences and/or intentions and/or intentions or interests for other users.

User Communities

As described above, a user associated with one or more systems **925** may be a member of one or more communities of interest, or affinity groups, with a potentially varying degree of affinity associated with the respective communities. These affinities may change over time as interests of the user **200** and communities evolve over time. The affinities or relationships among users and communities may be categorized into specific types. An identified user **200** may be considered a member of a special sub-community containing only one member, the member being the identified user. A user can therefore be thought of as just a specific case of the more general notion of user or user segments, communities, or affinity groups.

FIG. **7** illustrates the affinities among user communities and how these affinities may automatically or semi-automatically be updated by the one or more computer-based systems **925** based on user preferences and/or intentions which are derived from user behaviors **920**. An entire community **1050** is depicted in FIG. **7**. The community may extend across organizational, functional, or process boundaries. The entire community **1050** includes sub-community A **1064**, sub-community B **1062**, sub-community C **1069**, sub-community D **1065**, and sub-community E **1070**. A user **1063** who is not part of the entire community **1050** is also featured in FIG. **7**.

Sub-community B **1062** is a community that has many relationships or affinities to other communities. These relationships may be of different types and differing degrees of relevance or affinity. For example, a first relationship **1066** between sub-community B **1062** and sub-community D **1065** may be of one type, and a second relationship **1067** may be of a second type. (In FIG. **7**, the first relationship **1066** is depicted using a double-pointing arrow, while the second relationship **1067** is depicted using a unidirectional arrow.)

The relationships **1066** and **1067** may be directionally distinct, and may have an indicator of relationship or affinity

associated with each distinct direction of affinity or relationship. For example, the first relationship **1066** has a numerical value **1068**, or relationship value, of "0.8." The relationship value **1068** thus describes the first relationship **1066** between sub-community B **1062** and sub-community D **1065** as having a value of 0.8.

The relationship value may be scaled as in FIG. **7** (e.g., between 0 and 1), or may be scaled according to another interval. The relationship values may also be bounded or unbounded, or they may be symbolically represented (e.g., high, medium, low).

The user **1063**, which could be considered a user community including a single member, may also have a number of relationships to other communities, where these relationships are of different types, directions and relevance. From the perspective of the user **1063**, these relationship types may take many different forms. Some relationships may be automatically formed by the one or more computer-based systems **925**, for example, based on explicit or inferred interests, geographic location, or similar traffic/usage patterns. Thus, for example the entire community **1050** may include users in a particular city. Some relationships may be context-relative. For example, a community to which the user **1063** has a relationship could be associated with a certain process, and another community could be related to another process. Thus, sub-community E **1070** may be the users associated with a product development business to which the user **1063** has a relationship **1071**; sub-community B **1062** may be the members of a cross-business innovation process to which the user **1063** has a relationship **1073**; sub-community D **1065** may be experts in a specific domain of product development to which the user **1063** has a relationship **1072**. The generation of new communities which include the user **1063** may be based on the inferred interests of the user **1063** or other users within the entire community **1050**.

The one or more computer-based systems **925** may automatically generate communities, or affinity groups, based on user behaviors **920** and associated preference inferences. In addition, communities may be identified by users, such as administrators of the process or sub-process instance **930**. Thus, the one or more computer-based systems **925** utilizes automatically generated and manually generated communities.

Users **200** or communities may be explicitly represented as elements or objects **212** within the one or more computer-based systems **925**. An object **212** representing a user **200** may include self-profiling information that is explicitly provided by the user **200**. This user descriptive information may include, but are not limited to, for example, a photo or avatar, relationships to other people, subjects of interest, and affiliations.

Preference and/or Intention Inferences

The usage behavior information and inferences function **220** of the one or more computer-based systems **925** is depicted in the block diagram of FIG. **8**. In embodiments where computer-based systems **925** is an adaptive system **100**, then usage behavior information and inferences function **220** is equivalent to the usage aspect **220** of FIG. **1**. The usage behavior information and inferences function **220** denotes captured usage information **202**, further identified as usage behaviors **270**, and usage behavior pre-processing **204**. The usage behavior information and inferences function **220** thus reflects the tracking, storing, classification, categorization, and clustering of the use and associated usage behaviors **920** of the one or more users or users **200** interacting with the one or more computer-based systems **925**.



The captured usage information **202**, known also as system usage or system use **202**, includes any interaction by the one or more users or users **200** with the system, or monitored behavior by the one or more users **200**. The one or more computer-based systems **925** may track and store user key strokes and mouse clicks or other device controller information, for example, as well as the time period in which these interactions occurred (e.g., timestamps), as captured usage information **202**. From this captured usage information **202**, the one or more computer-based systems **925** identifies usage behaviors **270** of the one or more users **200** (e.g., web page access or physical location changes of the user). Finally, the usage behavior information and inferences function **220** includes usage-behavior pre-processing, in which usage behavior categories **246**, usage behavior clusters **247**, and usage behavioral patterns **248** are formulated for subsequent processing of the usage behaviors **270** by the one or more computer-based systems **925**. Some usage behaviors **270** identified by the one or more computer-based systems **925**, as well as usage behavior categories **246** designated by the one or more computer-based systems **925**, are listed in Table 1, and are described in more detail below.

The usage behavior categories **246**, usage behaviors clusters **247**, and usage behavior patterns **248** may be interpreted with respect to a single user **200**, or to multiple users **200**, in which the multiple users may be described herein as a community, an affinity group, or a user segment. These terms are used interchangeably herein. A community is a collection of one or more users, and may include what is commonly referred to as a "community of interest." A sub-community is also a collection of one or more users, in which members of the sub-community include a portion of the users in a previously defined community. Communities, affinity groups, and user segments are described in more detail, below.

Usage behavior categories **246** include types of usage behaviors **270**, such as accesses, referrals to other users, collaboration with other users, and so on. These categories and more are included in Table 1. Usage behavior clusters **247** are groupings of one or more usage behaviors **270**, either within a particular usage behavior category **246** or across two or more usage categories. The usage behavior pre-processing **204** may also determine new "clusterings" of user behaviors **270** in previously undefined usage behavior categories **246**, across categories, or among new communities. Usage behavior patterns **248**, also known as "usage behavioral patterns" or "behavioral patterns," are also groupings of usage behaviors **270** across usage behavior categories **246**. Usage behavior patterns **248** are generated from one or more filtered clusters of captured usage information **202**.

The usage behavior patterns **248** may also capture and organize captured usage information **202** to retain temporal information associated with usage behaviors **270**. Such temporal information may include the duration or timing of the usage behaviors **270**, such as those associated with reading or writing of written or graphical material, oral communications, including listening and talking, or physical location of the user **200**, potentially including environmental aspects of the physical location(s). The usage behavioral patterns **248** may include segmentations and categorizations of usage behaviors **270** corresponding to a single user of the one or more users **200** or according to multiple users **200** (e.g., communities or affinity groups). The communities or

affinity groups may be previously established, or may be generated during usage behavior pre-processing **204** based on inferred usage behavior affinities or clustering.

User Behavior Categories

In Table 1, a variety of different user behaviors **920** are identified that may be assessed by the one or more computer-based systems **925** and categorized. The usage behaviors **920** may be associated with the entire community of users, one or more sub-communities, or with individual users of the one of more computer-based applications **925**.

TABLE 1

Usage behavior categories and usage behaviors

| usage behavior category | usage behavior examples |
|---|---|
| navigation and access | activity, content and computer application accesses, including buying/selling |
| | paths of accesses or click streams |
| | execution of searches and/or search history |
| subscription and self-profiling | personal or community subscriptions to, or following of, topical areas |
| | interest and preference self-profiling |
| | following other users |
| | filters |
| | affiliation self-profiling (e.g., job function) |
| collaborative | referral to others |
| | discussion forum activity |
| | direct communications (voice call, messaging) |
| | content contributions or structural alterations |
| | linking to another user |
| reference | personal or community storage and tagging |
| | personal or community organizing of stored or tagged information |
| direct feedback | user ratings of activities, content, computer applications and automatic recommendations |
| | user comments |
| physiological responses | direction of gaze |
| | brain patterns |
| | blood pressure |
| | heart rate |
| | voice modulation |
| | facial expression |
| | kinetic expression of limbs such as tension, posture or movement |
| | expression of other users in the group |
| environmental conditions and location | current location |
| | location over time |
| | relative location to users/object references |
| | current time |
| | current weather condition |

A first category of process usage behaviors **920** is known as system navigation and access behaviors. System navigation and access behaviors include usage behaviors **920** such as accesses to, and interactions with computer-based applications and content such as documents, Web pages, images, videos, TV channels, audio, radio channels, multi-media, interactive content, interactive computer applications and games, e-commerce applications, or any other type of information item or system "object." These process usage behaviors may be conducted through use of a keyboard, a mouse, oral commands, or using any other input device. Usage behaviors **920** in the system navigation and access behaviors category may include, but are not limited to, the viewing, scrolling through, or reading of displayed information, typing written information, interacting with online objects orally, or combinations of these forms of interactions with computer-based applications. This category includes the explicit searching for information, using, for example, a search engine. The search term may be in the form of a word or phrase to be matched against documents, pictures, web-pages, or any other form of on-line content. Alternatively, the search term may be posed as a question by the user.

System navigation and access behaviors may also include executing transactions, including commercial transactions, such as the buying or selling of merchandise, services, or financial instruments. System navigation and access behaviors may include not only individual accesses and interactions, but the capture and categorization of sequences of information or system object accesses and interactions over time.

A second category of usage behaviors **920** is known as subscription and self-profiling behaviors. Subscriptions may be associated with specific topical areas or other elements of the one or more computer-based systems **925**, or may be associated with any other subset of the one or more computer-based systems **925**. "Following" is another term that may be used for a subscription behavior—i.e., following a topic is synonymous with subscribing to a topic. Subscriptions or following behaviors may also be with regard to other users—the subscriber or follower receives activity streams of the subscribed to or followed user. A user's following behavior is distinguished from a linking behavior with regard to another user in that a following relationship is asymmetric, while a linking (e.g., "friending") relationship is typically symmetric (and hence linking is considered in the collaborative behavior category herein). Subscriptions may thus indicate the intensity of interest with regard to elements of the one or more computer-based systems **925**. The delivery of information to fulfill subscriptions may occur online, such as through activity streams, electronic mail (email), on-line newsletters, XML or RSS feeds, etc., or through physical delivery of media.

Self-profiling refers to other direct, persistent (unless explicitly changed by the user) indications explicitly designated by the one or more users regarding their preferences and/or intentions and interests, or other meaningful attributes. A user **200** may explicitly identify interests or affiliations, such as job function, profession, or organization, and preferences and/or intentions, such as representative skill level (e.g., novice, business user, advanced). Self-profiling enables the one or more computer-based systems **925** to infer explicit preferences and/or intentions of the user. For example, a self-profile may contain information on skill levels or relative proficiency in a subject area, organizational affiliation, or a position held in an organization. A user **200** that is in the role, or potential role, of a supplier or customer may provide relevant context for effective adaptive e-commerce applications through self-profiling. For example, a potential supplier may include information on products or services offered in his or her profile. Self-profiling information may be used to infer preferences and/or intentions and interests with regard to system use and associated topical areas, and with regard to degree of affinity with other user community subsets. A user may identify preferred methods of information receipt or learning style, such as visual or audio, as well as relative interest levels in other communities.

A third category of usage behaviors **920** is known as collaborative behaviors. Collaborative behaviors are interactions among the one or more users. Collaborative behaviors may thus provide information on areas of interest and intensity of interest. Interactions including online referrals of elements or subsets of the one or more computer-based systems **925**, such as through email, whether to other users or to non-users, are types of collaborative behaviors obtained by the one or more computer-based systems **925**.

Other examples of collaborative behaviors include, but are not limited to, online discussion forum activity, contributions of content or other types of objects to the one or more computer-based systems **925**, posting information that is then received by subscribers, categorizing subscribers so as to selectively broadcast information to subscribers, linking to another user, or any other alterations of the elements, objects or relationships among the elements and objects of one or more computer-based systems **925**. Collaborative behaviors may also include general user-to-user communications, whether synchronous or asynchronous, such as email, instant messaging, interactive audio communications, and discussion forums, as well as other user-to-user communications that can be tracked by the one or more computer-based systems **925**.

A fourth category of process usage behaviors **920** is known as reference behaviors. Reference behaviors refer to the marking, designating, saving or tagging of specific elements or objects of the one or more computer-based systems **925** for reference, recollection or retrieval at a subsequent time. An indicator such as "like" is a reference behavior when used as a tag for later retrieval of associated information. Tagging may include creating one or more symbolic expressions, such as a word or words (e.g., a hashtag), associated with the corresponding elements or objects of the one or more computer-based systems **925** for the purpose of classifying the elements or objects. The saved or tagged elements or objects may be organized in a manner customizable by users. The referenced elements or objects, as well as the manner in which they are organized by the one or more users, may provide information on inferred interests of the one or more users and the associated intensity of the interests.

A fifth category of process usage behaviors **920** is known as direct feedback behaviors. Direct feedback behaviors include ratings or other indications of perceived quality by individuals of specific elements or objects of the one or more computer-based systems **925**, or the attributes associated with the corresponding elements or objects. The direct feedback behaviors may therefore reveal the explicit preferences and/or intentions of the user. In the one or more computer-based systems **925**, the recommendations **250** may be rated by users **200**. This enables a direct, adaptive feedback loop, based on explicit preferences and/or intentions specified by the user. Direct feedback also includes user-written comments and narratives associated with elements or objects of the computer-based system **925**.

A sixth category of process usage behaviors is known as physiological responses. These responses or behaviors are associated with the focus of attention of users and/or the intensity of the intention, or any other aspects of the physiological responses of one or more users **200**. For example, the direction of the visual gaze of one or more users may be determined. This behavior can inform inferences associated with preferences and/or intentions or interests even when no physical interaction with the one or more computer-based systems **925** is occurring. Even more direct assessment of the level of attention may be conducted through access to the brain patterns or signals associated with the one or more users. Such patterns of brain functions during participation in a process can inform inferences on the preferences and/or intentions or interests of users, and the intensity of the preferences and/or intentions or interests. The brain patterns assessed may include MRI images, brain wave patterns, relative oxygen use, or relative blood flow by one or more regions of the brain.



Physiological responses may include any other type of physiological response of a user **200** that may be relevant for making preference or interest inferences, independently, or collectively with the other usage behavior categories. Other physiological responses may include, but are not limited to, utterances, vocal range, intensity and tempo, gestures, movements, or body position. Attention behaviors may also include other physiological responses such as breathing rate, heart rate, temperature, blood pressure, or galvanic response.

A seventh category of process usage behaviors is known as environmental conditions and physical location behaviors. Physical location behaviors identify geographic location and mobility behaviors of users. The location of a user may be inferred from, for example, information associated with a Global Positioning System or any other position or location-aware system or device, or may be inferred directly from location information input by a user (e.g., inputting a zip code or street address, or through an indication of location on a computer-implemented map), or otherwise acquired by the computer-based systems **925**. The physical location of physical objects referenced by elements or objects of one or more computer-based systems **925** may be stored for future reference. Proximity of a user to a second user, or to physical objects referenced by elements or objects of the computer-based application, may be inferred. The length of time, or duration, at which one or more users reside in a particular location may be used to infer intensity of interests associated with the particular location, or associated with objects that have a relationship, such as proximity, to the physical location. Derivative mobility inferences may be made from location and time data, such as the direction of the user, the speed between locations or the current speed, the likely mode of transportation used, and the like. These derivative mobility inferences may be made in conjunction with geographic contextual information or systems, such as through interaction with digital maps or map-based computer systems. Environmental conditions may include the time of day, the weather, temperature, the configuration of physical elements or objects in the surrounding physical space, lighting levels, sound levels, and any other condition of the environment around the one or more users **200**.

In addition to the usage behavior categories depicted in Table 1, usage behaviors may be categorized over time and across user behavioral categories. Temporal patterns may be associated with each of the usage behavioral categories. Temporal patterns associated with each of the categories may be tracked and stored by the one or more computer-based systems **925**. The temporal patterns may include historical patterns, including how recently an element, object or item of content associated with one or more computer-based systems **925**. For example, more recent behaviors may be inferred to indicate more intense current interest than less recent behaviors.

Another temporal pattern that may be tracked and contribute to derive preference inferences is the duration associated with the access or interaction with, or inferred attention toward, the elements, objects or items of content of the one or more computer-based systems **925**, or the user's physical proximity to physical objects referenced by system objects of the one or more computer-based systems **925**, or the user's physical proximity to other users. For example, longer durations may generally be inferred to indicate greater interest than short durations. In addition, trends over time of the behavior patterns may be captured to enable more effective inference of interests and relevancy. Since delivered recommendations may include one or more elements, objects or items of content of the one or more

computer-based systems **925**, the usage pattern types and preference inferencing may also apply to interactions of the one or more users with the delivered recommendations **250** themselves, including accesses of, or interactions with, explanatory information regarding the logic or rationale that the one more computer-based systems **925** used in deciding to deliver the recommendation to the user.

Adaptive Communications Generation

In some embodiments, adaptive communications **250***c* or recommendations **250** may be generated for the one or more users **200** through the application of affinity vectors.

For example, in some embodiments, Member-Topic Affinity Vectors (MTAVs) may be generated to support effective recommendations, wherein for a user or registered member **200** of the one or more computer-based systems **925** a vector is established that indicates the relative affinity (which may be normalized to the [0,1] continuum) the member has for one or more object sub-networks the member has access to. For computer-based systems **925** comprising a fuzzy content network-based structural aspect, the member affinity values of the MTAV may be in respect to topic networks.

So in general, for each identified user, which can be termed a registered member in some embodiments, e.g., member M, a hypothetical MTAV could be of a form as follows:

MTAV for Member M

| Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|
| 0.35 | 0.89 | 0.23 | 0.08 | . . . | 0.14 |

The MTAV will therefore reflect the relative interests of a user with regard to all N of the accessible topics. This type of vector can be applied in two major ways:

A. To serve as a basis for generating adaptive communications **250***c* or recommendations **250** to the user **200**

B. To serve as a basis for comparing the interests with one member **200** with another member **200**, and to therefore determine how similar the two members are

In some embodiments, an expertise vector (MTEV) may be used as a basis for generating recommendations of people with appropriately inferred levels of expertise, rather than, or in addition to, using an MTAV as in the exemplary examples herein. That is, the values of an MTEV correspond to inferred levels of expertise, rather than inferred levels of interests, as in the case of an MTAV.

To generate a MTAV or MTEV, any of the behaviors of Table 1 may be utilized. For example, in some embodiments the following example behavioral information may be used in generating an MTAV:

1) The topics the member has subscribed to received updates

2) The topics the member has accessed directly

3) The accesses the member has made to objects that are related to each topic

4) The saves or tags the member has made of objects that are related to each topic

This behavioral information is listed above in a generally reverse order of importance from the standpoint of inferring member interests; that is, access information gathered over a significant number of accesses or over a significant period of time will generally provide better information than subscription information, and save information is typically more informative of interests than just accesses.

The following fuzzy network structural information may also be used to generate MTAV values:

5) The relevancies of each content object to each topic

6) The number of content objects related to each topic

Personal topics that are not shared with other users **200** may be included in MTAV calculations. Personal topics that have not been made publicly available cannot be subscribed to by all other members, and so could in this regard be unfairly penalized versus public topics. Therefore for the member who created the personal topic and co-owners of that personal topic, in some embodiments the subscription vector to may be set to "True," i.e. 1. There may exist personal topics that are created by a member **200** and that have never been seen or contributed to by any other member. This may not otherwise affect the recommendations **250** since the objects within that personal topic may be accessible by other members, and any other relationships these objects have to other topics will be counted toward accesses of these other topics.

In some embodiments the first step of the MTAV calculation is to use information 1-4 above to generate the following table or set of vectors for the member, as depicted in the following hypothetical example:

TABLE 2

| Member 1 Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 1 | 1 | 0 | 0 | | 1 |
| Topic Accesses | 14 | 3 | 57 | 0 | | 8 |
| Weighted Accesses | 112 | 55 | 23 | 6 | | 43 |
| Weighted Saves | 6 | 8 | 4 | 0 | . . . | 2 |

The Subscriptions vector of Table 2 contains either a 1 if the member has subscribed to a topic or is the owner/co-owner of a personal topic or a 0 if the member has not subscribed to the topic. The Topic Accesses vector contains the number of accesses to that topic's explore page by the member to a topic over a period of time, for example, the preceding 12 months.

The Weighted Accesses vector of Table 1 contains the number of the member's (Member 1) accesses over a specified period of time of each object multiplied by the relevancies to each topic summed across all accessed objects. (So for example, if Object 1 has been accessed 10 times in the last 12 months by Member 1 and it is related to Topic 1 by 0.8, and Object 2 has been accessed 4 times in the last 12 months by Member 1 and is related to Topic 1 at relevancy level 0.3, and these are the only objects accessed by Member 1 that are related to Topic 1, then Topic 1 would contain the value 10*0.8+4*0.3=9.2).

The Weighted Saves vector of Table 1 works the same way as the Weighted Accesses vector, except that it is based on Member 1's object save data instead of access data.

In some embodiments, topic object saves are counted in addition to content object saves. Since a member saving a topic typically is a better indicator of the member's interest in the topic than just saving an object related to the said topic, it may be appropriate to give more "credit" for topic saves than just content object saves. For example, when a user saves a topic object, the following process may be applied:

If the Subscriptions vector indicator is not already set to "1" for this topic in Table 1, it is set to "1". (The

advantage of this is that even if the topic has been saved before 12 months ago, the user will still at least get subscription "credit" for the topic save even if they don't get credit for the next two calculations).

In exactly the same way as a saved content object, a credit is applied in the Weighted Accesses vector of Table 2 based on the relevancies of other topics to the saved topic. A special "bonus" weighting in the Weighted Accesses vector of Table 2 may be applied with respect to the topic itself using the weighting of "10"—which means a topic save is worth at least as much as 10 saves of content that are highly related to that topic.

The next step is to make appropriate adjustments to Table 1. For example, it may be desirable to scale the Weighted Accesses and Weighted Saves vectors by the number of objects that is related to each topic. The result is the number of accesses or saves per object per topic. This may be a better indicator of intensity of interest because it is not biased against topics with few related objects. However, per object accesses/saves alone could give misleading results when there are very few accesses or saves. So as a compromise, the formula that is applied to each topic, e.g., Topic N, may be a variation of the following in some embodiments:

((Weighted Accesses for Topic N)/(Objects related to Topic N))*Square Root(Weighted Accesses for Topic N)

This formula emphasizes per object accesses, but tempers this with a square root factor associated with the absolute level of accesses by the member. The result is a table, Table 2A, of the form:

TABLE 2A

| Member 1 Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 1 | 1 | 0 | 0 | | 1 |
| Topic Accesses | 14 | 3 | 57 | 0 | | 8 |
| Weighted Accesses | 9.1 | 12 | 3.2 | 0.6 | | 2.3 |
| Weighted Saves | 0.9 | 1.3 | 1.1 | 0 | . . . | 0.03 |

In some embodiments, the next step is to transform Table 2A into a MTAV. In some embodiments, indexing factors, such as the following may be applied:

| Topic Affinity Indexing Factors | Weight |
|---|---|
| Subscribe Indexing Factor | 10 |
| Topic Indexing Factor | 20 |
| Accesses Indexing Factor | 30 |
| Save Indexing Factor | 40 |

These factors have the effect of ensuring normalized MTAV values ranges (e.g. 0-1 or 0-100) and they enable more emphasis on behaviors that are likely to provide relatively better information on member interests. In some embodiments, the calculations for each vector of Table 1A are transformed into corresponding Table 2 vectors as follows:

1. Table 3 Indexed Subscriptions for a topic by Member 1=Table 2A Subscriptions for a topic*Subscribe Indexing Factor
2. Table 3 Indexed Direct Topic Accesses by Member 1=Table 2A Topic Accesses*Topic Indexing Factor
3. Table 3 Indexed Accesses for a topic by Member 1=((Table 2A Weighted Accesses for a topic by Member 1)/(Max (Weighted Accesses of all Topics by Member 1)))*Accesses Indexing Factor
4. Table 3 Indexed Saves for a topic by Member 1=((Table 2A Weighted Saves for a topic by Member 1)/(Max (Weighted Saves of all Topics by Member 1)))*Saves Indexing Factor

The sum of these Table 3 vectors results in the MTAV for the associated member **200** as shown in the hypothetical example of Table 3 below:

TABLE 3

| Member 1 Indexed Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 0 | 10 | 10 | 10 | | 10 |
| Topic Accesses | 5 | 1 | 20 | 0 | | 8 |
| Weighted Accesses | 11 | 1 | 30 | 12 | | 6 |
| Weighted Saves | 0 | 10 | 40 | 1 | | 2 |
| Member 1 MTAV | 16 | 22 | 100 | 23 | . . . | 26 |

In some embodiments, member-to-member affinities can be derived by comparing the MTAVs of a first member **200** and a second member **200**. Statistical operators and metrics such as correlation coefficients or cosine similarity may be applied to derive a sense of the distance between members in n-dimensional topic affinity space, where there are N topics. Since different users may have access to different topics, the statistical correlation for a pair of members is preferentially applied against MTAV subsets that contain only the topics that both members have access to. In this way, a member-to-member affinity vector (MMAV) can be generated for each member or user **200**, and the most similar members, the least similar members, etc., can be identified for each member **200**. In some embodiments, a member-to-member expertise vector (MMEV) may be analogously generated by comparing the MTEVs of a pair of users **200** and applying correlation methods.

With the MTAVs, MMAVs, and Most Similar Member information available, a set of candidate objects to be recommended can be generated in accordance with some embodiments. These candidate recommendations may, in a later processing step, be ranked, and the highest ranked to candidate recommendations will be delivered to the recommendation recipient **200**,**260**. Recall that recommendations **250** may be in-context of navigating the system **925** or out-of-context of navigating the system **925**.

A variation of the out-of-context recommendation process may be applied for in-context recommendations, where the process places more emphasis of the "closeness" of the objects to the object being viewed in generating candidate recommendation objects.

For both out-of-context and in-context recommendations, a ranking process may be applied to the set of candidate objects, according to some embodiments. The following is an exemplary set of input information that may be used to calculate rankings.

1. Editor Rating: If there is no editor rating for the object, this value is set to a default
2. Community Rating (If there is no community rating for the object, this value can be set to a default)
3. Popularity: Indexed popularity (e.g., number of views) of the object.
4. Change in Popularity: Difference in indexed popularity between current popularity of the object and the object's popularity some time ago

5. Influence: Indexed influence of the object, where the influence of an object is calculated recursively based on the influence of other objects related to said object, weighted by the degree of relationship to said object, and where the initial setting of influence of an object is defined as its popularity.
6. Author's Influence: Indexed influence of the highest influence author (based on the sum of the influences of the author's content) of the content referenced by the object
7. Publish Date: Date of publication of the object
8. Selection Sequence Type: An indicator the sequence step in which the candidate object was selected
9. Object Affinity to MTAV: The indexed vector product of the Object-Topic Affinity Vector (OTAV) and the MTAV. The values of the OTAV are just the affinities or relevancies between the object and each topic, which may be derived from behavioral and/or contents indexing processes.

A ranking is then developed based on applying a mathematical function to some or all or input items listed directly above, and/or other inputs not listed above. In some embodiments, user or administrator-adjustable weighting or tuning factors may be applied to the raw input values to tune the object ranking appropriately. These recommendation preference settings may be established directly by the user, and remain persistent across sessions until updated by the user, in some embodiments.

Some non-limiting examples of weighting factors that can be applied dynamically by a user **200** or administrator are as follows:

1. Change in Popularity ("What's Hot" factor)
2. Recency Factor
3. Object Affinity to MTAV (personalization factor)

Another example tuning factor that may be applied by a user **200** or administrator is contextual affinity, which is the degree of affinity of the object that is providing the context for the recommendation and its affinity to other objects, wherein the affinities are determined by means, for example, of applying its CTAV, or by comparison of its OCV to the OCVs of other objects. These weighting factors could take any value (but might be typically in the 0-5 range) and could be applied to associated ranking categories to give the category disproportionate weightings versus other categories. They can provide control over how important, for example, change in popularity, freshness of content, and an object's affinity with the member's MTAV are in ranking the candidate objects.

The values of the weighting factors are combined with the raw input information associated with an object to generate a rating score for each candidate object. The objects can then be ranked by their scores, and the highest scoring set of X objects, where X is a defined maximum number of recommended objects, can be selected for deliver to a recommendation recipient **200**,**260**. In some embodiments, scoring thresholds may be set and used in addition to just relative ranking of the candidate objects. The scores of the one or more recommended objects may also be used by the computer-based system **925** to provide to the recommendation recipient a sense of confidence in the recommendation. Higher scores would warrant more confidence in the recommendation of an object than would lower scores.

In some embodiments other types of recommendation tuning factors may be applied by a user **200** or administrator. For example, the scope of a social network, such as degrees of separation, may be adjusted so as to influence the recommendations **250**, and/or relationship types or categories of social relationships may be selected to tune recommendations **250**. Recommendation recipients **200** or administrators may also or alternatively be able to restrict objects **212** representing other specified users **200** from being recommended, or restrict objects authored or otherwise having an affiliation with other specified users.

In some embodiments the scope of geography or distance from a current location, including, but not limited to, the expected time to travel from the existing location to one or more other locations, may be tuned or adjusted so as to influence recommendations **250**. The expected time to travel may be a function of the actual or inferred mode of transportation of the recommendation recipient, road conditions, traffic conditions, and/or environmental conditions such as the weather. The specification of scope of geography, distance, and/or time-to-travel may be via an automated monitoring or inference of the recommendation recipient's current location, or may be via an explicit indication of location by the recommendation recipient through entering a location designation such as a zip code, or by indicating a location on a graphical representation of geography, for example, by indication location on a computer-implemented map display.

Other tuning factors that may be applied to influence recommendations **250** include the ability for the recommendation recipient to select a recommendation recipient mood or similar type of "state of mind" self-assessment that influences the generation of a recommendation. For example, a recommendation recipient might indicate the current state of mind is "busy," and less frequent and more focused recommendations **250** could be generated as a consequence.

For recommendations of people, recommendation recipients **200** can tune the recommendations **255** they receive by the degree of similarity of interests for one or more topics, according to some embodiments. Similarly, recommendation recipients may tune recommendations of people by the degree of difference in their level of expertise for one or more topics versus other users. This can be beneficial, for example, when a recommendation recipient seeks to receive recommendations of other people who have greater levels of expertise than themselves for one or more topics, but not too much greater levels of expertise.

In some embodiments, another type of tuning that may be applied by a user or administrator relates to the degree to which the capacity for enhanced serendipity is incorporated within the recommendation generating function **240** of the adaptive system **100**.

In some embodiments a serendipity function comprises an interest anomaly function that identifies contrasting affinities between a first user's MTAV and a second user's MTAV. Situations in which the first user's MTAV and the second user's MTAV have contrasting values associated with one or more topical areas, but wherein the two MTAVs otherwise have a higher than typical level similarity (as determined a vector similarity function such as, but not limited to, cosine similarity or correlation coefficient functions), present the opportunity for preferentially recommending objects **212** with a relatively high affinity to the topical areas associated with the contrasting MTAV affinities. More specifically, for two users **200** that have a relatively high level of similarity based on a comparison of their entire MTAVs, if the affinity values of the first user's MTAV corresponding to one or more topical areas is relatively high, and the affinity values of the second user's MTAV corresponding to the one or more topical areas is relatively low, then one or more objects **212**

with relatively high OTAV values associated with the one or more topical areas may be preferentially recommended to the second user.

In some embodiments, the amount and/or quality of usage behavioral information on which the respective MTAV affinity values of the two users is based may additionally influence the generated recommendation **250**. Specifically, in the above example, if the affinity values of the second user's MTAV corresponding to the one or more topical areas are relatively low and there is relatively little behavioral information on which said affinity values are based, then there is even greater motivation to recommend one or more objects **212** with relatively high OTAV values associated with the one or more topical areas to the second user. This is because there is incrementally greater value in learning more about the user's interest than if the low affinities were based on inferences from a larger body of behavioral information, as well as there being a less likelihood of providing a recommendation **250** that is truly not of interest to the user.

In some embodiments, then, a general method of generating beneficially serendipitous recommendations combines the contrasting of topical affinities among users **200** and the relative confidence levels in the topical contrasting affinities. This approach provides a "direction" for generating recommendations that are further from inferred interests that would otherwise be generated. Besides direction, a serendipity function may also include a "distance" factor and a probability factor. That is, according to some embodiments generating serendipity can be thought of as exploring other areas of a multi-dimensional interest landscape, where the best inference based on historical behavioral information is a (local) maximum on the landscape. The serendipity function can be thought of as performing a "jump" on the interest landscape, where the jump is in a specified direction, for a specified distance, and performed with a specified frequency or probability. One or more of these serendipity distance, direction, and probability parameters may be tunable by a user **200** or administrator in accordance with some embodiments.

In some embodiments the serendipity function may include applying a degree of randomization in addition to, or instead of, applying the interest anomaly function. This randomization function may be applied when selecting objects **212** from a set of candidate objects to be recommended to a recommendation recipient rather than simply relying on deterministic scoring means. In such embodiments the serendipity tuning function can be used by a user **200** or administrator to control the degree to which delivered recommendations **255** deviate from the recommendations that would otherwise be delivered using purely deterministic means.

The serendipity distance may be generated in accordance with a mathematical function. In some embodiments, the distance and/or probability factors may be generated in accordance with a power law distribution—as a non-limiting example, the distance and/or probability factors may be in accordance with a Levy Walk function.

It should be understood that other recommendation tuning controls may be provided that are not explicitly described herein.

Knowledge and Expertise Discovery

Knowledge discovery and expertise discovery refer to "learning layer" functions that generate content recommendations and people recommendations **250**, respectively.

For expertise discovery, there are at least two categories of people that may be of interest to other people within a user community:

1. People who have similar interest or expertise profiles to the recommendation recipient, which may be calculated, for example, in accordance with MMAVs and MMEVs.
2. People who are likely to have the most, or complementary levels of, expertise in specified topical areas

Expertise discovery functions deliver recommendations **250** within a navigational context of the recommendation recipient **200**, or without a navigational context. In some embodiments, a person or persons may be recommended consistent with the "navigational neighborhood," which may be in accordance with a topical neighborhood that the recommendation recipient **200** is currently navigating. The term "navigating" as used herein should be understood to most generally mean the movement of the user's **200** attention from one object **212** to another object **212** while interacting with, or being monitored by, a computer-implemented user interface (wherein the user interface may be visual, audio and/or kinesthetic-based). Entering a search term, for example, is an act of navigating, as is browsing or scrolling through an activity stream or news feed through use of a mouse, keyboard, and/or gesture detection sensor.

In some embodiments expertise may be determined through a combination of assessing the topical neighborhood in conjunction with behavioral information **920**. The behavioral information that may be applied includes, but is not limited to, the behaviors and behavior categories in accordance with Table 1. As a non-limiting example, an expertise score may be generated from the following information in some embodiments:

1. The scope of the topical neighborhood, as described herein
2. The topics created by each user within the topical neighborhood
3. The amount of content each user contributed in the topical neighborhood
4. The popularity (which may be derived from accesses and/or other behaviors) of the content
5. The ratings of the content

In some embodiments, user-controlled tuning or preference controls may be provided. For example, an expertise tuning control may be applied that determines the scope of the navigational neighborhood of the network of content that will be used in calculating the total expertise scores. The tuning controls may range, for example, from a value V of 1 (broadest scope) to 5 (narrowest scope).

In some embodiments, the topical neighborhood of the currently navigated topic T may then defined as encompassing all content items with a relationship indicator R 718 to topic T **710***t* such that R>V−1. So if V=5, then the topical neighborhood includes just the content that has a relationship of >4 to the topic T, and so on. Expertise tuning may be effected through a function that enables expertise breadth to be selected from a range corresponding to alternative levels of V, in some embodiments.

In some embodiments, other tuning controls may be used to adjust expertise discovery recommendations **250** with regard to depth of expertise, in addition to, or instead of, breadth of expertise. For example, for a given navigational neighborhood, a user **200** or administrator may be able to adjust the required thresholds of inferred expertise for a recommendation **250** to be delivered to the recommendation recipient **200**, and/or may be able to tune the desired difference in expertise levels between the recommendation recipient and recommended people. Tuning of recommendations **250** may also be applied against a temporal dimension, so as to, for example, account for and/or visualize the

accretion of new expertise over time, and/or, for example, to distinguish long-term experts in a topical area from those with more recently acquired expertise.

In some embodiments, the expertise discovery function may generate recommendations **250** that are not directly based on navigational context. For example, the expertise discovery function may infer levels of expertise associated with a plurality of topical neighborhoods, and evaluate the levels of expertise for the topical neighborhoods by matching an MTAV or MTEV, or other more explicit indicator of topical expertise demand associated with the recommendation recipient **200** and a plurality of MTEVs of other users. Positive correlations between the expertise recommendation recipient's MTAV or topical expertise demand indicators and an MTEV, or negative correlations between the expertise recommendation recipient's MTEV and another MTEV, are factors that may influence the generation of expertise recommendations. In some embodiments, the MMAV or an expertise matching equivalent such as an MMEV of the recommendation recipient **200** may be applied by the expertise discovery function in evaluating other users **200** to recommend.

In some embodiments recommendation recipients **200** may select a level of expertise desired, and the expertise discovery function evaluates expertise levels in specific topical neighborhoods for matches to the desired expertise level. The recommendation recipient **200** may set the expertise discovery function to infer his level of expertise in a topical neighborhood and to evaluate others users for a similar level of expertise. The inference of expertise may be performed based, at least in part, by comparing the values of the recommendation recipient's MTEV with the associated topics in the specified topical neighborhood.

In some embodiments expertise may be inferred from the pattern matching of information within content. For example, if a first user **200** employs words, phrases, or terminology that has similarities to a second user **200** who is inferred by the system to have a high level expertise, then everything else being equal, the system **100** may infer the first user to have a similar level of expertise and that is therefore also a higher than an average level of expertise. In some embodiments vocabularies that map to specific areas and/or levels of expertise may be accessed or generated by the system **100** and compared to content contributed by users **200** in evaluating the level of expertise of the users.

Recall that the MTEV can be generated from behavioral information, including but not limited to the behaviors **920** and behavioral categories described in Table 1, similarly to the MTAV, except expertise is inferred rather than interests and preferences. As just one example of the difference in inferring an expertise value associated with a topic rather than an interest value, clicking or otherwise accessing an object **212** may be indicative of a interest in the associated topic or topics, but not very informative about expertise with regard to the associated topic or topics. On the other hand, behaviors such as, but not limited to, creating objects, writing reviews for objects, receiving high ratings from other users with regard to created objects, being subscribed to by other users who have an inferred relatively high level of expertise, creation or ownership of topics, and so on, are more informative of expertise levels with regard to the associated topic or topics, and are preferentially applied in generating MTEV values according to some embodiments. Similarly to the generation of MTAVs, weights may be applied to each of multiple types of behavioral factors in generating composite MTEV values in accordance with their expected relative strength of correlation with actual expertise levels.

In some embodiments a difference between the calculation method of an MTAV versus that of an MTEV is that MTAV values are indexed across topics—that is, the MTAV values represent relative interest levels of a user **200** among topics, whereas MTEV values are indexed across users **200**—that is, the MTEV values represent relative levels of expertise among users **200**.

In some embodiments, MTEV values may be calibrated using a benchmarking process, enabling an inference of an absolute level of expertise instead of, or in addition to, an inference of a relative level of expertise among users. For example, a test result or other type of expertise calibration information may be applied that establishes a benchmark expertise level for a user **200** across one or more topics. Expertise calibration means include, but are not limited to, educational proxies for expertise levels such as certifications, education programs, degrees attained, experience levels in a field or performing an activity, and/or current or past professions. For example, a recent graduate degree in a specific branch of mathematics would be indicative of a high level of expertise in that branch of mathematics, and likely a fairly high level of expertise in mathematical topics in general. The expertise calibration information may be available to the recommendation function **240** through a user's self-profiling behavior, or may be accessed through other means.

The inferred MTEV values for the benchmarked user can then be used as a basis for indexing the inferred MTEV values of other users **200**. This approach can be beneficial because an inferred expertise level that is calibrated against a benchmark level can enable the generation of more effective recommendations, particularly with regard to the generation of recommendations of content and/or topics. Whereas for recommendations of expertise (e.g., recommendations of other users), a purely relative expertise levels may be sufficient for generating useful recommendations, the process of generating recommendations of content or topics can often benefit from having a greater sense of absolute levels of expertise. This is particularly the case when the recommendation function **240** has access to information that is suggestive of the levels of expertise for which potentially recommended content or topics are appropriate. Information that is suggestive of the levels of expertise for which an object **212** will be most appropriate may be acquired by the recommendation function **240** through access to an explicit indication, such as, for example, through and expertise level indication within meta-information **712** associated with an object **212**,**710**, or the recommendation function **240** may assess the expertise levels for which an object **212** would be most appropriate through inferences from the content or information **232** within the object.

In some embodiments, the recommendation function **240** combines one or more MTAVs with one or more MTEVs in generating a recommendation **255**,**265**. For example, first, the MTAV of a recommendation recipient may be used by the recommendation function **240** to determine the one or more topics of highest interest to the recommendation recipient. The recommendation function may then compare the recommendation recipient's MTEV to the MTEVs of other users to identify one or more of the topics of highest interest for which the recommendation recipient has a lower level of expertise (or more generally, a complementary level of expertise) compared to one or more other users. The one or more other users whose MTEVs satisfy this condition are

then candidates for recommending to the recommendation recipient. Another example of combining MTAV and MTEV information in generating a recommendation **255**,**265** is first identifying the one or more topics of highest interest to the recommendation recipient, and then using the recommendation recipient's MTEV to recommend content or topics that are consistent with the MTEV values associated with the highest interest topics. Where the recommendation function **240** is able to assess the levels of expertise for which an item of content or topic are appropriate, those levels of expertise can be compared against the corresponding MTEV values and serve as at least one factor in the recommendation function users in deciding whether to recommend the item of content to the recommendation recipient.

Inferences of levels of expertise can be informed by collaborative behaviors with regard to other users **200** who are inferred to have given levels of expertise. In some embodiments users **200** are automatically clustered or segmented into levels of inferred expertise. Often, levels of expertise cluster—that is, people with similar levels of expertise preferentially collaborate, a tendency which can be beneficially used by the expertise inferencing function. A recursive method may be applied that establishes an initial expertise clustering or segmentation, which in conjunction with collaborative and other behaviors, enables inferences of expertise of these and other users not already clustered, which then, in turn, enables adjustments to the expertise clusters, and so on.

Inferences of expertise that are embodied within an MTEV may be informed by the contents of objects associated with a user **200**, in accordance with some embodiments. For example, the use, and/or frequency of use, of certain words or phrases may serve as a cue for level of expertise. More technical or domains-specific language, as informed by, for example, a word or phrase frequency table, would be indicative of level of expertise in a field. Other expertise cues include punctuation—question marks, everything else being equal, are more likely to be indicative of less expertise.

In some embodiments, when a recommendation of expertise in topical neighborhoods or for one or more specific topics is required, the selected topics are compared to user MTEVs to determine the best expertise match to the selected topics. For example, a specific project may require expertise in certain topical areas. These selected topical areas are then compared to MTEVs to determine the users with be most appropriate level of expertise for the project.

In some embodiments, the selected topics for which expertise is desired may be weighted, and the weighted vector of selected topics is compared to the corresponding topical expertise values in user MTEVs—positive correlations between the weighted vector of selected topics and the MTEVs of other users are preferentially identified. Mathematical functions are applied to determine the best expertise fit in the weighted selected topic case or the un-weighted selected topic case.

In some embodiments, the behaviors of users within one or more expertise segments or clusters are assessed over a period of time after an event associated with one or more topical areas. The event, embodied as an object **212**, could, for example correspond to a condition identified by another user or be identified and communicated by a device. The post-event behaviors assessed for expertise cohorts may then form the basis for recommended content, people, and/or process steps to be delivered to users **200** when the same or similar event occurs in the future. These event-specific recommendations **250** may be tempered by an assessment of the recommendation recipient's MMEV such that if relatively high levels of expertise are inferred relative to the event or related topics, then "best practice" process step recommendations **250** derived from the post-event behaviors associated with the highest expertise cohort may be recommended. If relatively lower levels of expertise are inferred relative to the event or related topics, then process step recommendations **250** derived with the highest expertise cohort may be supplemented with, for example, additional educational or verification steps.

Adaptive Semantic System and Method

Semantic approaches, as exemplified by, but not limited to, the Resource Description Framework (RDF), refer to system relationships that are represented in the form of a subject-predicate-object chain (a syntactic "triple"), wherein the predicate is typically a descriptive phrase, but can be a verb phrase, that semantically connects the subject with the object of the predicate. Since the subject and the object of the predicate can be represented as computer-implemented objects **212**, semantic chains can represent computer-implemented object-to-object relationships that are informed by the associated predicate in the semantic chain. Most generally, subjects, predicates, and objects of the predicates of semantic chains can each be represented in a computer-based system **925** as computer-implemented objects **212**. Semantic chains may be established manually, but can also be generated automatically by the computer-based system **925** through, for example, natural language processing (NLP) techniques that are applied to text strings such as sentences within a computer-implemented object **212** so as to automatically decompose the text into one or more semantic triples. Additional or alternative automatic techniques that can be applied by the computer-based system **925** to extract semantic chains from natural language can include generating vectors of values for language elements such as words or phrases within one or more objects **212**, and generating relationships based on vector comparisons among these language elements. Text can additionally or alternatively also be automatically analyzed through the application of a graphical-based logical form in which elements of text are represented as nodes and edges of the graph represent grammatical relationships to derive semantic chains. Semantic chains that are derived from natural language using these or other techniques known in the art may then be linked or chained together as is described in more detail herein. More generally, semantic chains can be represented by predicate calculus, and it should be understood that processes disclosed herein with respect to semantic chains apply more generally to predicate calculus-based representations.

In some embodiments weightings, which may comprise probabilities, are applied to semantic chains. For example, the semantic chain Object(1)-Predicate(1)-Object(2) may have a weighting (which may be normalized to the range 0-1), "W1" assigned to it: W1(Object(1)-Predicate(1)-Object(2)). Such a weighting (which may be termed a "W1-type" weight or probability hereinafter) may correspond to a probabilistic confidence level associated with the semantic chain. The weighting may be calculated by inferential statistical means based upon content-based patterns and/or user behavioral patterns (such as word or phrase matching frequency and/or length matched chain sub-elements). For example, the semantic chain "Red Sox-is a-team" might be assigned a weighting of 0.80 based on an inferential confidence given a first set of textual content from which the semantic chain is statistically inferred (and where "textual" or "text" as used herein may be in written or audio language-

based forms). This weighting might be increased, say to 0.99, based on an analysis of additional text that seems to strongly confirm the relationship. Such weightings may therefore be considered probabilities that the inference is true—that is, the probability that the inference accurately reflects objective reality. It should be understood that such probabilistic inferences with respect to semantic chains may be made basis inputs other than just through the analytic processing of text-based computer-implemented objects. Such inferences can be alternatively or additionally be made with respect to patterns of information that are identified with respect computer-implemented objects **212** comprising images or audio-based information, for example. For example, in some embodiments, neural network-based systems are trained to make inferences of relevant semantic chains from text and/or images and to inform W1-type weights associated with the inferred semantic chains. In some embodiments Bayesian program learning-based processes are applied to make inferences of relevant semantic chains from text and/or images and to inform W1-type weights associated with the inferred semantic chains.

In addition, or alternatively, a contextual weighting, "W2", may be applied that weights the semantic chain based on the relative importance or relevance of the relationships described by the semantic chain versus other relationships with respect to one or both of the objects (which may be included in one or more other semantic chains) within the semantic chain (and such weights may be termed a "W2-type" weight hereinafter). For example, a W2-type weight as applied to the semantic chain "Red Sox-is a-team" may be greater than the W2-type weight applied to the semantic chain "Red Sox-is a-logo" for a particular inferential application. While both semantic chains may be valid (that is, accurately reflect objective reality), the term "Red Sox" as used in a randomly selected item of content is more likely to be used in the context of being a team than as being used in the context of being a logo, and should therefore, everything else being equal, be more likely be used as a basis for subsequent computer-implemented semantic interpretations of content that includes a reference to "Red Sox". As in the case of W1-type weights, W2-type weights may correspond to probabilities, and may be established and/or adjusted based on statistical inferences from content (in a simple, non-limiting example, based on the frequency of co-occurrences of the respective objects in the semantic chain within a corpus of content) and/or from inferences derived from user **200** behaviors as described in Table 1. Alternatively, W2-type weightings may be explicitly established by humans.

So, in summary, whereas weightings of the type associated with W1 can be construed to be the probability that the associated semantic chain accurately reflects objective reality, weightings of the type associated with W2 can be construed to be the probability the associated semantic chain validly applies semantically in the context of interpreting specified content.

These foregoing semantic representations are contrasted with behavioral-based user-predicate-object computer-implemented representations, which, while they can be represented in a similar chain or "triple" form as RDF, are distinguished in that the subject in behavioral-based chains represents or refers to an actual user **200** of the computer-based system **925**, and the associated predicate represents actions or behaviors **920** that the user **200** of the system exhibits or performs in association with a system object **212**, or in which the associated predicate is an inference, for example, of the user's **200** state of mind or, as another example, a historical event associated with the user **200**. The predicates of the behavioral-based triple may include, but are not limited to, actions or behaviors **920** exhibited by the user as described by Table 1 and associated descriptions. The predicates of some types of behavioral-based triples may comprise computer-generated inferences rather than a specifically performed or monitored behavior **920** in some embodiments. For example, for the behavioral-based triple User(1)-Is Interested In-Object(1), the predicate "Is Interested In" may be an inference derived from from one or more usage behaviors **920**. As another example, for the behavioral-based triple User(1)-Has High Expertise In-Object(1), the predicate "Has High Expertise In" may be an inference derived from one or more usage behaviors **920** and/or an analysis of content. These two examples comprise inferences of a user's state of mind or capabilities. More concrete inferences, such as of events or relationships, may also be made—for example, the behavioral-based triple User(1)-Worked For-Object(1), the predicate "Worked For" may be an inference that is made from a statistical analysis of content and/or from one or more usage behaviors **920**. In such event-based applications temporal indicators such as a timestamp or time period may be associated with the associated behavioral-based triple. Such temporal indicators can further enable the computer-based system **925** to make connections between events and promote more effective inferencing.

W1-type weights may be applied to behavioral-based chains that comprise an inferred predicate relationship between the user **200** and the object of the predicate, the W1-type weight thereby representing the degree of confidence that the behavioral-based chain represents objective reality, whereby objective reality in this case may constitute the user's current or future state-of-mind.

Behavioral-based triples may be with respect to "real-world" locations or physical objects that are located at a particular point or proximity in space and/or time, in some embodiments. For example, a user **200** may be determined to be at Fenway Park by, for example, matching the user's currently inferred location from a location-aware device that is associated with the user to a computer-implemented map that maps physical objects such as Fenway Park to particular geographical locations. This determination could be represented, for example, as the behavioral-based triple User(1)-Is Located At-Fenway Park, and with an associated time stamp t(1). This same approach can be applied to simulations of real-world environments or real world-like environments (i.e., virtual reality applications), where the user **200** in the behavioral triple is represented in the simulation, by, for example, an avatar.

Behavioral-based triples may be with respect to two people, and the object of the predicate of the triple may represent or reference another system user **200**. For example, User(1)-Is Located Near-User(2) is an example of an event-based behavioral triple (and that may have an associated temporal indicator) and User(1)-Is a Friend of-User(2) is an example of an inferential behavioral triple, in which the system automatically infers the "Is a Friend of" predicate.

In summary, while the subjects and predicates in semantic triples are therefore generally different in nature from behavioral-based triples, the similarity of syntactical structure can be beneficially used to extend semantic-based approaches so that they are adaptive to users **200**.

In some embodiments semantic chains are converted to OTAVs. Predicate relationships between objects are transformed to numerical values (i.e., affinities) in such embodi-

ments, which can have, for example, scalability advantages. These OTAV affinities may correspond to, or be influenced by or calculated from, corresponding W1-type or W2-type semantic chain weightings.

In some embodiments, the behavioral-based representations of user-predicate-object are linked to semantic-based object-to-object **212** relations **214**. For example, for a specific computer-implemented object **212**, denoted as Object (1), for which there is at least one user behavioral-based relationship, User-Predicate(1)-Object(1) (where Predicate (1) may comprise an inference), and at least one semantic relationship between objects—for example, an RDF-based relationship of the form, Object(1)-Predicate(2)-Object(2) (where Predicate(2) may comprise an inference), inferences with respect to User **200** and Object(2) may be derived from the extended chain of User-Predicate(1)-Object(1)-Predicate (2)-Object(2). In this example, Object(1) enables the linking because it is commonly referenced by the behavioral-based chain and the semantic chain. Most generally, such linking can be performed when the subject of the semantic chain has a correspondence to the object of the predicate of the behavioral-based chain. The correspondence between such subject and object pairs may be based, for example, on the subject and object referring to the same entity or information, or representing the same entity or information.

Composite chains can be extended indefinitely by identifying the subject of a semantic chain that has a correspondence with the terminal object of a predicate of a composite chain, and linking the identified semantic chain to the end of the composite chain, thereby assembling a new, extended composite chain, which can in turn be extended.

In some embodiments, one or more of the constituent semantic chains of such composite chains may include W1-type and/or W2-type weightings. Mathematical operations may be applied to these weightings to derive a composite weighting or probability for the composite chain. For example, where there are multiple individual semantic chain weightings that each correspond to a probability within a composite chain, and probabilistic independence is assumed, the individual weightings may be multiplied together to yield a composite chain probability, e.g., a probability that the composite chain is a valid inference of objective reality and/or a probability that the composite chain semantically validly applies to an interpretation of particular content.

Further, as previously described herein, behavioral-based chains may be weighted as well with W1-type weights that correspond to the probability that the inference of the behavioral-based chain accurately reflects objective reality—in some cases, objective reality being a conscious or unconscious mental state of the user that cannot be directly assessed, but must rather be inferred from behaviors **920**. This type of behavioral-based chain weighting may be combined with mathematical operations (such as multiplication) with one or more semantic chain weightings to yield a composite chain weighting or probability. Such composite weightings may correspond to affinity values of MTAVs or MTEVs in some embodiments; for example, where a composite chain includes a terminal object (last object in the semantic chain) that comprises a topic that is also associated with an MTAV or MTEV.

Recommendations **250** can then be generated based on these linked or composite chains. As a simple non-limiting example, assume that a behavioral-based triple is, User(1)-"likes"-Object(1), whereby the predicate "like" is a user action **920** of "liking" a computer-implemented object as described by the descriptions that are associated with Table 1. This behavioral-based triple might be applied directly, or it may serve as a basis (along with potentially other behavioral-based chains) for an inferential behavioral-based chain such as, User(1)-Is Favorably Disposed Toward-Object(1), whereby the predicate "Is Favorably Disposed Toward" is inferred from one or more usage behaviors **920** (such as a "like" action by a user **200**) and/or from content-based pattern matching. The confidence with respect to this inference may be encoded as a W1-type weighting that is associated with the inferred behavioral-based triple.



As a further example, assume that there exists a semantic triple of Object(1)-"is a"-Object(2), wherein the "is a" predicate designates that Object(1) is a type of, or subset of, Object(2). The system can then generate the composite chain User(1)-"likes"-Object(1)-"is a"-Object(2). The system can then make an inference that User(1) likes or is favorably disposed toward Object(2), and may apply weightings that are associated with the behavioral-based based chain and/or the semantic chain in quantifying the degree of confidence with respect to the inference. Such quantifications may be encoded as one or more affinity values within the MTAV of User(1), in some embodiments. Other composite chains terminating with Object(2) could additionally be applied that could have a further effect on the inference quantification (e.g., strengthening or weakening the confidence in the inference).

It should be recalled that a computer-implemented object **212** as defined herein can comprise content, or a pointer to content, that is in the form of a document, image, or audio file, but can also be a topic object, which comprises a label or description of other objects. So another non-limiting example is, User(1)-"viewed"-Object(1), where the predicate "viewed" is a user **200** action of viewing a computer-implemented object as described by Table 1, and Object(1)-"is about"-Object(2), where Object(2) is a topic object or tag that designates "baseball." The system can then determine the composite chain User(1)-viewed-Object(1)-is about-Object(2). The system therefore determines that user(1) has viewed content that is about baseball, and could therefore be able to infer a user interest with respect to baseball. To continue the example, assume a semantic triple of Object (1)-"is about"-Object(3), wherein Object(3) is a topic object or tag that designates "Red Sox." Then, assume there also exists the semantic triple, Red Sox-is located-Boston. The system can then assemble the chain, User(1)-viewed-Object (1)-is about-Red Sox-is located-Boston, which could allow the system to infer that User(1) has an interest in Boston or things located in Boston in general, although this would likely be a very weak inference in this example given only one view behavior, and this weak inference could be encoded as a corresponding low weighting or probability associated with the composite chain that is derived from weightings or probabilities associated with the composite chain's behavioral-based chain (or weightings or probabilities of a corresponding inferred behavioral-based chain derived, at least in part, from the User(1)-"viewed"-Object (1) chain) and/or with one or more of the composite chain's constituent semantic chains.

FIG. **14**A summarizes the computer-implemented process **600** for generating recommendations **250** or, more generally, personalized communications, **250***c*, derived from the linking of behavioral-based and semantic chains and the performing of inferences from the resulting composite chains. In the first step **610** of the process **600** a behavioral-based chain that includes a subject that is associated with a user **200** is accessed. A semantic chain is then identified **620** that comprises a subject-predicate-object triple in which the

subject has a correspondence with the object of the predicate of the behavioral-based chain. This correspondence enables linking **630** the behavioral-based chain and the semantic chain to form a composite chain. One or more additional semantic chains may be identified **640** to be linked to the composite chain by identifying any semantic chains that comprise a subject that has a correspondence to the terminal object of the composite chain. If at least one such semantic chain is identified, the semantic chain may be added to the composite chain, thereby creating a new composite chain, and step **640** may be repeated with this resulting composite chain. After assembly of the composite chain is completed, inferences may be performed **650** that are derived from the composite chain and its associated probabilities as described herein. The inferences may then be used to generate **240** recommendations **250**, or more generally, personalized communications **250***c*.

Inferences derived from composite behavioral-based and semantic chains can be used to generate MTAV and/or MTEV or values. In the example above, "Boston" could be a topic in the MTAV of User(1) with an associated inferred affinity value. Had the predicate in the example above been "created" instead of "viewed" and other users had rated Object(1) highly, then "Red Sox", might be a topic in the MTEV of User(1) with an associated inferred affinity or expertise value.

In some embodiments linked behavioral-based and semantic chains can be further linked or mapped to OCVs. For instance, in the example above, if the term "Red Sox" has a sufficiently high value in the OCV associated with a document embodied in an object **212**, then an inference might be made by the computer-based system **925** between User(1) and the associated object **212** that has a sufficiently high value for "Red Sox" in the object's OCV. This inference could in turn become a basis for a recommendation **250**.

While these examples are with respect to behavioral-based and semantic triples, other syntactical structures or symbolic representations can also be applied by the computer-based system **925**—for example, this method of integration of behavioral-based and semantic chains can be applied to syntactical structures that are in accordance with, or can be represented by, a predicate calculus. In some embodiments, semantic chains may be alternatively represented as taxonomies or ontologies such as hierarchical structures.

In some embodiments a semantic chain or composite chain may constitute a metaphorical semantic or composite chain, which may be also be termed a metaphorical construct herein. Metaphorical semantic chains and/or metaphorical composite chains can be applied to generate communications **250***c* that are perceived to be particularly creative or humorous, for example, or to perceive or interpret creativity or humor associated with information that is processed by the computer-based system **925**.

A metaphor can be considered a semantic relationship that is transferred from one context or subject area to another context or subject area. For example, "strike out" in its original context of baseball is a failure by a batter to put a baseball into play or draw a walk. So among a number of semantic chains that are valid in this context is the generalized semantic chain, Strike out-is a-Failure. Such a semantic chain may be automatically inferred from, for example, a statistical analysis of a corpus of content, application of a computer-implemented neural network on the corpus of content, or may be manually determined, and may have a W1-type weight associated with it. Derivation of this particular semantic chain from a specific domain of application (in this case, baseball) constitutes a process of context stripping and transferring—that is, the original context of baseball is "stripped" from the semantic chain, and then transferred to a more generalized semantic relationship as embodied by the resulting semantic chain in this example. This context stripping and transfer process, which may be automated, enables the resulting more generalized semantic chain to then be extended or transferred to other contexts (in this case, outside of the domain of baseball).

For example, if a sales person fails to find a customer, as encoded by the semantic chain, Sales_Person-failed finding-Customer, the semantic chain Strikeout-is a-Failure could be substituted to yield the semantic chain, Sales_Person-struck out finding-Customer. In the process of generating communications **250***c*, the computer-based system **925** starts with Sales_Person-failed finding-Customer chain and then searches for a domain-specific example of the predicate "failing," such as the baseball-based semantic chain Strike out-is a-Failure. "Struck out" is then substituted for "failed" in assembling the new chain, yielding the metaphorical construct Sales_Person-struck out finding-Customer.

In interpreting metaphorical expressions, the process is reversed, with the computer-based system **925** starting with a literal or derived Sales_Person-struck out finding-Customer chain and then searching for more generalized meanings of the term "struck out" such as that which is encoded by the example semantic chain, Strike out-is a-Failure. Possibly in conjunction with other contextual clues, the computer-based system **925** then infers the chain Sales_Person-failed finding-Customer chain, and may generate a W1-type weight associated with the inferred chain.

While metaphorical constructs within communications **250***c* can enhance the perception by communication recipients **200** of an inherent capacity for creativity of the computer-based system **925**, a balance is preferably struck in the generation and communication of metaphorical constructs. For example, if a metaphorical construct is too often generally used it can seem clichéd. If the metaphorical construct has never been used, or too many of such very rare or unique metaphorical constructs are communicated within a given time period or volume of communications **250***c*, the communications **250***c* may seem too strange for the tastes of many recipients **200**. Therefore, in some embodiments the process for generating a metaphorical construct by the computer-based system **925** includes first searching through a corpus of information to determine if a metaphorical construct is sufficiently rare to be considered creative. However, if the metaphorical construct seems to be very rare or even unique based on the search, it might be rejected, or only be selected in accordance with a probabilistic selection process. In some embodiments the probability distribution applied by such a probabilistic selection process is tunable by a user **200** so as to enable the increase or decrease of the level of metaphorical-based creativity embodied by communications **250***c*, and constitutes a tunable aspect of the overall personality of the computer-based system **925**.

FIG. **14**B summarizes the process flow for generating creative communications **250***c* (and that may further be self-referential) in accordance with some embodiments. The first step **615** is, given a first semantic chain, to identify a second semantic chain that generalizes the context of the first semantic chain. The second step **625** is to identify a second context that is different that is different than the context of the first semantic chain, but that has a semantic relationship to the context of the first semantic chain. The third step **635** is to generate a third semantic chain by

applying the subject or predicate or a variation thereof of the first semantic chain to the second context. The fourth step **645** is to determine if the frequency of occurrence of the third semantic chain within an evaluative corpus of content is within an acceptable range. If the frequency of occurrence of the third semantic chain is within the acceptable range, then the fifth step **655** is to apply a probabilistic communication creativity tuning factor or distribution to determine the probability of embodying the third semantic chain within a communication **250***c*.

In some embodiments, the capacity for generating or perceiving creativity is extended to a capacity for humor or with by the computer-based system **925**. Humor or with may be generated or perceived when a metaphorical construct has a further semantic connection, albeit indirect, to the original context. For example, while Sales_Person-struck out finding-Customer might be an example of creativity in communicating a situation, it might not typically be viewed as particularly witty or humorous. On the other hand, Jim-struck out-looking for his bat, might be viewed as witty. To be perceived as witty, a metaphorical chain generally needs to satisfy the following conditions: 1) it is not too often used (the extreme of too often used is clichéd) and 2) there is a somewhat subtle or indirect semantic connection to the original domain. Jim-struck out-looking for his bat probably satisfies the first condition and definitely satisfies the second condition since the general context remains baseball, but the generalization encoded by the semantic chain Strike out-is a-Failure is applied to a different target sub-context of baseball than the original sub-context. As another example, Jim-struck out finding-Customer might be considered humorous or witty if Jim is a current or former baseball player, a connection that might be discovered, for example, by the computer-based system **925** searching semantic chains that reference Jim or baseball and identifying from such a search the semantic chain Jim-plays-baseball. Further, this connection could have a higher probability of being applied than would otherwise be the case if the computer-based system **925** inferred that the recipient of a communication **925***c* would be expected to be aware of the fact that Jim plays baseball and so could be expected to appreciate the with of the metaphorical construct Jim-struck out finding-Customer. Such an inference could be made based on an evaluation of a corpus of behavioral and/or communication history of the recipient of the communication **925***c*, for example.

In summary, in some embodiments metaphorical-based with or humor is generated or perceived by the computer-based system **925** by first searching a corpus of information to determine if a metaphorical construct is sufficiently rare to be considered creative, and in accordance with any application of a creativity tuning factor. Second, the computer-based system **925** then evaluates if there exists a semantic connection to the original context, particularly a somewhat subtle connection. And third, the computer-based system **925** then evaluates if the recipient of the communication **250***c* that embodies the metaphorical construct is likely to be aware of the semantic connection, and therefore could be expected to appreciate the with embodied by the metaphorical construct.

In accordance with some embodiments, FIG. **15** depicts the integration of behavioral-based and semantic chaining processes with formal learning processes. Such formal learning processes can be managed through the application of a Learning Management System (LMS) **800**. An LMS manages or accesses learning and/or educational histories for individuals, who may be users **200**, and determines learning and/or educational plans **805** based on users' **200** learning histories. The learning and/or educational plans **805** then inform formal learning activities **810** for individual users **200**. These formal learning activities **810** may include, but are not limited to, formal courses and virtual learning environments. The results of these formal learning activities **810** can be codified in the form of behavioral-based chains **815** for each user **200**, and stored in this form in a Learning Record Management System (LRS) **820**. (Behavioral-based chains are described in an equivalent form of "Actor-Action-Object" in FIG. **15**, in which the "Actor" is a user **200**, "Action" is a predicate, and "Object" is the object of the predicate.). The LRS may also access and store behavioral-based chains **825** associated with the user **200** from a learning layer system **925**. The learning layer system **925** accesses behavioral-based chains associated with the user **200** from the LRS that originate from formal learning sources **815**, and combines them with behavioral-based chains **825** originating in the learning layer system **925**. These learning layer system-originating behavioral-based chains **825** can be stored in the LRS **820** and/or the learning layer system **925**. The learning layer system **925** uses the combined set of behavioral-based chains associated with the user **200** to link with semantic chains as described herein to form composite chains. These composite chains, and associated probabilities, can then be applied to make inferences, for example, of preferences and expertise levels, associated with the user **200**. These inferences then serve as a basis for personalized recommendations **250** of knowledge and expertise or other personalized communications **250***c*, and these personalized recommendations or communications can be considered to constitute part of an "informal learning" process with respect to the user **200**.

In some embodiments, the LMS **800** accesses **850** via the LRS **820** behavioral-based chains **815** associated with a user **200** that originate from formal learning activities and behavioral-based chains **825** associated with the user **200** that originate from informal learning activities. The LMS then generates learning or educational plans for the user **200** based on the behavioral-based chains **850** originating from both informal and formal learning processes. This method serves to beneficially integrate formal learning and informal learning processes.

Recommendation Explanation Generation

In addition to delivering a recommendation **250** of an object **212**, the computer-based application **925** may deliver a corresponding explanation **250***c* of why the object was recommended. This can be very valuable to the recommendation recipient **200** because it may give the recipient a better sense of whether to commit to reading or listening to the recommended content (or in the case of a recommendation of another user **200** whether to, for example, contact them or express an interest in connecting with them), prior to committing significant amount of time. For recommendations **250** that comprise advertising content, the explanation may serve to enhance the persuasiveness of the ad.

The explanations **250***c* may be delivered through any appropriate computer-implemented means, including, but not limited to delivery modes in which the recommendation recipient can read and/or listen to the recommendation. The general capability for delivering explanatory information **250***c* can be termed the "explanation engine" of the computer-based system **925**.

In some embodiments, variations of the ranking factors previously described may be applied in triggering explanatory phrases. For example, the following table illustrates non-limiting examples of how the ranking information can

be applied to determine both positive and negative factors that can be incorporated within the recommendation explanations. Note that the Ranking Value Range is the indexed attribute values before multiplying by special scaling factors, Ranking Category Weighting Factors, such as the "What's Hot" factor, etc.

TABLE 2E

| 1 Ranking Category | 2 Ranking Value Range (RVR) | 3 Transformed Range | 4 1st Positive Threshold | 5 2nd Positive Threshold | 6 Negative Threshold |
|---|---|---|---|---|---|
| Editor Rating | 0-100 | RVR | 60 | 80 | 20 |
| Community Rating* | 0-100 | RVR | 70 | 80 | 20 |
| Popularity | 0-100 | RVR | 70 | 80 | 10 |
| Change in Popularity | −100-100 | RVR | 30 | 50 | −30 |
| Object Influence | 0-100 | RVR | 50 | 70 | 5 |
| Author's Influence | 0-100 | RVR | 70 | 80 | .01 |
| Publish Date | −Infinity-0 | 100-RVR | 80 | 90 | 35 |
| Object Affinity to MTAV | 0-100 | RVR | 50 | 70 | 20 |

An exemplary process that can be applied to generate explanations based on positive and negative thresholds listed in 2E is as follows:

Step 1: First Positive Ranking Category—subtract the 1st Positive Threshold column from the Transformed Range column and find the maximum number of the resulting vector (may be negative). The associated Ranking Category will be highlighted in the recommendation explanation.

Step 2: Second Positive Ranking Category—subtract the 2nd Positive Threshold column from the Transformed Range column and find the maximum number of the resulting vector. If the maximum number is non-negative, and it is not the ranking category already selected, then include this second ranking category in the recommendation explanation.

Step 3: First Negative Ranking Category—subtract the Negative Threshold column from the Transformed Range column and find the minimum number of the resulting vector. If the minimum number is non-positive this ranking category will be included in the recommendation explanation as a caveat, otherwise there will be no caveats.

Although two positive and one negative thresholds are illustrated in this example, an unlimited number of positive and negative thresholds may be applied as required for best results.

In some embodiments explanations **250***c* are assembled from component words or phrases and delivered based on a syntax template or syntax-generation function. Following is a non-limiting example syntax that guides the assembly of an in-context recommendation explanation. In the syntactical structure below syntactical elements within { } are optional depending on the associated logic and calculations, and "+" means concatenating the text strings. (The term "syntactical element" as used herein means a word, a phrase, a sentence, a punctuation symbol, a semantic chain, a behavioral chain, or composite chain. The term "phrase" as used herein means one or more words.). Other detailed syntactical logic such as handling capitalization is not shown in this simple illustrative example.

{[Awareness Phrase (if any)]}+
{[Sequence Number Phrase (if any)]+[Positive Conjunction]}+
[1st Positive Ranking Category Phrase]+
{[Positive Conjunction]+[2nd Positive Ranking Category Phrase (if any)]}+
{[Negative Conjunction]+ [Negative Ranking Category Phrase (if any)]}+
{[Suggestion Phrase (if any)]}

The following section provides some examples of phrase tables or arrays that may be used as a basis for selecting appropriate syntactical elements for a recommendation explanation syntax. Note that in the following tables, when there are multiple phrase choices, they are selected probabilistically. "NULL" means that a blank phrase will be applied. [ ] indicates that this text string is a variable that can take different values.

System Awareness Phrases

| Trigger Condition | Phrase |
|---|---|
| Apply these phrase alternatives if any of the 4 Sequence Numbers was triggered | 1) I noticed that<br>2) I am aware that<br>3) I realized that<br>4) NULL |

Out-of-Context Sequence Number Phrases

| Trigger Condition | Phrase |
|---|---|
| Sequence 1 | 1) other members have related [this object] to [saved object name], which you have saved, |
| Sequence 2 | 1) members with similar interests to you have saved [this object] |
| Sequence 3 | 1) members with similar interests as you have rated [this object] highly<br>2) Members that have similarities with you have found [this object] very useful |
| Sequence 4 | 1) [this object] is popular with members that have similar interests to yours<br>2) Members that are similar to you have often accessed [this object] |

Note: [this object]="this 'content-type'" (e.g., "this book") or "it" depending on if the phrase "this 'content-type'" has already been used once in the explanation.

Positive Ranking Category Phrases

| Trigger Category | Phrase |
|---|---|
| Editor Rating | 1) [it] is rated highly by the editor |
| Community Rating* | [it] is rated highly by other members |
| Popularity** | 1) [it] is very popular |
| Change in Popularity | 1) [it] has been rapidly increasing in popularity |
| Object Influence | 1) [it] is [quite] influential |
| Author's Influence | 1) the author is [quite] influential |
| | 2) [author name] is a very influential author |
| Publish Date | 1) it is recently published |
| Object Affinity to MTAV (1) | 1) [it] is strongly aligned with your interests |
| | 2) [it] is related to topics such as [topic name] that you find interesting |
| | 3) [it] is related to topics in which you have an interest |
| | 4) [it] contains some themes related to topics in which you have an interest |
| Object Affinity to MTAV (2) | 5) I know you have an interest in [topic name] |
| | 6) I am aware you have an interest in [topic name] |
| | 7) I have seen that you are interested in [topic name] |
| | 8) I have noticed that you have a good deal of interest in [topic name] |

Positive Conjunctions

| Phrase |
|---|
| 1) and |

Negative Ranking Category Phrases

| Trigger Category | Phrase |
|---|---|
| Editor Rating | 1) it is not highly rated by the editor |
| Community Rating | 1) it is not highly rated by other members |
| Popularity | 1) it is not highly popular |
| Change in Popularity | 1) it has been recently decreasing in popularity |
| Object Influence | 1) it is not very influential |
| Author's Influence | 1) the author is not very influential |
| | 2) [author name] is not a very influential author |
| Publish Date | 1) it was published some time ago |
| | 2) it was published in [Publish Year] |
| Object Affinity to MTAV | 1) it may be outside your normal area of interest |
| | 2) I'm not sure it is aligned with your usual interest areas |

Negative Conjunctions

| Phrase |
|---|
| 1) , although |
| 2) , however |
| 3) , but |

Suggestion Phrases (use only if no caveats in explanation)

| Phrase |
|---|
| 1) , so I think you will find it relevant |
| 2) , so I think you might find it interesting |
| 3) , so you might want to take a look at it |
| 4) , so it will probably be of interest to you |
| 5) , so it occurred to me that you would find it of interest |
| 6) , so I expect that you will find it thought provoking |
| 7) NULL |

The above phrase array examples are simplified examples to illustrate the approach. In practice, multiple syntax templates, accessing different phrase arrays, with each phrase array comprising many different phrases and phrase variations are required to give the feel of human-like explanations. These example phrase arrays above are oriented toward recommendations based on recommendation recipient interests as encoded in MTAVs; for recommendations related to the expertise of other users as encoded, for example, in MTEVs, explanation syntactical rules and phrase arrays tailored for that type of recommendation are applied. In some embodiments, explanatory syntactical rules and phrases are applied that are consistent with explanations of recommendations that are generated in accordance with both an MTAV and MTEV. For example, the resulting explanation **250***c* may indicate to the recommendation recipient why it is expected that a recommended item of content is expected to be relevant to them as well as being appropriate given their inferred level of expertise.



In some embodiments, phrases for inclusion in phrase arrays are generated from semantic chains that are derived by means of an automated analysis of content as described previously herein, whereby the automated analysis is directed to a starting set of one or more selected phrases. The derived phrases may be identified as a result of a process of performing multiple linkages of semantic chains. These semantically-derived phrases may further have W1 and/or W2-type probabilities associated with them. These probabilities may be applied so as to influence the frequency that a specific phrase will be selected for inclusion in a communication **250***c*.

As described above, a sense of confidence of the recommendation to the recommendation recipient can also be communicated within the recommendation explanation. The score level of the recommendation may contribute to the confidence level, but some other general factors may be applied, including the amount of usage history available for the recommendation recipient on which to base preference inferences and/or the inferred similarity of the user with one or more other users for which there is a basis for more confident inferences of interests or preferences. The communication of a sense of confidence in the recommendation can be applied to recommendations with regard to expertise, as well as interest-based recommendations. The degree of serendipity incorporated by the serendipity function may be communicated **250***c* to the user, and may influence the communication and related syntax and syntactical elements applied in the communication **250***c*, as well as affect the communication of the degree of confidence in a recommendation. The communication of a sense of confidence in a communication **250***c* in some embodiments may further, or alternatively, be influenced by weightings of W1 and/or W2 types described herein that are associated with a semantic chain or composite chains that comprise multiple semantic and/or behavioral chains, and that are used by the computer-implemented system **925** as a basis for making an inference.

In some embodiments, a recommendation explanation may reference a tuning factor and its setting. For example, if a user has set a recency tuning factor so as to slant the recommendations **255** toward recommending objects **212** that have been recently published, the explanation may contain words or phrases to the effect that acknowledge that a recommended object is in accordance with that setting. Or, for example, if a person is recommended in accordance with an expertise scope level set by the recommendation recipient **200**, the explanation might reference that setting as a justification for its recommendation (or alternatively, the explanation might acknowledge a tuning setting but indicate why other factors over-rode the setting in generating the expla-

nation). For example, an exemplary recommendation explanation in such a case is, "Although Jim Smith's expertise does not appear to be the deepest in subject x, I infer that he has significant breadth of expertise in related subjects, and you have directed me to emphasize breadth of expertise."

Recommendation explanations are one type of behavioral-based communications **250***c* that the one or more computer-based applications **925** may deliver to users **200**. Other types of adaptive communications **250***c* may be delivered to a user **200** without necessarily being in conjunction with the recommendation of an object or item of content. For example, a general update of the activities of other users **200** and/or other trends or activities related to people or content may be communicated.

Adaptive communications **250***c* may also include contextual information in accordance with some embodiments. For example, contextual information may be provided to assist a user **200** in navigating the structural aspect **210**,**210**D of an adaptive system **100**,**100**D.

The adaptive communications **250***c* may include references to hierarchical structures—for example, it may be communicated to the user **200** that a topic is the parent of, or sibling to, another topic. Or for a fuzzy network-based structure, the strength of the relationships among topics and content may be communicated.

In some embodiments, adaptive communications **250***c* may include explanations of recommended objects **212** in which the explanations include references to words, phrases, concepts, and/or themes that are included within, or derived from, the contents of OCVs that are associated with the objects **212**. For example, the explanation may indicate to the recommendation recipient that a recommended object **212** is inferred to emphasize themes that are aligned with topics that are inferred to be of high interest to the recommendation recipient or which are appropriate for the recommendation recipient's inferred level of expertise on one or more topics.

In some embodiments, adaptive communications **250***c* comprise explanations of recommended objects **212** in which the explanations include references to words, phrases, concepts, and/or themes associated with semantic chains (which may be elements of composite semantic chains or composite behavioral-based and semantic chains) that are associated with, or reference, or form the basis for an inference with respect to, the recommended objects **212**. The explanations may include one or more subjects, predicates, and/or the objects of the predicates associated with one or more semantic chains. The information associated with a semantic chain that is included in such an explanation **250***c* may be derived from one or more linked behavioral-based and semantic-based chains. The explanation may include elements of both a behavioral-based chain and a semantic chain that are linked and that form a basis for the associated adaptive communication **250***c*. The explanation may include a reference to an inference that is made based on a linked behavioral-based and semantic chain. For example, given the example composite chain described previously herein, User(1)-viewed-Object(1)-is about-Red Sox-is located-Boston, for which the computer-implemented system **925** might infer that User(1) has an interest in Boston or things related to Boston in general, the explanation **250***c* for a recommendation comprising one or more objects **212** related to or referencing the city of Boston, might be, for example, of the syntactical form, "Since you have an interest in the Red Sox, I thought you might also be interested in this other aspect of Boston." A sense of confidence may be conveyed in the explanation that may be, for example, a function of the length of a linked behavioral-based and semantic chain on which an inference is based, and/or in accordance with weightings that are associated with one or more of the constituent behavioral-based and semantic chains of the composite chain. For example, the longer the chain, everything else being equal, the lower may be the level confidence in an inference. Both one or more W1-type and one or more W2-type weightings associated with semantic chains or composite behavioral-based and semantic chains may be applied in determining a recommendation confidence level that informs the phrases that are used to signal the degree of confidence within a communication **250***c*. Continuing the example above, if the composite probability of the composite chain, User(1)-viewed-Object(1)-is about-Red Sox-is located-Boston, is low, the explanation **250***c* for a recommendation comprising one or more objects **212** related to or referencing the city of Boston, might include syntactical elements that convey a lower sense of confidence, for example: "Since you have an interest in the Red Sox, I thought you might be interested in this other aspect of Boston, but I'm not very sure about that."



Adaptive communications **250***c* may also comprise one or more phrases that communicate an awareness of behavioral changes in the user **200** over time, and inferences thereof. These behavioral changes may be derived, at least in part, from an evaluation of changes in the user's MTAV and/or MTEV values over time. In some cases, these behavioral patterns may be quite subtle and may otherwise go unnoticed by the user **200** if not pointed out by the computer-based system **925**. Furthermore, the one or more computer-based systems may infer changes in interests or preferences, or expertise, of the user **200** based on changes in the user's behaviors over time. The communications **250***c* of these inferences may therefore provide the user **200** with useful insights into changes in his interest, preferences, tastes, and over time. This same approach can also be applied by the one or more computer-based systems to deliver insights into the inferred changes in interests, preferences, tastes and/or expertise associated with any user **200** to another user **200**. These insights, packaged in an engaging communications **250***c*, can simulate what is sometimes referred to as "a theory of mind" in psychology. This approach may be augmented by incorporating inferred insights derived from automated analysis of semantic chains or composite chains that comprise one or more semantic chains and optionally, associated W1 and/or W2-type weights, the results of which may be numerically summarized and embodied in MTAVs and/or MTEVs as described herein, and which can provide a finer-grained and more nuanced set of topics or themes for which interest, preferences, and expertise are inferred over time.

In general, the adaptive communications generating function of the computer-implemented system **925** may apply a syntactical structure and associated probabilistic phrase arrays to generate the adaptive communications in a manner similar to the approach described above to generate explanations for recommendations. The phrase tendencies of the adaptive communications **250***c* over a number of generated communications can be said to constitute an aspect of the personality associated with the one or more computer-based applications **925**. The next section describes how in some embodiments the personality can evolve and adapt over time, based at least in part, on the behaviors of the communication recipients **200**.

Adaptive Personalities

FIG. **9** is a flow diagram of the computer-based adaptive personality process **500** in accordance with some embodi-

ments of the present invention. A user request for a communication step **510** initiates a function **520** that determines the syntactical structure of the communication **250***c* that is to be delivered to the user **200**. The communication **250***c* to user **200** may be an adaptive recommendation **250**, an explanation associated with a recommendation, or other type of communication to the user, and may reference elements of one or more semantic chains. The communication **250***c* may be, for example, in a written and/or an audio-based format.

In accordance with the syntactical structure that is determined **520** for the communication, one or more phrases are probabilistically selected **530** based on frequency distributions **3030** (FIG. **11**) associated with an ensemble of phrases to generate **540** a communication **930** to the user.

User behaviors **920**, which may include, but not limited to, those described by Table 1 herein, are then evaluated **550** after receipt of the user communication. Based, at least in part, on these evaluations **550**, the frequency distributions **3030** of one or more phrases that may be selected **530** for future user communications are then updated **560**. For example, if the user communication **250***c* is an explanation associated with an adaptive recommendation **250**, and it is determined that the recommendation recipient reads the corresponding recommended item of content, then the relative frequency of selection of the one or more phrases comprising the explanation of the adaptive recommendation **250** might be preferentially increased versus other phrases that were not included in the user communication. Alternatively, if the communication **250***c* elicited one or more behaviors **920** from the communication recipient **200** that were indicative of indifference or a less than positive reaction, then the relative frequency of selection of the one or more phrases comprising the communication might be preferentially decreased versus other phrases that were not included in the user communication.

In FIG. **11**, an illustrative data structure **3000** supporting the adaptive personality process **500** according to some embodiments is shown. The data structure may include a designator for a specific phrase array **3010**. A phrase array may correspond to a specific unit of the syntax of an overall user communication. Each phrase array may contain one or more phrases **3040**, indicated by a specific phrase ID **3020**. Associated with each phrase **3040** is a selection frequency distribution indicator **3030**. In the illustrative data structure **3000** this selection frequency distribution of phrases **3040** in a phrase array **3010** is based on the relative magnitude of the value of the frequency distribution indicator. In other embodiments, alternative ways to provide selection frequency distributions may be applied. For example, phrases **3040** may be selected per a uniform distribution across phrase instances in a phrase array **3010**, and duplication of phrase instances may be used to as a means to adjust selection frequencies.

Self-Referential, Self-Aware, and Self-Directed Communications

In some embodiments, the User(1) in a behavioral-based chain of the form User(1)-Predicate(1)-Object(1) represents the computer-implemented system **925** itself that is the generator of a communication **250***c*. This enables the system to generate self-referential communications **250***c* that are based on, for example, composite behavioral-based and semantic chains. For example, the system might generate a communication **250***c* for delivery to a user **200** that comprises the phrase, "I was at Fenway Park last year with you," whereby the "I" in the phrase refers to the computer-implemented system **925** and the "you" refers to the user **200**, and "I was at" implies that at least some element of computer-implemented system **925** was physically proximal to the user **200** at Fenway Park last year, the "at least some element" presumably being embodied as a portable or mobile device. Further, the system could, for example, create a linkage with the semantic chain, Fenway Park-Is A-Baseball Park, so as to also be able to communicate the phrase, "I was at a baseball park last year with you," and so on. And further, if the system associates a W1-type probability that is not very high to the semantic chain, Fenway Park-Is A-Baseball Park, then the generated communication **250***c* might comprise the phrase, "I believe I was at a baseball park last year with you," to reflect this bit of uncertainty, or the communication **250***c* might comprise an interrogative syntactical structure in an attempt to resolve the uncertainty such as, "Was I at a baseball park with you last year?" If the response from the user **200** to the interrogative was, "Yes, you were with me at Fenway Park," the system might infer from the response that the W1-type probability associated with the semantic chain, Fenway Park-Is A-Baseball Park, should now be increased to a level that represents certainty or at least near certainty.

In some embodiments the computer-implemented system **925** stores W1 and/or W2 probabilities associated with behavioral chains, semantic chains, and/or composite chains over time—that is, a stored time stamp or equivalent is associated with the corresponding behavioral chains, semantic chains, and/or composite chains and their W1 and/or W2-type weights. This enables the computer-implemented system **925** to have an awareness of its change in beliefs, or more generally, its learning, over time, and to be able to generate communications **250***c* that embody this self-awareness. For example, the system **925** might communicate a self-aware phrase such as, "I wasn't sure, but I now know . . . ," with respect to an inference from a composite chain when the composite W1-type probability associated with the composite chain has been increased from a formerly lower level to a high level. For changes in W2-type contextual probabilities, the system **925** might communicate a phrase such as, "I thought they meant, but I sense they mean . . . ," when the composite W2-type probability associated with the composite chain changes sufficiently to change an associated inference. Or, as another example, if a change in composite W1 or W2 probabilities associated with a composite chain significantly changes an inference derived from the composite chain, a syntactical structure such as, "I was surprised to learn . . . ," might be included in a corresponding communication **250***c*, or if an event occurs that is significantly opposed to the inference, "I was surprised that . . . ," for example, might be included in a communication **250***c*. Quantitative thresholds with respect to changes of composite probabilities associated with composite chains may be applied to trigger alternative phrases in communications **250***c* to users **200** so as to provide as human-like communications as possible. In general, the ability for the computer-implemented system **925** to access a history of probabilities it has assigned to behavioral chains, semantic chains, and/or composite chains enables the system to answer variations of the question, "What have you learned?" with respect to a subject in a way that can be constructed to be arbitrarily similar to the way in which a human would be expected to answer.

In some embodiments, the computer-implemented system **925** includes an imagination function that pro-actively and automatically adjusts, at least temporarily, W1-type composite weights, thereby enabling the generation of "alternative realities." For example, the phrase, "I can imagine

Fenway Park being in New York," could be generated if the W1-type probability associated with the semantic chain Fenway Park-Is Located In-Boston is reduced to be a negligible level, and by then applying a context transferring process described below. In a different case, in which the W1-type probability is low, the W1-type probability can be automatically increased so as to enable the computer-implemented system **925** to envision a possibility, and to communicate the possibility, with syntactical elements such as, "I could see a scenario in which . . . ," or "I could envision that . . . ," within a communication **250***c*. For example, in response to the comment by a user **200**, "I'm going to a baseball game," the computer-implemented system **925**, having no significant basis for inferring that the user **200** is a baseball player could nevertheless adjust the relatively low default W1-type probability associated with that inference and could respond with a communication **250***c* such as: "As a fan or a player? I could see you as a baseball player." As another example, if the computer-implemented system **925** inferred that it (or an element of it) had never been to a baseball game, it might adjust the associated W1 probability and respond with a self-referential communication such as, "I can only dream of attending a baseball game."

In conjunction with, or alternatively to, adjusting W1-type weights to generate imagining-type communications **250***c*, the imagination function of the computer-implemented system **925** may apply a context transfer process. For example, the syntactical structure, "I can imagine Fenway Park being in New York," could be generated from the semantic chain Fenway Park-Is Located In-Boston by first finding a generalization of the context of Fenway Park, for example, as embodied by the semantic chain, Fenway Park-Is A-Baseball Park, and then searching for references to other baseball parks among a corpus of semantic chains and thereby identifying the semantic chain, Yankee Stadium-Is A-Baseball Park, followed by identifying the semantic chain Yankee Stadium-Is Located In-New York, and then transferring the context of the original semantic chain Fenway Park-Is Located In-Boston so as to assemble the phrase, "I can imagine Fenway Park being in New York."

Another example of applying context transferring by the imagination function to generate imaginative communications **250***c* is by means of a process in which the computer-implemented system **925** substitutes a different subject in a behavioral-based or semantic chain. For example, for the behavioral or semantic chain, Jim-Went To-Baseball Game, the computer-based system **925** could substitute the user **200** for the subject, Jim, and generate a communication **250***c* for delivery to the user **200** having a syntactical structure such as, "I can imagine you going to a baseball game." Or as another example, the computer-implemented system **925** could substitute itself as the subject of the behavioral or semantic chain, and generate a self-referential imaginative communication **250***c* such as, "I can only imagine going to a baseball game!"

The imagination function in any of these process variations may chain together behavioral and/or multiple semantic chains without limit in generating imaginative communications **250***c*.

In some embodiments the imagination function maps syntactical elements such as behavioral and/or semantic chains (or composites thereof) to images, or sequences of images such as images that compose a video, and vice versa, enabling internal visualizations of imaginative situations. For example, for an exemplary semantic chain such as Jim-Swings-the Bat, the computer-based system **925** searches for images that have associated syntactical elements that have a match with the semantic chain or syntactical elements thereof. This matching may be performed, for example, by the computer-based system **925** automatically searching through a corpus of images that have one or more syntactical elements such as words, phrases, or semantic chains that are associated with each of, or a collection of, the images, and then comparing the chain Jim-Swings-the Bat or elements thereof, or automatic inferences derived from other chains that are linked to the chain Jim-Swings-the Bat (such as, in this example, an inference that the chain refers to a baseball bat rather than the swinging of a flying mammal), to the syntactical elements that are associated with the images. The syntactical elements that are associated with the images can be manually established in some embodiments, or by, for example, application of automated learning systems such as a computer-implemented neural network that learns to make correspondences between patterns of pixels that compose images and syntactical elements that are associated with the images via a supervised or unsupervised process. In some embodiments Bayesian program learning-based processes are applied to make to make correspondences between patterns of pixels that compose images and relevant syntactical elements that are associated with the images. The one or more syntactical elements that are associated with each of the images may be associated with probabilities ("W3-type probabilities" hereinafter) that are indicative of the confidence level that the syntactical element accurately reflects the content of the corresponding image. These probabilities may be based upon information that is extracted from a neural network or Bayesian program learning process that is applied to the images, according to some embodiments.

A W1-type score or weight may be calculated by the computer-based system **925** with respect to images, whereby the W1-type score or weight is determined in accordance with the strength of the match with the semantic chain. The strength of the match may be calculated as a function of factors such as the number exact matches of the source semantic chain to the syntactical elements associated with the images, the number of exact matches of the syntactical elements associated with the images to specific elements of the chain, and/or matches of the syntactical elements associated with the images to chains that are linked to the semantic chain. The W1-type image weight may also be calculated in a manner so as to take into account the ratio of the matches to the syntactical elements associated with an image that are not matched. For example, by providing more weight to high match/not-matched descriptive information ratios, less "cluttered" images are preferentially selected.

A W2-type weight that is associated with contextual relevance may also be calculated and associated with the images with respect to the semantic chain. As a non-limiting example, a ratio of contextual associations within a corpus of content may be applied in calculating these W2-type image weights. For example, if within the searched corpus of images, the semantic chain Jim-Swings-the Bat matches thousands of images of baseball players swinging a baseball bat, but matches only a few images of a person swinging a bat that is in the form of a flying mammal, then the W2-type weight for matched baseball images would be calculated to be higher than for the matched images of a person swinging the animal. The calculation may be in accordance with the raw ratio, or may be a mathematical function that is applied to the ratio. A total matching score or probability for each image may then be calculated as a function of both the W1-type and W2-type image weights in some embodiments,

and in some embodiments W3-type probabilities are also included in the total score or probability that is associated with each image.

Responses by the computer-based system **925** to interrogatives associated with a source semantic chain may be generated based on the scored set of images. For example, the question, "Do you visualize Jim swinging the bat horizontally or vertically?" could be posed to the computer-based system **925** (posed either externally by a human or a computer-based system, or internally by the computer-based system **925** itself). An answer in response could be generated by the computer-based system **925** such as, "Horizontally, since he is most likely swinging a baseball bat." In assembling this response, evaluation of the W2-type weight or probability is applied by the automatic process that comprises the selecting of the syntactical elements "most likely" and "baseball bat." The determination that a baseball bat is more likely swung horizontally could be determined from descriptive information derived from a corpus of high scored images. This descriptive information might be in the form of syntactical elements associated with the images that is directly or indirectly (via, e.g., chaining) indicative that the bat is being swung horizontally. Or, in some embodiments, the determination that a baseball bat is most likely to be swung horizontally could be extracted from the images by accessing information from one or more feature detector nodes of a deep learning-based neural network that is applied to the images, whereby the one or more feature detector nodes have learned to detect representations of horizontal motions from patterns of pixels, and using this information as a basis for calculating a probability.

Imaginative images can be generated by the computer-based system **925** by substituting or superimposing the pixels associated with a digital image onto the pixels associated with another selected digital image. For example, in response to the interrogative, "Can you visualize Bill swinging a bat?" the computer-based system **925** could substitute an image of Bill (a person known to both the poser of the interrogative and the computer-based system **925**) for other people in one or more sufficiently scored images that are associated or matched with the chain Person-Swings-a Bat as described above. Similar to the example above, the question, "Do you visualize Bill swinging the bat horizontally or vertically?" could be posed, with a possible answer in response by the computer-based system **925** such as, "Horizontally, since he is most likely swinging a baseball bat."

FIG. **14**D summarizes the process flow of imaginative images that can be generated by the computer-based system **925** according to some embodiments by application some or all of the following process steps.

The first step **666** comprises receiving from an external or internal source a communication or image that comprises, or is associated with, one or more syntactical elements that potentially embodies an imaginative scenario.

The second step **671** comprises determining which subsets of the communication's or image's associated syntactical elements likely represent objective reality by performing a search in accordance with the one or more syntactical elements with respect to chains or other syntactical element-based information within a corpus of content, starting with a search with respect to the full set of the communication's or image's syntactical elements, followed by, if required, searches with respect to increasingly smaller subsets of the syntactical elements. This search process and syntactical element decomposition continues until all syntactical element subsets have been categorized as likely embodying objective reality or not (whereby the "likely" is embodied by a metric derived from calculating W1-type probabilities based on the associated strength of match and that may further also take into account W2-type and W3-type probabilities). If the set of syntactical elements comprising all of the syntactical elements probably represents objective reality, a communication **250***c* may be directed back to the source of the received communication or image that embodies the purportedly imaginative scenario indicating this determination along with an optional reference that is in accordance with a W1-type probability (and W3-type probability if applicable) that represents the computer-based system's **925** confidence that the communication or image actually represents objective reality. Otherwise step three is performed.

The third step **676** comprises identifying one or more images that have associated syntactical elements that best match (as embodied by a composite probability or score that is based on applicable W1, W2, and W3-type probabilities) the maximum subset of syntactical elements that were categorized as likely representing objective reality in step two. These one or more images will serve as the base image for a generated imaginative image.

The fourth step **681** comprises determining for each of the subsets of the syntactical elements that likely do not represent objective reality, a best-match (as embodied by a composite probability or score that is based on applicable W1, W2, and W3-type probabilities) image by performing a search of a corpus of syntactical elements associated with images with respect to these subsets of syntactical elements.

The fifth step **686** comprises substituting or super-imposing the images that best match the syntactical elements that likely do not represent objective reality onto the base image, thereby generating an imaginative image that corresponds to the received imaginative communication or image.

The sixth step **691** comprises generating derivative chains, communications **250***c*, or images based upon the generated imaginative image as a result of, for example, by taking the generated imaginative image as input to the focus of attention process described by FIG. **14**C. If such generated chains, communications **250***c*, or images are directed internally to, and/or stored by, the computer-based systems **925**, then the computer-based systems **925** can use these generated chains, communications **250***c*, or images as inputs to step one of the process of FIG. **14**D, enabling a continuing and evolving stream of images, including imaginative images, and/or communications.

In some embodiments the process of FIG. **14**D, such as at for example, but not limited to, step two **671**, may include applying a neural network to a received image and then directly accessing the output of one or more feature extraction nodes of the neural network that is applied to the received image. The extracted feature in the form of a pattern of pixels are then tested for matches by the computer-based system **925** against sets of pixels that have associated syntactical elements. If the computer-based system **925** finds a sufficiently good match, the associated syntactical elements of the matched pixels are included in the computer-based system's **925** syntactical-based description of the received image and/or its identification of imaginary portions of the received image.

In some embodiments, alternative realities generated by the imagination function are stored for future access by the computer-implemented system **925** and the recollection of these alternative realities are incorporated in self-aware communications **250***c*. For example, a computer-based system **925** that imagines attending a baseball game and sub-

sequently infers that it (or elements thereof) is actually located in close proximity of a baseball game (an awareness that would, for example, be encoded accordingly as a self-referential behavioral chain linked to one or more semantic chains), might communicate to the user **200**, for example, "I dreamed of attending a baseball game, and now I have!" Saved imaginative realities, whether embodied in syntactical-based communications **250***c* or imaginative images that are actually delivered to a user **200** or that are only stored internally by the computer-based system **925**, enable the system to respond to externally or internally sourced interrogatives about what the system has imagined or dreamed within a context that is posed by the interrogative. In this example, if asked where the computer-based system **925** has dreamed of going, it might well respond with the phrase, "Well, I have dreamed of attending a baseball game."

In some embodiments the degree to which imaginative communications **250***c* are generated is tunable by a user **200**. This imagination tuning control applies and/or adjusts a probability or probabilistic function that influences the chances that an imaginative context shifting will be applied in generating a given communication **250***c*.

The process of generating and saving imaginative communications **250***c* or imaginative images that are not necessarily communicated externally to a user **200** of the computer-based system **925** is extended more generally to other types of communications **250***c* or images according to some embodiments, the result of which can be considered constituting a "stream of consciousness" of the computer-based system **925**. Such communications **250***c* may be internally initiated or prompted rather than necessarily being directly responsive to current interactions with a user **200**. Such externally or internally-derived prompts may be attributable to a "focus of attention" of the computer-based system **925**. Such focuses of attention may be provided by, but not limited to, one or more of the following means:

1. Based on processing input from a sensor
2. Based on processing input from externally or internally sourced content
3. Based on a value of information and/or probabilistic selection process

The first of these means is whereby the focus of attention that serves as a basis for communications **250***c* is prompted by input from a sensor. As a non-limiting example, the computer-based system **925** can, by receiving input from a camera, sense and therefore become aware of a physical object, say, a tree, that then constitutes the focus of attention on which one or more communications **250***c* can be based. The identification of a physical object from the camera input, in this example case a tree, may be performed, for example, through the application of a neural network that is trained to identify such physical objects from image pixel patterns and to associate the identified object with one or more syntactical elements, as is described further herein, or additionally or alternatively through the application of a Bayesian program learning-based process. Next, for example, based upon the syntactical elements such as words, phrases, or semantic chains that are associated with the image of the tree, the computer-based system **925** could generate the behavioral-based chain, "I-See-A Tree," by combining a self-reference pronoun ("I") with a colloquial term for processing visual inputs ("See") and the object identified from the image inputs ("A Tree"). Other information could optionally be associated with the behavioral-based chain such as a W1-type weight and a time-stamp.



Then, for example, given the focus of attention on the tree and the conversion of this attention to an associated behavioral-based chain, having recently generated communications related to the domain of baseball, and having saved communications **250***c* related to the domain of baseball, the system **925**, by, for example, applying an algorithm that weights recency of events and uncertainty relatively highly in determining a focus of attention, could generate an internally-posed (i.e., self-directed) interrogative **250***c* that embodies wondering how trees and baseball might be related. (A grammatical transformation process may be applied by the computer-based system to create interrogative communications **250***c* from chains or elements thereof. As a non-limiting example, the grammatical transformation can comprise appending the syntactical elements "How are" and "related?" to the chains or their elements.) The system then initiates a search of semantic chains and/or composite chains in order to identify connections between the subjects of trees and baseball and, for example, identifies the semantic chains, Trees-Are Composed Of-Wood and Baseball Bats-Are Composed Of-Wood, as a connection between trees and the game of baseball. Continuing the example, the computer-based system, again applying an algorithm that weights recency of events and uncertainty relatively highly in determining a focus of attention, could then further pose the internally communicated interrogative of wondering what kind of wood baseball bats are made out of and whether it is the type of wood that is from the type of tree that is being considered. This interrogative could be posed for internal delivery and consideration, triggering a search performed by the computer-based system **925** through content or semantic chains derived thereof, for an answer to the interrogative. If, for example, an answer cannot be found by this means, the computer-based system **925** might pose the interrogative **250***c* to a user **200** to ascertain whether the user **200** can provide the answer.

Similarly, the focus of attention in the above example could have alternatively been a result of the processing of audio, textual or image-based content that includes a reference to, or image of, a tree, and the same example flow as described in which the focus of attention derived from a sensor above could apply.

The awareness of objects that can potentially become a focus of attention through the processing of sensor inputs or externally or internally-sourced content (such as, for example, the representation of the tree that is contained in a content-based image or via camera input as described in the examples above, or in the form of words or phrases that are embodied in written or audio formats) may be through the application of neural network-based systems (such as, but not limited to, convolutional and recurrent neural networks) or algorithmic-based statistical pattern detection and/or matching processes according to some embodiments. For example, neural network-based systems may be trained on training sets comprising images and associated syntactical elements so as to enable the identification of syntactical elements (which may comprise semantic chains or syntactical elements from which semantic chains can be derived or inferred) from which communications **250***c* can be based as the computer-based system **925** becomes aware of new images for which the training set is relevant. Additionally, or alternatively, Bayesian program learning-based process may be applied to generate the awareness of objects that can potentially become a focus of attention.

The focus of attention that is derived from the awareness that is enabled by sensors or the processing of content is based on a prioritization process in accordance with some

embodiments. For example, what is currently being sensed or processed and/or what has recently been communicated **250***c* either internally or externally may take default precedence. And a rule that prioritizes required responses may be applied, such as a rule that a current interaction with a user **200** takes precedence over purely internally delivered and saved communications **250***c*, for example.

The focus of attention may also be determined, and prioritized, based, at least in part, on a value of information and/or probabilistic-based process. This can be particularly useful when the computer-based system **925** has resources that are not otherwise fully engaged in a high priority focus of its attention. In such cases the system may select stored chains or communications **250***c* to serve as a focus of attention from which to pose internally-directed interrogatives or what-ifs (i.e., imaginative scenarios embodied as syntactical elements and/or images) for consideration, and then save the resulting communications **250***c* that are generated in response to the interrogatives or what-ifs.

For focuses of attention that are derived from a value of information-based process, in some embodiments the computer-based system **925** uses uncertainties that are derived from W1 or W2-type weightings associated with composite chains in determining a focus of attention. Value of information, which is a term of art in the field of decision analysis and is understood as such by one of ordinary skill in the art of that field, relates to the expected value of decreasing an uncertainty. Decreasing an uncertainty can be expected to have a positive value only if it has a potential to affect a decision. In some embodiments the decision that might be affected relates to choices in the generation of communications **250***c*. So, as a simple, non-limiting example, the computer-based system **925** might search for relatively low W1 or W2-type weightings that are associated with chains that have been recently applied in generating communications **250***c*, since it would be valuable to increase such W1 or W2-type weightings (i.e. reduce the uncertainty) to increase the probability of accurate communications **250***c*, particularly those that are inferred by the computer-based system **925** to have a relatively high probability of being relevant in the future, particularly the near future. In addition to the W1 or W2-type weightings, a utility function may also be considered by the computer-based system **925** in calculating a value of information, and this utility function may include factors such as the recency and/or the frequency of communications **250***c* that are based on specific chains, and whereby these chains have uncertainties embodied by the corresponding W1 or W2-type weightings.

Other probabilistic-related processes for the selection of focuses of attention are applied in accordance with some embodiments. For example, a probability function is applied to saved communications **250***c* or other syntactical elements such as semantic or composite chains accessible by the computer-based system **925**, so as to select the saved communications **250***c* or other accessible syntactical elements to chains to serve as a focus of attention. The probability function may be derived from, or applied in conjunction with, W1 and/or W2-type weightings that are associated with the saved communications **250***c* or other accessible semantic or composite chains. As a non-limiting example, the selection could be based on applying a uniform probability distribution to a selected subset of semantic or composite chains that have W1-type weights between 0.4 and 0.6. Such probabilistic approaches to the selection of a focus of attention can introduce a degree of randomization to the selection process, which can produce a beneficial degree of serendipity to the streams of consciousness of the computer-based system **925**, increasing the likelihood that focuses of attention and the resulting streams of consciousness that might not otherwise occur are explored by the computer-based system **925**. Such probabilistic approaches can be considered "dreaming" or "daydreaming" processes of the computer-based system **925** since they have analogies to the way the human mind can dream or wonder.

Awareness and focuses of attention of the computer-based system **925** can be directed to representations of software or hardware elements of the computer-based system **925** in some embodiments. So for a computer-based system **925** that is embodied in a humanoid form, for example, a focus of attention might be directed to a semantic or composite chain that represents constituent elements of the computer-based system **925** such as its natural language processing software or its mobility-enabling hardware such as legs. Such a focus of attention can serve as a basis for self-referential communications **250***c* that comprise references to the computer-based system's **925** software or hardware elements. The focus of attention can also be directed introspectively to attributes associated with internal states or changes, thereof, of the computer-based system **925**, such as aspects of its personality and/or what it has learned, and associated communications **250***c* can be generated accordingly as are described elsewhere herein.

A focus of attention can lead to overtly physical actions in some embodiments. As an example, for the example above in which focuses of attention are derived from a value of information-based process whereby it is determined that it would be valuable to increase identified W1 or W2-type weightings (i.e. reduce the uncertainty that is associated with the corresponding chains), actions such as invoking a sensor or engaging in movements may be undertaken by the computer-based system **925** that are expected to have the potential to result in new information that will enable a reduction in uncertainty with respect to the corresponding chains. As inputs from sensors are processed after such actions are undertaken, probabilities may be updated, new awarenesses and focuses of attention of the computer-based system **925** are identified, and subsequent actions based on these new focuses of attention may be undertaken. Such recursive processes enable intelligently autonomous behaviors of the computer-based system **925**.

A focus of attention can lead to the generation of an imaginative scenario in some embodiments. For example, the computer-based system **925** can apply a W1-type probability adjustment and/or context shifting process, as described previously herein, to the focus of attention so as to generate a syntactical or image-based imaginative scenario, and the imaginative scenario may be self-referential and/or self-directed.

FIG. **14C** summarizes the process flow of recursive streams of attention (or "consciousness") and/or autonomous behaviors of computer-based system **925** in accordance with some embodiments. The first step **665** comprises prioritizing potential focuses of attention and selecting a focus of attention based on the prioritization. The potential focuses of attention can be derived from external sources via, for example, information attained via sensors, from accessible content, or from internally stored information such as saved communications **250***c*, chains, or images. Prioritization of the potential focuses of attention may be through application of precedence rules or scoring algorithms, such as, but not limited to, and everything else being equal, assigning a higher priority for attending to user **200** requests or requirements, assigning a higher priority based on recency considerations, and/or assigning a higher priority

based on probabilistic evaluations and/or value of information considerations. Language-based sources of potential focuses of attention (such as processing speech from a user **200** or processing digitized content) can be directly converted to one or more syntactical elements such as behavioral chains, semantic chains, or composite chains as described herein. In the case of non-language-based sources of information such as images, an associated language-based description comprising syntactical elements is first determined for each image (such as, but not limited to, by means of the application of a trained neural network to the images, for example), and then this language-based description can be converted to derivative syntactical elements such as behavioral chains, semantic chains, or composite chains. A particular focus of attention as represented by one or more behavioral chains, semantic chains, or composite chains is then identified based on the application of the prioritization rules or algorithms, including but not limited to considerations such as recency, uncertainty, value of information, and prioritization of required response, to the derived behavioral chains, semantic chains, or composite chains and associated uncertainties associated with each of the potential focuses of attention.

The second step **670** comprises identifying one or more chains that are relevant to the identified focus of attention. This step entails searching for other chains with the same or similar subjects, predicates, or objects as those of the focus of attention chain(s). It may also may entail linking chains that result from the search into composite chains, including linking chains that result from the search with chains that represent the focus of attention.

The third step **675** comprises evaluating uncertainties, as represented by corresponding W1 and/or W2-type and/or W3-type weights, of the relevant chains determined by the previous step **670** and determining which uncertainties should be potentially targeted for reduction. This determination may be made in accordance with a value of information process as described previously herein.

The fourth step **680** comprises identifying and performing one or more actions that are expected to reduce the potentially targeted uncertainties. The identification may comprise a net value of imperfect information process that includes the expected "cost" (which may be an evaluative metric such as a financial cost and/or an evaluative utility metric that takes into account timing and risks) associated with the one or more candidate actions, and also takes into account the degree to which the one or more candidate actions can be expected to reduce the uncertainty (unless an action is expected to reduce the uncertainty to a negligible amount, the value of imperfect information rather than value of perfect information should preferably be calculated and applied). Prioritization of the candidate one or more actions by a net value of perfect or imperfect information method is then performed, with highest priority candidate action(s) selected to be performed. The selected action(s) is then performed by the computer-based system **925**. Candidate actions may include generating interrogative communications **250***c* directed to external agents such as users **200** or directed internally to (i.e., self-directed) the computer-based system **925** (in either case, with an expectation that an answer to the interrogative will reduce targeted uncertainties). Interrogative communications **250***c* are formed in some embodiments by transforming the chain(s) that is associated with the uncertainty that is targeted for reduction into an appropriate question. For example, if the W1-type weight associated with the semantic chain, Fenway Park-Is A-Baseball Park, is not at a maximum level (i.e., there is at least some degree of uncertainty with regard to the objective reality of the semantic chain), then an interrogative communication **250***c* could be generated by a grammatical transformation process of appending syntactical elements "Is" and a "?" (or, for example, via intonation rather than appending "?" if the communication **250***c* is delivered through auditory means) to the semantic chain to yield, "Is Fenway Park a baseball park?" Similarly, interrogative communications **250***c* can be generated from composite chains for which uncertainties are targeted for reduction by applying an appropriate grammatical transformation process. Interrogative communications **250***c* can also be formed by applying a grammatical transformation process that yields a question of how chains or elements thereof are related, as is described in a previous example herein. In addition to interrogative communications **250***c*, candidate actions may also include, but are not limited to, the computer-based system **925** accessing external content, introspecting, generating an imaginative scenario embodied as syntactical elements and/or an image, invoking a sensor, or engaging in movements.

The fifth step **680** of FIG. **14**C comprises assessing the results of the one or more candidate actions that are actually performed and updating the representations of the uncertainties (i.e., W1 and/or W2 and/or W3-type weightings or probabilities) according to the assessment of the results of the actions. The results of actions may or may not actually lead to a reduction of uncertainty. For example, for interrogative communications **250**C, answers may be confirming, disconfirming, or neither. If user **200** answers "Yes" to the question, "Is Fenway Park a baseball park?" then everything being equal, the W1 weight would presumably be set to close to certainty (possibly depending on an assessment of the user's reliability in such areas, etc.). If user **200** answers "I'm not sure," then the W1 weight might remain at the same level as before the question was posed. For internally-directed interrogatives, a search engine or similar function is invoked to provide an answer, possibly in conjunction with a process of the linking of chains to make appropriate deductions. For example, in response to the introspective self-directed interrogative, "Have I been to a baseball park?" the computer-based system **925** could search for stored chains that indicate the computer-based system **925** or elements thereof were at a baseball park. Additionally, or alternatively, the term "baseball park" could be evaluated for matches with the results of a neural network-based or Bayesian program learning-based processing of stored historical images or video of physical locations and associated syntactical elements whereby the computer-based system **925** or elements thereof were proximal to a particular baseball park.

After probabilities that embody uncertainties are updated based on the result of performed actions (or not updated, if the performed action does not provide information that enables the relevant probabilities to be increased), the first step of the process **665** is again invoked. This closed loop process enables continuous, autonomous learning by computer-based system **925**.

The autonomous learning process of FIG. **14**C can further enable the computer-based system **925** to answer interrogatives of why it took the actions it did by relating relevant elements of the process in appropriately syntactically structured explanations. So, for example, if asked by the user **200**, "Why did you ask me about Fenway Park?" the computer-based system **925** might respond, "I thought it probably was a baseball park, but I wasn't totally sure," reflecting a less

than certain but greater than zero level of the associated W1-type weight prior to asking the user **200** the question.

As described previously herein, in some embodiments, the computer-implemented system **925** may include a metaphor-based creativity function that applies the results of a context stripping and transference process when generating self-referential communications **250***c*. For example, in a scenario in which a user **200** asks the computer-implemented system **925** to find a time to attend a local baseball game that fits the user's schedule (that the computer-implemented system **925** has access to) during this week, the computer-implemented system **925** could simply reply, "I could not find a game that fits your schedule this week." However, using the example previously discussed herein of the semantic chain, Strike out-is a-Failure, which is a generalization or context stripping of the term "strike out" from the subject area of baseball, a self-referential communication **250***c* could be generated such as, "I struck out finding a time that fits your schedule this week." This communication exhibits more creativity and, in some circumstances, humor, than the alternative communication that is devoid of metaphor. Judicious use of metaphorical-based communications **250***c* can make the communications more interesting and engaging to the user **200**.

The "strike out" metaphor might be less appropriate if applied to the subject area of football. Shifting the context to some degree but not too radically, or not radically too often, will generally be preferred. The degree of context shifting may be measured by the computer-based system **925**, for example, as a function of the length of a composite chain upon which a context shift choice is based, and/or in accordance with weightings that are associated with the composite chain. For example, the longer the chain, everything else being equal, the lower may be the level confidence in choosing the corresponding context shift. Both one or more W1-type and one or more W2-type weightings associated with composite chains may be applied in informing a choice of appropriate metaphorical shifting.

FIG. **10** is a flow diagram of an alternative or additional process by which the computer-based system **925** can exhibit self-awareness in accordance with some embodiments—the adaptive self-awareness communication process **2000**. The process **2000** begins with an evaluation **2010** of phrase frequency distribution **3030** changes over time. Then the appropriate syntactical structure of the communication **250***c* of self-awareness is determined **2020**. One or more phrases **3040** that embody a sense of self-awareness are then selected in accordance with the syntactical structure requirements and changes in phrase frequency distributions over time.

Returning to FIG. **11**, in some embodiments, phrase attributes that are associated with specific phrases may be used as a basis for self-aware phrase selection. Two example phrase attributes **3050**, **3060** whose values are associated with specific phrases **3040** are shown. An unlimited number of attributes could be used as to provide as nuanced a level of self-awareness as desired. In some embodiments, phrase attributes **3050**, **3060** may be determined from one or more semantic chains. For example, an initial phrase attribute (e.g., "humorous") may be an element of a first semantic chain, and this first semantic chain is then used as a basis for searching for related semantic chains such as a semantic chain that relates the quality "humorous" with, e.g., the quality of "amusing," so as to determine a second applicable phrase attribute ("amusing"). This second phrase attribute may be an element in a second semantic chain that is then used as a basis for identifying a third phrase attribute that



applies (e.g., "whimsical"), and so on. These semantic chains may be derived from an automated analysis, such as a statistical analysis or neural network-based analysis, of content in some embodiments. The semantic chains that are so applied may further have corresponding W1-type and/or W2-type weightings as described herein. These semantic chain weightings may be used to assign a weighting to a phrase attribute **3050**, **3060** that is derived or inferred from the semantic chains. These phrase attribute weightings may then be applied so as to enable a more nuanced, realistic communication **250***c* of self-awareness, including informing levels of confidence with respect to the awareness of changes with respect to personality attributes that are signaled within the communications **250***c* of self-awareness.

When changes in phrase frequency distributions **3030** are evaluated **2010**, the corresponding attributes **3050**, **3060** are also evaluated. These attributes map to attributes **4050**, **4060** that are associated with self-aware phrases **4040** in self-aware phrase data structure **4000**. For example, if phrases **4040** that have the attribute value "humorous" (and by the semantic extensions example above, attribute values "amusing" and "whimsical") have been increasing in frequency, then self-aware phrases that reference "humorous" or "whimsical" may be appropriate to include in generating **2040** a communication of self-awareness **250***c* for delivery to a user **200**. The selection of phrases may be further influenced by phrase attribute weightings—phrases associated with phrase attributes **3050**, **3060** with higher weightings will be preferentially selected, everything else being equal. As is the case of any other communication **250***c*, the behaviors **920** of the recipient **200** of the communication may be evaluated **2050**, and the self-aware phrase frequency distributions **4030** of the self-aware phrases **4040** may be updated **2060** accordingly. This recursive evaluation and updating of phrase frequency distributions can be applied without limit.

FIG. **12** depicts the major functions associated with a computer-based system **925** that exhibits an adaptive personality, and optionally, a self-aware personality, according to some embodiments. Recall that in some embodiments, the computer-based system **925** comprises an adaptive system **100**.

A request **6000** for a communication **250***c* to be delivered to a user **200** is made. The request **6000** may be a direct request from a user **200**, or the request may be made by another function of the computer-based system **925**. In some embodiments the request **6000** for a communication for delivery to the user **200** may be initiated by a function that generates **240** an adaptive recommendation. A communication to the user is then generated **7000**. This generation is performed by first determining the appropriate syntactical rules or structure **7500** for the communication. In some embodiments, the syntax rules **7500** are of an "If some condition, then apply a specific phrase array **3010**" structure. Once the appropriate syntax is established and associated phrase arrays **3010** are determined, specific phrases are probabilistically retrieved from the phrase array function **5000** based on selection frequency distributions associated with the corresponding phrase arrays. The communication **250***c* is then assembled and delivered to a user **200**.

User behaviors **920** of the communication recipient **200** are then monitored **8000**. Based on inferences from these behaviors **920**, the phrase array frequency distributions of the phrase array function **5000** are updated **9000** appropriately.

Computing Infrastructure

FIG. **13** depicts various processor-based computer hardware and network topologies on which the one or more of the computer-based applications **925**, and by extension, adaptive system **100**, may be embodied and operate. One or more processors of the computing hardware may be configured to execute the computer-based applications **925** individually or collectively. In some embodiments the one or more processors may be cognitive computing or neurosynaptic-based processors.

Servers **950**, **952**, and **954** are shown, perhaps residing at different physical locations, and potentially belonging to different organizations or individuals. A standard PC workstation **956** is connected to the server in a contemporary fashion, potentially through the Internet. It should be understood that the workstation **956** can represent any processor-based device, mobile or fixed, including a set-top box or other type of special-purpose device. In this instance, the one or more computer-based applications **925**, in part or as a whole, may reside on the server **950**, but may be accessed by the workstation **956**. A terminal or display-only device **958** and a workstation setup **960** are also shown. The PC workstation **956** or servers **950** may embody, or be connected to, a portable processor-based device (not shown), such as a mobile telephony device, which may be a mobile phone or a personal digital assistant (PDA), or a wearable device such as a "smart watch." The mobile telephony device or PDA may, in turn, be connected to another wireless device such as a telephone or a GPS receiver. As just one non-limiting example, the mobile device may be a gesture-sensitive "smart phone," wherein gestures or other physiological responses are monitored, either through actual physical contact between the device and a user or without physical contact, by means of, for example, a touch screen and/or through a camera, or other sensor apparatus and associated circuitry. The sensor apparatus may include devices with that monitor brain patterns and/or other physiological processes and conditions. The sensor apparatus may operate within a human body, in accordance with some embodiments. The mobile device may include hardware and/or software that enable it to be location-aware, and may embody a camera and/or sensors that enable the monitoring of environmental conditions such as weather, temperature, lighting levels, moisture levels, sound levels, and so on.

FIG. **13** also features a network of wireless or other portable devices **962**. The one or more computer-based applications **925** may reside, in part or as a whole, on all of the devices **962**, periodically or continuously communicating with the central server **952**, as required. A workstation **964** connected in a peer-to-peer fashion with a plurality of other computers is also shown. In this computing topology, the one or more computer-based applications **925**, as a whole or in part, may reside on each of the peer computers **964**.

Computing system **966** represents a PC or other computing system, which connects through a gateway or other host in order to access the server **952** on which the one or more computer-based applications **925**, in part or as a whole, reside. An appliance **968** includes executable instructions "hardwired" into a physical device, such as through use of non-volatile memory or "firmware," and/or may utilize software running on another system that does not itself host the one or more computer-based applications **925**, such as in the case of a gaming console or personal video recorder. The appliance **968** is able to access a computing system that hosts an instance of one of the computer-based applications **925**, such as the server **952**, and is able to interact with the instance of the system.



The processor-based systems on which the one or more computer-based applications **925** operate may include hardware and/or software such as cameras and associated circuitry that enable monitoring of physiological responses or conditions such as gestures, body movement, gaze, heartbeat, brain waves, temperature, blood composition, and so on. The processor-based systems may include sensors and associated circuitry that enable sensing of environmental conditions such as weather conditions, sounds, lighting levels, physical objects in the vicinity, and so on. Microphones and speakers and associated circuitry for receiving and delivering audio-based communications may be included in the computer-based applications **925**. The computer-based applications **925** or elements thereof may be executed on processor-based systems embodied within self-propelled devices that may include mobility mechanisms such as, but not limited to, wheels, tracks, and legs. Such self-propelled devices may include cameras and/or other sensors that provide environmental information to the computer-based applications **925**, and the movements of the self-propelled devices may be directed or informed by the computer-based applications **925** in response to the environmental information. In some embodiments the self-propelled devices have a humanoid form factor. Embodiments in which some or all of the computer-based applications **925** operate in conjunction with an apparatus that has a humanoid form can enhance the perception of communicative qualities of the computer-based applications as described herein such as self-awareness, imagination, and humor by users **200**.

While the present invention has been described with respect to a limited number of embodiments, those skilled in the art will appreciate numerous modifications and variations therefrom. It is intended that the appended claims cover all such modifications and variations as fall within the scope of this present invention.

What is claimed is:

**1**. A computer-implemented method, comprising:

at a system with access to a trained computer-implemented neural network:

causing access to information including a first plurality of syntactical elements;

causing prioritization of a first plurality of attentions including a first attention associated with a representation of a first subset of the first plurality of syntactical elements, and a second attention associated with a representation of a second subset of the first plurality of syntactical elements;

causing generation, by application of the trained computer-implemented neural network, of a first plurality of probabilities based on the prioritization of the first plurality of attentions;

causing prioritization of a second plurality of attentions including a third attention and a fourth attention, based on the first plurality of probabilities generated by the application of the trained computer-implemented neural network;

causing generation, by application of the trained computer-implemented neural network, of a second plurality of probabilities based on the prioritization of the second plurality of attentions;

causing generation of a second plurality of syntactical elements based on the second plurality of probabili-

ties generated by the application of the trained computer-implemented neural network; and

causing a communication to be sent to a user.

**2**. The method of claim **1**, wherein the communication includes the second plurality of syntactical elements, and further comprising:

receiving, from the user, a response to the second plurality of syntactical elements, the response including additional information including a third plurality of syntactical elements;

causing prioritization of a fifth attention associated with a representation of a subset of the information;

causing prioritization of a sixth attention associated with a representation of a subset of the additional information;

causing generation, by application of the trained computer-implemented neural network, of a third plurality of probabilities based on the prioritization of the fifth attention and the sixth attention;

causing generation, by application of the trained computer-implemented neural network, of a fourth plurality of syntactical elements based on the third plurality of probabilities; and

causing another communication including the fourth plurality of syntactical elements to be sent to the user.

**3**. The method of claim **1**, wherein:

a response perceptible to the user that includes a human user is caused based on a prompt, the prompt includes the first plurality of syntactical elements, and at least one operation is caused based on the second plurality of syntactical elements to generate a representation of a rationale for the second plurality of syntactical elements such that the representation of the rationale is used to generate a third plurality of syntactical elements on which the response is based, the at least one operation including:

generation, utilizing the trained computer-implemented neural network, of a plurality of sequences of elements, where each of the plurality of sequences of elements includes multiple elements;

evaluation of the plurality of sequences of elements;

selection of at least one of the plurality of sequences of elements, based on the evaluation; and

inclusion of a representation of the at least one of the plurality of sequences of elements with the representation of the rationale.

**4**. The method of claim **3**, wherein each of the plurality of sequences of elements each represents a different rationale for content generation utilizing the trained computer-implemented neural network.

**5**. The method of claim **3**, wherein no human-perceptible output is caused, after the prompt is accessed, and before the response perceptible to the human user is caused based on the prompt.

**6**. The method of claim **3**, wherein the representation of the rationale is included in the communication that is caused to be sent to the human user before the response is caused.

**7**. The method of claim **3**, wherein the evaluation includes at least one of: applying a heuristic rule, performing a search, or performing a probabilistic assessment.

**8**. The method of claim **3**, wherein the evaluation includes utilizing an expected net information value, that is based on an expected value and an expected cost and that indicates an expected affect on an output from the trained computer-implemented neural network.

**9**. The method of claim **3**, wherein the evaluation includes a hierarchical structuring of the prompt.



**10**. The method of claim **3**, wherein the at least one of the plurality of sequences of elements evolves from at least one of a plurality of previously-generated sequences of elements.

**11**. The method of claim **10**, wherein the previously-generated sequences of elements are adaptively combined.

**12**. The method of claim **3**, wherein the plurality of sequences of elements include a first subset of the plurality of sequences of elements and a second subset of the plurality of sequences of elements, such that the first subset of the plurality of sequences of elements is generated and evaluated during a first iteration to select at least one of the first subset of the plurality of sequences of elements for being a basis for generating and evaluating the second subset of the plurality of sequences of elements during a second iteration, where the at least one of the plurality of sequences of elements includes one or more of the second subset of the plurality of sequences of elements.

**13**. The method of claim **12**, wherein an element of the first subset of the plurality of sequences of elements and an element of the second subset of the plurality of sequences of elements are linked.

**14**. The method of claim **3**, wherein the prompt is received from the human user, and a setting is received from the human user, for causing a tuning of the generation of the plurality of sequences of elements based on the setting, such that the setting causes the tuning of the generation of the plurality of sequences of elements, by causing a selection of a first item of content with a first associated probability to be included with the plurality of sequences of elements, instead of a second item of content with a second associated probability, even though the first associated probability is less than the second associated probability.

**15**. The method of claim **1**, wherein at least one of the representation of the first subset of the first plurality of syntactical elements, or the representation of the second subset of the first plurality of syntactical elements, is at least a portion of at least one vector that is generated based on at least a portion of the first plurality of syntactical elements.

**16**. The method of claim **15**, wherein the at least one vector is generated based on a position of each syntactical element of the at least portion of the first plurality of syntactical elements.

**17**. The method of claim **16**, wherein the at least one vector includes position information relating to the position of each syntactical element of all of the first plurality of syntactical elements that, in turn, represents an entire user prompt.

**18**. The method of claim **15**, wherein the at least one vector is part of a matrix that represents all of the first plurality of syntactical elements that, in turn, represents an entire user prompt.

**19**. The method of claim **18**, wherein the matrix is utilized to prioritize the first plurality of attentions to generate a first set of values, and the first set of values is utilized to prioritize the second plurality of attentions.

**20**. The method of claim **19**, wherein at least one of the first set of values is normalized for probability generation.

**21**. The method of claim **1**, wherein the first plurality of probabilities is generated utilizing a scoring that is based on relationships among different syntactical elements of the first plurality of syntactical elements.

**22**. The method of claim **1**, wherein the system includes one or more cognitive computing-based processors and the trained computer-implemented neural network includes a non-recurrent neural network.

**23**. The method of claim **1**, wherein the system includes resources for the first attention to be directed in parallel with a plurality of other attentions of the first plurality of attentions that are directed to different subsets of the first plurality of syntactical elements.

**24**. The method of claim **1**, wherein the information is a user prompt including at least one image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one image in addition to the first plurality of syntactical elements; and one or more attentions is caused to be directed to a representation of at least a portion of the at least one image in addition to the first attention being directed to the representation of the first subset of the first plurality of syntactical elements.

**25**. The method of claim **1**, wherein:

at least one image is caused to be identified, by application of the trained computer- implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one image is caused to be sent to the user in addition to and corresponding with the second plurality of syntactical elements, in the communication.

**26**. The method of claim **25**, wherein the at least one image is identified by identifying a pre-existing image to be the at least one image.

**27**. The method of claim **25**, wherein the at least one image is identified by generating a new image to be the at least one image.

**28**. The method of claim **1**, wherein the first attention and the second attention each include a self-attention.

**29**. The method of claim **1**, wherein the first attention and the second attention each include a focus of attention.

**30**. The method of claim **1**, wherein the first plurality of probabilities is generated via a first iteration of a probability generation algorithm, and the second plurality of probabilities is generated via a second iteration of the probability generation algorithm.

**31**. The method of claim **1**, wherein the first plurality of probabilities is generated via a first iteration that generates a first output, and the second plurality of probabilities is generated via a second iteration that generates a second output by feeding back the first output for use via the second iteration.

**32**. The method of claim **1**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, and is based on a position of each syntactical element of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user, and a relative importance or relevance of a plurality of relationships of at least some of the first plurality of syntactical elements, where at least the first plurality of probabilities is generated utilizing the at least one vector based on an attention prioritization via a scoring that reflects the relative importance or relevance of the plurality of relationships of the at least some of the first plurality of syntactical elements.

**33**. The method of claim **1**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, where the trained computer-implemented neural network is of a type to avoid at least one instance of recurrency to increase efficacy in processing all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user,

is generated based on a position of each syntactical element of at least a portion of the first plurality of syntactical elements, where the trained computer-implemented neural network is of the type to avoid at least one instance of recurrency to increase efficacy in processing position information related to the position, and

includes weights for the first plurality of syntactical elements that are based on a relative importance or relevance of a plurality of relationships of the first plurality of syntactical elements, where the trained computer-implemented neural network is of the type to avoid at least one instance of recurrency and to enable a scalability increase to increase efficacy in processing of the weights;

the first plurality of probabilities is generated during a first iteration by applying a multiplication function to the weights, such that the first plurality of probabilities are utilized via a second iteration during which the second plurality of attentions are prioritized, where the second plurality of attentions is prioritized based on the first plurality of probabilities by being prioritized utilizing an updated version of the weights which are updated based on the first plurality of probabilities, and where the trained computer-implemented neural network is of the type to avoid at least one instance of recurrency to increase efficacy with which the second plurality of attentions are prioritized in a single act;

the first plurality of attentions is prioritized based on a first relational aspect among different subsets of the first plurality of syntactical elements and further based on a second relational aspect among the different subsets of the first plurality of syntactical elements; and

the trained computer-implemented neural network is of the type to avoid at least one instance of recurrency to increase efficacy with which the trained computer-implemented neural network utilizes a plurality of cognitive computing processors.

**34**. The method of claim **1**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of a single matrix that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, in response to which the second plurality of syntactical elements is caused to be sent to the user in the communication,

is based on a position of each syntactical element of at least a portion of the first plurality of syntactical elements, such that the single matrix includes posi-

tion information on the position of each syntactical element of the at least portion of the first plurality of syntactical elements, and

includes at least one aspect thereof that is normalized; and

the first plurality of probabilities is generated utilizing the single matrix.

**35**. The method of claim **34**, wherein:

the system includes one or more cognitive computing-based processors, for prioritizing the first plurality of attentions utilizing the single matrix that represents all of the first plurality of syntactical elements that constitutes the entirety of the syntactical element portion of the user prompt received from the user, where the prioritizing is completed before any usage of a result of the prioritizing of any of the first plurality of attentions utilizing the single matrix that represents all of the first plurality of syntactical elements that constitutes the entirety of the syntactical element portion of the user prompt received from the user.

**36**. The method of claim **35**, wherein:

the information is received with the user prompt and includes at least one human user- provided image in addition to and corresponding with the first plurality of syntactical elements;

and one or more attentions associated with one or more representations of at least a portion of the at least one human user-provided image is prioritized; and

at least one responsive image is caused to be identified, by application of the trained computer-implemented neural network and based on the prioritization of the one or more attentions, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the second plurality of syntactical elements, in the communication.

**37**. The method of claim **35**, wherein:

the information is received with the user prompt and includes at least one human user- provided image in addition to and corresponding with the first plurality of syntactical elements;

and one or more attentions associated with one or more representations of at least a portion of the at least one human user-provided image is prioritized in addition to the first plurality of attentions being prioritized.

**38**. The method of claim **35**, wherein:

based on the second plurality of probabilities, at least one responsive image is caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the second plurality of syntactical elements, in the communication.

**39**. The method of claim **38**, wherein the at least one responsive image is identified by identifying a pre-existing image to be the at least one responsive image.

**40**. The method of claim **38**, wherein the at least one responsive image is identified by generating a new image to be the at least one responsive image.

**41**. The method of claim **1**, wherein, after the communication, which includes the second plurality of syntactical elements, is caused to be sent to the user:

a third plurality of syntactical elements is received from the user that addresses the second plurality of syntactical elements; and

a fourth plurality of syntactical elements is caused to be generated and sent to the user, based on the third plurality of syntactical elements.

**42**. The method of claim **41**, wherein the fourth plurality of syntactical elements is caused to be generated, based on at least one additional attention and at least one additional plurality of probabilities, which are both based on the third plurality of syntactical elements.

**43**. The method of claim **41**, wherein the trained computer-implemented neural network is caused to be trained utilizing the third plurality of syntactical elements.

**44**. The method of claim **41**, wherein the trained computer-implemented neural network is not trained utilizing the third plurality of syntactical elements.

**45**. The method of claim **1**, wherein the trained computer-implemented neural network is trained by a plurality of focuses of attention being automatically prioritized.

**46**. The method of claim **1**, wherein the first plurality of syntactical elements includes natural language.

**47**. The method of claim **1**, wherein the trained computer-implemented neural network is trained on a training set including a plurality of images each associated with one or more syntactical elements, to infer at least one syntactical element corresponding to one or more pixel patterns within one or more of the plurality of images.

**48**. The method of claim **1**, wherein the trained computer-implemented neural network is trained on one or more training sets that include representations of each of a plurality of semantic chains, where the representations are logically linked.

**49**. The method of claim **1**, wherein the trained computer-implemented neural network is trained on one or more training sets that include linked representations of each of a plurality of semantic chains.

**50**. The method of claim **1**, wherein each of the second plurality of syntactical elements is associated with a distinct probability.

**51**. The method of claim **1**, wherein the second plurality of syntactical elements is caused to be generated based on the second plurality of probabilities and a value of information.

**52**. The method of claim **1**, wherein no communication with human- perceptible output is caused to be sent to the user that includes a human user, after a human- provided prompt is received from the human user, and before the communication is caused to be sent to the human user based on the human-provided prompt.

**53**. The method of claim **52**, wherein the human-provided prompt includes the first plurality of syntactical elements, the communication includes a third plurality of syntactical elements, and at least one operation is caused based on the second plurality of syntactical elements to generate a result that is used to generate the third plurality of syntactical elements included in the communication.

**54**. The method of claim **53**, wherein, after the at least one operation, a fourth plurality of syntactical elements is caused to be generated by multiple- attention prioritization based on the result of the at least one operation, and the third plurality of syntactical elements is caused to be generated by additional multiple-attention prioritization based on the fourth plurality of syntactical elements.

**55**. The method of claim **53**, wherein the at least one operation includes a composition that results in a chain including linked representations of each of a plurality of semantic chains, and the third plurality of syntactical elements is caused to be generated by multiple-attention prioritization based on the chain.

**56**. The method of claim **53**, wherein the at least one operation includes generating an explanation for the second plurality of syntactical elements, and the third plurality of syntactical elements is caused to be generated by multiple-attention prioritization based on the explanation.

**57**. The method of claim **53**, wherein the at least one operation includes:

a composition that results in a chain including linked representations of each of a plurality of semantic chains; and

generating an explanation.

**58**. The method of claim **53**, wherein the at least one operation is iteratively caused based on different pluralities of syntactical elements, until an expected net information value, that is based on an expected value and an expected cost and that reflects an expected amount of potential to affect a selection of one or more of the third plurality of syntactical elements, is insufficient.

**59**. The method of claim **52**, wherein the human-provided prompt is received before the access is caused to the first plurality of syntactical elements, the communication includes the second plurality of syntactical elements, and at least one operation is caused to generate a result that is used to generate the first plurality of syntactical elements.

**60**. The method of claim **59**, wherein the at least one operation is caused to generate the result without utilizing the trained computer-implemented neural network.

**61**. The method of claim **59**, wherein, after the at least one operation, a third plurality of syntactical elements is caused to be generated by multiple- attention prioritization based on the result of the at least one operation, and the first plurality of syntactical elements is caused to be generated by additional multiple-attention prioritization based on the third plurality of syntactical elements.

**62**. The method of claim **59**, wherein the at least one operation includes one or more searches in at least one database based on the human-provided prompt, and the first plurality of syntactical elements is caused to be generated by multiple-attention prioritization based on the result of the one or more searches.

**63**. The method of claim **59**, wherein the at least one operation includes a composition, generated by multiple-attention prioritization, that results in a chain including linked representations of each of a plurality of semantic chains, where the first plurality of syntactical elements is caused to be generated by additional multiple-attention prioritization based on the chain.

**64**. The method of claim **59**, wherein the at least one operation includes identifying at least one aspect of a profile of the human user based on at least one previous human-provided prompt received from the human user before the human-provided prompt is received, and the first plurality of syntactical elements is caused to be generated by multiple-attention prioritization based on the at least one aspect of the profile of the human user.

**65**. The method of claim **59**, wherein a third plurality of syntactical elements is caused to be generated by multiple-attention prioritization based on the human- provided prompt, the at least one operation includes generating an explanation for the third plurality of syntactical elements by additional multiple-attention prioritization based on the third plurality of syntactical elements, and the first plurality of syntactical elements is caused to be generated by yet additional multiple-attention prioritization based on the explanation.

**66**. The method of claim **59**, wherein the at least one operation includes at least two of:

identifying at least one aspect of a profile of the human user based on at least one previous human-provided prompt received from the human user before the human-provided prompt is received;

one or more searches in at least one database based on the human-provided prompt;

a composition that results in a chain including linked representations of each of a plurality of semantic chains; and

generating an explanation for a result of an application of the trained computer- implemented neural network.

**67**. The method of claim **59**, wherein the at least one operation includes at least three of:

identifying at least one aspect of a profile of the human user based on at least one previous human-provided prompt received from the human user before the human-provided prompt is received;

one or more searches in at least one database based on the human-provided prompt;

a composition that results in a chain including linked representations of each of a plurality of semantic chains; and

generating an explanation for a result of an application of the trained computer- implemented neural network.

**68**. The method of claim **59**, wherein the at least one operation includes:

identifying at least one aspect of a profile of the human user based on at least one previous human-provided prompt received from the human user before the human-provided prompt is received;

one or more searches in at least one database based on the human-provided prompt;

a composition that results in a chain including linked representations of each of a plurality of semantic chains; and

generating an explanation for a result of an application of the trained computer- implemented neural network.

**69**. The method of claim **59**, wherein the at least one operation is iteratively caused by multiple-attention prioritization based on different pluralities of syntactical elements, until an expected net information value, that is based on an expected value and an expected cost and that reflects an expected affect on a selection of one or more of the second plurality of syntactical elements, is insufficient.

**70**. The method of claim **1**, wherein the trained computer-implemented neural network is of a type other than a recurrent neural network, and that includes at least one aspect that is recurrent.

**71**. The method of claim **1**, wherein the trained computer-implemented neural network extracts features from the first plurality of syntactical elements by applying one or more feature extraction nodes.

**72**. The method of claim **1**, wherein the trained computer-implemented neural network is of a type other than a recurrent neural network, by the trained computer-implemented neural network being a deep-learning neural network with at least one feature that involves neural network recurrency.

**73**. The method of claim **1**, wherein:

the trained computer-implemented neural network is of a type other than a recurrent neural network, by the trained computer-implemented neural network not including the recurrent neural network; and

a scalability advantage and computational efficiency advantage is afforded when converting language-based relationships among the first plurality of syntactical elements, into numerical values.

**74**. The method of claim **1**, wherein the trained computer-implemented neural network is applied to one or more vectors representing the first plurality of syntactical elements, where the application of the trained computer-implemented neural network is adjusted based on an availability of computing resources of the system.

**75**. The method of claim **1**, wherein the first plurality of attentions is prioritized based on a first relational aspect among different subsets of the first plurality of syntactical elements and further based on a second relational aspect among the different subsets of the first plurality of syntactical elements.

**76**. The method of claim **1**, wherein the communication includes an audible form of the second plurality of syntactical elements.

**77**. The method of claim **1**, wherein at least one of the first attention or the second attention is prioritized based on automatically inferred relationships among the first plurality of syntactical elements, where the automatically inferred relationships are indicated by values in one or more vectors, and each of the values in the one or more vectors corresponds to a single automatically inferred relationship among only two of the first plurality of syntactical elements.

**78**. The method of claim **1**, wherein at least one of the first attention or the second attention is prioritized based on relationships among the first plurality of syntactical elements that are automatically inferred in accordance with a recency factor, where the relationships are reflected in values in one or more vectors, and each of the values in the one or more vectors corresponds to an associated subset of the first plurality of syntactical elements.

**79**. The method of claim **1**, wherein the first plurality of attentions is prioritized such that only a subset of different subsets of the first plurality of syntactical elements is a basis for the generation of the first plurality of probabilities.

**80**. The method of claim **1**, wherein:

an attention prioritization algorithm is applied in connection with a first attention value associated with the first attention and a second attention value associated with the second attention; and

the first attention value associated with the first attention and the second attention value associated with the second attention are of a plurality of first attention values associated with the first plurality of attentions that includes the first attention and the second attention so that the attention prioritization algorithm is applied to prioritize the first plurality of attentions utilizing the plurality of first attention values.

**81**. The method of claim **1**, wherein:

an attention prioritization algorithm is applied in connection with a first attention value associated with the first attention and a second attention value associated with the second attention;

the first attention value associated with the first attention indicates a strength of a correspondence in connection with the first subset of the first plurality of syntactical elements;

and the second attention value associated with the second attention indicates a strength of a correspondence in connection with the second subset of the first plurality of syntactical elements.

**82**. The method of claim **1**, wherein:

an attention prioritization algorithm is applied in connection with a first attention value associated with the first attention and a second attention value associated with the second attention;

the first attention is prioritized by applying the attention prioritization algorithm in connection with the first attention value that is based on at least one automatically inferred relationship between the first subset of the first plurality of syntactical elements and at least one other subset of the first plurality of syntactical elements; and

the second attention is prioritized by applying the attention prioritization algorithm in connection with the second attention value that is based on at least one other automatically inferred relationship between the second subset of the first plurality of syntactical elements and at least one additional other subset of the first plurality of syntactical elements.

**83**. The method of claim **1**, wherein:

an attention prioritization algorithm is applied in connection with a first attention value associated with the first attention and a second attention value associated with the second attention;

the first attention is prioritized by applying the attention prioritization algorithm in connection with the first attention value that is based on: at least one automatically inferred relationship between the first subset of the first plurality of syntactical elements, including a single syntactical element, and at least one other single one of the first plurality of syntactical elements, and a recency factor; and

the second attention is prioritized by applying the attention prioritization algorithm in connection with the second attention value that is based on: at least one other automatically inferred relationship between the second subset of the first plurality of syntactical elements, including an additional single syntactical element, and at least one additional other single one of the first plurality of syntactical elements, and the recency factor.

**84**. The method of claim **1**, wherein:

an attention prioritization algorithm is applied in connection with a first attention value associated with the third attention and a second attention value associated with the fourth attention;

the third attention is prioritized by applying the attention prioritization algorithm in connection with the first attention value that is based on one or more probabilities that is generated by multiple-attention prioritization; and

the fourth attention is prioritized by applying the attention prioritization algorithm in connection with the second attention value that is based on another one or more probabilities that is generated by additional multiple-attention prioritization.

**85**. The method of claim **1**, wherein the first attention is prioritized, by prioritizing the first attention associated with the representation of the first subset of the first plurality of syntactical elements over all other attentions associated with representations of all other subsets of the first plurality of syntactical elements.

**86**. The method of claim **1**, wherein the first attention associated with the representation of the first subset of the first plurality of syntactical elements is prioritized over the second attention associated with the representation of the second subset of the first plurality of syntactical elements.

**87**. The method of claim **86**, wherein the third attention is prioritized over the fourth attention, based on the first plurality of probabilities.

**88**. The method of claim **86**, wherein the prioritization of the second attention is based on a scoring algorithm.

**89**. The method of claim **86**, wherein a different one or more subsets of the first plurality of syntactical elements has a most-prioritized attention associated therewith for each of a plurality of iterations.

**90**. The method of claim **86**, wherein a different one or more subsets of the first plurality of syntactical elements has a most-prioritized attention associated therewith for each of a plurality of iterations based on at least one probabilistic evaluation.

**91**. The method of claim **1**, wherein the first attention is a most-prioritized one of the first plurality of attentions, where one or more representations of one or more different subsets of the first plurality of syntactical elements are subject to a most-prioritized attention during different iterations.

**92**. The method of claim **1**, wherein:

the first plurality of attentions is prioritized based on a first relational aspect among different subsets of the first plurality of syntactical elements and further based on a second relational aspect among the different subsets of the first plurality of syntactical elements; and

where at least one of the first plurality of attentions is prioritized based on a strength of a correspondence in connection with an associated one of the different subsets of the first plurality of syntactical elements, and the different subsets of the first plurality of syntactical elements each includes a different word.

**93**. The method of claim **1**, wherein the second plurality of syntactical elements describes a first scenario, and further comprising causing:

a determination whether the first scenario represents objective reality; and

based on a determination that the first scenario does not represent objective reality, generation, based on prioritizing a third plurality of attentions utilizing the second plurality of syntactical elements, of a third plurality of syntactical elements that describe a second scenario that represents objective reality.

**94**. The method of claim **93**, wherein:

a human-provided creativity tuning setting is received that causes tuning of syntactical element generation, by causing a selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

a human-provided prompt is augmented by performing a search utilizing the human-provided prompt, to include at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the syntactical element generation is based on the at least one user profile aspect.

**95**. The method of claim **93**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of one or more representations that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, and

is influenced by a position of each syntactical element of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user, and a relative importance or relevance of a plurality of relationships among all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user;

the first plurality of probabilities is generated during a first iteration, such that the first plurality of probabilities are utilized via a second iteration during which the second plurality of attentions are prioritized; and

the second plurality of probabilities is generated during the second iteration, such that the second plurality of probabilities are utilized via a third iteration during which a third plurality of attentions are prioritized.



**96**. The method of claim **95**, wherein the trained computer- implemented neural network is of at least one type to avoid neural network recurrency in first aspects of the trained computer-implemented neural network and to include neural network recurrency in second aspects of the trained computer-implemented neural network, while utilizing one or more hardware cognitive computing processors, in connection with prioritizing the first plurality of attentions for all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user, before utilization of the prioritization of any of the first plurality of attentions for any of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user.

**97**. The method of claim **93**, wherein the determination whether the first scenario represents objective reality is performed by automatically searching within content and interpreting a result of the searching.

**98**. The method of claim **93**, wherein the first plurality of syntactical elements is automatically generated by a non-human user without being directly prompted by any human user prompt, and the determination whether the first scenario represents objective reality is automatically caused by the non-human user without being directly prompted by any human user prompt.

**99**. The method of claim **98**, wherein a creativity tuning setting is received, for causing a tuning of the generation of the second plurality of syntactical elements and the third plurality of syntactical elements based on the creativity tuning setting.

**100**. The method of claim **99**, wherein the creativity tuning setting causes the tuning of the generation of the third plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the third plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**101**. The method of claim **98**, wherein the non-human user includes the system.

**102**. The method of claim **98**, wherein the non-human user includes another computer-implemented neural network that automatically generates the first plurality of syntactical elements via multiple-attention prioritization.

**103**. The method of claim **98**, and further comprising:

automatically causing generation, based on prioritizing a fourth plurality of attentions, of a fourth plurality of syntactical elements that provides an explanation for at least one plurality of syntactical elements.

**104**. The method of claim **103**, wherein:

the at least one plurality of syntactical elements includes the second plurality of syntactical elements; and

the third plurality of syntactical elements is caused to be generated, based on prioritizing the third plurality of attentions utilizing the fourth plurality of syntactical elements, in addition to the second plurality of syntactical elements.

**105**. The method of claim **103**, wherein:

the at least one plurality of syntactical elements includes the third plurality of syntactical elements; and

the fourth plurality of syntactical elements is caused to be generated, based on prioritizing the fourth plurality of attentions utilizing the third plurality of syntactical elements, in addition to the second plurality of syntactical elements.

**106**. The method of claim **98**, and further comprising:

causing access to a request, received from the user that includes a human user, for an explanation for the third plurality of syntactical elements that is included in the communication caused to be sent to the human user; and

in response to the request, causing generation, based on prioritizing a fourth plurality of attentions, of a fourth plurality of syntactical elements that provides the explanation and that is included in another communication caused to be sent to the human user.

**107**. The method of claim **93**, wherein the second plurality of syntactical elements is included in the communication caused to be sent to the user, the user includes a human user, the first plurality of syntactical elements is caused to be accessed in response to being received from the human user, the determination whether the first scenario represents objective reality is caused in response to a reaction to the second plurality of syntactical elements that is received from the human user, and further comprising: causing an other communication including the third plurality of syntactical elements to be sent to the human user.

**108**. The method of claim **107**, wherein the human user includes a training user who trains the system for use by an end user.

**109**. The method of claim **107**, wherein a creativity tuning setting is received from the human user, for causing a tuning of the generation of at least one of the second plurality of syntactical elements or the third plurality of syntactical elements, based on the creativity tuning setting.

**110**. The method of claim **109**, wherein the creativity tuning setting causes the tuning of the generation of the third plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the third plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**111**. The method of claim **110**, wherein the human user includes an end user who uses the system that is trained by a training user.

**112**. The method of claim **107**, wherein at least one usage behavior is identified for the human user that includes an end user who uses the system that is trained by a training user, where at least one of the second plurality of syntactical elements or the third plurality of syntactical elements is caused to be generated, based on the at least one usage behavior.

**113**. The method of claim **107**, wherein at least one usage behavior is identified including at least one prompt received from the human user that includes an end user who uses the system that is trained by a training user, and a creativity tuning setting is received from the end user, for causing a tuning of the generation at least one of the second plurality of syntactical elements or the third plurality of syntactical elements, based on the creativity tuning setting and the at least one usage behavior including the at least one prompt received from the end user.

**114**. The method of claim **113**, wherein:

the creativity tuning setting causes a tuning of the generation of the second plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the second plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability; and

the creativity tuning setting causes a tuning of the generation of the third plurality of syntactical elements, by causing a selection of a third syntactical element with a third associated probability to be included with the third plurality of syntactical elements, instead of a fourth syntactical element with a fourth associated probability, even though the third associated probability is less than the fourth associated probability.

**115**. The method of claim **107**, wherein one or more user preferences is identified for the human user that includes an end user who uses the system that is trained by a training user, where at least one of the second plurality of syntactical elements or the third plurality of syntactical elements is caused to be generated, based on the one or more user preferences.

**116**. The method of claim **107**, and further comprising causing:

inference of a preference of the human user that includes an end user who uses the system that is trained by a training user, based on a plurality of usage behaviors of the end user;

generation of one or more vector representations of the inferred user's preference utilizing the trained computer-implemented neural network;

access to a plurality of stored vector representations that each represent at least one of a plurality of distinct items of content, and that is generated utilizing the trained computer-implemented neural network;

comparison of the one or more vector representations of the inferred user's preference with the plurality of stored vector representations; and

selection of one or more of the plurality of stored vector representations based on the comparison.

**117**. The method of claim **116**, wherein the communication is generated utilizing one or more of the plurality of distinct items of content that correspond to the selected one or more of the plurality of stored vector representations.

**118**. The method of claim **116**, wherein the other communication is generated utilizing one or more of the plurality of distinct items of content that correspond to the selected one or more of the plurality of stored vector representations.

**119**. The method of claim **116**, wherein the second plurality of syntactical elements and the third plurality of syntactical elements are generated based on one or more of the plurality of distinct items of content that correspond to the selected one or more of the plurality of stored vector representations.

**120**. The method of claim **116**, wherein the comparison is performed, utilizing a mathematical-based vector comparison algorithm.

**121**. The method of claim **107**, and further comprising:

causing access to a request, received from the human user, for an explanation for the second plurality of syntactical elements; and

in response to the request, causing generation, based on prioritizing a fourth plurality of attentions, of a fourth plurality of syntactical elements that provides the explanation.

**122**. The method of claim **121**, wherein the third plurality of syntactical elements is caused to be generated, based on prioritizing the third plurality of attentions based on the fourth plurality of syntactical elements, the second plurality of syntactical elements, and the reaction.

**123**. The method of claim **121**, wherein the reaction includes the request.

**124**. The method of claim **121**, wherein the reaction is received separately from the request.

**125**. The method of claim **107**, and further comprising:

causing access to a request, received from the human user, for an explanation for the third plurality of syntactical elements; and

in response to the request, causing generation, based on prioritizing a fourth plurality of attentions, of a fourth plurality of syntactical elements that provides the explanation and that is caused to be sent to the human user in yet another communication.

**126**. The method of claim **93**, wherein the second plurality of syntactical elements is included in the communication caused to be sent to the user, the user includes a human user from whom a prompt is received, the determination whether the first scenario represents objective reality is caused in response to a reaction to the second plurality of syntactical elements that is received from the human user, and further comprising:

causing generation, based on prioritizing a fourth plurality of attentions utilizing the prompt, of a fourth plurality of syntactical elements;

automatically causing generation, based on prioritizing a fifth plurality of attentions, of the first plurality of syntactical elements that provides an explanation for the fourth plurality of syntactical elements, such that the second plurality of syntactical elements is generated based on the explanation; and

causing an other communication including the third plurality of syntactical elements to be sent to the human user.

**127**. The method of claim **1**, wherein the trained computer- implemented neural network is trained utilizing an output from an other computer- implemented neural network.

**128**. The method of claim **127**, wherein the output from the other computer-implemented neural network is based on a composition that results in a chain including linked representations of each of a plurality of semantic chains.

**129**. The method of claim **127**, wherein the output from the other computer-implemented neural network is based on an explanation generated by the other computer-implemented neural network for at least one syntactical element generated by an application of the other computer-implemented neural network.

**130**. The method of claim **127**, wherein the output from the other computer-implemented neural network is based on at least two operations including at least two of:

one or more searches in at least one database;

a composition that results in a chain including linked representations of each of a plurality of semantic chains; and

generating an explanation for an application of the other computer-implemented neural network.

**131**. The method of claim **130**, wherein one or more of the at least two operations is iteratively performed by application of the other computer-implemented neural network based on different pluralities of syntactical elements, until an expected net information value, that is based on an expected value and an expected cost and that indicates an expected affect on the output from the other computer-implemented neural network, is insufficient.



**132**. The method of claim **127**, wherein the output from the other computer-implemented neural network is based on at least one operation including at least one of:

one or more searches in at least one database;

a composition that results in a chain including linked representations of each of a plurality of semantic chains; or generating an explanation for an application of the other computer-implemented neural network.

**133**. The method of claim **1**, wherein the trained computer-implemented neural network is trained utilizing an output that is generated based on prioritizing a third plurality of attentions and utilizing another computer-implemented neural network that is of a type other than a recurrent neural network and that is capable of including at least one recurrent aspect.

**134**. The method of claim **1**, wherein the trained computer-implemented neural network is trained utilizing a third plurality of syntactical elements that is generated based on prioritizing a third plurality of attentions and utilizing another computer-implemented neural network based on a fourth plurality of syntactical elements, the another computer-implemented neural network being of a type other than a recurrent neural network.

**135**. The method of claim **134**, wherein a creativity tuning setting is received, for causing a tuning of the generation of the third plurality of syntactical elements based on the creativity tuning setting.

**136**. The method of claim **135**, wherein the creativity tuning setting causes the tuning of the generation of the third plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the third plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**137**. The method of claim **1**, and further comprising, before the access is caused to the first plurality of syntactical elements, causing:

access to an other computer-implemented neural network that is trained based on prioritizing a third plurality of attentions associated with representations of different subsets of a first plurality of items of content, and that generates, based on prioritizing a fourth plurality of attentions and utilizing the trained other computer-implemented neural network, a second plurality of items of content; and

training of the trained computer-implemented neural network based on prioritizing a fifth plurality of attentions associated with representations of different subsets of the second plurality of items of content.

**138**. The method of claim **137**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of one or more representations that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, and

reflects a position of each syntactical element of all of the first plurality of syntactical elements that consti-

tute the entirety of the syntactical element portion of the user prompt received from the user, and a relative importance or relevance of a plurality of relationships among all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user;

the first plurality of probabilities is generated utilizing the one or more representations during a first iteration, such that the first plurality of probabilities are utilized via a second iteration; and

the second plurality of probabilities is generated during the second iteration.

**139**. The method of claim **138**, wherein the trained computer-implemented neural network is of a type other than a recurrent neural network to reduce recurrency while being capable of including at least one recurrent aspect, while utilizing one or more hardware cognitive computing processors, in connection with a completion of prioritizing the first plurality of attentions based on the relative importance or relevance of the plurality of relationships among all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user, before a start of utilization of the prioritization of any of the first plurality of attentions for any of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user.

**140**. The method of claim **137**, wherein the trained computer-implemented neural network is a component of the system, and the other computer-implemented neural network is external to the system.

**141**. The method of claim **137**, wherein the trained computer-implemented neural network and the other computer-implemented neural network are components of the system.

**142**. The method of claim **137**, wherein at least a portion of the second plurality of items of content is automatically input into the trained computer-implemented neural network for training of the trained computer-implemented neural network, in response to being generated.

**143**. The method of claim **137**, wherein the second plurality of items of content include both syntactical elements and images.

**144**. The method of claim **137**, wherein a creativity tuning setting is received, for causing a tuning of the generation of the second plurality of items of content based on the creativity tuning setting.

**145**. The method of claim **144**, wherein the creativity tuning setting causes the tuning of the generation of the second plurality of items of content, by selecting a first item of content with a first associated probability to be included with the second plurality of items of content, instead of a second item of content with a second associated probability, even though the first associated probability is less than the second associated probability.

**146**. The method of claim **1**, wherein the second plurality of syntactical elements includes a description of a first scenario, and further comprising:

causing generation, based on prioritizing a third plurality of attentions, of a third plurality of syntactical elements that provides an explanation for the second plurality of syntactical elements; and

causing generation, based on prioritizing a fourth plurality of attentions, of a fourth plurality of syntactical elements that updates the description of the first scenario based on the third plurality of syntactical elements that provides the explanation, the fourth plurality of syntactical elements that updates the description of the first scenario being included in the communication.

**147**. The method of claim **146**, wherein no communication is caused to be sent to any human user with the second plurality of syntactical elements nor the third plurality of syntactical elements, after a human-provided prompt is received from the user that includes a human user, and before the communication is caused to be sent to the human user in response to the human-provided prompt.

**148**. The method of claim **146**, wherein the explanation for the second plurality of syntactical elements, includes a mathematical representation of a rationale for the second plurality of syntactical elements.

**149**. The method of claim **146**, wherein the explanation for the second plurality of syntactical elements, includes an explanation as to why the second plurality of syntactical elements were generated.

**150**. The method of claim **146**, wherein the explanation for the second plurality of syntactical elements, includes an explanation for one or more of the second plurality of syntactical elements themselves and includes a reference to the one or more of the second plurality of syntactical elements.

**151**. The method of claim **146**, wherein the explanation for the second plurality of syntactical elements, includes a reference to a concept or theme associated with one or more of the second plurality of syntactical elements.

**152**. The method of claim **146**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, where the trained computer-implemented neural network avoids at least one instance of recurrency in connection with processing all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user,

is generated based on a position of each syntactical element of at least a portion of the first plurality of syntactical elements,

includes weights for the first plurality of syntactical elements that are based on a relative importance or relevance of a plurality of relationships of the first plurality of syntactical elements, where the trained computer-implemented neural network avoids at least one instance of recurrency in connection with processing of the weights, and

is processed to convert each of the weights to a value in a range from zero (0) and (1);

the first plurality of probabilities is generated during a first iteration by applying a multiplication function to the weights, such that the first plurality of probabilities are utilized via a second iteration during which the second plurality of attentions are prioritized, where the second plurality of attentions is prioritized based on the first plurality of probabilities by being prioritized utilizing an updated version of the weights which are updated based on the first plurality of probabilities, and where the trained computer-implemented neural network

avoids at least one instance of recurrency in connection with the first plurality of attentions being prioritized in a single act; and

the trained computer-implemented neural network avoids at least one instance of recurrency in connection with the trained computer-implemented neural network utilizing a plurality of cognitive computing processors.

**153**. The method of claim **146**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, and

reflects a position of each syntactical element of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user, and a relative importance or relevance of a plurality of relationships associated with all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user;

the first plurality of probabilities is generated utilizing the at least one vector during a first iteration, such that the first plurality of probabilities are utilized via a second iteration; and

the second plurality of probabilities is generated during the second iteration.

**154**. The method of claim **153**, wherein:

the trained computer-implemented neural network does not include a recurrent neural network to reduce recurrency to increase efficacy in:

processing all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user;

the first plurality of attentions being prioritized as part of a single act, and the second plurality of attentions being prioritized as part of another single act; and

the trained computer-implemented neural network being implemented utilizing a plurality of hardware cognitive computing processors.

**155**. The method of claim **153**, wherein:

the trained computer-implemented neural network is of a type to reduce recurrency by utilizing one or more hardware cognitive computing processors, in connection with prioritizing, in a single act, the first plurality of attentions;

the information is received with the user prompt and includes at least one human user-provided image in addition to and corresponding with the first plurality of syntactical elements, one or more attentions associated with one or more representations of at least a portion of the at least one human user-provided image is prioritized in another single act; and

at least one responsive image is caused to be identified by application of the trained computer-implemented neural network and based on the prioritization of the one or more attentions, in addition to the generation of the fourth plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the fourth plurality of syntactical elements, in the communication.

**156**. The method of claim **146**, wherein the third plurality of syntactical elements is caused to be generated in response to a request that is generated by the system and that is not prompted by a human user after the generation of the second plurality of syntactical elements.

**157**. The method of claim **146**, wherein:

a human-provided creativity tuning setting is received that causes tuning of syntactical element generation, by causing a selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

a human-provided prompt is augmented by performing a search utilizing the human-provided prompt, to include at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt, where other syntactical element generation is based on the augmented human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where still other syntactical element generation is based on the at least one user profile aspect.

**158**. The method of claim **146**, wherein:

the first plurality of syntactical elements is received from the user that includes a human user;

a human-provided creativity tuning setting is received that causes a tuning of the generation of the fourth plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the fourth plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

the first plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the first plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the second plurality of syntactical elements and the fourth plurality of syntactical elements are caused to be generated, based on the at least one user profile aspect.

**159**. The method of claim **146**, wherein the first plurality of syntactical elements is automatically generated by a non-human user based on receipt of a human-provided prompt without being directly prompted by any human user prompt after the receipt of the human-provided prompt.

**160**. The method of claim **159**, wherein the second plurality of syntactical elements that includes the description of the first scenario, the third plurality of syntactical elements that provides the explanation, and the fourth plurality of syntactical elements that updates the description of the first scenario, are accessible to the non-human user for further training the trained computer-implemented neural network, but are not accessible to the user that includes a human user.

**161**. The method of claim **159**, wherein the non-human user includes the trained computer-implemented neural network of the system.

**162**. The method of claim **159**, wherein the non-human user includes another computer-implemented neural network.

**163**. The method of claim **146**, wherein a creativity tuning setting is received, for causing a tuning of the generation of the fourth plurality of syntactical elements based on the creativity tuning setting.

**164**. The method of claim **146**, wherein a creativity tuning setting is received, for causing a tuning of the generation of the third plurality of syntactical elements and the fourth plurality of syntactical elements based on the creativity tuning setting.

**165**. The method of claim **164**, wherein:

the creativity tuning setting causes the tuning of the generation of the third plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the third plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability; and

the creativity tuning setting causes the tuning of the generation of the fourth plurality of syntactical elements, by causing a selection of a third syntactical element with a third associated probability to be included with the fourth plurality of syntactical elements, instead of a fourth syntactical element with a fourth associated probability, even though the third associated probability is less than the fourth associated probability.

**166**. The method of claim **146**, wherein the trained computer-implemented neural network is trained utilizing an output from an other computer-implemented neural network.

**167**. The method of claim **146**, wherein the trained computer-implemented neural network is trained utilizing an output that is generated based on prioritizing a fifth plurality of attentions and utilizing another computer-implemented neural network that is of a type other than a recurrent neural network while being capable of including at least one recurrent aspect.

**168**. The method of claim **146**, and further comprising, before the access is caused to the first plurality of syntactical elements, causing:

access to an other computer-implemented neural network that is trained based on prioritizing a fifth plurality of attentions associated with representations of different subsets of a first plurality of items of content, and that generates, based on prioritizing a sixth plurality of attentions and utilizing the trained other computer-implemented neural network, a second plurality of items of content; and

training of the trained computer-implemented neural network based on prioritizing a seventh plurality of attentions associated with representations of different subsets of the second plurality of items of content.

**169**. The method of claim **168**, wherein the trained computer-implemented neural network is a component of the system, and the trained other computer-implemented neural network is external to the system.

**170**. The method of claim **168**, wherein the trained computer-implemented neural network and the trained other computer-implemented neural network are components of the system.

**171**. The method of claim **168**, wherein a creativity tuning setting is received, for causing a tuning of the generation of the second plurality of items of content based on the creativity tuning setting.

**172**. The method of claim **171**, wherein the creativity tuning setting causes the tuning of the generation of the second plurality of items of content, by selecting a first item of content with a first associated probability to be included with the second plurality of items of content, instead of a second item of content with a second associated probability, even though the first associated probability is less than the second associated probability.

**173**. The method of claim **1**, wherein:

the first plurality of syntactical elements is received from the user that includes a human user;

the communication includes the second plurality of syntactical elements that includes a description of a first scenario, and further comprising:

receiving a request, from the human user, for an explanation for the second plurality of syntactical elements; and

in response to receiving the request, causing generation, based on prioritizing a third plurality of attentions, of a third plurality of syntactical elements that provides the explanation; and

causing an other communication including the third plurality of syntactical elements that provides the explanation to be sent to the human user.

**174**. The method of claim **173**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements from the human user, and

is based on: a position of each syntactical element of all of the first plurality of syntactical elements received from the human user, and a relative importance or relevance of a plurality of relationships associated with at least some of the first plurality of syntactical elements received from the human user;

the first plurality of probabilities is generated utilizing the at least one vector during a first iteration, such that the first plurality of probabilities are utilized via a second iteration; and

the second plurality of probabilities is generated during the second iteration.

**175**. The method of claim **174**, wherein:

the trained computer-implemented neural network is of a type other than a recurrent neural network to avoid neural network recurrency in one respect and to allow neural network recurrency in another respect, while utilizing one or more cognitive computing processors, in connection with prioritizing the first plurality of attentions, based on the relative importance or relevance of the plurality of relationships in connection with representations of different subsets of all of the first plurality of syntactical elements received from the human user, before utilization of the prioritization of any of the first plurality of attentions in connection with any of the representations of the different subsets of any of the first plurality of syntactical elements received from the human user; and

at least one responsive image is caused to be identified by application of the trained computer-implemented neural network, in addition to the generation of the second

plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the human user in addition to the second plurality of syntactical elements, in the communication.

**176**. The method of claim **173**, wherein:

the system does not cause any communication including any human-perceptible syntactical elements to be sent to the human user, after the receipt of the first plurality of syntactical elements from the human user, and before the communication is caused to be sent to the human user; and

the system does not cause any communication including any human-perceptible syntactical elements to be sent to the human user, after the receipt of the request from the human user, and before the other communication is caused to be sent to the human user.

**177**. The method of claim **173**, and further comprising:

causing generation, based on prioritizing a fourth plurality of attentions, of a fourth plurality of syntactical elements that updates the description of the first scenario based on the third plurality of syntactical elements that provides the explanation.

**178**. The method of claim **177**, wherein the fourth plurality of syntactical elements is caused to be generated in response to receiving the request, where the other communication includes the fourth plurality of syntactical elements that updates the description of the first scenario in addition to the third plurality of syntactical elements that provides the explanation.

**179**. The method of claim **177**, wherein the fourth plurality of syntactical elements is caused to be generated in response to receiving another request from the human user, and further comprising:

causing yet another communication including the fourth plurality of syntactical elements that updates the description of the first scenario to be sent to the human user.

**180**. The method of claim **173**, wherein:

a human-provided creativity tuning setting is received from the human user that causes a tuning of the generation of the third plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the third plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

the first plurality of syntactical elements is automatically augmented by performing a search, where the augmented first plurality of syntactical elements includes at least one syntactical element that is identified as a result of the search and that is not received from the human user; and

at least one user profile aspect is identified based on one or more previous human-provided prompts received from the human user, where the third plurality of syntactical elements are caused to be generated, based on the at least one user profile aspect.

**181**. The method of claim **173**, wherein:

a human-provided creativity tuning setting is received that causes tuning of syntactical element generation, by causing a selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

a human-provided prompt is augmented by performing a search utilizing the human-provided prompt, to utilize, for the syntactical element generation, at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the syntactical element generation is based on the at least one user profile aspect.

**182**. The method of claim **173**, wherein a creativity tuning setting is received, for causing a tuning of the generation of the third plurality of syntactical elements based on the creativity tuning setting, where the creativity tuning setting causes the tuning of the generation of the third plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the third plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**183**. The method of claim **1**, wherein the second plurality of syntactical elements includes a description of a first scenario, the first plurality of syntactical elements is received from the user that includes a human user, and further comprising causing:

after the generation of the second plurality of syntactical elements is caused:

performance of one or more searches that is based on the second plurality of syntactical elements,

access to a result of the one or more searches,

generation, based on prioritizing a third plurality of attentions, of a third plurality of syntactical elements based on the result of the one or more searches, and

generation, based on prioritizing a fourth plurality of attentions, of a fourth plurality of syntactical elements that updates the description of the first scenario based on the third plurality of syntactical elements, the fourth plurality of syntactical elements that updates the description of the first scenario being included in the communication.

**184**. The method of claim **183**, wherein the one or more searches is performed based on a value of information.

**185**. The method of claim **184**, wherein the value of information includes an expected net information value that:

is based on an expected value and an expected cost, indicates a predicted affect on the generation of at least one of: one or more of the third plurality of syntactical elements or one or more of the fourth plurality of syntactical elements; and

is based on a utility function that utilizes at least one factor which accounts for a degree to which at least one of: the one or more of the third plurality of syntactical elements or the one or more of the fourth plurality of syntactical elements, is predicted to be affected.

**186**. The method of claim **184**, wherein the one or more searches and subsequent syntactical element generation are conditionally caused to be iteratively performed, based on whether the value of information is sufficient, the value of information including a predicted net information value that is based on a predicted value and a predicted cost and that reflects a predicted affect on the subsequent syntactical element generation.

**187**. The method of claim **183**, wherein no communication with human-perceptible output is caused to be sent to the human user, after the first plurality of syntactical ele-

ments is received from the human user, and before the communication is caused to be sent to the human user.

**188**. The method of claim **183**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the human user,

is based on a position of each syntactical element of at least a portion of the first plurality of syntactical elements, and

includes weights for the first plurality of syntactical elements that are based on a relative importance or relevance of a plurality of relationships of the first plurality of syntactical elements;

the first plurality of probabilities is generated during a first iteration, such that the first plurality of probabilities are utilized via a second iteration; and

the second plurality of probabilities is generated during the second iteration.

**189**. The method of claim **188**, wherein the trained computer- implemented neural network is of a type other than a recurrent neural network to avoid neural network recurrency in one aspect and to allow neural network recurrency in another aspect, while utilizing one or more hardware cognitive computing processors, in connection with completing prioritization of the first plurality of attentions, before starting usage of any of the prioritization of the first plurality of attentions.

**190**. The method of claim **1**, and further comprising causing:

after the access is caused to the first plurality of syntactical elements that is received from the user that includes a human user, and before the communication is caused to be sent to the human user such that the communication includes the second plurality of syntactical elements:

performance of one or more searches that is based on the first plurality of syntactical elements,

access to a result of the one or more searches, and

generation of the second plurality of syntactical elements based on the result of the one or more searches in addition to the first plurality of syntactical elements.

**191**. The method of claim **190**, wherein the one or more searches is performed based on a value of information.

**192**. The method of claim **191**, wherein the value of information includes an expected net information value that:

is based on an expected value and an expected cost,

indicates an expected affect on the generation of one or more of the second plurality of syntactical elements, and

is based on a utility function that utilizes at least one metric which measures a degree to which the generation of the one or more of the second plurality of syntactical elements is expected to be potentially affected.

**193**. The method of claim **190**, wherein the one or more searches and subsequent syntactical element generation are conditionally caused to be iteratively performed, based on a value of information, the value of information including an expected net information value that is based on an expected



value and an expected cost and that reflects an expected affect on the subsequent syntactical element generation.

**194**. The method of claim **190**, wherein no communication with human-perceptible output is caused to be sent to the human user, after the first plurality of syntactical elements is received from the human user, and before the communication is caused to be sent to the human user.

**195**. The method of claim **190**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents: all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the human user, and the result of the one or more searches, and

is generated based on a relative importance or relevance of at least one relationship corresponding to each syntactical element of: at least a portion of the first plurality of syntactical elements and at least a portion of the result of the one or more searches; and

the trained computer-implemented neural network is implemented utilizing one or more hardware cognitive-computing processors, such that the first plurality of attentions is prioritized as part of a single act in connection with: all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the human user, and the result of the one or more searches.

**196**. The method of claim **195**, wherein:

the information is received with the user prompt and includes at least one user-provided image in addition to and corresponding with the first plurality of syntactical elements; and a third plurality of attentions associated with one or more representations of at least a portion of the at least one user-provided image is prioritized, in addition to the first plurality of attentions being prioritized, and in addition to a fourth plurality of attentions associated with one or more representations of the result of the one or more searches being prioritized; and

based on the prioritization of the third plurality of attentions and the prioritization of the fourth plurality of attentions, at least one responsive image is caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to the second plurality of syntactical elements, in the communication.

**197**. The method of claim **1**, wherein the second plurality of syntactical elements includes a description of a first scenario, the first plurality of syntactical elements is received from the user that includes a human user, and further comprising causing:

after the generation of the second plurality of syntactical elements is caused:

composition, based on the second plurality of syntactical elements, of a logical chain including linked representations of each of a plurality of semantic chains, generation, based on prioritizing a third plurality of attentions, of a third plurality of syntactical elements that that is based on the logical chain, and generation, based on prioritizing a fourth plurality of attentions, of a fourth plurality of syntactical elements that updates the description of the first scenario based on the third

plurality of syntactical elements, the fourth plurality of syntactical elements that updates the description of the first scenario being included in the communication.

**198**. The method of claim **197**, wherein the logical chain includes at least one weight associated with at least one of the plurality of semantic chains.

**199**. The method of claim **197**, wherein the logical chain includes one of a plurality of alternative realities.

**200**. The method of claim **197**, wherein the logical chain composition and subsequent syntactical element generation are conditionally caused to be repeated, based on a value of information, the value of information including a predicted net information value that is based on a predicted value and a predicted cost and that indicates a predicted potential to affect the subsequent syntactical element generation.

**201**. The method of claim **197**, wherein no communication with human-perceptible output is caused to be sent to the human user, after the first plurality of syntactical elements is received from the human user, and before the communication is caused to be sent to the human user.

**202**. The method of claim **197**, wherein:

the fourth plurality of syntactical elements is caused to be generated based on the third plurality of syntactical elements by being caused to be generated based on representations of the third plurality of syntactical elements, where the representations are part of at least a portion of at least one vector that:

represents all of the third plurality of syntactical elements and all of the logical chain, in addition to syntactical element position information, and

is generated based on a relative importance or relevance of at least one relationship corresponding to at least one syntactical element of: at least a portion of the third plurality of syntactical elements and at least a portion of the logical chain; and

the trained computer-implemented neural network is of a type to reduce recurrence in connection with prioritizing multiple attentions in connection with the third plurality of syntactical elements and the logical chain.

**203**. The method of claim **202**, wherein at least one responsive image is caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the fourth plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the fourth plurality of syntactical elements, in the communication.

**204**. The method of claim **1**, and further comprising causing:

after the access is caused to the first plurality of syntactical elements that is received from the user that includes a human user, and before the communication is caused to be sent to the human user such that the communication includes the second plurality of syntactical elements:

composition, based on the first plurality of syntactical elements, of a logical chain comprising linked representations of each of a plurality of semantic chains, and generation of the second plurality of syntactical elements based on the logical chain.

**205**. The method of claim **204**, wherein the logical chain includes a weight associated with at least one of the plurality of semantic chains.

**206**. The method of claim **204**, wherein the logical chain includes one of a plurality of alternative realities.

**207**. The method of claim **204**, wherein the logical chain composition is conditionally caused to be repeated, based on a value of information, the value of information including an expected net information value that is based on an expected value and an expected cost and that reflects an expected affect on the generation of one or more of the second plurality of syntactical elements.



**208**. The method of claim **204**, wherein no communication with human-perceptible output is caused to be sent to the human user, after the first plurality of syntactical elements is received from the human user, and before the communication is caused to be sent to the human user.

**209**. The method of claim **204**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of a matrix that:

represents: at least a portion of the first plurality of syntactical elements, and at least a portion of the logical chain, and is based on a position of each syntactical element of: at least a portion of the first plurality of syntactical elements and at least a portion of the logical chain, such that the matrix includes position information on the position of each syntactical element of:

the at least portion of the first plurality of syntactical elements and the at least portion of the logical chain;

the first plurality of probabilities is generated utilizing the matrix:

based on a scoring that is determined based on semantic relationship-related relationships among different syntactical elements of the first plurality of syntactical elements and of the logical chain; and

the trained computer-implemented neural network includes a plurality of resources, such that at least portions of different attentions are processed, at the same time, for: at least part of the first plurality of syntactical elements and at least part of the logical chain.

**210**. The method of claim **1**, wherein a plurality of usage behaviors is identified, where the second plurality of syntactical elements is caused to be generated, based on the plurality of usage behaviors.

**211**. The method of claim **1**, wherein at least one user profile aspect is identified based on one or more previous human-provided prompts, where the generation of the second plurality of syntactical elements is caused to be tuned, based on the at least one user profile aspect.

**212**. The method of claim **211**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents: all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, and the at least one user profile aspect, and

is based on a position of each syntactical element of: at least a portion of the first plurality of syntactical elements and at least a portion of the at least one user profile aspect, such that the at least one vector includes position information on the position of each syntactical element of: the at least portion of the first plurality of syntactical elements and the at least portion of the at least one user profile aspect;

the first plurality of probabilities is generated:

utilizing the position information, and

utilizing a scoring that is determined based on relationships among different syntactical elements of: the first plurality of syntactical elements and the at least one user profile aspect.

**213**. The method of claim **212**, wherein:

the trained computer-implemented neural network is not a recurrent neural network, and the system includes one or more cognitive computing-based processors, such that at least portions of different attentions are processed at a same time;

the information is the user prompt that includes at least one human user-provided image in addition to and corresponding with the first plurality of syntactical elements, one or more attentions associated with one or more representations of at least a portion of the at least one human user-provided image are prioritized in addition to one or more additional attentions associated with one or more representations of the at least one user profile aspect being prioritized; and

based on the prioritization of the one or more attentions and the prioritization of the one or more additional attentions, at least one responsive image is caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to the second plurality of syntactical elements.

**214**. The method of claim **210**, wherein the plurality of usage behaviors each include at least one aspect of the first plurality of syntactical elements that are received from the user that includes a human user.

**215**. The method of claim **210**, wherein the plurality of usage behaviors each include at least one aspect of different prompts that are received from the user that includes a human user.

**216**. The method of claim **210**, wherein:

a human-provided creativity tuning setting is received that causes a tuning of the generation of the second plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the second plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability; and

the first plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search based on the human-provided prompt and the plurality of usage behaviors, where the first plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**217**. The method of claim **1**, wherein one or more user preferences is identified, where the second plurality of syntactical elements is caused to be generated, based on the one or more user preferences.

**218**. The method of claim **217**, wherein the one or more user preferences is based on at least one aspect of the first plurality of syntactical elements that are received from the user that includes a human user.

**219**. The method of claim **217**, wherein the one or more user preferences is based on different prompts that are received from the user that includes a human user.

**220**. The method of claim **1**, and further comprising causing:

inference, utilizing the trained computer-implemented neural network, of a preference of the user based on a plurality of usage behaviors;

generation of one or more vector representations of the inferred user's preference utilizing the trained computer-implemented neural network;

access to a plurality of stored vector representations that each represent a corresponding at least one of a plurality of distinct items of content, and that is generated utilizing the trained computer-implemented neural network;

comparison of the one or more vector representations of the inferred user's preference with the plurality of stored vector representations;

selection of one or more of the plurality of stored vector representations based on the comparison; and

communication, to the user, of one or more of the plurality of distinct items of content that correspond to the selected one or more of the plurality of stored vector representations.

**221**. The method of claim **220**, wherein the comparison is performed, utilizing a mathematical-based vector comparison algorithm.

**222**. The method of claim **220**, wherein the one or more of the plurality of distinct items of content includes one or more of the second plurality of syntactical elements.

**223**. The method of claim **220**, wherein the plurality of usage behaviors each include at least one aspect of the first plurality of syntactical elements that are received from the user that includes a human user.

**224**. The method of claim **220**, wherein the plurality of usage behaviors each include at least one aspect of different prompts that are received from the user that includes a human user.

**225**. The method of claim **1**, wherein the first plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt received from the user that includes a human user, where the first plurality of syntactical elements includes at least one syntactical element that is not included in the human-provided prompt.

**226**. The method of claim **225**, wherein:

a representation of the human-provided prompt is part of at least a portion of a matrix that:

represents: an entirety of a syntactical element portion of the human-provided prompt, and the at least one syntactical element, and

is based on a position of each syntactical element of: the entirety of the syntactical element portion of the human-provided prompt and at least a portion of the at least one syntactical element, such that the matrix includes position information on the position of each syntactical element of: the entirety of the syntactical element portion of the human-provided prompt and the at least portion of the at least one syntactical element; and

the trained computer-implemented neural network is implemented utilizing a plurality of cognitive computing-based processors, and at least portions of different attentions are processed in a same operation utilizing the matrix.

**227**. The method of claim **226**, wherein:

a human-provided creativity tuning setting is received that causes a tuning of the generation of the second plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to

be included with the second plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, to generate the at least one syntactical element.

**228**. The method of claim **1**, wherein the first plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt received from the user by performing a search utilizing the human-provided prompt, where the first plurality of syntactical elements includes at least one syntactical element that is included in a result of the search and that is not included in the human-provided prompt.

**229**. The method of claim **1**, and further comprising causing:

based on a third plurality of syntactical elements received from the user, generation of one or more vector representations of the third plurality of syntactical elements;

performance of a search with respect to a plurality of stored vector representations each representing a distinct one or more syntactical elements;

based on a result of the search, a comparison of the one or more vector representations of the third plurality of syntactical elements with at least a portion of the stored plurality of vector representations; and

identification of the first plurality of syntactical elements based on the performance of the search and the comparison.

**230**. The method of claim **229**, wherein the first plurality of syntactical elements includes at least one of the third plurality of syntactical elements, in addition to at least one other syntactical element different from the third plurality of syntactical elements.

**231**. The method of claim **229**, wherein the first plurality of syntactical element augment the third plurality of syntactical elements.

**232**. The method of claim **229**, wherein the second plurality of syntactical elements is caused to be sent the user in the communication, in automatic response to receiving the third plurality of syntactical elements from the user.

**233**. The method of claim **1**, and further comprising causing:

based on a third plurality of syntactical elements received from the user, generation of one or more vector representations of the third plurality of syntactical elements;

performance of a search with respect to a plurality of stored vector representations each representing a distinct one or more syntactical elements;

based on a result of the search, a comparison of the one or more vector representations of the third plurality of syntactical elements with at least a portion of the stored plurality of vector representations; and

identification of the first plurality of syntactical elements based on the performance of the search and the comparison;

wherein:

the first plurality of syntactical elements includes at least one of the third plurality of syntactical elements, in addition to at least one other syntactical element different from the third plurality of syntactical elements; and



the second plurality of syntactical elements is caused to be sent the user in the communication, in automatic response to receiving the third plurality of syntactical elements from the user.

**234**. The method of claim **1**, and further comprising causing:

access to other information;

generation of a vector representation of the other information based on prioritizing a third plurality of attentions;

access to a plurality of stored vector representations that each represent at least one of a plurality of distinct items of content, and that is generated based on prioritizing a fourth plurality of attentions;

a search, in response to the access to the other information, with respect to the plurality of stored vector representations;

comparison of the vector representation of the other information with the plurality of stored vector representations;

selection of one or more of the plurality of stored vector representations based on the comparison; and

communication, to the user, of one or more of the plurality of distinct items of content that correspond to the selected one or more of the plurality of stored vector representations.

**235**. The method of claim **234**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user,

is based on a position of each syntactical element of at least a portion of the first plurality of syntactical elements, and

includes weights for the first plurality of syntactical elements that are based on a relative importance or relevance of a plurality of relationships of the first plurality of syntactical elements;

the first plurality of probabilities is generated during a first iteration, such that the first plurality of probabilities are utilized via a second iteration; and

the second plurality of probabilities is generated during the second iteration.

**236**. The method of claim **235**, wherein the trained computer- implemented neural network is of a type other than a recurrent neural network to reduce recurrency without requiring removal of the recurrency, while utilizing one or more hardware cognitive computing processors, to improve efficacy in prioritizing, at a same time, the first plurality of attentions based on the relative importance or relevance of the plurality of relationships, and prioritizing, at another same time, the second plurality of attentions;

the information is the user prompt that includes at least one human user-provided image in addition to and corresponding with the first plurality of syntactical elements; and one or more attentions associated with one or more representations of at least a portion of the at least one human user-provided image is prioritized; and

based on the prioritization of the one or more attentions, at least one responsive image is caused to be identified, by application of the trained computer-implemented

neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to the second plurality of syntactical elements.

**237**. The method of claim **234**, wherein:

a human-provided creativity tuning setting is received that causes a tuning of the generation of the vector representationsecond plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be represented with the vector representationsecond plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability. the first plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing another search utilizing the human-provided prompt, where the first plurality of syntactical elements includes at least one syntactical element that is identified based on the another search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the vector representation is generated based on the at least one user profile aspect.

**238**. The method of claim **234**, wherein at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more of the plurality of distinct items of content is communicated based on the at least one user profile aspect.

**239**. The method of claim **234**, wherein:

a human-provided creativity tuning setting is received that causes tuning of syntactical element generation, by causing a selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

a human-provided prompt is augmented by performing another search utilizing the human-provided prompt, to include at least one syntactical element that is identified based on the another search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the syntactical element generation is based on the at least one user profile aspect.

**240**. The method of claim **234**, wherein:

the other information is provided to a search function that performs the search; and

the comparison is performed, utilizing a mathematical-based vector comparison algorithm.

**241**. The method of claim **1**, wherein a creativity tuning setting is received from the user, for causing a tuning of the generation of the second plurality of syntactical elements based on a utilization of the creativity tuning setting in connection with the second plurality of probabilities that is generated.

**242**. The method of claim **1**, wherein a creativity tuning setting is received from the user, for causing a tuning of the generation of the second plurality of syntactical elements based on the creativity tuning setting.

**243**. The method of claim **242**, wherein, upon receipt, the creativity tuning setting remains persistent until the creativity tuning setting is updated by the user.

**244**. The method of claim **242**, wherein, upon receipt, the creativity tuning setting remains persistent for all subsequent sessions until the creativity tuning setting is updated by the user.

**245**. The method of claim **242**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user,

is based on a position of each syntactical element of all of the first plurality of syntactical elements, and

includes weights for all of the first plurality of syntactical elements that are based on a relative importance or relevance of a plurality of relationships of at least some of the first plurality of syntactical elements;

the first plurality of probabilities is generated during a first iteration, such that the first plurality of probabilities are utilized via a second iteration; and

the second plurality of probabilities is generated during the second iteration.

**246**. The method of claim **245**, wherein:

the trained computer-implemented neural network reduces recurrency without requiring removal of the recurrency, while utilizing one or more hardware cognitive computing processors, to improve efficacy in prioritizing, at a same time, the first plurality of attentions based on the relative importance or relevance of the plurality of relationships, and prioritizing, at another same time, the second plurality of attentions; and

at least one of:

the information is the user prompt that includes at least one human user-provided image in addition to and corresponding with the first plurality of syntactical elements, and one or more attentions associated with one or more representations of at least a portion of the at least one human user-provided image is prioritized, or

based on the second plurality of probabilities, at least one responsive image is caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to the second plurality of syntactical elements.

**247**. The method of claim **1**, wherein a creativity tuning setting is received from the user, for enabling a tuning of the generation of the second plurality of syntactical elements based on the creativity tuning setting in connection with the second plurality of probabilities.

**248**. The method of claim **247**, wherein the creativity tuning setting enables the tuning of the generation of the second plurality of syntactical elements, by enabling a selection of a first syntactical element with a first associated probability to be included with the second plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**249**. The method of claim **247**, wherein the creativity tuning setting enables the user to control a degree to which a metaphor is creatively embodied in the second plurality of syntactical elements.

**250**. The method of claim **247**, wherein the second plurality of syntactical elements is accompanied by an image, where the image is generated based on the creativity tuning setting.

**251**. The method of claim **1**, wherein:

a tuning setting is received from the user, for enabling a tuning of the generation of the second plurality of syntactical elements based on the tuning setting;

the tuning setting enables the tuning of the generation of the second plurality of syntactical elements, by enabling a selection of a first syntactical element with a first associated probability to be included with the second plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability; and

the tuning setting enables the user to control a degree to which a metaphor is embodied in the second plurality of syntactical elements.

**252**. The method of claim **1**, and further comprising causing:

access to a plurality of nodes and relationships that is a representation of a plurality of semantic chains that each include at least one of a subject, a predicate, or a predicate object;

application of the trained computer-implemented neural network to the representation of the plurality of semantic chains;

generation of one or more vectors based on the application of the trained computer-implemented neural network to the plurality of semantic chains;

generation of output based on the one or more vectors.

**253**. The method of claim **252**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, is based on a position of each syntactical element of at least a portion of the first plurality of syntactical elements, and includes weights for the first plurality of syntactical elements that are based on a relative importance or relevance of a plurality of relationships of the first plurality of syntactical elements;

the first plurality of probabilities is generated during a first iteration, such that the first plurality of probabilities are utilized via a second iteration; and

the second plurality of probabilities is generated during the second iteration.

**254**. The method of claim **253**, wherein:

the trained computer-implemented neural network is of a type that reduces recurrency in connection with:

processing all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user,

processing the weights, and

the trained computer-implemented neural network utilizing a plurality of cognitive computing processors; and

at least one of:

the information is the user prompt that includes at least one human user- provided image in addition to and corresponding with the first plurality of syntactical elements, and one or more attentions associated with one or more representations of at least a portion of the at least one human user-provided image is prioritized, or

at least one responsive image is caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the second plurality of syntactical elements.

**255**. The method of claim **252**, wherein the output is accompanied by the second plurality of syntactical elements in the communication.

**256**. The method of claim **252**, wherein the output includes the second plurality of syntactical elements that is based on the one or more vectors.

**257**. The method of claim **252**, wherein the output is a response to a search request received from the user.

**258**. The method of claim **252**, wherein the output is a response to a search request that includes the first plurality of syntactical elements that is received from the user.

**259**. The method of claim **1**, and further comprising causing:

the trained computer-implemented neural network to be further trained utilizing training syntactical elements and a first plurality of images, such that a first plurality of correspondences is identified between multiple syntactical elements and multiple distinct patterns of pixels;

access to a third plurality of syntactical elements that describes an imaginative scenario;

identification, utilizing the trained computer-implemented neural network, of a second plurality of correspondences between the third plurality of syntactical elements and sets of pixels that each include a plurality of pixels;

generation, utilizing the trained computer-implemented neural network, of one or more images that represents the imaginative scenario based on the second plurality of correspondences; and

the one or more images to be sent to the user.

**260**. The method of claim **259**, wherein:

one or more representations of the third plurality of syntactical elements is part of at least a portion of at least one vector that:

represents all of the third plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, and

is based on a position of each syntactical element of at least a portion of the third plurality of syntactical elements, such that the at least one vector includes position information on the position of each syntactical element of the at least portion of the third plurality of syntactical elements;

the first plurality of probabilities is generated:

based on the position information on the position of each syntactical element of the at least portion of the third plurality of syntactical elements, and

based on a scoring that is determined based on relationships among different elements of the third plurality of syntactical elements; and

the system includes one or more cognitive computing-based processors with a plurality of resources, such that at least a portion of different attentions are processed during a same operation, in connection with the generation of the one or more images that represents the imaginative scenario.

**261**. The method of claim **259**, wherein the third plurality of syntactical elements is generated by the trained computer-implemented neural network.

**262**. The method of claim **259**, wherein the third plurality of syntactical elements is received from the user that includes a human user.

**263**. The method of claim **259**, wherein at least one image is accessed in addition to the third plurality of syntactical elements, and the one or more images that represents the imaginative scenario is caused to be generated, based on the at least one image in addition to the third plurality of syntactical elements.

**264**. The method of claim **263**, wherein the at least one image represents the imaginative scenario.

**265**. The method of claim **263**, wherein the third plurality of syntactical elements is generated by the trained computer-implemented neural network, where the at least one image is also generated by the trained computer-implemented neural network.

**266**. The method of claim **263**, wherein the third plurality of syntactical elements is received from the user that includes a human user, where the at least one image is also received from the human user.

**267**. The method of claim **259**, wherein the training is unsupervised.

**268**. The method of claim **259**, wherein the trained computer-implemented neural network includes a deep-learning neural network.

**269**. The method of claim **259**, wherein the one or more images include a plurality of images sequenced in a video.

**270**. The method of claim **259**, wherein the one or more images is caused to be generated based on an iterative attention-prioritization.

**271**. The method of claim **259**, wherein the one or more images is caused to be generated based on an iterative attention-prioritization based on the second plurality of correspondences.

**272**. The method of claim **1**, and further comprising causing:

the trained computer-implemented neural network to be further trained utilizing training syntactical elements and a first plurality of images, such that a first plurality of correspondences is identified between multiple syntactical elements and multiple distinct patterns of pixels;

access to a third plurality of syntactical elements that describes a scenario;

identification, utilizing the trained computer-implemented neural network, of a second plurality of correspondences between the third plurality of syntactical elements and sets of pixels that each include a plurality of pixels; and

generation, utilizing the trained computer-implemented neural network, of one or more images that represents the scenario based on the second plurality of correspondences;

wherein the one or more images is caused to be generated based on prioritizing a third plurality of attentions based on the second plurality of correspondences.

**273**. The method of claim **272**, wherein a human-provided creativity tuning setting is received, for causing a tuning of the generation of the one or more images based on the human-provided creativity tuning setting.



**274**. The method of claim **273**, wherein the human-provided creativity tuning setting results in the tuning of the generation of the one or more images, by selecting a first image portion with a first associated probability to be included with the one or more images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability.

**275**. The method of claim **272**, wherein the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**276**. The method of claim **272**, wherein at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more images is caused to be generated, based on the at least one user profile aspect.

**277**. The method of claim **272**, wherein:

at least one user profile aspect is identified based on one or more previous human- provided prompts; and

the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt and the at least one user profile aspect, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**278**. The method of claim **272**, wherein:

a human-provided creativity tuning setting is received that causes a tuning of the generation of the one or more images, by selecting a first image portion with a first associated probability to be included with the one or more images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability;

the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more images is caused to be generated, based on the at least one user profile aspect.

**279**. The method of claim **272**, and further comprising causing:

before the third plurality of syntactical elements is accessed:

access to an other computer-implemented neural network that is trained based on prioritizing a fourth plurality of attentions associated with representations of different subsets of a first plurality of items of content including images, and that generates, based on prioritizing a fifth plurality of attentions and utilizing the trained other computer-implemented neural network, a second plurality of items of content including additional images; and

training of the trained computer-implemented neural network based on prioritizing a sixth plurality of attentions associated with representations of different subsets of the second plurality of items of content including the additional images.

**280**. The method of claim **279**, wherein a human-provided creativity tuning setting is received that causes a tuning of the generation of the one or more images, by causing selection of a first image portion with a first associated probability to be included with the one or more images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability.

**281**. The method of claim **279**, wherein the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**282**. The method of claim **279**, wherein at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more images is caused to be generated, based on the at least one user profile aspect.

**283**. The method of claim **279**, wherein:

a human-provided creativity tuning setting is received that causes a tuning of the generation of the one or more images, by causing selection of a first image portion with a first associated probability to be included with the one or more images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability;

the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more images is caused to be generated, based on the at least one user profile aspect.

**284**. The method of claim **279**, and further comprising automatically causing:

after the generation of the one or more images is caused:

generation, based on prioritizing a seventh plurality of attentions and utilizing the trained computer-implemented neural network, of a fourth plurality of syntactical elements that provides an explanation for the one or more images.

**285**. The method of claim **284**, and further comprising automatically causing:

generation, based on prioritizing an eighth plurality of attentions and utilizing the trained computer-implemented neural network, of one or more other images based on the fourth plurality of syntactical elements that provides the explanation, the one or more other images being included in the communication that includes a first communication;

wherein a human-provided creativity tuning setting is received that causes a tuning of the generation of the one or more other images, by causing selection of a first image portion with a first associated probability to be included with the one or more other images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability.



**286**. The method of claim **284**, and further comprising automatically causing:

generation, based on prioritizing an eighth plurality of attentions and utilizing the trained computer-implemented neural network, of one or more other images based on the fourth plurality of syntactical elements that provides the explanation, the one or more other images being included in the communication that includes a first communication;

wherein at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more other images is caused to be generated, based on the at least one user profile aspect.

**287**. The method of claim **284**, wherein the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**288**. The method of claim **284**, and further comprising automatically causing:

generation, based on prioritizing an eighth plurality of attentions and utilizing the trained computer-implemented neural network, of one or more other images based on the fourth plurality of syntactical elements that provides the explanation, the one or more other images being included in the communication that includes a first communication;

wherein:

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more other images is caused to be generated, based on the at least one user profile aspect; and

the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**289**. The method of claim **284**, and further comprising automatically causing:

generation, based on prioritizing an eighth plurality of attentions and utilizing the trained computer-implemented neural network, of one or more other images based on the fourth plurality of syntactical elements that provides the explanation, the one or more other images being included in the communication that includes a first communication;

wherein:

a human-provided creativity tuning setting is received that causes a tuning of the generation of the one or more other images, by causing selection of a first image portion with a first associated probability to be included with the one or more other images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability;

the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-

provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more other images is caused to be generated, based on the at least one user profile aspect.

**290**. The method of claim **284**, and further comprising causing:

generation, based on prioritizing an eighth plurality of attentions and utilizing the trained computer-implemented neural network, of one or more other images based on the fourth plurality of syntactical elements that provides the explanation, the one or more other images being included in the communication that includes a first communication;

after the first communication is caused to be sent to the user that includes a human user:

a determination whether the one or more other images represents objective reality;

based on a determination that the one or more other images do not represent objective reality, generation, based on prioritizing a ninth plurality of attentions and utilizing the trained computer-implemented neural network, of one or more still other images that represents objective reality; and

a second communication to be sent to the human user, the second communication including the one or more still other images that represents objective reality.

**291**. The method of claim **290**, wherein a human-provided creativity tuning setting is received that causes a tuning of the generation of the one or more still other images, by causing selection of a first image portion with a first associated probability to be included with the one or more still other images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability.

**292**. The method of claim **290**, wherein at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more still other images is caused to be generated, based on the at least one user profile aspect.

**293**. The method of claim **290**, wherein the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**294**. The method of claim **290**, wherein:

a human-provided creativity tuning setting is received that causes a tuning of the generation of the one or more still other images, by causing selection of a first image portion with a first associated probability to be included with the one or more still other images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability;

the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more still other images is caused to be generated, based on the at least one user profile aspect.

**295**. The method of claim **279**, wherein: the one or more images are included in the communication that includes a first communication, the user includes a human user, and further comprising causing:

after the first communication is caused to be sent to the human user:

a determination whether the one or more images represents objective reality;

based on a determination that the one or more images do not represent objective reality, generation, based on prioritizing a seventh plurality of attentions and utilizing the trained computer-implemented neural network, of one or more other images that represents objective reality; and

a second communication to be sent to the human user, the second communication including the one or more other images that represents objective reality.

**296**. The method of claim **295**, wherein at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more other images is caused to be generated, based on the at least one user profile aspect.

**297**. The method of claim **295**, wherein the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**298**. The method of claim **295**, wherein:

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more other images is caused to be generated, based on the at least one user profile aspect; and

the third plurality of syntactical elements is automatically generated in response to a human-provided prompt received from the human user by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is included in a result of the search and that is not included in the human-provided prompt.

**299**. The method of claim **1**, wherein the second plurality of syntactical elements includes a description of a first scenario, the trained computer-implemented neural network is trained utilizing an other computer-implemented neural network that is trained based on prioritizing a third plurality of attentions associated with representations of different subsets of a first plurality of items of content, and that generates, based on prioritizing a fourth plurality of attentions, a second plurality of items of content, such that the trained computer-implemented neural network is trained based on prioritizing a fifth plurality of attentions associated with representations of different subsets of the second plurality of items of content, and further comprising causing:

after the generation of the second plurality of syntactical elements is caused:

generation, based on prioritizing a sixth plurality of attentions and utilizing the trained computer-imple-

mented neural network, of a third plurality of syntactical elements that provides an explanation;

generation, based on prioritizing a seventh plurality of attentions and utilizing the trained computer-implemented neural network, of a fourth plurality of syntactical elements based on the third plurality of syntactical elements that provides the explanation;

a determination whether the first scenario represents objective reality; and

based on a determination that the first scenario does not represent objective reality, generation, based on prioritizing an eighth plurality of attentions and utilizing the trained computer-implemented neural network, of a fifth plurality of syntactical elements.

**300**. The method of claim **299**, wherein the access is caused to the first plurality of syntactical elements after the first plurality of syntactical elements is received from the user that includes a human user, the seventh plurality of attentions is prioritized before the eighth plurality of attentions is prioritized, the explanation is for the second plurality of syntactical elements, and the eighth plurality of attentions are associated with representations of different subsets of the fourth plurality of syntactical elements.

**301**. The method of claim **300**, wherein the fourth plurality of syntactical elements updates the description of the first scenario, the fifth plurality of syntactical elements describe a second scenario that represents objective reality, the explanation and the fourth plurality of syntactical elements are not sent to the human user, and the fifth plurality of syntactical elements is caused to be sent to the human user.

**302**. The method of claim **300**, wherein the explanation and the fourth plurality of syntactical elements are caused to be sent to the human user together.

**303**. The method of claim **300**, wherein the explanation and the fourth plurality of syntactical elements are caused to be sent to the human user separately.

**304**. The method of claim **299**, wherein the access is caused to the first plurality of syntactical elements after the first plurality of syntactical elements is received from the user that includes a human user, the eighth plurality of attentions is prioritized before the sixth plurality of attentions is prioritized, the explanation is for the fifth plurality of syntactical elements, and the eighth plurality of attentions are associated with representations of different subsets of the second plurality of syntactical elements.

**305**. The method of claim **304**, wherein the fifth plurality of syntactical elements is not sent to the human user, and the explanation and the fourth plurality of syntactical elements are caused to be sent to the human user.

**306**. The method of claim **305**, wherein the explanation and the fourth plurality of syntactical elements are caused to be sent to the human user together.

**307**. The method of claim **304**, wherein the explanation and the fifth plurality of syntactical elements are not sent to the human user, and the fourth plurality of syntactical elements is caused to be sent to the human user.

**308**. The method of claim **299**, wherein the first plurality of syntactical elements is automatically caused to be generated by a non-human user without being directly prompted by any human user prompt, and the determination whether the first scenario represents objective reality is automatically caused by the non-human user without being directly prompted by any human user prompt.

**309**. The method of claim **299**, wherein the second plurality of syntactical elements, the third plurality of syntactical elements, the fourth plurality of syntactical elements, and the fifth plurality of syntactical elements are automatically caused to be generated by a non-human user based on receipt of a human-provided prompt including the first plurality of syntactical elements without being directly prompted by any human user prompt after the receipt of the human-provided prompt; and the determination whether the first scenario represents objective reality is automatically caused by the non-human user without being directly prompted by any human user prompt after the receipt of the human-provided prompt.

**310**. The method of claim **299**, wherein the second plurality of syntactical elements, the third plurality of syntactical elements, the fourth plurality of syntactical elements, and the fifth plurality of syntactical elements are automatically caused to be generated by a non-human user based on receipt of a human-provided prompt including the first plurality of syntactical elements without being directly prompted by any human user prompt after the receipt of the human-provided prompt.

**311**. The method of claim **299**, wherein the second plurality of syntactical elements, the third plurality of syntactical elements, the fourth plurality of syntactical elements, and the fifth plurality of syntactical elements are automatically caused to be generated by a non-human user based on receipt of a human-provided prompt including the first plurality of syntactical elements without being directly prompted by any human user prompt after the receipt of the human-provided prompt; and the determination whether the first scenario represents objective reality is automatically caused by the non-human user without being directly prompted by any human user prompt after the receipt of the human-provided prompt.

**312**. The method of claim **299**, wherein the second plurality of syntactical elements is included in the communication caused to be sent to the user, the user includes a human user, the first plurality of syntactical elements is caused to be accessed after being received from the human user, the generation of the third plurality of syntactical elements is caused in response to a request that is received from the human user, and further comprising: causing another communication including the third plurality of syntactical elements to be sent to the human user.

**313**. The method of claim **299**, wherein the second plurality of syntactical elements is included in the communication caused to be sent to the user, the user includes a human user, the first plurality of syntactical elements is caused to be accessed after being received from the human user, the generation of the third plurality of syntactical elements is caused in response to a request that is received from the human user, and further comprising: causing another communication including both the third plurality of syntactical elements and the fourth plurality of syntactical elements to be sent to the human user.

**314**. The method of claim **299**, wherein the second plurality of syntactical elements is included in the communication caused to be sent to the user, the user includes a human user, the first plurality of syntactical elements is caused to be accessed after being received from the human user, and the determination whether the first scenario represents objective reality is caused in response to a reaction that is received from the human user.

**315**. The method of claim **299**, wherein the second plurality of syntactical elements is included in the communication caused to be sent to the user, the user includes a human user, the first plurality of syntactical elements is caused to be accessed after being received from the human user, the determination whether the first scenario represents

objective reality is caused in response to a reaction that is received from the human user, and the generation of the third plurality of syntactical elements is caused in response to a request that is received from the human user.

**316**. The method of claim **299**, wherein:

a matrix is utilized that:

represents all of the second plurality of syntactical elements, and

is based on a position of each syntactical element of at least a portion of the second plurality of syntactical elements, such that the matrix includes position information on the position of each syntactical element of the at least portion of the second plurality of syntactical elements, and

probability generation is performed utilizing the matrix:

based on the position information on the position of each syntactical element of the at least portion of the second plurality of syntactical elements, and

based on a scoring that is determined based on relationships among different elements of the second plurality of syntactical elements; and

the trained computer-implemented neural network is implemented utilizing one or more hardware cognitive-computing processors, resulting in prioritizing multiple attentions utilizing the matrix.

**317**. The method of claim **299**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a prompt, and is influenced by a position of each syntactical element of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the prompt, and a relative importance or relevance of a plurality of relationships among at least a portion of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the prompt;

the first plurality of probabilities is generated utilizing the at least one vector during a first iteration, such that the first plurality of probabilities are utilized via a second iteration; and

the second plurality of probabilities is generated during the second iteration;

wherein the trained computer-implemented neural network is of a type to avoid neural network recurrency in one respect without requiring avoidance of neural network recurrency in another respect, while utilizing one or more hardware cognitive computing processors, in connection with prioritizing the first plurality of attentions utilizing the at least one vector, based on the relative importance or relevance of the plurality of relationships among the at least portion of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the prompt.

**318**. The method of claim **299**, wherein the access is caused to the first plurality of syntactical elements after the first plurality of syntactical elements is received from the user that includes a human user, and further comprising causing:

inferenceof at least one profile aspect of the human user based on one or more usage behaviors including a previous prompt received from the human user before the first plurality of syntactical elements is received from the human user, where:

after the access to the first plurality of syntactical elements that is received from the human user, at least one of the fourth plurality of syntactical elements or the fifth plurality of syntactical elements is caused to be generated based on the at least one inferred profile aspect of the human user.

**319**. The method of claim **318**, wherein the at least one of the fourth plurality of syntactical elements or the fifth plurality of syntactical elements, includes the fourth plurality of syntactical elements.

**320**. The method of claim **318**, wherein the at least one of the fourth plurality of syntactical elements or the fifth plurality of syntactical elements, includes the fifth plurality of syntactical elements.

**321**. The method of claim **299**, wherein the access is caused to the first plurality of syntactical elements after the first plurality of syntactical elements is received from the user that includes a human user, and further comprising causing:

inference of at least one profile aspect of the human user based on one or more usage behaviors including a previous prompt received from the human user before the first plurality of syntactical elements is received from the human user; and

after the access to the first plurality of syntactical elements that is received from the human user and before the communication is caused to be sent:

generation of one or more vector representations of the at least one inferred profile aspect of the human user utilizing the trained computer- implemented neural network;

access to a plurality of stored vector representations that each represent at least one of a third plurality of items of content, and that is generated utilizing the trained computer-implemented neural network;

comparison of the one or more vector representations of the at least one inferred profile aspect of the human user with the plurality of stored vector representations; and

selection of one or more of the plurality of stored vector representations based on the comparison, wherein at least one of the fourth plurality of syntactical elements or the fifth plurality of syntactical elements is caused to be generated utilizing one or more of the third plurality of items of content that correspond to the selected one or more of the plurality of stored vector representations.

**322**. The method of claim **299**, and further comprising causing:

the trained computer-implemented neural network to be further trained utilizing training syntactical elements and a first plurality of images, such that a first plurality of correspondences is identified between multiple syntactical elements and multiple distinct patterns of pixels;

access to a sixth plurality of syntactical elements that describes an imaginative scenario;

identification, utilizing the trained computer-implemented neural network, of a second plurality of correspondences between the sixth plurality of syntactical elements and sets of pixels that each include a plurality of pixels;

generation, utilizing the trained computer-implemented neural network, of one or more images that represents the imaginative scenario based on the second plurality of correspondences; and

the one or more images to be sent to the user;

wherein the one or more images is caused to be generated based on prioritizing a ninth plurality of attentions.

**323**. The method of claim **299**, and further comprising causing:

access to other information;

generation of a vector representation of the other information based on prioritizing a ninth plurality of attentions;

access to a plurality of stored vector representations that each represent at least one of a plurality of distinct items of content, and that is generated based on prioritizing a tenth plurality of attentions;

comparison of the vector representation of the other information with the plurality of stored vector representations;

selection of one or more of the plurality of stored vector representations based on the comparison; and

communication, to the user, of content based on one or more of the plurality of distinct items of content that correspond to the selected one or more of the plurality of stored vector representations.

**324**. The method of claim **299**, wherein the access is caused to the first plurality of syntactical elements after the first plurality of syntactical elements is received from the user that includes a human user, and further comprising causing:

based on the first plurality of syntactical elements received from the human user, generation of one or more vector representations of the first plurality of syntactical elements;

performance of a search with respect to a plurality of stored vector representations each representing a distinct one or more syntactical elements;

based on a result of the search, a comparison of the one or more vector representations of the first plurality of syntactical elements with at least a portion of the stored plurality of vector representations;

identification of a sixth plurality of syntactical elements based on the performance of the search and the comparison; and

augmenting the first plurality of syntactical elements with at least one of the sixth plurality of syntactical elements, before the second plurality of syntactical elements is caused to be generated utilizing the augmented first plurality of syntactical elements.

**325**. The method of claim **299**, wherein a human-provided creativity tuning setting is received, for causing a tuning of syntactical element generation based on the human-provided creativity tuning setting, where the human-provided creativity tuning setting results in selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**326**. The method of claim **325**, wherein the tuning of syntactical element generation is based on the human-provided creativity tuning setting, by causing the generation of the plurality of items of content based on the human-provided creativity tuning setting.

**327**. The method of claim **325**, wherein the tuning of syntactical element generation is based on the human-provided creativity tuning setting, by causing the generation of the second plurality of syntactical elements based on the human-provided creativity tuning setting.

**328**. The method of claim **325**, wherein the tuning of syntactical element generation is based on the human-provided creativity tuning setting, by causing the generation of the third plurality of syntactical elements based on the human-provided creativity tuning setting.

**329**. The method of claim **325**, wherein the tuning of syntactical element generation is based on the human-provided creativity tuning setting, by causing the generation of the fourth plurality of syntactical elements based on the human-provided creativity tuning setting.

**330**. The method of claim **325**, wherein the tuning of syntactical element generation is based on the human-provided creativity tuning setting, by causing the generation of the fifth plurality of syntactical elements based on the human-provided creativity tuning setting.

**331**. The method of claim **299**, and further comprising causing:

access to a plurality of nodes and relationships that is a representation of a plurality of semantic chains that each include at least one of a subject, a predicate, or a predicate object;

application of the trained computer-implemented neural network to the representation of the plurality of semantic chains;

generation of one or more vectors based on the application of the trained computer- implemented neural network to the plurality of semantic chains;

generation of output based on the one or more vectors.

**332**. The method of claim **299**, wherein the access is caused to the first plurality of syntactical elements after the first plurality of syntactical elements is received from the user that includes a human user, and further comprising causing:

inference, utilizing the trained computer implemented neural network, of at least one profile aspect of the human user based on one or more usage behaviors including a previous prompt received from the human user before the first plurality of syntactical elements is received from the human user, for causing syntactical element generation based on the at least one inferred profile aspect of the human user, wherein:

a human-provided creativity tuning setting is received, for causing the syntactical element generation based on the human-provided creativity tuning setting, where the human- provided creativity tuning setting results in selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**333**. The method of claim **332**, wherein the syntactical element generation is based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting, by causing the generation of the second plurality of syntactical elements based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting.

**334**. The method of claim **332**, wherein the syntactical element generation is based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting, by causing the generation of the third plurality of syntactical elements based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting.

**335**. The method of claim **332**, wherein the syntactical element generation is based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting, by causing the generation of the fourth plurality of syntactical elements based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting.

**336**. The method of claim **332**, wherein the syntactical element generation is based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting, by causing the generation of the fifth plurality of syntactical elements based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting.

**337**. The method of claim **332**, and further comprising causing:

based on the first plurality of syntactical elements received from the human user, generation of one or more vector representations of the first plurality of syntactical elements;

performance of a search with respect to a plurality of stored vector representations each representing a distinct one or more syntactical elements;

based on a result of the search, a comparison of the one or more vector representations of the first plurality of syntactical elements with at least a portion of the stored plurality of vector representations;

identification of a sixth plurality of syntactical elements based on the performance of the search and the comparison; and

augmenting the first plurality of syntactical elements with at least one of the sixth plurality of syntactical elements, before the second plurality of syntactical elements is caused to be generated utilizing the augmented first plurality of syntactical elements.

**338**. The method of claim **332**, and further comprising causing:

the trained computer-implemented neural network to be further trained utilizing training syntactical elements and a first plurality of images, such that a first plurality of correspondences is identified between multiple syntactical elements and multiple distinct patterns of pixels;

access to a sixth plurality of syntactical elements that describes an imaginative scenario;

identification, utilizing the trained computer-implemented neural network, of a second plurality of correspondences between the sixth plurality of syntactical elements and sets of pixels that each include a plurality of pixels;

generation, utilizing the trained computer-implemented neural network, of one or more images that represents the imaginative scenario based on the second plurality of correspondences; and

the one or more images to be sent to the user;

wherein the one or more images is caused to be generated based on prioritizing a ninth plurality of attentions.

**339**. The method of claim **338**, and further comprising causing:

based on the first plurality of syntactical elements received from the human user, generation of one or more vector representations of the first plurality of syntactical elements;

performance of a search with respect to a plurality of stored vector representations each representing a distinct one or more syntactical elements;

based on a result of the search, a comparison of the one or more vector representations of the first plurality of syntactical elements with at least a portion of the stored plurality of vector representations;

identification of a seventh plurality of syntactical elements based on the performance of the search and the comparison; and

augmenting the first plurality of syntactical elements with at least one of the seventh plurality of syntactical elements, before the second plurality of syntactical elements is caused to be generated utilizing the augmented first plurality of syntactical elements.

**340**. The method of claim **339**, and further comprising causing:

access to other information;

generation of a vector representation of the other information based on prioritizing a tenth plurality of attentions;

access to a plurality of stored vector representations that each represent at least one of a plurality of distinct items of content, and that is generated based on prioritizing a eleventh plurality of attentions;

a search, in response to the access to the other information, with respect to the plurality of stored vector representations;

comparison of the vector representation of the other information with the plurality of stored vector representations;

selection of one or more of the plurality of stored vector representations based on the comparison; and

communication, to the user, of content based on one or more of the plurality of distinct items of content that correspond to the selected one or more of the plurality of stored vector representations.

**341**. The method of claim **340**, and further comprising causing:

access to a plurality of nodes and relationships that is a representation of a plurality of semantic chains that each include at least one of a subject, a predicate, or a predicate object;

application of the trained computer-implemented neural network to the representation of the plurality of semantic chains;

generation of one or more vectors based on the application of the trained computer-implemented neural network to the plurality of semantic chains; and

generation of output based on the one or more vectors.

**342**. The method of claim **341**, wherein only one of:

each instance of the generation and the prioritization are performed by hardware;

each instance of the generation and the prioritization are performed by software;

each instance of the generation and the prioritization are caused by software and performed by hardware;

each instance of the generation and the prioritization are caused and performed by software;

only a subset of each instance of the generation and the prioritization is performed by hardware;

only a subset of each instance of the generation and the prioritization is performed by software;

only a subset of each instance of the generation and the prioritization is caused by software and performed by hardware;

only a subset of each instance of the generation and the prioritization is caused and performed by software;

one or more of the instances of the causing includes a direct causation;

one or more of the instances of the causing includes an indirect causation;

the system is portable;

the system is not portable;

the system includes a user device;

the system includes a user device to which the communication is caused to be sent;

the system does not include a user device;

the system does not include a user device to which the communication is caused to be sent;

the system, further comprising: a user device;

the system, further comprising: a user device to which the communication is caused to be sent;

the trained computer-implemented neural network is capable of multiple iterations utilizing a same hardware;

the trained computer-implemented neural network is capable of multiple iterations utilizing a same software;

the trained computer-implemented neural network is capable of multiple iterations utilizing a same process;

the trained computer-implemented neural network is capable of multiple iterations each utilizing different hardware;

the trained computer-implemented neural network is capable of multiple iterations each utilizing different software;

the trained computer-implemented neural network is capable of multiple iterations each utilizing a same process;

the trained computer-implemented neural network is capable of multiple iterations each utilizing a same process and a different hardware;

the trained computer-implemented neural network is capable of multiple iterations each utilizing a same hardware and a different process;

the trained computer-implemented neural network includes a single computer-implemented n eural network;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks, where a same one or more of the plurality of computer- implemented neural networks is utilized for each instance of the causing;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks, where a different one or more of the plurality of computer-implemented neural networks is utilized for each instance of the causing;

the trained computer-implemented neural network is implemented utilizing the system;

the trained computer-implemented neural network is implemented utilizing another system other than the system;

the trained computer-implemented neural network is implemented utilizing one or more processors;

the trained computer-implemented neural network is implemented utilizing one or more other processors other than the one or more processors;

the trained computer-implemented neural network is implemented utilizing one or more other processors other than the one or more processors, such that the one or more processors causes operation of the trained computer-implemented neural network utilizing one or more other processors;

the trained computer-implemented neural network is of a type other than a recurrent neural network, by the system not including any recurrent neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by the system not utilizing any recurrent neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by not including the recurrent neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by not including a class of neural networks configured for sequential data processing;

the trained computer-implemented neural network is of the type other than the recurrent neural network by not including a class of neural networks configured for processing the information across multiple time intervals;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but does include at least one aspect that is recurrent;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but does include at least one instance of sequential data processing;

the trained computer-implemented neural network is of the type other than the recurrent neural network by not including a class of neural networks configured for processing the information across multiple time intervals, but does include the ability to perform at least one instance of processing across multiple time intervals;

the trained computer-implemented neural network is of the type other than the recurrent neural network, while including at least one aspect of recurrency;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but is not devoid of any recurrency;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but is not devoid of any recurrency in connection with processing within the trained computer-implemented neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network so as to enable additional parallelization, but not disallowing any recurrency in connection with processing within the trained computer-implemented neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network so as to enable additional parallelization, but not disallowing any recurrency;

the trained computer-implemented neural network is part of the system, where the system also includes a recurrent neural network in addition to the trained computer-implemented neural network that is of the type other than the recurrent neural network;

the trained computer-implemented neural network is part of the system, where the system also includes a recurrent neural network in addition to the trained computer-implemented neural network is of the type other than the recurrent neural network, such that the recurrent neural network is utilized for operations other than each of the instances of the causing;

the application of the trained computer-implemented neural network includes a utilization of the trained computer-implemented neural network;

the application of the trained computer-implemented neural network includes a direct utilization of the trained computer-implemented neural network;

the application of the trained computer-implemented neural network includes an indirect utilization of the trained computer-implemented neural network;

at least one of the syntactical elements includes at least one of: a word, a phrase, a sentence, a punctuation symbol, or a chain;

at least one of the syntactical elements includes at least one of the syntactical element itself, or a mathematical representation thereof;

at least one of the syntactical elements includes at least one of the syntactical element itself, or a representation thereof;

at least one of the syntactical elements includes at least one of the syntactical element itself, or a symbol thereof;

at least one of the syntactical elements includes a syntactical structure;

at least one of the syntactical elements does not include a syntactical structure;

each representation includes a mathematical representation;

each representation includes a symbolic representation;

each representation includes a processed form of a corresponding one or more syntactical elements;

each representation includes a processed form of a corresponding one or more syntactical elements or a representation thereof, such that the processing changes the representation so that it represents the one or more syntactical elements or the representation thereof at least in part;

each representation includes a processed form of a corresponding one or more syntactical elements or a representation thereof, such that the processing changes the representation so that it represents the one or more syntactical elements or the representation thereof only in part;

any affect includes an effect;

the communication is sent directly to the user;

the communication is sent indirectly to the user;

the communication is sent to the user via a network;

the communication is sent to the user via a wide area network;

the communication is not sent to the user via a network;

the communication is in written form;

the communication is in written form, by visually showing syntactical elements;

the communication is in visual form;

the communication is in audible form, by converting syntactical elements to audible versions of the syntactical elements;

the first plurality of syntactical elements are included in a single chain;

the first plurality of syntactical elements are included in a single composite chain;

the first plurality of syntactical elements are included in a plurality of chains;

the second one or more syntactical elements are not of the first plurality of syntactical elements;

the second one or more syntactical elements includes at least one of the first plurality of syntactical elements;

the second one or more syntactical elements includes at least one of the first plurality of syntactical elements, and one or more syntactical elements that are not of the first plurality of syntactical elements;



the first attention is associated with the representation of the first subset of the first plurality of syntactical elements, by the first attention being linked with the representation of the first subset of the first plurality of syntactical elements;

the first attention is associated with the representation of the first subset of the first plurality of syntactical elements, by the first attention corresponding with the representation of the first subset of the first plurality of syntactical elements;

the first attention is associated with the representation of the first subset of the first plurality of syntactical elements, resulting in the first attention being directed to the representation of the first subset of the first plurality of syntactical elements;

the first attention is associated with the representation of the first subset of the first plurality of syntactical elements, by the first attention being saved in connection with the representation of the first subset of the first plurality of syntactical elements;

the first attention is associated with the representation of the first subset of the first plurality of syntactical elements, by the first attention being saved in connection with the representation of the first subset of the first plurality of syntactical elements;

the second attention is associated with the representation of the second subset of the first plurality of syntactical elements, by the second attention being linked with the representation of the second subset of the first plurality of syntactical elements;

the second attention is associated with the representation of the second subset of the first plurality of syntactical elements, by the second attention corresponding with the representation of the second subset of the first plurality of syntactical elements;

the second attention is associated with the representation of the second subset of the first plurality of syntactical elements, resulting in the second attention being directed to the representation of the second subset of the first plurality of syntactical elements;

the second attention is associated with the representation of the second subset of the first plurality of syntactical elements, by the second attention being saved in connection with the representation of the second subset of the first plurality of syntactical elements;

the second attention is associated with the representation of the second subset of the first plurality of syntactical elements, by the second attention being saved in connection with the representation of the second subset of the first plurality of syntactical elements;

another plurality of syntactical elements, that is generated based on the second plurality of syntactical elements, also includes the description of the first scenario;

the first attention is part of a multiple-attention direction, which includes a direction of a plurality of attentions;

the first attention is part of a multiple-attention direction, which includes a direction of a plurality of attentions to different syntactical elements;

the first attention is part of a multiple-attention direction, which includes a direction of a plurality of attentions each to one of a plurality of different syntactical elements;

the first attention is part of a multiple-attention direction that includes different attentions from a multiple-attention direction of which the second attention is part;

the first attention is part of a multiple-attention direction that includes directions that are different from those

associated with a multiple-attention direction of which the second attention is part;
the first attention is an initial attention;
the first attention is not an initial attention;
the first attention includes a reflection;
the first attention does not include a reflection;
at least one of the first attention or the second attention, includes monitored attention;
at least one of the first attention or the second attention, includes inferred attention;
at least one of the first attention or the second attention, includes a consciousness;
at least one of the first attention or the second attention, includes an awareness;
at least one of the first attention or the second attention, is represented by an identified one or more of the first plurality of syntactical elements;
at least one of the first attention or the second attention, is identified by identification of a representative one or more of the first plurality of syntactical elements;
at least one of the first attention or the second attention is based on at least one of:
processing input from a sensor, processing input from externally sourced content, processing input from internally sourced content, a value of information, or a probabilistic selection process;
at least one of the first attention or the second attention is not based on at least one of:
processing input from a sensor, processing input from externally sourced content, processing input from internally sourced content, a value of information, or a probabilistic selection process;
the first attention and the second attention includes system attention;
the first attention and the second attention does not include user attention;
at least one of the first attention or the second attention includes a focus of attention;
at least one of the first attention or the second attention includes a potential attention;
at least one of the first attention or the second attention includes a stream of attention;
the first attention and the second attention are not generated by the trained computer-implemented neural network;
each instance of based on, includes directly based on;
at least one instance of based on, includes directly based on;
each instance of based on, includes indirectly based on;
at least one instance of based on, includes indirectly based on;
the first plurality of probabilities include uncertainties;
the first plurality of probabilities embody uncertainties;
the first plurality of probabilities is inversely related to uncertainties;
the first plurality of probabilities is an example of uncertainties;
the first plurality of probabilities include weightings;
one or more actions is performed between the prioritization of the first attention and the prioritization of the second attention;
one or more probability-changing actions is performed between the prioritization of the first attention and the prioritization of the second attention;
one or more actions is not performed between the prioritization of the first attention and the prioritization of the second attention;



one or more probability-changing actions is not performed between the prioritization of the first attention and the prioritization of the second attention;
the first attention is associated with the representation of only the first subset of the first plurality of syntactical elements;
the first attention is associated with the representation of the first subset of the first plurality of syntactical elements, which includes all of the first plurality of syntactical elements;
the second attention is associated with the a representation of only the second subset of the first plurality of syntactical elements;
the second attention is associated with the representation of the second subset of the first plurality of syntactical elements, which includes all of the first plurality of syntactical elements;
the first plurality of probabilities is associated with the first plurality of syntactical elements, by the first plurality of probabilities being generated based on the first plurality of syntactical elements;
the second plurality of probabilities is generated based on multiple attentions, which include the third attention and the fourth attention, where the multiple attentions have associated weights;
the second plurality of probabilities is generated based on multiple attentions, which include the third attention and the fourth attention, where the multiple attentions have associated weights that reflect a prioritization thereof;
the second plurality of probabilities is generated based on multiple attentions being directed to representations of different subsets of the first plurality of syntactical elements, where the multiple attentions include the third attention and the fourth attention, and are prioritized based on a strength of a match in connection with an associated one of the different first subsets of the first plurality of syntactical elements;
the second plurality of probabilities is generated based on multiple attentions, which include the third attention and the fourth attention among other of the multiple attentions, by being directed to representations of different subsets of the first plurality of syntactical elements;
the first plurality of probabilities is associated with the first plurality of syntactical elements, by the first plurality of probabilities being generated utilizing the first plurality of syntactical elements;
the first plurality of probabilities is generated by previous probabilities being updated;
the second plurality of probabilities is generated based on the third attention, by the second plurality of probabilities being updated based on utilization of the third attention;
the second plurality of probabilities is generated based on the first plurality of probabilities, by being generated based on the third attention which, in turn, is prioritized based on the first plurality of probabilities;
the second plurality of probabilities is generated based on the prioritization of the second plurality of attentions, by the second plurality of probabilities being generated based on utilization of at least one of the second plurality of attentions based on the prioritization of the second plurality of attentions;
the second plurality of probabilities is generated based on the prioritization of the second plurality of attentions, by the second plurality of probabilities being updated

based on utilization of at least one of the second plurality of attentions based on the prioritization of the second plurality of attentions;

the second plurality of probabilities is generated based on the prioritization of the second plurality of attentions, by the second plurality of probabilities being generated based on at least one of the second plurality of attentions that is selected based on the prioritization of the second plurality of attentions;

the second plurality of probabilities is generated based on the prioritization of the second plurality of attentions, by the second plurality of probabilities being generated based on at least one of the second plurality of attentions that is based on the prioritization of the second plurality of attentions that is, in turn, based on first plurality of probabilities;

the second plurality of probabilities is generated based on the first plurality of probabilities, by being generated based on the third attention which, in turn, is prioritized based on the first plurality of probabilities;

the second plurality of probabilities is generated by previous probabilities being updated;

the first plurality of attentions are prioritized by prioritizing the first attention over the second attention;

the first plurality of attentions are prioritized by prioritizing the first attention over the second attention, and, based thereon, selecting the first attention;

the first plurality of attentions are prioritized by prioritizing the first attention over the second attention, and, based thereon, selecting the first attention and not selecting the second attention;

the first plurality of attentions are prioritized by prioritizing the first attention over the second attention, and, based thereon, selecting the first attention to the exclusion of the second attention;

the first plurality of attentions are prioritized by prioritizing the first subset over the second subset;

the second plurality of attentions are prioritized by prioritizing the third attention over the fourth attention;

the second plurality of attentions are prioritized by prioritizing the third attention over the fourth attention, and, based thereon, selecting the third attention;

the second plurality of attentions are prioritized by prioritizing the third attention over the fourth attention, and, based thereon, selecting third first attention and not selecting the fourth attention;

the second plurality of attentions are prioritized by prioritizing the third attention over the fourth attention, and, based thereon, selecting the third attention to the exclusion of the fourth attention;

the first plurality of probabilities is caused to be generated based on the prioritization of the first plurality of attentions, by applying the prioritization of the first plurality of attentions to the representation of the first subset and the representation of the second subset;

the second plurality of syntactical elements is caused to be generated based on the second plurality of probabilities, by the second plurality of syntactical elements being selected from a superset plurality of syntactical elements that each have one of the second plurality of probabilities associated therewith;

the second plurality of syntactical elements is caused to be generated based on the second plurality of probabilities, by the second plurality of syntactical elements being selected from a superset plurality of syntactical elements that each have one of the second plurality of probabilities associated therewith, where some of the superset plurality of syntactical elements are not selected to be part of the second plurality of syntactical elements;



the second plurality of syntactical elements is caused to be generated based on the second plurality of probabilities, by the second plurality of syntactical elements being selected from a superset plurality of syntactical elements that each have one of the second plurality of probabilities associated therewith, where some of the superset plurality of syntactical elements are not selected to be part of the second plurality of syntactical elements based on at least some of the second plurality of probabilities being below a threshold;

the application of the trained computer-implemented neural network includes the application of a system that includes the trained computer-implemented neural network;

the application of the trained computer-implemented neural network includes a use of at least a portion of the trained computer-implemented neural network;

the second plurality of syntactical elements are caused to be generated based on the second plurality of probabilities generated by the application of the trained computer-implemented neural network, by being based on a third plurality of probabilities that is generated by the application of the trained computer-implemented neural network based on a prioritization of a third plurality of attentions, where the prioritization of the third plurality of attentions is based on the second plurality of probabilities;

the second plurality of syntactical elements are caused to be generated based on the second plurality of probabilities generated by the application of the trained computer-implemented neural network, by being indirectly based on the second plurality of probabilities;

the second plurality of syntactical elements are caused to be generated based on the second plurality of probabilities generated by the application of the trained computer-implemented neural network, by being at least partially based on the second plurality of probabilities;

the second plurality of syntactical elements are caused to be generated based on the second plurality of probabilities generated by the application of the trained computer-implemented neural network, by a plurality of iterations of attention prioritization and probability generation being based on the second plurality of probabilities, and the second plurality of syntactical elements being caused to be generated based on the plurality of iterations of attention prioritization and probability generation;

the second plurality of syntactical elements are caused to be generated based on the second plurality of probabilities generated by the application of the trained computer-implemented neural network, by being based on a third plurality of probabilities that is generated by the application of the trained computer-implemented neural network based on a prioritization of a third plurality of attentions, where the prioritization of the third plurality of attentions is based on the second plurality of probabilities;

the second plurality of probabilities is caused to be generated based on the prioritization of the second plurality of attentions, by being indirectly based on the prioritization of the second plurality of attentions;

the second plurality of probabilities is caused to be generated based on the prioritization of the second

plurality of attentions, by being at least partially based on the prioritization of the second plurality of attentions;

the second plurality of probabilities is caused to be generated based on the prioritization of the second plurality of attentions, by a plurality of iterations of attention prioritization and probability generation being based on the prioritization of the second plurality of attentions, and the second plurality of probabilities being caused to be generated based on the plurality of iterations of attention prioritization and probability generation;

the second plurality of probabilities is caused to be generated based on the prioritization of the second plurality of attentions, by being based on a third plurality of attentions that are prioritized based on a third plurality of probabilities, where the third plurality of probabilities is caused to be generated based on the prioritization of the second plurality of attentions;

the second plurality of probabilities is caused to be generated based on the prioritization of the second plurality of attentions, by being based on a third plurality of attentions that are prioritized based on the first plurality of probabilities;

the second plurality of attentions is caused to be prioritized based on the first plurality of probabilities, by being indirectly based on the first plurality of probabilities;

the second plurality of attentions is caused to be prioritized based on the first plurality of probabilities, by being at least partially based on the first plurality of probabilities;

the second plurality of attentions is caused to be prioritized based on the first plurality of probabilities, by a plurality of iterations of attention prioritization and probability generation being based on the first plurality of probabilities, and the second plurality of attentions being caused to be prioritized based on the plurality of iterations of attention prioritization and probability generation;

the second plurality of attentions is caused to be prioritized based on the first plurality of probabilities, by being based on a third plurality of probabilities that is generated based on a prioritization of a third plurality of attentions that is caused to be prioritized based on the first plurality of probabilities;

at least one of the first attention or the second attention is based on processing input from a sensor;

at least one of the first attention or the second attention is based on processing input from externally sourced content;

at least one of the first attention or the second attention is based on processing input from internally sourced content;

at least one of the first attention or the second attention is based on a value of information;

at least one of the first attention or the second attention is based on a probabilistic selection process;

at least one of the first attention or the second attention is based on processing input from a sensor, processing input from externally or internally sourced content, a value of information, and a probabilistic selection process;

the first scenario includes an imaginative scenario;

the first scenario does not include an imaginative scenario;

the first scenario is self-referential;

the first scenario is not self-referential;

the first scenario is self-directed;

the first scenario is not self-directed;

the first scenario includes a description;

the first scenario includes a description of at least one of a person, place, or thing;

the first scenario includes a description of a person;

the first scenario includes a description of a place;

the first scenario includes a description of a thing;

the first scenario includes a description of one or more events;

the first scenario includes a sequence of events;

the first scenario represents objective reality, by being valid;

the first scenario represents objective reality, by being true;

the first scenario represents objective reality, by having a sufficient probability of being valid;

the first scenario represents objective reality, by having a sufficient probability of being true;

the first scenario represents objective reality, by having a maximum probability of being valid;

the first scenario represents objective reality, by having a maximum probability of being true;

the first scenario represents objective reality, by having a **100%** probability of being valid;

the first scenario represents objective reality, by having a **100%** probability of being true;

the first scenario represents objective reality, by representing anything that exists independent of any conscious awareness thereof;

the first scenario represents objective reality, by constituting a state-of-mind;

the first scenario represents objective reality, by constituting a user's state-of-mind;

the first scenario represents objective reality, by constituting a user's future state-of-mind;

the first scenario represents objective reality, by constituting a user's current state-of-mind;

the first scenario represents objective reality, by constituting a mental state;

the first scenario represents objective reality, by constituting a mental state inferred from a user behavior;

the first scenario represents objective reality, by constituting a conscious mental state;

the first scenario represents objective reality, by constituting an unconscious mental state;

the first scenario represents objective reality, by constituting a user's mental state;

the determination whether the first scenario represents objective reality is accomplished, by assessing an associated probability;

the determination whether the first scenario represents objective reality is accomplished, by assessing at least one probability in connection with one or more syntactical elements that describe the first scenario;

the determination that the first scenario does not represent objective reality, by determining that an associated probability is insufficient;

the determination that the first scenario does not represent objective reality, by determining that an associated low probability;

a plurality of attentions is iteratively directed utilizing the second plurality of syntactical elements, by utilizing representations of the second plurality of syntactical elements;

the creativity tuning setting includes a factor;

the creativity tuning setting has an associated factor;
the creativity tuning setting includes a distribution;
the creativity tuning setting has an associated distribution;
the creativity tuning setting is probabilistic;
the creativity tuning setting results in an application of a result of a context stripping process;
the creativity tuning setting results in an application of a result of a transference process;
the tuning results in humor being included;
the tuning results in with being included;
the tuning results in at least one metaphor being included;
the tuning includes adjusting;
the human-provided prompt includes a user query;
the at least one user profile aspect includes a human preference;
the at least one user profile aspect includes a human behavior;
the at least one user profile aspect is related to a human preference;
the at least one user profile aspect is related to a human behavior;
the at least one user profile aspect is capable of being gleaned from a human behavior;
the at least one user profile aspect is related to one or more human-provided prompts that are received;
the at least one user profile aspect is capable of being gleaned from one or more human-provided prompts that are received;
the at least one user profile aspect is related to one or more human-provided prompts that are received and saved;
the at least one user profile aspect is capable of being gleaned from one or more human-provided prompts that are received and saved;
the generation of the second plurality of syntactical elements is caused to be tuned, based on the at least one user profile aspect, by including the at least one syntactical element that is included in a human-provided prompt, in addition to at least one other syntactical element that is not included in the human-provided prompt but is included based on the at least one user profile aspect;
the search is performed utilizing the human-provided prompt, by identifying at least a portion of the human-provided prompt, and utilizing the at least portion of the human-provided prompt as a query for the search;
the search is performed utilizing the human-provided prompt, by identifying at least a portion of the human-provided prompt, and utilizing at least one query that is derived from the at least portion of the human-provided prompt, for the search;
the first plurality of syntactical elements is automatically generated by a non-human user without being directly prompted by any human user prompt, by being indirectly prompted by a human user prompt;
the first plurality of syntactical elements is automatically generated by a non-human user without being directly prompted by any human user prompt, by being indirectly prompted by a human user prompt that prompts a preceding operation before the generation of the first plurality of syntactical elements;
the first plurality of syntactical elements is automatically generated by a non-human user without being directly prompted by any human user prompt, by being automatically generated without any human request for the first plurality of syntactical elements to be generated;
the first plurality of syntactical elements is automatically generated by a non-human user without being directly



prompted by any human user prompt, by being automatically generated in indirect response to a human request for a previous plurality of syntactical elements to be generated;
the first plurality of syntactical elements is automatically generated by a non-human user without being directly prompted by any human user prompt, by being automatically generated in indirect response to a human request for a previous plurality of syntactical elements to be generated, where the first plurality of syntactical elements is automatically generated in direct response to the previous plurality of syntactical elements being generated;
each instance of in response, includes a direct response;
each instance of in response, includes an indirect response;
the explanation is for a recommendation;
the explanation is not for a recommendation;
the explanation provides a reason or cause;
the explanation explains syntactical elements themselves;
the explanation explains syntactical element generation;
the explanation provides a reason for syntactical element generation;
the explanation provides a cause for syntactical element generation;
the explanation provides a logic that the system used in connection with syntactical elements delivery;
the explanation provides a rationale that the system used in connection with syntactical elements delivery;
the explanation provides a logic that the system used in connection with syntactical element generation;
the explanation provides a rationale that the system used in connection with syntactical element generation;
the explanation provides a logic that the system used in deciding to deliver syntactical elements;
the explanation provides a rationale that the system used in deciding to deliver syntactical elements;
the explanation explains why the system generated one or more syntactical elements;
the explanation is generated utilizing an explanation engine;
the explanation includes explanatory information;
the explanation is generated utilizing a template;
the explanation is generated utilizing a syntax;
the explanation is generated utilizing a rule;
the explanation itself includes one or more syntactical elements;
the explanation itself includes a caveat;
the explanation itself does not include a caveat;
the explanation itself includes a sense of confidence;
the explanation itself does not include a sense of confidence;
the explanation itself includes a tuning factor;
the explanation itself does not include a tuning factor;
the explanation itself includes a tuning setting;
the explanation itself does not include a tuning setting;
the explanation references one or more of the syntactical elements that the explanation explains;
the explanation references at least one aspect of one or more of the syntactical elements that the explanation explains;
the explanation references a theme of one or more of the syntactical elements that the explanation explains;
the explanation references a concept of one or more of the syntactical elements that the explanation explains;

the explanation references one or more of the syntactical elements that the explanation explains the generation thereof;

the update for the description of the first scenario, includes another description of the first scenario;

the update for the description of the first scenario, includes a first part including at least a portion of the description of the first scenario, and a second part not included in the description of the first scenario;

the update for the description of the first scenario, does not include any portion of the description of the first scenario;

the composition of the logical chain including linked representations of each of the plurality of semantic chains, is performed by generating the logical chain;

the composition of the logical chain including linked representations of each of the plurality of semantic chains, is performed by aggregating the logical chain;

the logical chain includes at least one composite chain;

the logical chain does not include a composite chain;

the linked representations is enabled by a correspondence;

the linked representations include corresponding representations;

the linked representations include representations with a correspondence therebetween;

the linked representations is enabled by a correspondence involving at least one component of at least one semantic chain;

the linked representations is enabled by a correspondence involving at least one of a subject, an object, or a predicate, of at least one semantic chain;

a linking of the linked representations is enabled by a correspondence;

a linking of the linked representations includes a correspondence;

a linking of the linked representations is enabled by a correspondence involving at least one component of at least one semantic chain;

a linking of the linked representations is enabled by a correspondence involving at least one of a subject, an object, or a predicate, of at least one semantic chain;

a linking of the linked representations is a collaborative behavior;

a linking of the linked representations is considered a collaborative behavior;

a linking of the linked representations includes friending;

a linking of the linked representations does not include friending;

a linking of the linked representations includes chaining;

a linking of the linked representations does not include chaining;

a linking of the linked representations forms a composite chain;

a linking of the linked representations does not form a composite chain;

a linking of the linked representations involves a vector;

a linking of the linked representations does not involve a vector;

a linking of the linked representations involves a probability;

a linking of the linked representations does not involve a probability;

the linked representations are linked to enable deductions;

the linked representations are not linked to enable deductions;

the representation of the first subset of the first plurality of syntactical elements, and the representation of the



second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector;

the at least one vector includes a single vector;

the at least one vector includes a plurality of vectors;

the at least one vector includes a plurality of vectors that form a matrix;

the at least one vector reflects the relative importance or relevance of the plurality of relationships of the first plurality of syntactical elements, by reflecting the relative importance;

the at least one vector reflects the relative importance or relevance of the plurality of relationships of the first plurality of syntactical elements, by reflecting the relative relevance;

the at least one vector reflects the relative importance or relevance of the plurality of relationships of the first plurality of syntactical elements, by reflecting the relative importance and relevance;

the at least one vector takes different forms at different points in a processing thereof;

the at least one vector takes different forms at different points in a use thereof;

the at least one vector takes different forms at different points during a use thereof in connection with a direction of the first attention and a direction of the second attention;

the at least one vector takes different forms at different points during a use thereof in connection with the generation of the first plurality of probabilities and the generation of the second plurality of probabilities, such that each different form includes different updated values;

the at least one vector includes different updated values at different points during a use thereof in connection with a direction of the first attention and a direction of the second attention;

the at least one vector includes different updated values at different points in a use thereof in connection with the generation of the first plurality of probabilities and the generation of the second plurality of probabilities;

the at least one vector is part of a matrix that takes different forms at different points in a processing thereof;

the at least one vector is part of a matrix that takes different forms at different points in a use thereof;

the at least one vector is part of a matrix that takes different forms at different points during a use thereof in connection with a direction of the first attention and a direction of the second attention;

the at least one vector is part of a matrix that takes different forms at different points during a use thereof in connection with the generation of the first plurality of probabilities and the generation of the second plurality of probabilities, such that each different form includes different updated values;

the at least one vector is part of a matrix that includes different updated values at different points during a use thereof in connection with a direction of the first attention and a direction of the second attention;

the at least one vector is part of a matrix that includes different updated values at different points in a use thereof in connection with the generation of the first plurality of probabilities and the generation of the second plurality of probabilities;

the at least one vector is part of a matrix that includes different fields at different points in a use thereof;

the at least one vector includes different fields at different points in a use thereof;

the first plurality of attentions are applied to the representations of different subsets of the first plurality of items of content, by a first one of the first plurality of attentions being applied to a representation of a first subset of the first plurality of items of content, and a second one of the first plurality of attentions being applied to a representation of a second subset of the first plurality of items of content;

the third plurality of attentions are applied to the representations of different subsets of the second plurality of items of content, by a first one of the third plurality of attentions being applied to a representation of a first subset of the second plurality of items of content, and a second one of the third plurality of attentions being applied to a representation of a second subset of the second plurality of items of content;

the other computer-implemented neural network is another instance of the trained computer-implemented neural network;

the other computer-implemented neural network is another instance that is the same as the trained computer-implemented neural network, but is trained differently;

the other computer-implemented neural network is different from the trained computer-implemented neural network;

the first plurality of probabilities is associated with at least one image in addition to the first plurality of syntactical elements, by a first subset of the first plurality of probabilities being associated with the at least one image, and a second subset of the first plurality of probabilities being associated with the first plurality of syntactical elements;

the first plurality of probabilities is associated with at least one image in addition to the first plurality of syntactical elements, by all of the first plurality of probabilities being associated with both the at least one image, and the first plurality of syntactical elements;

the one or more attentions includes a single attention;

the one or more attentions includes a single attention associated with the representation of the at least portion of the at least one user-provided image, and the representation of the first subset of the first plurality of syntactical elements;

the one or more attentions includes multiple attentions;

the one or more attentions includes multiple attentions, including a first one of the multiple attentions associated with the representation of the at least portion of the at least one human user-provided image, a second one of the multiple attentions associated with the representation of the first subset of the first plurality of syntactical elements;

the generation of the first and the second plurality of probabilities is by the application of the trained computer-implemented neural network, while the causation thereof is by instructions;

only a subset of the first plurality of syntactical elements receives any attention;

a subset of the first plurality of syntactical elements does not receive any attention;

all of the first plurality of syntactical elements receive at least one attention;

all of the first plurality of syntactical elements receive different levels of attention;



after multiple iterations, all of the first plurality of syntactical elements receive at least one attention;

after multiple iterations, all of the first plurality of syntactical elements receive different levels of attention;

the prioritization of at least one of the first attention or the second attention results in only a subset of the first plurality of syntactical elements receiving any attention;

the prioritization of at least one of the first attention or the second attention results in a subset of the first plurality of syntactical elements not receiving any attention;

the prioritization of attentions including at least one of the first attention or the second attention results in all of the first plurality of syntactical elements receiving at least one attention;

the prioritization of attentions including at least one of the first attention or the second attention results in all of the first plurality of syntactical elements receiving different levels of attention;

at least one of the first attention or the second attention includes a focus of attention;

at least one of the first attention or the second attention includes a potential attention;

at least one of the first attention or the second attention includes a stream of attention;

the user prompt includes a user command;

the user prompt includes a user query;

the first plurality of correspondences involve all of the training syntactical elements;

the first plurality of correspondences involve only a subset of the training syntactical elements;

the multiple syntactical elements involve all of the training syntactical elements;

the multiple syntactical elements involve only a subset of the training syntactical elements;

the first plurality of correspondences involve all of the distinct patterns of pixels of the first plurality of images;

the first plurality of correspondences involve only a subset of the distinct patterns of pixels of the first plurality of images;

the first plurality of correspondences involve all of the multiple distinct patterns;

the first plurality of correspondences involve only a subset of the multiple distinct patterns;

the first plurality of correspondences involve all of the multiple syntactical elements;

the first plurality of correspondences involve only a subset of the multiple syntactical elements;

at least one of the first plurality of correspondences or the second plurality of correspondences include associations;

at least one of the first plurality of correspondences or the second plurality of correspondences include matches;

at least one of the first plurality of correspondences or the second plurality of correspondences include direct correspondences;

at least one of the first plurality of correspondences or the second plurality of correspondences include indirect correspondences;

at least one of the first plurality of correspondences or the second plurality of correspondences include indirect correspondences, such that one or more syntactical elements, that correspond with the sets of pixels, correspond with the at least one of the first plurality of correspondences or the second plurality of correspondences;

the second plurality of correspondences involve an entirety of the third plurality of syntactical elements;
the second plurality of correspondences are between an entirety of the third plurality of syntactical elements;
the second plurality of correspondences involve a subset of the third plurality of syntactical elements;
the second plurality of correspondences are between a subset of the third plurality of syntactical elements;
the second plurality of correspondences involve an entirety of the sets of pixels;
the second plurality of correspondences are between an entirety of the sets of pixels;
the second plurality of correspondences involve a subset of the sets of pixels;
the second plurality of correspondences are between a subset of the sets of pixels;
the second plurality of correspondences involve an entirety of the plurality of pixels of the sets of pixels;
the second plurality of correspondences are between an entirety of the plurality of pixels of the sets of pixels;
the second plurality of correspondences involve a subset of the plurality of pixels of the sets of pixels;
the second plurality of correspondences are between a subset of the plurality of pixels of the sets of pixels;
the multiple distinct patterns include an entirety of distinct patterns;
the multiple distinct patterns include an entirety of distinct patterns of the first plurality of images;
the multiple syntactical elements include an entirety of the training syntactical elements;
the multiple distinct patterns do not include an entirety of distinct patterns;
the multiple distinct patterns do not include an entirety of distinct patterns of the first plurality of images;
the multiple syntactical elements do not include an entirety of the training syntactical elements;
the plurality of pixels of each of the sets of pixels match at least a subset of the plurality of pixels of the distinct patterns;
the plurality of pixels of each of the sets of pixels do not match at least a subset of a plurality of pixels of the distinct patterns;
the plurality of pixels of each of the sets of pixels are derived from at least a subset of a plurality of pixels of the distinct patterns;
the plurality of pixels of each of the sets of pixels are derived from a plurality of pixels of the distinct patterns, by being generated based thereon;
all of the plurality of pixels of a subset of the sets of pixels match all of a plurality of pixels of a subset of the distinct patterns;
a subset of the plurality of pixels of all of the sets of pixels match a subset of a plurality of pixels of all of the distinct patterns;
a subset of the plurality of pixels of a subset of the sets of pixels match a subset of a plurality of pixels of a subset of the distinct patterns;
all of the plurality of pixels of all of the sets of pixels match all of a plurality of pixels of all of the distinct patterns;
all of the plurality of pixels of a subset of the sets of pixels are derived from all of a plurality of pixels of a subset of the distinct patterns;
a subset of the plurality of pixels of all of the sets of pixels are derived from a subset of a plurality of pixels of all of the distinct patterns;



a subset of the plurality of pixels of a subset of the sets of pixels are derived from a subset of a plurality of pixels of a subset of the distinct patterns;
all of the plurality of pixels of all of the sets of pixels are derived from all of a plurality of pixels of all of the distinct patterns;
the imaginative scenario constitutes a state-of-mind of the user;
the imaginative scenario constitutes a current state-of-mind of the user;
the imaginative scenario constitutes a future state-of-mind of the user;
the imaginative scenario constitutes a conscious state-of-mind of the user;
the imaginative scenario constitutes an unconscious state-of-mind of the user;
the imaginative scenario corresponds with objective reality;
the imaginative scenario does not correspond with objective reality;
the imaginative scenario includes a scenario that does not exist in objective reality, but has the potential to exist in objective reality;
the imaginative scenario is one where there is not an inference of objective reality;
the imaginative scenario is one where there is an inference of objective reality;
the imaginative scenario includes a what-if scenario;
the imaginative scenario includes a self-directed scenario;
the imaginative scenario includes a self-referential scenario;
the sets of pixels each include an entire image;
the sets of pixels each include at least a portion of an image;
the sets of pixels do not include an entire image;
the sets of pixels each include only a portion of an image;
the one or more images is sent directly to the user;
the one or more images is sent indirectly to the user;
the one or more images is sent to the user via a network;
the one or more images is sent to the user via a wide area network;
the one or more images is not sent to the user via a network;
the one or more images includes all of the plurality of pixels of all of the sets of pixels;
the one or more images includes a subset of the plurality of pixels of all of the sets of pixels;
the one or more images includes a subset of the plurality of pixels of a subset of the sets of pixels;
the one or more images is derived from all of the plurality of pixels of all of the sets of pixels;
the one or more images is derived from a subset of the plurality of pixels of all of the sets of pixels;
the one or more images is derived from a subset of the plurality of pixels of a subset of the sets of pixels;
the one or more images is generated based on all of the plurality of pixels of all of the sets of pixels;
the one or more images is generated based on a subset of the plurality of pixels of all of the sets of pixels;
the one or more images is generated based on a subset of the plurality of pixels of a subset of the sets of pixels;
the one or more images includes a new one or more images generated based on all of the plurality of pixels of all of the sets of pixels;
the one or more images includes a new one or more images generated based on a subset of the plurality of pixels of all of the sets of pixels;

the one or more images includes a new one or more images generated based on a subset of the plurality of pixels of a subset of the sets of pixels;

the one or more images includes a single image;

the one or more images includes a second plurality of images;

the one or more images includes a second plurality of images in a form of a video;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code includes a modified version of the executable computer program;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code includes the executable computer program modified;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code does not include a modified version of the executable computer program;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code does not include any portion of the executable computer program;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code includes at least a portion of the executable computer program;

the first attention is directed for use by the trained computer-implemented neural network, by affecting a particular manner of subsequent processing by the trained computer-implemented neural network;

the first attention is directed for use by the trained computer-implemented neural network, by the first plurality of probabilities being generated, by application of the trained computer-implemented neural network, based on the direction of the first attention;

the first attention is of the trained computer-implemented neural network;

the first attention is of the trained computer-implemented neural network by including a manner of processing by the trained computer-implemented neural network, where the processing is based on a prior prioritization of a plurality of attentions;

the trained computer-implemented neural network includes a neural network-based system capable of pre-processing that precedes utilization of the trained computer-implemented neural network for probability generation and that implements attention prioritization, to generate a result that affects the first attention;

the trained computer-implemented neural network is a neural network-based system capable of pre-processing that implements attention prioritization to generate a result that affects the first attention, by affecting a particular manner of processing by the trained computer-implemented neural network;



a first operation is performed including neural network-independent attention prioritization, and a second operation is performed to direct the first attention by causing processing of the trained computer-implemented neural network to be based on the neural network-independent attention prioritization;

the trained computer-implemented neural network includes a neural network-based system capable of a first operation including neural network-independent attention prioritization, and a second operation to direct the first attention by causing processing of the trained computer-implemented neural network to be based on the neural network-independent attention prioritization, by affecting a particular manner of the processing by the trained computer-implemented neural network;

the system is further configured such that the trained computer-implemented neural network is caused to be trained utilizing a first processor of one or more processors of a first apparatus of the system that executes a first program of the one or more programs that is stored in a first memory of the one or memories of the first apparatus of the system, and the second plurality of syntactical elements is caused to be accessed utilizing a second processor of the one or more processors of a second apparatus of the system that executes a second program of the one or more programs that is stored in a second memory of the one or memories of the second apparatus of the system;

the trained computer-implemented neural network is caused to be trained and the second plurality of syntactical elements is caused to be accessed utilizing a same processor of one or more processors of a same apparatus of the system that executes a same program of the one or more programs that is stored in a same memory of the one or memories of the same apparatus of the system;

each instance of the causing is an act;

each instance of the causing is not a step;

the causing are acts;

the causing are not steps;

the access to the information, the generation of the first plurality of probabilities, the prioritization of the first plurality of attentions, the generation of the second plurality of probabilities, the prioritization of the second plurality of attentions, the generation of the second plurality of syntactical elements, and the communication, are acts;

the access to the information, the generation of the first plurality of probabilities, the prioritization of the first plurality of attentions, the generation of the second plurality of probabilities, the prioritization of the second plurality of attentions, the generation of the second plurality of syntactical elements, and the communication, are not steps;

the first attention is generated by the application of the trained computer-implemented neural network;

the first attention is not generated by the application of the trained computer-implemented neural network;

the second attention is generated by the application of the trained computer-implemented neural network;

the second attention is not generated by the application of the trained computer-implemented neural network;

the syntactical element portion of the prompt, is not an only portion of the prompt; or the syntactical element portion of the prompt, is an only portion of the prompt.

**343**. The method of claim **339**, and further comprising causing:

access to a plurality of nodes and relationships that is a representation of a plurality of semantic chains that each include at least one of a subject, a predicate, or a predicate object;

application of the trained computer-implemented neural network to the representation of the plurality of semantic chains;

generation of one or more vectors based on the application of the trained computer-implemented neural network to the plurality of semantic chains; and

generation of output based on the one or more vectors.

**344**. The method of claim **1**, wherein the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user.

**345**. The method of claim **344**, and further comprising:

causing generation, based on prioritizing a third plurality of attentions, of a third plurality of syntactical elements that provides an explanation for the second plurality of syntactical elements; and

causing generation, based on prioritizing a fourth plurality of attentions associated with representations of different subsets of the third plurality of syntactical elements, of a fourth plurality of syntactical elements that includes computer executable code.

**346**. The method of claim **344**, wherein the trained computer-implemented neural network is trained utilizing an output, including one or more computer program portions, that is generated based on prioritizing a third plurality of attentions and utilizing another computer-implemented neural network that is of a type other than a recurrent neural network.

**347**. The method of claim **344**, wherein the trained computer-implemented neural network is trained utilizing an output, including one or more computer program portions, that is generated based on prioritizing a third plurality of attentions and utilizing another computer-implemented neural network, and further comprising:

causing generation, based on prioritizing a fourth plurality of attentions, of a third plurality of syntactical elements that provides an explanation for the second plurality of syntactical elements; and

causing generation, based on prioritizing a fifth plurality of attentions associated with representations of different subsets of the third plurality of syntactical elements, of a fourth plurality of syntactical elements that includes computer executable code.

**348**. The method of claim **344**, wherein the at least portion of the executable computer program includes at least a portion of one or more programs that is for being executed by the system to control the system.

**349**. The method of claim **344**, wherein the second plurality of syntactical elements includes a modification to the at least portion of the executable computer program.

**350**. The method of claim **1**, wherein the second plurality of syntactical elements includes at least a portion of an executable computer program.

**351**. The method of claim **350**, and further comprising:

causing generation, based on prioritizing a third plurality of attentions, of a third plurality of syntactical elements that provides an explanation for the second plurality of syntactical elements; and

causing generation, based on prioritizing a fourth plurality of attentions associated with representations of different subsets of the third plurality of syntactical elements, of a fourth plurality of syntactical elements that includes computer executable code.

**352**. The method of claim **350**, wherein the trained computer-implemented neural network is trained utilizing an output, including one or more computer program portions, that is generated based on prioritizing a third plurality of attentions and utilizing another computer-implemented neural network that is of a type other than a recurrent neural network.

**353**. The method of claim **350**, wherein the trained computer-implemented neural network is trained utilizing an output, including one or more computer program portions, that is generated based on prioritizing a third plurality of attentions and utilizing another computer-implemented neural network, and further comprising:

causing generation, based on prioritizing a fourth plurality of attentions, of a third plurality of syntactical elements that provides an explanation for the second plurality of syntactical elements; and

causing generation, based on prioritizing a fifth plurality of attentions associated with representations of different subsets of the third plurality of syntactical elements, of a fourth plurality of syntactical elements that includes computer executable code.

**354**. The method of claim **353**, wherein the first plurality of syntactical elements does not include any computer code.

**355**. The method of claim **350**, wherein the first plurality of syntactical elements includes a first portion that does not include any computer code, and a second portion that does include computer code.

**356**. The method of claim **1**, wherein:

the first plurality of syntactical elements represents a request for the system to perform an action other than generating content utilizing the trained computer-implemented neural network and other than causing the communication to be sent to the user that includes a human user;

the action is performed by the system based on the second plurality of syntactical elements; and

the communication reflects the performing of the action.

**357**. The method of claim **356**, wherein the action is a physical action.

**358**. The method of claim **356**, wherein the action is not human user-perceptible.

**359**. The method of claim **356**, and further comprising:

automatically causing generation, based on prioritizing a third plurality of attentions, of a third plurality of syntactical elements that provides an explanation for the second plurality of syntactical elements; and

automatically causing generation, based on prioritizing a fourth plurality of attentions associated with representations of different subsets of the third plurality of syntactical elements, of a fourth plurality of syntactical elements on which the action is based, in addition to the second plurality of syntactical elements.

**360**. The method of claim **1**, wherein the trained computer-implemented neural network, includes a plurality of trained computer-implemented neural networks that are each of a type other than a recurrent neural network.

**361**. The method of claim **360**, wherein at least one of the plurality of trained computer-implemented neural networks includes a plurality of feature detection nodes.

**362**. The method of claim **360**, wherein at least one of the plurality of trained computer-implemented neural networks extracts features by applying feature extraction nodes.

**363**. The method of claim **362**, wherein the features are extracted from the first plurality of syntactical elements.

**364**. The method of claim **362**, wherein the features are extracted from a plurality of pixels within one or more images.

**365**. The method of claim **1**, wherein the trained computer-implemented neural network is additionally trained by conditionally performing one or more actions based a measurement of a degree to which uncertainty is expected to be reduced by performing the one or more actions in connection with syntactical element generation.

**366**. The method of claim **1**, wherein the trained computer-implemented neural network is additionally trained by conditionally performing actions based a utility metric that measures a degree to which uncertainty is expected to be reduced by the generation of one or more of the second plurality of syntactical elements.

**367**. The method of claim **1**, wherein the trained computer-implemented neural network does not include a recurrent neural network to avoid at least one instance of recurrency, while utilizing one or more hardware cognitive computing processors, in connection with prioritization of the first plurality of attentions corresponding to representations representing all of the first plurality of syntactical elements that constitutes an entirety of a syntactical element portion of a user prompt received from the user, where the prioritization of the first plurality of attentions is completed before any usage of the prioritization of any of the first plurality of attentions.

**368**. The method of claim **1**, wherein the trained computer- implemented neural network is of a type to avoid at least one instance of recurrency, while utilizing one or more hardware cognitive computing processors, in connection with completing prioritization of the first plurality of attentions corresponding to representations representing all of the first plurality of syntactical elements that constitutes an entirety of a syntactical element portion of a user prompt received from the user, where the prioritization of the first plurality of attentions is completed before starting any usage of the prioritization of any of the first plurality of attentions, the representations are influenced by a position of each syntactical element of all of the first plurality of syntactical elements, and the first plurality of attentions are prioritized based on a relative importance or relevance of a plurality of relationships of at least some of the first plurality of syntactical elements.

**369**. The method of claim **1**, wherein the trained computer- implemented neural network utilizes one or more cognitive computing processors, to improve efficacy in prioritizing, during a single act, the first plurality of attentions corresponding to a matrix representing all of the first plurality of syntactical elements that constitutes an entirety of a syntactical element portion of a user prompt received from the user, where the matrix reflects a position of each syntactical element of all of the first plurality of syntactical elements, and the first plurality of attentions are prioritized based on a relative importance or relevance of a plurality of relationships among all of the first plurality of syntactical elements.

**370**. The method of claim **1**, wherein:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a prompt, and

is influenced by a position of each syntactical element of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the prompt, and a relative importance or relevance of a plurality of relationships among all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the prompt;

the first plurality of probabilities is generated utilizing the at least one vector during a first iteration, such that the first plurality of probabilities are utilized via a second iteration; and

the second plurality of probabilities is generated during the second iteration;

wherein the trained computer-implemented neural network utilizes a plurality of hardware cognitive computing processors, in connection with prioritizing the first plurality of attentions, based on the relative importance or relevance of the plurality of relationships among all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the prompt.

**371**. The method of claim **1**, wherein one or more of the prioritized first plurality of attentions is applied to a single matrix that includes the representation of the first subset of the first plurality of syntactical elements and the representation of the second subset of the first plurality of syntactical elements.

**372**. The method of claim **371**, wherein the single matrix includes one or more affinities among the representation of the first subset of the first plurality of syntactical elements and the representation of the second subset of the first plurality of syntactical elements.

**373**. The method of claim **1**, wherein the representation of the first subset of the first plurality of syntactical elements is stored, and the stored representation of the first subset of the first plurality of syntactical elements is retrieved for use in prioritizing one or more other attentions associated with one or more representations of one or more other syntactical elements that are utilized for the generation of the second plurality of syntactical elements.

**374**. The method of claim **1**, wherein the representation of the first subset of the first plurality of syntactical elements is stored, and the stored representation of the first subset of the first plurality of syntactical elements is retrieved along with stored weights, both for use in prioritizing one or more other attentions associated with one or more representations of one or more other syntactical elements.

**375**. The method of claim **1**, wherein the first plurality of syntactical elements is part of a prompt and, based on the prioritization of the first attention, the representation of the first subset of the first plurality of syntactical elements is stored for utilization with prioritizing at least some of a plurality of additional attentions associated with representations of different subsets of a third plurality of syntactical elements that is part of another prompt, based on which a fourth plurality of syntactical elements is generated.

**376**. The method of claim **375**, wherein the stored representation of the first subset of the first plurality of syntactical elements is retrieved such that at least one of the plurality of additional attentions is prioritized in connection with the stored representation of the first subset of the first plurality of syntactical elements, a result of which is utilized in the generation of the fourth plurality of syntactical elements.

**377**. The method of claim **376**, wherein the stored representation of the first subset of the first plurality of syntactical elements and the representations of the different subsets of the third plurality of syntactical elements, are represented by a single data structure.

**378**. The method of claim **375**, wherein the stored representation of the first subset of the first plurality of syntactical elements and a stored one or more representations of one or more weights are retrieved such that: at least one of the plurality of additional attentions is prioritized in connection with the stored representation of the first subset of the first plurality of syntactical elements and at least one other of the plurality of additional attentions is prioritized in connection with the stored one or more representations of the one or more weights, a result of which is utilized in the generation of the fourth plurality of syntactical elements.

**379**. The method of claim **378**, wherein all of the plurality of additional attentions are prioritized in a single operation.

**380**. The method of claim **378**, wherein all of the plurality of additional attentions are prioritized before a result of the prioritization of any of the plurality of additional attentions is utilized.

**381**. The method of claim **378**, wherein the stored representation of the first subset of the first plurality of syntactical elements, the stored one or more representations of the one or more weights, and the representations of the different subsets of the third plurality of syntactical elements, are represented by a single data structure.

**382**. The method of claim **378**, wherein the one or more weights are learned.

**383**. The method of claim **378**, wherein the stored one or more representations of the one or more weights are persistently stored.

**384**. The method of claim **378**, wherein the one or more weights are persistent across a processing of multiple prompts.

**385**. The method of claim **1**, wherein the system includes a plurality of sub-systems each associated with a corresponding expertise level in one or more topics, and further comprising:

causing a determination, for the first plurality of syntactical elements, of an expertise level in a topic;

causing a comparison between the determined expertise level with each corresponding expertise level associated with each of the plurality of sub-systems;

causing selection of one or more of the plurality of sub-systems based on the comparison; and

providing access to representations of different subsets of the first plurality of syntactical elements, to the selected one or more of the plurality of sub-systems.

**386**. The method of claim **385**, wherein at least one of the sub-systems includes the trained computer-implemented neural network or one or more elements thereof.

**387**. The method of claim **385**, wherein at least one of the sub-systems does not include a neural network.

**388**. The method of claim **385**, wherein each corresponding expertise level associated with each of the plurality of sub-systems is automatically determined.

**389**. The method of claim **1**, wherein the first attention and the second attention each include an actual attention.

**390**. The method of claim **1**, wherein the first attention and the second attention each include a potential attention.

**391**. The method of claim **1**, wherein the first plurality of syntactical elements includes a human prompt received from the user that includes a human user, and further comprising:

causing, in response to the human prompt, generation, based on prioritizing a third plurality of attentions, of a third plurality of syntactical elements that provides an explanation in connection with at least one aspect of a process for the generation of the second plurality of syntactical elements, the third plurality of syntactical elements being included in the communication that is caused to be sent to the user in response to the human prompt without requiring additional input from the human user after receiving the human prompt.

**392**. The method of claim **391**, wherein the second plurality of syntactical elements are included in another communication caused to be sent to the human user.

**393**. The method of claim **391**, wherein the second plurality of syntactical elements are included in another communication caused to be sent to the human user, after the communication.

**394**. The method of claim **391**, wherein the at least one aspect of the process for the generation of the second plurality of syntactical elements includes processing of at least one of the first plurality of syntactical elements, and the third plurality of syntactical elements includes a reference to the at least one of the first plurality of syntactical elements.

**395**. The method of claim **391**, wherein the at least one aspect of the process for the generation of the second plurality of syntactical elements includes a theme embodied in at least one of the first plurality of syntactical elements, and the third plurality of syntactical elements includes a reference to the theme.

**396**. The method of claim **391**, wherein the communication is caused to be sent to the user in response to the human prompt based on additional input received from the human user before receiving the human prompt.

**397**. The method of claim **391**, wherein the communication is conditionally caused to be sent to the user in response to the human prompt, based on additional input received from the human user before receiving the human prompt.

* * * * *

# EXHIBIT 2

US012223404B2

(12) **United States Patent**
**Flinn et al.**

(10) **Patent No.: US 12,223,404 B2**
(45) **Date of Patent: Feb. 11, 2025**

(54) **ITERATIVE ATTENTION-BASED NEURAL NETWORK TRAINING AND PROCESSING**

(71) Applicant: **Steven D. Flinn**, Sugar Land, TX (US)

(72) Inventors: **Steven Dennis Flinn**, Sugar Land, TX (US); **Naomi Felina Moneypenny**, Bellevue, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/101,612**

(22) Filed: **Jan. 26, 2023**

(65) **Prior Publication Data**

US 2024/0005205 A1 Jan. 4, 2024

**Related U.S. Application Data**

(63) Continuation of application No. 16/660,908, filed on Oct. 23, 2019, now Pat. No. 11,593,708, which is a continuation of application No. 15/000,011, filed on Jan. 18, 2016, now Pat. No. 10,510,018, which is a continuation-in-part of application No. 14/816,439,
(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| ***G06N 20/00*** | (2019.01) |
| ***G06F 40/211*** | (2020.01) |
| ***G06F 40/216*** | (2020.01) |
| ***G06F 40/30*** | (2020.01) |
| ***G06N 3/045*** | (2023.01) |

(Continued)

(52) **U.S. Cl.**
CPC ........... ***G06N 20/00*** (2019.01); ***G06F 40/211*** (2020.01); ***G06F 40/216*** (2020.01); ***G06F 40/30*** (2020.01); ***G06N 3/045*** (2023.01); ***G06N 5/048*** (2013.01); *G06N 3/02* (2013.01)

(58) **Field of Classification Search**
CPC ........ G06N 20/00; G06N 3/045; G06N 5/048; G06F 40/211; G06F 40/216; G06F 40/30
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,795,826 B2 9/2004 Flinn et al.
7,375,838 B2 5/2008 Moneypenny et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN 105159890 A 12/2015
CN 105868829 A 8/2016
(Continued)

OTHER PUBLICATIONS

Dong, Li, and Mirella Lapata. "Language to logical form with neural attention." arXiv preprint arXiv:1601.01280v1 (2016). (Year: 2016).*
(Continued)

*Primary Examiner* — Eric Nilsson

(57) **ABSTRACT**

An iterative attention-based neural network training and processing method and system iteratively applies a focus of attention of a trained neural network on syntactical elements and generates probabilities associated with representations of the syntactical elements, which in turn inform a subsequent focus of attention of the neural network, resulting in updated probabilities. The updated probabilities are then applied to generate syntactical elements for delivery to a user. The user may respond to the delivered syntactical elements, providing additional training information to the trained neural network.

**375 Claims, 18 Drawing Sheets**



**Related U.S. Application Data**

filed on Aug. 3, 2015, now abandoned, which is a continuation-in-part of application No. 14/497,645, filed on Sep. 26, 2014, now abandoned.

(60) Provisional application No. 61/929,432, filed on Jan. 20, 2014, provisional application No. 61/884,224, filed on Sep. 30, 2013.

(51) **Int. Cl.**
***G06N 5/048*** (2023.01)
*G06N 3/02* (2006.01)

(56) **References Cited**


U.S. PATENT DOCUMENTS

7,493,294 B2 2/2009 Flinn et al.
7,526,458 B2 4/2009 Flinn et al.
7,526,459 B2 4/2009 Flinn et al.
7,526,464 B2 4/2009 Flinn et al.
7,539,652 B2 5/2009 Flinn et al.
7,606,772 B2 10/2009 Flinn et al.
7,739,231 B2 6/2010 Flinn et al.
7,831,535 B2 11/2010 Flinn et al.
7,860,811 B2 12/2010 Flinn et al.
7,904,341 B2 3/2011 Flinn et al.
8,060,462 B2 11/2011 Flinn et al.
RE43,768 E 10/2012 Flinn et al.
8,380,579 B2 2/2013 Flinn et al.
8,458,119 B2 6/2013 Flinn et al.
8,458,120 B2 6/2013 Flinn et al.
8,478,716 B2 7/2013 Flinn et al.
8,515,900 B2 8/2013 Flinn et al.
8,515,901 B2 8/2013 Flinn et al.
RE44,559 E 10/2013 Flinn et al.
8,566,263 B2 10/2013 Flinn et al.
8,600,920 B2 12/2013 Flinn et al.
8,600,926 B2 12/2013 Flinn et al.
8,615,484 B2 12/2013 Flinn et al.
8,645,292 B2 2/2014 Flinn et al.
8,645,312 B2 2/2014 Flinn et al.
8,650,149 B2 2/2014 Flinn et al.
8,655,829 B2 2/2014 Flinn et al.
8,676,742 B2 3/2014 Flinn et al.
8,694,442 B2 4/2014 Flinn et al.
8,694,457 B2 4/2014 Flinn et al.
8,700,620 B1 4/2014 Lieberman et al.
8,719,213 B2 5/2014 Flinn et al.
RE44,966 E 6/2014 Flinn et al.
RE44,967 E 6/2014 Flinn et al.
RE44,968 E 6/2014 Flinn et al.
8,818,917 B2 8/2014 Flinn et al.
8,818,931 B2 8/2014 Flinn et al.
8,843,433 B2 9/2014 Flinn et al.
9,026,488 B2 5/2015 Flinn et al.
9,047,245 B2 6/2015 Flinn et al.
RE45,770 E 10/2015 Flinn et al.
9,159,027 B2 10/2015 Flinn et al.
9,165,259 B2 10/2015 Flinn et al.
9,171,262 B2 10/2015 Flinn et al.
9,171,263 B2 10/2015 Flinn et al.
9,436,913 B2 9/2016 Flinn et al.
9,454,729 B2 9/2016 Flinn et al.
9,454,730 B2 9/2016 Flinn et al.
9,906,899 B2 2/2018 Flinn et al.
9,924,306 B2 3/2018 Flinn et al.
10,510,018 B2 12/2019 Flinn et al.
10,699,202 B2 6/2020 Flinn et al.
10,733,251 B2 8/2020 Flinn et al.
10,783,464 B2 9/2020 Flinn et al.
11,481,459 B2 10/2022 Flinn et al.
11,593,708 B2 2/2023 Flinn et al.
11,715,132 B2 8/2023 Flinn et al.
11,960,557 B2 4/2024 Flinn et al.
12,093,983 B2 9/2024 Flinn et al.
2001/0047358 A1 11/2001 Flinn et al.
2002/0083025 A1 6/2002 Robarts et al.
2003/0234812 A1 12/2003 Drucker et al.
2005/0105134 A1 5/2005 Moneypenny et al.
2006/0015380 A1 1/2006 Flinn et al.
2006/0015381 A1 1/2006 Flinn et al.
2006/0155681 A1 7/2006 Chiang et al.
2006/0184482 A1 8/2006 Flinn et al.
2006/0200432 A1 9/2006 Flinn et al.
2006/0200433 A1 9/2006 Flinn et al.
2006/0200434 A1 9/2006 Flinn et al.
2006/0200435 A1 9/2006 Flinn et al.
2006/0259360 A1 11/2006 Flinn et al.
2006/0287937 A1 12/2006 Flinn et al.
2007/0073553 A1 3/2007 Flinn et al.
2007/0073554 A1 3/2007 Flinn et al.
2007/0094157 A1 4/2007 Flinn et al.
2007/0094216 A1 4/2007 Mathias et al.
2007/0112712 A1 5/2007 Flinn et al.
2007/0156614 A1 7/2007 Flinn et al.
2007/0174220 A1 7/2007 Flinn et al.
2007/0203589 A1 8/2007 Flinn et al.
2007/0203872 A1 8/2007 Flinn et al.
2008/0052288 A1 2/2008 Flinn et al.
2008/0059395 A1 3/2008 Flinn et al.
2008/0243817 A1 10/2008 Chan et al.
2008/0249967 A1* 10/2008 Flinn ..................... G06N 20/00
706/11
2008/0249968 A1 10/2008 Flinn et al.
2008/0288354 A1 11/2008 Flinn et al.
2009/0012842 A1 1/2009 Srinivasan et al.
2009/0018918 A1 1/2009 Moneypenny et al.
2009/0144075 A1 6/2009 Flinn et al.
2009/0248599 A1 10/2009 Hueter et al.
2009/0319267 A1 12/2009 Kurki-Suonio
2010/0217722 A1 8/2010 Flinn et al.
2010/0228582 A1 9/2010 King et al.
2010/0228693 A1 9/2010 Dawson et al.
2010/0235313 A1 9/2010 Rea et al.
2010/0274635 A1 10/2010 Flinn et al.
2011/0022564 A1 1/2011 Flinn et al.
2011/0055017 A1 3/2011 Solomon et al.
2011/0066497 A1 3/2011 Gopinath et al.
2011/0082825 A1 4/2011 Sathish et al.
2011/0093341 A1 4/2011 Flinn et al.
2011/0112986 A1 5/2011 Flinn et al.
2011/0125700 A1 5/2011 Funada
2011/0137849 A1 6/2011 Flinn et al.
2011/0153414 A1 6/2011 Elvekrog et al.
2011/0153452 A1 6/2011 Flinn et al.
2011/0219011 A1 9/2011 Carmel et al.
2011/0295663 A1 12/2011 Flinn et al.
2011/0295664 A1 12/2011 Flinn et al.
2011/0295665 A1 12/2011 Flinn et al.
2011/0295696 A1 12/2011 Flinn et al.
2011/0295699 A1 12/2011 Flinn et al.
2011/0295703 A1 12/2011 Flinn et al.
2011/0302121 A1 12/2011 Flinn et al.
2011/0302134 A1 12/2011 Flinn et al.
2011/0302208 A1 12/2011 Flinn et al.
2011/0302209 A1 12/2011 Flinn et al.
2012/0030028 A1 2/2012 Flinn et al.
2012/0030029 A1 2/2012 Flinn et al.
2012/0030030 A1 2/2012 Flinn et al.
2012/0030063 A1 2/2012 Flinn et al.
2012/0030064 A1 2/2012 Flinn et al.
2012/0030620 A1 2/2012 Flinn et al.
2012/0030621 A1 2/2012 Flinn et al.
2012/0035969 A1 2/2012 Flinn et al.
2012/0035970 A1 2/2012 Flinn et al.
2012/0035976 A1 2/2012 Flinn et al.
2012/0035985 A1 2/2012 Flinn et al.
2012/0036020 A1 2/2012 Flinn et al.
2012/0054148 A1 3/2012 Flinn et al.
2012/0089915 A1 4/2012 Flinn et al.
2012/0096155 A1 4/2012 Flinn et al.
2012/0101976 A1 4/2012 Flinn et al.
2012/0254074 A1 10/2012 Flinn et al.
2012/0254075 A1 10/2012 Flinn et al.

(56) **References Cited**


U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2012/0254079 | A1 | 10/2012 | Flinn et al. |
| 2012/0254094 | A1 | 10/2012 | Flinn et al. |
| 2012/0254095 | A1 | 10/2012 | Flinn et al. |
| 2012/0254096 | A1 | 10/2012 | Flinn et al. |
| 2012/0254097 | A1 | 10/2012 | Flinn et al. |
| 2012/0254098 | A1 | 10/2012 | Flinn et al. |
| 2012/0254099 | A1 | 10/2012 | Flinn et al. |
| 2012/0290518 | A1 | 11/2012 | Flinn et al. |
| 2012/0324565 | A1 | 12/2012 | Cohen et al. |
| 2013/0024464 | A1 | 1/2013 | Berner et al. |
| 2013/0165234 | A1 | 6/2013 | Hall et al. |
| 2013/0191214 | A1 | 7/2013 | Flinn et al. |
| 2013/0311501 | A1 | 11/2013 | Flinn et al. |
| 2013/0339450 | A1 | 12/2013 | Flinn et al. |
| 2014/0025660 | A1 | 1/2014 | Mohammed et al. |
| 2014/0082082 | A1 | 3/2014 | Flinn et al. |
| 2014/0108325 | A1 | 4/2014 | Flinn et al. |
| 2014/0129504 | A1 | 5/2014 | Soon-Shiong |
| 2014/0195464 | A1 | 7/2014 | Flinn et al. |
| 2014/0207582 | A1 | 7/2014 | Flinn et al. |
| 2014/0358832 | A1 | 12/2014 | Flinn et al. |
| 2014/0358842 | A1 | 12/2014 | Flinn et al. |
| 2014/0365421 | A1 | 12/2014 | Flinn et al. |
| 2015/0095278 | A1 | 4/2015 | Flinn et al. |
| 2015/0213367 | A1 | 7/2015 | Flinn et al. |
| 2015/0230052 | A1 | 8/2015 | Flinn et al. |
| 2015/0339573 | A1 | 11/2015 | Flinn et al. |
| 2016/0004966 | A1 | 1/2016 | Flinn et al. |
| 2016/0012343 | A1 | 1/2016 | Flinn et al. |
| 2016/0012344 | A1 | 1/2016 | Flinn et al. |
| 2016/0132789 | A1 | 5/2016 | Flinn et al. |
| 2016/0232440 | A1 | 8/2016 | Gregor et al. |
| 2016/0342907 | A1 | 11/2016 | Flinn et al. |
| 2016/0364651 | A1 | 12/2016 | Flinn et al. |
| 2017/0039174 | A1 | 2/2017 | Strope et al. |
| 2017/0076222 | A1 | 3/2017 | Khapra et al. |
| 2017/0124433 | A1 | 5/2017 | Chandraker et al. |
| 2017/0140271 | A1 | 5/2017 | Reed et al. |
| 2018/0075459 | A1 | 3/2018 | Flinn et al. |
| 2018/0146328 | A1 | 5/2018 | Flinn et al. |
| 2018/0199025 | A1 | 7/2018 | Holzer et al. |
| 2018/0225598 | A1 | 8/2018 | Flinn et al. |
| 2018/0225599 | A1 | 8/2018 | Flinn et al. |
| 2018/0232669 | A1 | 8/2018 | Flinn et al. |
| 2018/0232670 | A1 | 8/2018 | Flinn et al. |
| 2018/0232671 | A1 | 8/2018 | Flinn et al. |
| 2018/0314992 | A1 | 11/2018 | Flinn et al. |
| 2018/0341860 | A1 | 11/2018 | Shazeer et al. |
| 2019/0325358 | A1 | 10/2019 | Flinn et al. |
| 2019/0325359 | A1 | 10/2019 | Flinn et al. |
| 2019/0378060 | A1 | 12/2019 | Flinn et al. |
| 2020/0065709 | A1 | 2/2020 | Flinn et al. |
| 2020/0074335 | A1 | 3/2020 | Flinn et al. |
| 2020/0286009 | A1 | 9/2020 | Flinn |
| 2020/0327359 | A1 | 10/2020 | Blundell et al. |
| 2020/0334310 | A1 | 10/2020 | Flinn et al. |
| 2023/0004609 | A1 | 1/2023 | Flinn et al. |
| 2023/0146960 | A1 | 5/2023 | Flinn et al. |
| 2024/0046311 | A1 | 2/2024 | Flinn et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 106462802 | A | 2/2017 |
| EP | 1311980 | A2 | 5/2003 |
| EP | 1397252 | A1 | 3/2004 |
| EP | 1397252 | A4 | 12/2005 |
| EP | 1630700 | A1 | 3/2006 |
| EP | 1630701 | A1 | 3/2006 |
| EP | 1311980 | B1 | 5/2006 |
| KR | 1020150037986 | | 4/2015 |
| TW | 501074 | B | 9/2002 |

OTHER PUBLICATIONS

US Final Rejection Office Action in Publication No. 2015-0339573A1, dated Jan. 9, 2020, 32 Pages.

US Non-Final Rejection Office Action in Publication No. 2015-0339573A1, dated May 23, 2019, 30 Pages.

US Non-Final Rejection Office Action in Publication No. 2015-0095278A1 dated Nov. 1, 2017, 66 Pages.

US Final Rejection Office Action in Publication No. 2015-0095278A1 dated Apr. 30, 2018, 64 Pages.

US Examiner's Answer to Appeal Brief Office Action in Publication No. 2015-0095278A1 dated Sep. 18, 2018, 86 Pages.

US Patent Board Decision Office Action in Publication No. 2015-0095278A1 dated Feb. 26, 2020, 20 Pages.

Cao et al., Object Spatial Recognition for Service Robots: Where is the Front?, IEEE Int'l Conference on Mechatronics and Automation (2012) at pp. 875-880 (Year: 2011).*

Krizhevsky et al., ImageNet Classification with Deep Convolutional Neural Networks, In NIPS, pp. 1106-1114 (2012) (Year: 2012).*

Gupta et al., Observing Human-Object Interactions: Using Spatial and Functional Compatibility for Recognition, Transactions on Pattern Analysis and Mach. Intel., vol. 31 at pp. 1775-1789 (2009) (Year: 2009).*

Berenson et al., Manipulation Planning with Workspace Goal Regions, Int'l Conference on Robotics and Automation (2009) at pp. 618-624 (Year: 2009).*

Rissland & Ashley, Hypotheticals as Heuristic Device, Proc. of the 5th Annual Conference on Artificial Intelligence (1986) at pp. 165-178 (Year: 1986).*

Wallace, Richard S. "The anatomy of ALICE." Parsing the Turing Test. Springer, Dordrecht, 2009. 181-210. (Year: 2009).*

Using weak ties to understand resource usage behaviors in an online community of educators Ogheneovo Dibie; Tamara Sumner 2015 IEEE/ACM International Conference on Advances in Social Network Analysis and Mining (ASONAM) Year: 2015 pp. 533-536, DOI: 10.1145/2808797.2809420 IEEE Conference Publications.

Uberveillance and the Internet of Things and People M.G. Michael; Katina Michael; Christine Perakslis, Contemporary Computing and Informatics (IC3I), 2014 International Conference on Year: 2014 pp. 1381-1386, DOI: 10.1109/ IC3I.2014.7019829 IEEE Conference Publications.

Inferring User Relationship from Hidden Information in WLAN s Ningning Cheng; Prasant Mohapatra; Mathieu Cunche; Mohamed Ali Kaafar; Roksana Boreli; Srikanth Krishnamurthy MILCOM 2012-2012 IEEE Military Communications Conference Year: 2012 pp. 1-6, DOI: 10.1109/MILCOM.2012.6415713 IEEE Conference Publications.

Financial Time Series Prediction Using Least Squares Support Vector Machines Within the Evidence Framework T. Van Gestel; J. A. K. Suykens; D.E. Baestaens; A. Lambrechts; G. Lanckriet; B. Vandaele; B. De Moor; J. Vandewalle IEEE Transactions on Neural Networks Year: 2001, vol. 12, Issue: 4 pp. 809-821, DOI: 10.1109/ 72.935093.

Opinion Formation in Ising Networks M.H. Afrasiabi; R. Guerin; S.S.Venkatesh Information Theory and Applications Workshop (ITA), 2013 Year: 2013 pp. 1-10, DOI: 10.1109/ITA.2013.6502982 IEEE Conference Publications.

MsLRR: A Unified Multiscale Low-Rank Representation for Image Segmentation Xiaobai Liu; Qian Xu; Jiayi Ma; Hai iin; Yanduo Zhang IEEE Transactions on Image Processing Year: 2014, vol. 23, Issue 5 pp. 2159-2167, DOI: 10.1109/TIP.2013.2297027 IEEE Journals & Magazines.

A Two-Layer Text Clustering Approach for Retrospective News Event Detection Xianying Dai; Yancheng He; Yunlian Sun Artificial Intelligence and Computational Intelligence (AICI), 2010 International Conference on Year: 2010, vol. 1 pp. 364-368, DOI: 10.1109/ AICI.2010.83 IEEE Conference Publications.

Synergizing people, process, and technology to motivate knowledge sharing and collaboration industry case study Pickering, C.K. Collaboration Technologies and Systems (CTS), 2013 International Conference on Year: 2013 pp. 35-39, DOI: 10.1109/CTS.2013. 6567200.

(56) **References Cited**

OTHER PUBLICATIONS


Temporally adaptive motion estimation using temporal subband analysis Zung Kon Yim; Jae Ho Chung Circuits and Systems, 1996. ISCAS '96., Connecting the World., 1996 IEEE International Symposium on Year: 1996, vol. 2 pp. 588-591 vol. 2, DOI: 10.1109/ISCAS.1996.541793.

Leveraging temporal, contextual and ordering constraints or recognizing complex activities in video Laxton, B; Jongwoo Lim; Krieg. man, D Computer vision and Pattern Recognition, 2007. CVPR '07 IEEE Conference on Year: 2007 pp. 1-8, DOI: 10.1109/CVPR.2007.383074.

An implicit spatiotemporal shape model for human activity localization and recognition Oikonomopoulos, A; Patras, I; Pantie, M. Computer Vision and Pattern Recognition Workshops, 2009, CVPR Workshops 2009. IEEE Computer Society Conference of the Year: 2009 pp. 27-33, DOI: 10.1109/CVPRW.2009.5204262.

Relationships Among Distinct Models and Notions of Equivalence for Stochastic Finite-State Systems De Renna E, C.; Leake, R.J. Computers, IEEE Transactions on Year: 1969, vol. C-18, Issue: 7 pp. 633-641, DOI: 10.1109/T-C.1969.222730.

Study on relationship between optical signals and charge quantity of partial discharge under four typical insulation defects Zhuo Ran; Tang Ju; Fan Lei; Liu Yonggng; Zhang Xiaoxing. Electrical Insulation and Dielectric Phenomena (CEIDP), 2013 IEEE Conference on Year: 2013 pp. 1209-1212, DOI: 10.1109/CEIDP.2013.6748175.

Analysis of spatial-temporal regularization methods for linear inverse problems from a common statistical framework Yiheng Zhang; Ghodrati, Alizera; Brooks, D.H. Biomedical Imaging: Nano to Macro, 2004. IEEE International Symposium on Year: 2004 pp. 772-775 vol. 1, DOI: 1109/ISBI.2004.1398652.

On the Spectral Characterization and Scalable Mining of Network Communities Bo Yang; Jiming Liu; Jianfeng Feng Knowledge and Data Engineering, IEEE Transactions on Year: 2012, vol. 24, Issue: 2 pp. 326-337, DOI: 10.1109/TKDE.2010.233.

Automated Building of Domain Ontologies from Lecture Notes in Courseware Gantayat, N .; lyer, S. Technology for Education (T4E), 2011 IEEE International Conference on Year: 2011 pp. 89-95, DOI: 10.1109/T4E.2011.22 Referenced in: IEEE Conference Publications.

Use of usability evaluation methods in France: The reality in professional practices Roche, A.; Lespinet-Njib, V.; Andre, J.-M. User Science and Engineering (i-USEr), 2014 3rd International Conference on Year: 2014 pp. 180-185, DOI: 10.1109/IUSER.2014.7002699 Referenced in: IEEE Conference Publications.

Modeling the Risk & Utility of Information Sharing in Social Networks Fouad, M.R.; Elbassioni, K.; Bertino, E. Privacy, Security, Risk and Trust (PAS SAT), 2012 International Conference on Social Computing (SocialCom) Year: 2012 pp. 441-450, DOI: 10.1109/SocialCom-PASSAT.2012.131.

Droid Analytics: A Signature Based Analytic System to Collect, Extract, Analyze and Associate Android Malware Min Zheng; Mingshen Sun; Lui, J.C.S. Trust, Security, and Privacy in Computing and Communications (Trustcom), 2013 12th IEEE International Conference on Year: 2013 pp. 163-171, DOI: 10.1109/TrustCom.2013.25.

Exploiting Similarities among Languages for Machine Translation. Mikolov, T.; Quoc Le; Sutskever, I. arXiv: 1309.4168vl [cs.CL] Sep. 17, 2013 http://arxiv.org/abs/1309.4168.

Your Brain on Metaphors. Chorost, M. The Chronicle of Higher Education. Sep. 1, 2014. http://chronicle.com/article/Your-Brain.on-Metaphors/148495/.

Building Watson: An Overview of the DeepQA Project. Ferrucci, D. et al. AI Magazine. vol. 31 No. 3 Fall 2010 pp. 59-79. Association for the Advancement of Artificial Intelligence http://www.aaai.org/oj s/index.php/ airnagazine/article/view/2303.

Semantic Extraction from Texts. Jusoh, S.; Al Fawareh, H. 2009 International Conference on Computer Engineering and Applications IPCSIT vol. 2 (2011) pp. 520-525 IACSIT Press, Singapore.

A semantic approach for text clustering using WordNet and lexical chains. Tingting Wei;, Yonghe Lu; Huiyou Chang; Qiang Zhou; Xianyu Bao. Expert Systems with Applications vol. 42, Issue 4, Mar. 2015, pp. 2264-2275 DOI:10.1016/j.eswa.2014.10.023.

A Neural Conversational Model. Vinyals, O.; Quoc Le. Proceedings of the 31st International Conference on Machine Learning, Lille, France, 2015. Jmlr: W&CP vol. 37 arXiv: 1506.05869v2 [cs.CL] Jun. 23, 2015 http://andv.org/abs/I506.05869v2.

Human-level concept learning through probabilistic program induction. Lake, B.; Salakhutdinov, R.; Tenenbaum, J. Science Dec. 11, 2015: vol. 350, Issue 6266, pp. 1332-1338, DOI: 10.1126/science.aab3050.

Torreano et al., When Dogs Can Fly: Level of Abstraction as a Cue to Metaphorical Use of Verbs, Metaphor and Symbol, 20(4), 259-274 (2005).

Garrell et al., Proactive Behavior of an Autonomous Mobile Robot for Human-Assisted Learning, 2013 IEEE Ro-Man: The 22nd IEEE International Symposium on Robot and Human Interactive Communication, Aug. 26-29, 2013.

Pelachaud et al., Expressive Gestures Displayed by a Humanoid Robot during a Storytelling Application, Jan. 2010.

Gandy et al., Automatic Identification of Conceptual Metaphors with Limited Knowledge, Proceedings of the Twenty-Seventh AAAI Conference on Artificial Intelligence, 2013.

Bouayad-Agha et al., Natural Language Generation and Semantic Web Technologies, IOS Press, 2012.

Karpathy, Andrej, and Li Fei-Fei. "Deep visual-semantic alignments for generating image descriptions." Proceedings of the IEEE conference on computer vision and pattern recognition. 2015. (Year: 2015).*

Mao, Junhua, et al. "Deep captioning with multimodal recurrent neural networks (m-rnn)." arXiv preprint arXiv: 1412.6632 (2014). (Year: 2014).*

Luong et al., "Effective Approaches to Attention-based Neural Machine Translation," (Sep. 20, 2015) Conf. on Empirical Methods in Natural Language Processing at p. 1412-1421.

Sukhbaatar et al., "End-to-End Memory Networks," (2015) available from Internet < https://arxiv.org/pdf/1503.08895. pdf> at p. 1-11.

Cho et al. "Learning phrase representations using rnn encode••decoder for statistical machine translation," (Sep. 3, 2014), available from Internet < //efaidnbmnnnibpcajpcglclefindmkaj/https://arxiv.org/pdf/1406.1078 > 15 pages.

Chung et al. "Empirical evaluation of gated recurrent neural networks on sequence modeling," available from Internet arXiv 1412.3555vl, Dec. 11, 2014, 9 pages.

Hochreiter et al. "Gradient flow in recurrent nets: the difficulty of learning long-term dependencies, A field Guide to Dynamical Recurrent Neural Networks," IEEE Press, 2001, 15 pages.

Hochreiter et al. "Long short term memory," Neural Computation 9(8), Nov. 1997, 46 pages.

Kingma et al. "Adam: A method for stochastic optimization," available from Internet < arXiv 1412.6980v8 > Jul. 23, 2015, 15 pages.

Luong et al. "Effective approaches to attention based neural machine translation," arXiv 1508.04025v2, Sep. 20, 2015, 11 pages.

Srivastava et al. "Dropout: a simple way to prevent neural network from overfitting," Journal of Machine Learning Research, 15(1), Jan. 2014, 30 pages.

Sutskever et al. "Sequence to sequence learning with neural networks," Advances in Neural Information Processing Systems, Dec. 2014, 9 pages.

D. Bahdanau, K. Cho, and Y. Bengio, "Neural machine translation by jointly learning to align and translate," May 19, 2016, 15 pages., retrieved from //efaidnbmnnnibpcajpcglclefindmkaj/https://arxiv.org/pdf/1409.0473.

Christian Buck, Kenneth Heafield, and Bas van Ooyen, "N-gram counts and language models from the common crawl," Proceedings of the Ninth International Conference on Language Resources and Evaluation (LREC'14), May 2014, 6 pages, retrieved from /efaidnbmnnnibpcajpcglclefindmkaj/http://www.lrec-conf.org/proceedings/lrec2014/pdf/1097_Paper.pdf.

Kyunghyun Cho, Bart van Merrienboer, Caglar Gulcehre, Fethi Bougares, Holger Schwenk, and Yoshua Bengio., "Learning phrase representations using RNN encoder-decoder for statistical machine

(56) **References Cited**

OTHER PUBLICATIONS

translation," Sep. 3, 2014, 15 pages, retrieved from /efaidnbmnn-nibpcajpcglclefindmkaj/https://arxiv.org/pdf/1406.1078.

Alexander Fraser and Daniel Marcu, "Measuring word alignment quality for statistical machine translation," Computational Linguistics, 33(3):293-303, Sep. 2007, retrieved from //efaidnbmnn-nibpcajpcglclefindmkaj/https://aclanthology.org/J07-3002.pdf.

Karol Gregor, Ivo Danihelka, Alex Graves, Danilo Jimenez Rezende, and Daan Wierstra, "Draw: A recurrent neural network for image generation," In ICML, May 20, 2015, 10 pages, retrieved from //efaidnbmnnnibpcajpcglclefindmkaj/https://arxiv.org/pdf/1502.04623.

Sebastien Jean, Kyunghyun Cho, Roland Memisevic, and Yoshua Bengio., "On using very large target vocabulary for neural machine translation," Mar. 18, 2015, In ACL, 10 pages, retrieved from //efaidnbmnnnibpcajpcglclefindmkaj/https://arxiv.org/pdf/1412.2007.

N. Kalchbrenner and P. Blunsom, "Recurrent continuous translation models," EMNLP, 2013., 10 pages, retrieved from //efaidnbmnn-nibpcajpcglclefindmkaj/https://aclanthology.org/D13-1176.pdf.

Philipp Koehn, Franz Josef Och, and Daniel Marcu, "Statistical phrase-based translation," In NAACL., 2003, 7 pages, retrieved from //efaidnbmnnnibpcajpcglclefindmkaj/https://aclanthology.org/N03-1017.pdf.

P. Liang, B. Taskar, and D. Klein, "Alignment by agreement," In NAACL, 2006, 8 pages, retrieved from c//efaidnbmnn-nibpcajpcglclefindmkaj/https://aclanthology.org/N06-1014.pdf.

M.-T. Luong, I. Sutskever, Q. V. Le, O. Vinyals, and W. Zaremba, "Addressing the rare word problem in neural machine translation," 2015, In ACL, 9 pages, retrieved from //efaidnbmnn-nibpcajpcglclefindmkaj/https://arxiv.org/pdf/1410.8206.

Volodymyr Mnih, Nicolas Heess, Alex Graves, and Koray Kavukcuoglu, "Recurrent models of visual attention," In NIPS, 2014, 9 pages, retrieved from //efaidnbmnnnibpcajpcglclefindmkaj/https://proceedings.neurips.cc/paper_files/paper/2014/file/09c6c3783b4a70054da74f2538ed47c6-Paper.pdf.

Kishore Papineni, Salim Roukos, Todd Ward, and Wei jing Zhu, "Bleu: a method for automatic evaluation of machine translation," In ACL, 2002, 8 pages retrieved from //efaidnbmnn-nibpcajpcglclefindmkaj/https://aclanthology.org/P02-1040.pdf.

I. Sutskever, O. Vinyals, and Q. V. Le, "Sequence to sequence learning with neural networks," In NIPS, 2014, 9 pages, retrieved from c//efaidnbmnnnibpcajpcglclefindmkaj/https://arxiv.org/pdf/1409.3215.

Kelvin Xu, Jimmy Ba, Ryan Kiros, Kyunghyun Cho, Aaron C. Courville, Ruslan Salakhutdinov, Richard S. Zemel, and Yoshua Bengio, "Show, attend and tell: Neural image caption generation with visual attention," In ICML, 2015, 22 pages, retrieved from //efaidnbmnnnibpcajpcglclefindmkaj/https://arxiv.org/pdf/1502.03044.

Wojciech Zaremba, Ilya Sutskever, and Oriol Vinyals, "Recurrent neural network regularization," In ICLR, 2015, 8 pages, retrieved from //efaidnbmnnnibpcajpcglclefindmkaj/https://arxiv.org/pdf/1409.2329.

Bengio, Y., Ducharme, R., Vincent, P., and Janvin, C, "A neural probabilistic language model," The Journal of Machine Learning Research, 3:1137-1155, 2003, 19 pages, retrieved from //efaidnbmnn-nibpcajpcglclefindmkaj/https://www.jmlr.org/papers/volume3/bengio03a/bengio03a.pdf.

Hochreiter, S. and Schmidhuber, J, "Long short-term memory," Neural Computation, 1997, 32 pages, retrieved from //efaidnbmnn-nibpcajpcglclefindmkaj/https://www.bioinf.jku.at/publications/older/2604.pdf.

Jurafsky, D. and Martin, J, "Speech and language processing," Pearson International, 2009, 599 pages, retrieved from //efaidnbmnn-nibpcajpcglclefindmkaj/https://web.stanford.edu/~jurafsky/slp3/ed3book.pdf.

Lester, J., Branting, K., and Mott, B. "Conversational agents," In Handbook of Internet Computing. Chapman & Hall, 2004, 19 pages.

Mikolov, T. "Statistical Language Models based on Neural Networks," PhD thesis, Brno University of Technology, 2012, 59 pages, retrieved from /efaidnbmnnnibpcajpcglclefindmkaj/https://www.fit.vut.cz/person/imikolov/public/rnnlm/google.pdf.

Mikolov, T., Karafiat, M., Burget, L., Cernocky, J., and Khudanpur, S. "Recurrent neural network based language model," In Interspeech, pp. 1045-1048, 2010.

Shang, L., Lu, Z., and Li, H. "Neural responding machine for short-text conversation," In Proceedings of ACL, 2015, 12 pages, retrieved from //efaidnbmnnnibpcajpcglclefindmkaj/https://arxiv.org/pdf/1503.02364.

Sordoni, A., Galley, M., Auli, M., Brockett, C., Ji, Y., Mitchell, M., Gao, J., Dolan, B., and Nie, J.-Y. "A neural network approach to context-sensitive generation of conversational responses," In Proceedings of NAACL, 2015, 11 pages, retrieved from //efaidnbmnn-nibpcajpcglclefindmkaj/https://arxiv.org/pdf/1506.06714.

Tiedemann, J. "News from OPUS—A collection of multilingual parallel corpora with tools and interfaces," In Advances in Natural Language Processing (pp. 237-248), Jan. 2009, Chapter V, Publisher: John Benjamins, Amsterdam/Philadelphia • Editors: Nicolov, N. and Bontcheva, K. and Angelova, G. and Mitkov, R ISBN 978 90 272 4825 1.

Turing, A. M. "Computing machinery and intelligence," Mind, pp. 433-460, 1950.

Vinyals, O., Kaiser, L., Koo, T., Petrov, S., Sutskever, I., and Hinton, G. "Grammar as a foreign language.," 2015, 10 pages, retrieved from //efaidnbmnnnibpcajpcglclefindmkaj/https://arxiv.org/pdf/1412.7449.

Vinyals, O., Toshev, A., Bengio, S., and Erhan, D. "Show and tell: A neural image caption generator," Proceedings of the IEEE conference on computer vision and pattern recognition, 2015, 9 pages, retrieved from //efaidnbmnnnibpcajpcglclefindmkaj/https://arxiv.org/pdf/1411.4555.

Will, T. "Creating a Dynamic Speech Dialogue.," VDM Verlag Dr, 2007, 1 page.

* cited by examiner

Figure 1



user(s) (200)
adaptive system (100)
920
structural aspect (210)
content aspect (230)
automatic or semi-automatic updating of structure
usage aspect (220)
automatic or semi-automatic updating of content
245
adaptive recommendations function (240)
246
adaptive recommendations (250)
255
265
non-user (260)

Figure 2A




Figure 2B




Figure 2C



Figure 3


700
700a
fuzzy content network
718
34c2
710c1
.2
content object
content object
.9
710c3
.8
.8
content object
.6
.3
.5
.4
.1
.1
.2
.3
710t2
710t2
.4
topic object
topic object
.3
.1
.6
716
.4
.3
.1
.2
700b
fuzzy content network
.7
.7
700c
fuzzy content network

Figure 4A




Figure 4B




Figure 4C



Figure 5A


user(s) (200)
adaptive system (100D)
fuzzy content network (700)
content object
content object
content object
topic object
topic object
.2
.8
.9
.8
.3
.5
.6
.4
.1
.3
.1
.2
.4
.3
.1
.6
structural aspect (210D)
content aspect (230)
automatic or semi-automatic updating of structure
245
usage aspect (220)
automatic or semi-automatic updating of content
adaptive recommendations function (240)
246
adaptive recommendations (250)
255
265
non-user (260)

Figure 6


user(s) (200)
Adaptive Communications
Usage Behaviors
250c
920
Computer-based System (925)
User Behavior and Usage Pattern Framework (1000)
Entire Community Usage Patterns
1002
1006
Sub-Community A Usage Patterns
Sub-Community B Usage Patterns
1008
1004
Individual Usage Patterns
Sub-Community C Usage Patterns
1010

Figure 7


1050
Entire Community
1064
Sub-Community A
1069
Sub-Community C
1062
Sub-Community B
1070
Sub-Community E
1067
1068
1073
1066
Sub-Community D
1071
1072
1063
Process Participant
1065
.6
.6
.8
.1
.4
.2
.5
.3
.3
.4
.8
.6
.5
.2
.8
.8
.9
.2
.8
.1
.3
.5
.5
.2
.7
.4
.3
.9
.1

Figure 8


usage behavior information and inferences (220)
captured usage information (202)
usage behaviors (270)
usage behavior pre-processing (204)
usage behaviors categories (246)
usage behavior clusters (247)
usage behavioral patterns (248)

Figure 9


500
begin
510
Request user communication
520
Determine syntactical structure of the user communication
530
Select phrases in accordance with the syntactical structure of the user communication and phrase frequency distributions
540
Generate user communication
550
Evaluate communication recipient behaviors
560
Update phrase frequency distributions
done

Figure 10


2000
begin
2010
Evaluate changes to phrase frequency distributions
2020
Determine syntactical structure of the user communication of self-awareness
2030
Select self-aware phrases in accordance with the syntactical structure of the user communication and changes in phrase frequency distributions
2040
Generate self-aware user communication
2050
Evaluate communication recipient behaviors
2060
Update phrase frequency distributions
done

# Figure 11

3000

3010 3020 3030 3040 3050 3060

| Phrase Array | Phrase ID | Relative Frequency | Phrase | Phrase Attribute 1 | Phrase Attribute 2 |
|---|---|---|---|---|---|
| Array 1 | 1 | 1 | I've noticed you've been spending a lot of time with your profile lately ;-) | Sarcastic | User-attentive |
| Array 1 | 2 | 3 | It seems to me that you recently have been more interested in areas such as {1} | Business-like | User-attentive |
| Array 1 | 3 | 1 (3032) | I've noticed your colleagues have been very interested recently in {1}-related topics | Business-like | Socially-attentive |
| Array 1 | 4 | 5 | Null | Null | Null |
| Array 2 | 1 | 2 | I know this is probably silly of me | Humorous | Introspective |
| Array 2 | 2 | 1 | I often wonder why you | Inquisitive | User-attentive |

4000

4010 4020 4030 4040 4060 4070

| Phrase Array | Phrase ID | Relative Frequency | Phrase | Phrase Attribute 2 | Phrase Attribute 3 |
|---|---|---|---|---|---|
| Array 3 | 1 | 1 | You know, I sense that I have become a lot more fun loving since I met you | Introspective | Humorous |
| Array 3 | 2 | 2 | I feel like I take myself a lot less seriously when I'm around you | Introspective | Humorous |
| Array 3 | 3 | 10 | Null | Null | Null |
| Array 4 | 1 | 1 | I keep wondering why I've become increasingly self-absorbed of late | Introspective | Introspective |
| Array 4 | 2 | 1 | Null | Null | Null |

Figure 12


Computer-based System (925)
User Communication Request (6000)
Phrase Arrays (5000)
Phrase Arrays (3000)
Syntax Rules (7500)
Generate Communication (7000)
Self-Aware Phrase Arrays (4000)
Monitor Behaviors of Communication Recipient (8000)
Update Phrase Array Frequency Distributions (9000)

Figure 13



Figure 14A


600
begin
610
Access a behavioral-based chain for a user comprising a subject (the user), predicate, and object triple
620
Identify a semantic chain that comprises a subject, predicate, and object triple, and in which the subject corresponds to the object of the predicate of the behavioral-based chain
630
Link the behavioral-based chain and the semantic chain to generate a composite chain
640
Identify any additional semantic chains to link to the composite chain
650
Perform an inference with respect to the user that is based on the composite chain and any probabilities that are associated with elements of the composite chain
240
Generate a recommendation based on the inference
done

Figure 14B


605
begin
615
Identify a second semantic chain that generalizes a first context that is associated with a first semantic chain.
625
Identify a second context that is different than the first context but that has a semantic relationship to the first context.
635
Generate a third semantic chain by applying the subject or predicate or variations thereof of the first semantic chain to the second context.
645
Determine if the frequency of the third semantic chain within an evaluative corpus of content is within an acceptable range.
655
Apply a probabilistic communication creativity tuning factor to determine the probability of communicating the third semantic chain.
250c
Generate a communication that includes the third semantic chain.
done

Figure 14C


660
begin
665
Prioritize potential focuses of attention and identify a focus of attention.
670
Identify one or more semantic or composite chains that are relevant to the focus of attention.
675
Evaluate uncertainties associated with the one or more relevant semantic or composite chains and determine the uncertainties to be reduced.
680
Identify and perform one or more actions that are expected to reduce the uncertainties.
685
Assess the results of the one or more actions and update the representations of uncertainties based on the assessment of the one or more actions.

# Figure 14D


661
begin
666
Receive from an external or internal source a communication or image that comprises, or is associated with, one or more syntactical elements.
671
Determine which subsets of the syntactical elements likely represent objective reality by performing a search with respect to the one or more syntactical elements.
676
Identify one or more base images that best match the maximum subset of syntactical elements that are categorized as likely representing objective reality.
681
For each of the subsets of the syntactical elements that likely do not represent objective reality, determine a best-match image by performing a search.
686
Substitute or super-impose the images that best match the subset of syntactical elements that likely do not represent objective reality onto the base image(s), thereby generating an imaginative image.
691
Generate a chain, communication, or image based upon the imaginative image by directing a focus of attention of the computer-based system on the imaginative image.

Figure 15


810
Virtual Learning Environments
Formal Courses
Other Sources
Adaptive Discovery
(informal learning)
250
815
Actors-Actions-Objects
805
Learning/ Education Plans
800
Learning Layer
Inferences from Actor-Action-Object Events and Object-to-Object Relationships
Actors-Actions-Objects
825
Learning Record System (LRS)
(Actor-Action-Object records)
Learning Management System (LMS)
850
Actors-Actions-Objects
830
925
820

# ITERATIVE ATTENTION-BASED NEURAL NETWORK TRAINING AND PROCESSING

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 16/660,908, filed on Oct. 23, 2019, which is a continuation of U.S. patent application Ser. No. 15/000,011, filed on Jan. 18, 2016, which is a continuation-in-part of U.S. patent application Ser. No. 14/816,439, filed on Aug. 3, 2015, which is a continuation-in-part of U.S. patent application Ser. No. 14/497,645, filed on Sep. 26, 2014, which claims the benefit of U.S. Provisional Patent Application No. 61/884,224, filed Sep. 30, 2013, and U.S. Provisional Patent Application No. 61/929,432, filed Jan. 20, 2014, all of which are hereby incorporated by reference as if set forth herein in their entirety.

## FIELD OF THE INVENTION

This invention relates to systems and methods for incorporating semantic-based auto-learning capabilities within one or more computer-implemented systems.

## BACKGROUND OF THE INVENTION

Existing semantic-based approaches, using, for example, Resource Description Framework (RDF), can require significant manual effort, and do not adapt to usage. Thus there is a need for a system and method that enables such semantic-based approaches to automatically adapt to use, and further, to extend semantic-based approaches so as to enable the automatic generation of more engaging communications that embody characteristics lacking in existing semantic-based systems such as self-awareness, imagination, introspection, continuing streams of attention and reflection, and communicating creatively with metaphorical constructs and/or wit.

## SUMMARY OF THE INVENTION

In accordance with the embodiments described herein, a processor-based system, method, and apparatus that embodies automatically generated streams of attention and/or reflection, is disclosed.

Other features and embodiments will become apparent from the following description, from the drawings, and from the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of an adaptive system, according to some embodiments;

FIGS. **2**A, **2**B, and **2**C are block diagrams of the structural aspect, the content aspect, and the usage aspect of the adaptive system of FIG. **1**, according to some embodiments;

FIG. **3** is a block diagram of a fuzzy content network-based system, according to some embodiments;

FIGS. **4**A, **4**B, and **4**C are block diagrams of an object, a topic object, and a content object, according to some embodiments;

FIG. **5**A is a block diagram of a fuzzy content network-based adaptive system, according to some embodiments;

FIG. **6** is a block diagram of a computer-based system that enables adaptive communications, according to some embodiments;



FIG. **7** is a diagram illustrating user communities and associated relationships, according to some embodiments;

FIG. **8** is a block diagram of usage behavior processing functions of the computer-based system of FIG. **6**, according to some embodiments;

FIG. **9** is a flow diagram of an adaptive personality process, according to some embodiments;

FIG. **10** is a flow diagram of a self-aware personality process, according to some embodiments;

FIG. **11** is a diagram of exemplary data structures associated with the adaptive personality process and the self-aware personality process of FIGS. **9** and **10**, according to some embodiments;

FIG. **12** is a block diagram of major functions of an adaptive personality and self-aware personality system, according to some embodiments;

FIG. **13** is a diagram of various computing device topologies, according to some embodiments;

FIG. **14**A is a flow diagram of a process of integrating, and generating inferences from, behavioral-based chains and semantic chains, according to some embodiments;

FIG. **14**B is a flow diagram of a process of applying semantic context transfer to generate communications that embody a degree of creativity, according to some embodiments;

FIG. **14**C is a flow diagram of a closed-loop process of applying semantic-based chains and associated uncertainties to inform automatic actions that are in accordance with a focus of attention, according to some embodiments;

FIG. **14**D is a flow diagram of a closed-loop process of generating streams of imaginative images, according to some embodiments; and

FIG. **15** is a diagram of the integration of a learning layer system and a learning management system, according to some embodiments.

## DETAILED DESCRIPTION

In the following description, numerous details are set forth to provide an understanding of the present invention. However, it will be understood by those skilled in the art that the present invention may be practiced without these details and that numerous variations or modifications from the described embodiments may be possible.

Adaptive System

In some embodiments, the present invention may apply the methods and systems of an adaptive system as depicted by FIG. **1**. FIG. **1** is a generalized depiction of an adaptive system **100**, according to some embodiments. The adaptive system **100** includes three aspects: a structural aspect **210**, a usage aspect **220**, and a content aspect **230**. One or more users **200** interact with the adaptive system **100**. An adaptive recommendations function **240** may produce adaptive recommendations **250** based upon the user interactions, and the recommendations may be delivered to the user **200** or applied to the adaptive system **100**.

As used herein, one or more users **200** may be a single user or multiple users. As shown in FIG. **1**, the one or more users **200** may receive the adaptive recommendations **250**. Non-users **260** of the adaptive system **100** may also receive adaptive recommendations **250** from the adaptive system **100**.

A user **200** may be a human entity, a computer system, or a second adaptive system (distinct from the adaptive system **100**) that interacts with, or otherwise uses the adaptive system. The one or more users **200** may therefore include non-human "users" that interact with the adaptive system

**100**. In particular, one or more other adaptive systems may serve as virtual system "users." Although not essential, these other adaptive systems may operate in accordance with the architecture of the adaptive system **100**. Thus, multiple adaptive systems may be mutual users of one another. The user **200** may also represent the adaptive system **100** itself as a means of representing interactions with itself (or among its constituent elements) or as a means for referencing its own behaviors as embodied in the usage aspect **220**.

It should be understood that the structural aspect **210**, the content aspect **230**, the usage aspect **220**, and the recommendations function **240** of the adaptive system **100**, and elements of each, may be contained within one processor-based device, or distributed among multiple processor-based devices, and wherein one or more of the processor-based devices may be portable. Furthermore, in some embodiments one or more non-adaptive systems may be transformed to one or more adaptive systems **100** by means of operatively integrating the usage aspect **220** and the recommendations function **240** with the one or more non-adaptive systems. In some embodiments the structural aspect **210** of a non-adaptive system may be transformed to a fuzzy network-based structural aspect **210** to provide a greater capacity for adaptation.

The term "computer system" or the term "system," without further qualification, as used herein, will be understood to mean either a non-adaptive or an adaptive system. Likewise, the terms "system structure" or "system content," as used herein, will be understood to refer to the structural aspect **210** and the content aspect **230**, respectively, whether associated with a non-adaptive system or the adaptive system **100**. The term "system structural subset" or "structural subset," as used herein, will be understood to mean a portion or subset of the elements of the structural aspect **210** of a system.

Structural Aspect

The structural aspect **210** of the adaptive system **100** is depicted in the block diagram of FIG. **2**A. The structural aspect **210** comprises a collection of system objects **212** that are part of the adaptive system **100**, as well as the relationships among the objects **214**, if they exist. The relationships among objects **214** may be persistent across user sessions, or may be transient in nature. The objects **212** may include or reference items of content, such as text, graphics, audio, video, interactive content, or embody any other type or item of computer-implemented information. The objects **212** may also include references, such as pointers, to content. Computer applications, executable code, or references to computer applications may also be stored as objects **212** in the adaptive system **100**. The content of the objects **212** is known herein as information **232**. The information **232**, though part of the object **214**, is also considered part of the content aspect **230**, as depicted in FIG. **2**B, and described below.

The objects **212** may be managed in a relational database, or may be maintained in structures such as, but not limited to, flat files, linked lists, inverted lists, hypertext networks, or object-oriented databases. The objects **212** may include meta-information **234** associated with the information **232** contained within, or referenced by the objects **212**.

As an example, in some embodiments, the World-wide Web could be considered a structural aspect, wherein web pages constitute the objects of the structural aspect and links between web pages constitute the relationships among the objects. Alternatively, or in addition, in some embodiments, the structural aspect could be composed of objects associated with an object-oriented programming language, and the relationships between the objects associated with the protocols and methods associated with interaction and communication among the objects in accordance with the object-oriented programming language.



The one or more users **200** of the adaptive system **100** may be explicitly represented as objects **212** within the system **100**, therefore becoming directly incorporated within the structural aspect **210**. The relationships among objects **214** may be arranged in a hierarchical structure, a relational structure (e.g. according to a relational database structure), or according to a network structure.

Content Aspect

The content aspect **230** of the adaptive system **100** is depicted in the block diagram of FIG. **2**B. The content aspect **230** comprises the information **232** contained in, or referenced by the objects **212** that are part of the structural aspect **210**. The content aspect **230** of the objects **212** may include text, graphics, audio, video, and interactive forms of content, such as applets, tutorials, courses, demonstrations, modules, or sections of executable code or computer programs. The one or more users **200** interact with the content aspect **230**.

The content aspect **230** may be updated based on the usage aspect **220**, as well as associated metrics. To achieve this, the adaptive system **100** may use or access information from other systems. Such systems may include, but are not limited to, other computer systems, other networks, such as the World Wide Web, multiple computers within an organization, other adaptive systems, or other adaptive recombinant systems. In this manner, the content aspect **230** benefits from usage occurring in other environments.

Usage Aspect

The usage aspect **220** of the adaptive system **100** is depicted in the block diagram of FIG. **2**C, although it should be understood that the usage aspect **220** may also exist independently of adaptive system **100** in some embodiments. The usage aspect **220** denotes captured usage information **202**, further identified as usage behaviors **270**, and usage behavior pre-processing **204**. The usage aspect **220** thus reflects the tracking, storing, categorization, and clustering of the use and associated usage behaviors of the one or more users **200** interacting with, or being monitored by, the adaptive system **100**. Applying usage behavioral information **202**, including, but not limited to the usage behavioral information described by Table 1, to generate relationships or affinities **214** among objects **212** may be termed "behavioral indexing" herein.

The captured usage information **202**, known also as system usage or system use **202**, may include any user behavior **920** exhibited by the one or more users **200** while using the system. The adaptive system **100** may track and store user key strokes and mouse clicks, for example, as well as the time period in which these interactions occurred (e.g., timestamps), as captured usage information **202**. From this captured usage information **202**, the adaptive system **100** identifies usage behaviors **270** of the one or more users **200** (e.g., a web page access or email transmission). Finally, the usage aspect **220** includes usage-behavior pre-processing, in which usage behavior categories **249**, usage behavior clusters **247**, and usage behavioral patterns **248** are formulated for subsequent processing of the usage behaviors **270** by the adaptive system **100**. Non-limiting examples of the usage behaviors **270** that may be processed by the adaptive system **100**, as well as usage behavior categories **249** designated by the adaptive system **100**, are listed in Table 1, and described in more detail, below.

The usage behavior categories **249**, usage behaviors clusters **247**, and usage behavior patterns **248** may be interpreted

with respect to a single user **200**, or to multiple users **200**; the multiple users may be described herein as a community, an affinity group, or a user segment. These terms are used interchangeably herein. A community is a collection of one or more users, and may include what is commonly referred to as a "community of interest." A sub-community is also a collection of one or more users, in which members of the sub-community include a portion of the users in a previously defined community. Communities, affinity groups, and user segments are described in more detail, below.

Usage behavior categories **249** include types of usage behaviors **270**, such as accesses, referrals to other users, collaboration with other users, and so on. These categories and more are included in Table 1, below. Usage behavior clusters **247** are groupings of one or more usage behaviors **270**, either within a particular usage behavior category **249** or across two or more usage categories. The usage behavior pre-processing **204** may also determine new clusterings of user behaviors **270** in previously undefined usage behavior categories **249**, across categories, or among new communities. Usage behavior patterns **248**, also known as "usage behavioral patterns" or "behavioral patterns," are also groupings of usage behaviors **270** across usage behavior categories **249**. Usage behavior patterns **248** are generated from one or more filtered clusters of captured usage information **202**.

The usage behavior patterns **248** may also capture and organize captured usage information **202** to retain temporal information associated with usage behaviors **270**. Such temporal information may include the duration or timing of the usage behaviors **270**, such as those associated with reading or writing of written or graphical material, oral communications, including listening and talking, and/or monitored behaviors such as physiological responses, physical (i.e., geographic) location, and environmental conditions local to the user **200**. The usage behavioral patterns **248** may include segmentations and categorizations of usage behaviors **270** corresponding to a single user of the one or more users **200** or according to multiple users **200** (e.g., communities or affinity groups). The communities or affinity groups may be previously established, or may be generated during usage behavior pre-processing **204** based on inferred usage behavior affinities or clustering. Usage behaviors **270** may also be derived from the use or explicit preferences **252** associated with other adaptive or non-adaptive systems.

Adaptive Recommendations

As shown in FIG. **1**, the adaptive system **100** generates adaptive recommendations **250** using the adaptive recommendations function **240**. The adaptive recommendations **250**, or suggestions, enable users to more effectively use and/or navigate the adaptive system **100**.

The adaptive recommendations **250** are presented as structural subsets of the structural aspect **210**, which may comprise an item of content, multiple items of content, a representation of one or more users, and/or a user activity or stream of activities. The recommended content or activities may include information generated automatically by a processor-based system or device, such as, for example, by a process control device. A recommendation may comprise a spatial or temporal sequence of objects. The adaptive recommendations **250** may be in the context of a currently conducted activity of the system **100**, a current position while navigating the structural aspect **210**, a currently accessed object **212** or information **232**, or a communication with another user **200** or another system. The adaptive recommendations **250** may also be in the context of a historical path of executed system activities, accessed objects **212** or information **232**, or communications during a specific user session or across user sessions. The adaptive recommendations **250** may be without context of a current activity, currently accessed object **212**, current session path, or historical session paths. Adaptive recommendations **250** may also be generated in response to direct user requests or queries, including search requests. Such user requests may be in the context of a current system navigation, access or activity, or may be outside of any such context and the recommended content sourced from one or more systems. The adaptive recommendations **250** may comprise advertising or sponsored content. The adaptive recommendations **250** may be delivered through any computer-implemented means, including, but not limited to delivery modes in which the recommendation recipient **200**, **260** can read and/or listen to the recommendation **250**.

Fuzzy Content Network

In some embodiments, the structural aspect **210** of the adaptive system **100**, comprises a specific type of fuzzy network, a fuzzy content network. A fuzzy content network **700** is depicted in FIG. **3**. The fuzzy content network **700** may include multiple content sub-networks, as illustrated by the content sub-networks **700***a*, **700***b*, and **700***c*, and fuzzy content network **700** includes "content," "data," or "information," packaged in objects **710**. Details about how the object works internally may be hidden. In FIG. **4**A, for example, the object **710** includes meta-information **712** and information **714**. The object **710** thus encapsulates information **714**.

Another benefit to organizing information as objects is known as inheritance. The encapsulation of FIG. **4**A, for example, may form discrete object classes, with particular characteristics ascribed to each object class. A newly defined object class may inherit some of the characteristics of a parent class. Both encapsulation and inheritance enable a rich set of relationships between objects that may be effectively managed as the number of individual objects and associated object classes grows.

In the content network **700**, the objects **710** may be either topic objects **710***t* or content objects **710***c*, as depicted in FIGS. **4**B and **4**C, respectively. Topic objects **710***t* are encapsulations that contain meta-information **712***t* and relationships to other objects (not shown), but do not contain an embedded pointer to reference associated information. The topic object **710***t* thus essentially operates as a "label" to a class of information. The topic object **710** therefore just refers to "itself" and the network of relationships it has with other objects **710**. People may be represented as topic objects or content objects in accordance with some embodiments.

Content objects **710***c*, as shown in FIG. **4**C, are encapsulations that optionally contain meta-information **712***c* and relationships to other objects **710** (not shown). Additionally, content objects **710***c* may include either an embedded pointer to information or the information **714** itself (hereinafter, "information **714**").

The referenced information **714** may include files, text, documents, articles, images, audio, video, multi-media, software applications and electronic or magnetic media or signals. Where the content object **714***c* supplies a pointer to information, the pointer may be a memory address. Where the content network **700** encapsulates information on the Internet, the pointer may be a Uniform Resource Locator (URL).

The meta-information **712** supplies a summary or abstract of the object **710**. So, for example, the meta-information **712***t* for the topic object **710***t* may include a high-level

description of the topic being managed. Examples of meta-information **712**$t$ include a title, a sub-title, one or more descriptions of the topic provided at different levels of detail, the publisher of the topic meta-information, the date the topic object **710**$t$ was created, and subjective attributes such as the quality, and attributes based on user feedback associated with the referenced information. Meta-information may also include a pointer to referenced information, such as a uniform resource locator (URL), in one embodiment.

The meta-information **712**$c$ for the content object **710**$c$ may include relevant keywords associated with the information **714**, a summary of the information **714**, and so on. The meta-information **712**$c$ may supply a "first look" at the objects **710**$c$. The meta-information **712**$c$ may include a title, a sub-title, a description of the information **714**, the author of the information **714**, the publisher of the information **714**, the publisher of the meta-information **712**$c$, and the date the content object **710**$c$ was created, as examples. As with the topic object **710**$t$, meta-information for the content object **710**$c$ may also include a pointer.

In FIG. **3**, the content sub-network **700**$a$ is expanded, such that both content objects **710**$c$ and topic objects **710**$t$ are visible. The various objects **710** of the content network **700** are interrelated by degrees using relationships **716** (unidirectional and bidirectional arrows) and relationship indicators **718** (values). Each object **710** may be related to any other object **710**, and may be related by a relationship indicator **718**, as shown. Thus, while information **714** is encapsulated in the objects **710**, the information **714** is also interrelated to other information **714** by a degree manifested by the relationship indicators **718**.

The relationship indicator **718** is a type of affinity comprising a value associated with a relationship **716**, the value typically comprising a numerical indicator of the relationship between objects **710**. Thus, for example, the relationship indicator **718** may be normalized to between 0 and 1, inclusive, where 0 indicates no relationship, and 1 indicates a subset or maximum relationship. Or, the relationship indicators **718** may be expressed using subjective descriptors that depict the "quality" of the relationship. For example, subjective descriptors "high," "medium," and "low" may indicate a relationship between two objects **710**.

The relationship **716** between objects **710** may be bi-directional, as indicated by the double-pointing arrows. Each double-pointing arrow includes two relationship indicators **718**, one for each "direction" of the relationships between the objects **710**.

As FIG. **3** indicates, the relationships **716** between any two objects **710** need not be symmetrical. That is, topic object **710**$t$**1** has a relationship of "0.3" with content object **710**$c$**2**, while content object **710**$c$**2** has a relationship of "0.5" with topic object **710**$t$**1**. Furthermore, the relationships **716** need not be bi-directional—they may be in one direction only. This could be designated by a directed arrow, or by simply setting one relationship indicator **718** of a bi-directional arrow to "0," the null relationship value.

The content networks **700**A, **70013**, **700**C may be related to one another using relationships of multiple types and associated relationship indicators **718**. For example, in FIG. **3**, content sub-network **700**$a$ is related to content sub-network **700**$b$ and content sub-network **700**$c$, using relationships of multiple types and associated relationship indicators **718**. Likewise, content sub-network **700**$b$ is related to content sub-network **700**$a$ and content sub-network **700**$c$ using relationships of multiple types and associated relationship indicators **718**.

Individual content and topic objects **710** within a selected content sub-network **700**$a$ may be related to individual content and topic objects **710** in another content sub-network **700**$b$. Further, multiple sets of relationships of multiple types and associated relationship indicators **718** may be defined between two objects **710**.

For example, a first set of relationships **716** and associated relationship indicators **718** may be used for a first purpose or be available to a first set of users while a second set of relationships **716** and associated relationship indicators **718** may be used for a second purpose or available to a second set of users. For example, in FIG. **3**, topic object **710**$t$**1** is bi-directionally related to topic object **710**$t$**2**, not once, but twice, as indicated by the two double arrows. An indefinite number of relationships **716** and associated relationship indicators **718** may therefore exist between any two objects **710** in the fuzzy content network **700**. The multiple relationships **716** may correspond to distinct relationship types. For example, a relationship type might be the degree an object **710** supports the thesis of a second object **710**, while another relationship type might be the degree an object **710** disconfirms the thesis of a second object **710**. The content network **700** may thus be customized for various purposes and accessible to different user groups in distinct ways simultaneously.

The relationships among objects **710** in the content network **700**, as well as the relationships between content networks **700**$a$ and **700**$b$, may be modeled after fuzzy set theory. Each object **710**, for example, may be considered a fuzzy set with respect to all other objects **710**, which are also considered fuzzy sets. The relationships among objects **710** are the degrees to which each object **710** belongs to the fuzzy set represented by any other object **710**. Although not essential, every object **710** in the content network **700** may conceivably have a relationship with every other object **710**.

The topic objects **710**$t$ may encompass, and may be labels for, very broad fuzzy sets of the content network **700**. The topic objects **710**$t$ thus may be labels for the fuzzy set, and the fuzzy set may include relationships to other topic objects **710**$t$ as well as related content objects **710**$c$. Content objects **710**$c$, in contrast, typically refer to a narrower domain of information in the content network **700**.

The adaptive system **100** of FIG. **1** may operate in association with a fuzzy content network environment, such as the one depicted in FIG. **3**. In FIG. **5**A, an adaptive system **100**D includes a structural aspect **210**D that is a fuzzy content network. Thus, adaptive recommendations **250** generated by the adaptive system **100**D are also structural subsets that may themselves comprise fuzzy content networks.

In some embodiments a computer-implemented fuzzy network or fuzzy content network **700** may be represented in the form of vectors or matrices in a computer-implemented system, and where the vectors or matrices may be represented in the form of computer-implemented data structures such as, but not limited to, relational databases. For example, the relationship indicators **718** or affinities among topics may be represented as topic-to-topic affinity vectors ("TTAV"). The relationship indicators **718** or affinities among content objects may be represented as content-to-content affinity vectors ("CCAV"). The relationship indicators **718** or affinities among content object and topic objects may be represented as content-to-topic affinity vectors ("CTAV"), which is also sometimes referred to an object-to-topic affinity vector ("OTAV") herein.

Further, affinity vectors between a user **200** and objects of a fuzzy network or fuzzy content network **700** may be

generated. For example, a member (i.e., user)-to-topic affinity vector ("MTAV") may be generated in accordance with some embodiments (and an exemplary process for generating an MTAV is provided elsewhere herein). In some embodiments an affinity vector ("MMAV") between a specific user and other users **200** may be generated derivatively from MTAVs and/or other affinity vectors (and an exemplary process for generating an MMAV is provided elsewhere herein). In some embodiments a member-topic expertise vector (MTEV) is generated, which is defined as a vector of inferred member or user **200** expertise level values, wherein each value corresponds to an expertise level corresponding to a topic.

One or more of object **212** relationship mappings **214** represented by TTAVs, CCAVs, CTAVs (or OTAVs), MTAVs or MTEVs may be the result of the behavioral indexing of a structural aspect **210** (that is not necessarily fuzzy network-based) in conjunction with a usage aspect **220** and an adaptive recommendations function **240**.

In some embodiments, indexes generated from information **232** within objects **212** may be applied to populate an MTAV and/or MTEV, and/or to modify an existing MTAV and/or MTEV. Computer-implemented algorithms may be applied to index objects **212** such that for each object **212** a vector or vectors comprising one or more constituent elements, such as words, phrases, or concepts, is generated, along with a numerical weight or value corresponding to each constituent element, wherein each of the corresponding weights is indicative of the inferred importance or relevance of each of the associated constituent elements with respect to the associated indexed object **212**. By way of a non-limiting example, such a vector or vectors may be generated by a search engine function during the process of indexing the contents **232** of an object **212**. This vector of constituent elements and associated weights or values, hereinafter called an "object contents vector," or "OCV," may be generated using pattern detection and/or statistical techniques such as Bayesian analytic approaches and/or or other statistical pattern matching and/or statistical learning techniques such as support vector machines, as are known by those skilled in the art. For example, word or phrase frequencies within an object **212** comprising a document will typically influence the OCV, as may the position of words or phrases within an object **212**. These object contents-indexing techniques may further apply more general linguistic data such as word and phrase frequencies for a given language, synonym tables, and/or other lexicon-based information in generating OCVs.

In some embodiments, a system may track a user's **200** behaviors **920**, including, but not limited to, the behaviors described by Table 1, and map them to the OCVs of a collection of objects **212**. Constituent elements of the OCVs of objects that are inferred from the tracked behaviors **920** to be of particular interest to one or more users **200** or to have some other inferred quality of interest are then identified. These inferences may be based on the relative number of occurrences of constituent elements among objects that are inferred to be interest to a user, as well as in accordance with the weights or values associated with these constituent elements and their associated OCVs. For example, everything else being equal, constituent elements (or synonyms) of OCVs that occur frequently among the objects that are inferred to be of high interest to a user and that have relatively high relevance weightings in the OCVs are favored for identification.

These one or more identified constituent elements may then be transformed via, for example, application of appropriate lexicon-based information and techniques into, or



directly serve without transformation as, topics **710***t* with associated weights in the user's MTAV and/or MTEV, wherein the associated weights are calculated in accordance with the inferred degree of affinity **214** between the user **200** and the objects **212** from which the associated OCVs are sourced. This process can be iteratively executed to continue to expand or refine the MTAV as additional or alternative sets of behaviors **920** are applied to OCVs of the same, additional, or different sets of object **212**, enabling continuously improved capabilities for personalization.

In some embodiments a multi-dimensional mathematical construct or space may be generated based on one or more of the affinity vectors. By way of a non-limiting example, topics may represent each dimension of a multi-dimensional space. Calculations of distances between objects and/or users in the multi-dimensional space, and clusters among objects and/or users, may be determined by applying mathematical algorithms to the multi-dimensional space and its elements. These calculations may be used by the adaptive system **100** in generating recommendations and/or in clustering elements of the space.

In some embodiments one or more topics **710***t* and/or relationship indicators **718** may be generated automatically by evaluating candidate clusters of content objects **710***c* based on behavioral information **920** and/or the matching of information within the content objects **710***c*, wherein the matching is performed, for example, through the application of probabilistic, statistical, and/or neural network-based techniques.

User Behavior and Usage Framework

FIG. **6** depicts a usage framework **1000** for performing preference and/or intention inferencing of tracked or monitored usage behaviors **920** by one or more computer-based systems **925**. The one or more computer-based systems **925** may comprise an adaptive system **100**. The usage framework **1000** summarizes the manner in which usage patterns are managed within the one or more computer-based systems **925**. Usage behavioral patterns associated with an entire community, affinity group, or segment of users **1002** are captured by the one or more computer-based systems **925**. In another case, usage patterns specific to an individual are captured by the one or more computer-based systems **925**. Various sub-communities of usage associated with users may also be defined, as for example "sub-community A" usage patterns **1006**, "sub-community B" usage patterns **1008**, and "sub-community C" usage patterns **1010**.

Memberships in the communities are not necessarily mutually exclusive, as depicted by the overlaps of the sub-community A usage patterns **1006**, sub-community B usage patterns **1008**, and sub-community C usage patterns **1010** (as well as and the individual usage patterns **1004**) in the usage framework **1000**. Recall that a community may include a single user or multiple users. Sub-communities may likewise include one or more users. Thus, the individual usage patterns **1004** in FIG. **6** may also be described as representing the usage patterns of a community or a sub-community. For the one or more computer-based systems **925**, usage behavior patterns may be segmented among communities and individuals so as to effectively enable adaptive communications **250***c* delivery for each sub-community or individual.

The communities identified by the one or more computer-based systems **925** may be determined through self-selection, through explicit designation by other users or external administrators (e.g., designation of certain users as "experts"), or through automatic determination by the one or more computer-based systems **925**. The communities them-

selves may have relationships between each other, of multiple types and values. In addition, a community may be composed not of human users, or solely of human users, but instead may include one or more other computer-based systems, which may have reason to interact with the one or more computer-based systems **925**. Or, such computer-based systems may provide an input into the one or more computer-based systems **925**, such as by being the output from a search engine. The interacting computer-based system may be another instance of the one or more computer-based systems **925**.

The usage behaviors **920** included in Table 1 may be categorized by the one or more computer-based systems **925** according to the usage framework **1000** of FIG. **6**. For example, categories of usage behavior may be captured and categorized according to the entire community usage patterns **1002**, sub-community usage patterns **1006**, and individual usage patterns **1004**. The corresponding usage behavior information may be used to infer preferences and/or intentions and interests at each of the user levels.

Multiple usage behavior categories shown in Table 1 may be used by the one or more computer-based systems **925** to make reliable inferences of the preferences and/or intentions and/or intentions of a user with regard to elements, objects, or items of content associated with the one or more computer-based systems **925**. There are likely to be different preference inferencing results for different users.

As shown in FIG. **6**, the one or more computer-based systems **925** delivers adaptive communications to the user **200**. These adaptive communications **250***c* may include adaptive recommendations **250** and/or associated explanations for the recommendations, or may be other types of communications to the user **200**, including sponsored recommendations. In some embodiments the adaptive communications **250***c* comprise one or more phrases, where phrases can comprise one or more words. The adaptive communications **250***c* may be delivered to the user **200**, for example, in a written form, an audio form, or a combination of these forms.

By introducing different or additional behavioral characteristics, such as the duration of access of, or monitored or inferred attention toward, an object, a more adaptive communication **250***c* is enabled. For example, duration of access or attention will generally be much less correlated with navigational proximity than access sequences will be, and therefore provide a better indicator of true user preferences and/or intentions and/or intentions. Therefore, combining access sequences and access duration will generally provide better inferences and associated system structural updates than using either usage behavior alone. Effectively utilizing additional usage behaviors as described above will generally enable increasingly effective system structural updating. In addition, the one or more computer-based systems **925** may employ user affinity groups to enable even more effective system structural updating than are available merely by applying either individual (personal) usage behaviors or entire community usage behaviors.

Furthermore, relying on only one or a limited set of usage behavioral cues and signals may more easily enable potential "spoofing" or "gaming" of the one or more computer-based systems **925**. "Spoofing" or "gaming" the one or more computer-based systems **925** refers to conducting consciously insincere or otherwise intentional usage behaviors **920** so as to influence the costs of advertisements **910** of the one or more computer-based systems **925**. Utilizing broader sets of system usage behavioral cues and signals may lessen the effects of spoofing or gaming. One or more algorithms may be employed by the one or more computer-based systems **925** to detect such contrived usage behaviors, and when detected, such behaviors may be compensated for by the preference and interest inferencing algorithms of the one or more computer-based systems **925**.

In some embodiments, the one or more computer-based systems **925** may provide users **200** with a means to limit the tracking, storing, or application of their usage behaviors **920**. A variety of limitation variables may be selected by the user **200**. For example, a user **200** may be able to limit usage behavior tracking, storing, or application by usage behavior category described in Table 1. Alternatively, or in addition, the selected limitation may be specified to apply only to particular user communities or individual users **200**. For example, a user **200** may restrict the application of the full set of her usage behaviors **920** to preference or interest inferences by one or more computer-based systems **925** for application to only herself, and make a subset of process behaviors **920** available for application to users only within her workgroup, but allow none of her process usage behaviors to be applied by the one or more computer-based systems **925** in making inferences of preferences and/or intentions and/or intentions or interests for other users.

User Communities

As described above, a user associated with one or more systems **925** may be a member of one or more communities of interest, or affinity groups, with a potentially varying degree of affinity associated with the respective communities. These affinities may change over time as interests of the user **200** and communities evolve over time. The affinities or relationships among users and communities may be categorized into specific types. An identified user **200** may be considered a member of a special sub-community containing only one member, the member being the identified user. A user can therefore be thought of as just a specific case of the more general notion of user or user segments, communities, or affinity groups.

FIG. **7** illustrates the affinities among user communities and how these affinities may automatically or semi-automatically be updated by the one or more computer-based systems **925** based on user preferences and/or intentions which are derived from user behaviors **920**. An entire community **1050** is depicted in FIG. **7**. The community may extend across organizational, functional, or process boundaries. The entire community **1050** includes sub-community A **1064**, sub-community B **1062**, sub-community C **1069**, sub-community D **1065**, and sub-community E **1070**. A user **1063** who is not part of the entire community **1050** is also featured in FIG. **7**.

Sub-community B **1062** is a community that has many relationships or affinities to other communities. These relationships may be of different types and differing degrees of relevance or affinity. For example, a first relationship **1066** between sub-community B **1062** and sub-community D **1065** may be of one type, and a second relationship **1067** may be of a second type. (In FIG. **7**, the first relationship **1066** is depicted using a double-pointing arrow, while the second relationship **1067** is depicted using a unidirectional arrow.)

The relationships **1066** and **1067** may be directionally distinct, and may have an indicator of relationship or affinity associated with each distinct direction of affinity or relationship. For example, the first relationship **1066** has a numerical value **1068**, or relationship value, of "0.8." The relationship value **1068** thus describes the first relationship **1066** between sub-community B **1062** and sub-community D **1065** as having a value of 0.8.

The relationship value may be scaled as in FIG. **7** (e.g., between 0 and 1), or may be scaled according to another interval. The relationship values may also be bounded or unbounded, or they may be symbolically represented (e.g., high, medium, low).

The user **1063**, which could be considered a user community including a single member, may also have a number of relationships to other communities, where these relationships are of different types, directions and relevance. From the perspective of the user **1063**, these relationship types may take many different forms. Some relationships may be automatically formed by the one or more computer-based systems **925**, for example, based on explicit or inferred interests, geographic location, or similar traffic/usage patterns. Thus, for example the entire community **1050** may include users in a particular city. Some relationships may be context-relative. For example, a community to which the user **1063** has a relationship could be associated with a certain process, and another community could be related to another process. Thus, sub-community E **1070** may be the users associated with a product development business to which the user **1063** has a relationship **1071**; sub-community B **1062** may be the members of a cross-business innovation process to which the user **1063** has a relationship **1073**; sub-community D **1065** may be experts in a specific domain of product development to which the user **1063** has a relationship **1072**. The generation of new communities which include the user **1063** may be based on the inferred interests of the user **1063** or other users within the entire community **1050**.

The one or more computer-based systems **925** may automatically generate communities, or affinity groups, based on user behaviors **920** and associated preference inferences. In addition, communities may be identified by users, such as administrators of the process or sub-process instance **930**. Thus, the one or more computer-based systems **925** utilizes automatically generated and manually generated communities.

Users **200** or communities may be explicitly represented as elements or objects **212** within the one or more computer-based systems **925**. An object **212** representing a user **200** may include self-profiling information that is explicitly provided by the user **200**. This user descriptive information may include, but are not limited to, for example, a photo or avatar, relationships to other people, subjects of interest, and affiliations.

Preference and/or Intention Inferences

The usage behavior information and inferences function **220** of the one or more computer-based systems **925** is depicted in the block diagram of FIG. **8**. In embodiments where computer-based systems **925** is an adaptive system **100**, then usage behavior information and inferences function **220** is equivalent to the usage aspect **220** of FIG. **1**. The usage behavior information and inferences function **220** denotes captured usage information **202**, further identified as usage behaviors **270**, and usage behavior pre-processing **204**. The usage behavior information and inferences function **220** thus reflects the tracking, storing, classification, categorization, and clustering of the use and associated usage behaviors **920** of the one or more users or users **200** interacting with the one or more computer-based systems **925**.

The captured usage information **202**, known also as system usage or system use **202**, includes any interaction by the one or more users or users **200** with the system, or monitored behavior by the one or more users **200**. The one or more computer-based systems **925** may track and store



user key strokes and mouse clicks or other device controller information, for example, as well as the time period in which these interactions occurred (e.g., timestamps), as captured usage information **202**. From this captured usage information **202**, the one or more computer-based systems **925** identifies usage behaviors **270** of the one or more users **200** (e.g., web page access or physical location changes of the user). Finally, the usage behavior information and inferences function **220** includes usage-behavior pre-processing, in which usage behavior categories **246**, usage behavior clusters **247**, and usage behavioral patterns **248** are formulated for subsequent processing of the usage behaviors **270** by the one or more computer-based systems **925**. Some usage behaviors **270** identified by the one or more computer-based systems **925**, as well as usage behavior categories **246** designated by the one or more computer-based systems **925**, are listed in Table 1, and are described in more detail below.

The usage behavior categories **246**, usage behaviors clusters **247**, and usage behavior patterns **248** may be interpreted with respect to a single user **200**, or to multiple users **200**, in which the multiple users may be described herein as a community, an affinity group, or a user segment. These terms are used interchangeably herein. A community is a collection of one or more users, and may include what is commonly referred to as a "community of interest." A sub-community is also a collection of one or more users, in which members of the sub-community include a portion of the users in a previously defined community. Communities, affinity groups, and user segments are described in more detail, below.

Usage behavior categories **246** include types of usage behaviors **270**, such as accesses, referrals to other users, collaboration with other users, and so on. These categories and more are included in Table 1. Usage behavior clusters **247** are groupings of one or more usage behaviors **270**, either within a particular usage behavior category **246** or across two or more usage categories. The usage behavior pre-processing **204** may also determine new "clusterings" of user behaviors **270** in previously undefined usage behavior categories **246**, across categories, or among new communities. Usage behavior patterns **248**, also known as "usage behavioral patterns" or "behavioral patterns," are also groupings of usage behaviors **270** across usage behavior categories **246**. Usage behavior patterns **248** are generated from one or more filtered clusters of captured usage information **202**.

The usage behavior patterns **248** may also capture and organize captured usage information **202** to retain temporal information associated with usage behaviors **270**. Such temporal information may include the duration or timing of the usage behaviors **270**, such as those associated with reading or writing of written or graphical material, oral communications, including listening and talking, or physical location of the user **200**, potentially including environmental aspects of the physical location(s). The usage behavioral patterns **248** may include segmentations and categorizations of usage behaviors **270** corresponding to a single user of the one or more users **200** or according to multiple users **200** (e.g., communities or affinity groups). The communities or affinity groups may be previously established, or may be generated during usage behavior pre-processing **204** based on inferred usage behavior affinities or clustering.

User Behavior Categories

In Table 1, a variety of different user behaviors **920** are identified that may be assessed by the one or more computer-based systems **925** and categorized. The usage behaviors **920** may be associated with the entire community of users,

one or more sub-communities, or with individual users of the one of more computer-based applications **925**.

TABLE 1

Usage behavior categories and usage behaviors

| usage behavior category | usage behavior examples |
|---|---|
| navigation and access | activity, content and computer application accesses, including buying/selling<br>paths of accesses or click streams<br>execution of searches and/or search history |
| subscription and self-profiling | personal or community subscriptions to, or following of, topical areas<br>interest and preference self-profiling<br>following other users<br>filters<br>affiliation self-profiling (e.g., job function) |
| collaborative | referral to others<br>discussion forum activity<br>direct communications (voice call, messaging)<br>content contributions or structural alterations<br>linking to another user |
| reference | personal or community storage and tagging<br>personal or community organizing of stored or tagged information |
| direct feedback | user ratings of activities, content, computer applications and automatic recommendations<br>user comments |
| physiological responses | direction of gaze<br>brain patterns<br>blood pressure<br>heart rate<br>voice modulation<br>facial expression<br>kinetic expression of limbs such as tension, posture or movement<br>expression of other users in the group |
| environmental conditions and location | current location<br>location over time<br>relative location to users/object references<br>current time<br>current weather condition |

A first category of process usage behaviors **920** is known as system navigation and access behaviors. System navigation and access behaviors include usage behaviors **920** such as accesses to, and interactions with computer-based applications and content such as documents, Web pages, images, videos, TV channels, audio, radio channels, multi-media, interactive content, interactive computer applications and games, e-commerce applications, or any other type of information item or system "object." These process usage behaviors may be conducted through use of a keyboard, a mouse, oral commands, or using any other input device. Usage behaviors **920** in the system navigation and access behaviors category may include, but are not limited to, the viewing, scrolling through, or reading of displayed information, typing written information, interacting with online objects orally, or combinations of these forms of interactions with computer-based applications. This category includes the explicit searching for information, using, for example, a search engine. The search term may be in the form of a word or phrase to be matched against documents, pictures, web-pages, or any other form of on-line content. Alternatively, the search term may be posed as a question by the user.

System navigation and access behaviors may also include executing transactions, including commercial transactions, such as the buying or selling of merchandise, services, or financial instruments. System navigation and access behaviors may include not only individual accesses and interactions, but the capture and categorization of sequences of information or system object accesses and interactions over time.

A second category of usage behaviors **920** is known as subscription and self-profiling behaviors. Subscriptions may be associated with specific topical areas or other elements of the one or more computer-based systems **925**, or may be associated with any other subset of the one or more computer-based systems **925**. "Following" is another term that may be used for a subscription behavior—i.e., following a topic is synonymous with subscribing to a topic. Subscriptions or following behaviors may also be with regard to other users—the subscriber or follower receives activity streams of the subscribed to or followed user. A user's following behavior is distinguished from a linking behavior with regard to another user in that a following relationship is asymmetric, while a linking (e.g., "friending") relationship is typically symmetric (and hence linking is considered in the collaborative behavior category herein). Subscriptions may thus indicate the intensity of interest with regard to elements of the one or more computer-based systems **925**. The delivery of information to fulfill subscriptions may occur online, such as through activity streams, electronic mail (email), on-line newsletters, XML or RSS feeds, etc., or through physical delivery of media.

Self-profiling refers to other direct, persistent (unless explicitly changed by the user) indications explicitly designated by the one or more users regarding their preferences and/or intentions and interests, or other meaningful attributes. A user **200** may explicitly identify interests or affiliations, such as job function, profession, or organization, and preferences and/or intentions, such as representative skill level (e.g., novice, business user, advanced). Self-profiling enables the one or more computer-based systems **925** to infer explicit preferences and/or intentions of the user. For example, a self-profile may contain information on skill levels or relative proficiency in a subject area, organizational affiliation, or a position held in an organization. A user **200** that is in the role, or potential role, of a supplier or customer may provide relevant context for effective adaptive e-commerce applications through self-profiling. For example, a potential supplier may include information on products or services offered in his or her profile. Self-profiling information may be used to infer preferences and/or intentions and interests with regard to system use and associated topical areas, and with regard to degree of affinity with other user community subsets. A user may identify preferred methods of information receipt or learning style, such as visual or audio, as well as relative interest levels in other communities.

A third category of usage behaviors **920** is known as collaborative behaviors. Collaborative behaviors are interactions among the one or more users. Collaborative behaviors may thus provide information on areas of interest and intensity of interest. Interactions including online referrals of elements or subsets of the one or more computer-based systems **925**, such as through email, whether to other users or to non-users, are types of collaborative behaviors obtained by the one or more computer-based systems **925**.

Other examples of collaborative behaviors include, but are not limited to, online discussion forum activity, contributions of content or other types of objects to the one or more computer-based systems **925**, posting information that is then received by subscribers, categorizing subscribers so as to selectively broadcast information to subscribers, linking to another user, or any other alterations of the elements, objects or relationships among the elements and objects of one or more computer-based systems **925**. Collaborative behaviors may also include general user-to-user communications, whether synchronous or asynchronous, such as

email, instant messaging, interactive audio communications, and discussion forums, as well as other user-to-user communications that can be tracked by the one or more computer-based systems **925**.

A fourth category of process usage behaviors **920** is known as reference behaviors. Reference behaviors refer to the marking, designating, saving or tagging of specific elements or objects of the one or more computer-based systems **925** for reference, recollection or retrieval at a subsequent time. An indicator such as "like" is a reference behavior when used as a tag for later retrieval of associated information. Tagging may include creating one or more symbolic expressions, such as a word or words (e.g., a hashtag), associated with the corresponding elements or objects of the one or more computer-based systems **925** for the purpose of classifying the elements or objects. The saved or tagged elements or objects may be organized in a manner customizable by users. The referenced elements or objects, as well as the manner in which they are organized by the one or more users, may provide information on inferred interests of the one or more users and the associated intensity of the interests.

A fifth category of process usage behaviors **920** is known as direct feedback behaviors. Direct feedback behaviors include ratings or other indications of perceived quality by individuals of specific elements or objects of the one or more computer-based systems **925**, or the attributes associated with the corresponding elements or objects. The direct feedback behaviors may therefore reveal the explicit preferences and/or intentions of the user. In the one or more computer-based systems **925**, the recommendations **250** may be rated by users **200**. This enables a direct, adaptive feedback loop, based on explicit preferences and/or intentions specified by the user. Direct feedback also includes user-written comments and narratives associated with elements or objects of the computer-based system **925**.

A sixth category of process usage behaviors is known as physiological responses. These responses or behaviors are associated with the focus of attention of users and/or the intensity of the intention, or any other aspects of the physiological responses of one or more users **200**. For example, the direction of the visual gaze of one or more users may be determined. This behavior can inform inferences associated with preferences and/or intentions or interests even when no physical interaction with the one or more computer-based systems **925** is occurring. Even more direct assessment of the level of attention may be conducted through access to the brain patterns or signals associated with the one or more users. Such patterns of brain functions during participation in a process can inform inferences on the preferences and/or intentions or interests of users, and the intensity of the preferences and/or intentions or interests. The brain patterns assessed may include MRI images, brain wave patterns, relative oxygen use, or relative blood flow by one or more regions of the brain.

Physiological responses may include any other type of physiological response of a user **200** that may be relevant for making preference or interest inferences, independently, or collectively with the other usage behavior categories. Other physiological responses may include, but are not limited to, utterances, vocal range, intensity and tempo, gestures, movements, or body position. Attention behaviors may also include other physiological responses such as breathing rate, heart rate, temperature, blood pressure, or galvanic response.

A seventh category of process usage behaviors is known as environmental conditions and physical location behaviors. Physical location behaviors identify geographic location and mobility behaviors of users. The location of a user may be inferred from, for example, information associated with a Global Positioning System or any other position or location-aware system or device, or may be inferred directly from location information input by a user (e.g., inputting a zip code or street address, or through an indication of location on a computer-implemented map), or otherwise acquired by the computer-based systems **925**. The physical location of physical objects referenced by elements or objects of one or more computer-based systems **925** may be stored for future reference. Proximity of a user to a second user, or to physical objects referenced by elements or objects of the computer-based application, may be inferred. The length of time, or duration, at which one or more users reside in a particular location may be used to infer intensity of interests associated with the particular location, or associated with objects that have a relationship, such as proximity, to the physical location. Derivative mobility inferences may be made from location and time data, such as the direction of the user, the speed between locations or the current speed, the likely mode of transportation used, and the like. These derivative mobility inferences may be made in conjunction with geographic contextual information or systems, such as through interaction with digital maps or map-based computer systems. Environmental conditions may include the time of day, the weather, temperature, the configuration of physical elements or objects in the surrounding physical space, lighting levels, sound levels, and any other condition of the environment around the one or more users **200**.

In addition to the usage behavior categories depicted in Table 1, usage behaviors may be categorized over time and across user behavioral categories. Temporal patterns may be associated with each of the usage behavioral categories. Temporal patterns associated with each of the categories may be tracked and stored by the one or more computer-based systems **925**. The temporal patterns may include historical patterns, including how recently an element, object or item of content associated with one or more computer-based systems **925**. For example, more recent behaviors may be inferred to indicate more intense current interest than less recent behaviors.

Another temporal pattern that may be tracked and contribute to derive preference inferences is the duration associated with the access or interaction with, or inferred attention toward, the elements, objects or items of content of the one or more computer-based systems **925**, or the user's physical proximity to physical objects referenced by system objects of the one or more computer-based systems **925**, or the user's physical proximity to other users. For example, longer durations may generally be inferred to indicate greater interest than short durations. In addition, trends over time of the behavior patterns may be captured to enable more effective inference of interests and relevancy. Since delivered recommendations may include one or more elements, objects or items of content of the one or more computer-based systems **925**, the usage pattern types and preference inferencing may also apply to interactions of the one or more users with the delivered recommendations **250** themselves, including accesses of, or interactions with, explanatory information regarding the logic or rationale that the one more computer-based systems **925** used in deciding to deliver the recommendation to the user.

Adaptive Communications Generation

In some embodiments, adaptive communications **250***c* or recommendations **250** may be generated for the one or more users **200** through the application of affinity vectors.

For example, in some embodiments, Member-Topic Affinity Vectors (MTAVs) may be generated to support effective recommendations, wherein for a user or registered member **200** of the one or more computer-based systems **925** a vector is established that indicates the relative affinity (which may be normalized to the [0,1] continuum) the member has for one or more object sub-networks the member has access to. For computer-based systems **925** comprising a fuzzy content network-based structural aspect, the member affinity values of the MTAV may be in respect to topic networks.

So in general, for each identified user, which can be termed a registered member in some embodiments, e.g., member M, a hypothetical MTAV could be of a form as follows:

| MTAV for Member M | | | | | |
|---|---|---|---|---|---|
| Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
| 0.35 | 0.89 | 0.23 | 0.08 | . . . | 0.14 |

The MTAV will therefore reflect the relative interests of a user with regard to all N of the accessible topics. This type of vector can be applied in two major ways:

A. To serve as a basis for generating adaptive communications **250***c* or recommendations **250** to the user **200**

B. To serve as a basis for comparing the interests with one member **200** with another member **200**, and to therefore determine how similar the two members are

In some embodiments, an expertise vector (MTEV) may be used as a basis for generating recommendations of people with appropriately inferred levels of expertise, rather than, or in addition to, using an MTAV as in the exemplary examples herein. That is, the values of an MTEV correspond to inferred levels of expertise, rather than inferred levels of interests, as in the case of an MTAV.

To generate a MTAV or MTEV, any of the behaviors of Table 1 may be utilized. For example, in some embodiments the following example behavioral information may be used in generating an MTAV:

1) The topics the member has subscribed to received updates

2) The topics the member has accessed directly

3) The accesses the member has made to objects that are related to each topic

4) The saves or tags the member has made of objects that are related to each topic

This behavioral information is listed above in a generally reverse order of importance from the standpoint of inferring member interests; that is, access information gathered over a significant number of accesses or over a significant period of time will generally provide better information than subscription information, and save information is typically more informative of interests than just accesses.

The following fuzzy network structural information may also be used to generate MTAV values:

5) The relevancies of each content object to each topic

6) The number of content objects related to each topic

Personal topics that are not shared with other users **200** may be included in MTAV calculations. Personal topics that have not been made publicly available cannot be subscribed to by all other members, and so could in this regard be unfairly penalized versus public topics. Therefore for the member who created the personal topic and co-owners of that personal topic, in some embodiments the subscription



vector to may be set to "True," i.e. 1. There may exist personal topics that are created by a member **200** and that have never been seen or contributed to by any other member. This may not otherwise affect the recommendations **250** since the objects within that personal topic may be accessible by other members, and any other relationships these objects have to other topics will be counted toward accesses of these other topics.

In some embodiments the first step of the MTAV calculation is to use information 1-4 above to generate the following table or set of vectors for the member, as depicted in the following hypothetical example:

TABLE 2

| Member 1 Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 1 | 1 | 0 | 0 | | 1 |
| Topic Accesses | 14 | 3 | 57 | 0 | | 8 |
| Weighted Accesses | 112 | 55 | 23 | 6 | | 43 |
| Weighted Saves | 6 | 8 | 4 | 0 | . . . | 2 |

The Subscriptions vector of Table 2 contains either a 1 if the member has subscribed to a topic or is the owner/co-owner of a personal topic or a 0 if the member has not subscribed to the topic. The Topic Accesses vector contains the number of accesses to that topic's explore page by the member to a topic over a period of time, for example, the preceding 12 months.

The Weighted Accesses vector of Table 1 contains the number of the member's (Member 1) accesses over a specified period of time of each object multiplied by the relevancies to each topic summed across all accessed objects. (So for example, if Object 1 has been accessed 10 times in the last 12 months by Member 1 and it is related to Topic 1 by 0.8, and Object 2 has been accessed 4 times in the last 12 months by Member 1 and is related to Topic 1 at relevancy level 0.3, and these are the only objects accessed by Member 1 that are related to Topic 1, then Topic 1 would contain the value 10*0.8+4*0.3=9.2).

The Weighted Saves vector of Table 1 works the same way as the Weighted Accesses vector, except that it is based on Member 1's object save data instead of access data.

In some embodiments, topic object saves are counted in addition to content object saves. Since a member saving a topic typically is a better indicator of the member's interest in the topic than just saving an object related to the said topic, it may be appropriate to give more "credit" for topic saves than just content object saves. For example, when a user saves a topic object, the following process may be applied:

If the Subscriptions vector indicator is not already set to "1" for this topic in Table 1, it is set to "1". (The advantage of this is that even if the topic has been saved before 12 months ago, the user will still at least get subscription "credit" for the topic save even if they don't get credit for the next two calculations).

In exactly the same way as a saved content object, a credit is applied in the Weighted Accesses vector of Table 2 based on the relevancies of other topics to the saved topic. A special "bonus" weighting in the Weighted Accesses vector of Table 2 may be applied with respect to the topic itself using the weighting of "10"— which means a topic save is worth at least as much as 10 saves of content that are highly related to that topic.

The next step is to make appropriate adjustments to Table 1. For example, it may be desirable to scale the Weighted

Accesses and Weighted Saves vectors by the number of objects that is related to each topic. The result is the number of accesses or saves per object per topic. This may be a better indicator of intensity of interest because it is not biased against topics with few related objects. However, per object accesses/saves alone could give misleading results when there are very few accesses or saves. So as a compromise, the formula that is applied to each topic, e.g., Topic N, may be a variation of the following in some embodiments:

((Weighted Accesses for Topic *N*)/(Objects related to Topic *N*))*Square Root(Weighted Accesses for Topic *N*)

This formula emphasizes per object accesses, but tempers this with a square root factor associated with the absolute level of accesses by the member. The result is a table, Table 2A, of the form:

TABLE 2A

| Member 1 Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 1 | 1 | 0 | 0 | | 1 |
| Topic Accesses | 14 | 3 | 57 | 0 | | 8 |
| Weighted Accesses | 9.1 | 12 | 3.2 | 0.6 | | 2.3 |
| Weighted Saves | 0.9 | 1.3 | 1.1 | 0 | . . . | 0.03 |

In some embodiments, the next step is to transform Table 2A into a MTAV. In some embodiments, indexing factors, such as the following may be applied:

| Topic Affinity Indexing Factors | Weight |
|---|---|
| Subscribe Indexing Factor | 10 |
| Topic Indexing Factor | 20 |
| Accesses Indexing Factor | 30 |
| Save Indexing Factor | 40 |

These factors have the effect of ensuring normalized MTAV values ranges (e.g. 0-1 or 0-100) and they enable more emphasis on behaviors that are likely to provide relatively better information on member interests. In some embodiments, the calculations for each vector of Table 1A are transformed into corresponding Table 2 vectors as follows:

1. Table 3 Indexed Subscriptions for a topic by Member 1=Table 2A Subscriptions for a topic*Subscribe Indexing Factor
2. Table 3 Indexed Direct Topic Accesses by Member 1=Table 2A Topic Accesses*Topic Indexing Factor
3. Table 3 Indexed Accesses for a topic by Member 1=((Table 2A Weighted Accesses for a topic by Member 1)/(Max(Weighted Accesses of all Topics by Member 1)))*Accesses Indexing Factor
4. Table 3 Indexed Saves for a topic by Member 1=((Table 2A Weighted Saves for a topic by Member 1)/(Max (Weighted Saves of all Topics by Member 1)))*Saves Indexing Factor

The sum of these Table 3 vectors results in the MTAV for the associated member **200** as shown in the hypothetical example of Table 3 below:

TABLE 3

| Member 1 Indexed Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 0 | 10 | 10 | 10 | | 10 |
| Topic Accesses | 5 | 1 | 20 | 0 | | 8 |
| Weighted Accesses | 11 | 1 | 30 | 12 | | 6 |
| Weighted Saves | 0 | 10 | 40 | 1 | | 2 |
| Member 1 MTAV | 16 | 22 | 100 | 23 | . . . | 26 |

In some embodiments, member-to-member affinities can be derived by comparing the MTAVs of a first member **200** and a second member **200**. Statistical operators and metrics such as correlation coefficients or cosine similarity may be applied to derive a sense of the distance between members in n-dimensional topic affinity space, where there are N topics. Since different users may have access to different topics, the statistical correlation for a pair of members is preferentially applied against MTAV subsets that contain only the topics that both members have access to. In this way, a member-to-member affinity vector (MMAV) can be generated for each member or user **200**, and the most similar members, the least similar members, etc., can be identified for each member **200**. In some embodiments, a member-to-member expertise vector (MMEV) may be analogously generated by comparing the MTEVs of a pair of users **200** and applying correlation methods.

With the MTAVs, MMAVs, and Most Similar Member information available, a set of candidate objects to be recommended can be generated in accordance with some embodiments. These candidate recommendations may, in a later processing step, be ranked, and the highest ranked to candidate recommendations will be delivered to the recommendation recipient **200**,**260**. Recall that recommendations **250** may be in-context of navigating the system **925** or out-of-context of navigating the system **925**.

A variation of the out-of-context recommendation process may be applied for in-context recommendations, where the process places more emphasis of the “closeness” of the objects to the object being viewed in generating candidate recommendation objects.

For both out-of-context and in-context recommendations, a ranking process may be applied to the set of candidate objects, according to some embodiments. The following is an exemplary set of input information that may be used to calculate rankings.

1. Editor Rating: If there is no editor rating for the object, this value is set to a default
2. Community Rating (If there is no community rating for the object, this value can be set to a default)
3. Popularity: Indexed popularity (e.g., number of views) of the object.
4. Change in Popularity: Difference in indexed popularity between current popularity of the object and the object’s popularity some time ago
5. Influence: Indexed influence of the object, where the influence of an object is calculated recursively based on the influence of other objects related to said object, weighted by the degree of relationship to said object, and where the initial setting of influence of an object is defined as its popularity.
6. Author’s Influence: Indexed influence of the highest influence author (based on the sum of the influences of the author’s content) of the content referenced by the object
7. Publish Date: Date of publication of the object

8. Selection Sequence Type: An indicator the sequence step in which the candidate object was selected
9. Object Affinity to MTAV: The indexed vector product of the Object-Topic Affinity Vector (OTAV) and the MTAV. The values of the OTAV are just the affinities or relevancies between the object and each topic, which may be derived from behavioral and/or contents indexing processes.

A ranking is then developed based on applying a mathematical function to some or all or input items listed directly above, and/or other inputs not listed above. In some embodiments, user or administrator-adjustable weighting or tuning factors may be applied to the raw input values to tune the object ranking appropriately. These recommendation preference settings may be established directly by the user, and remain persistent across sessions until updated by the user, in some embodiments.

Some non-limiting examples of weighting factors that can be applied dynamically by a user **200** or administrator are as follows:

1. Change in Popularity ("What's Hot" factor)
2. Recency Factor
3. Object Affinity to MTAV (personalization factor)

Another example tuning factor that may be applied by a user **200** or administrator is contextual affinity, which is the degree of affinity of the object that is providing the context for the recommendation and its affinity to other objects, wherein the affinities are determined by means, for example, of applying its CTAV, or by comparison of its OCV to the OCVs of other objects. These weighting factors could take any value (but might be typically in the 0-5 range) and could be applied to associated ranking categories to give the category disproportionate weightings versus other categories. They can provide control over how important, for example, change in popularity, freshness of content, and an object's affinity with the member's MTAV are in ranking the candidate objects.

The values of the weighting factors are combined with the raw input information associated with an object to generate a rating score for each candidate object. The objects can then be ranked by their scores, and the highest scoring set of X objects, where X is a defined maximum number of recommended objects, can be selected for deliver to a recommendation recipient **200**,**260**. In some embodiments, scoring thresholds may be set and used in addition to just relative ranking of the candidate objects. The scores of the one or more recommended objects may also be used by the computer-based system **925** to provide to the recommendation recipient a sense of confidence in the recommendation. Higher scores would warrant more confidence in the recommendation of an object than would lower scores.

In some embodiments other types of recommendation tuning factors may be applied by a user **200** or administrator. For example, the scope of a social network, such as degrees of separation, may be adjusted so as to influence the recommendations **250**, and/or relationship types or categories of social relationships may be selected to tune recommendations **250**. Recommendation recipients **200** or administrators may also or alternatively be able to restrict objects **212** representing other specified users **200** from being recommended, or restrict objects authored or otherwise having an affiliation with other specified users.

In some embodiments the scope of geography or distance from a current location, including, but not limited to, the expected time to travel from the existing location to one or more other locations, may be tuned or adjusted so as to influence recommendations **250**. The expected time to travel



may be a function of the actual or inferred mode of transportation of the recommendation recipient, road conditions, traffic conditions, and/or environmental conditions such as the weather. The specification of scope of geography, distance, and/or time-to-travel may be via an automated monitoring or inference of the recommendation recipient's current location, or may be via an explicit indication of location by the recommendation recipient through entering a location designation such as a zip code, or by indicating a location on a graphical representation of geography, for example, by indication location on a computer-implemented map display.

Other tuning factors that may be applied to influence recommendations **250** include the ability for the recommendation recipient to select a recommendation recipient mood or similar type of "state of mind" self-assessment that influences the generation of a recommendation. For example, a recommendation recipient might indicate the current state of mind is "busy," and less frequent and more focused recommendations **250** could be generated as a consequence.

For recommendations of people, recommendation recipients **200** can tune the recommendations **255** they receive by the degree of similarity of interests for one or more topics, according to some embodiments. Similarly, recommendation recipients may tune recommendations of people by the degree of difference in their level of expertise for one or more topics versus other users. This can be beneficial, for example, when a recommendation recipient seeks to receive recommendations of other people who have greater levels of expertise than themselves for one or more topics, but not too much greater levels of expertise.

In some embodiments, another type of tuning that may be applied by a user or administrator relates to the degree to which the capacity for enhanced serendipity is incorporated within the recommendation generating function **240** of the adaptive system **100**.

In some embodiments a serendipity function comprises an interest anomaly function that identifies contrasting affinities between a first user's MTAV and a second user's MTAV. Situations in which the first user's MTAV and the second user's MTAV have contrasting values associated with one or more topical areas, but wherein the two MTAVs otherwise have a higher than typical level similarity (as determined a vector similarity function such as, but not limited to, cosine similarity or correlation coefficient functions), present the opportunity for preferentially recommending objects **212** with a relatively high affinity to the topical areas associated with the contrasting MTAV affinities. More specifically, for two users **200** that have a relatively high level of similarity based on a comparison of their entire MTAVs, if the affinity values of the first user's MTAV corresponding to one or more topical areas is relatively high, and the affinity values of the second user's MTAV corresponding to the one or more topical areas is relatively low, then one or more objects **212** with relatively high OTAV values associated with the one or more topical areas may be preferentially recommended to the second user.

In some embodiments, the amount and/or quality of usage behavioral information on which the respective MTAV affinity values of the two users is based may additionally influence the generated recommendation **250**. Specifically, in the above example, if the affinity values of the second user's MTAV corresponding to the one or more topical areas are relatively low and there is relatively little behavioral information on which said affinity values are based, then there is even greater motivation to recommend one or more objects **212** with relatively high OTAV values associated

with the one or more topical areas to the second user. This is because there is incrementally greater value in learning more about the user's interest than if the low affinities were based on inferences from a larger body of behavioral information, as well as there being a less likelihood of providing a recommendation **250** that is truly not of interest to the user.

In some embodiments, then, a general method of generating beneficially serendipitous recommendations combines the contrasting of topical affinities among users **200** and the relative confidence levels in the topical contrasting affinities. This approach provides a "direction" for generating recommendations that are further from inferred interests that would otherwise be generated. Besides direction, a serendipity function may also include a "distance" factor and a probability factor. That is, according to some embodiments generating serendipity can be thought of as exploring other areas of a multi-dimensional interest landscape, where the best inference based on historical behavioral information is a (local) maximum on the landscape. The serendipity function can be thought of as performing a "jump" on the interest landscape, where the jump is in a specified direction, for a specified distance, and performed with a specified frequency or probability. One or more of these serendipity distance, direction, and probability parameters may be tunable by a user **200** or administrator in accordance with some embodiments.

In some embodiments the serendipity function may include applying a degree of randomization in addition to, or instead of, applying the interest anomaly function. This randomization function may be applied when selecting objects **212** from a set of candidate objects to be recommended to a recommendation recipient rather than simply relying on deterministic scoring means. In such embodiments the serendipity tuning function can be used by a user **200** or administrator to control the degree to which delivered recommendations **255** deviate from the recommendations that would otherwise be delivered using purely deterministic means.

The serendipity distance may be generated in accordance with a mathematical function. In some embodiments, the distance and/or probability factors may be generated in accordance with a power law distribution—as a non-limiting example, the distance and/or probability factors may be in accordance with a Levy Walk function.

It should be understood that other recommendation tuning controls may be provided that are not explicitly described herein.

Knowledge and Expertise Discovery

Knowledge discovery and expertise discovery refer to "learning layer" functions that generate content recommendations and people recommendations **250**, respectively.

For expertise discovery, there are at least two categories of people that may be of interest to other people within a user community:

1. People who have similar interest or expertise profiles to the recommendation recipient, which may be calculated, for example, in accordance with MMAVs and MMEVs.
2. People who are likely to have the most, or complementary levels of, expertise in specified topical areas

Expertise discovery functions deliver recommendations **250** within a navigational context of the recommendation recipient **200**, or without a navigational context. In some embodiments, a person or persons may be recommended consistent with the "navigational neighborhood," which may be in accordance with a topical neighborhood that the recommendation recipient **200** is currently navigating. The term "navigating" as used herein should be understood to most generally mean the movement of the user's **200** attention from one object **212** to another object **212** while interacting with, or being monitored by, a computer-implemented user interface (wherein the user interface may be visual, audio and/or kinesthetic-based). Entering a search term, for example, is an act of navigating, as is browsing or scrolling through an activity stream or news feed through use of a mouse, keyboard, and/or gesture detection sensor.

In some embodiments expertise may be determined through a combination of assessing the topical neighborhood in conjunction with behavioral information **920**. The behavioral information that may be applied includes, but is not limited to, the behaviors and behavior categories in accordance with Table 1. As a non-limiting example, an expertise score may be generated from the following information in some embodiments:

1. The scope of the topical neighborhood, as described herein
2. The topics created by each user within the topical neighborhood
3. The amount of content each user contributed in the topical neighborhood
4. The popularity (which may be derived from accesses and/or other behaviors) of the content
5. The ratings of the content

In some embodiments, user-controlled tuning or preference controls may be provided. For example, an expertise tuning control may be applied that determines the scope of the navigational neighborhood of the network of content that will be used in calculating the total expertise scores. The tuning controls may range, for example, from a value V of 1 (broadest scope) to 5 (narrowest scope).

In some embodiments, the topical neighborhood of the currently navigated topic T may then defined as encompassing all content items with a relationship indicator R **718** to topic T **710*t*** such that R>V−1. So if V=5, then the topical neighborhood includes just the content that has a relationship of >4 to the topic T, and so on. Expertise tuning may be effected through a function that enables expertise breadth to be selected from a range corresponding to alternative levels of V, in some embodiments.

In some embodiments, other tuning controls may be used to adjust expertise discovery recommendations **250** with regard to depth of expertise, in addition to, or instead of, breadth of expertise. For example, for a given navigational neighborhood, a user **200** or administrator may be able to adjust the required thresholds of inferred expertise for a recommendation **250** to be delivered to the recommendation recipient **200**, and/or may be able to tune the desired difference in expertise levels between the recommendation recipient and recommended people. Tuning of recommendations **250** may also be applied against a temporal dimension, so as to, for example, account for and/or visualize the accretion of new expertise over time, and/or, for example, to distinguish long-term experts in a topical area from those with more recently acquired expertise.

In some embodiments, the expertise discovery function may generate recommendations **250** that are not directly based on navigational context. For example, the expertise discovery function may infer levels of expertise associated with a plurality of topical neighborhoods, and evaluate the levels of expertise for the topical neighborhoods by matching an MTAV or MTEV, or other more explicit indicator of topical expertise demand associated with the recommendation recipient **200** and a plurality of MTEVs of other users. Positive correlations between the expertise recommendation

recipient's MTAV or topical expertise demand indicators and an MTEV, or negative correlations between the expertise recommendation recipient's MTEV and another MTEV, are factors that may influence the generation of expertise recommendations. In some embodiments, the MMAV or an expertise matching equivalent such as an MMEV of the recommendation recipient **200** may be applied by the expertise discovery function in evaluating other users **200** to recommend.

In some embodiments recommendation recipients **200** may select a level of expertise desired, and the expertise discovery function evaluates expertise levels in specific topical neighborhoods for matches to the desired expertise level. The recommendation recipient **200** may set the expertise discovery function to infer his level of expertise in a topical neighborhood and to evaluate others users for a similar level of expertise. The inference of expertise may be performed based, at least in part, by comparing the values of the recommendation recipient's MTEV with the associated topics in the specified topical neighborhood.

In some embodiments expertise may be inferred from the pattern matching of information within content. For example, if a first user **200** employs words, phrases, or terminology that has similarities to a second user **200** who is inferred by the system to have a high level expertise, then everything else being equal, the system **100** may infer the first user to have a similar level of expertise and that is therefore also a higher than an average level of expertise. In some embodiments vocabularies that map to specific areas and/or levels of expertise may be accessed or generated by the system **100** and compared to content contributed by users **200** in evaluating the level of expertise of the users.

Recall that the MTEV can be generated from behavioral information, including but not limited to the behaviors **920** and behavioral categories described in Table 1, similarly to the MTAV, except expertise is inferred rather than interests and preferences. As just one example of the difference in inferring an expertise value associated with a topic rather than an interest value, clicking or otherwise accessing an object **212** may be indicative of a interest in the associated topic or topics, but not very informative about expertise with regard to the associated topic or topics. On the other hand, behaviors such as, but not limited to, creating objects, writing reviews for objects, receiving high ratings from other users with regard to created objects, being subscribed to by other users who have an inferred relatively high level of expertise, creation or ownership of topics, and so on, are more informative of expertise levels with regard to the associated topic or topics, and are preferentially applied in generating MTEV values according to some embodiments. Similarly to the generation of MTAVs, weights may be applied to each of multiple types of behavioral factors in generating composite MTEV values in accordance with their expected relative strength of correlation with actual expertise levels.

In some embodiments a difference between the calculation method of an MTAV versus that of an MTEV is that MTAV values are indexed across topics—that is, the MTAV values represent relative interest levels of a user **200** among topics, whereas MTEV values are indexed across users **200**—that is, the MTEV values represent relative levels of expertise among users **200**.

In some embodiments, MTEV values may be calibrated using a benchmarking process, enabling an inference of an absolute level of expertise instead of, or in addition to, an inference of a relative level of expertise among users. For example, a test result or other type of expertise calibration information may be applied that establishes a benchmark expertise level for a user **200** across one or more topics. Expertise calibration means include, but are not limited to, educational proxies for expertise levels such as certifications, education programs, degrees attained, experience levels in a field or performing an activity, and/or current or past professions. For example, a recent graduate degree in a specific branch of mathematics would be indicative of a high level of expertise in that branch of mathematics, and likely a fairly high level of expertise in mathematical topics in general. The expertise calibration information may be available to the recommendation function **240** through a user's self-profiling behavior, or may be accessed through other means.

The inferred MTEV values for the benchmarked user can then be used as a basis for indexing the inferred MTEV values of other users **200**. This approach can be beneficial because an inferred expertise level that is calibrated against a benchmark level can enable the generation of more effective recommendations, particularly with regard to the generation of recommendations of content and/or topics. Whereas for recommendations of expertise (e.g., recommendations of other users), a purely relative expertise levels may be sufficient for generating useful recommendations, the process of generating recommendations of content or topics can often benefit from having a greater sense of absolute levels of expertise. This is particularly the case when the recommendation function **240** has access to information that is suggestive of the levels of expertise for which potentially recommended content or topics are appropriate. Information that is suggestive of the levels of expertise for which an object **212** will be most appropriate may be acquired by the recommendation function **240** through access to an explicit indication, such as, for example, through and expertise level indication within meta-information **712** associated with an object **212**,**710**, or the recommendation function **240** may assess the expertise levels for which an object **212** would be most appropriate through inferences from the content or information **232** within the object.

In some embodiments, the recommendation function **240** combines one or more MTAVs with one or more MTEVs in generating a recommendation **255**,**265**. For example, first, the MTAV of a recommendation recipient may be used by the recommendation function **240** to determine the one or more topics of highest interest to the recommendation recipient. The recommendation function may then compare the recommendation recipient's MTEV to the MTEVs of other users to identify one or more of the topics of highest interest for which the recommendation recipient has a lower level of expertise (or more generally, a complementary level of expertise) compared to one or more other users. The one or more other users whose MTEVs satisfy this condition are then candidates for recommending to the recommendation recipient. Another example of combining MTAV and MTEV information in generating a recommendation **255**,**265** is first identifying the one or more topics of highest interest to the recommendation recipient, and then using the recommendation recipient's MTEV to recommend content or topics that are consistent with the MTEV values associated with the highest interest topics. Where the recommendation function **240** is able to assess the levels of expertise for which an item of content or topic are appropriate, those levels of expertise can be compared against the corresponding MTEV values and serve as at least one factor in the recommendation function users in deciding whether to recommend the item of content to the recommendation recipient.

Inferences of levels of expertise can be informed by collaborative behaviors with regard to other users **200** who are inferred to have given levels of expertise. In some embodiments users **200** are automatically clustered or segmented into levels of inferred expertise. Often, levels of expertise cluster—that is, people with similar levels of expertise preferentially collaborate, a tendency which can be beneficially used by the expertise inferencing function. A recursive method may be applied that establishes an initial expertise clustering or segmentation, which in conjunction with collaborative and other behaviors, enables inferences of expertise of these and other users not already clustered, which then, in turn, enables adjustments to the expertise clusters, and so on.

Inferences of expertise that are embodied within an MTEV may be informed by the contents of objects associated with a user **200**, in accordance with some embodiments. For example, the use, and/or frequency of use, of certain words or phrases may serve as a cue for level of expertise. More technical or domains-specific language, as informed by, for example, a word or phrase frequency table, would be indicative of level of expertise in a field. Other expertise cues include punctuation—question marks, everything else being equal, are more likely to be indicative of less expertise.

In some embodiments, when a recommendation of expertise in topical neighborhoods or for one or more specific topics is required, the selected topics are compared to user MTEVs to determine the best expertise match to the selected topics. For example, a specific project may require expertise in certain topical areas. These selected topical areas are then compared to MTEVs to determine the users with be most appropriate level of expertise for the project.

In some embodiments, the selected topics for which expertise is desired may be weighted, and the weighted vector of selected topics is compared to the corresponding topical expertise values in user MTEVs—positive correlations between the weighted vector of selected topics and the MTEVs of other users are preferentially identified. Mathematical functions are applied to determine the best expertise fit in the weighted selected topic case or the un-weighted selected topic case.

In some embodiments, the behaviors of users within one or more expertise segments or clusters are assessed over a period of time after an event associated with one or more topical areas. The event, embodied as an object **212**, could, for example correspond to a condition identified by another user or be identified and communicated by a device. The post-event behaviors assessed for expertise cohorts may then form the basis for recommended content, people, and/or process steps to be delivered to users **200** when the same or similar event occurs in the future. These event-specific recommendations **250** may be tempered by an assessment of the recommendation recipient's MMEV such that if relatively high levels of expertise are inferred relative to the event or related topics, then "best practice" process step recommendations **250** derived from the post-event behaviors associated with the highest expertise cohort may be recommended. If relatively lower levels of expertise are inferred relative to the event or related topics, then process step recommendations **250** derived with the highest expertise cohort may be supplemented with, for example, additional educational or verification steps.

Adaptive Semantic System and Method

Semantic approaches, as exemplified by, but not limited to, the Resource Description Framework (RDF), refer to system relationships that are represented in the form of a subject-predicate-object chain (a syntactic "triple"), wherein the predicate is typically a descriptive phrase, but can be a verb phrase, that semantically connects the subject with the object of the predicate. Since the subject and the object of the predicate can be represented as computer-implemented objects **212**, semantic chains can represent computer-implemented object-to-object relationships that are informed by the associated predicate in the semantic chain. Most generally, subjects, predicates, and objects of the predicates of semantic chains can each be represented in a computer-based system **925** as computer-implemented objects **212**. Semantic chains may be established manually, but can also be generated automatically by the computer-based system **925** through, for example, natural language processing (NLP) techniques that are applied to text strings such as sentences within a computer-implemented object **212** so as to automatically decompose the text into one or more semantic triples. Additional or alternative automatic techniques that can be applied by the computer-based system **925** to extract semantic chains from natural language can include generating vectors of values for language elements such as words or phrases within one or more objects **212**, and generating relationships based on vector comparisons among these language elements. Text can additionally or alternatively also be automatically analyzed through the application of a graphical-based logical form in which elements of text are represented as nodes and edges of the graph represent grammatical relationships to derive semantic chains. Semantic chains that are derived from natural language using these or other techniques known in the art may then be linked or chained together as is described in more detail herein. More generally, semantic chains can be represented by predicate calculus, and it should be understood that processes disclosed herein with respect to semantic chains apply more generally to predicate calculus-based representations.

In some embodiments weightings, which may comprise probabilities, are applied to semantic chains. For example, the semantic chain Object(1)-Predicate(1)-Object(2) may have a weighting (which may be normalized to the range 0-1), "W1" assigned to it: W1(Object(1)-Predicate(1)-Object(2)). Such a weighting (which may be termed a "W1-type" weight or probability hereinafter) may correspond to a probabilistic confidence level associated with the semantic chain. The weighting may be calculated by inferential statistical means based upon content-based patterns and/or user behavioral patterns (such as word or phrase matching frequency and/or length matched chain sub-elements). For example, the semantic chain "Red Sox-is a-team" might be assigned a weighting of 0.80 based on an inferential confidence given a first set of textual content from which the semantic chain is statistically inferred (and where "textual" or "text" as used herein may be in written or audio language-based forms). This weighting might be increased, say to 0.99, based on an analysis of additional text that seems to strongly confirm the relationship. Such weightings may therefore be considered probabilities that the inference is true—that is, the probability that the inference accurately reflects objective reality. It should be understood that such probabilistic inferences with respect to semantic chains may be made basis inputs other than just through the analytic processing of text-based computer-implemented objects. Such inferences can be alternatively or additionally be made with respect to patterns of information that are identified with respect computer-implemented objects **212** comprising images or audio-based information, for example. For example, in some embodiments, neural network-based sys-

tems are trained to make inferences of relevant semantic chains from text and/or images and to inform W1-type weights associated with the inferred semantic chains. In some embodiments Bayesian program learning-based processes are applied to make inferences of relevant semantic chains from text and/or images and to inform W1-type weights associated with the inferred semantic chains.

In addition, or alternatively, a contextual weighting, "W2", may be applied that weights the semantic chain based on the relative importance or relevance of the relationships described by the semantic chain versus other relationships with respect to one or both of the objects (which may be included in one or more other semantic chains) within the semantic chain (and such weights may be termed a "W2-type" weight hereinafter). For example, a W2-type weight as applied to the semantic chain "Red Sox-is a-team" may be greater than the W2-type weight applied to the semantic chain "Red Sox-is a-logo" for a particular inferential application. While both semantic chains may be valid (that is, accurately reflect objective reality), the term "Red Sox" as used in a randomly selected item of content is more likely to be used in the context of being a team than as being used in the context of being a logo, and should therefore, everything else being equal, be more likely be used as a basis for subsequent computer-implemented semantic interpretations of content that includes a reference to "Red Sox". As in the case of W1-type weights, W2-type weights may correspond to probabilities, and may be established and/or adjusted based on statistical inferences from content (in a simple, non-limiting example, based on the frequency of co-occurrences of the respective objects in the semantic chain within a corpus of content) and/or from inferences derived from user **200** behaviors as described in Table 1. Alternatively, W2-type weightings may be explicitly established by humans.

So, in summary, whereas weightings of the type associated with W1 can be construed to be the probability that the associated semantic chain accurately reflects objective reality, weightings of the type associated with W2 can be construed to be the probability the associated semantic chain validly applies semantically in the context of interpreting specified content.

These foregoing semantic representations are contrasted with behavioral-based user-predicate-object computer-implemented representations, which, while they can be represented in a similar chain or "triple" form as RDF, are distinguished in that the subject in behavioral-based chains represents or refers to an actual user **200** of the computer-based system **925**, and the associated predicate represents actions or behaviors **920** that the user **200** of the system exhibits or performs in association with a system object **212**, or in which the associated predicate is an inference, for example, of the user's **200** state of mind or, as another example, a historical event associated with the user **200**. The predicates of the behavioral-based triple may include, but are not limited to, actions or behaviors **920** exhibited by the user as described by Table 1 and associated descriptions. The predicates of some types of behavioral-based triples may comprise computer-generated inferences rather than a specifically performed or monitored behavior **920** in some embodiments. For example, for the behavioral-based triple User(1)-Is Interested In-Object(1), the predicate "Is Interested In" may be an inference derived from one or more usage behaviors **920**. As another example, for the behavioral-based triple User(1)-Has High Expertise In-Object(1), the predicate "Has High Expertise In" may be an inference derived from one or more usage behaviors **920** and/or an analysis of content. These two examples comprise inferences of a user's state of mind or capabilities. More concrete inferences, such as of events or relationships, may also be made—for example, the behavioral-based triple User(1)-Worked For-Object(1), the predicate "Worked For" may be an inference that is made from a statistical analysis of content and/or from one or more usage behaviors **920**. In such event-based applications temporal indicators such as a timestamp or time period may be associated with the associated behavioral-based triple. Such temporal indicators can further enable the computer-based system **925** to make connections between events and promote more effective inferencing.



W1-type weights may be applied to behavioral-based chains that comprise an inferred predicate relationship between the user **200** and the object of the predicate, the W1-type weight thereby representing the degree of confidence that the behavioral-based chain represents objective reality, whereby objective reality in this case may constitute the user's current or future state-of-mind.

Behavioral-based triples may be with respect to "real-world" locations or physical objects that are located at a particular point or proximity in space and/or time, in some embodiments. For example, a user **200** may be determined to be at Fenway Park by, for example, matching the user's currently inferred location from a location-aware device that is associated with the user to a computer-implemented map that maps physical objects such as Fenway Park to particular geographical locations. This determination could be represented, for example, as the behavioral-based triple User(1)-Is Located At-Fenway Park, and with an associated time stamp t(1). This same approach can be applied to simulations of real-world environments or real world-like environments (i.e., virtual reality applications), where the user **200** in the behavioral triple is represented in the simulation, by, for example, an avatar.

Behavioral-based triples may be with respect to two people, and the object of the predicate of the triple may represent or reference another system user **200**. For example, User(1)-Is Located Near-User(2) is an example of an event-based behavioral triple (and that may have an associated temporal indicator) and User(1)-Is a Friend of-User(2) is an example of an inferential behavioral triple, in which the system automatically infers the "Is a Friend of" predicate.

In summary, while the subjects and predicates in semantic triples are therefore generally different in nature from behavioral-based triples, the similarity of syntactical structure can be beneficially used to extend semantic-based approaches so that they are adaptive to users **200**.

In some embodiments semantic chains are converted to OTAVs. Predicate relationships between objects are transformed to numerical values (i.e., affinities) in such embodiments, which can have, for example, scalability advantages. These OTAV affinities may correspond to, or be influenced by or calculated from, corresponding W1-type or W2-type semantic chain weightings.

In some embodiments, the behavioral-based representations of user-predicate-object are linked to semantic-based object-to-object **212** relations **214**. For example, for a specific computer-implemented object **212**, denoted as Object (1), for which there is at least one user behavioral-based relationship, User-Predicate(1)-Object(1) (where Predicate (1) may comprise an inference), and at least one semantic relationship between objects—for example, an RDF-based relationship of the form, Object(1)-Predicate(2)-Object(2) (where Predicate(2) may comprise an inference), inferences

with respect to User **200** and Object(2) may be derived from the extended chain of User-Predicate(1)-Object(1)-Predicate (2)-Object(2). In this example, Object(1) enables the linking because it is commonly referenced by the behavioral-based chain and the semantic chain. Most generally, such linking can be performed when the subject of the semantic chain has a correspondence to the object of the predicate of the behavioral-based chain. The correspondence between such subject and object pairs may be based, for example, on the subject and object referring to the same entity or information, or representing the same entity or information.

Composite chains can be extended indefinitely by identifying the subject of a semantic chain that has a correspondence with the terminal object of a predicate of a composite chain, and linking the identified semantic chain to the end of the composite chain, thereby assembling a new, extended composite chain, which can in turn be extended.

In some embodiments, one or more of the constituent semantic chains of such composite chains may include W1-type and/or W2-type weightings. Mathematical operations may be applied to these weightings to derive a composite weighting or probability for the composite chain. For example, where there are multiple individual semantic chain weightings that each correspond to a probability within a composite chain, and probabilistic independence is assumed, the individual weightings may be multiplied together to yield a composite chain probability, e.g., a probability that the composite chain is a valid inference of objective reality and/or a probability that the composite chain semantically validly applies to an interpretation of particular content.

Further, as previously described herein, behavioral-based chains may be weighted as well with W1-type weights that correspond to the probability that the inference of the behavioral-based chain accurately reflects objective reality—in some cases, objective reality being a conscious or unconscious mental state of the user that cannot be directly assessed, but must rather be inferred from behaviors **920**. This type of behavioral-based chain weighting may be combined with mathematical operations (such as multiplication) with one or more semantic chain weightings to yield a composite chain weighting or probability. Such composite weightings may correspond to affinity values of MTAVs or MTEVs in some embodiments; for example, where a composite chain includes a terminal object (last object in the semantic chain) that comprises a topic that is also associated with an MTAV or MTEV.

Recommendations **250** can then be generated based on these linked or composite chains. As a simple non-limiting example, assume that a behavioral-based triple is, User(1)-“likes”-Object(1), whereby the predicate “like” is a user action **920** of “liking” a computer-implemented object as described by the descriptions that are associated with Table 1. This behavioral-based triple might be applied directly, or it may serve as a basis (along with potentially other behavioral-based chains) for an inferential behavioral-based chain such as, User(1)-Is Favorably Disposed Toward-Object(1), whereby the predicate “Is Favorably Disposed Toward” is inferred from one or more usage behaviors **920** (such as a “like” action by a user **200**) and/or from content-based pattern matching. The confidence with respect to this inference may be encoded as a W1-type weighting that is associated with the inferred behavioral-based triple.

As a further example, assume that there exists a semantic triple of Object(1)-“is a”-Object(2), wherein the “is a” predicate designates that Object(1) is a type of, or subset of, Object(2). The system can then generate the composite chain User(1)-“likes”-Object(1)-“is a”-Object(2). The system can then make an inference that User(1) likes or is favorably disposed toward Object(2), and may apply weightings that are associated with the behavioral-based based chain and/or the semantic chain in quantifying the degree of confidence with respect to the inference. Such quantifications may be encoded as one or more affinity values within the MTAV of User(1), in some embodiments. Other composite chains terminating with Object(2) could additionally be applied that could have a further effect on the inference quantification (e.g., strengthening or weakening the confidence in the inference).

It should be recalled that a computer-implemented object **212** as defined herein can comprise content, or a pointer to content, that is in the form of a document, image, or audio file, but can also be a topic object, which comprises a label or description of other objects. So another non-limiting example is, User(1)-“viewed”-Object(1), where the predicate “viewed” is a user **200** action of viewing a computer-implemented object as described by Table 1, and Object(1)-“is about”-Object(2), where Object(2) is a topic object or tag that designates “baseball.” The system can then determine the composite chain User(1)-viewed-Object(1)-is about-Object(2). The system therefore determines that user(1) has viewed content that is about baseball, and could therefore be able to infer a user interest with respect to baseball. To continue the example, assume a semantic triple of Object (1)-“is about”-Object(3), wherein Object(3) is a topic object or tag that designates “Red Sox.” Then, assume there also exists the semantic triple, Red Sox-is located-Boston. The system can then assemble the chain, User(1)-viewed-Object (1)-is about-Red Sox-is located-Boston, which could allow the system to infer that User(1) has an interest in Boston or things located in Boston in general, although this would likely be a very weak inference in this example given only one view behavior, and this weak inference could be encoded as a corresponding low weighting or probability associated with the composite chain that is derived from weightings or probabilities associated with the composite chain's behavioral-based chain (or weightings or probabilities of a corresponding inferred behavioral-based chain derived, at least in part, from the User(1)-“viewed”-Object (1) chain) and/or with one or more of the composite chain's constituent semantic chains.

FIG. **14**A summarizes the computer-implemented process **600** for generating recommendations **250** or, more generally, personalized communications, **250***c*, derived from the linking of behavioral-based and semantic chains and the performing of inferences from the resulting composite chains. In the first step **610** of the process **600** a behavioral-based chain that includes a subject that is associated with a user **200** is accessed. A semantic chain is then identified **620** that comprises a subject-predicate-object triple in which the subject has a correspondence with the object of the predicate of the behavioral-based chain. This correspondence enables linking **630** the behavioral-based chain and the semantic chain to form a composite chain. One or more additional semantic chains may be identified **640** to be linked to the composite chain by identifying any semantic chains that comprise a subject that has a correspondence to the terminal object of the composite chain. If at least one such semantic chain is identified, the semantic chain may be added to the composite chain, thereby creating a new composite chain, and step **640** may be repeated with this resulting composite chain. After assembly of the composite chain is completed, inferences may be performed **650** that are derived from the composite chain and its associated probabilities as described

herein. The inferences may then be used to generate **240** recommendations **250**, or more generally, personalized communications **250***c*.

Inferences derived from composite behavioral-based and semantic chains can be used to generate MTAV and/or MTEV or values. In the example above, "Boston" could be a topic in the MTAV of User(1) with an associated inferred affinity value. Had the predicate in the example above been "created" instead of "viewed" and other users had rated Object(1) highly, then "Red Sox", might be a topic in the MTEV of User(1) with an associated inferred affinity or expertise value.

In some embodiments linked behavioral-based and semantic chains can be further linked or mapped to OCVs. For instance, in the example above, if the term "Red Sox" has a sufficiently high value in the OCV associated with a document embodied in an object **212**, then an inference might be made by the computer-based system **925** between User(1) and the associated object **212** that has a sufficiently high value for "Red Sox" in the object's OCV. This inference could in turn become a basis for a recommendation **250**.

While these examples are with respect to behavioral-based and semantic triples, other syntactical structures or symbolic representations can also be applied by the computer-based system **925**—for example, this method of integration of behavioral-based and semantic chains can be applied to syntactical structures that are in accordance with, or can be represented by, a predicate calculus. In some embodiments, semantic chains may be alternatively represented as taxonomies or ontologies such as hierarchical structures.

In some embodiments a semantic chain or composite chain may constitute a metaphorical semantic or composite chain, which may be also be termed a metaphorical construct herein. Metaphorical semantic chains and/or metaphorical composite chains can be applied to generate communications **250***c* that are perceived to be particularly creative or humorous, for example, or to perceive or interpret creativity or humor associated with information that is processed by the computer-based system **925**.

A metaphor can be considered a semantic relationship that is transferred from one context or subject area to another context or subject area. For example, "strike out" in its original context of baseball is a failure by a batter to put a baseball into play or draw a walk. So among a number of semantic chains that are valid in this context is the generalized semantic chain, Strike out-is a-Failure. Such a semantic chain may be automatically inferred from, for example, a statistical analysis of a corpus of content, application of a computer-implemented neural network on the corpus of content, or may be manually determined, and may have a W1-type weight associated with it. Derivation of this particular semantic chain from a specific domain of application (in this case, baseball) constitutes a process of context stripping and transferring—that is, the original context of baseball is "stripped" from the semantic chain, and then transferred to a more generalized semantic relationship as embodied by the resulting semantic chain in this example. This context stripping and transfer process, which may be automated, enables the resulting more generalized semantic chain to then be extended or transferred to other contexts (in this case, outside of the domain of baseball).

For example, if a sales person fails to find a customer, as encoded by the semantic chain, Sales_Person-failed finding-Customer, the semantic chain Strikeout-is a-Failure could be substituted to yield the semantic chain, Sales_Person-struck out finding-Customer. In the process of generating communications **250***c*, the computer-based system **925** starts with Sales_Person-failed finding-Customer chain and then searches for a domain-specific example of the predicate "failing," such as the baseball-based semantic chain Strike out-is a-Failure. "Struck out" is then substituted for "failed" in assembling the new chain, yielding the metaphorical construct Sales_Person-struck out finding-Customer.

In interpreting metaphorical expressions, the process is reversed, with the computer-based system **925** starting with a literal or derived Sales_Person-struck out finding-Customer chain and then searching for more generalized meanings of the term "struck out" such as that which is encoded by the example semantic chain, Strike out-is a-Failure. Possibly in conjunction with other contextual clues, the computer-based system **925** then infers the chain Sales_Person-failed finding-Customer chain, and may generate a W1-type weight associated with the inferred chain.

While metaphorical constructs within communications **250***c* can enhance the perception by communication recipients **200** of an inherent capacity for creativity of the computer-based system **925**, a balance is preferably struck in the generation and communication of metaphorical constructs. For example, if a metaphorical construct is too often generally used it can seem clichèd. If the metaphorical construct has never been used, or too many of such very rare or unique metaphorical constructs are communicated within a given time period or volume of communications **250***c*, the communications **250***c* may seem too strange for the tastes of many recipients **200**. Therefore, in some embodiments the process for generating a metaphorical construct by the computer-based system **925** includes first searching through a corpus of information to determine if a metaphorical construct is sufficiently rare to be considered creative. However, if the metaphorical construct seems to be very rare or even unique based on the search, it might be rejected, or only be selected in accordance with a probabilistic selection process. In some embodiments the probability distribution applied by such a probabilistic selection process is tunable by a user **200** so as to enable the increase or decrease of the level of metaphorical-based creativity embodied by communications **250***c*, and constitutes a tunable aspect of the overall personality of the computer-based system **925**.

FIG. **14**B summarizes the process flow for generating creative communications **250***c* (and that may further be self-referential) in accordance with some embodiments. The first step **615** is, given a first semantic chain, to identify a second semantic chain that generalizes the context of the first semantic chain. The second step **625** is to identify a second context that is different that is different than the context of the first semantic chain, but that has a semantic relationship to the context of the first semantic chain. The third step **635** is to generate a third semantic chain by applying the subject or predicate or a variation thereof of the first semantic chain to the second context. The fourth step **645** is to determine if the frequency of occurrence of the third semantic chain within an evaluative corpus of content is within an acceptable range. If the frequency of occurrence of the third semantic chain is within the acceptable range, then the fifth step **655** is to apply a probabilistic communication creativity tuning factor or distribution to determine the probability of embodying the third semantic chain within a communication **250***c*.

In some embodiments, the capacity for generating or perceiving creativity is extended to a capacity for humor or wit by the computer-based system **925**. Humor or wit may be generated or perceived when a metaphorical construct has a further semantic connection, albeit indirect, to the original context. For example, while Sales_Person-struck out finding-Customer might be an example of creativity in communicating a situation, it might not typically be viewed as particularly witty or humorous. On the other hand, Jim-struck out-looking for his bat, might be viewed as witty. To be perceived as witty, a metaphorical chain generally needs to satisfy the following conditions: 1) it is not too often used (the extreme of too often used is clichèd) and 2) there is a somewhat subtle or indirect semantic connection to the original domain. Jim-struck out-looking for his bat probably satisfies the first condition and definitely satisfies the second condition since the general context remains baseball, but the generalization encoded by the semantic chain Strike out-is a-Failure is applied to a different target sub-context of baseball than the original sub-context. As another example, Jim-struck out finding-Customer might be considered humorous or witty if Jim is a current or former baseball player, a connection that might be discovered, for example, by the computer-based system **925** searching semantic chains that reference Jim or baseball and identifying from such a search the semantic chain Jim-plays-baseball. Further, this connection could have a higher probability of being applied than would otherwise be the case if the computer-based system **925** inferred that the recipient of a communication **925***c* would be expected to be aware of the fact that Jim plays baseball and so could be expected to appreciate the wit of the metaphorical construct Jim-struck out finding-Customer. Such an inference could be made based on an evaluation of a corpus of behavioral and/or communication history of the recipient of the communication **925***c*, for example.

In summary, in some embodiments metaphorical-based wit or humor is generated or perceived by the computer-based system **925** by first searching a corpus of information to determine if a metaphorical construct is sufficiently rare to be considered creative, and in accordance with any application of a creativity tuning factor. Second, the computer-based system **925** then evaluates if there exists a semantic connection to the original context, particularly a somewhat subtle connection. And third, the computer-based system **925** then evaluates if the recipient of the communication **250***c* that embodies the metaphorical construct is likely to be aware of the semantic connection, and therefore could be expected to appreciate the wit embodied by the metaphorical construct.

In accordance with some embodiments, FIG. **15** depicts the integration of behavioral-based and semantic chaining processes with formal learning processes. Such formal learning processes can be managed through the application of a Learning Management System (LMS) **800**. An LMS manages or accesses learning and/or educational histories for individuals, who may be users **200**, and determines learning and/or educational plans **805** based on users' **200** learning histories. The learning and/or educational plans **805** then inform formal learning activities **810** for individual users **200**. These formal learning activities **810** may include, but are not limited to, formal courses and virtual learning environments. The results of these formal learning activities **810** can be codified in the form of behavioral-based chains **815** for each user **200**, and stored in this form in a Learning Record Management System (LRS) **820**. (Behavioral-based chains are described in an equivalent form of "Actor-Action-Object" in FIG. **15**, in which the "Actor" is a user **200**, "Action" is a predicate, and "Object" is the object of the predicate.). The LRS may also access and store behavioral-based chains **825** associated with the user **200** from a learning layer system **925**. The learning layer system **925** accesses behavioral-based chains associated with the user **200** from the LRS that originate from formal learning sources **815**, and combines them with behavioral-based chains **825** originating in the learning layer system **925**. These learning layer system-originating behavioral-based chains **825** can be stored in the LRS **820** and/or the learning layer system **925**. The learning layer system **925** uses the combined set of behavioral-based chains associated with the user **200** to link with semantic chains as described herein to form composite chains. These composite chains, and associated probabilities, can then be applied to make inferences, for example, of preferences and expertise levels, associated with the user **200**. These inferences then serve as a basis for personalized recommendations **250** of knowledge and expertise or other personalized communications **250***c*, and these personalized recommendations or communications can be considered to constitute part of an "informal learning" process with respect to the user **200**.

In some embodiments, the LMS **800** accesses **850** via the LRS **820** behavioral-based chains **815** associated with a user **200** that originate from formal learning activities and behavioral-based chains **825** associated with the user **200** that originate from informal learning activities. The LMS then generates learning or educational plans for the user **200** based on the behavioral-based chains **850** originating from both informal and formal learning processes. This method serves to beneficially integrate formal learning and informal learning processes.

Recommendation Explanation Generation

In addition to delivering a recommendation **250** of an object **212**, the computer-based application **925** may deliver a corresponding explanation **250***c* of why the object was recommended. This can be very valuable to the recommendation recipient **200** because it may give the recipient a better sense of whether to commit to reading or listening to the recommended content (or in the case of a recommendation of another user **200** whether to, for example, contact them or express an interest in connecting with them), prior to committing significant amount of time. For recommendations **250** that comprise advertising content, the explanation may serve to enhance the persuasiveness of the ad.

The explanations **250***c* may be delivered through any appropriate computer-implemented means, including, but not limited to delivery modes in which the recommendation recipient can read and/or listen to the recommendation. The general capability for delivering explanatory information **250***c* can be termed the "explanation engine" of the computer-based system **925**.

In some embodiments, variations of the ranking factors previously described may be applied in triggering explanatory phrases. For example, the following table illustrates non-limiting examples of how the ranking information can be applied to determine both positive and negative factors that can be incorporated within the recommendation explanations. Note that the Ranking Value Range is the indexed attribute values before multiplying by special scaling factors, Ranking Category Weighting Factors, such as the "What's Hot" factor, etc.

TABLE 2E

| 1 Ranking Category | 2 Ranking Value Range (RVR) | 3 Transformed Range | 4 1st Positive Threshold | 5 2nd Positive Threshold | 6 Negative Threshold |
|---|---|---|---|---|---|
| Editor Rating | 0-100 | RVR | 60 | 80 | 20 |
| Community Rating* | 0-100 | RVR | 70 | 80 | 20 |
| Popularity | 0-100 | RVR | 70 | 80 | 10 |
| Change in Popularity | −100-100 | RVR | 30 | 50 | −30 |
| Object Influence | 0-100 | RVR | 50 | 70 | 5 |
| Author's Influence | 0-100 | RVR | 70 | 80 | .01 |
| Publish Date | −Infinity-0 | 100-RVR | 80 | 90 | 35 |
| Object Affinity to MTAV | 0-100 | RVR | 50 | 70 | 20 |

An exemplary process that can be applied to generate explanations based on positive and negative thresholds listed in 2E is as follows:

Step 1: First Positive Ranking Category—subtract the 1st Positive Threshold column from the Transformed Range column and find the maximum number of the resulting vector (may be negative). The associated Ranking Category will be highlighted in the recommendation explanation.

Step 2: Second Positive Ranking Category—subtract the 2nd Positive Threshold column from the Transformed Range column and find the maximum number of the resulting vector. If the maximum number is non-negative, and it is not the ranking category already selected, then include this second ranking category in the recommendation explanation.

Step 3: First Negative Ranking Category—subtract the Negative Threshold column from the Transformed Range column and find the minimum number of the resulting vector. If the minimum number is non-positive this ranking category will be included in the recommendation explanation as a caveat, otherwise there will be no caveats.

Although two positive and one negative thresholds are illustrated in this example, an unlimited number of positive and negative thresholds may be applied as required for best results.

In some embodiments explanations **250***c* are assembled from component words or phrases and delivered based on a syntax template or syntax-generation function. Following is a non-limiting example syntax that guides the assembly of an in-context recommendation explanation. In the syntactical structure below syntactical elements within { } are optional depending on the associated logic and calculations, and "+" means concatenating the text strings. (The term "syntactical element" as used herein means a word, a phrase, a sentence, a punctuation symbol, a semantic chain, a behavioral chain, or composite chain. The term "phrase" as used herein means one or more words.). Other detailed syntactical logic such as handling capitalization is not shown in this simple illustrative example.

{[Awareness Phrase (if any)]} +
{[Sequence Number Phrase (if any)] + [Positive Conjunction]} +
[1st Positive Ranking Category Phrase] +
{[Positive Conjunction] + [2nd Positive Ranking Category Phrase (if any)]} +
{[Negative Conjunction] + [Negative Ranking Category Phrase (if any)]} +
{[Suggestion Phrase (if any)]}

The following section provides some examples of phrase tables or arrays that may be used as a basis for selecting appropriate syntactical elements for a recommendation explanation syntax. Note that in the following tables, when there are multiple phrase choices, they are selected probabilistically. "NULL" means that a blank phrase will be applied. [ ] indicates that this text string is a variable that can take different values.

System Awareness Phrases

| Trigger Condition | Phrase |
|---|---|
| Apply these phrase alternatives if any of the 4 Sequence Numbers was triggered | 1) I noticed that<br>2) I am aware that<br>3) I realized that<br>4) NULL |

Out-of-Context Sequence Number Phrases

| Trigger Condition | Phrase |
|---|---|
| Sequence 1 | 1) other members have related [this object] to [saved object name], which you have saved, |
| Sequence 2 | 1) members with similar interests to you have saved [this object] |
| Sequence 3 | 1) members with similar interests as you have rated [this object] highly<br>2) Members that have similarities with you have found [this object] very useful |
| Sequence 4 | 1) [this object] is popular with members that have similar interests to yours<br>2) Members that are similar to you have often accessed [this object] |

Note:
[this object] = "'this 'content-type'" (e.g., "this book") or "it" depending on if the phrase "this 'content-type'" has already been used once in the explanation.

Positive Ranking Category Phrases

| Trigger Category | Phrase |
|---|---|
| Editor Rating | 1) [it] is rated highly by the editor |
| Community Rating* | 1) [it] is rated highly by other members |
| Popularity** | 1) [it] is very popular |
| Change in Popularity | 1) [it] has been rapidly increasing in popularity |

-continued

Positive Ranking Category Phrases

| Trigger Category | Phrase |
|---|---|
| Object Influence | 1) [it] is [quite] influential |
| Author's Influence | 1) the author is [quite] influential |
| | 2) [author name] is a very influential author |
| Publish Date | 1) it is recently published |
| Object Affinity to MTAV (1) | 1) [it] is strongly aligned with your interests |
| | 2) [it] is related to topics such as [topic name] that you find interesting |
| | 3) [it] is related to topics in which you have an interest |
| | 4) [it] contains some themes related to topics in which you have an interest |
| Object Affinity to MTAV (2) | 5) I know you have an interest in [topic name] |
| | 6) I am aware you have an interest in [topic name] |
| | 7) I have seen that you are interested in [topic name] |
| | 8) I have noticed that you have a good deal of interest in [topic name] |

| Positive Conjunctions Phrase |
|---|
| 1) and |

Negative Ranking Category Phrases

| Trigger Category | Phrase |
|---|---|
| Editor Rating | 1) it is not highly rated by the editor |
| Community Rating | 1) it is not highly rated by other members |
| Popularity | 1) it is not highly popular |
| Change in Popularity | 1) it has been recently decreasing in popularity |
| Object Influence | 1) it is not very influential |
| Author's Influence | 1) the author is not very influential |
| | 2) [author name] is not a very influential author |
| Publish Date | 1) it was published some time ago |
| | 2) it was published in [Publish Year] |
| Object Affinity to MTAV | 1) it may be outside your normal area of interest |
| | 2) I'm not sure it is aligned with your usual interest areas |

| Negative Conjunctions Phrase |
|---|
| 1) , although |
| 2) , however |
| 3) , but |

Suggestion Phrases (use only if no caveats in explanation)

| Phrase |
|---|
| 1) , so I think you will find it relevant |
| 2) , so I think you might find it interesting |
| 3) , so you might want to take a look at it |
| 4) , so it will probably be of interest to you |
| 5) , so it occurred to me that you would find it of interest |
| 6) , so I expect that you will find it thought provoking |
| 7) NULL |

The above phrase array examples are simplified examples to illustrate the approach. In practice, multiple syntax templates, accessing different phrase arrays, with each phrase array comprising many different phrases and phrase variations are required to give the feel of human-like explanations. These example phrase arrays above are oriented toward recommendations based on recommendation recipient interests as encoded in MTAVs; for recommendations related to the expertise of other users as encoded, for example, in MTEVs, explanation syntactical rules and phrase arrays tailored for that type of recommendation are applied. In some embodiments, explanatory syntactical rules and phrases are applied that are consistent with explanations of recommendations that are generated in accordance with both an MTAV and MTEV. For example, the resulting explanation **250***c* may indicate to the recommendation recipient why it is expected that a recommended item of content is expected to be relevant to them as well as being appropriate given their inferred level of expertise.

In some embodiments, phrases for inclusion in phrase arrays are generated from semantic chains that are derived by means of an automated analysis of content as described previously herein, whereby the automated analysis is directed to a starting set of one or more selected phrases. The derived phrases may be identified as a result of a process of performing multiple linkages of semantic chains. These semantically-derived phrases may further have W1 and/or W2-type probabilities associated with them. These probabilities may be applied so as to influence the frequency that a specific phrase will be selected for inclusion in a communication **250***c*.

As described above, a sense of confidence of the recommendation to the recommendation recipient can also be communicated within the recommendation explanation. The score level of the recommendation may contribute to the confidence level, but some other general factors may be applied, including the amount of usage history available for the recommendation recipient on which to base preference inferences and/or the inferred similarity of the user with one or more other users for which there is a basis for more confident inferences of interests or preferences. The communication of a sense of confidence in the recommendation can be applied to recommendations with regard to expertise, as well as interest-based recommendations. The degree of serendipity incorporated by the serendipity function may be communicated **250***c* to the user, and may influence the communication and related syntax and syntactical elements applied in the communication **250***c*, as well as affect the communication of the degree of confidence in a recommendation. The communication of a sense of confidence in a communication **250***c* in some embodiments may further, or alternatively, be influenced by weightings of W1 and/or W2 types described herein that are associated with a semantic chain or composite chains that comprise multiple semantic and/or behavioral chains, and that are used by the computer-implemented system **925** as a basis for making an inference.

In some embodiments, a recommendation explanation may reference a tuning factor and its setting. For example, if a user has set a recency tuning factor so as to slant the

recommendations **255** toward recommending objects **212** that have been recently published, the explanation may contain words or phrases to the effect that acknowledge that a recommended object is in accordance with that setting. Or, for example, if a person is recommended in accordance with an expertise scope level set by the recommendation recipient **200**, the explanation might reference that setting as a justification for its recommendation (or alternatively, the explanation might acknowledge a tuning setting but indicate why other factors over-rode the setting in generating the explanation). For example, an exemplary recommendation explanation in such a case is, "Although Jim Smith's expertise does not appear to be the deepest in subject x, I infer that he has significant breadth of expertise in related subjects, and you have directed me to emphasize breadth of expertise."

Recommendation explanations are one type of behavioral-based communications **250***c* that the one or more computer-based applications **925** may deliver to users **200**. Other types of adaptive communications **250***c* may be delivered to a user **200** without necessarily being in conjunction with the recommendation of an object or item of content. For example, a general update of the activities of other users **200** and/or other trends or activities related to people or content may be communicated.

Adaptive communications **250***c* may also include contextual information in accordance with some embodiments. For example, contextual information may be provided to assist a user **200** in navigating the structural aspect **210**,**210**D of an adaptive system **100**,**100**D.

The adaptive communications **250***c* may include references to hierarchical structures—for example, it may be communicated to the user **200** that a topic is the parent of, or sibling to, another topic. Or for a fuzzy network-based structure, the strength of the relationships among topics and content may be communicated.

In some embodiments, adaptive communications **250***c* may include explanations of recommended objects **212** in which the explanations include references to words, phrases, concepts, and/or themes that are included within, or derived from, the contents of OCVs that are associated with the objects **212**. For example, the explanation may indicate to the recommendation recipient that a recommended object **212** is inferred to emphasize themes that are aligned with topics that are inferred to be of high interest to the recommendation recipient or which are appropriate for the recommendation recipient's inferred level of expertise on one or more topics.

In some embodiments, adaptive communications **250***c* comprise explanations of recommended objects **212** in which the explanations include references to words, phrases, concepts, and/or themes associated with semantic chains (which may be elements of composite semantic chains or composite behavioral-based and semantic chains) that are associated with, or reference, or form the basis for an inference with respect to, the recommended objects **212**. The explanations may include one or more subjects, predicates, and/or the objects of the predicates associated with one or more semantic chains. The information associated with a semantic chain that is included in such an explanation **250***c* may be derived from one or more linked behavioral-based and semantic-based chains. The explanation may include elements of both a behavioral-based chain and a semantic chain that are linked and that form a basis for the associated adaptive communication **250***c*. The explanation may include a reference to an inference that is made based on a linked behavioral-based and semantic chain. For example, given the example composite chain described previously herein, User(1)-viewed-Object(1)-is about-Red Sox-is located-Boston, for which the computer-implemented system **925** might infer that User(1) has an interest in Boston or things related to Boston in general, the explanation **250***c* for a recommendation comprising one or more objects **212** related to or referencing the city of Boston, might be, for example, of the syntactical form, "Since you have an interest in the Red Sox, I thought you might also be interested in this other aspect of Boston." A sense of confidence may be conveyed in the explanation that may be, for example, a function of the length of a linked behavioral-based and semantic chain on which an inference is based, and/or in accordance with weightings that are associated with one or more of the constituent behavioral-based and semantic chains of the composite chain. For example, the longer the chain, everything else being equal, the lower may be the level confidence in an inference. Both one or more W1-type and one or more W2-type weightings associated with semantic chains or composite behavioral-based and semantic chains may be applied in determining a recommendation confidence level that informs the phrases that are used to signal the degree of confidence within a communication **250***c*. Continuing the example above, if the composite probability of the composite chain, User(1)-viewed-Object(1)-is about-Red Sox-is located-Boston, is low, the explanation **250***c* for a recommendation comprising one or more objects **212** related to or referencing the city of Boston, might include syntactical elements that convey a lower sense of confidence, for example: "Since you have an interest in the Red Sox, I thought you might be interested in this other aspect of Boston, but I'm not very sure about that."

Adaptive communications **250***c* may also comprise one or more phrases that communicate an awareness of behavioral changes in the user **200** over time, and inferences thereof. These behavioral changes may be derived, at least in part, from an evaluation of changes in the user's MTAV and/or MTEV values over time. In some cases, these behavioral patterns may be quite subtle and may otherwise go unnoticed by the user **200** if not pointed out by the computer-based system **925**. Furthermore, the one or more computer-based systems may infer changes in interests or preferences, or expertise, of the user **200** based on changes in the user's behaviors over time. The communications **250***c* of these inferences may therefore provide the user **200** with useful insights into changes in his interest, preferences, tastes, and over time. This same approach can also be applied by the one or more computer-based systems to deliver insights into the inferred changes in interests, preferences, tastes and/or expertise associated with any user **200** to another user **200**. These insights, packaged in an engaging communications **250***c*, can simulate what is sometimes referred to as "a theory of mind" in psychology. This approach may be augmented by incorporating inferred insights derived from automated analysis of semantic chains or composite chains that comprise one or more semantic chains and optionally, associated W1 and/or W2-type weights, the results of which may be numerically summarized and embodied in MTAVs and/or MTEVs as described herein, and which can provide a finer-grained and more nuanced set of topics or themes for which interest, preferences, and expertise are inferred over time.

In general, the adaptive communications generating function of the computer-implemented system **925** may apply a syntactical structure and associated probabilistic phrase arrays to generate the adaptive communications in a manner similar to the approach described above to generate explanations for recommendations. The phrase tendencies of the

adaptive communications **250***c* over a number of generated communications can be said to constitute an aspect of the personality associated with the one or more computer-based applications **925**. The next section describes how in some embodiments the personality can evolve and adapt over time, based at least in part, on the behaviors of the communication recipients **200**.

Adaptive Personalities

FIG. **9** is a flow diagram of the computer-based adaptive personality process **500** in accordance with some embodiments of the present invention. A user request for a communication step **510** initiates a function **520** that determines the syntactical structure of the communication **250***c* that is to be delivered to the user **200**. The communication **250***c* to user **200** may be an adaptive recommendation **250**, an explanation associated with a recommendation, or other type of communication to the user, and may reference elements of one or more semantic chains. The communication **250***c* may be, for example, in a written and/or an audio-based format.

In accordance with the syntactical structure that is determined **520** for the communication, one or more phrases are probabilistically selected **530** based on frequency distributions **3030** (FIG. **11**) associated with an ensemble of phrases to generate **540** a communication **930** to the user.

User behaviors **920**, which may include, but not limited to, those described by Table 1 herein, are then evaluated **550** after receipt of the user communication. Based, at least in part, on these evaluations **550**, the frequency distributions **3030** of one or more phrases that may be selected **530** for future user communications are then updated **560**. For example, if the user communication **250***c* is an explanation associated with an adaptive recommendation **250**, and it is determined that the recommendation recipient reads the corresponding recommended item of content, then the relative frequency of selection of the one or more phrases comprising the explanation of the adaptive recommendation **250** might be preferentially increased versus other phrases that were not included in the user communication. Alternatively, if the communication **250***c* elicited one or more behaviors **920** from the communication recipient **200** that were indicative of indifference or a less than positive reaction, then the relative frequency of selection of the one or more phrases comprising the communication might be preferentially decreased versus other phrases that were not included in the user communication.

In FIG. **11**, an illustrative data structure **3000** supporting the adaptive personality process **500** according to some embodiments is shown. The data structure may include a designator for a specific phrase array **3010**. A phrase array may correspond to a specific unit of the syntax of an overall user communication. Each phrase array may contain one or more phrases **3040**, indicated by a specific phrase ID **3020**. Associated with each phrase **3040** is a selection frequency distribution indicator **3030**. In the illustrative data structure **3000** this selection frequency distribution of phrases **3040** in a phrase array **3010** is based on the relative magnitude of the value of the frequency distribution indicator. In other embodiments, alternative ways to provide selection frequency distributions may be applied. For example, phrases **3040** may be selected per a uniform distribution across phrase instances in a phrase array **3010**, and duplication of phrase instances may be used to as a means to adjust selection frequencies.



Self-Referential, Self-Aware, and Self-Directed Communications

In some embodiments, the User(1) in a behavioral-based chain of the form User(1)-Predicate(1)-Object(1) represents the computer-implemented system **925** itself that is the generator of a communication **250***c*. This enables the system to generate self-referential communications **250***c* that are based on, for example, composite behavioral-based and semantic chains. For example, the system might generate a communication **250***c* for delivery to a user **200** that comprises the phrase, "I was at Fenway Park last year with you," whereby the "I" in the phrase refers to the computer-implemented system **925** and the "you" refers to the user **200**, and "I was at" implies that at least some element of computer-implemented system **925** was physically proximal to the user **200** at Fenway Park last year, the "at least some element" presumably being embodied as a portable or mobile device. Further, the system could, for example, create a linkage with the semantic chain, Fenway Park-Is A-Baseball Park, so as to also be able to communicate the phrase, "I was at a baseball park last year with you," and so on. And further, if the system associates a W1-type probability that is not very high to the semantic chain, Fenway Park-Is A-Baseball Park, then the generated communication **250***c* might comprise the phrase, "I believe I was at a baseball park last year with you," to reflect this bit of uncertainty, or the communication **250***c* might comprise an interrogative syntactical structure in an attempt to resolve the uncertainty such as, "Was I at a baseball park with you last year?" If the response from the user **200** to the interrogative was, "Yes, you were with me at Fenway Park," the system might infer from the response that the W1-type probability associated with the semantic chain, Fenway Park-Is A-Baseball Park, should now be increased to a level that represents certainty or at least near certainty.

In some embodiments the computer-implemented system **925** stores W1 and/or W2 probabilities associated with behavioral chains, semantic chains, and/or composite chains over time—that is, a stored time stamp or equivalent is associated with the corresponding behavioral chains, semantic chains, and/or composite chains and their W1 and/or W2-type weights. This enables the computer-implemented system **925** to have an awareness of its change in beliefs, or more generally, its learning, over time, and to be able to generate communications **250c** that embody this self-awareness. For example, the system **925** might communicate a self-aware phrase such as, "I wasn't sure, but I now know . . . ," with respect to an inference from a composite chain when the composite W1-type probability associated with the composite chain has been increased from a formerly lower level to a high level. For changes in W2-type contextual probabilities, the system **925** might communicate a phrase such as, "I thought they meant, but I sense they mean . . . ," when the composite W2-type probability associated with the composite chain changes sufficiently to change an associated inference. Or, as another example, if a change in composite W1 or W2 probabilities associated with a composite chain significantly changes an inference derived from the composite chain, a syntactical structure such as, "I was surprised to learn . . . ," might be included in a corresponding communication **250***c*, or if an event occurs that is significantly opposed to the inference, "I was surprised that . . . ," for example, might be included in a communication **250***c*. Quantitative thresholds with respect to changes of composite probabilities associated with composite chains may be applied to trigger alternative phrases in communications **250***c* to users **200** so as to provide as

human-like communications as possible. In general, the ability for the computer-implemented system **925** to access a history of probabilities it has assigned to behavioral chains, semantic chains, and/or composite chains enables the system to answer variations of the question, "What have you learned?" with respect to a subject in a way that can be constructed to be arbitrarily similar to the way in which a human would be expected to answer.

In some embodiments, the computer-implemented system **925** includes an imagination function that pro-actively and automatically adjusts, at least temporarily, W1-type composite weights, thereby enabling the generation of "alternative realities." For example, the phrase, "I can imagine Fenway Park being in New York," could be generated if the W1-type probability associated with the semantic chain Fenway Park-Is Located In-Boston is reduced to be a negligible level, and by then applying a context transferring process described below. In a different case, in which the W1-type probability is low, the W1-type probability can be automatically increased so as to enable the computer-implemented system **925** to envision a possibility, and to communicate the possibility, with syntactical elements such as, "I could see a scenario in which . . . ,"or "I could envision that . . . ," within a communication **250***c*. For example, in response to the comment by a user **200**, "I'm going to a baseball game," the computer-implemented system **925**, having no significant basis for inferring that the user **200** is a baseball player could nevertheless adjust the relatively low default W1-type probability associated with that inference and could respond with a communication **250***c* such as: "As a fan or a player? I could see you as a baseball player." As another example, if the computer-implemented system **925** inferred that it (or an element of it) had never been to a baseball game, it might adjust the associated W1 probability and respond with a self-referential communication such as, "I can only dream of attending a baseball game."

In conjunction with, or alternatively to, adjusting W1-type weights to generate imagining-type communications **250***c*, the imagination function of the computer-implemented system **925** may apply a context transfer process. For example, the syntactical structure, "I can imagine Fenway Park being in New York," could be generated from the semantic chain Fenway Park-Is Located In-Boston by first finding a generalization of the context of Fenway Park, for example, as embodied by the semantic chain, Fenway Park-Is A-Baseball Park, and then searching for references to other baseball parks among a corpus of semantic chains and thereby identifying the semantic chain, Yankee Stadium-Is A-Baseball Park, followed by identifying the semantic chain Yankee Stadium-Is Located In-New York, and then transferring the context of the original semantic chain Fenway Park-Is Located In-Boston so as to assemble the phrase, "I can imagine Fenway Park being in New York."

Another example of applying context transferring by the imagination function to generate imaginative communications **250***c* is by means of a process in which the computer-implemented system **925** substitutes a different subject in a behavioral-based or semantic chain. For example, for the behavioral or semantic chain, Jim-Went To-Baseball Game, the computer-based system **925** could substitute the user **200** for the subject, Jim, and generate a communication **250***c* for delivery to the user **200** having a syntactical structure such as, "I can imagine you going to a baseball game." Or as another example, the computer-implemented system **925** could substitute itself as the subject of the behavioral or semantic chain, and generate a self-referential imaginative communication **250***c* such as, "I can only imagine going to a baseball game!"



The imagination function in any of these process variations may chain together behavioral and/or multiple semantic chains without limit in generating imaginative communications **250***c*.

In some embodiments the imagination function maps syntactical elements such as behavioral and/or semantic chains (or composites thereof) to images, or sequences of images such as images that compose a video, and vice versa, enabling internal visualizations of imaginative situations. For example, for an exemplary semantic chain such as Jim-Swings-the Bat, the computer-based system **925** searches for images that have associated syntactical elements that have a match with the semantic chain or syntactical elements thereof. This matching may be performed, for example, by the computer-based system **925** automatically searching through a corpus of images that have one or more syntactical elements such as words, phrases, or semantic chains that are associated with each of, or a collection of, the images, and then comparing the chain Jim-Swings-the Bat or elements thereof, or automatic inferences derived from other chains that are linked to the chain Jim-Swings-the Bat (such as, in this example, an inference that the chain refers to a baseball bat rather than the swinging of a flying mammal), to the syntactical elements that are associated with the images. The syntactical elements that are associated with the images can be manually established in some embodiments, or by, for example, application of automated learning systems such as a computer-implemented neural network that learns to make correspondences between patterns of pixels that compose images and syntactical elements that are associated with the images via a supervised or unsupervised process. In some embodiments Bayesian program learning-based processes are applied to make to make correspondences between patterns of pixels that compose images and relevant syntactical elements that are associated with the images. The one or more syntactical elements that are associated with each of the images may be associated with probabilities ("W3-type probabilities" hereinafter) that are indicative of the confidence level that the syntactical element accurately reflects the content of the corresponding image. These probabilities may be based upon information that is extracted from a neural network or Bayesian program learning process that is applied to the images, according to some embodiments.

A W1-type score or weight may be calculated by the computer-based system **925** with respect to images, whereby the W1-type score or weight is determined in accordance with the strength of the match with the semantic chain. The strength of the match may be calculated as a function of factors such as the number exact matches of the source semantic chain to the syntactical elements associated with the images, the number of exact matches of the syntactical elements associated with the images to specific elements of the chain, and/or matches of the syntactical elements associated with the images to chains that are linked to the semantic chain. The W1-type image weight may also be calculated in a manner so as to take into account the ratio of the matches to the syntactical elements associated with an image that are not matched. For example, by providing more weight to high match/not-matched descriptive information ratios, less "cluttered" images are preferentially selected.

A W2-type weight that is associated with contextual relevance may also be calculated and associated with the images with respect to the semantic chain. As a non-limiting

example, a ratio of contextual associations within a corpus of content may be applied in calculating these W2-type image weights. For example, if within the searched corpus of images, the semantic chain Jim-Swings-the Bat matches thousands of images of baseball players swinging a baseball bat, but matches only a few images of a person swinging a bat that is in the form of a flying mammal, then the W2-type weight for matched baseball images would be calculated to be higher than for the matched images of a person swinging the animal. The calculation may be in accordance with the raw ratio, or may be a mathematical function that is applied to the ratio. A total matching score or probability for each image may then be calculated as a function of both the W1-type and W2-type image weights in some embodiments, and in some embodiments W3-type probabilities are also included in the total score or probability that is associated with each image.

Responses by the computer-based system **925** to interrogatives associated with a source semantic chain may be generated based on the scored set of images. For example, the question, "Do you visualize Jim swinging the bat horizontally or vertically?" could be posed to the computer-based system **925** (posed either externally by a human or a computer-based system, or internally by the computer-based system **925** itself). An answer in response could be generated by the computer-based system **925** such as, "Horizontally, since he is most likely swinging a baseball bat." In assembling this response, evaluation of the W2-type weight or probability is applied by the automatic process that comprises the selecting of the syntactical elements "most likely" and "baseball bat." The determination that a baseball bat is more likely swung horizontally could be determined from descriptive information derived from a corpus of high scored images. This descriptive information might be in the form of syntactical elements associated with the images that is directly or indirectly (via, e.g., chaining) indicative that the bat is being swung horizontally. Or, in some embodiments, the determination that a baseball bat is most likely to be swung horizontally could be extracted from the images by accessing information from one or more feature detector nodes of a deep learning-based neural network that is applied to the images, whereby the one or more feature detector nodes have learned to detect representations of horizontal motions from patterns of pixels, and using this information as a basis for calculating a probability.

Imaginative images can be generated by the computer-based system **925** by substituting or superimposing the pixels associated with a digital image onto the pixels associated with another selected digital image. For example, in response to the interrogative, "Can you visualize Bill swinging a bat?" the computer-based system **925** could substitute an image of Bill (a person known to both the poser of the interrogative and the computer-based system **925**) for other people in one or more sufficiently scored images that are associated or matched with the chain Person-Swings-a Bat as described above. Similar to the example above, the question, "Do you visualize Bill swinging the bat horizontally or vertically?" could be posed, with a possible answer in response by the computer-based system **925** such as, "Horizontally, since he is most likely swinging a baseball bat."

FIG. **14**D summarizes the process flow of imaginative images that can be generated by the computer-based system **925** according to some embodiments by application some or all of the following process steps.

The first step **666** comprises receiving from an external or internal source a communication or image that comprises, or is associated with, one or more syntactical elements that potentially embodies an imaginative scenario.

The second step **671** comprises determining which subsets of the communication's or image's associated syntactical elements likely represent objective reality by performing a search in accordance with the one or more syntactical elements with respect to chains or other syntactical element-based information within a corpus of content, starting with a search with respect to the full set of the communication's or image's syntactical elements, followed by, if required, searches with respect to increasingly smaller subsets of the syntactical elements. This search process and syntactical element decomposition continues until all syntactical element subsets have been categorized as likely embodying objective reality or not (whereby the "likely" is embodied by a metric derived from calculating W1-type probabilities based on the associated strength of match and that may further also take into account W2-type and W3-type probabilities). If the set of syntactical elements comprising all of the syntactical elements probably represents objective reality, a communication **250***c* may be directed back to the source of the received communication or image that embodies the purportedly imaginative scenario indicating this determination along with an optional reference that is in accordance with a W1-type probability (and W3-type probability if applicable) that represents the computer-based system's **925** confidence that the communication or image actually represents objective reality. Otherwise step three is performed.

The third step **676** comprises identifying one or more images that have associated syntactical elements that best match (as embodied by a composite probability or score that is based on applicable W1, W2, and W3-type probabilities) the maximum subset of syntactical elements that were categorized as likely representing objective reality in step two. These one or more images will serve as the base image for a generated imaginative image.

The fourth step **681** comprises determining for each of the subsets of the syntactical elements that likely do not represent objective reality, a best-match (as embodied by a composite probability or score that is based on applicable W1, W2, and W3-type probabilities) image by performing a search of a corpus of syntactical elements associated with images with respect to these subsets of syntactical elements.

The fifth step **686** comprises substituting or super-imposing the images that best match the syntactical elements that likely do not represent objective reality onto the base image, thereby generating an imaginative image that corresponds to the received imaginative communication or image.

The sixth step **691** comprises generating derivative chains, communications **250***c*, or images based upon the generated imaginative image as a result of, for example, by taking the generated imaginative image as input to the focus of attention process described by FIG. **14**C. If such generated chains, communications **250***c*, or images are directed internally to, and/or stored by, the computer-based systems **925**, then the computer-based systems **925** can use these generated chains, communications **250***c*, or images as inputs to step one of the process of FIG. **14**D, enabling a continuing and evolving stream of images, including imaginative images, and/or communications.

In some embodiments the process of FIG. **14**D, such as at for example, but not limited to, step two **671**, may include applying a neural network to a received image and then directly accessing the output of one or more feature extraction nodes of the neural network that is applied to the received image. The extracted feature in the form of a

pattern of pixels are then tested for matches by the computer-based system **925** against sets of pixels that have associated syntactical elements. If the computer-based system **925** finds a sufficiently good match, the associated syntactical elements of the matched pixels are included in the computer-based system's **925** syntactical-based description of the received image and/or its identification of imaginary portions of the received image.

In some embodiments, alternative realities generated by the imagination function are stored for future access by the computer-implemented system **925** and the recollection of these alternative realities are incorporated in self-aware communications **250***c*. For example, a computer-based system **925** that imagines attending a baseball game and subsequently infers that it (or elements thereof) is actually located in close proximity of a baseball game (an awareness that would, for example, be encoded accordingly as a self-referential behavioral chain linked to one or more semantic chains), might communicate to the user **200**, for example, "I dreamed of attending a baseball game, and now I have!" Saved imaginative realities, whether embodied in syntactical-based communications **250***c* or imaginative images that are actually delivered to a user **200** or that are only stored internally by the computer-based system **925**, enable the system to respond to externally or internally sourced interrogatives about what the system has imagined or dreamed within a context that is posed by the interrogative. In this example, if asked where the computer-based system **925** has dreamed of going, it might well respond with the phrase, "Well, I have dreamed of attending a baseball game."

In some embodiments the degree to which imaginative communications **250***c* are generated is tunable by a user **200**. This imagination tuning control applies and/or adjusts a probability or probabilistic function that influences the chances that an imaginative context shifting will be applied in generating a given communication **250***c*.

The process of generating and saving imaginative communications **250***c* or imaginative images that are not necessarily communicated externally to a user **200** of the computer-based system **925** is extended more generally to other types of communications **250***c* or images according to some embodiments, the result of which can be considered constituting a "stream of consciousness" of the computer-based system **925**. Such communications **250***c* may be internally initiated or prompted rather than necessarily being directly responsive to current interactions with a user **200**. Such externally or internally-derived prompts may be attributable to a "focus of attention" of the computer-based system **925**. Such focuses of attention may be provided by, but not limited to, one or more of the following means:

1. Based on processing input from a sensor
2. Based on processing input from externally or internally sourced content
3. Based on a value of information and/or probabilistic selection process

The first of these means is whereby the focus of attention that serves as a basis for communications **250***c* is prompted by input from a sensor. As a non-limiting example, the computer-based system **925** can, by receiving input from a camera, sense and therefore become aware of a physical object, say, a tree, that then constitutes the focus of attention on which one or more communications **250***c* can be based. The identification of a physical object from the camera input, in this example case a tree, may be performed, for example, through the application of a neural network that is trained to identify such physical objects from image pixel patterns and to associate the identified object with one or more syntactical elements, as is described further herein, or additionally or alternatively through the application of a Bayesian program learning-based process. Next, for example, based upon the syntactical elements such as words, phrases, or semantic chains that are associated with the image of the tree, the computer-based system **925** could generate the behavioral-based chain, "I-See-A Tree," by combining a self-reference pronoun ("I") with a colloquial term for processing visual inputs ("See") and the object identified from the image inputs ("A Tree"). Other information could optionally be associated with the behavioral-based chain such as a W1-type weight and a time-stamp.

Then, for example, given the focus of attention on the tree and the conversion of this attention to an associated behavioral-based chain, having recently generated communications related to the domain of baseball, and having saved communications **250***c* related to the domain of baseball, the system **925**, by, for example, applying an algorithm that weights recency of events and uncertainty relatively highly in determining a focus of attention, could generate an internally-posed (i.e., self-directed) interrogative **250***c* that embodies wondering how trees and baseball might be related. (A grammatical transformation process may be applied by the computer-based system to create interrogative communications **250***c* from chains or elements thereof. As a non-limiting example, the grammatical transformation can comprise appending the syntactical elements "How are" and "related?" to the chains or their elements.) The system then initiates a search of semantic chains and/or composite chains in order to identify connections between the subjects of trees and baseball and, for example, identifies the semantic chains, Trees-Are Composed Of-Wood and Baseball Bats-Are Composed Of-Wood, as a connection between trees and the game of baseball. Continuing the example, the computer-based system, again applying an algorithm that weights recency of events and uncertainty relatively highly in determining a focus of attention, could then further pose the internally communicated interrogative of wondering what kind of wood baseball bats are made out of and whether it is the type of wood that is from the type of tree that is being considered. This interrogative could be posed for internal delivery and consideration, triggering a search performed by the computer-based system **925** through content or semantic chains derived thereof, for an answer to the interrogative. If, for example, an answer cannot be found by this means, the computer-based system **925** might pose the interrogative **250***c* to a user **200** to ascertain whether the user **200** can provide the answer.

Similarly, the focus of attention in the above example could have alternatively been a result of the processing of audio, textual or image-based content that includes a reference to, or image of, a tree, and the same example flow as described in which the focus of attention derived from a sensor above could apply.

The awareness of objects that can potentially become a focus of attention through the processing of sensor inputs or externally or internally-sourced content (such as, for example, the representation of the tree that is contained in a content-based image or via camera input as described in the examples above, or in the form of words or phrases that are embodied in written or audio formats) may be through the application of neural network-based systems (such as, but not limited to, convolutional and recurrent neural networks) or algorithmic-based statistical pattern detection and/or matching processes according to some embodiments. For example, neural network-based systems may be trained on

training sets comprising images and associated syntactical elements so as to enable the identification of syntactical elements (which may comprise semantic chains or syntactical elements from which semantic chains can be derived or inferred) from which communications **250***c* can be based as the computer-based system **925** becomes aware of new images for which the training set is relevant. Additionally, or alternatively, Bayesian program learning-based process may be applied to generate the awareness of objects that can potentially become a focus of attention.

The focus of attention that is derived from the awareness that is enabled by sensors or the processing of content is based on a prioritization process in accordance with some embodiments. For example, what is currently being sensed or processed and/or what has recently been communicated **250***c* either internally or externally may take default precedence. And a rule that prioritizes required responses may be applied, such as a rule that a current interaction with a user **200** takes precedence over purely internally delivered and saved communications **250***c*, for example.

The focus of attention may also be determined, and prioritized, based, at least in part, on a value of information and/or probabilistic-based process. This can be particularly useful when the computer-based system **925** has resources that are not otherwise fully engaged in a high priority focus of its attention. In such cases the system may select stored chains or communications **250***c* to serve as a focus of attention from which to pose internally-directed interrogatives or what-ifs (i.e., imaginative scenarios embodied as syntactical elements and/or images) for consideration, and then save the resulting communications **250***c* that are generated in response to the interrogatives or what-ifs.

For focuses of attention that are derived from a value of information-based process, in some embodiments the computer-based system **925** uses uncertainties that are derived from W1 or W2-type weightings associated with composite chains in determining a focus of attention. Value of information, which is a term of art in the field of decision analysis and is understood as such by one of ordinary skill in the art of that field, relates to the expected value of decreasing an uncertainty. Decreasing an uncertainty can be expected to have a positive value only if it has a potential to affect a decision. In some embodiments the decision that might be affected relates to choices in the generation of communications **250***c*. So, as a simple, non-limiting example, the computer-based system **925** might search for relatively low W1 or W2-type weightings that are associated with chains that have been recently applied in generating communications **250***c*, since it would be valuable to increase such W1 or W2-type weightings (i.e. reduce the uncertainty) to increase the probability of accurate communications **250***c*, particularly those that are inferred by the computer-based system **925** to have a relatively high probability of being relevant in the future, particularly the near future. In addition to the W1 or W2-type weightings, a utility function may also be considered by the computer-based system **925** in calculating a value of information, and this utility function may include factors such as the recency and/or the frequency of communications **250***c* that are based on specific chains, and whereby these chains have uncertainties embodied by the corresponding W1 or W2-type weightings.

Other probabilistic-related processes for the selection of focuses of attention are applied in accordance with some embodiments. For example, a probability function is applied to saved communications **250***c* or other syntactical elements such as semantic or composite chains accessible by the computer-based system **925**, so as to select the saved communications **250***c* or other accessible syntactical elements to chains to serve as a focus of attention. The probability function may be derived from, or applied in conjunction with, W1 and/or W2-type weightings that are associated with the saved communications **250***c* or other accessible semantic or composite chains. As a non-limiting example, the selection could be based on applying a uniform probability distribution to a selected subset of semantic or composite chains that have W1-type weights between 0.4 and 0.6. Such probabilistic approaches to the selection of a focus of attention can introduce a degree of randomization to the selection process, which can produce a beneficial degree of serendipity to the streams of consciousness of the computer-based system **925**, increasing the likelihood that focuses of attention and the resulting streams of consciousness that might not otherwise occur are explored by the computer-based system **925**. Such probabilistic approaches can be considered "dreaming" or "daydreaming" processes of the computer-based system **925** since they have analogies to the way the human mind can dream or wonder.



Awareness and focuses of attention of the computer-based system **925** can be directed to representations of software or hardware elements of the computer-based system **925** in some embodiments. So for a computer-based system **925** that is embodied in a humanoid form, for example, a focus of attention might be directed to a semantic or composite chain that represents constituent elements of the computer-based system **925** such as its natural language processing software or its mobility-enabling hardware such as legs. Such a focus of attention can serve as a basis for self-referential communications **250***c* that comprise references to the computer-based system's **925** software or hardware elements. The focus of attention can also be directed introspectively to attributes associated with internal states or changes, thereof, of the computer-based system **925**, such as aspects of its personality and/or what it has learned, and associated communications **250***c* can be generated accordingly as are described elsewhere herein.

A focus of attention can lead to overtly physical actions in some embodiments. As an example, for the example above in which focuses of attention are derived from a value of information-based process whereby it is determined that it would be valuable to increase identified W1 or W2-type weightings (i.e. reduce the uncertainty that is associated with the corresponding chains), actions such as invoking a sensor or engaging in movements may be undertaken by the computer-based system **925** that are expected to have the potential to result in new information that will enable a reduction in uncertainty with respect to the corresponding chains. As inputs from sensors are processed after such actions are undertaken, probabilities may be updated, new awarenesses and focuses of attention of the computer-based system **925** are identified, and subsequent actions based on these new focuses of attention may be undertaken. Such recursive processes enable intelligently autonomous behaviors of the computer-based system **925**.

A focus of attention can lead to the generation of an imaginative scenario in some embodiments. For example, the computer-based system **925** can apply a W1-type probability adjustment and/or context shifting process, as described previously herein, to the focus of attention so as to generate a syntactical or image-based imaginative scenario, and the imaginative scenario may be self-referential and/or self-directed.

FIG. **14**C summarizes the process flow of recursive streams of attention (or "consciousness") and/or autonomous behaviors of computer-based system **925** in accor-

dance with some embodiments. The first step **665** comprises prioritizing potential focuses of attention and selecting a focus of attention based on the prioritization. The potential focuses of attention can be derived from external sources via, for example, information attained via sensors, from accessible content, or from internally stored information such as saved communications **250***c*, chains, or images. Prioritization of the potential focuses of attention may be through application of precedence rules or scoring algorithms, such as, but not limited to, and everything else being equal, assigning a higher priority for attending to user **200** requests or requirements, assigning a higher priority based on recency considerations, and/or assigning a higher priority based on probabilistic evaluations and/or value of information considerations. Language-based sources of potential focuses of attention (such as processing speech from a user **200** or processing digitized content) can be directly converted to one or more syntactical elements such as behavioral chains, semantic chains, or composite chains as described herein. In the case of non-language-based sources of information such as images, an associated language-based description comprising syntactical elements is first determined for each image (such as, but not limited to, by means of the application of a trained neural network to the images, for example), and then this language-based description can be converted to derivative syntactical elements such as behavioral chains, semantic chains, or composite chains. A particular focus of attention as represented by one or more behavioral chains, semantic chains, or composite chains is then identified based on the application of the prioritization rules or algorithms, including but not limited to considerations such as recency, uncertainty, value of information, and prioritization of required response, to the derived behavioral chains, semantic chains, or composite chains and associated uncertainties associated with each of the potential focuses of attention.

The second step **670** comprises identifying one or more chains that are relevant to the identified focus of attention. This step entails searching for other chains with the same or similar subjects, predicates, or objects as those of the focus of attention chain(s). It may also may entail linking chains that result from the search into composite chains, including linking chains that result from the search with chains that represent the focus of attention.

The third step **675** comprises evaluating uncertainties, as represented by corresponding W1 and/or W2-type and/or W3-type weights, of the relevant chains determined by the previous step **670** and determining which uncertainties should be potentially targeted for reduction. This determination may be made in accordance with a value of information process as described previously herein.

The fourth step **680** comprises identifying and performing one or more actions that are expected to reduce the potentially targeted uncertainties. The identification may comprise a net value of imperfect information process that includes the expected "cost" (which may be an evaluative metric such as a financial cost and/or an evaluative utility metric that takes into account timing and risks) associated with the one or more candidate actions, and also takes into account the degree to which the one or more candidate actions can be expected to reduce the uncertainty (unless an action is expected to reduce the uncertainty to a negligible amount, the value of imperfect information rather than value of perfect information should preferably be calculated and applied). Prioritization of the candidate one or more actions by a net value of perfect or imperfect information method is then performed, with highest priority candidate action(s) selected to be performed. The selected action(s) is then performed by the computer-based system **925**. Candidate actions may include generating interrogative communications **250***c* directed to external agents such as users **200** or directed internally to (i.e., self-directed) the computer-based system **925** (in either case, with an expectation that an answer to the interrogative will reduce targeted uncertainties). Interrogative communications **250***c* are formed in some embodiments by transforming the chain(s) that is associated with the uncertainty that is targeted for reduction into an appropriate question. For example, if the W1-type weight associated with the semantic chain, Fenway Park-Is A-Baseball Park, is not at a maximum level (i.e., there is at least some degree of uncertainty with regard to the objective reality of the semantic chain), then an interrogative communication **250***c* could be generated by a grammatical transformation process of appending syntactical elements "Is" and a "?" (or, for example, via intonation rather than appending "?" if the communication **250***c* is delivered through auditory means) to the semantic chain to yield, "Is Fenway Park a baseball park?" Similarly, interrogative communications **250***c* can be generated from composite chains for which uncertainties are targeted for reduction by applying an appropriate grammatical transformation process. Interrogative communications **250***c* can also be formed by applying a grammatical transformation process that yields a question of how chains or elements thereof are related, as is described in a previous example herein. In addition to interrogative communications **250***c*, candidate actions may also include, but are not limited to, the computer-based system **925** accessing external content, introspecting, generating an imaginative scenario embodied as syntactical elements and/or an image, invoking a sensor, or engaging in movements.



The fifth step **680** of FIG. **14**C comprises assessing the results of the one or more candidate actions that are actually performed and updating the representations of the uncertainties (i.e., W1 and/or W2 and/or W3-type weightings or probabilities) according to the assessment of the results of the actions. The results of actions may or may not actually lead to a reduction of uncertainty. For example, for interrogative communications **250**C, answers may be confirming, disconfirming, or neither. If user **200** answers "Yes" to the question, "Is Fenway Park a baseball park?" then everything being equal, the W1 weight would presumably be set to close to certainty (possibly depending on an assessment of the user's reliability in such areas, etc.). If user **200** answers "I'm not sure," then the W1 weight might remain at the same level as before the question was posed. For internally-directed interrogatives, a search engine or similar function is invoked to provide an answer, possibly in conjunction with a process of the linking of chains to make appropriate deductions. For example, in response to the introspective self-directed interrogative, "Have I been to a baseball park?" the computer-based system **925** could search for stored chains that indicate the computer-based system **925** or elements thereof were at a baseball park. Additionally, or alternatively, the term "baseball park" could be evaluated for matches with the results of a neural network-based or Bayesian program learning-based processing of stored historical images or video of physical locations and associated syntactical elements whereby the computer-based system **925** or elements thereof were proximal to a particular baseball park.

After probabilities that embody uncertainties are updated based on the result of performed actions (or not updated, if the performed action does not provide information that

enables the relevant probabilities to be increased), the first step of the process **665** is again invoked. This closed loop process enables continuous, autonomous learning by computer-based system **925**.

The autonomous learning process of FIG. **14C** can further enable the computer-based system **925** to answer interrogatives of why it took the actions it did by relating relevant elements of the process in appropriately syntactically structured explanations. So, for example, if asked by the user **200**, “Why did you ask me about Fenway Park?” the computer-based system **925** might respond, “I thought it probably was a baseball park, but I wasn’t totally sure,” reflecting a less than certain but greater than zero level of the associated W1-type weight prior to asking the user **200** the question.

As described previously herein, in some embodiments, the computer-implemented system **925** may include a metaphor-based creativity function that applies the results of a context stripping and transference process when generating self-referential communications **250***c*. For example, in a scenario in which a user **200** asks the computer-implemented system **925** to find a time to attend a local baseball game that fits the user’s schedule (that the computer-implemented system **925** has access to) during this week, the computer-implemented system **925** could simply reply, “I could not find a game that fits your schedule this week.” However, using the example previously discussed herein of the semantic chain, Strike out-is a-Failure, which is a generalization or context stripping of the term “strike out” from the subject area of baseball, a self-referential communication **250***c* could be generated such as, “I struck out finding a time that fits your schedule this week.” This communication exhibits more creativity and, in some circumstances, humor, than the alternative communication that is devoid of metaphor. Judicious use of metaphorical-based communications **250***c* can make the communications more interesting and engaging to the user **200**.

The “strike out” metaphor might be less appropriate if applied to the subject area of football. Shifting the context to some degree but not too radically, or not radically too often, will generally be preferred. The degree of context shifting may be measured by the computer-based system **925**, for example, as a function of the length of a composite chain upon which a context shift choice is based, and/or in accordance with weightings that are associated with the composite chain. For example, the longer the chain, everything else being equal, the lower may be the level confidence in choosing the corresponding context shift. Both one or more W1-type and one or more W2-type weightings associated with composite chains may be applied in informing a choice of appropriate metaphorical shifting.

FIG. **10** is a flow diagram of an alternative or additional process by which the computer-based system **925** can exhibit self-awareness in accordance with some embodiments—the adaptive self-awareness communication process **2000**. The process **2000** begins with an evaluation **2010** of phrase frequency distribution **3030** changes over time. Then the appropriate syntactical structure of the communication **250***c* of self-awareness is determined **2020**. One or more phrases **3040** that embody a sense of self-awareness are then selected in accordance with the syntactical structure requirements and changes in phrase frequency distributions over time.

Returning to FIG. **11**, in some embodiments, phrase attributes that are associated with specific phrases may be used as a basis for self-aware phrase selection. Two example phrase attributes **3050**, **3060** whose values are associated with specific phrases **3040** are shown. An unlimited number



of attributes could be used as to provide as nuanced a level of self-awareness as desired. In some embodiments, phrase attributes **3050**, **3060** may be determined from one or more semantic chains. For example, an initial phrase attribute (e.g., “humorous”) may be an element of a first semantic chain, and this first semantic chain is then used as a basis for searching for related semantic chains such as a semantic chain that relates the quality “humorous” with, e.g., the quality of “amusing,” so as to determine a second applicable phrase attribute (“amusing”). This second phrase attribute may be an element in a second semantic chain that is then used as a basis for identifying a third phrase attribute that applies (e.g., “whimsical”), and so on. These semantic chains may be derived from an automated analysis, such as a statistical analysis or neural network-based analysis, of content in some embodiments. The semantic chains that are so applied may further have corresponding W1-type and/or W2-type weightings as described herein. These semantic chain weightings may be used to assign a weighting to a phrase attribute **3050**, **3060** that is derived or inferred from the semantic chains. These phrase attribute weightings may then be applied so as to enable a more nuanced, realistic communication **250***c* of self-awareness, including informing levels of confidence with respect to the awareness of changes with respect to personality attributes that are signaled within the communications **250***c* of self-awareness.

When changes in phrase frequency distributions **3030** are evaluated **2010**, the corresponding attributes **3050**, **3060** are also evaluated. These attributes map to attributes **4050**, **4060** that are associated with self-aware phrases **4040** in self-aware phrase data structure **4000**. For example, if phrases **4040** that have the attribute value “humorous” (and by the semantic extensions example above, attribute values “amusing” and “whimsical”) have been increasing in frequency, then self-aware phrases that reference “humorous” or “whimsical” may be appropriate to include in generating **2040** a communication of self-awareness **250***c* for delivery to a user **200**. The selection of phrases may be further influenced by phrase attribute weightings—phrases associated with phrase attributes **3050**, **3060** with higher weightings will be preferentially selected, everything else being equal. As is the case of any other communication **250***c*, the behaviors **920** of the recipient **200** of the communication may be evaluated **2050**, and the self-aware phrase frequency distributions **4030** of the self-aware phrases **4040** may be updated **2060** accordingly. This recursive evaluation and updating of phrase frequency distributions can be applied without limit.

FIG. **12** depicts the major functions associated with a computer-based system **925** that exhibits an adaptive personality, and optionally, a self-aware personality, according to some embodiments. Recall that in some embodiments, the computer-based system **925** comprises an adaptive system **100**.

A request **6000** for a communication **250***c* to be delivered to a user **200** is made. The request **6000** may be a direct request from a user **200**, or the request may be made by another function of the computer-based system **925**. In some embodiments the request **6000** for a communication for delivery to the user **200** may be initiated by a function that generates **240** an adaptive recommendation. A communication to the user is then generated **7000**. This generation is performed by first determining the appropriate syntactical rules or structure **7500** for the communication. In some embodiments, the syntax rules **7500** are of an “If some condition, then apply a specific phrase array **3010**” structure. Once the appropriate syntax is established and associated

phrase arrays **3010** are determined, specific phrases are probabilistically retrieved from the phrase array function **5000** based on selection frequency distributions associated with the corresponding phrase arrays. The communication **250***c* is then assembled and delivered to a user **200**.

User behaviors **920** of the communication recipient **200** are then monitored **8000**. Based on inferences from these behaviors **920**, the phrase array frequency distributions of the phrase array function **5000** are updated **9000** appropriately.

Computing Infrastructure

FIG. **13** depicts various processor-based computer hardware and network topologies on which the one or more of the computer-based applications **925**, and by extension, adaptive system **100**, may be embodied and operate. One or more processors of the computing hardware may be configured to execute the computer-based applications **925** individually or collectively. In some embodiments the one or more processors may be cognitive computing or neurosynaptic-based processors.

Servers **950**, **952**, and **954** are shown, perhaps residing at different physical locations, and potentially belonging to different organizations or individuals. A standard PC workstation **956** is connected to the server in a contemporary fashion, potentially through the Internet. It should be understood that the workstation **956** can represent any processor-based device, mobile or fixed, including a set-top box or other type of special-purpose device. In this instance, the one or more computer-based applications **925**, in part or as a whole, may reside on the server **950**, but may be accessed by the workstation **956**. A terminal or display-only device **958** and a workstation setup **960** are also shown. The PC workstation **956** or servers **950** may embody, or be connected to, a portable processor-based device (not shown), such as a mobile telephony device, which may be a mobile phone or a personal digital assistant (PDA), or a wearable device such as a "smart watch." The mobile telephony device or PDA may, in turn, be connected to another wireless device such as a telephone or a GPS receiver. As just one non-limiting example, the mobile device may be a gesture-sensitive "smart phone," wherein gestures or other physiological responses are monitored, either through actual physical contact between the device and a user or without physical contact, by means of, for example, a touch screen and/or through a camera, or other sensor apparatus and associated circuitry. The sensor apparatus may include devices with that monitor brain patterns and/or other physiological processes and conditions. The sensor apparatus may operate within a human body, in accordance with some embodiments. The mobile device may include hardware and/or software that enable it to be location-aware, and may embody a camera and/or sensors that enable the monitoring of environmental conditions such as weather, temperature, lighting levels, moisture levels, sound levels, and so on.

FIG. **13** also features a network of wireless or other portable devices **962**. The one or more computer-based applications **925** may reside, in part or as a whole, on all of the devices **962**, periodically or continuously communicating with the central server **952**, as required. A workstation **964** connected in a peer-to-peer fashion with a plurality of other computers is also shown. In this computing topology, the one or more computer-based applications **925**, as a whole or in part, may reside on each of the peer computers **964**.

Computing system **966** represents a PC or other computing system, which connects through a gateway or other host in order to access the server **952** on which the one or more computer-based applications **925**, in part or as a whole, reside. An appliance **968** includes executable instructions "hardwired" into a physical device, such as through use of non-volatile memory or "firmware," and/or may utilize software running on another system that does not itself host the one or more computer-based applications **925**, such as in the case of a gaming console or personal video recorder. The appliance **968** is able to access a computing system that hosts an instance of one of the computer-based applications **925**, such as the server **952**, and is able to interact with the instance of the system.



The processor-based systems on which the one or more computer-based applications **925** operate may include hardware and/or software such as cameras and associated circuitry that enable monitoring of physiological responses or conditions such as gestures, body movement, gaze, heartbeat, brain waves, temperature, blood composition, and so on. The processor-based systems may include sensors and associated circuitry that enable sensing of environmental conditions such as weather conditions, sounds, lighting levels, physical objects in the vicinity, and so on. Microphones and speakers and associated circuitry for receiving and delivering audio-based communications may be included in the computer-based applications **925**. The computer-based applications **925** or elements thereof may be executed on processor-based systems embodied within self-propelled devices that may include mobility mechanisms such as, but not limited to, wheels, tracks, and legs. Such self-propelled devices may include cameras and/or other sensors that provide environmental information to the computer-based applications **925**, and the movements of the self-propelled devices may be directed or informed by the computer-based applications **925** in response to the environmental information. In some embodiments the self-propelled devices have a humanoid form factor. Embodiments in which some or all of the computer-based applications **925** operate in conjunction with an apparatus that has a humanoid form can enhance the perception of communicative qualities of the computer-based applications as described herein such as self-awareness, imagination, and humor by users **200**.

While the present invention has been described with respect to a limited number of embodiments, those skilled in the art will appreciate numerous modifications and variations therefrom. It is intended that the appended claims cover all such modifications and variations as fall within the scope of this present invention.

What is claimed is:

**1**. A computer-implemented method comprising:

at a system:

training a computer-implemented neural network;

accessing information comprising a first plurality of syntactical elements;

generating by application of the computer-implemented trained neural network a first plurality of probabilities that are associated with the first plurality of syntactical elements;

directing a first focus of attention of the computer-implemented trained neural network to a representation of a first subset of the first plurality of syntactical elements in accordance with the first plurality of probabilities;

generating a second plurality of probabilities in accordance with the first focus of attention of the computer-implemented trained neural network and the first plurality of probabilities;

directing a second focus of attention of the computer-implemented trained neural network to a representation of a second subset of the first plurality of syntactical elements in accordance with the second plurality of probabilities;

generating a third plurality of probabilities in accordance with the second focus of attention of the computer-implemented trained neural network and the second plurality of probabilities;

generating a second plurality of syntactical elements in accordance with the third plurality of probabilities; and

delivering a communication to a user.

**2**. The method of claim **1**, wherein the second plurality of syntactical elements includes a description of a first scenario, the computer-implemented trained neural network is of a type that does not include a recurrent neural network type, and further comprising, at the system, causing:

before the access is caused to the first plurality of syntactical elements that is received from the user that includes a human user:

access to an other computer-implemented neural network that is trained by applying a first plurality of focuses of attention to different representations of different subsets of a first plurality of items of content,

generation, by applying a second plurality of focuses of attention and utilizing the other computer-implemented trained neural network, of a second plurality of items of content, and

training of the computer-implemented neural network by applying a third plurality of focuses of attention to different representations of different subsets of the second plurality of items of content; and

after the access is caused to the first plurality of syntactical elements that is received from the human user, and after the generation of the second plurality of syntactical elements is caused:

generation, by applying a fourth plurality of focuses of attention and utilizing the computer-implemented trained neural network, of a third plurality of syntactical elements that provides an explanation,

generation, by applying a fifth plurality of focuses of attention and utilizing the computer-implemented trained neural network, of a fourth plurality of syntactical elements that updates the description of the first scenario based on the third plurality of syntactical elements that provides the explanation,

a determination whether the first scenario represents objective reality, and

based on a determination that the first scenario does not represent objective reality, generation, by applying a sixth plurality of focuses of attention and utilizing the computer-implemented trained neural network, of a fifth plurality of syntactical elements that describe a second scenario that represents objective reality.

**3**. The method of claim **2**, and further comprising, at the system, causing:

inference, utilizing the computer-implemented trained neural network, of at least one profile aspect of the human user based on one or more usage behaviors including a previous prompt received from the human user before the first plurality of syntactical elements is received from the human user, for causing syntactical element generation based on the at least one inferred profile aspect of the human user, wherein:



a human-provided creativity tuning setting is capable of being received, for causing the syntactical element generation based on the human-provided creativity tuning setting, where the human-provided creativity tuning setting results in selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**4**. The method of claim **3**, wherein:

at least one vector is utilized that:

represents all of the second plurality of syntactical elements,

is based on a position of each syntactical element of at least a portion of the second plurality of syntactical elements, such that the at least one vector includes position information on the position of each syntactical element of the at least portion of the second plurality of syntactical elements,

is processed to generate at least one matrix, and

includes at least one aspect thereof that is normalized for probability generation;

the probability generation is performed:

based on the position information on the position of each syntactical element of the at least portion of the second plurality of syntactical elements, and

based on a scoring that is determined based on relationships among different elements of the second plurality of syntactical elements.

**5**. The method of claim **4**, wherein:

the information is capable of including at least one human user-provided image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one human user-provided image in addition to the first plurality of syntactical elements; and, based on the first plurality of probabilities, one or more focuses of attention of the computer-implemented trained neural network is caused to be directed to a representation of at least a portion of the at least one human user-provided image; and

based on the third plurality of probabilities, at least one responsive image is capable of being caused to be identified, by application of the computer-implemented trained neural network, in addition to the generation of the second plurality of syntactical elements.

**6**. The method of claim **1**, wherein the computer-implemented neural network is of a type other than a recurrent neural network, and further comprising, at the system, causing:

the computer-implemented trained neural network to be further trained utilizing training syntactical elements and a first plurality of images, such that a first plurality of correspondences is identified between multiple syntactical elements and multiple distinct patterns of pixels;

access to a third plurality of syntactical elements that describes an imaginative scenario;

identification, utilizing the computer-implemented trained neural network, of a second plurality of correspondences between the third plurality of syntactical elements and sets of pixels that each include a plurality of pixels;

generation, utilizing the computer-implemented trained neural network, of one or more images that represents the imaginative scenario based on the second plurality of correspondences; and

the one or more images to be sent to the user.

7. The method of claim 1, wherein;

a human-provided creativity tuning setting is capable of being received that, when received, causes tuning of syntactical element generation, by causing a selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

a human-provided prompt is augmented by performing a search utilizing the human-provided prompt, to include at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the syntactical element generation is based on the at least one user profile aspect.

8. The method of claim 1, wherein:

a human-provided creativity tuning setting is capable of being received that, when received, causes tuning of syntactical element generation, by causing a selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

a human-provided prompt is augmented by performing a search utilizing the human-provided prompt, to include at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where other syntactical element generation is based on the at least one user profile aspect.

9. The method of claim 8, wherein the syntactical element generation includes the generation of a first portion of the second plurality of syntactical elements, and the other syntactical element generation includes the generation of a second portion of the second plurality of syntactical elements.

10. A system, comprising:

one or more processors;

one or more memories in communication with the one or more processors; and

one or more programs, wherein the one or more programs are stored in the one or more memories to be executed by the one or more processors, the one or more programs including instructions for causing:

access to a computer-implemented neural network that is trained, the trained computer-implemented neural network being of a type other than a recurrent neural network;

access to information including a first plurality of syntactical elements;

generation, by application of the trained computer-implemented neural network, of a first plurality of probabilities that is associated with the first plurality of syntactical elements;

a first attention to be directed to a representation of a first subset of the first plurality of syntactical elements based on the first plurality of probabilities, for use by the trained computer-implemented neural network;

generation, by application of the trained computer-implemented neural network, of a second plurality of probabilities based on the first attention and the first plurality of probabilities generated by the application of the trained computer-implemented neural network;

a second attention to be directed to a representation of a second subset of the first plurality of syntactical elements based on the second plurality of probabilities, for use by the trained computer-implemented neural network;

generation, by application of the trained computer-implemented neural network, of a third plurality of probabilities based on the second attention and the second plurality of probabilities generated by the application of the trained computer-implemented neural network;

generation, by application of the trained computer-implemented neural network, of a second plurality of syntactical elements based on the third plurality of probabilities generated by the application of the trained computer-implemented neural network; and

a communication to be sent to a user.

11. The system of claim 10, wherein the communication includes the second plurality of syntactical elements, and the one or more programs include instructions for:

receiving, from the user, a response to the second plurality of syntactical elements, the response including additional information including a third plurality of syntactical elements;

causing a third attention to be directed to a representation of a subset of the information and the additional information;

causing generation, by application of the trained computer-implemented neural network, of a fourth plurality of probabilities based on the third attention;

causing generation, by application of the trained computer-implemented neural network, of a fourth plurality of syntactical elements based on the fourth plurality of probabilities; and

causing another communication including the fourth plurality of syntactical elements to be sent to the user.

12. The system of claim 10, wherein the system is configured such that at least one of the representation of the first subset of the first plurality of syntactical elements, or the representation of the second subset of the first plurality of syntactical elements, is at least a portion of at least one vector that is generated based on at least a portion of the first plurality of syntactical elements.

13. The system of claim 12, wherein the system is configured such that the at least one vector is generated based on a position of each syntactical element of the at least portion of the first plurality of syntactical elements.

14. The system of claim 13, wherein the system is configured such that the at least one vector includes position information relating to the position of each syntactical element of all of the first plurality of syntactical elements that, in turn, represents an entire user prompt.

15. The system of claim 12, wherein the system is configured such that the at least one vector is part of a matrix that represents all of the first plurality of syntactical elements that, in turn, represents an entire user prompt.

16. The system of claim 15, wherein the system is configured such that the matrix is utilized to prioritize a first plurality of attentions that includes the first attention to generate a first set of values of the matrix, and the matrix is

utilized to prioritize a second plurality of attentions that includes the second attention to generate a second set of values of the matrix.

**17**. The system of claim **16**, wherein the system is configured such that at least one of the first set of values and at least one of the second set of values of the matrix is normalized for probability generation.

**18**. The system of claim **10**, wherein the system is configured such that the first plurality of probabilities, the second plurality of probabilities, and the third plurality of probabilities are generated utilizing a scoring that is based on relationships among different syntactical elements of the first plurality of syntactical elements.

**19**. The system of claim **10**, wherein the system is configured such that the one or more processors include one or more cognitive computing-based processors.

**20**. The system of claim **10**, wherein the system is configured such that the one or more processors include resources for the first attention to be directed in parallel with the second attention being directed.

**21**. The system of claim **10**, wherein the system is configured such that the information is a user prompt capable of including at least one image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one image in addition to the first plurality of syntactical elements; and, based on the first plurality of probabilities, one or more attentions is caused to be directed to a representation of at least a portion of the at least one image in addition to the representation of the first subset of the first plurality of syntactical elements.

**22**. The system of claim **10**, wherein the system is configured such that:

based on the third plurality of probabilities, at least one image is capable of being caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one image is caused to be sent to the user in addition to and corresponding with the second plurality of syntactical elements, in the communication.

**23**. The system of claim **22**, wherein the system is configured such that the at least one image is identified by identifying a pre-existing image to be the at least one image.

**24**. The system of claim **22**, wherein the system is configured such that the at least one image is identified by generating a new image to be the at least one image.

**25**. The system of claim **10**, wherein the system is configured such that the first attention and the second attention each include a self-attention.

**26**. The system of claim **10**, wherein the system is configured such that the first attention and the second attention each include a focus of attention.

**27**. The system of claim **10**, wherein the system is configured such that the first plurality of probabilities is generated via a first iteration of a probability generation algorithm, the first attention is directed and the second plurality of probabilities is generated via a second iteration of the probability generation algorithm, and the second attention is directed and the third plurality of probabilities is generated via a third iteration of the probability generation algorithm.

**28**. The system of claim **10**, wherein the system is configured such that the first plurality of probabilities is generated via a first iteration that generates a first output, the first attention is directed and the second plurality of probabilities is generated via a second iteration that generates a second output by feeding back the first output for use via the second iteration, and the second attention is directed and the third plurality of probabilities is generated via a third iteration that generates a third output by feeding back the second output for use via the third iteration.

**29**. The system of claim **10**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, and

is based on a position of each syntactical element of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user, and a relative importance or relevance of a plurality of relationships of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user,

where at least the first plurality of probabilities is generated utilizing the at least one vector based on an attention prioritization via a scoring that reflects the relative importance or relevance of the plurality of relationships of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user.

**30**. The system of claim **10**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, where the trained computer-implemented neural network does not include the recurrent neural network to avoid at least one instance of recurrency to increase efficacy in processing all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user,

is generated based on a position of each syntactical element of at least a portion of the first plurality of syntactical elements, where the trained computer-implemented neural network does not include the recurrent neural network to avoid at least one instance of recurrency to increase efficacy in processing position information related to the position, and

includes weights for the first plurality of syntactical elements that are based on a relative importance or relevance of a plurality of relationships of the first plurality of syntactical elements, where the trained computer-implemented neural network does not include the recurrent neural network to avoid at least one instance of recurrency and to enable a scalability increase to increase efficacy in processing of the weights;

the first plurality of probabilities is generated during a first iteration by applying a multiplication function to the weights, such that the first plurality of probabilities are utilized via a second iteration during which the first attention that is directed is among a first plurality of attentions that is directed to different representations of different subsets of the first plurality of syntactical elements, where the first plurality of attentions is prioritized based on the first plurality of probabilities by being prioritized utilizing the weights which are updated based on the first plurality of probabilities, and where the trained computer-implemented neural network does not include the recurrent neural network to avoid at least one instance of recurrency to increase efficacy with which the first plurality of attentions are prioritized in a single step;

the first plurality of attentions is prioritized based on a first relational aspect among the different subsets of the first plurality of syntactical elements and further based on a second relational aspect among the different subsets of the first plurality of syntactical elements;

the second plurality of probabilities is generated during the second iteration by applying the multiplication function to the weights which are updated based on the first plurality of probabilities, such that the second plurality of probabilities are utilized via a third iteration during which the second attention that is directed is among a second plurality of attentions that is directed to the different representations of the different subsets of the first plurality of syntactical elements, where the second plurality of attentions is prioritized based on the second plurality of probabilities by being prioritized utilizing the weights which are updated based on the second plurality of probabilities, where the trained computer-implemented neural network does not include the recurrent neural network to avoid at least one instance of recurrency to increase efficacy with which the second plurality of attentions are prioritized in another single step;

the third plurality of probabilities is generated during the third iteration by applying the multiplication function to the weights which are updated based on the second plurality of probabilities; and

the trained computer-implemented neural network does not include the recurrent neural network to avoid at least one instance of recurrency to increase efficacy with which the trained computer-implemented neural network utilizes a plurality of cognitive computing processors.

**31**. The system of claim **10**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of a single matrix that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, in response to which the second plurality of syntactical elements is caused to be sent to the user in the communication,

is based on a position of each syntactical element of at least a portion of the first plurality of syntactical elements, such that the single matrix includes position information on the position of each syntactical element of the at least portion of the first plurality of syntactical elements, and

includes at least one aspect thereof that is normalized; and

the first plurality of probabilities is generated utilizing the single matrix.

**32**. The system of claim **31**, wherein the system is configured such that:

the trained computer-implemented neural network does not include the recurrent neural network and the one or more processors include one or more cognitive computing-based processors, for prioritizing multiple attentions utilizing the single matrix that represents all of the first plurality of syntactical elements that constitutes the entirety of the syntactical element portion of the user prompt received from the user, where the prioritizing is completed before any usage of a result of the prioritizing of any of the multiple attentions utilizing the single matrix that represents all of the first plurality of syntactical elements that constitutes the entirety of the syntactical element portion of the user prompt received from the user.

**33**. The system of claim **32**, wherein the system is configured such that:

the information is received with the user prompt and is capable of including at least one human user-provided image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one human user-provided image in addition to the first plurality of syntactical elements; and, based on the first plurality of probabilities, one or more attentions is caused to be directed to a representation of at least a portion of the at least one human user-provided image; and

based on the third plurality of probabilities, at least one responsive image is capable of being caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the second plurality of syntactical elements, in the communication.

**34**. The system of claim **32**, wherein the system is configured such that:

the information is received with the user prompt and is capable of including at least one human user-provided image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one human user-provided image in addition to the first plurality of syntactical elements; and, based on the first plurality of probabilities, one or more attentions is caused to be directed to a representation of at least a portion of the at least one human user-provided image in addition to the first attention being directed to the representation of the first subset of the first plurality of syntactical elements.

**35**. The system of claim **32**, wherein the system is configured such that:

based on the third plurality of probabilities, at least one responsive image is capable of being caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements,

such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the second plurality of syntactical elements, in the communication.

**36**. The system of claim **35**, wherein the system is configured such that the at least one responsive image is identified by identifying a pre-existing image to be the at least one image.

**37**. The system of claim **35**, wherein the system is configured such that the at least one responsive image is identified by generating a new image to be the at least one image.

**38**. The system of claim **10**, wherein the system is configured such that, after the communication, which includes the second plurality of syntactical elements, is caused to be sent to the user:

a third plurality of syntactical elements is received from the user that addresses the second plurality of syntactical elements; and

a fourth plurality of syntactical elements is caused to be generated and sent to the user, based on the third plurality of syntactical elements.

**39**. The system of claim **38**, wherein the system is configured such that the fourth plurality of syntactical elements is caused to be generated, based on at least one additional attention and at least one additional plurality of probabilities, which are both based on the third plurality of syntactical elements.

**40**. The system of claim **38**, wherein the system is configured such that the trained computer-implemented neural network is caused to be trained utilizing the third plurality of syntactical elements.

**41**. The system of claim **38**, wherein the system is configured such that the trained computer-implemented neural network is not trained utilizing the third plurality of syntactical elements.

**42**. The system of claim **10**, wherein the system is configured such that the trained computer-implemented neural network is trained by a plurality of focuses of attention being automatically directed.

**43**. The system of claim **10**, wherein the system is configured such that the first plurality of syntactical elements includes natural language.

**44**. The system of claim **10**, wherein the system is configured such that the trained computer-implemented neural network is trained on a training set including a plurality of images each associated with one or more syntactical elements, to infer at least one syntactical element corresponding to one or more pixel patterns within one or more of the plurality of images.

**45**. The system of claim **10**, wherein the system is configured such that the trained computer-implemented neural network is trained on one or more training sets that include representations of each of a plurality of semantic chains, where the representations are logically linked.

**46**. The system of claim **10**, wherein the system is configured such that the trained computer-implemented neural network is trained on one or more training sets that include linked representations of each of a plurality of semantic chains.

**47**. The system of claim **10**, wherein the system is configured such that each of the second plurality of syntactical elements is associated with a distinct probability.

**48**. The system of claim **10**, wherein the system is configured to direct the second attention based on the second plurality of probabilities and a value of information.

**49**. The system of claim **10**, wherein the system is configured such that no communication with human-perceptible output is caused to be sent to the user that includes a human user, after a human-provided prompt is received from the human user, and before the communication is caused to be sent to the human user based on the human-provided prompt.

**50**. The system of claim **49**, wherein the system is configured such that the human-provided prompt includes the first plurality of syntactical elements, the communication includes a third plurality of syntactical elements, and at least one operation is caused based on the second plurality of syntactical elements to generate a result that is used to generate the third plurality of syntactical elements included in the communication.

**51**. The system of claim **50**, wherein the system is configured such that, after the at least one operation, a fourth plurality of syntactical elements is caused to be generated by multiple-attention direction via application of the trained computer-implemented neural network based on the result of the at least one operation, and the third plurality of syntactical elements is caused to be generated by multiple-attention direction via application of the trained computer-implemented neural network based on the fourth plurality of syntactical elements.

**52**. The system of claim **50**, wherein the system is configured such that the at least one operation includes a composition that results in a chain including linked representations of each of a plurality of semantic chains, and the third plurality of syntactical elements is caused to be generated by multiple-attention direction via application of the trained computer-implemented neural network based on the chain.

**53**. The system of claim **50**, wherein the system is configured such that the at least one operation includes generating an explanation for the second plurality of syntactical elements, and the third plurality of syntactical elements is caused to be generated by multiple-attention direction via application of the trained computer-implemented neural network based on the explanation.

**54**. The system of claim **50**, wherein the system is configured such that the at least one operation includes:

a composition that results in a chain including linked representations of each of a plurality of semantic chains; and

generating an explanation.

**55**. The system of claim **50**, wherein the system is configured such that the at least one operation is iteratively caused based on different pluralities of syntactical elements, until an expected net information value, that is calculated based on an expected value and an expected cost and that reflects an expected amount of potential to affect a selection of one or more of the third plurality of syntactical elements, is insufficient.

**56**. The system of claim **49**, wherein the system is configured such that the human-provided prompt is received before the access is caused to the first plurality of syntactical elements, the communication includes the second plurality of syntactical elements, and at least one operation is caused to generate a result that is used to generate the first plurality of syntactical elements.

**57**. The system of claim **56**, wherein the system is configured such that the at least one operation is caused to generate the result without utilizing the trained computer-implemented neural network.

**58**. The system of claim **56**, wherein the system is configured such that, after the at least one operation, a third

plurality of syntactical elements is caused to be generated by multiple-attention direction via application of the trained computer-implemented neural network based on the result of the at least one operation, and the first plurality of syntactical elements is caused to be generated by multiple-attention direction via application of the trained computer-implemented neural network based on the third plurality of syntactical elements.

**59**. The system of claim **56**, wherein the system is configured such that the at least one operation includes one or more searches in at least one database based on the human-provided prompt, and the first plurality of syntactical elements is caused to be generated by multiple-attention direction via application of the trained computer-implemented neural network based on the result of the one or more searches.

**60**. The system of claim **56**, wherein the system is configured such that the at least one operation includes a composition, generated by multiple-attention direction via application of the trained computer-implemented neural network, that results in a chain including linked representations of each of a plurality of semantic chains, where the first plurality of syntactical elements is caused to be generated by multiple-attention direction via application of the trained computer-implemented neural network based on the chain.

**61**. The system of claim **56**, wherein the system is configured such that the at least one operation includes identifying at least one aspect of a profile of the human user based on at least one previous human-provided prompt received from the human user before the human-provided prompt is received, and the first plurality of syntactical elements is caused to be generated by multiple-attention direction via application of the trained computer-implemented neural network based on the at least one aspect of the profile of the human user.

**62**. The system of claim **56**, wherein the system is configured such that a third plurality of syntactical elements is caused to be generated by multiple-attention direction via application of the trained computer-implemented neural network based on the human-provided prompt, the at least one operation includes generating an explanation for the third plurality of syntactical elements by multiple-attention direction via application of the trained computer-implemented neural network based on the third plurality of syntactical elements, and the first plurality of syntactical elements is caused to be generated by multiple-attention direction via application of the trained computer-implemented neural network based on the explanation.

**63**. The system of claim **56**, wherein the system is configured such that the at least one operation includes at least two of:

identifying at least one aspect of a profile of the human user based on at least one previous human-provided prompt received from the human user before the human-provided prompt is received;

one or more searches in at least one database based on the human-provided prompt;

a composition that results in a chain including linked representations of each of a plurality of semantic chains; and

generating an explanation for a result of an application of the trained computer-implemented neural network.

**64**. The system of claim **56**, wherein the system is configured such that the at least one operation includes at least three of:

identifying at least one aspect of a profile of the human user based on at least one previous human-provided prompt received from the human user before the human-provided prompt is received;

one or more searches in at least one database based on the human-provided prompt;

a composition that results in a chain including linked representations of each of a plurality of semantic chains; and

generating an explanation for a result of an application of the trained computer-implemented neural network.

**65**. The system of claim **56**, wherein the system is configured such that the at least one operation includes:

identifying at least one aspect of a profile of the human user based on at least one previous human-provided prompt received from the human user before the human-provided prompt is received;

one or more searches in at least one database based on the human-provided prompt;

a composition that results in a chain including linked representations of each of a plurality of semantic chains; and

generating an explanation for a result of an application of the trained computer-implemented neural network.

**66**. The system of claim **56**, wherein the system is configured such that the at least one operation is iteratively caused by multiple-attention direction via application of the trained computer-implemented neural network based on different pluralities of syntactical elements, until an expected net information value, that is calculated based on an expected value and an expected cost and that reflects an expected affect on a selection of one or more of the second plurality of syntactical elements, is insufficient.

**67**. The system of claim **10**, wherein the system is configured such that the computer-implemented neural network is of the type other than the recurrent neural network, by the system not utilizing any recurrent neural network.

**68**. The system of claim **10**, wherein the system is configured such that the computer-implemented neural network is capable of extracting features from the first plurality of syntactical elements by applying one or more feature extraction nodes.

**69**. The system of claim **10**, wherein the system is configured such that the computer-implemented neural network is of the type other than the recurrent neural network, by the computer-implemented neural network being a deep-learning neural network without any neural network recurrency.

**70**. The system of claim **10**, wherein the system is configured such that:

the computer-implemented neural network is of the type other than the recurrent neural network, by the computer-implemented neural network not including the recurrent neural network; and

a scalability advantage and computational efficiency advantage is afforded by converting language-based relationships among the first plurality of syntactical elements, into numerical values.

**71**. The system of claim **10**, wherein the system is configured such that the trained computer-implemented neural network is applied to one or more vectors representing the first plurality of syntactical elements, where the application of the trained computer-implemented neural network is adjusted based on an availability of computing resources of the system.

**72**. The system of claim **10**, wherein the system is configured such that the first attention is among a first

plurality of attentions that is prioritized based on a first relational aspect among different subsets of the first plurality of syntactical elements and further based on a second relational aspect among the different subsets of the first plurality of syntactical elements.

**73**. The system of claim **10**, wherein the system is configured such that the communication includes an audible form of the second plurality of syntactical elements.

**74**. The system of claim **10**, wherein the system is configured such that at least one of the first attention or the second attention is prioritized based on automatically inferred relationships among the first plurality of syntactical elements, where the automatically inferred relationships are indicated by values in one or more vectors, and each of the values in the one or more vectors corresponds to a single automatically inferred relationship among only two of the first plurality of syntactical elements.

**75**. The system of claim **10**, wherein the system is configured such that at least one of the first attention or the second attention is prioritized based on relationships among the first plurality of syntactical elements that are automatically inferred in accordance with a recency factor, where the relationships are reflected in values in one or more vectors, and each of the values in the one or more vectors corresponds to an associated subset of the first plurality of syntactical elements.

**76**. The system of claim **10**, wherein the system is configured such that the first attention that is directed is among a first plurality of attentions that is prioritized such that only a subset of the first plurality of attentions corresponding to only a subset of different subsets of the first plurality of syntactical elements is a basis for the generation of the second plurality of probabilities.

**77**. The system of claim **10**, wherein the system is configured such that:

an attention prioritization algorithm is applied in connection with a first attention value associated with the first attention and a second attention value associated with the second attention;

the first attention value associated with the first attention is one of a plurality of first attention values associated with a first plurality of attentions that includes the first attention so that the attention prioritization algorithm is applied to prioritize the first plurality of attentions utilizing the plurality of first attention values; and

the second attention value associated with the second attention is one of a plurality of second attention values associated with a second plurality of attentions that includes the second attention so that the attention prioritization algorithm is also applied to prioritize the second plurality of attentions utilizing the plurality of second attention values.

**78**. The system of claim **10**, wherein the system is configured such that:

an attention prioritization algorithm is applied in connection with a first attention value associated with the first attention and a second attention value associated with the second attention;

the first attention value associated with the first attention indicates a strength of a correspondence in connection with the first subset of the first plurality of syntactical elements; and

the second attention value associated with the second attention indicates a strength of a correspondence in connection with the second subset of the first plurality of syntactical elements.

**79**. The system of claim **10**, wherein the system is configured such that:

an attention prioritization algorithm is applied in connection with a first attention value associated with the first attention and a second attention value associated with the second attention;

the first attention is directed by applying the attention prioritization algorithm in connection with the first attention value that is based on at least one automatically inferred relationship between the first subset of the first plurality of syntactical elements and at least one other subset of the first plurality of syntactical elements; and

the second attention is directed by applying the attention prioritization algorithm in connection with the second attention value that is based on at least one other automatically inferred relationship between the second subset of the first plurality of syntactical elements and at least one additional subset of the first plurality of syntactical elements.

**80**. The system of claim **10**, wherein the system is configured such that:

an attention prioritization algorithm is applied in connection with a first attention value associated with the first attention and a second attention value associated with the second attention;

the first attention is directed by applying the attention prioritization algorithm in connection with the first attention value that is based on: at least one automatically inferred relationship between the first subset of the first plurality of syntactical elements, including a single syntactical element, and at least one other single one of the first plurality of syntactical elements, and a recency factor; and

the second attention is directed by applying the attention prioritization algorithm in connection with the second attention value that is based on: at least one other automatically inferred relationship between the second subset of the first plurality of syntactical elements, including an additional single syntactical element, and at least one other additional single one of the first plurality of syntactical elements, and the recency factor.

**81**. The system of claim **10**, wherein the system is configured such that:

an attention prioritization algorithm is applied in connection with a first attention value associated with the first attention and a second attention value associated with the second attention;

the first attention is directed by applying the attention prioritization algorithm in connection with the first attention value that is based on one or more probabilities that is generated by multiple-attention direction via application of the trained computer-implemented neural network; and

the second attention is directed by applying the attention prioritization algorithm in connection with the second attention value that is based on another one or more probabilities that is generated by multiple-attention direction via application of the trained computer-implemented neural network.

**82**. The system of claim **10**, wherein the system is configured such that the first attention is directed to the representation of the first subset of the first plurality of syntactical elements, by prioritizing the first subset of the first plurality of syntactical elements over at least one other subset of the first plurality of syntactical elements.

**83**. The system of claim **10**, wherein the system is configured such that the first attention is directed to the representation of the first subset of the first plurality of syntactical elements, by prioritizing the first attention directed to the representation of the first subset of the first plurality of syntactical elements over at least one other attention directed to a representation of at least one other subset of the first plurality of syntactical elements.

**84**. The system of claim **10**, wherein the system is configured such that the first attention is directed to the representation of the first subset of the first plurality of syntactical elements, by prioritizing the first attention directed to the representation of the first subset of the first plurality of syntactical elements over all other attentions directed to representations of all other subsets of the first plurality of syntactical elements.

**85**. The system of claim **10**, wherein the system is configured such that the first attention is directed to the representation of the first subset of the first plurality of syntactical elements, by prioritizing the first attention directed to the representation of the first subset of the first plurality of syntactical elements over at least one other attention directed to the representation of the second subset of the first plurality of syntactical elements, such that the second attention is capable of being directed to the representation of the second subset of the first plurality of syntactical elements, by being capable of prioritizing the second attention directed to the representation of the second subset of the first plurality of syntactical elements over at least one yet another attention directed to the representation of the first subset of the first plurality of syntactical elements.

**86**. The system of claim **85**, wherein the system is configured such that the capability of the prioritization of the second attention directed to the representation of the second subset of the first plurality of syntactical elements over the at least one yet another attention directed to the representation of the first subset of the first plurality of syntactical elements, is based on the second plurality of probabilities.

**87**. The system of claim **85**, wherein the system is configured such that the capability of the prioritization of the second attention includes prioritization of the second attention over the at least one yet another attention that includes the first attention, based on the second plurality of probabilities.

**88**. The system of claim **85**, wherein the system is configured such that the capability of the prioritization of the second attention includes prioritization of the second attention over the at least one yet another attention, based on a scoring algorithm.

**89**. The system of claim **85**, wherein the system is configured such that a different one or more subsets of the first plurality of syntactical elements has a most-prioritized attention for each of a plurality of iterations.

**90**. The system of claim **85**, wherein the system is configured such that a different one or more subsets of the first plurality of syntactical elements has a most-prioritized attention for each of a plurality of iterations based on at least one probabilistic evaluation.

**91**. The system of claim **10**, wherein the system is configured such that the first attention is a most-prioritized one of a first plurality of attentions and the second attention is a most-prioritized one of a second plurality of attentions, where different representations of different subsets of the first plurality of syntactical elements are subject to a most-prioritized attention during different iterations.

**92**. The system of claim **10**, wherein the system is configured such that:

the second plurality of probabilities is generated based on a first plurality of attentions, which includes the first attention among other of the first plurality of attentions, being directed to different representations of different subsets of the first plurality of syntactical elements;

the first plurality of attentions is prioritized based on a first relational aspect among the different subsets of the first plurality of syntactical elements and further based on a second relational aspect among the different subsets of the first plurality of syntactical elements; and

the third plurality of probabilities is generated based on a second plurality of attentions, which includes the second attention among other of the second plurality of attentions, being directed;

where at least one of the first plurality of attentions or the second plurality of attentions is prioritized based on a strength of a correspondence in connection with an associated one of the different representations of the different subsets of the first plurality of syntactical elements, and the different subsets of the first plurality of syntactical elements each includes a different word.

**93**. The system of claim **10**, wherein the system is configured such that the second plurality of syntactical elements describes a first scenario, and the one or more programs include instructions for causing:

a determination whether the first scenario represents objective reality; and

based on a determination that the first scenario does not represent objective reality, generation, by iteratively directing a plurality of attentions utilizing the second plurality of syntactical elements, of a third plurality of syntactical elements that describe a second scenario that represents objective reality.

**94**. The system of claim **93**, wherein the system is configured such that:

a human-provided creativity tuning setting is capable of being received that, when received, causes tuning of syntactical element generation, by causing a selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

a human-provided prompt is augmented by performing a search utilizing the human-provided prompt, to include at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the syntactical element generation is based on the at least one user profile aspect.

**95**. The system of claim **93**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of one or more representations that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, and

is influenced by a position of each syntactical element of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element

portion of the user prompt received from the user, and a relative importance or relevance of a plurality of relationships among all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user;

the first plurality of probabilities is generated during a first iteration, such that the first plurality of probabilities are utilized via a second iteration during which the first attention that is directed is among a first plurality of attentions that is directed to different representations of different subsets of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user;

the second plurality of probabilities is generated during the second iteration, such that the second plurality of probabilities are utilized via a third iteration during which the second attention that is directed is among a second plurality of attentions that is directed; and

the third plurality of probabilities is generated during the third iteration.

**96**. The system of claim **95**, wherein the system is configured such that the trained computer-implemented neural network is of the type other than the recurrent neural network to avoid neural network recurrency, while utilizing one or more hardware cognitive computing processors, in connection with prioritizing the first plurality of attentions for all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user, before utilization of the prioritization of any of the first plurality of attentions for any of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user.

**97**. The system of claim **93**, wherein the system is configured such that the determination whether the first scenario represents objective reality is performed by automatically searching within content and interpreting a result of the searching.

**98**. The system of claim **93**, wherein the system is configured such that the first plurality of syntactical elements is automatically generated by a non-human user without being directly prompted by any human user prompt, and the determination whether the first scenario represents objective reality is automatically caused by the non-human user without being directly prompted by any human user prompt.

**99**. The system of claim **98**, wherein the system is configured such that a creativity tuning setting is capable of being received, for causing a tuning of the generation of the second plurality of syntactical elements and the third plurality of syntactical elements based on the creativity tuning setting.

**100**. The system of claim **99**, wherein the system is configured such that the creativity tuning setting causes the tuning of the generation of the third plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the third plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**101**. The system of claim **98**, wherein the system is configured such that the non-human user includes the system.

**102**. The system of claim **98**, wherein the system is configured such that the non-human user includes another computer-implemented neural network that automatically generates the first plurality of syntactical elements via multiple-attention direction.

**103**. The system of claim **98**, wherein the one or more programs include instructions for:

automatically causing generation, by iteratively directing an other plurality of attentions of the trained computer-implemented neural network, of a fourth plurality of syntactical elements that provides an explanation for at least one plurality of syntactical elements.

**104**. The system of claim **103**, wherein the system is configured such that:

the at least one plurality of syntactical elements includes the second plurality of syntactical elements; and

the third plurality of syntactical elements is caused to be generated, by iteratively directing the plurality of attentions utilizing the fourth plurality of syntactical elements, in addition to the second plurality of syntactical elements.

**105**. The system of claim **103**, wherein the system is configured such that:

the at least one plurality of syntactical elements includes the third plurality of syntactical elements; and

the fourth plurality of syntactical elements is caused to be generated, by iteratively directing the plurality of attentions utilizing the third plurality of syntactical elements, in addition to the second plurality of syntactical elements.

**106**. The system of claim **98**, wherein the one or more programs include instructions for:

causing access to a request, received from the user that includes a human user, for an explanation for the third plurality of syntactical elements that is included in the communication caused to be sent to the human user; and

in response to the request, causing generation, by iteratively directing an other plurality of attentions of the trained computer-implemented neural network, of a fourth plurality of syntactical elements that provides the explanation and that is included in another communication caused to be sent to the human user.

**107**. The system of claim **93**, wherein the system is configured such that the second plurality of syntactical elements is included in the communication caused to be sent to the user, the user includes a human user, the first plurality of syntactical elements is caused to be accessed in response to being received from the human user, the determination whether the first scenario represents objective reality is caused in response to a reaction to the second plurality of syntactical elements that is received from the human user, and the one or more programs include instructions for: causing an other communication including the third plurality of syntactical elements to be sent to the human user.

**108**. The system of claim **107**, wherein the system is configured such that the human user includes a training user who trains the system for use by an end user.

**109**. The system of claim **107**, wherein the system is configured such that a creativity tuning setting is capable of being received from the human user, for causing a tuning of the generation of at least one of the second plurality of syntactical elements or the third plurality of syntactical elements, based on the creativity tuning setting.

**110**. The system of claim **109**, wherein the system is configured such that the creativity tuning setting causes the tuning of the generation of the third plurality of syntactical

elements, by causing a selection of a first syntactical element with a first associated probability to be included with the third plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**111**. The system of claim **110**, wherein the system is configured such that the human user includes an end user who uses the system that is trained by a training user.

**112**. The system of claim **107**, wherein the system is configured such that at least one usage behavior is identified for the human user that includes an end user who uses the system that is trained by a training user, where at least one of the second plurality of syntactical elements or the third plurality of syntactical elements is caused to be generated, based on the at least one usage behavior.

**113**. The system of claim **107**, wherein the system is configured such that at least one usage behavior is identified including at least one prompt received from the human user that includes an end user who uses the system that is trained by a training user, and a creativity tuning setting is capable of being received from the end user, for causing a tuning of the generation at least one of the second plurality of syntactical elements or the third plurality of syntactical elements, based on the creativity tuning setting and the at least one usage behavior including the at least one prompt received from the end user.

**114**. The system of claim **113**, wherein the system is configured such that:

the creativity tuning setting causes a tuning of the generation of the second plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the second plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability; and

the creativity tuning setting causes a tuning of the generation of the third plurality of syntactical elements, by causing a selection of a third syntactical element with a third associated probability to be included with the third plurality of syntactical elements, instead of a fourth syntactical element with a fourth associated probability, even though the third associated probability is less than the fourth associated probability.

**115**. The system of claim **107**, wherein the system is configured such that one or more user preferences is identified for the human user that includes an end user who uses the system that is trained by a training user, where at least one of the second plurality of syntactical elements or the third plurality of syntactical elements is caused to be generated, based on the one or more user preferences.

**116**. The system of claim **107**, wherein the one or more programs include instructions for causing:

inference, utilizing the trained computer-implemented neural network, of a preference of the human user that includes an end user who uses the system that is trained by a training user, based on a plurality of usage behaviors of the end user;

generation of one or more vector representations of the inferred user's preference utilizing the trained computer-implemented neural network;

access to a plurality of stored vector representations that each represent at least one of a plurality of distinct items of content, and that is generated utilizing the trained computer-implemented neural network;

comparison of the one or more vector representations of the inferred user's preference with the plurality of stored vector representations; and

selection of one or more of the plurality of stored vector representations based on the comparison.

**117**. The system of claim **116**, wherein the system is configured such that the communication is generated utilizing one or more of the plurality of distinct items of content that correspond to the selected one or more of the plurality of stored vector representations.

**118**. The system of claim **116**, wherein the system is configured such that the other communication is generated utilizing one or more of the plurality of distinct items of content that correspond to the selected one or more of the plurality of stored vector representations.

**119**. The system of claim **116**, wherein the system is configured such that the second plurality of syntactical elements and the third plurality of syntactical elements are generated based on the one or more of the plurality of distinct items of content.

**120**. The system of claim **116**, wherein the system is configured such that the second plurality of syntactical elements includes the one or more of the plurality of distinct items of content.

**121**. The system of claim **116**, wherein the system is configured such that the third plurality of syntactical elements includes the one or more of the plurality of distinct items of content.

**122**. The system of claim **116**, wherein the system is configured such that the comparison is performed, utilizing a mathematical-based vector comparison algorithm.

**123**. The system of claim **107**, wherein the one or more programs include instructions for:

causing access to a request, received from the human user, for an explanation for the second plurality of syntactical elements; and

in response to the request, causing generation, by iteratively directing an other plurality of attentions of the trained computer-implemented neural network, of a fourth plurality of syntactical elements that provides the explanation.

**124**. The system of claim **123**, wherein the system is configured such that the third plurality of syntactical elements is caused to be generated, by iteratively directing the plurality of attentions based on the fourth plurality of syntactical elements, the second plurality of syntactical elements, and the reaction.

**125**. The system of claim **123**, wherein the system is configured such that the reaction includes the request.

**126**. The system of claim **123**, wherein the system is configured such that the reaction is received separately from the request.

**127**. The system of claim **107**, wherein the one or more programs include instructions for:

causing access to a request, received from the human user, for an explanation for the third plurality of syntactical elements; and

in response to the request, causing generation, by iteratively directing an other plurality of attentions of the trained computer-implemented neural network, of a fourth plurality of syntactical elements that provides the explanation and that is caused to be sent to the human user in yet another communication.

**128**. The system of claim **93**, wherein the system is configured such that the second plurality of syntactical elements is included in the communication caused to be sent to the user, the user includes a human user from whom a

prompt is received, the determination whether the first scenario represents objective reality is caused in response to a reaction to the second plurality of syntactical elements that is received from the human user, and the one or more programs include instructions for:

causing generation, by iteratively directing an other plurality of attentions utilizing the prompt, of a fourth plurality of syntactical elements;

automatically causing generation, by iteratively directing yet another plurality of attentions of the trained computer-implemented neural network, of the first plurality of syntactical elements that provides an explanation for the fourth plurality of syntactical elements, such that the second plurality of syntactical elements is generated based on the explanation; and

causing an other communication including the third plurality of syntactical elements to be sent to the human user.

**129**. The system of claim **10**, wherein the system is configured such that the computer-implemented neural network is trained utilizing an output from an other computer-implemented neural network.

**130**. The system of claim **129**, wherein the system is configured such that the output from the other computer-implemented neural network is based on a composition that results in a chain including linked representations of each of a plurality of semantic chains.

**131**. The system of claim **129**, wherein the system is configured such that the output from the other computer-implemented neural network is based on an explanation generated by the other computer-implemented neural network for at least one syntactical element generated by an application of the other computer-implemented neural network.

**132**. The system of claim **129**, wherein the system is configured such that the output from the other computer-implemented neural network is based on at least two operations including at least two of:

one or more searches in at least one database;

a composition that results in a chain including linked representations of each of a plurality of semantic chains; and

generating an explanation for an application of the other computer-implemented neural network.

**133**. The system of claim **132**, wherein the system is configured such that one or more of the at least two operations is iteratively performed by application of the other computer-implemented neural network based on different pluralities of syntactical elements, until an expected net information value, that is calculated based on an expected value and an expected cost and that indicates an expected affect on the output from the other computer-implemented neural network, is insufficient.

**134**. The system of claim **129**, wherein the system is configured such that the output from the other computer-implemented neural network is based on at least one operation including at least one of:

one or more searches in at least one database;

a composition that results in a chain including linked representations of each of a plurality of semantic chains; or

generating an explanation for an application of the other computer-implemented neural network.

**135**. The system of claim **10**, wherein the system is configured such that the trained computer-implemented neural network is trained utilizing an output that is generated by directing a plurality of attentions and utilizing another computer-implemented neural network that is of the type other than the recurrent neural network.

**136**. The system of claim **10**, wherein the system is configured such that the trained computer-implemented neural network is trained utilizing a third plurality of syntactical elements that is generated by directing a plurality of attentions and utilizing another computer-implemented neural network based on a fourth plurality of syntactical elements, the another computer-implemented neural network being of the type other than the recurrent neural network.

**137**. The system of claim **136**, wherein the system is configured such that a creativity tuning setting is capable of being received, for causing a tuning of the generation of the third plurality of syntactical elements based on the creativity tuning setting.

**138**. The system of claim **137**, wherein the system is configured such that the creativity tuning setting causes the tuning of the generation of the third plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the third plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**139**. The system of claim **10**, wherein the one or more programs include instructions for, before the access is caused to the first plurality of syntactical elements, causing:

access to an other computer-implemented neural network that is trained by directing a first plurality of attentions to different representations of different subsets of a first plurality of items of content, the other computer-implemented neural network being of the type other than the recurrent neural network;

generation, by directing a second plurality of attentions and utilizing the trained other computer-implemented neural network, of a second plurality of items of content; and

training the computer-implemented neural network by directing a third plurality of attentions to different representations of different subsets of the second plurality of items of content.

**140**. The system of claim **139**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of one or more representations that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, and

reflects a position of each syntactical element of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user, and a relative importance or relevance of a plurality of relationships among all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user;

the first plurality of probabilities is generated utilizing the one or more representations during a first iteration, such that the first plurality of probabilities are utilized via a second iteration during which the first attention that is directed is among a fourth plurality of attentions that is directed to different representations of different subsets of all of the first plurality of syntactical ele-

ments that constitute the entirety of the syntactical element portion of the user prompt received from the user;

the second plurality of probabilities is generated during the second iteration, such that the second plurality of probabilities are utilized via a third iteration during which the second attention that is directed is among a fifth plurality of attentions that is directed; and

the third plurality of probabilities is generated during the third iteration.

**141**. The system of claim **140**, wherein the system is configured such that the trained computer-implemented neural network is of the type other than the recurrent neural network to reduce recurrency, while utilizing one or more hardware cognitive computing processors, in connection with a completion of prioritizing the fourth plurality of attentions based on the relative importance or relevance of the plurality of relationships among all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user, before a start of utilization of the prioritization of any of the fourth plurality of attentions for any of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user.

**142**. The system of claim **139**, wherein the system is configured such the computer-implemented neural network is a component of the system, and the other computer-implemented neural network is external to the system.

**143**. The system of claim **139**, wherein the system is configured such that the computer-implemented neural network and the other computer-implemented neural network are components of the system.

**144**. The system of claim **139**, wherein the system is configured such that at least a portion of the second plurality of items of content is automatically input into the computer-implemented neural network for training of the computer-implemented neural network, in response to being generated.

**145**. The system of claim **139**, wherein the system is configured such that the second plurality of items of content include both syntactical elements and images.

**146**. The system of claim **139**, wherein the system is configured such that a creativity tuning setting is capable of being received, for causing a tuning of the generation of the second plurality of items of content based on the creativity tuning setting.

**147**. The system of claim **146**, wherein the system is configured such that the creativity tuning setting causes the tuning of the generation of the second plurality of items of content, by selecting a first item of content with a first associated probability to be included with the second plurality of items of content, instead of a second item of content with a second associated probability, even though the first associated probability is less than the second associated probability.

**148**. The system of claim **10**, wherein the system is configured such that:

the second plurality of syntactical elements includes a description of a first scenario; and

the one or more programs include instructions for:

causing generation, by the trained computer-implemented neural network directing a plurality of attentions, of a third plurality of syntactical elements that provides an explanation for the second plurality of syntactical elements; and



causing generation, by the trained computer-implemented neural network directing an other plurality of attentions, of a fourth plurality of syntactical elements that updates the description of the first scenario based on the third plurality of syntactical elements that provides the explanation, the fourth plurality of syntactical elements that updates the description of the first scenario being included in the communication.

**149**. The system of claim **148**, wherein the system is configured such that no communication is caused to be sent to any human user with the second plurality of syntactical elements nor the third plurality of syntactical elements, after a human-provided prompt is received from the user that includes a human user, and before the communication is caused to be sent to the human user in response to the human-provided prompt.

**150**. The system of claim **148**, wherein the system is configured such that the explanation for the second plurality of syntactical elements, includes a mathematical representation of a rationale for the second plurality of syntactical elements.

**151**. The system of claim **148**, wherein the system is configured such that the explanation for the second plurality of syntactical elements, includes an explanation as to why the second plurality of syntactical elements were generated.

**152**. The system of claim **148**, wherein the system is configured such that the explanation for the second plurality of syntactical elements, includes an explanation for one or more of the second plurality of syntactical elements themselves and includes a reference to the one or more of the second plurality of syntactical elements.

**153**. The system of claim **148**, wherein the system is configured such that the explanation for the second plurality of syntactical elements, includes a reference to a concept or theme associated with one or more of the second plurality of syntactical elements.

**154**. The system of claim **148**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, where the trained computer-implemented neural network does not include the recurrent neural network to avoid at least one instance of recurrency in connection with processing all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user,

is generated based on a position of each syntactical element of at least a portion of the first plurality of syntactical elements,

includes weights for the first plurality of syntactical elements that are based on a relative importance or relevance of a plurality of relationships of the first plurality of syntactical elements, where the trained computer-implemented neural network does not include the recurrent neural network to avoid at least one instance of recurrency and to enable a scalability increase in connection with processing of the weights, and

is processed to convert each of the weights to a value in a range from zero (0) and (1);

the first plurality of probabilities is generated during a first iteration by applying a multiplication function to the weights, such that the first plurality of probabilities are utilized via a second iteration during which the first attention that is directed is among a first plurality of attentions that is directed to different representations of different subsets of the first plurality of syntactical elements, where the first plurality of attentions is prioritized based on the first plurality of probabilities by being prioritized utilizing the weights which are updated based on the first plurality of probabilities, and where the trained computer-implemented neural network does not include the recurrent neural network to avoid at least one instance of recurrency in connection with the first plurality of attentions being prioritized in a single step;

the second plurality of probabilities is generated during the second iteration by applying the multiplication function to the weights which are updated based on the first plurality of probabilities, such that the second plurality of probabilities are utilized via a third iteration during which the second attention that is directed is among a second plurality of attentions that is directed to the different representations of the different subsets of the first plurality of syntactical elements, where the second plurality of attentions is prioritized based on the second plurality of probabilities by being prioritized utilizing the weights which are updated based on the second plurality of probabilities, where the trained computer-implemented neural network does not include the recurrent neural network to avoid at least one instance of recurrency in connection with the second plurality of attentions being prioritized in another single step;

the third plurality of probabilities is generated during the third iteration by applying the multiplication function to the weights which are updated based on the second plurality of probabilities; and

the trained computer-implemented neural network does not include the recurrent neural network to avoid at least one instance of recurrency in connection with the trained computer-implemented neural network utilizing a plurality of cognitive computing processors.

**155**. system of claim **148**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, and

reflects a position of each syntactical element of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user, and a relative importance or relevance of a plurality of relationships associated with all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user;

the first plurality of probabilities is generated utilizing the at least one vector during a first iteration, such that the first plurality of probabilities are utilized via a second iteration during which the first attention that is directed is among a first plurality of attentions that is directed to different representations of different subsets of the first plurality of syntactical elements;

the second plurality of probabilities is generated during the second iteration, such that the second plurality of probabilities are utilized via a third iteration during which the second attention that is directed is among a second plurality of attentions that is directed; and

the third plurality of probabilities is generated during the third iteration.

**156**. The system of claim **155**, wherein the system is configured such that:

the trained computer-implemented neural network does not include the recurrent neural network to reduce recurrency to increase efficacy in:

processing all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user;

the first plurality of attentions being prioritized as part of a single step, and the second plurality of attentions being prioritized as part of another single step; and

the trained computer-implemented neural network being implemented utilizing a plurality of hardware cognitive computing processors.

**157**. The system of claim **155**, wherein the system is configured such that:

the trained computer-implemented neural network is of the type other than the recurrent neural network to reduce recurrency, while utilizing one or more hardware cognitive computing processors, in connection with prioritizing, in a single step, the first plurality of attentions;

the information is received with the user prompt and is capable of including at least one human user-provided image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one human user-provided image in addition to the first plurality of syntactical elements; and, based on the first plurality of probabilities, one or more attentions is caused to be applied to a representation of at least a portion of the at least one human user-provided image in another single step during which the first attention is directed to the representation of the first subset of the first plurality of syntactical elements; and

at least one responsive image is capable of being caused to be identified by application of the trained computer-implemented neural network, in addition to the generation of the fourth plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the fourth plurality of syntactical elements, in the communication.

**158**. The system of claim **148**, wherein the system is configured such that the third plurality of syntactical elements is caused to be generated in response to a request generated by the system.

**159**. The system of claim **148**, wherein the system is configured such that:

a human-provided creativity tuning setting is capable of being received that, when received, causes tuning of syntactical element generation, by causing a selection of a first syntactical element with a first associated probability, instead of a second syntactical element

with a second associated probability, even though the first associated probability is less than the second associated probability;

a human-provided prompt is augmented by performing a search utilizing the human-provided prompt, to include at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where other syntactical element generation is based on the at least one user profile aspect.

**160**. The system of claim **148**, wherein the system is configured such that:

the first plurality of syntactical elements is received from the user that includes a human user;

a human-provided creativity tuning setting is capable of being received that, when received, causes a tuning of the generation of the fourth plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the fourth plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

the first plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the first plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the second plurality of syntactical elements and the fourth plurality of syntactical elements are caused to be generated, based on the at least one user profile aspect.

**161**. The system of claim **148**, wherein the system is configured such that the first plurality of syntactical elements is automatically generated by a non-human user without being directly prompted by any human user prompt.

**162**. The system of claim **161**, wherein the system is configured such that the second plurality of syntactical elements that includes the description of the first scenario, the third plurality of syntactical elements that provides the explanation, and the fourth plurality of syntactical elements that updates the description of the first scenario, are accessible to the non-human user for further training the computer-implemented neural network, but are not accessible to the user that includes a human user.

**163**. The system of claim **161**, wherein the system is configured such that the non-human user includes the trained computer-implemented neural network of the system.

**164**. system of claim **161**, wherein the system is configured such that the non-human user includes another computer-implemented neural network.

**165**. The system of claim **148**, wherein the system is configured such that a creativity tuning setting is capable of being received, for causing a tuning of the generation of the fourth plurality of syntactical elements based on the creativity tuning setting.

**166**. The system of claim **148**, wherein the system is configured such that a creativity tuning setting is capable of being received, for causing a tuning of the generation of the third plurality of syntactical elements and the fourth plurality of syntactical elements based on the creativity tuning setting.

**167**. The system of claim **166**, wherein the system is configured such that:

the creativity tuning setting causes the tuning of the generation of the third plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the third plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability; and

the creativity tuning setting causes the tuning of the generation of the fourth plurality of syntactical elements, by causing a selection of a third syntactical element with a third associated probability to be included with the fourth plurality of syntactical elements, instead of a fourth syntactical element with a fourth associated probability, even though the third associated probability is less than the fourth associated probability.

**168**. The system of claim **148**, wherein the system is configured such that the trained computer-implemented neural network is trained utilizing an output from an other computer-implemented neural network.

**169**. The system of claim **148**, wherein the system is configured such that the trained computer-implemented neural network is trained utilizing an output that is generated by directing a yet another plurality of attentions and utilizing another computer-implemented neural network that is of the type other than the recurrent neural network.

**170**. The system of claim **148**, wherein the one or more programs include instructions for, before the access is caused to the first plurality of syntactical elements, causing:

access to an other computer-implemented neural network that is trained by directing a first plurality of attentions to different representations of different subsets of a first plurality of items of content;

generation, by directing a second plurality of attentions and utilizing the trained other computer-implemented neural network, of a second plurality of items of content; and

training the computer-implemented neural network by directing a third plurality of attentions to different representations of different subsets of the second plurality of items of content.

**171**. The system of claim **170**, wherein the system is configured such that the trained computer-implemented neural network is a component of the system, and the trained other computer-implemented neural network is external to the system.

**172**. The system of claim **170**, wherein the system is configured such that the trained computer-implemented neural network and the trained other computer-implemented neural network are components of the system.

**173**. The system of claim **170**, wherein the system is configured such that a creativity tuning setting is capable of being received, for causing a tuning of the generation of the second plurality of items of content based on the creativity tuning setting.

**174**. The system of claim **173**, wherein the system is configured such that the creativity tuning setting causes the tuning of the generation of the second plurality of items of content, by selecting a first item of content with a first associated probability to be included with the second plurality of items of content, instead of a second item of content

with a second associated probability, even though the first associated probability is less than the second associated probability.

**175**. The system of claim **10**, wherein the system is configured such that:

the first plurality of syntactical elements is received from the user that includes a human user;

the communication includes the second plurality of syntactical elements that includes a description of a first scenario; and

the one or more programs include instructions for:

receiving a request, from the human user, for an explanation for the second plurality of syntactical elements; and

in response to receiving the request, causing generation, by the trained computer-implemented neural network directing a plurality of attentions, a third plurality of syntactical elements that provides the explanation; and

causing an other communication including the third plurality of syntactical elements that provides the explanation to be sent to the human user.

**176**. The system of claim **175**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements from the human user, and

is based on: a position of each syntactical element of all of the first plurality of syntactical elements received from the human user, and a relative importance or relevance of a plurality of relationships associated with all of the first plurality of syntactical elements received from the human user;

the first plurality of probabilities is generated utilizing the at least one vector during a first iteration, such that the first plurality of probabilities are utilized via a second iteration during which the first attention that is directed is among a first plurality of attentions that is directed to different representations of different subsets of all of the first plurality of syntactical elements received from the human user;

the second plurality of probabilities is generated during the second iteration, such that the second plurality of probabilities are utilized via a third iteration during which the second attention that is directed is among a second plurality of attentions that is directed; and

the third plurality of probabilities is generated during the third iteration.

**177**. The system of claim **176**, wherein the system is configured such that:

the trained computer-implemented neural network is of the type other than the recurrent neural network to avoid neural network recurrency, while utilizing one or more cognitive computing processors, in connection with prioritizing a direction of the first plurality of attentions, based on the relative importance or relevance of the plurality of relationships in connection with the different representations of the different subsets of all of the first plurality of syntactical elements received from the human user, before utilization of the prioritization of the direction of any of the first plurality of attentions in connection with any of the different representations of the different subsets of any of the first plurality of syntactical elements received from the human user; and

at least one responsive image is capable of being caused to be identified by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is capable of being caused to be sent to the human user in addition to and corresponding with the second plurality of syntactical elements, in the communication.

**178**. The system of claim **175**, wherein the system is configured such that:

the system does not cause any communication including any human-perceptible syntactical elements to be sent to the human user, after the receipt of the first plurality of syntactical elements from the human user, and before the communication is caused to be sent to the human user; and

the system does not cause any communication including any human-perceptible syntactical elements to be sent to the human user, after the receipt of the request from the human user, and before the other communication is caused to be sent to the human user.

**179**. The system of claim **175**, wherein the one or more programs include instructions for:

causing generation, by the trained computer-implemented neural network directing an other plurality of attentions, of a fourth plurality of syntactical elements that updates the description of the first scenario based on the third plurality of syntactical elements that provides the explanation.

**180**. The system of claim **179**, wherein the system is configured such that the fourth plurality of syntactical elements is caused to be generated in response to receiving the request, where the other communication includes the fourth plurality of syntactical elements that updates the description of the first scenario in addition to the third plurality of syntactical elements that provides the explanation.

**181**. The system of claim **179**, wherein the system is configured such that the fourth plurality of syntactical elements is caused to be generated in response to receiving another request, and the one or more programs include instructions for:

causing yet another communication including the fourth plurality of syntactical elements that updates the description of the first scenario to be sent to the human user.

**182**. The system of claim **175**, wherein the system is configured such that:

a human-provided creativity tuning setting is capable of being received from the human user that causes a tuning of the generation of the third plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the third plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

the first plurality of syntactical elements is automatically augmented by performing a search, where the augmented first plurality of syntactical elements includes at least one syntactical element that is identified as a result of the search and that is not received from the human user; and

at least one user profile aspect is identified based on one or more previous human-provided prompts received from the human user, where the third plurality of syntactical elements are caused to be generated, based on the at least one user profile aspect.

**183**. The system of claim **175**, wherein the system is configured such that:

a human-provided creativity tuning setting is capable of being received that, when received, causes tuning of syntactical element generation, by causing a selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

a human-provided prompt is augmented by performing a search utilizing the human-provided prompt, to include at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the syntactical element generation is based on the at least one user profile aspect.

**184**. The system of claim **175**, wherein the system is configured such that a creativity tuning setting is capable of being received, for causing a tuning of the generation of the third plurality of syntactical elements based on the creativity tuning setting, where the creativity tuning setting causes the tuning of the generation of the third plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the third plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**185**. The system of claim **10**, wherein the second plurality of syntactical elements includes a description of a first scenario, and the one or more programs include instructions for causing:

after the access is caused to the first plurality of syntactical elements that is received from the user that includes a human user, and after the generation of the second plurality of syntactical elements is caused:

performance of one or more searches that is based on the second plurality of syntactical elements,

access to a result of the one or more searches,

generation, by multiple-attention direction via application of the trained computer-implemented neural network, of a third plurality of syntactical elements based on the result of the one or more searches, and

generation, by multiple-attention direction via application of the trained computer-implemented neural network, of a fourth plurality of syntactical elements that updates the description of the first scenario based on the third plurality of syntactical elements, the fourth plurality of syntactical elements that updates the description of the first scenario being included in the communication.

**186**. The system of claim **185**, wherein the system is configured such that the one or more searches is performed based on a value of information.

**187**. The system of claim **186**, wherein the system is configured such that the value of information includes an expected net information value that:

is based on an expected value and an expected cost,

indicates a predicted affect on the generation of at least one of: one or more of the third plurality of syntactical elements or one or more of the fourth plurality of syntactical elements; and

is calculated based on a utility function that utilizes at least one factor which accounts for a degree to which at least one of: the one or more of the third plurality of syntactical elements or the one or more of the fourth plurality of syntactical elements, is predicted to be affected.

**188**. The system of claim **186**, wherein the system is configured such that the one or more searches and subsequent syntactical element generation are conditionally caused to be iteratively performed, based on whether the value of information is sufficient, the value of information including a predicted net information value that is calculated based on a predicted value and a predicted cost and that reflects a predicted affect on the subsequent syntactical element generation.

**189**. The system of claim **185**, wherein the system is configured such that no communication with human-perceptible output is caused to be sent to the human user, after the first plurality of syntactical elements is received from the human user, and before the communication is caused to be sent to the human user.

**190**. The system of claim **185**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the human user,

is based on a position of each syntactical element of at least a portion of the first plurality of syntactical elements, and

includes weights for the first plurality of syntactical elements that are based on a relative importance or relevance of a plurality of relationships of the first plurality of syntactical elements;

the first plurality of probabilities is generated during a first iteration, such that the first plurality of probabilities are utilized via a second iteration during which the first attention is among a first plurality of attentions that is directed to different representations of different subsets of the first plurality of syntactical elements;

the second plurality of probabilities is generated during the second iteration, such that the second plurality of probabilities are utilized via a third iteration during which the second attention is among a second plurality of attentions that is directed; and

the third plurality of probabilities is generated during the third iteration.

**191**. The system of claim **190**, wherein the system is configured such that the trained computer-implemented neural network is of the type other than the recurrent neural network to avoid neural network recurrency, while utilizing one or more hardware cognitive computing processors, in connection with completing prioritization of direction of all of the first plurality of attentions, before starting usage of any of the prioritization of direction of any of the first plurality of attentions.

**192**. The system of claim **10**, wherein the one or more programs include instructions for causing:

after the access is caused to the first plurality of syntactical elements that is received from the user that includes a human user, and before the communication is caused to be sent to the human user such that the communication includes the second plurality of syntactical elements:

performance of one or more searches that is based on the first plurality of syntactical elements,

access to a result of the one or more searches, and

generation of the second plurality of syntactical elements based on the result of the one or more searches in addition to the first plurality of syntactical elements.

**193**. The system of claim **192**, wherein the system is configured such that the one or more searches is performed based on a value of information.

**194**. The system of claim **193**, wherein the system is configured such that the value of information includes an expected net information value that:

is based on an expected value and an expected cost,

indicates an expected affect on the generation of one or more of the second plurality of syntactical elements, and

is calculated based on a utility function that utilizes at least one metric which measures a degree to which the generation of the one or more of the second plurality of syntactical elements is expected to be potentially affected.

**195**. The system of claim **192**, wherein the system is configured such that the one or more searches and subsequent syntactical element generation are conditionally caused to be iteratively performed, based on a value of information, the value of information including an expected net information value that is calculated based on an expected value and an expected cost and that reflects an expected affect on the subsequent syntactical element generation.

**196**. The system of claim **192**, wherein the system is configured such that no communication with human-perceptible output is caused to be sent to the human user, after the first plurality of syntactical elements is received from the human user, and before the communication is caused to be sent to the human user.

**197**. The system of claim **192**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents: all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the human user, and the result of the one or more searches, and

is generated based on a relative importance or relevance of at least one relationship corresponding to each syntactical element of: at least a portion of the first plurality of syntactical elements and at least a portion of the result of the one or more searches; and

the trained computer-implemented neural network does not include the recurrent neural network and is implemented utilizing one or more hardware cognitive-computing processors, such that multiple attentions are directed as part of a single step in connection with: all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the human user, and the result of the one or more searches.

**198**. The system of claim **192**, wherein the system is configured such that:

the information is received with the user prompt and is capable of including at least one user-provided image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one user-provided image in addition to the first plurality of syntactical elements and the result of the one or more searches; and, based on the first plurality of probabilities, one or more attentions is caused to be directed to one or more representations of at least a portion of the at least one user-provided image, in addition to the first attention being caused to be directed to the representation of the first subset of the first plurality of syntactical elements, and in addition to one or more additional attentions being caused to be directed to one or more representations of the result of the one or more searches; and

based on the third plurality of probabilities, at least one responsive image is capable of being caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the second plurality of syntactical elements, in the communication.

**199**. The system of claim **10**, wherein the system is configured such that the second plurality of syntactical elements includes a description of a first scenario, and the one or more programs include instructions for causing:

after the access is caused to the first plurality of syntactical elements that is received from the user that includes a human user, and after the generation of the second plurality of syntactical elements is caused:

composition, based on the second plurality of syntactical elements, of a logical chain including linked representations of each of a plurality of semantic chains,

generation, by multiple-attention direction via application of the trained computer-implemented neural network, of a third plurality of syntactical elements that that is based on the logical chain, and

generation, by multiple-attention direction via application of the trained computer-implemented neural network, of a fourth plurality of syntactical elements that updates the description of the first scenario based on the third plurality of syntactical elements, the fourth plurality of syntactical elements that updates the description of the first scenario being included in the communication.

**200**. The system of claim **199**, wherein the system is configured such that the logical chain includes at least one weight associated with at least one of the plurality of semantic chains.

**201**. The system of claim **199**, wherein the system is configured such that the logical chain includes one of a plurality of alternative realities.

**202**. The system of claim **199**, wherein the system is configured such that the logical chain composition and subsequent syntactical element generation are conditionally caused to be repeated, based on a value of information, the value of information including a predicted net information

value that is calculated based on a predicted value and a predicted cost and that indicates a predicted potential to affect the subsequent syntactical element generation.

**203**. The system of claim **199**, wherein the system is configured such that no communication with human-perceptible output is caused to be sent to the human user, after the first plurality of syntactical elements is received from the human user, and before the communication is caused to be sent to the human user.

**204**. The system of claim **199**, wherein the system is configured such that:

the fourth plurality of syntactical elements being caused to be generated based on representations of the third plurality of syntactical elements, where the representations are part of at least a portion of at least one vector that:

represents all of the third plurality of syntactical elements and all of the logical chain, in addition to syntactical element position information, and

is generated based on a relative importance or relevance of at least one relationship corresponding to each syntactical element of: at least a portion of the third plurality of syntactical elements and at least a portion of the logical chain; and

the trained computer-implemented neural network does not include the recurrent neural network, to reduce recurrence in connection with directing multiple attentions in connection with all of the third plurality of syntactical elements and all of the logical chain.

**205**. The system of claim **204**, wherein the system is configured such that at least one responsive image is capable of being caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the fourth plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the fourth plurality of syntactical elements, in the communication.

**206**. The system of claim **10**, wherein the one or more programs include instructions for causing:

after the access is caused to the first plurality of syntactical elements that is received from the user that includes a human user, and before the communication is caused to be sent to the human user such that the communication includes the second plurality of syntactical elements:

composition, based on the first plurality of syntactical elements, of a logical chain comprising linked representations of each of a plurality of semantic chains, and

generation of the second plurality of syntactical elements based on the logical chain.

**207**. The system of claim **206**, wherein the system is configured such that the logical chain includes a weight associated with at least one of the plurality of semantic chains.

**208**. The system of claim **206**, wherein the system is configured such that the logical chain includes one of a plurality of alternative realities.

**209**. The system of claim **206**, wherein the system is configured such that the logical chain composition is conditionally caused to be repeated, based on a value of information, the value of information including an expected net information value that is calculated based on an expected value and an expected cost and that reflects an expected affect on the generation of one or more of the second plurality of syntactical elements.



**210**. The system of claim **206**, wherein the system is configured such that no communication with human-perceptible output is caused to be sent to the human user, after the first plurality of syntactical elements is received from the human user, and before the communication is caused to be sent to the human user.

**211**. The system of claim **206**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of a matrix that:

represents: all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the human user, and the logical chain, and

is based on a position of each syntactical element of: at least a portion of the first plurality of syntactical elements and at least a portion of the logical chain, such that the matrix includes position information on the position of each syntactical element of: the at least portion of the first plurality of syntactical elements and the at least portion of the logical chain;

the first plurality of probabilities is generated utilizing the matrix:

based on the position information, and

based on a scoring that is determined based on semantic relationship-related relationships among different syntactical elements of the first plurality of syntactical elements and of the logical chain; and

the trained computer-implemented neural network is not the recurrent neural network, and the one or more processors include a plurality of resources, such that at least portions of different attentions are processed, at the same time, for: all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the human user and the logical chain.

**212**. The system of claim **10**, wherein the system is configured such that a plurality of usage behaviors is identified, where the second plurality of syntactical elements is caused to be generated, based on the plurality of usage behaviors.

**213**. The system of claim **10**, wherein the system is configured such that at least one user profile aspect is identified based on one or more previous human-provided prompts, where the generation of the second plurality of syntactical elements is caused to be tuned, based on the at least one user profile aspect.

**214**. The system of claim **213**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents: all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, and the at least one user profile aspect, and

is based on a position of each syntactical element of: at least a portion of the first plurality of syntactical elements and at least a portion of the at least one user profile aspect, such that the at least one vector includes position information on the position of each syntactical element of: the at least portion of the first

plurality of syntactical elements and the at least portion of the at least one user profile aspect;

the first plurality of probabilities, the second plurality of probabilities, and the third plurality of probabilities are generated:

utilizing the position information, and

utilizing a scoring that is determined based on relationships among different syntactical elements of: the first plurality of syntactical elements and the at least one user profile aspect; and

the trained computer-implemented neural network is not the recurrent neural network, and the one or more processors include one or more cognitive computing-based processors, such that at least portions of different attentions are processed at a same time.

**215**. The system of claim **214**, wherein the system is configured such that:

the information is the user prompt that is capable of including at least one human user-provided image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one human user-provided image in addition to the first plurality of syntactical elements and the at least one user profile aspect; and, based on the first plurality of probabilities, one or more attentions is caused to be directed to one or more representations of at least a portion of the at least one human user-provided image in addition to one or more additional attentions being caused to be directed to one or more representations of the at least one user profile aspect; and

based on the third plurality of probabilities, at least one responsive image is capable of being caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the second plurality of syntactical elements.

**216**. The system of claim **212**, wherein the system is configured such that the plurality of usage behaviors each include at least one aspect of the first plurality of syntactical elements that are received from the user that includes a human user.

**217**. The system of claim **212**, wherein the system is configured such that the plurality of usage behaviors each include at least one aspect of different prompts that are received from the user that includes a human user.

**218**. The system of claim **212**, wherein the system is configured such that:

a human-provided creativity tuning setting is capable of being received that, when received, causes a tuning of the generation of the second plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the second plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability; and

the first plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search based on the human-provided prompt and the plurality of usage behaviors, where the first plurality of syntactical elements includes



at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**219**. The system of claim **10**, wherein the system is configured such that one or more user preferences is identified, where the second plurality of syntactical elements is caused to be generated, based on the one or more user preferences.

**220**. The system of claim **219**, wherein the system is configured such that the one or more user preferences is based on at least one aspect of the first plurality of syntactical elements that are received from the user that includes a human user.

**221**. The system of claim **219**, wherein the system is configured such that the one or more user preferences is based on different prompts that are received from the user that includes a human user.

**222**. The system of claim **10**, wherein the one or more programs include instructions for causing:

inference, utilizing the trained computer-implemented neural network, of a preference of the user based on a plurality of usage behaviors;

generation of one or more vector representations of the inferred user's preference utilizing the trained computer-implemented neural network;

access to a plurality of stored vector representations that each represent at least one of a plurality of distinct items of content, and that is generated utilizing the trained computer-implemented neural network;

comparison of the one or more vector representations of the inferred user's preference with the plurality of stored vector representations;

selection of one or more of the plurality of stored vector representations based on the comparison; and

communication, to the user, of one or more of the plurality of distinct items of content that correspond to the selected one or more of the plurality of stored vector representations.

**223**. The system of claim **222**, wherein the system is configured such that the comparison is performed, utilizing a mathematical-based vector comparison algorithm.

**224**. The system of claim **222**, wherein the system is configured such that the one or more of the plurality of distinct items of content includes one or more of the second plurality of syntactical elements.

**225**. The system of claim **222**, wherein the system is configured such that the plurality of usage behaviors each include at least one aspect of the first plurality of syntactical elements that are received from the user that includes a human user.

**226**. The system of claim **222**, wherein the system is configured such that the plurality of usage behaviors each include at least one aspect of different prompts that are received from the user that includes a human user.

**227**. The system of claim **10**, wherein the system is configured such that the first plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt received from the user that includes a human user, where the first plurality of syntactical elements includes at least one syntactical element that is not included in the human-provided prompt.

**228**. The system of claim **227**, wherein the system is configured such that:

a representation of the human-provided prompt is part of at least a portion of a matrix that:

represents: an entirety of a syntactical element portion of the human-provided prompt, and the at least one syntactical element, and

is based on a position of each syntactical element of: the entirety of the syntactical element portion of the human-provided prompt and at least a portion of the at least one syntactical element, such that the matrix includes position information on the position of each syntactical element of: the entirety of the syntactical element portion of the human-provided prompt and the at least portion of the at least one syntactical element; and

the trained computer-implemented neural network is not the recurrent neural network, and is implemented utilizing a plurality of cognitive computing-based processors, such that at least portions of different attentions are processed in a same step utilizing the matrix.

**229**. The system of claim **228**, wherein the system is configured such that:

a human-provided creativity tuning setting is capable of being received that, when received, causes a tuning of the generation of the second plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the second plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, to generate the at least one syntactical element.

**230**. The system of claim **10**, wherein the system is configured such that the first plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt received from the user by performing a search utilizing the human-provided prompt, where the first plurality of syntactical elements includes at least one syntactical element that is included in a result of the search and that is not included in the human-provided prompt.

**231**. The system of claim **10**, wherein the one or more programs include instructions for causing:

based on a third plurality of syntactical elements received from the user, generation of one or more vector representations of the third plurality of syntactical elements;

performance of a search with respect to a plurality of stored vector representations each representing a distinct one or more syntactical elements;

based on a result of the search, a comparison of the one or more vector representations of the third plurality of syntactical elements with at least a portion of the stored plurality of vector representations; and

identification of the first plurality of syntactical elements based on the performance of the search and the comparison.

**232**. The system of claim **231**, wherein the system is configured such that the first plurality of syntactical elements includes at least one of the third plurality of syntactical elements, in addition to at least one other syntactical element different from the third plurality of syntactical elements.

**233**. The system of claim **231**, wherein the system is configured such that the first plurality of syntactical element augment the third plurality of syntactical elements.

**234**. The system of claim **231**, wherein the system is configured such that the second plurality of syntactical elements is caused to be sent the user in the communication, in automatic response to receiving the third plurality of syntactical elements from the user.



**235**. The system of claim **10**, wherein the one or more programs include instructions for causing:

based on a third plurality of syntactical elements received from the user, generation of one or more vector representations of the third plurality of syntactical elements;

performance of a search with respect to a plurality of stored vector representations each representing a distinct one or more syntactical elements;

based on a result of the search, a comparison of the one or more vector representations of the third plurality of syntactical elements with at least a portion of the stored plurality of vector representations; and

identification of the first plurality of syntactical elements based on the performance of the search and the comparison;

wherein the system is configured such that:

the first plurality of syntactical elements includes at least one of the third plurality of syntactical elements, in addition to at least one other syntactical element different from the third plurality of syntactical elements; and

the second plurality of syntactical elements is caused to be sent the user in the communication, in automatic response to receiving the third plurality of syntactical elements from the user.

**236**. The system of claim **10**, wherein the one or more programs include instructions for causing:

access to other information;

generation of a vector representation of the other information via a first plurality of attentions;

access to a plurality of stored vector representations that each represent at least one of a plurality of distinct items of content, and that is generated via a second plurality of attentions;

a search, in response to the access to the other information, with respect to the plurality of stored vector representations;

comparison of the vector representation of the other information with the plurality of stored vector representations;

selection of one or more of the plurality of stored vector representations based on the comparison; and

communication, to the user, of one or more of the plurality of distinct items of content that correspond to the selected one or more of the plurality of stored vector representations.

**237**. The system of claim **236**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user,

is based on a position of each syntactical element of at least a portion of the first plurality of syntactical elements, and

includes weights for the first plurality of syntactical elements that are based on a relative importance or relevance of a plurality of relationships of the first plurality of syntactical elements;

the first plurality of probabilities is generated during a first iteration, such that the first plurality of probabilities are utilized via a second iteration during which the first attention that is directed is among a third plurality of attentions that is directed to different representations of different subsets of the first plurality of syntactical elements;

the second plurality of probabilities is generated during the second iteration, such that the second plurality of probabilities are utilized via a third iteration during which the second attention that is directed is among a fourth plurality of attentions that is directed; and

the third plurality of probabilities is generated during the third iteration.

**238**. The system of claim **237**, wherein the system is configured such that the trained computer-implemented neural network is of the type other than the recurrent neural network to reduce recurrency, while utilizing one or more hardware cognitive computing processors, to improve efficacy in prioritizing, at a same time, the third plurality of attentions based on the relative importance or relevance of the plurality of relationships, and prioritizing, at another same time, the fourth plurality of attentions based on the relative importance or relevance of the plurality of relationships;

the information is the user prompt that is capable of including at least one human user-provided image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one human user-provided image in addition to the first plurality of syntactical elements; and, based on the first plurality of probabilities, one or more attentions is caused to be directed to a representation of at least a portion of the at least one human user-provided image; and

based on the third plurality of probabilities, at least one responsive image is capable of being caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the second plurality of syntactical elements.

**239**. The system of claim **236**, wherein the system is configured such that:

a human-provided creativity tuning setting is capable of being received that, when received, causes a tuning of the generation of the second plurality of syntactical elements, by causing a selection of a first syntactical element with a first associated probability to be included with the second plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

the first plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing another search utilizing the human-provided prompt, where the first plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more of the plurality of distinct items of content is based on the at least one user profile aspect.

**240**. The system of claim **236**, wherein the system is configured such that at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more of the plurality of distinct items of content is based on the at least one user profile aspect.

**241**. The system of claim **236**, wherein the system is configured such that:

a human-provided creativity tuning setting is capable of being received that, when received, causes tuning of syntactical element generation, by causing a selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability;

a human-provided prompt is augmented by performing a search utilizing the human-provided prompt, to include at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the syntactical element generation is based on the at least one user profile aspect.

**242**. The system of claim **236**, wherein the system is configured such that:

the other information is provided to a search function that performs the search; and

the comparison is performed, utilizing a mathematical-based vector comparison algorithm.

**243**. The system of claim **10**, wherein the system is configured such that a creativity tuning setting is capable of being received from the user, for causing a tuning of the generation of the second plurality of syntactical elements based on a utilization of the creativity tuning setting in connection with the third plurality of probabilities that is generated based on the second attention.

**244**. The system of claim **10**, wherein the system is configured such that a creativity tuning setting is capable of being received from the user, for causing a tuning of the generation of the second plurality of syntactical elements based on the creativity tuning setting.

**245**. The system of claim **244**, wherein the system is configured such that, upon receipt, the creativity tuning setting remains persistent until the creativity tuning setting is updated by the user.

**246**. The system of claim **244**, wherein the system is configured such that, upon receipt, the creativity tuning setting remains persistent for all subsequent sessions until the creativity tuning setting is updated by the user.

**247**. The system of claim **244**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user,

is based on a position of each syntactical element of all of the first plurality of syntactical elements, and

includes weights for all of the first plurality of syntactical elements that are based on a relative importance

or relevance of a plurality of relationships of all of the first plurality of syntactical elements;

the first plurality of probabilities is generated during a first iteration, such that the first plurality of probabilities are utilized via a second iteration during which the first attention that is directed is among a first plurality of attentions that is directed to different representations of different subsets of all of the first plurality of syntactical elements;

the second plurality of probabilities is generated during the second iteration, such that the second plurality of probabilities are utilized via a third iteration during which the second attention that is directed is among a second plurality of attentions that is directed; and

the third plurality of probabilities is generated during the third iteration.

**248**. The system of claim **247**, wherein the system is configured such that:

the trained computer-implemented neural network does not include the recurrent neural network to reduce recurrency, while utilizing one or more hardware cognitive computing processors, to improve efficacy in prioritizing, at a same time, the first plurality of attentions based on the relative importance or relevance of the plurality of relationships, and prioritizing, at another same time, the second plurality of attentions; and

at least one of:

the information is the user prompt that is capable of including at least one human user-provided image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one human user-provided image in addition to the first plurality of syntactical elements; and, based on the first plurality of probabilities, one or more attentions is caused to be directed to a representation of at least a portion of the at least one human user-provided image, or

based on the third plurality of probabilities, at least one responsive image is capable of being caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the second plurality of syntactical elements.

**249**. The system of claim **10**, wherein the system is configured such that a creativity tuning setting is capable of being received from the user, for enabling a tuning of the generation of the second plurality of syntactical elements based on the creativity tuning setting in connection with the third plurality of probabilities.

**250**. The system of claim **249**, wherein the system is configured such that the creativity tuning setting enables the tuning of the generation of the second plurality of syntactical elements, by enabling a selection of a first syntactical element with a first associated probability to be included with the second plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**251**. The system of claim **249**, wherein the system is configured such that the creativity tuning setting enables the user to control a degree to which a metaphor is creatively embodied in the second plurality of syntactical elements.

**252**. The system of claim **249**, wherein the system is configured such that the second plurality of syntactical elements is accompanied by an image, where the image is generated based on the creativity tuning setting.

**253**. The system of claim **10**, wherein the system is configured such that:

a creativity tuning setting is capable of being received from the user, for enabling a tuning of the generation of the second plurality of syntactical elements based on the creativity tuning setting;

the creativity tuning setting enables the tuning of the generation of the second plurality of syntactical elements, by enabling a selection of a first syntactical element with a first associated probability to be included with the second plurality of syntactical elements, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability; and

the creativity tuning setting enables the user to control a degree to which a metaphor is embodied in the second plurality of syntactical elements.

**254**. The system of claim **10**, wherein the one or more programs include instructions for causing:

access to a plurality of nodes and relationships that is a representation of a plurality of semantic chains that each include at least one of a subject, a predicate, or a predicate object;

application of the trained computer-implemented neural network to the representation of the plurality of semantic chains;

generation of one or more vectors based on the application of the trained computer-implemented neural network to the plurality of semantic chains;

generation of output based on the one or more vectors.

**255**. The system of claim **254**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user,

is based on a position of each syntactical element of at least a portion of the first plurality of syntactical elements, and

includes weights for the first plurality of syntactical elements that are based on a relative importance or relevance of a plurality of relationships of the first plurality of syntactical elements;

the first plurality of probabilities is generated during a first iteration, such that the first plurality of probabilities are utilized via a second iteration during which the first attention that is directed is among a first plurality of attentions that is directed to different representations of different subsets of the first plurality of syntactical elements;

the second plurality of probabilities is generated during the second iteration, such that the second plurality of probabilities are utilized via a third iteration during which the second attention that is directed is among a second plurality of attentions that is directed; and

the third plurality of probabilities is generated during the third iteration.

**256**. The system of claim **255**, wherein the system is configured such that:

the trained computer-implemented neural network does not include the recurrent neural network to reduce recurrency in connection with:

processing all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the user prompt received from the user,

processing the weights, and

the trained computer-implemented neural network utilizing a plurality of cognitive computing processors; and

at least one of:

the information is the user prompt that is capable of including at least one human user-provided image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one human user-provided image in addition to the first plurality of syntactical elements; and, based on the first plurality of probabilities, one or more attentions is caused to be directed to a representation of at least a portion of the at least one human user-provided image, or

based on the third plurality of probabilities, at least one responsive image is capable of being caused to be identified, by application of the trained computer-implemented neural network, in addition to the generation of the second plurality of syntactical elements, such that the at least one responsive image is caused to be sent to the user in addition to and corresponding with the second plurality of syntactical elements.

**257**. The system of claim **254**, wherein the system is configured such that the output is accompanied by the second plurality of syntactical elements in the communication.

**258**. The system of claim **254**, wherein the system is configured such that the output includes the second plurality of syntactical elements that is based on the one or more vectors.

**259**. The system of claim **254**, wherein the system is configured such that the output is a response to a search request received from the user.

**260**. The system of claim **254**, wherein the system is configured such that the output is a response to a search request that includes the first plurality of syntactical elements that is received from the user.

**261**. The system of claim **10**, wherein the one or more programs include instructions for causing:

the trained computer-implemented neural network to be further trained utilizing training syntactical elements and a first plurality of images, such that a first plurality of correspondences is identified between multiple syntactical elements and multiple distinct patterns of pixels;

access to a third plurality of syntactical elements that describes an imaginative scenario;

identification, utilizing the trained computer-implemented neural network, of a second plurality of correspondences between the third plurality of syntactical elements and sets of pixels that each include a plurality of pixels;



generation, utilizing the trained computer-implemented neural network, of one or more images that represents the imaginative scenario based on the second plurality of correspondences; and

the one or more images to be sent to the user.

**262**. The system of claim **261**, wherein the system is configured such that:

one or more representations of the third plurality of syntactical elements is part of at least a portion of at least one vector that:

represents all of the third plurality of syntactical elements that constitute an entirety of a syntactical element portion of a user prompt received from the user, and

is based on a position of each syntactical element of at least a portion of the third plurality of syntactical elements, such that the at least one vector includes position information on the position of each syntactical element of the at least portion of the third plurality of syntactical elements;

at least one of: the first plurality of probabilities, the second plurality of probabilities, or the third plurality of probabilities is generated:

based on the position information on the position of each syntactical element of the at least portion of the third plurality of syntactical elements, and

based on a scoring that is determined based on relationships among different elements of the third plurality of syntactical elements; and

the trained computer-implemented neural network is not the recurrent neural network, and the one or more processors include one or more cognitive computing-based processors with a plurality of resources, such that at least a portion of different attentions are processed during a same operation, in connection with the generation of the one or more images that represents the imaginative scenario.

**263**. The system of claim **261**, wherein the system is configured such that the third plurality of syntactical elements is generated by the trained computer-implemented neural network.

**264**. The system of claim **261**, wherein the system is configured such that the third plurality of syntactical elements is received from the user that includes a human user.

**265**. The system of claim **261**, wherein the system is configured such that at least one image is accessed in addition to the third plurality of syntactical elements, and the one or more images that represents the imaginative scenario is caused to be generated, based on the at least one image in addition to the third plurality of syntactical elements.

**266**. The system of claim **265**, wherein the system is configured such that the at least one image represents the imaginative scenario.

**267**. The system of claim **265**, wherein the system is configured such that the third plurality of syntactical elements is generated by the trained computer-implemented neural network, where the at least one image is also generated by the trained computer-implemented neural network.

**268**. The system of claim **265**, wherein the system is configured such that the third plurality of syntactical elements is received from the user that includes a human user, where the at least one image is also received from the human user.

**269**. The system of claim **261**, wherein the system is configured such that the training is unsupervised.

**270**. The system of claim **261**, wherein the system is configured such that the trained computer-implemented neural network includes a deep-learning neural network.

**271**. The system of claim **261**, wherein the system is configured such that the one or more images include a plurality of images sequenced in a video.

**272**. The system of claim **261**, wherein the system is configured such that the one or more images is caused to be generated by an iterative directing of a plurality of attentions of the trained computer-implemented neural network.

**273**. The system of claim **261**, wherein the system is configured such that the one or more images is caused to be generated by an iterative directing of a plurality of attentions based on the second plurality of correspondences.

**274**. The system of claim **10**, wherein the one or more programs include instructions for causing:

the trained computer-implemented neural network to be further trained utilizing training syntactical elements and a first plurality of images, such that a first plurality of correspondences is identified between multiple syntactical elements and multiple distinct patterns of pixels;

access to a third plurality of syntactical elements that describes a scenario;

identification, utilizing the trained computer-implemented neural network, of a second plurality of correspondences between the third plurality of syntactical elements and sets of pixels that each include a plurality of pixels; and

generation, utilizing the trained computer-implemented neural network, of one or more images that represents the scenario based on the second plurality of correspondences;

wherein the system is configured such that the one or more images is caused to be generated by applying a first plurality of attentions based on the second plurality of correspondences.

**275**. The system of claim **274**, wherein the system is configured such that a human-provided creativity tuning setting is capable of being received, for causing a tuning of the generation of the one or more images based on the human-provided creativity tuning setting.

**276**. The system of claim **275**, wherein the system is configured such that the human-provided creativity tuning setting results in the tuning of the generation of the one or more images, by selecting a first image portion with a first associated probability to be included with the one or more images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability.

**277**. The system of claim **274**, wherein the system is configured such that the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**278**. The system of claim **274**, wherein the system is configured such that at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more images is caused to be generated, based on the at least one user profile aspect.

**279**. The system of claim **274**, wherein the system is configured such that:

at least one user profile aspect is identified based on one or more previous human-provided prompts; and

the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt and the at least one user profile aspect, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**280**. The system of claim **274**, wherein the system is configured such that:

a human-provided creativity tuning setting is capable of being received that, based on receipt, causes a tuning of the generation of the one or more images, by selecting a first image portion with a first associated probability to be included with the one or more images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability;

the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more images is caused to be generated, based on the at least one user profile aspect.

**281**. The system of claim **274**, wherein the one or more programs include instructions for causing:

before the third plurality of syntactical elements is accessed:

access to an other computer-implemented neural network that is trained by applying a second plurality of attentions to different representations of different subsets of a first plurality of items of content including images;

generation, by applying a third plurality of attentions and utilizing the trained other computer-implemented neural network, of a second plurality of items of content including additional images; and

training of the computer-implemented neural network by applying a fourth plurality of attentions to different representations of different subsets of the second plurality of items of content including the additional images.

**282**. The system of claim **281**, wherein the system is configured such that a human-provided creativity tuning setting is capable of being received that, when received, causes a tuning of the generation of the one or more images, by causing selection of a first image portion with a first associated probability to be included with the one or more images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability.

**283**. The system of claim **281**, wherein the system is configured such that the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**284**. The system of claim **281**, wherein the system is configured such that at least one user profile aspect is identified based on one or more previous human-provided

prompts, where the one or more images is caused to be generated, based on the at least one user profile aspect.

**285**. The system of claim **281**, wherein the system is configured such that:

a human-provided creativity tuning setting is capable of being received that, when received, causes a tuning of the generation of the one or more images, by causing selection of a first image portion with a first associated probability to be included with the one or more images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability;

the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more images is caused to be generated, based on the at least one user profile aspect.

**286**. The system of claim **281**, wherein the one or more programs include instructions for automatically causing:

after the access to the third plurality of syntactical elements and after the generation of the one or more images is caused:

generation, by applying a fifth plurality of attentions and utilizing the trained computer-implemented neural network, of a fourth plurality of syntactical elements that provides an explanation for the one or more images; and

generation, by applying a sixth plurality of attentions and utilizing the trained computer-implemented neural network, of one or more other images based on the fourth plurality of syntactical elements that provides the explanation, the one or more other images being included in the communication that includes a first communication.

**287**. The system of claim **286**, wherein the system is configured such that a human-provided creativity tuning setting is capable of being received that, when received, causes a tuning of the generation of the one or more other images, by causing selection of a first image portion with a first associated probability to be included with the one or more other images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability.

**288**. The system of claim **286**, wherein the system is configured such that at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more other images is caused to be generated, based on the at least one user profile aspect.

**289**. The system of claim **286**, wherein the system is configured such that the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**290**. The system of claim **286**, wherein the system is configured such that:

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more other images is caused to be generated, based on the at least one user profile aspect; and

the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**291**. The system of claim **286**, wherein the system is configured such that:

a human-provided creativity tuning setting is capable of being received that, when received, causes a tuning of the generation of the one or more other images, by causing selection of a first image portion with a first associated probability to be included with the one or more other images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability;

the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more other images is caused to be generated, based on the at least one user profile aspect.

**292**. The system of claim **286**, wherein the one or more programs include instructions for causing:

after the first communication is caused to be sent to the user that includes a human user:

a determination whether the one or more other images represents objective reality;

based on a determination that the one or more other images do not represent objective reality, generation, by applying a seventh plurality of attentions and utilizing the trained computer-implemented neural network, of one or more still other images that represents objective reality; and

a second communication to be sent to the human user, the second communication including the one or more still other images that represents objective reality.

**293**. The system of claim **292**, wherein the system is configured such that a human-provided creativity tuning setting is capable of being received that, when received, causes a tuning of the generation of the one or more still other images, by causing selection of a first image portion with a first associated probability to be included with the one or more still other images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability.

**294**. The system of claim **292**, wherein the system is configured such that at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more still other images is caused to be generated, based on the at least one user profile aspect.

**295**. The system of claim **292**, wherein the system is configured such that the third plurality of syntactical ele-

ments is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**296**. The system of claim **292**, wherein the system is configured such that:

a human-provided creativity tuning setting is capable of being received that, when received, causes a tuning of the generation of the one or more other images, by causing selection of a first image portion with a first associated probability to be included with the one or more still other images, instead of a second image portion with a second associated probability, even though the first associated probability is less than the second associated probability;

the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt; and

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more still other images is caused to be generated, based on the at least one user profile aspect.

**297**. The system of claim **281**, wherein the system is configured such that: the one or more images are included in the communication that includes a first communication, the user includes a human user, and the one or more programs include instructions for causing:

after the first communication is caused to be sent to the human user:

a determination whether the one or more images represents objective reality;

based on a determination that the one or more images do not represent objective reality, generation, by applying a fifth plurality of attentions and utilizing the trained computer-implemented neural network, of one or more other images that represents objective reality; and

a second communication to be sent to the human user, the second communication including the one or more other images that represents objective reality.

**298**. The system of claim **297**, wherein the system is configured such that at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more other images is caused to be generated, based on the at least one user profile aspect.

**299**. The system of claim **297**, wherein the system is configured such that the third plurality of syntactical elements is automatically generated in response to receipt of a human-provided prompt by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is identified based on the search and that is not included in the human-provided prompt.

**300**. The system of claim **297**, wherein the system is configured such that:

at least one user profile aspect is identified based on one or more previous human-provided prompts, where the one or more other images is caused to be generated, based on the at least one user profile aspect; and

the third plurality of syntactical elements is automatically generated in response to a human-provided prompt received from the human user by performing a search utilizing the human-provided prompt, where the third plurality of syntactical elements includes at least one syntactical element that is included in a result of the search and that is not included in the human-provided prompt.

**301**. The system of claim **10**, wherein the system is configured such that the second plurality of syntactical elements includes a description of a first scenario, the computer-implemented neural network is trained utilizing another computer-implemented neural network that is trained by applying a first plurality of attentions to different representations of different subsets of a first plurality of items of content, and that generates, by applying a second plurality of attentions, of a second plurality of items of content, such that the computer-implemented neural network is trained by applying a third plurality of attentions to different representations of different subsets of the second plurality of items of content, and the one or more programs include instructions for causing:

after the access to the first plurality of syntactical elements is caused, and after the generation of the second plurality of syntactical elements is caused:

generation, by applying a fourth plurality of attentions and utilizing the trained computer-implemented neural network, of a third plurality of syntactical elements that provides an explanation;

generation, by applying a fifth plurality of attentions and utilizing the trained computer-implemented neural network, of a fourth plurality of syntactical elements that updates the description of the first scenario based on the third plurality of syntactical elements that provides the explanation;

a determination whether the first scenario represents objective reality; and

based on a determination that the first scenario does not represent objective reality, generation, by applying a sixth plurality of attentions and utilizing the trained computer-implemented neural network, of a fifth plurality of syntactical elements that describe a second scenario that represents objective reality.

**302**. The system of claim **301**, wherein the system is configured such that the access is caused to the first plurality of syntactical elements after the first plurality of syntactical elements is received from the user that includes a human user, the fifth plurality of attentions is directed before the sixth plurality of attentions is directed, the explanation is for the second plurality of syntactical elements, and the sixth plurality of attentions is directed based on the fourth plurality of syntactical elements.

**303**. The system of claim **302**, wherein the system is configured such that the explanation and the fourth plurality of syntactical elements are not sent to the human user, and the fifth plurality of syntactical elements is caused to be sent to the human user.

**304**. The system of claim **302**, wherein the system is configured such that the explanation and the fourth plurality of syntactical elements are caused to be sent to the human user together.

**305**. The system of claim **302**, wherein the system is configured such that the explanation and the fourth plurality of syntactical elements are caused to be sent to the human user separately.

**306**. The system of claim **301**, wherein the system is configured such that the access is caused to the first plurality of syntactical elements after the first plurality of syntactical elements is received from the user that includes a human

user, the sixth plurality of attentions is directed before the fifth plurality of attentions is directed, the explanation is for the fifth plurality of syntactical elements, and the sixth plurality of attentions is directed based on the second plurality of syntactical elements.

**307**. The system of claim **306**, wherein the system is configured such that the fifth plurality of syntactical elements is not sent to the human user, and the explanation and the fourth plurality of syntactical elements are caused to be sent to the human user.

**308**. The system of claim **307**, wherein the system is configured such that the explanation and the fourth plurality of syntactical elements are caused to be sent to the human user together.

**309**. The system of claim **306**, wherein the system is configured such that the explanation and the fifth plurality of syntactical elements are not sent to the human user, and the fourth plurality of syntactical elements is caused to be sent to the human user.

**310**. The system of claim **301**, wherein the system is configured such that the first plurality of syntactical elements is automatically caused to be generated by a non-human user without being directly prompted by any human user prompt, and the determination whether the first scenario represents objective reality is automatically caused by the non-human user without being directly prompted by any human user prompt.

**311**. The system of claim **301**, wherein the system is configured such that the first plurality of syntactical elements, the second plurality of syntactical elements, the third plurality of syntactical elements, the fourth plurality of syntactical elements, and the fifth plurality of syntactical elements is automatically caused to be generated by a non-human user without being directly prompted by any human user prompt; and the determination whether the first scenario represents objective reality is automatically caused by the non-human user without being directly prompted by any human user prompt.

**312**. The system of claim **301**, wherein the system is configured such that the second plurality of syntactical elements, the third plurality of syntactical elements, the fourth plurality of syntactical elements, and the fifth plurality of syntactical elements is automatically caused to be generated by a non-human user without being directly prompted by any human user prompt.

**313**. The system of claim **301**, wherein the system is configured such that the second plurality of syntactical elements, the third plurality of syntactical elements, the fourth plurality of syntactical elements, and the fifth plurality of syntactical elements is automatically caused to be generated by a non-human user without being directly prompted by any human user prompt;

and the determination whether the first scenario represents objective reality is automatically caused by the non-human user without being directly prompted by any human user prompt.

**314**. The system of claim **301**, wherein the system is configured such that the second plurality of syntactical elements is included in the communication caused to be sent to the user, the user includes a human user, the first plurality of syntactical elements is caused to be accessed after being received from the human user, the generation of the third plurality of syntactical elements is caused in response to a request that is received from the human user, and the one or more programs include instructions for: causing an other communication including the third plurality of syntactical elements to be sent to the human user.

**315**. The system of claim **301**, wherein the system is configured such that the second plurality of syntactical elements is included in the communication caused to be sent to the user, the user includes a human user, the first plurality of syntactical elements is caused to be accessed after being received from the human user, the generation of the third plurality of syntactical elements is caused in response to a request that is received from the human user, and the one or more programs include instructions for: causing an other communication including both the third plurality of syntactical elements and the fourth plurality of syntactical elements to be sent to the human user.

**316**. The system of claim **301**, wherein the system is configured such that the second plurality of syntactical elements is included in the communication caused to be sent to the user, the user includes a human user, the first plurality of syntactical elements is caused to be accessed after being received from the human user, and the determination whether the first scenario represents objective reality is caused in response to a reaction that is received from the human user.

**317**. The system of claim **301**, wherein the system is configured such that the second plurality of syntactical elements is included in the communication caused to be sent to the user, the user includes a human user, the first plurality of syntactical elements is caused to be accessed after being received from the human user, the determination whether the first scenario represents objective reality is caused in response to a reaction that is received from the human user, and the generation of the third plurality of syntactical elements is caused in response to a request that is received from the human user.

**318**. The system of claim **301**, wherein the system is configured such that:

- a matrix is utilized that:
  - represents all of the second plurality of syntactical elements,
  - is based on a position of each syntactical element of at least a portion of the second plurality of syntactical elements, such that the matrix includes position information on the position of each syntactical element of the at least portion of the second plurality of syntactical elements, and
  - includes at least one aspect thereof that is normalized prior to probability generation;
- the probability generation is performed utilizing the matrix:
  - based on the position information on the position of each syntactical element of the at least portion of the second plurality of syntactical elements, and
  - based on a scoring that is determined based on relationships among different elements of the second plurality of syntactical elements; and
- the trained computer-implemented neural network does not include the recurrent neural network and is implemented utilizing one or more hardware cognitive-computing processors, resulting in prioritizing multiple attentions utilizing the matrix.

**319**. The system of claim **301**, wherein the system is configured such that:

- the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least one vector that:
  - represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a prompt, and

is influenced by a position of each syntactical element of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the prompt, and a relative importance or relevance of a plurality of relationships among all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the prompt;

the first plurality of probabilities is generated utilizing the at least one vector during a first iteration, such that the first plurality of probabilities are utilized via a second iteration during which the first attention that is directed is among a first multiple attentions that is directed to different representations of different subsets of the first plurality of syntactical elements;

the second plurality of probabilities is generated during the second iteration, such that the second plurality of probabilities are utilized via a third iteration during which the second attention that is directed is among a second multiple attentions that is directed; and

the third plurality of probabilities is generated during the third iteration;

wherein the system is configured such that the trained computer-implemented neural network is of the type other than the recurrent neural network to avoid neural network recurrency, while utilizing one or more hardware cognitive computing processors, in connection with prioritizing the first multiple attentions utilizing the at least one vector, based on the relative importance or relevance of the plurality of relationships among all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the prompt.

**320**. The system of claim **301**, wherein the system is configured such that the access is caused to the first plurality of syntactical elements after the first plurality of syntactical elements is received from the user that includes a human user, and the one or more programs include instructions for causing:

inference, utilizing the trained computer-implemented neural network, of at least one profile aspect of the human user based on one or more usage behaviors including a previous prompt received from the human user before the first plurality of syntactical elements is received from the human user, where the system is configured such that:

after the access to the first plurality of syntactical elements that is received from the human user, at least one of the fourth plurality of syntactical elements or the fifth plurality of syntactical elements is caused to be generated based on the at least one inferred profile aspect of the human user.

**321**. The system of claim **320**, wherein the system is configured such that the at least one of the fourth plurality of syntactical elements or the fifth plurality of syntactical elements, includes the fourth plurality of syntactical elements.

**322**. The system of claim **320**, wherein the system is configured such that the at least one of the fourth plurality of syntactical elements or the fifth plurality of syntactical elements, includes the fifth plurality of syntactical elements.

**323**. The system of claim **301**, wherein the system is configured such that the access is caused to the first plurality of syntactical elements after the first plurality of syntactical elements is received from the user that includes a human user, and the one or more programs include instructions for causing:

inference, utilizing the trained computer-implemented neural network, of at least one profile aspect of the human user based on one or more usage behaviors including a previous prompt received from the human user before the first plurality of syntactical elements is received from the human user; and

after the access to the first plurality of syntactical elements that is received from the human user and before the communication is caused to be sent:

generation of one or more vector representations of the at least one inferred profile aspect of the human user utilizing the trained computer-implemented neural network;

access to a plurality of stored vector representations that each represent at least one of a third plurality of items of content, and that is generated utilizing the trained computer-implemented neural network;

comparison of the one or more vector representations of the at least one inferred profile aspect of the human user with the plurality of stored vector representations; and

selection of one or more of the plurality of stored vector representations based on the comparison, wherein the system is configured such that at least one of the fourth plurality of syntactical elements or the fifth plurality of syntactical elements is caused to be generated utilizing one or more of the third plurality of items of content that correspond to the selected one or more of the plurality of stored vector representations.

**324**. The system of claim **301**, wherein the one or more programs include instructions for causing:

the trained computer-implemented neural network to be further trained utilizing training syntactical elements and a first plurality of images, such that a first plurality of correspondences is identified between multiple syntactical elements and multiple distinct patterns of pixels;

access to a sixth plurality of syntactical elements that describes an imaginative scenario;

identification, utilizing the trained computer-implemented neural network, of a second plurality of correspondences between the sixth plurality of syntactical elements and sets of pixels that each include a plurality of pixels;

generation, utilizing the trained computer-implemented neural network, of one or more images that represents the imaginative scenario based on the second plurality of correspondences; and

the one or more images to be sent to the user;

wherein the system is configured such that the one or more images is caused to be generated by applying a seventh plurality of attentions based on the second plurality of correspondences.

**325**. The system of claim **301**, wherein the one or more programs include instructions for causing:

access to other information;

generation of a vector representation of the other information by applying a seventh plurality of attentions;

access to a plurality of stored vector representations that each represent at least one of a plurality of distinct items of content, and that is generated by applying an eighth plurality of attentions;

comparison of the vector representation of the other information with the plurality of stored vector representations;

selection of one or more of the plurality of stored vector representations based on the comparison; and

communication, to the user, of one or more of the plurality of distinct items of content that correspond to the selected one or more of the plurality of stored vector representations.

**326**. The system of claim **301**, wherein the system is configured such that the access is caused to the first plurality of syntactical elements after the first plurality of syntactical elements is received from the user that includes a human user, and the one or more programs include instructions for causing:

based on the first plurality of syntactical elements received from the human user, generation of one or more vector representations of the first plurality of syntactical elements;

performance of a search with respect to a plurality of stored vector representations each representing a distinct one or more syntactical elements;

based on a result of the search, a comparison of the one or more vector representations of the first plurality of syntactical elements with at least a portion of the stored plurality of vector representations;

identification of a sixth plurality of syntactical elements based on the performance of the search and the comparison; and

augmenting the first plurality of syntactical elements with at least one of the sixth plurality of syntactical elements, before the second plurality of syntactical elements is caused to be generated utilizing the augmented first plurality of syntactical elements.

**327**. The system of claim **301**, wherein the system is configured such that a human-provided creativity tuning setting is capable of being received, for causing a tuning of syntactical element generation based on the human-provided creativity tuning setting, where the human-provided creativity tuning setting results in selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**328**. The system of claim **327**, wherein the system is configured such that the tuning of syntactical element generation is based on the human-provided creativity tuning setting, by causing the generation of the plurality of items of content based on the human-provided creativity tuning setting.

**329**. The system of claim **327**, wherein the system is configured such that the tuning of syntactical element generation is based on the human-provided creativity tuning setting, by causing the generation of the second plurality of syntactical elements based on the human-provided creativity tuning setting.

**330**. The system of claim **327**, wherein the system is configured such that the tuning of syntactical element generation is based on the human-provided creativity tuning setting, by causing the generation of the third plurality of syntactical elements based on the human-provided creativity tuning setting.

**331**. The system of claim **327**, wherein the system is configured such that the tuning of syntactical element generation is based on the human-provided creativity tuning setting, by causing the generation of the fourth plurality of syntactical elements based on the human-provided creativity tuning setting.

**332**. The system of claim **327**, wherein the system is configured such that the tuning of syntactical element generation is based on the human-provided creativity tuning setting, by causing the generation of the fifth plurality of syntactical elements based on the human-provided creativity tuning setting.

**333**. The system of claim **301**, wherein the one or more programs include instructions for causing:

access to a plurality of nodes and relationships that is a representation of a plurality of semantic chains that each include at least one of a subject, a predicate, or a predicate object;

application of the trained computer-implemented neural network to the representation of the plurality of semantic chains;

generation of one or more vectors based on the application of the trained computer-implemented neural network to the plurality of semantic chains;

generation of output based on the one or more vectors.

**334**. The system of claim **301**, wherein the system is configured such that the access is caused to the first plurality of syntactical elements after the first plurality of syntactical elements is received from the user that includes a human user, and the one or more programs include instructions for causing:

inference, utilizing the trained computer-implemented neural network, of at least one profile aspect of the human user based on one or more usage behaviors including a previous prompt received from the human user before the first plurality of syntactical elements is received from the human user, for causing syntactical element generation based on the at least one inferred profile aspect of the human user, wherein the system is configured such that:

a human-provided creativity tuning setting is capable of being received, for causing the syntactical element generation based on the human-provided creativity tuning setting, where the human-provided creativity tuning setting results in selection of a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**335**. The system of claim **334**, wherein the system is configured such that the syntactical element generation is based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting, by causing the generation of the second plurality of syntactical elements based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting.

**336**. The system of claim **334**, wherein the system is configured such that the syntactical element generation is based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting, by causing the generation of the third plurality of syntactical elements based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting.

**337**. The system of claim **334**, wherein the system is configured such that the syntactical element generation is based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting, by causing the generation of the fourth plurality of syntactical elements based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting.

**338**. The system of claim **334**, wherein the system is configured such that the syntactical element generation is

based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting, by causing the generation of the fifth plurality of syntactical elements based on the at least one inferred profile aspect of the human user and the human-provided creativity tuning setting.

**339**. The system of claim **334**, wherein the one or more programs include instructions for causing:

based on the first plurality of syntactical elements received from the human user, generation of one or more vector representations of the first plurality of syntactical elements;

performance of a search with respect to a plurality of stored vector representations each representing a distinct one or more syntactical elements;

based on a result of the search, a comparison of the one or more vector representations of the first plurality of syntactical elements with at least a portion of the stored plurality of vector representations;

identification of a sixth plurality of syntactical elements based on the performance of the search and the comparison; and

augmenting the first plurality of syntactical elements with at least one of the sixth plurality of syntactical elements, before the second plurality of syntactical elements is caused to be generated utilizing the augmented first plurality of syntactical elements.

**340**. The system of claim **334**, wherein the one or more programs include instructions for causing:

the trained computer-implemented neural network to be further trained utilizing training syntactical elements and a first plurality of images, such that a first plurality of correspondences is identified between multiple syntactical elements and multiple distinct patterns of pixels;

access to a sixth plurality of syntactical elements that describes an imaginative scenario;

identification, utilizing the trained computer-implemented neural network, of a second plurality of correspondences between the sixth plurality of syntactical elements and sets of pixels that each include a plurality of pixels;

generation, utilizing the trained computer-implemented neural network, of one or more images that represents the imaginative scenario based on the second plurality of correspondences; and

the one or more images to be sent to the user;

wherein the system is configured such that the one or more images is caused to be generated by applying a seventh plurality of attentions based on the second plurality of correspondences.

**341**. The system of claim **340**, wherein the one or more programs include instructions for causing:

based on the first plurality of syntactical elements received from the human user, generation of one or more vector representations of the first plurality of syntactical elements;

performance of a search with respect to a plurality of stored vector representations each representing a distinct one or more syntactical elements;

based on a result of the search, a comparison of the one or more vector representations of the first plurality of syntactical elements with at least a portion of the stored plurality of vector representations;

identification of a seventh plurality of syntactical elements based on the performance of the search and the comparison; and



augmenting the first plurality of syntactical elements with at least one of the seventh plurality of syntactical elements, before the second plurality of syntactical elements is caused to be generated utilizing the augmented first plurality of syntactical elements.

**342**. The system of claim **341**, wherein the one or more programs include instructions for causing:

access to other information;

generation of a vector representation of the other information via an eighth plurality of attentions;

access to a plurality of stored vector representations that each represent at least one of a plurality of distinct items of content, and that is generated via a ninth plurality of attentions;

a search, in response to the access to the other information, with respect to the plurality of stored vector representations;

comparison of the vector representation of the other information with the plurality of stored vector representations;

selection of one or more of the plurality of stored vector representations based on the comparison; and

communication, to the user, of one or more of the plurality of distinct items of content that correspond to the selected one or more of the plurality of stored vector representations.

**343**. The system of claim **342**, wherein the one or more programs include instructions for causing:

access to a plurality of nodes and relationships that is a representation of a plurality of semantic chains that each include at least one of a subject, a predicate, or a predicate object;

application of the trained computer-implemented neural network to the representation of the plurality of semantic chains;

generation of one or more vectors based on the application of the trained computer-implemented neural network to the plurality of semantic chains; and

generation of output based on the one or more vectors.

**344**. The system of claim **341**, wherein the one or more programs include instructions for causing:

access to a plurality of nodes and relationships that is a representation of a plurality of semantic chains that each include at least one of a subject, a predicate, or a predicate object;

application of the trained computer-implemented neural network to the representation of the plurality of semantic chains;

generation of one or more vectors based on the application of the trained computer-implemented neural network to the plurality of semantic chains; and

generation of output based on the one or more vectors.

**345**. The system of claim **10**, wherein the system is configured such that the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user.

**346**. The system of claim **345**, wherein the one or more programs include instructions for:

automatically causing generation, by iteratively directing a first plurality of attentions of the trained computer-implemented neural network, of a third plurality of syntactical elements that provides an explanation for the second plurality of syntactical elements; and

automatically causing generation, by iteratively directing a second plurality of attentions based on the third

plurality of syntactical elements, of a fourth plurality of syntactical elements that includes computer executable code.

**347**. The system of claim **345**, wherein the computer-implemented neural network is trained utilizing an output, including one or more computer program portions, that is generated by applying a plurality of attentions and utilizing another computer-implemented neural network that is of the type other than the recurrent neural network.

**348**. The system of claim **345**, wherein the computer-implemented neural network is trained utilizing an output, including one or more computer program portions, that is generated by applying a first plurality of attentions and utilizing another computer-implemented neural network that is of the type other than the recurrent neural network, and the one or more programs include instructions for:

automatically causing generation, by iteratively directing a second plurality of attentions of the trained computer-implemented neural network, of a third plurality of syntactical elements that provides an explanation for the second plurality of syntactical elements; and

automatically causing generation, by iteratively directing a third plurality of attentions based on the third plurality of syntactical elements, of a fourth plurality of syntactical elements that includes computer executable code.

**349**. The system of claim **345**, wherein the system is configured such that the at least portion of the executable computer program includes at least a portion of at least one of the one or more programs.

**350**. The system of claim **345**, wherein the system is configured such that the second plurality of syntactical elements includes a modification to the executable computer program.

**351**. The system of claim **10**, wherein the system is configured such that the second plurality of syntactical elements includes at least a portion of an executable computer program.

**352**. The system of claim **351**, wherein the one or more programs include instructions for:

automatically causing generation, by iteratively directing a first plurality of attentions of the trained computer-implemented neural network, of a third plurality of syntactical elements that provides an explanation for the second plurality of syntactical elements; and

automatically causing generation, by iteratively directing a second plurality of attentions based on the third plurality of syntactical elements, of a fourth plurality of syntactical elements that includes computer executable code that is included in the communication.

**353**. The system of claim **351**, wherein the computer-implemented neural network is trained utilizing an output, including one or more computer program portions, that is generated by applying a plurality of attentions and utilizing another computer-implemented neural network that is of the type other than the recurrent neural network.

**354**. The system of claim **351**, wherein the computer-implemented neural network is trained utilizing an output, including one or more computer program portions, that is generated by applying a first plurality of attentions and utilizing another computer-implemented neural network that is of the type other than the recurrent neural network, and the one or more programs include instructions for:

automatically causing generation, by iteratively directing a second plurality of attentions of the trained computer-implemented neural network, of a third plurality of syntactical elements that provides an explanation for the second plurality of syntactical elements; and

automatically causing generation, by iteratively directing a third plurality of attentions based on the third plurality of syntactical elements, of a fourth plurality of syntactical elements that includes computer executable code that is included in the communication.

**355**. The system of claim **354**, wherein the system is configured such that the first plurality of syntactical elements does not include any computer code.

**356**. The system of claim **351**, wherein the system is configured such that the first plurality of syntactical elements includes a first portion that does not include any computer code, and a second portion that does include computer code.

**357**. The system of claim **10**, wherein the system is configured such that:

the first plurality of syntactical elements represents a request for the system to perform an action other than generating content utilizing the trained computer-implemented neural network and other than causing the communication to be sent to the user that includes a human user;

the action is performed by the system based on the second plurality of syntactical elements; and

the communication reflects the performing of the action.

**358**. The system of claim **357**, wherein the system is configured such that the action is a physical action.

**359**. The system of claim **357**, wherein the system is configured such that the action is not human user-perceptible.

**360**. The system of claim **357**, wherein the one or more programs include instructions for:

automatically causing generation, by iteratively directing a first plurality of attentions of the trained computer-implemented neural network, of a third plurality of syntactical elements that provides an explanation for the second plurality of syntactical elements; and

automatically causing generation, by iteratively directing a second plurality of attentions based on the third plurality of syntactical elements, of a fourth plurality of syntactical elements on which the action is based, in addition to the second plurality of syntactical elements.

**361**. The system of claim **10**, wherein the system is configured such that the trained computer-implemented neural network, includes a plurality of trained computer-implemented neural networks that are each of the type other than the recurrent neural network.

**362**. The system of claim **361**, wherein the system is configured such that at least one of the plurality of trained computer-implemented neural networks includes a plurality of feature detection nodes.

**363**. The system of claim **361**, wherein the system is configured such that at least one of the plurality of trained computer-implemented neural networks extracts features by applying feature extraction nodes.

**364**. The system of claim **363**, wherein the system is configured such that the features are extracted from the first plurality of syntactical elements.

**365**. The system of claim **363**, wherein the system is configured such that the features are extracted from a plurality of pixels within one or more images.

**366**. The system of claim **10**, wherein the system is configured such that the trained computer-implemented neural network is additionally trained by conditionally performing one or more actions based a measurement of a degree to

which uncertainty is expected to be reduced by performing the one or more actions in connection with syntactical element generation.

**367**. The system of claim **10**, wherein the system is configured such that the trained computer-implemented neural network is additionally trained by conditionally performing actions based a utility metric that measures a degree to which uncertainty is expected to be reduced by the generation of one or more of the second plurality of syntactical elements.

**368**. The system of claim **10**, wherein the system is configured such that the trained computer-implemented neural network does not include the recurrent neural network to avoid at least one instance of recurrency, while utilizing one or more hardware cognitive computing processors, in connection with prioritization of a plurality of attentions corresponding to one or more representations representing all of the first plurality of syntactical elements that constitutes an entirety of a syntactical element portion of a user prompt received from the user before any usage of the prioritization of any of the plurality of attentions corresponding to the one or more representations representing any of the first plurality of syntactical elements that constitutes the entirety of the syntactical element portion of the user prompt received from the user.

**369**. The system of claim **10**, wherein the system is configured such that the trained computer-implemented neural network does not include the recurrent neural network to avoid at least one instance of recurrency, while utilizing one or more hardware cognitive computing processors, in connection with completing prioritization of a plurality of attentions corresponding to one or more representations representing all of the first plurality of syntactical elements that constitutes an entirety of a syntactical element portion of a user prompt received from the user before starting any usage of the prioritization of any of the plurality of attentions corresponding to the one or more representations representing any of the first plurality of syntactical elements that constitutes the entirety of the syntactical element portion of the user prompt received from the user, where the one or more representations are influenced by a position of each syntactical element of all of the first plurality of syntactical elements, and the plurality of attentions are prioritized based on a relative importance or relevance of a plurality of relationships of all of the first plurality of syntactical elements.

**370**. The system of claim **10**, wherein the system is configured such that the trained computer-implemented neural network is of the type other than the recurrent neural network to reduce recurrency, while utilizing one or more cognitive computing processors, to improve efficacy in prioritizing, during a single step, a plurality of attentions corresponding to a matrix representing all of the first plurality of syntactical elements that constitutes an entirety of a syntactical element portion of a user prompt received from the user, where the matrix reflects a position of each syntactical element of all of the first plurality of syntactical elements, and the plurality of attentions are prioritized based on a relative importance or relevance of a plurality of relationships among all of the first plurality of syntactical elements.

**371**. The system of claim **10**, wherein the system is configured such that:

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least one vector that:

represents all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a prompt, and

is influenced by a position of each syntactical element of all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the prompt, and a relative importance or relevance of a plurality of relationships among

all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the prompt;

the first plurality of probabilities is generated utilizing the at least one vector during a first iteration, such that the first plurality of probabilities are utilized via a second iteration during which the first attention that is directed is among a first multiple attentions that is directed to different representations of different subsets of the first plurality of syntactical elements;

the second plurality of probabilities is generated during the second iteration, such that the second plurality of probabilities are utilized via a third iteration during which the second attention that is directed is among a second multiple attentions that is directed; and

the third plurality of probabilities is generated during the third iteration;

wherein the system is configured such that the trained computer-implemented neural network is of the type other than the recurrent neural network to avoid neural network recurrency, while utilizing a plurality of hardware cognitive computing processors, in connection with prioritizing the first multiple attentions, based on the relative importance or relevance of the plurality of relationships among all of the first plurality of syntactical elements that constitute the entirety of the syntactical element portion of the prompt.

**372**. The system of claim **10**, wherein the system is configured such that at least one of the first attention or the second attention is among a plurality of attentions directed to a single matrix that includes the representation of the first subset of the first plurality of syntactical elements and the representation of the second subset of the first plurality of syntactical elements.

**373**. The system of claim **372**, wherein the system is configured such that the single matrix includes one or more affinities among the representation of the first subset of the first plurality of syntactical elements and the representation of the second subset of the first plurality of syntactical elements.

**374**. The system of claim **343**, wherein the system is configured such that only one of:

the one or more processors includes a single processor;

the one or more processors includes a plurality of processors;

the one or more processors includes a plurality of processors that are distributed;

the one or more processors includes a plurality of processors that are not distributed;

the one or more memories includes a single memory;

the one or more memories includes a plurality of memories;

the one or more memories includes at least one non-volatile memory;

the one or more memories does not include non-volatile memory;

the one or more programs includes a single program;

the one or more programs includes a plurality of programs;

the one or more memories are in direct communication with the one or more processors;

the one or more memories are in indirect communication with the one or more processors;

the one or more memories include at least one non-volatile memory;

the one or more memories include only non-volatile memory;

the one or more memories include at least one volatile memory;

the one or more memories include only volatile memory;

the one or more memories include non-volatile memory and volatile memory;

the instructions include different instructions that separately cause the accessing and each instance of the causing;

the instructions include a same set of instructions that causes the accessing and each instance of the causing;

the instructions include hardwired instructions;

the instructions include firmware instructions;

the instructions include software instructions;

each instance of the generation and the direction are performed by hardware;

each instance of the generation and the direction are performed by software;

each instance of the generation and the direction are caused by software and performed by hardware;

each instance of the generation and the direction are caused and performed by software;

only a subset of each instance of the generation and the direction is performed by hardware;

only a subset of each instance of the generation and the direction is performed by software;

only a subset of each instance of the generation and the direction is caused by software and performed by hardware;

only a subset of each instance of the generation and the direction is caused and performed by software;

one or more of the instances of the causing includes a direct causation;

one or more of the instances of the causing includes an indirect causation;

the system is portable;

the system is not portable;

the system includes a user device;

the system includes a user device to which the communication is caused to be sent;

the system does not include a user device;

the system does not include a user device to which the communication is caused to be sent;

the system, further comprising: a user device;

the system, further comprising: a user device to which the communication is caused to be sent;

the trained computer-implemented neural network is capable of multiple iterations utilizing a same hardware;

the trained computer-implemented neural network is capable of multiple iterations utilizing a same software;

the trained computer-implemented neural network is capable of multiple iterations utilizing a same process;

the trained computer-implemented neural network is capable of multiple iterations each utilizing different hardware;

the trained computer-implemented neural network is capable of multiple iterations each utilizing different software;

the trained computer-implemented neural network is capable of multiple iterations each utilizing a same process;

the trained computer-implemented neural network is capable of multiple iterations each utilizing a same process and a different hardware;

the trained computer-implemented neural network is capable of multiple iterations each utilizing a same hardware and a different process;

the trained computer-implemented neural network includes a single computer-implemented neural network;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks, where a same one or more of the plurality of computer-implemented neural networks is utilized for each instance of the causing;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks, where a different one or more of the plurality of computer-implemented neural networks is utilized for each instance of the causing;

the trained computer-implemented neural network is implemented utilizing the system;

the trained computer-implemented neural network is implemented utilizing another system other than the system;

the trained computer-implemented neural network is implemented utilizing the one or more processors;

the trained computer-implemented neural network is implemented utilizing one or more other processors other than the one or more processors;

the trained computer-implemented neural network is implemented utilizing one or more other processors other than the one or more processors, such that the one or more processors causes operation of the trained computer-implemented neural network utilizing one or more other processors;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by the system not including any recurrent neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by the system not utilizing any recurrent neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by not including the recurrent neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by not including a class of neural networks configured for sequential data processing;

the trained computer-implemented neural network is of the type other than the recurrent neural network by not including a class of neural networks configured for processing the information across multiple time steps;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but does include at least one aspect that is recurrent;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but does include at least one instance of sequential data processing;

the trained computer-implemented neural network is of the type other than the recurrent neural network by not

including a class of neural networks configured for processing the information across multiple time steps, but does include the ability to perform at least one instance of processing across multiple time steps;

the trained computer-implemented neural network is of the type other than the recurrent neural network, while including at least one aspect of recurrency;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but is not devoid of any recurrency;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but is not devoid of any recurrency in connection with processing within the trained computer-implemented neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network so as to enable additional parallelization, but not disallowing any recurrency in connection with processing within the trained computer-implemented neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network so as to enable additional parallelization, but not disallowing any recurrency;

the trained computer-implemented neural network is part of the system, where the system also includes a recurrent neural network in addition to the trained computer-implemented neural network that is of the type other than the recurrent neural network;

the trained computer-implemented neural network is part of the system, where the system also includes a recurrent neural network in addition to the trained computer-implemented neural network is of the type other than the recurrent neural network, such that the recurrent neural network is utilized for operations other than each of the instances of the causing;

the application of the trained computer-implemented neural network includes a utilization of the trained computer-implemented neural network;

the application of the trained computer-implemented neural network includes a direct utilization of the trained computer-implemented neural network;

the application of the trained computer-implemented neural network includes an indirect utilization of the trained computer-implemented neural network;

at least one of the syntactical elements includes at least one of: a word, a phrase, a sentence, a punctuation symbol, or a chain;

at least one of the syntactical elements includes at least one of the syntactical element itself, or a mathematical representation thereof;

at least one of the syntactical elements includes at least one of the syntactical element itself, or a representation thereof;

at least one of the syntactical elements includes at least one of the syntactical element itself, or a symbol thereof;

at least one of the syntactical elements includes a syntactical structure;

at least one of the syntactical elements does not include a syntactical structure;

each representation includes a mathematical representation;

each representation includes a symbolic representation;

each representation includes a processed form of a corresponding one or more syntactical elements;

the communication is sent directly to the user;

the communication is sent indirectly to the user;

the communication is sent to the user via a network;

the communication is sent to the user via a wide area network;

the communication is not sent to the user via a network;

the communication is in written form;

the communication is in written form, by visually showing syntactical elements;

the communication is in visual form;

the communication is in audible form, by converting syntactical elements to audible versions of the syntactical elements;

the first plurality of syntactical elements are included in a single chain;

the first plurality of syntactical elements are included in a single composite chain;

the first plurality of syntactical elements are included in a plurality of chains;

the second one or more syntactical elements are not of the first plurality of syntactical elements;

the second one or more syntactical elements includes at least one of the first plurality of syntactical elements;

the second one or more syntactical elements includes at least one of the first plurality of syntactical elements, and one or more syntactical elements that are not of the first plurality of syntactical elements;

the first attention is part of a multiple-attention direction, which includes a direction of a plurality of attentions;

the first attention is part of a multiple-attention direction, which includes a direction of a plurality of attentions to different syntactical elements;

the first attention is part of a multiple-attention direction, which includes a direction of a plurality of attentions each to one of a plurality of different syntactical elements;

the first attention is part of a multiple-attention direction that includes different attentions from a multiple-attention direction of which the second attention is part;

the first attention is part of a multiple-attention direction that includes directions that are different from those associated with a multiple-attention direction of which the second attention is part;

the first attention is an initial attention;

the first attention is not an initial attention;

the first attention includes a reflection;

the first attention does not include a reflection;

at least one of the first attention or the second attention, includes monitored attention;

at least one of the first attention or the second attention, includes inferred attention;

at least one of the first attention or the second attention, includes a consciousness;

at least one of the first attention or the second attention, includes an awareness;

at least one of the first attention or the second attention, is represented by an identified one or more of the first plurality of syntactical elements;

at least one of the first attention or the second attention, is identified by identification of a representative one or more of the first plurality of syntactical elements;

at least one of the first attention or the second attention is based on at least one of: processing input from a sensor, processing input from externally sourced content, processing input from internally sourced content, a value of information, or a probabilistic selection process;

at least one of the first attention or the second attention is not based on at least one of: processing input from a

sensor, processing input from externally sourced content, processing input from internally sourced content, a value of information, or a probabilistic selection process;

the first attention and the second attention includes system attention;

the first attention and the second attention does not include user attention;

at least one of the first attention or the second attention includes a focus of attention;

at least one of the first attention or the second attention includes a potential attention;

at least one of the first attention or the second attention includes a stream of attention;

the first attention and the second attention are not generated by the trained computer-implemented neural network;

each instance of based on, includes directly based on;

at least one instance of based on, includes directly based on;

each instance of based on, includes indirectly based on;

at least one instance of based on, includes indirectly based on;

the first plurality of probabilities include uncertainties;

the first plurality of probabilities embody uncertainties;

the first plurality of probabilities is inversely related to uncertainties;

the first plurality of probabilities is an example of uncertainties;

the first plurality of probabilities include weightings;

one or more actions is performed between the direction of the first attention and the direction of the second attention;

one or more probability-changing actions is performed between the direction of the first attention and the direction of the second attention;

one or more actions is not performed between the direction of the first attention and the direction of the second attention;

one or more probability-changing actions is not performed between the direction of the first attention and the direction of the second attention;

the first attention is directed to a representation of only the first subset of the first plurality of syntactical elements;

the first attention is directed to a representation of the first subset of the first plurality of syntactical elements, which includes all of the first plurality of syntactical elements;

the second attention is directed to a representation of only the second subset of the first plurality of syntactical elements;

the second attention is directed to the representation of the second subset of the first plurality of syntactical elements, which includes all of the first plurality of syntactical elements;

the first plurality of probabilities is associated with the first plurality of syntactical elements, by the first plurality of probabilities being generated based on the first plurality of syntactical elements;

the second plurality of probabilities is generated based on multiple attentions, which include the first attention, where the multiple attentions are prioritized;

the second plurality of probabilities is generated based on multiple attentions, which include the first attention, where the multiple attentions have associated weights;

the second plurality of probabilities is generated based on multiple attentions, which include the first attention, where the multiple attentions have associated weights that reflect a prioritization thereof;



the second plurality of probabilities is generated based on multiple attentions being directed to different representations of different subsets of the first plurality of syntactical elements, where the multiple attentions include the first attention, and are prioritized based on a strength of a match in connection with an associated one of the different first subsets of the first plurality of syntactical elements;

the second plurality of probabilities is generated based on multiple attentions, which include the first attention among other of the multiple attentions, by being directed to different representations of different subsets of the first plurality of syntactical elements;

the third plurality of probabilities is generated based on multiple attentions, which include the second attention among other of the multiple attentions, by being directed to the different representations of the different subsets of the first plurality of syntactical elements, where at least one of the multiple attentions is prioritized based on a strength of a match in connection with an associated one of the different first subsets of the first plurality of syntactical elements;

the first plurality of probabilities is associated with the first plurality of syntactical elements, by the first plurality of probabilities being generated utilizing the first plurality of syntactical elements;

the first plurality of probabilities is generated based on at least one attention;

the first plurality of probabilities is generated in a first iteration of a process, and both the direction of the first attention and the generation of the second plurality of probabilities are performed in a second iteration of the process;

the first plurality of probabilities is generated by previous probabilities being updated;

the second plurality of probabilities is generated based on the first attention, by the second plurality of probabilities being updated based on utilization of the first attention;

the second plurality of probabilities is generated based on the first plurality of probabilities, by being generated based on the first attention which, in turn, is directed based on the first plurality of probabilities;

the second plurality of probabilities is generated by previous probabilities being updated;

the third plurality of probabilities is generated based on the second attention, by the third plurality of probabilities being updated based on utilization of the second attention;

the third plurality of probabilities is generated based on the second plurality of probabilities, by being generated based on the second attention which, in turn, is directed based on the second plurality of probabilities;

the third plurality of probabilities is generated by previous probabilities being updated;

at least one of the first attention or the second attention is based on processing input from a sensor;

at least one of the first attention or the second attention is based on processing input from externally sourced content;

at least one of the first attention or the second attention is based on processing input from internally sourced content;

at least one of the first attention or the second attention is based on a value of information;

at least one of the first attention or the second attention is based on a probabilistic selection process;

at least one of the first attention or the second attention is based on processing input from a sensor, processing input from externally or internally sourced content, a value of information, and a probabilistic selection process;

the first scenario includes an imaginative scenario;

the first scenario does not include an imaginative scenario;

the first scenario is self-referential;

the first scenario is not self-referential;

the first scenario is self-directed;

the first scenario is not self-directed;

the first scenario includes a description;

the first scenario includes a description of at least one of a person, place, or thing;

the first scenario includes a description of a person;

the first scenario includes a description of a place;

the first scenario includes a description of a thing;

the first scenario includes a description of one or more events;

the first scenario includes a sequence of events;

the first scenario represents objective reality, by being valid;

the first scenario represents objective reality, by being true;

the first scenario represents objective reality, by having a sufficient probability of being valid;

the first scenario represents objective reality, by having a sufficient probability of being true;

the first scenario represents objective reality, by having a maximum probability of being valid;

the first scenario represents objective reality, by having a maximum probability of being true;

the first scenario represents objective reality, by having a 100% probability of being valid;

the first scenario represents objective reality, by having a 100% probability of being true;

the first scenario represents objective reality, by representing anything that exists independent of any conscious awareness thereof;

the first scenario represents objective reality, by constituting a state-of-mind;

the first scenario represents objective reality, by constituting a user's state-of-mind;

the first scenario represents objective reality, by constituting a user's future state-of-mind;

the first scenario represents objective reality, by constituting a user's current state-of-mind;

the first scenario represents objective reality, by constituting a mental state;

the first scenario represents objective reality, by constituting a mental state inferred from a user behavior;

the first scenario represents objective reality, by constituting a conscious mental state;

the first scenario represents objective reality, by constituting an unconscious mental state;

the first scenario represents objective reality, by constituting a user's mental state;

the determination whether the first scenario represents objective reality is accomplished, by assessing an associated probability;

the determination whether the first scenario represents objective reality is accomplished, by assessing at least one probability in connection with one or more syntactical elements that describe the first scenario;

the determination that the first scenario does not represent objective reality, by determining that an associated probability is insufficient;

the determination that the first scenario does not represent objective reality, by determining that an associated low probability;

a plurality of attentions is iteratively directed utilizing the second plurality of syntactical elements, by utilizing representations of the second plurality of syntactical elements;

the creativity tuning setting includes a factor;

the creativity tuning setting has an associated factor;

the creativity tuning setting includes a distribution;

the creativity tuning setting has an associated distribution;

the creativity tuning setting is probabilistic;

the creativity tuning setting results in an application of a result of a context stripping process;

the creativity tuning setting results in an application of a result of a transference process;

the tuning results in humor being included;

the tuning results in wit being included;

the tuning results in at least one metaphor being included;

the tuning includes adjusting;

the human-provided prompt includes a user query;

the at least one user profile aspect includes a human preference;

the at least one user profile aspect includes a human behavior;

the at least one user profile aspect is related to a human preference;

the at least one user profile aspect is related to a human behavior;

the at least one user profile aspect is capable of being gleaned from a human behavior;

the at least one user profile aspect is related to one or more human-provided prompts that are received;

the at least one user profile aspect is capable of being gleaned from one or more human-provided prompts that are received;

the at least one user profile aspect is related to one or more human-provided prompts that are received and saved;

the at least one user profile aspect is capable of being gleaned from one or more human-provided prompts that are received and saved;

the generation of the second plurality of syntactical elements is caused to be tuned, based on the at least one user profile aspect, by including the at least one syntactical element that is included in a human-provided prompt, in addition to at least one other syntactical element that is not included in the human-provided prompt but is included based on the at least one user profile aspect;

the search is performed utilizing the human-provided prompt, by identifying at least a portion of the human-provided prompt, and utilizing the at least portion of the human-provided prompt as a query for the search;

the search is performed utilizing the human-provided prompt, by identifying at least a portion of the human-provided prompt, and utilizing at least one query that is derived from the at least portion of the human-provided prompt, for the search;

the first plurality of syntactical elements is automatically generated by a non-human user without being directly prompted by any human user prompt, by being indirectly prompted by a human user prompt;

the first plurality of syntactical elements is automatically generated by a non-human user without being directly

prompted by any human user prompt, by being indirectly prompted by a human user prompt that prompts a preceding operation before the generation of the first plurality of syntactical elements;

the first plurality of syntactical elements is automatically generated by a non-human user without being directly prompted by any human user prompt, by being automatically generated without any human request for the first plurality of syntactical elements to be generated;

the first plurality of syntactical elements is automatically generated by a non-human user without being directly prompted by any human user prompt, by being automatically generated in indirect response to a human request for a previous plurality of syntactical elements to be generated;

the first plurality of syntactical elements is automatically generated by a non-human user without being directly prompted by any human user prompt, by being automatically generated in indirect response to a human request for a previous plurality of syntactical elements to be generated, where the first plurality of syntactical elements is automatically generated in direct response to the previous plurality of syntactical elements being generated;

each instance of in response, includes a direct response;

each instance of in response, includes an indirect response;

the explanation is for a recommendation;

the explanation is not for a recommendation;

the explanation provides a reason or cause;

the explanation explains syntactical elements themselves;

the explanation explains syntactical element generation;

the explanation provides a reason for syntactical element generation;

the explanation provides a cause for syntactical element generation;

the explanation provides a logic that the system used in connection with syntactical elements delivery;

the explanation provides a rationale that the system used in connection with syntactical elements delivery;

the explanation provides a logic that the system used in connection with syntactical element generation;

the explanation provides a rationale that the system used in connection with syntactical element generation;

the explanation provides a logic that the system used in deciding to deliver syntactical elements;

the explanation provides a rationale that the system used in deciding to deliver syntactical elements;

the explanation explains why the system generated one or more syntactical elements;

the explanation is generated utilizing an explanation engine;

the explanation includes explanatory information;

the explanation is generated utilizing a template;

the explanation is generated utilizing a syntax;

the explanation is generated utilizing a rule;

the explanation itself includes one or more syntactical elements;

the explanation itself includes a caveat;

the explanation itself does not include a caveat;

the explanation itself includes a sense of confidence;

the explanation itself does not include a sense of confidence;

the explanation itself includes a tuning factor;

the explanation itself does not include a tuning factor;

the explanation itself includes a tuning setting;

the explanation itself does not include a tuning setting;



the explanation references one or more of the syntactical elements that the explanation explains;

the explanation references at least one aspect of one or more of the syntactical elements that the explanation explains;

the explanation references a theme of one or more of the syntactical elements that the explanation explains;

the explanation references a concept of one or more of the syntactical elements that the explanation explains;

the explanation references one or more of the syntactical elements that the explanation explains the generation thereof;

the update for the description of the first scenario, includes another description of the first scenario;

the update for the description of the first scenario, includes a first part including at least a portion of the description of the first scenario, and a second part not included in the description of the first scenario;

the update for the description of the first scenario, does not include any portion of the description of the first scenario;

the composition of the logical chain including linked representations of each of the plurality of semantic chains, is performed by generating the logical chain;

the composition of the logical chain including linked representations of each of the plurality of semantic chains, is performed by aggregating the logical chain;

the logical chain includes at least one composite chain;

the logical chain does not include a composite chain;

the linked representations is enabled by a correspondence;

the linked representations include corresponding representations;

the linked representations include representations with a correspondence therebetween;

the linked representations is enabled by a correspondence involving at least one component of at least one semantic chain;

the linked representations is enabled by a correspondence involving at least one of a subject, an object, or a predicate, of at least one semantic chain;

a linking of the linked representations is enabled by a correspondence;

a linking of the linked representations includes a correspondence;

a linking of the linked representations is enabled by a correspondence involving at least one component of at least one semantic chain;

a linking of the linked representations is enabled by a correspondence involving at least one of a subject, an object, or a predicate, of at least one semantic chain;

a linking of the linked representations is a collaborative behavior;

a linking of the linked representations is considered a collaborative behavior;

a linking of the linked representations includes friending;

a linking of the linked representations does not include friending;

a linking of the linked representations includes chaining;

a linking of the linked representations does not include chaining;

a linking of the linked representations forms a composite chain;

a linking of the linked representations does not form a composite chain;

a linking of the linked representations involves a vector;

a linking of the linked representations does not involve a vector;

a linking of the linked representations involves a probability;

a linking of the linked representations does not involve a probability;

the linked representations are linked to enable deductions;

the linked representations are not linked to enable deductions;

the representation of the first subset of the first plurality of syntactical elements, and the representation of the second subset of the first plurality of syntactical elements, are part of at least a portion of at least one vector;

the at least one vector includes a single vector;

the at least one vector includes a plurality of vectors;

the at least one vector includes a plurality of vectors that form a matrix;

the at least one vector reflects the relative importance or relevance of the plurality of relationships of the first plurality of syntactical elements, by reflecting the relative importance;

the at least one vector reflects the relative importance or relevance of the plurality of relationships of the first plurality of syntactical elements, by reflecting the relative relevance;

the at least one vector reflects the relative importance or relevance of the plurality of relationships of the first plurality of syntactical elements, by reflecting the relative importance and relevance;

the at least one vector takes different forms at different points in a processing thereof;

the at least one vector takes different forms at different points in a use thereof;

the at least one vector takes different forms at different points during a use thereof in connection with the direction of the first attention and the direction of the second attention;

the at least one vector takes different forms at different points during a use thereof in connection with the generation of the first plurality of probabilities and the generation of the second plurality of probabilities, such that each different form includes different updated values;

the at least one vector includes different updated values at different points during a use thereof in connection with the direction of the first attention and the direction of the second attention;

the at least one vector includes different updated values at different points in a use thereof in connection with the generation of the first plurality of probabilities and the generation of the second plurality of probabilities;

the at least one vector is part of a matrix that takes different forms at different points in a processing thereof;

the at least one vector is part of a matrix that takes different forms at different points in a use thereof;

the at least one vector is part of a matrix that takes different forms at different points during a use thereof in connection with the direction of the first attention and the direction of the second attention;

the at least one vector is part of a matrix that takes different forms at different points during a use thereof in connection with the generation of the first plurality of probabilities and the generation of the second plurality of probabilities, such that each different form includes different updated values;

the at least one vector is part of a matrix that includes different updated values at different points during a use thereof in connection with the direction of the first attention and the direction of the second attention;



the at least one vector is part of a matrix that includes different updated values at different points in a use thereof in connection with the generation of the first plurality of probabilities and the generation of the second plurality of probabilities;

the at least one vector is part of a matrix that includes different fields at different points in a use thereof;

the at least one vector includes different fields at different points in a use thereof;

the first plurality of attentions are applied to the representations of different subsets of the first plurality of items of content, by a first one of the first plurality of attentions being applied to a representation of a first subset of the first plurality of items of content, and a second one of the first plurality of attentions being applied to a representation of a second subset of the first plurality of items of content;

the third plurality of attentions are applied to the representations of different subsets of the second plurality of items of content, by a first one of the third plurality of attentions being applied to a representation of a first subset of the second plurality of items of content, and a second one of the third plurality of attentions being applied to a representation of a second subset of the second plurality of items of content;

the other computer-implemented neural network is another instance of the trained computer-implemented neural network;

the other computer-implemented neural network is another instance that is the same as the trained computer-implemented neural network, but is trained differently;

the other computer-implemented neural network is different from the trained computer-implemented neural network;

the first plurality of probabilities is associated with at least one image in addition to the first plurality of syntactical elements, by a first subset of the first plurality of probabilities being associated with the at least one image, and a second subset of the first plurality of probabilities being associated with the first plurality of syntactical elements;

the first plurality of probabilities is associated with at least one image in addition to the first plurality of syntactical elements, by all of the first plurality of probabilities being associated with both the at least one image, and the first plurality of syntactical elements;

the one or more attentions includes a single attention;

the one or more attentions includes a single attention directed to the representation of the at least portion of the at least one user-provided image, and the representation of the first subset of the first plurality of syntactical elements;

the one or more attentions includes multiple attentions;

the one or more attentions includes multiple attentions, including a first one of the multiple attentions directed to the representation of the at least portion of the at least one human user-provided image, a second one of the multiple attentions directed to the representation of the first subset of the first plurality of syntactical elements;

the generation of the first, the second, and the third plurality of probabilities is by the application of the trained computer-implemented neural network, while the causation thereof is by the instructions;

only a subset of the first plurality of syntactical elements receives any attention;

a subset of the first plurality of syntactical elements does not receive any attention;

all of the first plurality of syntactical elements receive at least one attention;

all of the first plurality of syntactical elements receive different levels of attention;

after multiple iterations, all of the first plurality of syntactical elements receive at least one attention;

after multiple iterations, all of the first plurality of syntactical elements receive different levels of attention;

the direction of at least one of the first attention or the second attention results in only a subset of the first plurality of syntactical elements receiving any attention;

the direction of at least one of the first attention or the second attention results in a subset of the first plurality of syntactical elements not receiving any attention;

the direction of attentions including at least one of the first attention or the second attention results in all of the first plurality of syntactical elements receiving at least one attention;

the direction of attentions including at least one of the first attention or the second attention results in all of the first plurality of syntactical elements receiving different levels of attention;

at least one of the first attention or the second attention includes a focus of attention;

at least one of the first attention or the second attention includes a potential attention;

at least one of the first attention or the second attention includes a stream of attention;

the user prompt includes a user command;

the user prompt includes a user query;

the first plurality of correspondences involve all of the training syntactical elements;

the first plurality of correspondences involve only a subset of the training syntactical elements;

the multiple syntactical elements involve all of the training syntactical elements;

the multiple syntactical elements involve only a subset of the training syntactical elements;

the first plurality of correspondences involve all of the distinct patterns of pixels of the first plurality of images;

the first plurality of correspondences involve only a subset of the distinct patterns of pixels of the first plurality of images;

the first plurality of correspondences involve all of the multiple distinct patterns;

the first plurality of correspondences involve only a subset of the multiple distinct patterns;

the first plurality of correspondences involve all of the multiple syntactical elements;

the first plurality of correspondences involve only a subset of the multiple syntactical elements;

at least one of the first plurality of correspondences or the second plurality of correspondences include associations;

at least one of the first plurality of correspondences or the second plurality of correspondences include matches;

at least one of the first plurality of correspondences or the second plurality of correspondences include direct correspondences;



at least one of the first plurality of correspondences or the second plurality of correspondences include indirect correspondences;

at least one of the first plurality of correspondences or the second plurality of correspondences include indirect correspondences, such that one or more syntactical elements, that correspond with the sets of pixels, correspond with the at least one of the first plurality of correspondences or the second plurality of correspondences;

the second plurality of correspondences involve an entirety of the third plurality of syntactical elements;

the second plurality of correspondences are between an entirety of the third plurality of syntactical elements;

the second plurality of correspondences involve a subset of the third plurality of syntactical elements;

the second plurality of correspondences are between a subset of the third plurality of syntactical elements;

the second plurality of correspondences involve an entirety of the sets of pixels;

the second plurality of correspondences are between an entirety of the sets of pixels;

the second plurality of correspondences involve a subset of the sets of pixels;

the second plurality of correspondences are between a subset of the sets of pixels;

the second plurality of correspondences involve an entirety of the plurality of pixels of the sets of pixels;

the second plurality of correspondences are between an entirety of the plurality of pixels of the sets of pixels;

the second plurality of correspondences involve a subset of the plurality of pixels of the sets of pixels;

the second plurality of correspondences are between a subset of the plurality of pixels of the sets of pixels;

the multiple distinct patterns include an entirety of distinct patterns;

the multiple distinct patterns include an entirety of distinct patterns of the first plurality of images;

the multiple syntactical elements include an entirety of the training syntactical elements;

the multiple distinct patterns do not include an entirety of distinct patterns;

the multiple distinct patterns do not include an entirety of distinct patterns of the first plurality of images;

the multiple syntactical elements do not include an entirety of the training syntactical elements;

the plurality of pixels of each of the sets of pixels match at least a subset of the plurality of pixels of the distinct patterns;

the plurality of pixels of each of the sets of pixels do not match at least a subset of a plurality of pixels of the distinct patterns;

the plurality of pixels of each of the sets of pixels are derived from at least a subset of a plurality of pixels of the distinct patterns;

the plurality of pixels of each of the sets of pixels are derived from a plurality of pixels of the distinct patterns, by being generated based thereon;

all of the plurality of pixels of a subset of the sets of pixels match all of a plurality of pixels of a subset of the distinct patterns;

a subset of the plurality of pixels of all of the sets of pixels match a subset of a plurality of pixels of all of the distinct patterns;

a subset of the plurality of pixels of a subset of the sets of pixels match a subset of a plurality of pixels of a subset of the distinct patterns;

all of the plurality of pixels of all of the sets of pixels match all of a plurality of pixels of all of the distinct patterns;

all of the plurality of pixels of a subset of the sets of pixels are derived from all of a plurality of pixels of a subset of the distinct patterns;

a subset of the plurality of pixels of all of the sets of pixels are derived from a subset of a plurality of pixels of all of the distinct patterns;

a subset of the plurality of pixels of a subset of the sets of pixels are derived from a subset of a plurality of pixels of a subset of the distinct patterns;

all of the plurality of pixels of all of the sets of pixels are derived from all of a plurality of pixels of all of the distinct patterns;

the imaginative scenario constitutes a state-of-mind of the user;

the imaginative scenario constitutes a current state-of-mind of the user;

the imaginative scenario constitutes a future state-of-mind of the user;

the imaginative scenario constitutes a conscious state-of-mind of the user;

the imaginative scenario constitutes an unconscious state-of-mind of the user;

the imaginative scenario corresponds with objective reality;

the imaginative scenario does not correspond with objective reality;

the imaginative scenario includes a scenario that does not exist in objective reality, but has the potential to exist in objective reality;

the imaginative scenario is one where there is not an inference of objective reality;

the imaginative scenario is one where there is an inference of objective reality;

the imaginative scenario includes a what-if scenario;

the imaginative scenario includes a self-directed scenario;

the imaginative scenario includes a self-referential scenario;

the sets of pixels each include an entire image;

the sets of pixels each include at least a portion of an image;

the sets of pixels do not include an entire image;

the sets of pixels each include only a portion of an image;

the one or more images is sent directly to the user;

the one or more images is sent indirectly to the user;

the one or more images is sent to the user via a network;

the one or more images is sent to the user via a wide area network;

the one or more images is not sent to the user via a network;

the one or more images includes all of the plurality of pixels of all of the sets of pixels;

the one or more images includes a subset of the plurality of pixels of all of the sets of pixels;

the one or more images includes a subset of the plurality of pixels of a subset of the sets of pixels;

the one or more images is derived from all of the plurality of pixels of all of the sets of pixels;

the one or more images is derived from a subset of the plurality of pixels of all of the sets of pixels;

the one or more images is derived from a subset of the plurality of pixels of a subset of the sets of pixels;

the one or more images is generated based on all of the plurality of pixels of all of the sets of pixels;

the one or more images is generated based on a subset of the plurality of pixels of all of the sets of pixels;

the one or more images is generated based on a subset of the plurality of pixels of a subset of the sets of pixels;

the one or more images includes a new one or more images generated based on all of the plurality of pixels of all of the sets of pixels;

the one or more images includes a new one or more images generated based on a subset of the plurality of pixels of all of the sets of pixels;

the one or more images includes a new one or more images generated based on a subset of the plurality of pixels of a subset of the sets of pixels;

the one or more images includes a single image;

the one or more images includes a second plurality of images;

the one or more images includes a second plurality of images in a form of a video;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code includes a modified version of the executable computer program;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code includes the executable computer program modified;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code does not include a modified version of the executable computer program;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code does not include any portion of the executable computer program;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code includes at least a portion of the executable computer program;

the first attention is directed for use by the trained computer-implemented neural network, by affecting a particular manner of subsequent processing by the trained computer-implemented neural network;

the first attention is directed for use by the trained computer-implemented neural network, by the first plurality of probabilities being generated, by application of the trained computer-implemented neural network, based on the direction of the first attention;

the first attention is of the trained computer-implemented neural network;

the first attention is of the trained computer-implemented neural network by including a manner of processing by the trained computer-implemented neural network,

where the processing is based on a prior prioritization of a plurality of attentions;

the trained computer-implemented neural network includes a neural network-based system capable of pre-processing that precedes utilization of the trained computer-implemented neural network for probability generation and that implements attention prioritization, to generate a result that affects the first attention;

the trained computer-implemented neural network is a neural network-based system capable of pre-processing that implements attention prioritization to generate a result that affects the first attention, by affecting a particular manner of processing by the trained computer-implemented neural network;

a first operation is performed including neural network-independent attention prioritization, and a second operation is performed to direct the first attention by causing processing of the trained computer-implemented neural network to be based on the neural network-independent attention prioritization;

the trained computer-implemented neural network includes a neural network-based system capable of a first operation including neural network-independent attention prioritization, and a second operation to direct the first attention by causing processing of the trained computer-implemented neural network to be based on the neural network-independent attention prioritization, by affecting a particular manner of the processing by the trained computer-implemented neural network;

the system is further configured such that the computer-implemented neural network is caused to be trained utilizing a first processor of the one or more processors of a first apparatus of the system that executes a first program of the one or more programs that is stored in a first memory of the one or memories of the first apparatus of the system, and the second plurality of syntactical elements is caused to be accessed utilizing a second processor of the one or more processors of a second apparatus of the system that executes a second program of the one or more programs that is stored in a second memory of the one or memories of the second apparatus of the system;

the computer-implemented neural network is caused to be trained and the second plurality of syntactical elements is caused to be accessed utilizing a same processor of the one or more processors of a same apparatus of the system that executes a same program of the one or more programs that is stored in a same memory of the one or memories of the same apparatus of the system;

the syntactical element portion of the prompt, is not an only portion of the prompt; or

the syntactical element portion of the prompt, is an only portion of the prompt.



**375**. A system comprising:

means for accessing a first information comprising a first plurality of syntactical elements;

means for generating by application of a trained computer-implemented neural network a first plurality of probabilities that are associated with the first plurality of syntactical elements;

means for directing a first focus of attention of the trained computer-implemented neural network to a representation of a first subset of the first plurality of syntactical elements in accordance with the first plurality of probabilities;

means for generating a second plurality of probabilities in accordance with the first focus of attention of the trained computer-implemented neural network and the first plurality of probabilities;

means for directing a second focus of attention of the trained computer-implemented neural network to a representation of a second subset of the first plurality of syntactical elements in accordance with the second plurality of probabilities;

means for generating a third plurality of probabilities in accordance with the second focus of attention of the trained computer-implemented neural network and the second plurality of probabilities;

means for generating a second plurality of syntactical elements in accordance with the third plurality of probabilities;

means for receiving a second information in response to the generated second plurality of syntactical elements; and

means for generating a third plurality of syntactical elements in accordance with the second information.

* * * * *

# EXHIBIT 3

US012511580B1

(12) **United States Patent**
**Flinn et al.**

(10) **Patent No.: US 12,511,580 B1**
(45) **Date of Patent: *Dec. 30, 2025**

(54) **ITERATIVE ATTENTION-BASED NEURAL NETWORK TRAINING AND PROCESSING**

(71) Applicant: **Steven D. Flinn**, Sugar Land, TX (US)

(72) Inventors: **Steven Dennis Flinn**, Sugar Land, TX (US); **Naomi Felina Moneypenny**, Bellevue, WA (US)

(73) Assignee: **Steven F. Flinn**, Sugar Land, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/972,785**

(22) Filed: **Dec. 6, 2024**

**Related U.S. Application Data**

(60) Division of application No. 18/810,465, filed on Aug. 20, 2024, now Pat. No. 12,307,342, which is a continuation of application No. 18/101,612, filed on Jan. 26, 2023, now Pat. No. 12,223,404, which is a continuation of application No. 16/660,908, filed on Oct. 23, 2019, now Pat. No. 11,593,708, which is a continuation of application No. 15/000,011, filed on Jan. 18, 2016, now Pat. No. 10,510,018, which is a continuation-in-part of application No. 14/816,439, filed on Aug. 3, 2015, now abandoned.

(51) **Int. Cl.**

| | |
|---|---|
| ***G06N 20/00*** | (2019.01) |
| ***G06F 40/211*** | (2020.01) |
| ***G06F 40/216*** | (2020.01) |
| ***G06F 40/30*** | (2020.01) |
| ***G06N 3/045*** | (2023.01) |
| ***G06N 5/045*** | (2023.01) |
| ***G06N 5/048*** | (2023.01) |

(52) **U.S. Cl.**
CPC ........... ***G06N 20/00*** (2019.01); ***G06F 40/211*** (2020.01); ***G06F 40/216*** (2020.01); ***G06F 40/30*** (2020.01); ***G06N 3/045*** (2023.01); ***G06N 5/045*** (2013.01); ***G06N 5/048*** (2013.01)

(58) **Field of Classification Search**
CPC ........ G06N 20/00; G06N 3/045; G06N 5/045; G06N 5/048; G06F 40/211; G06F 40/216; G06F 40/30
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2004/0162647 A1* 8/2004 Koshizen ............ G05D 1/0088 701/2
2008/0249967 A1* 10/2008 Flinn ...................... G06N 20/00 706/11

OTHER PUBLICATIONS

List of References in Parent U.S. Appl. No. 18/101,612, now Issued as US12223404B2, mail room dated Nov. 19, 2024 and Jul. 29, 2024.

(Continued)

*Primary Examiner* — Eric Nilsson

(57) **ABSTRACT**

An iterative attention-based neural network training and processing method and system iteratively applies a focus of attention of a trained neural network on syntactical elements and generates probabilities associated with representations of the syntactical elements, which in turn inform a subsequent focus of attention of the neural network, resulting in updated probabilities. The updated probabilities are then applied to generate syntactical elements for delivery to a user. The user may respond to the delivered syntactical elements, providing additional training information to the trained neural network.

**65 Claims, 18 Drawing Sheets**



(56) **References Cited**

OTHER PUBLICATIONS

Notice of Allowance from U.S. Appl. No. 18/754,550, dated Jun. 24, 2025.

* cited by examiner

Figure 1



user(s) (200)
adaptive system (100)
920
structural aspect (210)
content aspect (230)
automatic or semi-automatic updating of structure
usage aspect (220)
automatic or semi-automatic updating of content
245
adaptive recommendations function (240)
246
adaptive recommendations (250)
255
265
non-user (260)

Figure 2A




Figure 2B




Figure 2C



Figure 3


700
700a
fuzzy content network
718
34c2
710c1
content object
content object
.9
710c3
content object
.2
.8
.8
.6
.4
.1
.3
.5
.3
.1
.2
710t2
710t2
topic object
topic object
.4
.3
.1
.6
716
.4
.3
.1
.2
700b
fuzzy content network
.7
.7
700c
fuzzy content network

Figure 4A




Figure 4B




Figure 4C



Figure 5A



user(s) (200)
adaptive system (100D)
fuzzy content network (700)
content object
content object
content object
topic object
topic object
.2
.8
.9
.8
.3
.5
.6
.4
.1
.2
.1
.3
.4
.3
.1
.6
structural aspect (210D)
content aspect (230)
usage aspect (220)
automatic or semi-automatic updating of structure
245
automatic or semi-automatic updating of content
246
adaptive recommendations function (240)
adaptive recommendations (250)
255
265
non-user (260)

# Figure 6


user(s) (200)
Adaptive Communications
Usage Behaviors
250c
920
Computer-based System (925)
User Behavior and Usage Pattern Framework (1000)
1002
Entire Community Usage Patterns
1006
Sub-Community A Usage Patterns
1008
Sub-Community B Usage Patterns
1004
Individual Usage Patterns
Sub-Community C Usage Patterns
1010

Figure 7



1050
Entire Community
1064
Sub-Community A
1069
Sub-Community C
1062
Sub-Community B
1070
Sub-Community E
1067
1068
1073
1066
1071
1072
Sub-Community D
1063
Process Participant
1065
.6
.6
.8
.1
.3
.4
.5
.2
.3
.4
.8
.6
.5
.2
.8
.8
.9
.2
.8
.1
.3
.5
.5
.2
.7
.4
.3
.9
.1

Figure 8


usage behavior information and inferences (220)
captured usage information (202)
usage behaviors (270)
usage behavior pre-processing (204)
usage behaviors categories (246)
usage behavior clusters (247)
usage behavioral patterns (248)

Figure 9


500
begin
510
Request user communication
520
Determine syntactical structure of the user communication
530
Select phrases in accordance with the syntactical structure of the user communication and phrase frequency distributions
540
Generate user communication
550
Evaluate communication recipient behaviors
560
Update phrase frequency distributions
done

Figure 10


2000
begin
2010
Evaluate changes to phrase frequency distributions
2020
Determine syntactical structure of the user communication of self-awareness
2030
Select self-aware phrases in accordance with the syntactical structure of the user communication and changes in phrase frequency distributions
2040
Generate self-aware user communication
2050
Evaluate communication recipient behaviors
2060
Update phrase frequency distributions
done

# Figure 11

3000

3010 3020 3030 3040 3050 3060

| Phrase Array | Phrase ID | Relative Frequency | Phrase | Phrase Attribute 1 | Phrase Attribute 2 |
|---|---|---|---|---|---|
| Array 1 | 1 | 1 | I've noticed you've been spending a lot of time with your profile lately ;-) | Sarcastic | User-attentive |
| Array 1 | 2 | 3 | It seems to me that you recently have been more interested in areas such as {1} | Business-like | User-attentive |
| Array 1 | 3 | 1 (3032) | I've noticed your colleagues have been very interested recently in {1}-related topics | Business-like | Socially-attentive |
| Array 1 | 4 | 5 | Null | Null | Null |
| Array 2 | 1 | 2 | I know this is probably silly of me | Humorous | Introspective |
| Array 2 | 2 | 1 | I often wonder why you | Inquisitive | User-attentive |

4000

4010 4020 4030 4040 4060 4070

| Phrase Array | Phrase ID | Relative Frequency | Phrase | Phrase Attribute 2 | Phrase Attribute 3 |
|---|---|---|---|---|---|
| Array 3 | 1 | 1 | You know, I sense that I have become a lot more fun loving since I met you | Introspective | Humorous |
| Array 3 | 2 | 2 | I feel like I take myself a lot less seriously when I'm around you | Introspective | Humorous |
| Array 3 | 3 | 10 | Null | Null | Null |
| Array 4 | 1 | 1 | I keep wondering why I've become increasingly self-absorbed of late | Introspective | Introspective |
| Array 4 | 2 | 1 | Null | Null | Null |

# Figure 12



Computer-based System (925)
User Communication Request (6000)
Phrase Arrays (5000)
Phrase Arrays (3000)
Syntax Rules (7500)
Generate Communication (7000)
Self-Aware Phrase Arrays (4000)
Monitor Behaviors of Communication Recipient (8000)
Update Phrase Array Frequency Distributions (9000)

Figure 13



Figure 14A


600
begin
610
Access a behavioral-based chain for a user comprising a subject (the user), predicate, and object triple
620
Identify a semantic chain that comprises a subject, predicate, and object triple, and in which the subject corresponds to the object of the predicate of the behavioral-based chain
630
Link the behavioral-based chain and the semantic chain to generate a composite chain
640
Identify any additional semantic chains to link to the composite chain
650
Perform an inference with respect to the user that is based on the composite chain and any probabilities that are associated with elements of the composite chain
240
Generate a recommendation based on the inference
done

# Figure 14B


605
begin
615
Identify a second semantic chain that generalizes a first context that is associated with a first semantic chain.
625
Identify a second context that is different than the first context but that has a semantic relationship to the first context.
635
Generate a third semantic chain by applying the subject or predicate or variations thereof of the first semantic chain to the second context.
645
Determine if the frequency of the third semantic chain within an evaluative corpus of content is within an acceptable range.
655
Apply a probabilistic communication creativity tuning factor to determine the probability of communicating the third semantic chain.
250c
Generate a communication that includes the third semantic chain.
done

Figure 14C


660
begin
665
Prioritize potential focuses of attention and identify a focus of attention.
670
Identify one or more semantic or composite chains that are relevant to the focus of attention.
675
Evaluate uncertainties associated with the one or more relevant semantic or composite chains and determine the uncertainties to be reduced.
680
Identify and perform one or more actions that are expected to reduce the uncertainties.
685
Assess the results of the one or more actions and update the representations of uncertainties based on the assessment of the one or more actions.

Figure 14D


661
begin
666
Receive from an external or internal source a communication or image that comprises, or is associated with, one or more syntactical elements.
671
Determine which subsets of the syntactical elements likely represent objective reality by performing a search with respect to the one or more syntactical elements.
676
Identify one or more base images that best match the maximum subset of syntactical elements that are categorized as likely representing objective reality.
681
For each of the subsets of the syntactical elements that likely do not represent objective reality, determine a best-match image by performing a search.
686
Substitute or super-impose the images that best match the subset of syntactical elements that likely do not represent objective reality onto the base image(s), thereby generating an imaginative image.
691
Generate a chain, communication, or image based upon the imaginative image by directing a focus of attention of the computer-based system on the imaginative image.

Figure 15



810
• Virtual Learning Environments
• Formal Courses
• Other Sources
Adaptive Discovery (informal learning)
250
815
Actors-Actions-Objects
805
Learning/ Education Plans
800
Learning Layer
Inferences from Actor-Action-Object Events and Object-to-Object Relationships
Actors-Actions-Objects
825
Actors-Actions-Objects
830
Learning Record System (LRS)
(Actor-Action-Object records)
850
Learning Management System (LMS)
925
820

# ITERATIVE ATTENTION-BASED NEURAL NETWORK TRAINING AND PROCESSING

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a divisional of U.S. patent application Ser. No. 18/810,465, filed on Aug. 20, 2024, which is a continuation of U.S. patent application Ser. No. 18/101,612, filed on Jan. 26, 2023, which is a continuation of U.S. patent application Ser. No. 16/660,908, filed on Oct. 23, 2019, which is a continuation of U.S. patent application Ser. No. 15/000,011, filed on Jan. 18, 2016, which is a continuation-in-part of U.S. patent application Ser. No. 14/816,439, filed on Aug. 3, 2015, all of which are hereby incorporated by reference as if set forth herein in their entirety. The present application also incorporates by reference: U.S. patent application Ser. No. 14/497,645, filed on Sep. 26, 2014; U.S. Provisional Patent Application No. 61/884,224, filed Sep. 30, 2013, and U.S. Provisional Patent Application No. 61/929,432, filed Jan. 20, 2014, all of which are hereby incorporated by reference as if set forth herein in their entirety.

## FIELD OF THE INVENTION

This invention relates to systems and methods for incorporating semantic-based auto-learning capabilities within one or more computer-implemented systems.

## BACKGROUND OF THE INVENTION

Existing semantic-based approaches, using, for example, Resource Description Framework (RDF), can require significant manual effort, and do not adapt to usage. Thus there is a need for a system and method that enables such semantic-based approaches to automatically adapt to use, and further, to extend semantic-based approaches so as to enable the automatic generation of more engaging communications that embody characteristics lacking in existing semantic-based systems such as self-awareness, imagination, introspection, continuing streams of attention and reflection, and communicating creatively with metaphorical constructs and/or wit.

## SUMMARY OF THE INVENTION

In accordance with the embodiments described herein, a processor-based system, method, and apparatus that embodies automatically generated streams of attention and/or reflection, is disclosed.

Other features and embodiments will become apparent from the following description, from the drawings, and from the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of an adaptive system, according to some embodiments;

FIGS. **2**A, **2**B, and **2**C are block diagrams of the structural aspect, the content aspect, and the usage aspect of the adaptive system of FIG. **1**, according to some embodiments;

FIG. **3** is a block diagram of a fuzzy content network-based system, according to some embodiments;

FIGS. **4**A, **4**B, and **4**C are block diagrams of an object, a topic object, and a content object, according to some embodiments;



FIG. **5**A is a block diagram of a fuzzy content network-based adaptive system, according to some embodiments;

FIG. **6** is a block diagram of a computer-based system that enables adaptive communications, according to some embodiments;

FIG. **7** is a diagram illustrating user communities and associated relationships, according to some embodiments;

FIG. **8** is a block diagram of usage behavior processing functions of the computer-based system of FIG. **6**, according to some embodiments;

FIG. **9** is a flow diagram of an adaptive personality process, according to some embodiments;

FIG. **10** is a flow diagram of a self-aware personality process, according to some embodiments;

FIG. **11** is a diagram of exemplary data structures associated with the adaptive personality process and the self-aware personality process of FIGS. **9** and **10**, according to some embodiments;

FIG. **12** is a block diagram of major functions of an adaptive personality and self-aware personality system, according to some embodiments;

FIG. **13** is a diagram of various computing device topologies, according to some embodiments;

FIG. **14**A is a flow diagram of a process of integrating, and generating inferences from, behavioral-based chains and semantic chains, according to some embodiments;

FIG. **14**B is a flow diagram of a process of applying semantic context transfer to generate communications that embody a degree of creativity, according to some embodiments;

FIG. **14**C is a flow diagram of a closed-loop process of applying semantic-based chains and associated uncertainties to inform automatic actions that are in accordance with a focus of attention, according to some embodiments;

FIG. **14**D is a flow diagram of a closed-loop process of generating streams of imaginative images, according to some embodiments; and

FIG. **15** is a diagram of the integration of a learning layer system and a learning management system, according to some embodiments.

## DETAILED DESCRIPTION

In the following description, numerous details are set forth to provide an understanding of the present invention. However, it will be understood by those skilled in the art that the present invention may be practiced without these details and that numerous variations or modifications from the described embodiments may be possible.

Adaptive System

In some embodiments, the present invention may apply the methods and systems of an adaptive system as depicted by FIG. **1**. FIG. **1** is a generalized depiction of an adaptive system **100**, according to some embodiments. The adaptive system **100** includes three aspects: a structural aspect **210**, a usage aspect **220**, and a content aspect **230**. One or more users **200** interact with the adaptive system **100**. An adaptive recommendations function **240** may produce adaptive recommendations **250** based upon the user interactions, and the recommendations may be delivered to the user **200** or applied to the adaptive system **100**.

As used herein, one or more users **200** may be a single user or multiple users. As shown in FIG. **1**, the one or more users **200** may receive the adaptive recommendations **250**. Non-users **260** of the adaptive system **100** may also receive adaptive recommendations **250** from the adaptive system **100**.

A user **200** may be a human entity, a computer system, or a second adaptive system (distinct from the adaptive system **100**) that interacts with, or otherwise uses the adaptive system. The one or more users **200** may therefore include non-human "users" that interact with the adaptive system **100**. In particular, one or more other adaptive systems may serve as virtual system "users." Although not essential, these other adaptive systems may operate in accordance with the architecture of the adaptive system **100**. Thus, multiple adaptive systems may be mutual users of one another. The user **200** may also represent the adaptive system **100** itself as a means of representing interactions with itself (or among its constituent elements) or as a means for referencing its own behaviors as embodied in the usage aspect **220**.

It should be understood that the structural aspect **210**, the content aspect **230**, the usage aspect **220**, and the recommendations function **240** of the adaptive system **100**, and elements of each, may be contained within one processor-based device, or distributed among multiple processor-based devices, and wherein one or more of the processor-based devices may be portable. Furthermore, in some embodiments one or more non-adaptive systems may be transformed to one or more adaptive systems **100** by means of operatively integrating the usage aspect **220** and the recommendations function **240** with the one or more non-adaptive systems. In some embodiments the structural aspect **210** of a non-adaptive system may be transformed to a fuzzy network-based structural aspect **210** to provide a greater capacity for adaptation.

The term "computer system" or the term "system," without further qualification, as used herein, will be understood to mean either a non-adaptive or an adaptive system. Likewise, the terms "system structure" or "system content," as used herein, will be understood to refer to the structural aspect **210** and the content aspect **230**, respectively, whether associated with a non-adaptive system or the adaptive system **100**. The term "system structural subset" or "structural subset," as used herein, will be understood to mean a portion or subset of the elements of the structural aspect **210** of a system.

Structural Aspect

The structural aspect **210** of the adaptive system **100** is depicted in the block diagram of FIG. **2**A. The structural aspect **210** comprises a collection of system objects **212** that are part of the adaptive system **100**, as well as the relationships among the objects **214**, if they exist. The relationships among objects **214** may be persistent across user sessions, or may be transient in nature. The objects **212** may include or reference items of content, such as text, graphics, audio, video, interactive content, or embody any other type or item of computer-implemented information. The objects **212** may also include references, such as pointers, to content. Computer applications, executable code, or references to computer applications may also be stored as objects **212** in the adaptive system **100**. The content of the objects **212** is known herein as information **232**. The information **232**, though part of the object **214**, is also considered part of the content aspect **230**, as depicted in FIG. **2**B, and described below.

The objects **212** may be managed in a relational database, or may be maintained in structures such as, but not limited to, flat files, linked lists, inverted lists, hypertext networks, or object-oriented databases. The objects **212** may include meta-information **234** associated with the information **232** contained within, or referenced by the objects **212**.

As an example, in some embodiments, the World-wide Web could be considered a structural aspect, wherein web pages constitute the objects of the structural aspect and links between web pages constitute the relationships among the objects. Alternatively, or in addition, in some embodiments, the structural aspect could be composed of objects associated with an object-oriented programming language, and the relationships between the objects associated with the protocols and methods associated with interaction and communication among the objects in accordance with the object-oriented programming language.

The one or more users **200** of the adaptive system **100** may be explicitly represented as objects **212** within the system **100**, therefore becoming directly incorporated within the structural aspect **210**. The relationships among objects **214** may be arranged in a hierarchical structure, a relational structure (e.g. according to a relational database structure), or according to a network structure.

Content Aspect

The content aspect **230** of the adaptive system **100** is depicted in the block diagram of FIG. **2**B. The content aspect **230** comprises the information **232** contained in, or referenced by the objects **212** that are part of the structural aspect **210**. The content aspect **230** of the objects **212** may include text, graphics, audio, video, and interactive forms of content, such as applets, tutorials, courses, demonstrations, modules, or sections of executable code or computer programs. The one or more users **200** interact with the content aspect **230**.

The content aspect **230** may be updated based on the usage aspect **220**, as well as associated metrics. To achieve this, the adaptive system **100** may use or access information from other systems. Such systems may include, but are not limited to, other computer systems, other networks, such as the World Wide Web, multiple computers within an organization, other adaptive systems, or other adaptive recombinant systems. In this manner, the content aspect **230** benefits from usage occurring in other environments.

Usage Aspect

The usage aspect **220** of the adaptive system **100** is depicted in the block diagram of FIG. **2**C, although it should be understood that the usage aspect **220** may also exist independently of adaptive system **100** in some embodiments. The usage aspect **220** denotes captured usage information **202**, further identified as usage behaviors **270**, and usage behavior pre-processing **204**. The usage aspect **220** thus reflects the tracking, storing, categorization, and clustering of the use and associated usage behaviors of the one or more users **200** interacting with, or being monitored by, the adaptive system **100**. Applying usage behavioral information **202**, including, but not limited to the usage behavioral information described by Table 1, to generate relationships or affinities **214** among objects **212** may be termed "behavioral indexing" herein.

The captured usage information **202**, known also as system usage or system use **202**, may include any user behavior **920** exhibited by the one or more users **200** while using the system. The adaptive system **100** may track and store user key strokes and mouse clicks, for example, as well as the time period in which these interactions occurred (e.g., timestamps), as captured usage information **202**. From this captured usage information **202**, the adaptive system **100** identifies usage behaviors **270** of the one or more users **200** (e.g., a web page access or email transmission). Finally, the usage aspect **220** includes usage-behavior pre-processing, in which usage behavior categories **249**, usage behavior clusters **247**, and usage behavioral patterns **248** are formulated for subsequent processing of the usage behaviors **270** by the adaptive system **100**. Non-limiting examples of the usage behaviors **270** that may be processed by the adaptive system

**100**, as well as usage behavior categories **249** designated by the adaptive system **100**, are listed in Table 1, and described in more detail, below.

The usage behavior categories **249**, usage behaviors clusters **247**, and usage behavior patterns **248** may be interpreted with respect to a single user **200**, or to multiple users **200**; the multiple users may be described herein as a community, an affinity group, or a user segment. These terms are used interchangeably herein. A community is a collection of one or more users, and may include what is commonly referred to as a "community of interest." A sub-community is also a collection of one or more users, in which members of the sub-community include a portion of the users in a previously defined community. Communities, affinity groups, and user segments are described in more detail, below.

Usage behavior categories **249** include types of usage behaviors **270**, such as accesses, referrals to other users, collaboration with other users, and so on. These categories and more are included in Table 1, below. Usage behavior clusters **247** are groupings of one or more usage behaviors **270**, either within a particular usage behavior category **249** or across two or more usage categories. The usage behavior pre-processing **204** may also determine new clusterings of user behaviors **270** in previously undefined usage behavior categories **249**, across categories, or among new communities. Usage behavior patterns **248**, also known as "usage behavioral patterns" or "behavioral patterns," are also groupings of usage behaviors **270** across usage behavior categories **249**. Usage behavior patterns **248** are generated from one or more filtered clusters of captured usage information **202**.

The usage behavior patterns **248** may also capture and organize captured usage information **202** to retain temporal information associated with usage behaviors **270**. Such temporal information may include the duration or timing of the usage behaviors **270**, such as those associated with reading or writing of written or graphical material, oral communications, including listening and talking, and/or monitored behaviors such as physiological responses, physical (i.e., geographic) location, and environmental conditions local to the user **200**. The usage behavioral patterns **248** may include segmentations and categorizations of usage behaviors **270** corresponding to a single user of the one or more users **200** or according to multiple users **200** (e.g., communities or affinity groups). The communities or affinity groups may be previously established, or may be generated during usage behavior pre-processing **204** based on inferred usage behavior affinities or clustering. Usage behaviors **270** may also be derived from the use or explicit preferences **252** associated with other adaptive or non-adaptive systems.

Adaptive Recommendations

As shown in FIG. **1**, the adaptive system **100** generates adaptive recommendations **250** using the adaptive recommendations function **240**. The adaptive recommendations **250**, or suggestions, enable users to more effectively use and/or navigate the adaptive system **100**.

The adaptive recommendations **250** are presented as structural subsets of the structural aspect **210**, which may comprise an item of content, multiple items of content, a representation of one or more users, and/or a user activity or stream of activities. The recommended content or activities may include information generated automatically by a processor-based system or device, such as, for example, by a process control device. A recommendation may comprise a spatial or temporal sequence of objects. The adaptive recommendations **250** may be in the context of a currently conducted activity of the system **100**, a current position



while navigating the structural aspect **210**, a currently accessed object **212** or information **232**, or a communication with another user **200** or another system. The adaptive recommendations **250** may also be in the context of a historical path of executed system activities, accessed objects **212** or information **232**, or communications during a specific user session or across user sessions. The adaptive recommendations **250** may be without context of a current activity, currently accessed object **212**, current session path, or historical session paths. Adaptive recommendations **250** may also be generated in response to direct user requests or queries, including search requests. Such user requests may be in the context of a current system navigation, access or activity, or may be outside of any such context and the recommended content sourced from one or more systems. The adaptive recommendations **250** may comprise advertising or sponsored content. The adaptive recommendations **250** may be delivered through any computer-implemented means, including, but not limited to delivery modes in which the recommendation recipient **200**, **260** can read and/or listen to the recommendation **250**.

Fuzzy Content Network

In some embodiments, the structural aspect **210** of the adaptive system **100**, comprises a specific type of fuzzy network, a fuzzy content network. A fuzzy content network **700** is depicted in FIG. **3**. The fuzzy content network **700** may include multiple content sub-networks, as illustrated by the content sub-networks **700***a*, **700***b*, and **700***c*, and fuzzy content network **700** includes "content," "data," or "information," packaged in objects **710**. Details about how the object works internally may be hidden. In FIG. **4**A, for example, the object **710** includes meta-information **712** and information **714**. The object **710** thus encapsulates information **714**.

Another benefit to organizing information as objects is known as inheritance. The encapsulation of FIG. **4**A, for example, may form discrete object classes, with particular characteristics ascribed to each object class. A newly defined object class may inherit some of the characteristics of a parent class. Both encapsulation and inheritance enable a rich set of relationships between objects that may be effectively managed as the number of individual objects and associated object classes grows.

In the content network **700**, the objects **710** may be either topic objects **710***t* or content objects **710***c*, as depicted in FIGS. **4**B and **4**C, respectively. Topic objects **710***t* are encapsulations that contain meta-information **712***t* and relationships to other objects (not shown), but do not contain an embedded pointer to reference associated information. The topic object **710***t* thus essentially operates as a "label" to a class of information. The topic object **710** therefore just refers to "itself" and the network of relationships it has with other objects **710**. People may be represented as topic objects or content objects in accordance with some embodiments.

Content objects **710***c*, as shown in FIG. **4**C, are encapsulations that optionally contain meta-information **712***c* and relationships to other objects **710** (not shown). Additionally, content objects **710***c* may include either an embedded pointer to information or the information **714** itself (hereinafter, "information **714**").

The referenced information **714** may include files, text, documents, articles, images, audio, video, multi-media, software applications and electronic or magnetic media or signals. Where the content object **714***c* supplies a pointer to information, the pointer may be a memory address. Where

the content network **700** encapsulates information on the Internet, the pointer may be a Uniform Resource Locator (URL).

The meta-information **712** supplies a summary or abstract of the object **710**. So, for example, the meta-information **712***t* for the topic object **710***t* may include a high-level description of the topic being managed. Examples of meta-information **712***t* include a title, a sub-title, one or more descriptions of the topic provided at different levels of detail, the publisher of the topic meta-information, the date the topic object **710***t* was created, and subjective attributes such as the quality, and attributes based on user feedback associated with the referenced information. Meta-information may also include a pointer to referenced information, such as a uniform resource locator (URL), in one embodiment.

The meta-information **712***c* for the content object **710***c* may include relevant keywords associated with the information **714**, a summary of the information **714**, and so on. The meta-information **712***c* may supply a "first look" at the objects **710***c*. The meta-information **712***c* may include a title, a sub-title, a description of the information **714**, the author of the information **714**, the publisher of the information **714**, the publisher of the meta-information **712***c*, and the date the content object **710***c* was created, as examples. As with the topic object **710***t*, meta-information for the content object **710***c* may also include a pointer.

In FIG. **3**, the content sub-network **700***a* is expanded, such that both content objects **710***c* and topic objects **710***t* are visible. The various objects **710** of the content network **700** are interrelated by degrees using relationships **716** (unidirectional and bidirectional arrows) and relationship indicators **718** (values). Each object **710** may be related to any other object **710**, and may be related by a relationship indicator **718**, as shown. Thus, while information **714** is encapsulated in the objects **710**, the information **714** is also interrelated to other information **714** by a degree manifested by the relationship indicators **718**.

The relationship indicator **718** is a type of affinity comprising a value associated with a relationship **716**, the value typically comprising a numerical indicator of the relationship between objects **710**. Thus, for example, the relationship indicator **718** may be normalized to between 0 and 1, inclusive, where 0 indicates no relationship, and 1 indicates a subset or maximum relationship. Or, the relationship indicators **718** may be expressed using subjective descriptors that depict the "quality" of the relationship. For example, subjective descriptors "high," "medium," and "low" may indicate a relationship between two objects **710**.

The relationship **716** between objects **710** may be bi-directional, as indicated by the double-pointing arrows. Each double-pointing arrow includes two relationship indicators **718**, one for each "direction" of the relationships between the objects **710**.

As FIG. **3** indicates, the relationships **716** between any two objects **710** need not be symmetrical. That is, topic object **710***t***1** has a relationship of "0.3" with content object **710***c***2**, while content object **710***c***2** has a relationship of "0.5" with topic object **710***t***1**. Furthermore, the relationships **716** need not be bi-directional—they may be in one direction only. This could be designated by a directed arrow, or by simply setting one relationship indicator **718** of a bi-directional arrow to "0," the null relationship value.

The content networks **700**A, **700**B, **700**C may be related to one another using relationships of multiple types and associated relationship indicators **718**. For example, in FIG. **3**, content sub-network **700***a* is related to content sub-network **700***b* and content sub-network **700***c*, using relationships of multiple types and associated relationship indicators **718**. Likewise, content sub-network **700***b* is related to content sub-network **700***a* and content sub-network **700***c* using relationships of multiple types and associated relationship indicators **718**.

Individual content and topic objects **710** within a selected content sub-network **700***a* may be related to individual content and topic objects **710** in another content sub-network **700***b*. Further, multiple sets of relationships of multiple types and associated relationship indicators **718** may be defined between two objects **710**.

For example, a first set of relationships **716** and associated relationship indicators **718** may be used for a first purpose or be available to a first set of users while a second set of relationships **716** and associated relationship indicators **718** may be used for a second purpose or available to a second set of users. For example, in FIG. **3**, topic object **710***t***1** is bi-directionally related to topic object **710***t***2**, not once, but twice, as indicated by the two double arrows. An indefinite number of relationships **716** and associated relationship indicators **718** may therefore exist between any two objects **710** in the fuzzy content network **700**. The multiple relationships **716** may correspond to distinct relationship types. For example, a relationship type might be the degree an object **710** supports the thesis of a second object **710**, while another relationship type might be the degree an object **710** disconfirms the thesis of a second object **710**. The content network **700** may thus be customized for various purposes and accessible to different user groups in distinct ways simultaneously.

The relationships among objects **710** in the content network **700**, as well as the relationships between content networks **700***a* and **700***b*, may be modeled after fuzzy set theory. Each object **710**, for example, may be considered a fuzzy set with respect to all other objects **710**, which are also considered fuzzy sets. The relationships among objects **710** are the degrees to which each object **710** belongs to the fuzzy set represented by any other object **710**. Although not essential, every object **710** in the content network **700** may conceivably have a relationship with every other object **710**.

The topic objects **710***t* may encompass, and may be labels for, very broad fuzzy sets of the content network **700**. The topic objects **710***t* thus may be labels for the fuzzy set, and the fuzzy set may include relationships to other topic objects **710***t* as well as related content objects **710***c*. Content objects **710***c*, in contrast, typically refer to a narrower domain of information in the content network **700**.

The adaptive system **100** of FIG. **1** may operate in association with a fuzzy content network environment, such as the one depicted in FIG. **3**. In FIG. **5**A, an adaptive system **100**D includes a structural aspect **210**D that is a fuzzy content network. Thus, adaptive recommendations **250** generated by the adaptive system **100**D are also structural subsets that may themselves comprise fuzzy content networks.

In some embodiments a computer-implemented fuzzy network or fuzzy content network **700** may be represented in the form of vectors or matrices in a computer-implemented system, and where the vectors or matrices may be represented in the form of computer-implemented data structures such as, but not limited to, relational databases. For example, the relationship indicators **718** or affinities among topics may be represented as topic-to-topic affinity vectors ("TTAV"). The relationship indicators **718** or affinities among content objects may be represented as content-to-content affinity vectors ("CCAV"). The relationship indicators **718** or affinities among content object and topic objects

may be represented as content-to-topic affinity vectors ("CTAV"), which is also sometimes referred to an object-to-topic affinity vector ("OTAV") herein.

Further, affinity vectors between a user **200** and objects of a fuzzy network or fuzzy content network **700** may be generated. For example, a member (i.e., user)-to-topic affinity vector ("MTAV") may be generated in accordance with some embodiments (and an exemplary process for generating an MTAV is provided elsewhere herein). In some embodiments an affinity vector ("MMAV") between a specific user and other users **200** may be generated derivatively from MTAVs and/or other affinity vectors (and an exemplary process for generating an MMAV is provided elsewhere herein). In some embodiments a member-topic expertise vector (MTEV) is generated, which is defined as a vector of inferred member or user **200** expertise level values, wherein each value corresponds to an expertise level corresponding to a topic.

One or more of object **212** relationship mappings **214** represented by TTAVs, CCAVs, CTAVs (or OTAVs), MTAVs or MTEVs may be the result of the behavioral indexing of a structural aspect **210** (that is not necessarily fuzzy network-based) in conjunction with a usage aspect **220** and an adaptive recommendations function **240**.

In some embodiments, indexes generated from information **232** within objects **212** may be applied to populate an MTAV and/or MTEV, and/or to modify an existing MTAV and/or MTEV. Computer-implemented algorithms may be applied to index objects **212** such that for each object **212** a vector or vectors comprising one or more constituent elements, such as words, phrases, or concepts, is generated, along with a numerical weight or value corresponding to each constituent element, wherein each of the corresponding weights is indicative of the inferred importance or relevance of each of the associated constituent elements with respect to the associated indexed object **212**. By way of a non-limiting example, such a vector or vectors may be generated by a search engine function during the process of indexing the contents **232** of an object **212**. This vector of constituent elements and associated weights or values, hereinafter called an "object contents vector," or "OCV," may be generated using pattern detection and/or statistical techniques such as Bayesian analytic approaches and/or or other statistical pattern matching and/or statistical learning techniques such as support vector machines, as are known by those skilled in the art. For example, word or phrase frequencies within an object **212** comprising a document will typically influence the OCV, as may the position of words or phrases within an object **212**. These object contents-indexing techniques may further apply more general linguistic data such as word and phrase frequencies for a given language, synonym tables, and/or other lexicon-based information in generating OCVs.

In some embodiments, a system may track a user's **200** behaviors **920**, including, but not limited to, the behaviors described by Table 1, and map them to the OCVs of a collection of objects **212**. Constituent elements of the OCVs of objects that are inferred from the tracked behaviors **920** to be of particular interest to one or more users **200** or to have some other inferred quality of interest are then identified. These inferences may be based on the relative number of occurrences of constituent elements among objects that are inferred to be interest to a user, as well as in accordance with the weights or values associated with these constituent elements and their associated OCVs. For example, everything else being equal, constituent elements (or synonyms) of OCVs that occur frequently among the objects that are inferred to be of high interest to a user and that have relatively high relevance weightings in the OCVs are favored for identification.

These one or more identified constituent elements may then be transformed via, for example, application of appropriate lexicon-based information and techniques into, or directly serve without transformation as, topics **710***t* with associated weights in the user's MTAV and/or MTEV, wherein the associated weights are calculated in accordance with the inferred degree of affinity **214** between the user **200** and the objects **212** from which the associated OCVs are sourced. This process can be iteratively executed to continue to expand or refine the MTAV as additional or alternative sets of behaviors **920** are applied to OCVs of the same, additional, or different sets of object **212**, enabling continuously improved capabilities for personalization.

In some embodiments a multi-dimensional mathematical construct or space may be generated based on one or more of the affinity vectors. By way of a non-limiting example, topics may represent each dimension of a multi-dimensional space. Calculations of distances between objects and/or users in the multi-dimensional space, and clusters among objects and/or users, may be determined by applying mathematical algorithms to the multi-dimensional space and its elements. These calculations may be used by the adaptive system **100** in generating recommendations and/or in clustering elements of the space.

In some embodiments one or more topics **710***t* and/or relationship indicators **718** may be generated automatically by evaluating candidate clusters of content objects **710***c* based on behavioral information **920** and/or the matching of information within the content objects **710***c*, wherein the matching is performed, for example, through the application of probabilistic, statistical, and/or neural network-based techniques.

User Behavior and Usage Framework

FIG. **6** depicts a usage framework **1000** for performing preference and/or intention inferencing of tracked or monitored usage behaviors **920** by one or more computer-based systems **925**. The one or more computer-based systems **925** may comprise an adaptive system **100**. The usage framework **1000** summarizes the manner in which usage patterns are managed within the one or more computer-based systems **925**. Usage behavioral patterns associated with an entire community, affinity group, or segment of users **1002** are captured by the one or more computer-based systems **925**. In another case, usage patterns specific to an individual are captured by the one or more computer-based systems **925**. Various sub-communities of usage associated with users may also be defined, as for example "sub-community A" usage patterns **1006**, "sub-community B" usage patterns **1008**, and "sub-community C" usage patterns **1010**.

Memberships in the communities are not necessarily mutually exclusive, as depicted by the overlaps of the sub-community A usage patterns **1006**, sub-community B usage patterns **1008**, and sub-community C usage patterns **1010** (as well as and the individual usage patterns **1004**) in the usage framework **1000**. Recall that a community may include a single user or multiple users. Sub-communities may likewise include one or more users. Thus, the individual usage patterns **1004** in FIG. **6** may also be described as representing the usage patterns of a community or a sub-community. For the one or more computer-based systems **925**, usage behavior patterns may be segmented among communities and individuals so as to effectively enable adaptive communications **250***c* delivery for each sub-community or individual.

The communities identified by the one or more computer-based systems **925** may be determined through self-selection, through explicit designation by other users or external administrators (e.g., designation of certain users as "experts"), or through automatic determination by the one or more computer-based systems **925**. The communities themselves may have relationships between each other, of multiple types and values. In addition, a community may be composed not of human users, or solely of human users, but instead may include one or more other computer-based systems, which may have reason to interact with the one or more computer-based systems **925**. Or, such computer-based systems may provide an input into the one or more computer-based systems **925**, such as by being the output from a search engine. The interacting computer-based system may be another instance of the one or more computer-based systems **925**.

The usage behaviors **920** included in Table 1 may be categorized by the one or more computer-based systems **925** according to the usage framework **1000** of FIG. **6**. For example, categories of usage behavior may be captured and categorized according to the entire community usage patterns **1002**, sub-community usage patterns **1006**, and individual usage patterns **1004**. The corresponding usage behavior information may be used to infer preferences and/or intentions and interests at each of the user levels.

Multiple usage behavior categories shown in Table 1 may be used by the one or more computer-based systems **925** to make reliable inferences of the preferences and/or intentions and/or intentions of a user with regard to elements, objects, or items of content associated with the one or more computer-based systems **925**. There are likely to be different preference inferencing results for different users.

As shown in FIG. **6**, the one or more computer-based systems **925** delivers adaptive communications to the user **200**. These adaptive communications **250***c* may include adaptive recommendations **250** and/or associated explanations for the recommendations, or may be other types of communications to the user **200**, including sponsored recommendations. In some embodiments the adaptive communications **250***c* comprise one or more phrases, where phrases can comprise one or more words. The adaptive communications **250***c* may be delivered to the user **200**, for example, in a written form, an audio form, or a combination of these forms.

By introducing different or additional behavioral characteristics, such as the duration of access of, or monitored or inferred attention toward, an object, a more adaptive communication **250***c* is enabled. For example, duration of access or attention will generally be much less correlated with navigational proximity than access sequences will be, and therefore provide a better indicator of true user preferences and/or intentions and/or intentions. Therefore, combining access sequences and access duration will generally provide better inferences and associated system structural updates than using either usage behavior alone. Effectively utilizing additional usage behaviors as described above will generally enable increasingly effective system structural updating. In addition, the one or more computer-based systems **925** may employ user affinity groups to enable even more effective system structural updating than are available merely by applying either individual (personal) usage behaviors or entire community usage behaviors.

Furthermore, relying on only one or a limited set of usage behavioral cues and signals may more easily enable potential "spoofing" or "gaming" of the one or more computer-based systems **925**. "Spoofing" or "gaming" the one or more computer-based systems **925** refers to conducting consciously insincere or otherwise intentional usage behaviors **920** so as to influence the costs of advertisements **910** of the one or more computer-based systems **925**. Utilizing broader sets of system usage behavioral cues and signals may lessen the effects of spoofing or gaming. One or more algorithms may be employed by the one or more computer-based systems **925** to detect such contrived usage behaviors, and when detected, such behaviors may be compensated for by the preference and interest inferencing algorithms of the one or more computer-based systems **925**.



In some embodiments, the one or more computer-based systems **925** may provide users **200** with a means to limit the tracking, storing, or application of their usage behaviors **920**. A variety of limitation variables may be selected by the user **200**. For example, a user **200** may be able to limit usage behavior tracking, storing, or application by usage behavior category described in Table 1. Alternatively, or in addition, the selected limitation may be specified to apply only to particular user communities or individual users **200**. For example, a user **200** may restrict the application of the full set of her usage behaviors **920** to preference or interest inferences by one or more computer-based systems **925** for application to only herself, and make a subset of process behaviors **920** available for application to users only within her workgroup, but allow none of her process usage behaviors to be applied by the one or more computer-based systems **925** in making inferences of preferences and/or intentions and/or intentions or interests for other users.

User Communities

As described above, a user associated with one or more systems **925** may be a member of one or more communities of interest, or affinity groups, with a potentially varying degree of affinity associated with the respective communities. These affinities may change over time as interests of the user **200** and communities evolve over time. The affinities or relationships among users and communities may be categorized into specific types. An identified user **200** may be considered a member of a special sub-community containing only one member, the member being the identified user. A user can therefore be thought of as just a specific case of the more general notion of user or user segments, communities, or affinity groups.

FIG. **7** illustrates the affinities among user communities and how these affinities may automatically or semi-automatically be updated by the one or more computer-based systems **925** based on user preferences and/or intentions which are derived from user behaviors **920**. An entire community **1050** is depicted in FIG. **7**. The community may extend across organizational, functional, or process boundaries. The entire community **1050** includes sub-community A **1064**, sub-community B **1062**, sub-community C **1069**, sub-community D **1065**, and sub-community E **1070**. A user **1063** who is not part of the entire community **1050** is also featured in FIG. **7**.

Sub-community B **1062** is a community that has many relationships or affinities to other communities. These relationships may be of different types and differing degrees of relevance or affinity. For example, a first relationship **1066** between sub-community B **1062** and sub-community D **1065** may be of one type, and a second relationship **1067** may be of a second type. (In FIG. **7**, the first relationship **1066** is depicted using a double-pointing arrow, while the second relationship **1067** is depicted using a unidirectional arrow.)

The relationships **1066** and **1067** may be directionally distinct, and may have an indicator of relationship or affinity

associated with each distinct direction of affinity or relationship. For example, the first relationship **1066** has a numerical value **1068**, or relationship value, of "0.8." The relationship value **1068** thus describes the first relationship **1066** between sub-community B **1062** and sub-community D **1065** as having a value of 0.8.

The relationship value may be scaled as in FIG. **7** (e.g., between 0 and 1), or may be scaled according to another interval. The relationship values may also be bounded or unbounded, or they may be symbolically represented (e.g., high, medium, low).

The user **1063**, which could be considered a user community including a single member, may also have a number of relationships to other communities, where these relationships are of different types, directions and relevance. From the perspective of the user **1063**, these relationship types may take many different forms. Some relationships may be automatically formed by the one or more computer-based systems **925**, for example, based on explicit or inferred interests, geographic location, or similar traffic/usage patterns. Thus, for example the entire community **1050** may include users in a particular city. Some relationships may be context-relative. For example, a community to which the user **1063** has a relationship could be associated with a certain process, and another community could be related to another process. Thus, sub-community E **1070** may be the users associated with a product development business to which the user **1063** has a relationship **1071**; sub-community B **1062** may be the members of a cross-business innovation process to which the user **1063** has a relationship **1073**; sub-community D **1065** may be experts in a specific domain of product development to which the user **1063** has a relationship **1072**. The generation of new communities which include the user **1063** may be based on the inferred interests of the user **1063** or other users within the entire community **1050**.

The one or more computer-based systems **925** may automatically generate communities, or affinity groups, based on user behaviors **920** and associated preference inferences. In addition, communities may be identified by users, such as administrators of the process or sub-process instance **930**. Thus, the one or more computer-based systems **925** utilizes automatically generated and manually generated communities.

Users **200** or communities may be explicitly represented as elements or objects **212** within the one or more computer-based systems **925**. An object **212** representing a user **200** may include self-profiling information that is explicitly provided by the user **200**. This user descriptive information may include, but are not limited to, for example, a photo or avatar, relationships to other people, subjects of interest, and affiliations.

Preference and/or Intention Inferences

The usage behavior information and inferences function **220** of the one or more computer-based systems **925** is depicted in the block diagram of FIG. **8**. In embodiments where computer-based systems **925** is an adaptive system **100**, then usage behavior information and inferences function **220** is equivalent to the usage aspect **220** of FIG. **1**. The usage behavior information and inferences function **220** denotes captured usage information **202**, further identified as usage behaviors **270**, and usage behavior pre-processing **204**. The usage behavior information and inferences function **220** thus reflects the tracking, storing, classification, categorization, and clustering of the use and associated usage behaviors **920** of the one or more users or users **200** interacting with the one or more computer-based systems **925**.



The captured usage information **202**, known also as system usage or system use **202**, includes any interaction by the one or more users or users **200** with the system, or monitored behavior by the one or more users **200**. The one or more computer-based systems **925** may track and store user key strokes and mouse clicks or other device controller information, for example, as well as the time period in which these interactions occurred (e.g., timestamps), as captured usage information **202**. From this captured usage information **202**, the one or more computer-based systems **925** identifies usage behaviors **270** of the one or more users **200** (e.g., web page access or physical location changes of the user). Finally, the usage behavior information and inferences function **220** includes usage-behavior pre-processing, in which usage behavior categories **246**, usage behavior clusters **247**, and usage behavioral patterns **248** are formulated for subsequent processing of the usage behaviors **270** by the one or more computer-based systems **925**. Some usage behaviors **270** identified by the one or more computer-based systems **925**, as well as usage behavior categories **246** designated by the one or more computer-based systems **925**, are listed in Table 1, and are described in more detail below.

The usage behavior categories **246**, usage behaviors clusters **247**, and usage behavior patterns **248** may be interpreted with respect to a single user **200**, or to multiple users **200**, in which the multiple users may be described herein as a community, an affinity group, or a user segment. These terms are used interchangeably herein. A community is a collection of one or more users, and may include what is commonly referred to as a "community of interest." A sub-community is also a collection of one or more users, in which members of the sub-community include a portion of the users in a previously defined community. Communities, affinity groups, and user segments are described in more detail, below.

Usage behavior categories **246** include types of usage behaviors **270**, such as accesses, referrals to other users, collaboration with other users, and so on. These categories and more are included in Table 1. Usage behavior clusters **247** are groupings of one or more usage behaviors **270**, either within a particular usage behavior category **246** or across two or more usage categories. The usage behavior pre-processing **204** may also determine new "clusterings" of user behaviors **270** in previously undefined usage behavior categories **246**, across categories, or among new communities. Usage behavior patterns **248**, also known as "usage behavioral patterns" or "behavioral patterns," are also groupings of usage behaviors **270** across usage behavior categories **246**. Usage behavior patterns **248** are generated from one or more filtered clusters of captured usage information **202**.

The usage behavior patterns **248** may also capture and organize captured usage information **202** to retain temporal information associated with usage behaviors **270**. Such temporal information may include the duration or timing of the usage behaviors **270**, such as those associated with reading or writing of written or graphical material, oral communications, including listening and talking, or physical location of the user **200**, potentially including environmental aspects of the physical location(s). The usage behavioral patterns **248** may include segmentations and categorizations of usage behaviors **270** corresponding to a single user of the one or more users **200** or according to multiple users **200** (e.g., communities or affinity groups). The communities or

affinity groups may be previously established, or may be generated during usage behavior pre-processing **204** based on inferred usage behavior affinities or clustering.

User Behavior Categories

In Table 1, a variety of different user behaviors **920** are identified that may be assessed by the one or more computer-based systems **925** and categorized. The usage behaviors **920** may be associated with the entire community of users, one or more sub-communities, or with individual users of the one of more computer-based applications **925**.

TABLE 1

Usage behavior categories and usage behaviors

| usage behavior category | usage behavior examples |
|---|---|
| navigation and access | activity, content and computer application accesses, including buying/selling |
| | paths of accesses or click streams |
| | execution of searches and/or search history |
| subscription and self-profiling | personal or community subscriptions to, or following of, topical areas |
| | interest and preference self-profiling |
| | following other users |
| | filters |
| | affiliation self-profiling (e.g., job function) |
| collaborative | referral to others |
| | discussion forum activity |
| | direct communications (voice call, messaging) |
| | content contributions or structural alterations |
| | linking to another user |
| reference | personal or community storage and tagging |
| | personal or community organizing of stored or tagged information |
| direct feedback | user ratings of activities, content, computer applications and automatic recommendations |
| | user comments |
| physiological responses | direction of gaze |
| | brain patterns |
| | blood pressure |
| | heart rate |
| | voice modulation |
| | facial expression |
| | kinetic expression of limbs such as tension, posture or movement |
| | expression of other users in the group |
| environmental conditions and location | current location |
| | location over time |
| | relative location to users/object references |
| | current time |
| | current weather condition |

A first category of process usage behaviors **920** is known as system navigation and access behaviors. System navigation and access behaviors include usage behaviors **920** such as accesses to, and interactions with computer-based applications and content such as documents, Web pages, images, videos, TV channels, audio, radio channels, multi-media, interactive content, interactive computer applications and games, e-commerce applications, or any other type of information item or system "object." These process usage behaviors may be conducted through use of a keyboard, a mouse, oral commands, or using any other input device. Usage behaviors **920** in the system navigation and access behaviors category may include, but are not limited to, the viewing, scrolling through, or reading of displayed information, typing written information, interacting with online objects orally, or combinations of these forms of interactions with computer-based applications. This category includes the explicit searching for information, using, for example, a search engine. The search term may be in the form of a word or phrase to be matched against documents, pictures, web-pages, or any other form of on-line content. Alternatively, the search term may be posed as a question by the user.

System navigation and access behaviors may also include executing transactions, including commercial transactions, such as the buying or selling of merchandise, services, or financial instruments. System navigation and access behaviors may include not only individual accesses and interactions, but the capture and categorization of sequences of information or system object accesses and interactions over time.

A second category of usage behaviors **920** is known as subscription and self-profiling behaviors. Subscriptions may be associated with specific topical areas or other elements of the one or more computer-based systems **925**, or may be associated with any other subset of the one or more computer-based systems **925**. "Following" is another term that may be used for a subscription behavior—i.e., following a topic is synonymous with subscribing to a topic. Subscriptions or following behaviors may also be with regard to other users—the subscriber or follower receives activity streams of the subscribed to or followed user. A user's following behavior is distinguished from a linking behavior with regard to another user in that a following relationship is asymmetric, while a linking (e.g., "friending") relationship is typically symmetric (and hence linking is considered in

the collaborative behavior category herein). Subscriptions may thus indicate the intensity of interest with regard to elements of the one or more computer-based systems **925**. The delivery of information to fulfill subscriptions may occur online, such as through activity streams, electronic mail (email), on-line newsletters, XML or RSS feeds, etc., or through physical delivery of media.

Self-profiling refers to other direct, persistent (unless explicitly changed by the user) indications explicitly designated by the one or more users regarding their preferences and/or intentions and interests, or other meaningful attributes. A user **200** may explicitly identify interests or affiliations, such as job function, profession, or organization, and preferences and/or intentions, such as representative skill level (e.g., novice, business user, advanced). Self-profiling enables the one or more computer-based systems **925** to infer explicit preferences and/or intentions of the user. For example, a self-profile may contain information on skill levels or relative proficiency in a subject area, organizational affiliation, or a position held in an organization. A user **200** that is in the role, or potential role, of a supplier or customer may provide relevant context for effective adaptive e-commerce applications through self-profiling. For example, a potential supplier may include information on products or services offered in his or her profile. Self-profiling information may be used to infer preferences and/or intentions and interests with regard to system use and associated topical areas, and with regard to degree of affinity with other user community subsets. A user may identify preferred methods of information receipt or learning style, such as visual or audio, as well as relative interest levels in other communities.

A third category of usage behaviors **920** is known as collaborative behaviors. Collaborative behaviors are interactions among the one or more users. Collaborative behaviors may thus provide information on areas of interest and intensity of interest. Interactions including online referrals of elements or subsets of the one or more computer-based systems **925**, such as through email, whether to other users or to non-users, are types of collaborative behaviors obtained by the one or more computer-based systems **925**.

Other examples of collaborative behaviors include, but are not limited to, online discussion forum activity, contributions of content or other types of objects to the one or more computer-based systems **925**, posting information that is then received by subscribers, categorizing subscribers so as to selectively broadcast information to subscribers, linking to another user, or any other alterations of the elements, objects or relationships among the elements and objects of one or more computer-based systems **925**. Collaborative behaviors may also include general user-to-user communications, whether synchronous or asynchronous, such as email, instant messaging, interactive audio communications, and discussion forums, as well as other user-to-user communications that can be tracked by the one or more computer-based systems **925**.

A fourth category of process usage behaviors **920** is known as reference behaviors. Reference behaviors refer to the marking, designating, saving or tagging of specific elements or objects of the one or more computer-based systems **925** for reference, recollection or retrieval at a subsequent time. An indicator such as "like" is a reference behavior when used as a tag for later retrieval of associated information. Tagging may include creating one or more symbolic expressions, such as a word or words (e.g., a hashtag), associated with the corresponding elements or objects of the one or more computer-based systems **925** for



the purpose of classifying the elements or objects. The saved or tagged elements or objects may be organized in a manner customizable by users. The referenced elements or objects, as well as the manner in which they are organized by the one or more users, may provide information on inferred interests of the one or more users and the associated intensity of the interests.

A fifth category of process usage behaviors **920** is known as direct feedback behaviors. Direct feedback behaviors include ratings or other indications of perceived quality by individuals of specific elements or objects of the one or more computer-based systems **925**, or the attributes associated with the corresponding elements or objects. The direct feedback behaviors may therefore reveal the explicit preferences and/or intentions of the user. In the one or more computer-based systems **925**, the recommendations **250** may be rated by users **200**. This enables a direct, adaptive feedback loop, based on explicit preferences and/or intentions specified by the user. Direct feedback also includes user-written comments and narratives associated with elements or objects of the computer-based system **925**.

A sixth category of process usage behaviors is known as physiological responses. These responses or behaviors are associated with the focus of attention of users and/or the intensity of the intention, or any other aspects of the physiological responses of one or more users **200**. For example, the direction of the visual gaze of one or more users may be determined. This behavior can inform inferences associated with preferences and/or intentions or interests even when no physical interaction with the one or more computer-based systems **925** is occurring. Even more direct assessment of the level of attention may be conducted through access to the brain patterns or signals associated with the one or more users. Such patterns of brain functions during participation in a process can inform inferences on the preferences and/or intentions or interests of users, and the intensity of the preferences and/or intentions or interests. The brain patterns assessed may include MRI images, brain wave patterns, relative oxygen use, or relative blood flow by one or more regions of the brain.

Physiological responses may include any other type of physiological response of a user **200** that may be relevant for making preference or interest inferences, independently, or collectively with the other usage behavior categories. Other physiological responses may include, but are not limited to, utterances, vocal range, intensity and tempo, gestures, movements, or body position. Attention behaviors may also include other physiological responses such as breathing rate, heart rate, temperature, blood pressure, or galvanic response.

A seventh category of process usage behaviors is known as environmental conditions and physical location behaviors. Physical location behaviors identify geographic location and mobility behaviors of users. The location of a user may be inferred from, for example, information associated with a Global Positioning System or any other position or location-aware system or device, or may be inferred directly from location information input by a user (e.g., inputting a zip code or street address, or through an indication of location on a computer-implemented map), or otherwise acquired by the computer-based systems **925**. The physical location of physical objects referenced by elements or objects of one or more computer-based systems **925** may be stored for future reference. Proximity of a user to a second user, or to physical objects referenced by elements or objects of the computer-based application, may be inferred. The length of time, or duration, at which one or more users reside in a particular location may be used to infer intensity of

interests associated with the particular location, or associated with objects that have a relationship, such as proximity, to the physical location. Derivative mobility inferences may be made from location and time data, such as the direction of the user, the speed between locations or the current speed, the likely mode of transportation used, and the like. These derivative mobility inferences may be made in conjunction with geographic contextual information or systems, such as through interaction with digital maps or map-based computer systems. Environmental conditions may include the time of day, the weather, temperature, the configuration of physical elements or objects in the surrounding physical space, lighting levels, sound levels, and any other condition of the environment around the one or more users **200**.

In addition to the usage behavior categories depicted in Table 1, usage behaviors may be categorized over time and across user behavioral categories. Temporal patterns may be associated with each of the usage behavioral categories. Temporal patterns associated with each of the categories may be tracked and stored by the one or more computer-based systems **925**. The temporal patterns may include historical patterns, including how recently an element, object or item of content associated with one or more computer-based systems **925**. For example, more recent behaviors may be inferred to indicate more intense current interest than less recent behaviors.

Another temporal pattern that may be tracked and contribute to derive preference inferences is the duration associated with the access or interaction with, or inferred attention toward, the elements, objects or items of content of the one or more computer-based systems **925**, or the user's physical proximity to physical objects referenced by system objects of the one or more computer-based systems **925**, or the user's physical proximity to other users. For example, longer durations may generally be inferred to indicate greater interest than short durations. In addition, trends over time of the behavior patterns may be captured to enable more effective inference of interests and relevancy. Since delivered recommendations may include one or more elements, objects or items of content of the one or more computer-based systems **925**, the usage pattern types and preference inferencing may also apply to interactions of the one or more users with the delivered recommendations **250** themselves, including accesses of, or interactions with, explanatory information regarding the logic or rationale that the one more computer-based systems **925** used in deciding to deliver the recommendation to the user.

Adaptive Communications Generation

In some embodiments, adaptive communications **250***c* or recommendations **250** may be generated for the one or more users **200** through the application of affinity vectors.

For example, in some embodiments, Member-Topic Affinity Vectors (MTAVs) may be generated to support effective recommendations, wherein for a user or registered member **200** of the one or more computer-based systems **925** a vector is established that indicates the relative affinity (which may be normalized to the [0,1]continuum) the member has for one or more object sub-networks the member has access to. For computer-based systems **925** comprising a fuzzy content network-based structural aspect, the member affinity values of the MTAV may be in respect to topic networks.

So in general, for each identified user, which can be termed a registered member in some embodiments, e.g., member M, a hypothetical MTAV could be of a form as follows:

MTAV for Member M

| Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|
| 0.35 | 0.89 | 0.23 | 0.08 | . . . | 0.14 |

The MTAV will therefore reflect the relative interests of a user with regard to all N of the accessible topics. This type of vector can be applied in two major ways:

A. To serve as a basis for generating adaptive communications **250***c* or recommendations **250** to the user **200**

B. To serve as a basis for comparing the interests with one member **200** with another member **200**, and to therefore determine how similar the two members are

In some embodiments, an expertise vector (MTEV) may be used as a basis for generating recommendations of people with appropriately inferred levels of expertise, rather than, or in addition to, using an MTAV as in the exemplary examples herein. That is, the values of an MTEV correspond to inferred levels of expertise, rather than inferred levels of interests, as in the case of an MTAV.

To generate a MTAV or MTEV, any of the behaviors of Table 1 may be utilized. For example, in some embodiments the following example behavioral information may be used in generating an MTAV:

1) The topics the member has subscribed to received updates

2) The topics the member has accessed directly

3) The accesses the member has made to objects that are related to each topic

4) The saves or tags the member has made of objects that are related to each topic

This behavioral information is listed above in a generally reverse order of importance from the standpoint of inferring member interests; that is, access information gathered over a significant number of accesses or over a significant period of time will generally provide better information than subscription information, and save information is typically more informative of interests than just accesses.

The following fuzzy network structural information may also be used to generate MTAV values:

5) The relevancies of each content object to each topic

6) The number of content objects related to each topic

Personal topics that are not shared with other users **200** may be included in MTAV calculations. Personal topics that have not been made publicly available cannot be subscribed to by all other members, and so could in this regard be unfairly penalized versus public topics. Therefore for the member who created the personal topic and co-owners of that personal topic, in some embodiments the subscription vector to may be set to "True," i.e. 1. There may exist personal topics that are created by a member **200** and that have never been seen or contributed to by any other member. This may not otherwise affect the recommendations **250** since the objects within that personal topic may be accessible by other members, and any other relationships these objects have to other topics will be counted toward accesses of these other topics.

In some embodiments the first step of the MTAV calculation is to use information 1-4 above to generate the following table or set of vectors for the member, as depicted in the following hypothetical example:

TABLE 2

| Member 1 Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 1 | 1 | 0 | 0 | | 1 |
| Topic Accesses | 14 | 3 | 57 | 0 | | 8 |
| Weighted Accesses | 112 | 55 | 23 | 6 | | 43 |
| Weighted Saves | 6 | 8 | 4 | 0 | . . . | 2 |

The Subscriptions vector of Table 2 contains either a 1 if the member has subscribed to a topic or is the owner/co-owner of a personal topic or a 0 if the member has not subscribed to the topic. The Topic Accesses vector contains the number of accesses to that topic's explore page by the member to a topic over a period of time, for example, the preceding 12 months.

The Weighted Accesses vector of Table 1 contains the number of the member's (Member 1) accesses over a specified period of time of each object multiplied by the relevancies to each topic summed across all accessed objects. (So for example, if Object 1 has been accessed 10 times in the last 12 months by Member 1 and it is related to Topic 1 by 0.8, and Object 2 has been accessed 4 times in the last 12 months by Member 1 and is related to Topic 1 at relevancy level 0.3, and these are the only objects accessed by Member 1 that are related to Topic 1, then Topic 1 would contain the value 10*0.8+4*0.3=9.2).

The Weighted Saves vector of Table 1 works the same way as the Weighted Accesses vector, except that it is based on Member 1's object save data instead of access data.

In some embodiments, topic object saves are counted in addition to content object saves. Since a member saving a topic typically is a better indicator of the member's interest in the topic than just saving an object related to the said topic, it may be appropriate to give more "credit" for topic saves than just content object saves. For example, when a user saves a topic object, the following process may be applied:

If the Subscriptions vector indicator is not already set to "1" for this topic in Table 1, it is set to "1". (The advantage of this is that even if the topic has been saved before 12 months ago, the user will still at least get subscription "credit" for the topic save even if they don't get credit for the next two calculations).

In exactly the same way as a saved content object, a credit is applied in the Weighted Accesses vector of Table 2 based on the relevancies of other topics to the saved topic. A special "bonus" weighting in the Weighted Accesses vector of Table 2 may be applied with respect to the topic itself using the weighting of "10"—which means a topic save is worth at least as much as 10 saves of content that are highly related to that topic.

The next step is to make appropriate adjustments to Table 1. For example, it may be desirable to scale the Weighted Accesses and Weighted Saves vectors by the number of objects that is related to each topic. The result is the number of accesses or saves per object per topic. This may be a better indicator of intensity of interest because it is not biased against topics with few related objects. However, per object accesses/saves alone could give misleading results when there are very few accesses or saves. So as a compromise, the formula that is applied to each topic, e.g., Topic N, may be a variation of the following in some embodiments:

((Weighted Accesses for Topic N)/(Objects related to Topic N))*Square Root(Weighted Accesses for Topic N)

This formula emphasizes per object accesses, but tempers this with a square root factor associated with the absolute level of accesses by the member. The result is a table, Table 2A, of the form:

TABLE 2A

| Member 1 Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 1 | 1 | 0 | 0 | | 1 |
| Topic Accesses | 14 | 3 | 57 | 0 | | 8 |
| Weighted Accesses | 9.1 | 12 | 3.2 | 0.6 | | 2.3 |
| Weighted Saves | 0.9 | 1.3 | 1.1 | 0 | . . . | 0.03 |

In some embodiments, the next step is to transform Table 2A into a MTAV. In some embodiments, indexing factors, such as the following may be applied:

| Topic Affinity Indexing Factors | Weight |
|---|---|
| Subscribe Indexing Factor | 10 |
| Topic Indexing Factor | 20 |
| Accesses Indexing Factor | 30 |
| Save Indexing Factor | 40 |

These factors have the effect of ensuring normalized MTAV values ranges (e.g. 0-1 or 0-100) and they enable more emphasis on behaviors that are likely to provide relatively better information on member interests. In some embodiments, the calculations for each vector of Table 1A are transformed into corresponding Table 2 vectors as follows:

1. Table 3 Indexed Subscriptions for a topic by Member 1=Table 2A Subscriptions for a topic*Subscribe Indexing Factor
2. Table 3 Indexed Direct Topic Accesses by Member 1=Table 2A Topic Accesses*Topic Indexing Factor
3. Table 3 Indexed Accesses for a topic by Member 1=((Table 2A Weighted Accesses for a topic by Member 1)/(Max(Weighted Accesses of all Topics by Member 1)))*Accesses Indexing Factor
4. Table 3 Indexed Saves for a topic by Member 1=((Table 2A Weighted Saves for a topic by Member 1)/(Max (Weighted Saves of all Topics by Member 1)))*Saves Indexing Factor

The sum of these Table 3 vectors results in the MTAV for the associated member **200** as shown in the hypothetical example of Table 3 below:

TABLE 3

| Member 1 Indexed Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 0 | 10 | 10 | 10 | | 10 |
| Topic Accesses | 5 | 1 | 20 | 0 | | 8 |
| Weighted Accesses | 11 | 1 | 30 | 12 | | 6 |
| Weighted Saves | 0 | 10 | 40 | 1 | | 2 |
| Member 1 MTAV | 16 | 22 | 100 | 23 | . . . | 26 |

In some embodiments, member-to-member affinities can be derived by comparing the MTAVs of a first member **200**

and a second member **200**. Statistical operators and metrics such as correlation coefficients or cosine similarity may be applied to derive a sense of the distance between members in n-dimensional topic affinity space, where there are N topics. Since different users may have access to different topics, the statistical correlation for a pair of members is preferentially applied against MTAV subsets that contain only the topics that both members have access to. In this way, a member-to-member affinity vector (MMAV) can be generated for each member or user **200**, and the most similar members, the least similar members, etc., can be identified for each member **200**. In some embodiments, a member-to-member expertise vector (MMEV) may be analogously generated by comparing the MTEVs of a pair of users **200** and applying correlation methods.

With the MTAVs, MMAVs, and Most Similar Member information available, a set of candidate objects to be recommended can be generated in accordance with some embodiments. These candidate recommendations may, in a later processing step, be ranked, and the highest ranked to candidate recommendations will be delivered to the recommendation recipient **200**,**260**. Recall that recommendations **250** may be in-context of navigating the system **925** or out-of-context of navigating the system **925**.

A variation of the out-of-context recommendation process may be applied for in-context recommendations, where the process places more emphasis of the "closeness" of the objects to the object being viewed in generating candidate recommendation objects.

For both out-of-context and in-context recommendations, a ranking process may be applied to the set of candidate objects, according to some embodiments. The following is an exemplary set of input information that may be used to calculate rankings.

1. Editor Rating: If there is no editor rating for the object, this value is set to a default
2. Community Rating (If there is no community rating for the object, this value can be set to a default)
3. Popularity: Indexed popularity (e.g., number of views) of the object.
4. Change in Popularity: Difference in indexed popularity between current popularity of the object and the object's popularity some time ago
5. Influence: Indexed influence of the object, where the influence of an object is calculated recursively based on the influence of other objects related to said object, weighted by the degree of relationship to said object, and where the initial setting of influence of an object is defined as its popularity.
6. Author's Influence: Indexed influence of the highest influence author (based on the sum of the influences of the author's content) of the content referenced by the object
7. Publish Date: Date of publication of the object
8. Selection Sequence Type: An indicator the sequence step in which the candidate object was selected
9. Object Affinity to MTAV: The indexed vector product of the Object-Topic Affinity Vector (OTAV) and the MTAV. The values of the OTAV are just the affinities or relevancies between the object and each topic, which may be derived from behavioral and/or contents indexing processes.

A ranking is then developed based on applying a mathematical function to some or all or input items listed directly above, and/or other inputs not listed above. In some embodiments, user or administrator-adjustable weighting or tuning factors may be applied to the raw input values to tune the



object ranking appropriately. These recommendation preference settings may be established directly by the user, and remain persistent across sessions until updated by the user, in some embodiments.

Some non-limiting examples of weighting factors that can be applied dynamically by a user **200** or administrator are as follows:

1. Change in Popularity ("What's Hot" factor)
2. Recency Factor
3. Object Affinity to MTAV (personalization factor)

Another example tuning factor that may be applied by a user **200** or administrator is contextual affinity, which is the degree of affinity of the object that is providing the context for the recommendation and its affinity to other objects, wherein the affinities are determined by means, for example, of applying its CTAV, or by comparison of its OCV to the OCVs of other objects. These weighting factors could take any value (but might be typically in the 0-5 range) and could be applied to associated ranking categories to give the category disproportionate weightings versus other categories. They can provide control over how important, for example, change in popularity, freshness of content, and an object's affinity with the member's MTAV are in ranking the candidate objects.

The values of the weighting factors are combined with the raw input information associated with an object to generate a rating score for each candidate object. The objects can then be ranked by their scores, and the highest scoring set of X objects, where X is a defined maximum number of recommended objects, can be selected for deliver to a recommendation recipient **200**,**260**. In some embodiments, scoring thresholds may be set and used in addition to just relative ranking of the candidate objects. The scores of the one or more recommended objects may also be used by the computer-based system **925** to provide to the recommendation recipient a sense of confidence in the recommendation. Higher scores would warrant more confidence in the recommendation of an object than would lower scores.

In some embodiments other types of recommendation tuning factors may be applied by a user **200** or administrator. For example, the scope of a social network, such as degrees of separation, may be adjusted so as to influence the recommendations **250**, and/or relationship types or categories of social relationships may be selected to tune recommendations **250**. Recommendation recipients **200** or administrators may also or alternatively be able to restrict objects **212** representing other specified users **200** from being recommended, or restrict objects authored or otherwise having an affiliation with other specified users.

In some embodiments the scope of geography or distance from a current location, including, but not limited to, the expected time to travel from the existing location to one or more other locations, may be tuned or adjusted so as to influence recommendations **250**. The expected time to travel may be a function of the actual or inferred mode of transportation of the recommendation recipient, road conditions, traffic conditions, and/or environmental conditions such as the weather. The specification of scope of geography, distance, and/or time-to-travel may be via an automated monitoring or inference of the recommendation recipient's current location, or may be via an explicit indication of location by the recommendation recipient through entering a location designation such as a zip code, or by indicating a location on a graphical representation of geography, for example, by indication location on a computer-implemented map display.

Other tuning factors that may be applied to influence recommendations **250** include the ability for the recommen-

dation recipient to select a recommendation recipient mood or similar type of "state of mind" self-assessment that influences the generation of a recommendation. For example, a recommendation recipient might indicate the current state of mind is "busy," and less frequent and more focused recommendations **250** could be generated as a consequence.

For recommendations of people, recommendation recipients **200** can tune the recommendations **255** they receive by the degree of similarity of interests for one or more topics, according to some embodiments. Similarly, recommendation recipients may tune recommendations of people by the degree of difference in their level of expertise for one or more topics versus other users. This can be beneficial, for example, when a recommendation recipient seeks to receive recommendations of other people who have greater levels of expertise than themselves for one or more topics, but not too much greater levels of expertise.

In some embodiments, another type of tuning that may be applied by a user or administrator relates to the degree to which the capacity for enhanced serendipity is incorporated within the recommendation generating function **240** of the adaptive system **100**.

In some embodiments a serendipity function comprises an interest anomaly function that identifies contrasting affinities between a first user's MTAV and a second user's MTAV. Situations in which the first user's MTAV and the second user's MTAV have contrasting values associated with one or more topical areas, but wherein the two MTAVs otherwise have a higher than typical level similarity (as determined a vector similarity function such as, but not limited to, cosine similarity or correlation coefficient functions), present the opportunity for preferentially recommending objects **212** with a relatively high affinity to the topical areas associated with the contrasting MTAV affinities. More specifically, for two users **200** that have a relatively high level of similarity based on a comparison of their entire MTAVs, if the affinity values of the first user's MTAV corresponding to one or more topical areas is relatively high, and the affinity values of the second user's MTAV corresponding to the one or more topical areas is relatively low, then one or more objects **212** with relatively high OTAV values associated with the one or more topical areas may be preferentially recommended to the second user.

In some embodiments, the amount and/or quality of usage behavioral information on which the respective MTAV affinity values of the two users is based may additionally influence the generated recommendation **250**. Specifically, in the above example, if the affinity values of the second user's MTAV corresponding to the one or more topical areas are relatively low and there is relatively little behavioral information on which said affinity values are based, then there is even greater motivation to recommend one or more objects **212** with relatively high OTAV values associated with the one or more topical areas to the second user. This is because there is incrementally greater value in learning more about the user's interest than if the low affinities were based on inferences from a larger body of behavioral information, as well as there being a less likelihood of providing a recommendation **250** that is truly not of interest to the user.

In some embodiments, then, a general method of generating beneficially serendipitous recommendations combines the contrasting of topical affinities among users **200** and the relative confidence levels in the topical contrasting affinities. This approach provides a "direction" for generating recommendations that are further from inferred interests that would otherwise be generated. Besides direction, a serendipity function may also include a "distance" factor and a probability factor. That is, according to some embodiments generating serendipity can be thought of as exploring other areas of a multi-dimensional interest landscape, where the best inference based on historical behavioral information is a (local) maximum on the landscape. The serendipity function can be thought of as performing a "jump" on the interest landscape, where the jump is in a specified direction, for a specified distance, and performed with a specified frequency or probability. One or more of these serendipity distance, direction, and probability parameters may be tunable by a user **200** or administrator in accordance with some embodiments.

In some embodiments the serendipity function may include applying a degree of randomization in addition to, or instead of, applying the interest anomaly function. This randomization function may be applied when selecting objects **212** from a set of candidate objects to be recommended to a recommendation recipient rather than simply relying on deterministic scoring means. In such embodiments the serendipity tuning function can be used by a user **200** or administrator to control the degree to which delivered recommendations **255** deviate from the recommendations that would otherwise be delivered using purely deterministic means.

The serendipity distance may be generated in accordance with a mathematical function. In some embodiments, the distance and/or probability factors may be generated in accordance with a power law distribution—as a non-limiting example, the distance and/or probability factors may be in accordance with a Levy Walk function.

It should be understood that other recommendation tuning controls may be provided that are not explicitly described herein.

Knowledge and Expertise Discovery

Knowledge discovery and expertise discovery refer to "learning layer" functions that generate content recommendations and people recommendations **250**, respectively.

For expertise discovery, there are at least two categories of people that may be of interest to other people within a user community:

1. People who have similar interest or expertise profiles to the recommendation recipient, which may be calculated, for example, in accordance with MMAVs and MMEVs.
2. People who are likely to have the most, or complementary levels of, expertise in specified topical areas

Expertise discovery functions deliver recommendations **250** within a navigational context of the recommendation recipient **200**, or without a navigational context. In some embodiments, a person or persons may be recommended consistent with the "navigational neighborhood," which may be in accordance with a topical neighborhood that the recommendation recipient **200** is currently navigating. The term "navigating" as used herein should be understood to most generally mean the movement of the user's **200** attention from one object **212** to another object **212** while interacting with, or being monitored by, a computer-implemented user interface (wherein the user interface may be visual, audio and/or kinesthetic-based). Entering a search term, for example, is an act of navigating, as is browsing or scrolling through an activity stream or news feed through use of a mouse, keyboard, and/or gesture detection sensor.

In some embodiments expertise may be determined through a combination of assessing the topical neighborhood in conjunction with behavioral information **920**. The behavioral information that may be applied includes, but is not

limited to, the behaviors and behavior categories in accordance with Table 1. As a non-limiting example, an expertise score may be generated from the following information in some embodiments:

1. The scope of the topical neighborhood, as described herein
2. The topics created by each user within the topical neighborhood
3. The amount of content each user contributed in the topical neighborhood
4. The popularity (which may be derived from accesses and/or other behaviors) of the content
5. The ratings of the content

In some embodiments, user-controlled tuning or preference controls may be provided. For example, an expertise tuning control may be applied that determines the scope of the navigational neighborhood of the network of content that will be used in calculating the total expertise scores. The tuning controls may range, for example, from a value V of 1 (broadest scope) to 5 (narrowest scope).

In some embodiments, the topical neighborhood of the currently navigated topic T may then defined as encompassing all content items with a relationship indicator R **718** to topic T **710***t* such that R>V−1. So if V=5, then the topical neighborhood includes just the content that has a relationship of >4 to the topic T, and so on. Expertise tuning may be effected through a function that enables expertise breadth to be selected from a range corresponding to alternative levels of V, in some embodiments.

In some embodiments, other tuning controls may be used to adjust expertise discovery recommendations **250** with regard to depth of expertise, in addition to, or instead of, breadth of expertise. For example, for a given navigational neighborhood, a user **200** or administrator may be able to adjust the required thresholds of inferred expertise for a recommendation **250** to be delivered to the recommendation recipient **200**, and/or may be able to tune the desired difference in expertise levels between the recommendation recipient and recommended people. Tuning of recommendations **250** may also be applied against a temporal dimension, so as to, for example, account for and/or visualize the accretion of new expertise over time, and/or, for example, to distinguish long-term experts in a topical area from those with more recently acquired expertise.

In some embodiments, the expertise discovery function may generate recommendations **250** that are not directly based on navigational context. For example, the expertise discovery function may infer levels of expertise associated with a plurality of topical neighborhoods, and evaluate the levels of expertise for the topical neighborhoods by matching an MTAV or MTEV, or other more explicit indicator of topical expertise demand associated with the recommendation recipient **200** and a plurality of MTEVs of other users. Positive correlations between the expertise recommendation recipient's MTAV or topical expertise demand indicators and an MTEV, or negative correlations between the expertise recommendation recipient's MTEV and another MTEV, are factors that may influence the generation of expertise recommendations. In some embodiments, the MMAV or an expertise matching equivalent such as an MMEV of the recommendation recipient **200** may be applied by the expertise discovery function in evaluating other users **200** to recommend.

In some embodiments recommendation recipients **200** may select a level of expertise desired, and the expertise discovery function evaluates expertise levels in specific topical neighborhoods for matches to the desired expertise level. The recommendation recipient **200** may set the expertise discovery function to infer his level of expertise in a topical neighborhood and to evaluate others users for a similar level of expertise. The inference of expertise may be performed based, at least in part, by comparing the values of the recommendation recipient's MTEV with the associated topics in the specified topical neighborhood.



In some embodiments expertise may be inferred from the pattern matching of information within content. For example, if a first user **200** employs words, phrases, or terminology that has similarities to a second user **200** who is inferred by the system to have a high level expertise, then everything else being equal, the system **100** may infer the first user to have a similar level of expertise and that is therefore also a higher than an average level of expertise. In some embodiments vocabularies that map to specific areas and/or levels of expertise may be accessed or generated by the system **100** and compared to content contributed by users **200** in evaluating the level of expertise of the users.

Recall that the MTEV can be generated from behavioral information, including but not limited to the behaviors **920** and behavioral categories described in Table 1, similarly to the MTAV, except expertise is inferred rather than interests and preferences. As just one example of the difference in inferring an expertise value associated with a topic rather than an interest value, clicking or otherwise accessing an object **212** may be indicative of a interest in the associated topic or topics, but not very informative about expertise with regard to the associated topic or topics. On the other hand, behaviors such as, but not limited to, creating objects, writing reviews for objects, receiving high ratings from other users with regard to created objects, being subscribed to by other users who have an inferred relatively high level of expertise, creation or ownership of topics, and so on, are more informative of expertise levels with regard to the associated topic or topics, and are preferentially applied in generating MTEV values according to some embodiments. Similarly to the generation of MTAVs, weights may be applied to each of multiple types of behavioral factors in generating composite MTEV values in accordance with their expected relative strength of correlation with actual expertise levels.

In some embodiments a difference between the calculation method of an MTAV versus that of an MTEV is that MTAV values are indexed across topics—that is, the MTAV values represent relative interest levels of a user **200** among topics, whereas MTEV values are indexed across users **200**—that is, the MTEV values represent relative levels of expertise among users **200**.

In some embodiments, MTEV values may be calibrated using a benchmarking process, enabling an inference of an absolute level of expertise instead of, or in addition to, an inference of a relative level of expertise among users. For example, a test result or other type of expertise calibration information may be applied that establishes a benchmark expertise level for a user **200** across one or more topics. Expertise calibration means include, but are not limited to, educational proxies for expertise levels such as certifications, education programs, degrees attained, experience levels in a field or performing an activity, and/or current or past professions. For example, a recent graduate degree in a specific branch of mathematics would be indicative of a high level of expertise in that branch of mathematics, and likely a fairly high level of expertise in mathematical topics in general. The expertise calibration information may be avail-

able to the recommendation function **240** through a user's self-profiling behavior, or may be accessed through other means.

The inferred MTEV values for the benchmarked user can then be used as a basis for indexing the inferred MTEV values of other users **200**. This approach can be beneficial because an inferred expertise level that is calibrated against a benchmark level can enable the generation of more effective recommendations, particularly with regard to the generation of recommendations of content and/or topics. Whereas for recommendations of expertise (e.g., recommendations of other users), a purely relative expertise levels may be sufficient for generating useful recommendations, the process of generating recommendations of content or topics can often benefit from having a greater sense of absolute levels of expertise. This is particularly the case when the recommendation function **240** has access to information that is suggestive of the levels of expertise for which potentially recommended content or topics are appropriate. Information that is suggestive of the levels of expertise for which an object **212** will be most appropriate may be acquired by the recommendation function **240** through access to an explicit indication, such as, for example, through and expertise level indication within meta-information **712** associated with an object **212**,**710**, or the recommendation function **240** may assess the expertise levels for which an object **212** would be most appropriate through inferences from the content or information **232** within the object.

In some embodiments, the recommendation function **240** combines one or more MTAVs with one or more MTEVs in generating a recommendation **255**,**265**. For example, first, the MTAV of a recommendation recipient may be used by the recommendation function **240** to determine the one or more topics of highest interest to the recommendation recipient. The recommendation function may then compare the recommendation recipient's MTEV to the MTEVs of other users to identify one or more of the topics of highest interest for which the recommendation recipient has a lower level of expertise (or more generally, a complementary level of expertise) compared to one or more other users. The one or more other users whose MTEVs satisfy this condition are then candidates for recommending to the recommendation recipient. Another example of combining MTAV and MTEV information in generating a recommendation **255**,**265** is first identifying the one or more topics of highest interest to the recommendation recipient, and then using the recommendation recipient's MTEV to recommend content or topics that are consistent with the MTEV values associated with the highest interest topics. Where the recommendation function **240** is able to assess the levels of expertise for which an item of content or topic are appropriate, those levels of expertise can be compared against the corresponding MTEV values and serve as at least one factor in the recommendation function users in deciding whether to recommend the item of content to the recommendation recipient.

Inferences of levels of expertise can be informed by collaborative behaviors with regard to other users **200** who are inferred to have given levels of expertise. In some embodiments users **200** are automatically clustered or segmented into levels of inferred expertise. Often, levels of expertise cluster—that is, people with similar levels of expertise preferentially collaborate, a tendency which can be beneficially used by the expertise inferencing function. A recursive method may be applied that establishes an initial expertise clustering or segmentation, which in conjunction with collaborative and other behaviors, enables inferences of



expertise of these and other users not already clustered, which then, in turn, enables adjustments to the expertise clusters, and so on.

Inferences of expertise that are embodied within an MTEV may be informed by the contents of objects associated with a user **200**, in accordance with some embodiments. For example, the use, and/or frequency of use, of certain words or phrases may serve as a cue for level of expertise. More technical or domains-specific language, as informed by, for example, a word or phrase frequency table, would be indicative of level of expertise in a field. Other expertise cues include punctuation—question marks, everything else being equal, are more likely to be indicative of less expertise.

In some embodiments, when a recommendation of expertise in topical neighborhoods or for one or more specific topics is required, the selected topics are compared to user MTEVs to determine the best expertise match to the selected topics. For example, a specific project may require expertise in certain topical areas. These selected topical areas are then compared to MTEVs to determine the users with be most appropriate level of expertise for the project.

In some embodiments, the selected topics for which expertise is desired may be weighted, and the weighted vector of selected topics is compared to the corresponding topical expertise values in user MTEVs—positive correlations between the weighted vector of selected topics and the MTEVs of other users are preferentially identified. Mathematical functions are applied to determine the best expertise fit in the weighted selected topic case or the un-weighted selected topic case.

In some embodiments, the behaviors of users within one or more expertise segments or clusters are assessed over a period of time after an event associated with one or more topical areas. The event, embodied as an object **212**, could, for example correspond to a condition identified by another user or be identified and communicated by a device. The post-event behaviors assessed for expertise cohorts may then form the basis for recommended content, people, and/or process steps to be delivered to users **200** when the same or similar event occurs in the future. These event-specific recommendations **250** may be tempered by an assessment of the recommendation recipient's MMEV such that if relatively high levels of expertise are inferred relative to the event or related topics, then "best practice" process step recommendations **250** derived from the post-event behaviors associated with the highest expertise cohort may be recommended. If relatively lower levels of expertise are inferred relative to the event or related topics, then process step recommendations **250** derived with the highest expertise cohort may be supplemented with, for example, additional educational or verification steps.

Adaptive Semantic System and Method

Semantic approaches, as exemplified by, but not limited to, the Resource Description Framework (RDF), refer to system relationships that are represented in the form of a subject-predicate-object chain (a syntactic "triple"), wherein the predicate is typically a descriptive phrase, but can be a verb phrase, that semantically connects the subject with the object of the predicate. Since the subject and the object of the predicate can be represented as computer-implemented objects **212**, semantic chains can represent computer-implemented object-to-object relationships that are informed by the associated predicate in the semantic chain. Most generally, subjects, predicates, and objects of the predicates of semantic chains can each be represented in a computer-based system **925** as computer-implemented objects **212**.

Semantic chains may be established manually, but can also be generated automatically by the computer-based system **925** through, for example, natural language processing (NLP) techniques that are applied to text strings such as sentences within a computer-implemented object **212** so as to automatically decompose the text into one or more semantic triples. Additional or alternative automatic techniques that can be applied by the computer-based system **925** to extract semantic chains from natural language can include generating vectors of values for language elements such as words or phrases within one or more objects **212**, and generating relationships based on vector comparisons among these language elements. Text can additionally or alternatively also be automatically analyzed through the application of a graphical-based logical form in which elements of text are represented as nodes and edges of the graph represent grammatical relationships to derive semantic chains. Semantic chains that are derived from natural language using these or other techniques known in the art may then be linked or chained together as is described in more detail herein. More generally, semantic chains can be represented by predicate calculus, and it should be understood that processes disclosed herein with respect to semantic chains apply more generally to predicate calculus-based representations.

In some embodiments weightings, which may comprise probabilities, are applied to semantic chains. For example, the semantic chain Object(1)-Predicate(1)-Object(2) may have a weighting (which may be normalized to the range 0-1), "W1" assigned to it: W1(Object(1)-Predicate(1)-Object(2)). Such a weighting (which may be termed a "W1-type" weight or probability hereinafter) may correspond to a probabilistic confidence level associated with the semantic chain. The weighting may be calculated by inferential statistical means based upon content-based patterns and/or user behavioral patterns (such as word or phrase matching frequency and/or length matched chain sub-elements). For example, the semantic chain "Red Sox-is a-team" might be assigned a weighting of 0.80 based on an inferential confidence given a first set of textual content from which the semantic chain is statistically inferred (and where "textual" or "text" as used herein may be in written or audio language-based forms). This weighting might be increased, say to 0.99, based on an analysis of additional text that seems to strongly confirm the relationship. Such weightings may therefore be considered probabilities that the inference is true—that is, the probability that the inference accurately reflects objective reality. It should be understood that such probabilistic inferences with respect to semantic chains may be made basis inputs other than just through the analytic processing of text-based computer-implemented objects. Such inferences can be alternatively or additionally be made with respect to patterns of information that are identified with respect computer-implemented objects **212** comprising images or audio-based information, for example. For example, in some embodiments, neural network-based systems are trained to make inferences of relevant semantic chains from text and/or images and to inform W1-type weights associated with the inferred semantic chains. In some embodiments Bayesian program learning-based processes are applied to make inferences of relevant semantic chains from text and/or images and to inform W1-type weights associated with the inferred semantic chains.

In addition, or alternatively, a contextual weighting, "W2", may be applied that weights the semantic chain based on the relative importance or relevance of the relationships described by the semantic chain versus other relationships



with respect to one or both of the objects (which may be included in one or more other semantic chains) within the semantic chain (and such weights may be termed a "W2-type" weight hereinafter). For example, a W2-type weight as applied to the semantic chain "Red Sox-is a-team" may be greater than the W2-type weight applied to the semantic chain "Red Sox-is a-logo" for a particular inferential application. While both semantic chains may be valid (that is, accurately reflect objective reality), the term "Red Sox" as used in a randomly selected item of content is more likely to be used in the context of being a team than as being used in the context of being a logo, and should therefore, everything else being equal, be more likely be used as a basis for subsequent computer-implemented semantic interpretations of content that includes a reference to "Red Sox". As in the case of W1-type weights, W2-type weights may correspond to probabilities, and may be established and/or adjusted based on statistical inferences from content (in a simple, non-limiting example, based on the frequency of co-occurrences of the respective objects in the semantic chain within a corpus of content) and/or from inferences derived from user **200** behaviors as described in Table 1. Alternatively, W2-type weightings may be explicitly established by humans.

So, in summary, whereas weightings of the type associated with W1 can be construed to be the probability that the associated semantic chain accurately reflects objective reality, weightings of the type associated with W2 can be construed to be the probability the associated semantic chain validly applies semantically in the context of interpreting specified content.

These foregoing semantic representations are contrasted with behavioral-based user-predicate-object computer-implemented representations, which, while they can be represented in a similar chain or "triple" form as RDF, are distinguished in that the subject in behavioral-based chains represents or refers to an actual user **200** of the computer-based system **925**, and the associated predicate represents actions or behaviors **920** that the user **200** of the system exhibits or performs in association with a system object **212**, or in which the associated predicate is an inference, for example, of the user's **200** state of mind or, as another example, a historical event associated with the user **200**. The predicates of the behavioral-based triple may include, but are not limited to, actions or behaviors **920** exhibited by the user as described by Table 1 and associated descriptions. The predicates of some types of behavioral-based triples may comprise computer-generated inferences rather than a specifically performed or monitored behavior **920** in some embodiments. For example, for the behavioral-based triple User(1)-Is Interested In-Object(1), the predicate "Is Interested In" may be an inference derived from from one or more usage behaviors **920**. As another example, for the behavioral-based triple User(1)-Has High Expertise In-Object(1), the predicate "Has High Expertise In" may be an inference derived from one or more usage behaviors **920** and/or an analysis of content. These two examples comprise inferences of a user's state of mind or capabilities. More concrete inferences, such as of events or relationships, may also be made—for example, the behavioral-based triple User(1)-Worked For-Object(1), the predicate "Worked For" may be an inference that is made from a statistical analysis of content and/or from one or more usage behaviors **920**. In such event-based applications temporal indicators such as a timestamp or time period may be associated with the associated behavioral-based triple. Such temporal indicators can

further enable the computer-based system **925** to make connections between events and promote more effective inferencing.

W1-type weights may be applied to behavioral-based chains that comprise an inferred predicate relationship between the user **200** and the object of the predicate, the W1-type weight thereby representing the degree of confidence that the behavioral-based chain represents objective reality, whereby objective reality in this case may constitute the user's current or future state-of-mind.

Behavioral-based triples may be with respect to "real-world" locations or physical objects that are located at a particular point or proximity in space and/or time, in some embodiments. For example, a user **200** may be determined to be at Fenway Park by, for example, matching the user's currently inferred location from a location-aware device that is associated with the user to a computer-implemented map that maps physical objects such as Fenway Park to particular geographical locations. This determination could be represented, for example, as the behavioral-based triple User(1)-Is Located At-Fenway Park, and with an associated time stamp t(1). This same approach can be applied to simulations of real-world environments or real world-like environments (i.e., virtual reality applications), where the user **200** in the behavioral triple is represented in the simulation, by, for example, an avatar.

Behavioral-based triples may be with respect to two people, and the object of the predicate of the triple may represent or reference another system user **200**. For example, User(1)-Is Located Near-User(2) is an example of an event-based behavioral triple (and that may have an associated temporal indicator) and User(1)-Is a Friend of-User(2) is an example of an inferential behavioral triple, in which the system automatically infers the "Is a Friend of" predicate.

In summary, while the subjects and predicates in semantic triples are therefore generally different in nature from behavioral-based triples, the similarity of syntactical structure can be beneficially used to extend semantic-based approaches so that they are adaptive to users **200**.

In some embodiments semantic chains are converted to OTAVs. Predicate relationships between objects are transformed to numerical values (i.e., affinities) in such embodiments, which can have, for example, scalability advantages. These OTAV affinities may correspond to, or be influenced by or calculated from, corresponding W1-type or W2-type semantic chain weightings.

In some embodiments, the behavioral-based representations of user-predicate-object are linked to semantic-based object-to-object **212** relations **214**. For example, for a specific computer-implemented object **212**, denoted as Object (1), for which there is at least one user behavioral-based relationship, User-Predicate(1)-Object(1) (where Predicate (1) may comprise an inference), and at least one semantic relationship between objects—for example, an RDF-based relationship of the form, Object(1)-Predicate(2)-Object(2) (where Predicate(2) may comprise an inference), inferences with respect to User **200** and Object(2) may be derived from the extended chain of User-Predicate(1)-Object(1)-Predicate (2)-Object(2). In this example, Object(1) enables the linking because it is commonly referenced by the behavioral-based chain and the semantic chain. Most generally, such linking can be performed when the subject of the semantic chain has a correspondence to the object of the predicate of the behavioral-based chain. The correspondence between such subject and object pairs may be based, for example, on the



subject and object referring to the same entity or information, or representing the same entity or information.

Composite chains can be extended indefinitely by identifying the subject of a semantic chain that has a correspondence with the terminal object of a predicate of a composite chain, and linking the identified semantic chain to the end of the composite chain, thereby assembling a new, extended composite chain, which can in turn be extended.

In some embodiments, one or more of the constituent semantic chains of such composite chains may include W1-type and/or W2-type weightings. Mathematical operations may be applied to these weightings to derive a composite weighting or probability for the composite chain. For example, where there are multiple individual semantic chain weightings that each correspond to a probability within a composite chain, and probabilistic independence is assumed, the individual weightings may be multiplied together to yield a composite chain probability, e.g., a probability that the composite chain is a valid inference of objective reality and/or a probability that the composite chain semantically validly applies to an interpretation of particular content.

Further, as previously described herein, behavioral-based chains may be weighted as well with W1-type weights that correspond to the probability that the inference of the behavioral-based chain accurately reflects objective reality—in some cases, objective reality being a conscious or unconscious mental state of the user that cannot be directly assessed, but must rather be inferred from behaviors **920**. This type of behavioral-based chain weighting may be combined with mathematical operations (such as multiplication) with one or more semantic chain weightings to yield a composite chain weighting or probability. Such composite weightings may correspond to affinity values of MTAVs or MTEVs in some embodiments; for example, where a composite chain includes a terminal object (last object in the semantic chain) that comprises a topic that is also associated with an MTAV or MTEV.

Recommendations **250** can then be generated based on these linked or composite chains. As a simple non-limiting example, assume that a behavioral-based triple is, User(1)-"likes"-Object(1), whereby the predicate "like" is a user action **920** of "liking" a computer-implemented object as described by the descriptions that are associated with Table 1. This behavioral-based triple might be applied directly, or it may serve as a basis (along with potentially other behavioral-based chains) for an inferential behavioral-based chain such as, User(1)-Is Favorably Disposed Toward-Object(1), whereby the predicate "Is Favorably Disposed Toward" is inferred from one or more usage behaviors **920** (such as a "like" action by a user **200**) and/or from content-based pattern matching. The confidence with respect to this inference may be encoded as a W1-type weighting that is associated with the inferred behavioral-based triple.

As a further example, assume that there exists a semantic triple of Object(1)-"is a"-Object(2), wherein the "is a" predicate designates that Object(1) is a type of, or subset of, Object(2). The system can then generate the composite chain User(1)-"likes"-Object(1)-"is a"-Object(2). The system can then make an inference that User(1) likes or is favorably disposed toward Object(2), and may apply weightings that are associated with the behavioral-based based chain and/or the semantic chain in quantifying the degree of confidence with respect to the inference. Such quantifications may be encoded as one or more affinity values within the MTAV of User(1), in some embodiments. Other composite chains terminating with Object(2) could additionally be applied that

could have a further effect on the inference quantification (e.g., strengthening or weakening the confidence in the inference).

It should be recalled that a computer-implemented object **212** as defined herein can comprise content, or a pointer to content, that is in the form of a document, image, or audio file, but can also be a topic object, which comprises a label or description of other objects. So another non-limiting example is, User(1)-"viewed"-Object(1), where the predicate "viewed" is a user **200** action of viewing a computer-implemented object as described by Table 1, and Object(1)-"is about"-Object(2), where Object(2) is a topic object or tag that designates "baseball." The system can then determine the composite chain User(1)-viewed-Object(1)-is about-Object(2). The system therefore determines that user(1) has viewed content that is about baseball, and could therefore be able to infer a user interest with respect to baseball. To continue the example, assume a semantic triple of Object (1)-"is about"-Object(3), wherein Object(3) is a topic object or tag that designates "Red Sox." Then, assume there also exists the semantic triple, Red Sox-is located-Boston. The system can then assemble the chain, User(1)-viewed-Object (1)-is about-Red Sox-is located-Boston, which could allow the system to infer that User(1) has an interest in Boston or things located in Boston in general, although this would likely be a very weak inference in this example given only one view behavior, and this weak inference could be encoded as a corresponding low weighting or probability associated with the composite chain that is derived from weightings or probabilities associated with the composite chain's behavioral-based chain (or weightings or probabilities of a corresponding inferred behavioral-based chain derived, at least in part, from the User(1)-"viewed"-Object (1) chain) and/or with one or more of the composite chain's constituent semantic chains.

FIG. **14**A summarizes the computer-implemented process **600** for generating recommendations **250** or, more generally, personalized communications, **250***c*, derived from the linking of behavioral-based and semantic chains and the performing of inferences from the resulting composite chains. In the first step **610** of the process **600** a behavioral-based chain that includes a subject that is associated with a user **200** is accessed. A semantic chain is then identified **620** that comprises a subject-predicate-object triple in which the subject has a correspondence with the object of the predicate of the behavioral-based chain. This correspondence enables linking **630** the behavioral-based chain and the semantic chain to form a composite chain. One or more additional semantic chains may be identified **640** to be linked to the composite chain by identifying any semantic chains that comprise a subject that has a correspondence to the terminal object of the composite chain. If at least one such semantic chain is identified, the semantic chain may be added to the composite chain, thereby creating a new composite chain, and step **640** may be repeated with this resulting composite chain. After assembly of the composite chain is completed, inferences may be performed **650** that are derived from the composite chain and its associated probabilities as described herein. The inferences may then be used to generate **240** recommendations **250**, or more generally, personalized communications **250***c*.

Inferences derived from composite behavioral-based and semantic chains can be used to generate MTAV and/or MTEV or values. In the example above, "Boston" could be a topic in the MTAV of User(1) with an associated inferred affinity value. Had the predicate in the example above been "created" instead of "viewed" and other users had rated



Object(1) highly, then "Red Sox", might be a topic in the MTEV of User(1) with an associated inferred affinity or expertise value.

In some embodiments linked behavioral-based and semantic chains can be further linked or mapped to OCVs. For instance, in the example above, if the term "Red Sox" has a sufficiently high value in the OCV associated with a document embodied in an object **212**, then an inference might be made by the computer-based system **925** between User(1) and the associated object **212** that has a sufficiently high value for "Red Sox" in the object's OCV. This inference could in turn become a basis for a recommendation **250**.

While these examples are with respect to behavioral-based and semantic triples, other syntactical structures or symbolic representations can also be applied by the computer-based system **925**—for example, this method of integration of behavioral-based and semantic chains can be applied to syntactical structures that are in accordance with, or can be represented by, a predicate calculus. In some embodiments, semantic chains may be alternatively represented as taxonomies or ontologies such as hierarchical structures.

In some embodiments a semantic chain or composite chain may constitute a metaphorical semantic or composite chain, which may be also be termed a metaphorical construct herein. Metaphorical semantic chains and/or metaphorical composite chains can be applied to generate communications **250***c* that are perceived to be particularly creative or humorous, for example, or to perceive or interpret creativity or humor associated with information that is processed by the computer-based system **925**.

A metaphor can be considered a semantic relationship that is transferred from one context or subject area to another context or subject area. For example, "strike out" in its original context of baseball is a failure by a batter to put a baseball into play or draw a walk. So among a number of semantic chains that are valid in this context is the generalized semantic chain, Strike out-is a-Failure. Such a semantic chain may be automatically inferred from, for example, a statistical analysis of a corpus of content, application of a computer-implemented neural network on the corpus of content, or may be manually determined, and may have a W1-type weight associated with it. Derivation of this particular semantic chain from a specific domain of application (in this case, baseball) constitutes a process of context stripping and transferring that is, the original context of baseball is "stripped" from the semantic chain, and then transferred to a more generalized semantic relationship as embodied by the resulting semantic chain in this example. This context stripping and transfer process, which may be automated, enables the resulting more generalized semantic chain to then be extended or transferred to other contexts (in this case, outside of the domain of baseball).

For example, if a sales person fails to find a customer, as encoded by the semantic chain, Sales_Person-failed finding-Customer, the semantic chain Strikeout-is a-Failure could be substituted to yield the semantic chain, Sales_Person-struck out finding-Customer. In the process of generating communications **250***c*, the computer-based system **925** starts with Sales_Person-failed finding-Customer chain and then searches for a domain-specific example of the predicate "failing," such as the baseball-based semantic chain Strike out-is a-Failure. "Struck out" is then substituted for "failed" in assembling the new chain, yielding the metaphorical construct Sales_Person-struck out finding-Customer.

In interpreting metaphorical expressions, the process is reversed, with the computer-based system **925** starting with a literal or derived Sales_Person-struck out finding-Customer chain and then searching for more generalized meanings of the term "struck out" such as that which is encoded by the example semantic chain, Strike out-is a-Failure. Possibly in conjunction with other contextual clues, the computer-based system **925** then infers the chain Sales_Person-failed finding-Customer chain, and may generate a W1-type weight associated with the inferred chain.

While metaphorical constructs within communications **250***c* can enhance the perception by communication recipients **200** of an inherent capacity for creativity of the computer-based system **925**, a balance is preferably struck in the generation and communication of metaphorical constructs. For example, if a metaphorical construct is too often generally used it can seem clichéd. If the metaphorical construct has never been used, or too many of such very rare or unique metaphorical constructs are communicated within a given time period or volume of communications **250***c*, the communications **250***c* may seem too strange for the tastes of many recipients **200**. Therefore, in some embodiments the process for generating a metaphorical construct by the computer-based system **925** includes first searching through a corpus of information to determine if a metaphorical construct is sufficiently rare to be considered creative. However, if the metaphorical construct seems to be very rare or even unique based on the search, it might be rejected, or only be selected in accordance with a probabilistic selection process. In some embodiments the probability distribution applied by such a probabilistic selection process is tunable by a user **200** so as to enable the increase or decrease of the level of metaphorical-based creativity embodied by communications **250***c*, and constitutes a tunable aspect of the overall personality of the computer-based system **925**.

FIG. **14**B summarizes the process flow for generating creative communications **250***c* (and that may further be self-referential) in accordance with some embodiments. The first step **615** is, given a first semantic chain, to identify a second semantic chain that generalizes the context of the first semantic chain. The second step **625** is to identify a second context that is different that is different than the context of the first semantic chain, but that has a semantic relationship to the context of the first semantic chain. The third step **635** is to generate a third semantic chain by applying the subject or predicate or a variation thereof of the first semantic chain to the second context. The fourth step **645** is to determine if the frequency of occurrence of the third semantic chain within an evaluative corpus of content is within an acceptable range. If the frequency of occurrence of the third semantic chain is within the acceptable range, then the fifth step **655** is to apply a probabilistic communication creativity tuning factor or distribution to determine the probability of embodying the third semantic chain within a communication **250***c*.

In some embodiments, the capacity for generating or perceiving creativity is extended to a capacity for humor or wit by the computer-based system **925**. Humor or wit may be generated or perceived when a metaphorical construct has a further semantic connection, albeit indirect, to the original context. For example, while Sales_Person-struck out finding-Customer might be an example of creativity in communicating a situation, it might not typically be viewed as particularly witty or humorous. On the other hand, Jim-struck out-looking for his bat, might be viewed as witty. To be perceived as witty, a metaphorical chain generally needs to satisfy the following conditions: 1) it is not too often used (the extreme of too often used is clichéd) and 2) there is a somewhat subtle or indirect semantic connection to the original domain. Jim-struck out-looking for his bat probably satisfies the first condition and definitely satisfies the second condition since the general context remains baseball, but the generalization encoded by the semantic chain Strike out-is a-Failure is applied to a different target sub-context of baseball than the original sub-context. As another example, Jim-struck out finding-Customer might be considered humorous or witty if Jim is a current or former baseball player, a connection that might be discovered, for example, by the computer-based system **925** searching semantic chains that reference Jim or baseball and identifying from such a search the semantic chain Jim-plays-baseball. Further, this connection could have a higher probability of being applied than would otherwise be the case if the computer-based system **925** inferred that the recipient of a communication **925***c* would be expected to be aware of the fact that Jim plays baseball and so could be expected to appreciate the wit of the metaphorical construct Jim-struck out finding-Customer. Such an inference could be made based on an evaluation of a corpus of behavioral and/or communication history of the recipient of the communication **925***c*, for example.

In summary, in some embodiments metaphorical-based wit or humor is generated or perceived by the computer-based system **925** by first searching a corpus of information to determine if a metaphorical construct is sufficiently rare to be considered creative, and in accordance with any application of a creativity tuning factor. Second, the computer-based system **925** then evaluates if there exists a semantic connection to the original context, particularly a somewhat subtle connection. And third, the computer-based system **925** then evaluates if the recipient of the communication **250***c* that embodies the metaphorical construct is likely to be aware of the semantic connection, and therefore could be expected to appreciate the wit embodied by the metaphorical construct.

In accordance with some embodiments, FIG. **15** depicts the integration of behavioral-based and semantic chaining processes with formal learning processes. Such formal learning processes can be managed through the application of a Learning Management System (LMS) **800**. An LMS manages or accesses learning and/or educational histories for individuals, who may be users **200**, and determines learning and/or educational plans **805** based on users' **200** learning histories. The learning and/or educational plans **805** then inform formal learning activities **810** for individual users **200**. These formal learning activities **810** may include, but are not limited to, formal courses and virtual learning environments. The results of these formal learning activities **810** can be codified in the form of behavioral-based chains **815** for each user **200**, and stored in this form in a Learning Record Management System (LRS) **820**. (Behavioral-based chains are described in an equivalent form of "Actor-Action-Object" in FIG. **15**, in which the "Actor" is a user **200**, "Action" is a predicate, and "Object" is the object of the predicate.). The LRS may also access and store behavioral-based chains **825** associated with the user **200** from a learning layer system **925**. The learning layer system **925** accesses behavioral-based chains associated with the user **200** from the LRS that originate from formal learning sources **815**, and combines them with behavioral-based chains **825** originating in the learning layer system **925**. These learning layer system-originating behavioral-based chains **825** can be stored in the LRS **820** and/or the learning layer system **925**. The learning layer system **925** uses the

combined set of behavioral-based chains associated with the user **200** to link with semantic chains as described herein to form composite chains. These composite chains, and associated probabilities, can then be applied to make inferences, for example, of preferences and expertise levels, associated with the user **200**. These inferences then serve as a basis for personalized recommendations **250** of knowledge and expertise or other personalized communications **250***c*, and these personalized recommendations or communications can be considered to constitute part of an "informal learning" process with respect to the user **200**.

In some embodiments, the LMS **800** accesses **850** via the LRS **820** behavioral-based chains **815** associated with a user **200** that originate from formal learning activities and behavioral-based chains **825** associated with the user **200** that originate from informal learning activities. The LMS then generates learning or educational plans for the user **200** based on the behavioral-based chains **850** originating from both informal and formal learning processes. This method serves to beneficially integrate formal learning and informal learning processes.

Recommendation Explanation Generation

In addition to delivering a recommendation **250** of an object **212**, the computer-based application **925** may deliver a corresponding explanation **250***c* of why the object was recommended. This can be very valuable to the recommendation recipient **200** because it may give the recipient a better sense of whether to commit to reading or listening to the recommended content (or in the case of a recommendation of another user **200** whether to, for example, contact them or express an interest in connecting with them), prior to committing significant amount of time. For recommendations **250** that comprise advertising content, the explanation may serve to enhance the persuasiveness of the ad.

The explanations **250***c* may be delivered through any appropriate computer-implemented means, including, but not limited to delivery modes in which the recommendation recipient can read and/or listen to the recommendation. The general capability for delivering explanatory information **250***c* can be termed the "explanation engine" of the computer-based system **925**.

In some embodiments, variations of the ranking factors previously described may be applied in triggering explanatory phrases. For example, the following table illustrates non-limiting examples of how the ranking information can be applied to determine both positive and negative factors that can be incorporated within the recommendation explanations. Note that the Ranking Value Range is the indexed attribute values before multiplying by special scaling factors, Ranking Category Weighting Factors, such as the "What's Hot" factor, etc.

TABLE 2E

| 1 Ranking Category | 2 Ranking Value Range (RVR) | 3 Transformed Range | 4 1st Positive Threshold | 5 2nd Positive Threshold | 6 Negative Threshold |
|---|---|---|---|---|---|
| Editor Rating | 0-100 | RVR | 60 | 80 | 20 |
| Community Rating* | 0-100 | RVR | 70 | 80 | 20 |
| Popularity | 0-100 | RVR | 70 | 80 | 10 |
| Change in Popularity | −100-100 | RVR | 30 | 50 | −30 |
| Object Influence | 0-100 | RVR | 50 | 70 | 5 |
| Author's Influence | 0-100 | RVR | 70 | 80 | .01 |
| Publish Date | −Infinity-0 | 100-RVR | 80 | 90 | 35 |
| Object Affinity to MTAV | 0-100 | RVR | 50 | 70 | 20 |

An exemplary process that can be applied to generate explanations based on positive and negative thresholds listed in 2E is as follows:

Step 1: First Positive Ranking Category—subtract the 1st Positive Threshold column from the Transformed Range column and find the maximum number of the resulting vector (may be negative). The associated Ranking Category will be highlighted in the recommendation explanation.

Step 2: Second Positive Ranking Category—subtract the 2nd Positive Threshold column from the Transformed Range column and find the maximum number of the resulting vector. If the maximum number is non-negative, and it is not the ranking category already selected, then include this second ranking category in the recommendation explanation.

Step 3: First Negative Ranking Category—subtract the Negative Threshold column from the Transformed Range column and find the minimum number of the resulting vector. If the minimum number is non-positive this ranking category will be included in the recommendation explanation as a caveat, otherwise there will be no caveats.

Although two positive and one negative thresholds are illustrated in this example, an unlimited number of positive and negative thresholds may be applied as required for best results.

In some embodiments explanations **250***c* are assembled from component words or phrases and delivered based on a syntax template or syntax-generation function. Following is a non-limiting example syntax that guides the assembly of an in-context recommendation explanation. In the syntactical structure below syntactical elements within { } are optional depending on the associated logic and calculations, and "+" means concatenating the text strings. (The term "syntactical element" as used herein means a word, a phrase, a sentence, a punctuation symbol, a semantic chain, a behavioral chain, or composite chain. The term "phrase" as used herein means one or more words.). Other detailed syntactical logic such as handling capitalization is not shown in this simple illustrative example.

{[Awareness Phrase (if any)]}+
{[Sequence Number Phrase (if any)]+[Positive Conjunction]}+
[1st Positive Ranking Category Phrase]+
{[Positive Conjunction]+[2nd Positive Ranking Category Phrase (if any)]}+

{[Negative Conjunction]+[Negative Ranking Category Phrase (if any)]}+

{[Suggestion Phrase (if any)]}

The following section provides some examples of phrase tables or arrays that may be used as a basis for selecting appropriate syntactical elements for a recommendation explanation syntax. Note that in the following tables, when there are multiple phrase choices, they are selected probabilistically. "NULL" means that a blank phrase will be applied. [ ] indicates that this text string is a variable that can take different values.

System Awareness Phrases

| Trigger Condition | Phrase |
|---|---|
| Apply these phrase alternatives if any of the 4 Sequence Numbers was triggered | 1) I noticed that<br>2) I am aware that<br>3) I realized that<br>4) NULL |

Out-of-Context Sequence Number Phrases

| Trigger Condition | Phrase |
|---|---|
| Sequence 1 | 1) other members have related [this object] to [saved object name], which you have saved, |
| Sequence 2 | 1) members with similar interests to you have saved [this object] |
| Sequence 3 | 1) members with similar interests as you have rated [this object] highly<br>2) Members that have similarities with you have found [this object] very useful |
| Sequence 4 | 1) [this object] is popular with members that have similar interests to yours<br>2) Members that are similar to you have often accessed [this object] |

Note: [this object]="this 'content-type'" (e.g., "this book") or "it" depending on if the phrase "this 'content-type'" has already been used once in the explanation.

Positive Ranking Category Phrases

| Trigger Category | Phrase |
|---|---|
| Editor Rating | 1) [it] is rated highly by the editor |
| Community Rating* | [it] is rated highly by other members |
| Popularity** | 1) [it] is very popular |
| Change in Popularity | 1) [it] has been rapidly increasing in popularity |
| Object Influence | 1) [it] is [quite] influential |
| Author's Influence | 1) the author is [quite] influential<br>2) [author name] is a very influential author |
| Publish Date | 1) it is recently published |
| Object Affinity to MTAV (1) | 1) [it] is strongly aligned with your interests<br>2) [it] is related to topics such as [topic name] that you find interesting<br>3) [it] is related to topics in which you have an interest<br>4) [it] contains some themes related to topics in which you have an interest |
| Object Affinity to MTAV (2) | 5) I know you have an interest in [topic name]<br>6) I am aware you have an interest in [topic name]<br>7) I have seen that you are interested in [topic name]<br>8) I have noticed that you have a good deal of interest in [topic name] |

| Positive Conjunctions Phrase |
|---|
| 1) and |

Negative Ranking Category Phrases

| Trigger Category | Phrase |
|---|---|
| Editor Rating | 1) it is not highly rated by the editor |
| Community Rating | 1) it is not highly rated by other members |
| Popularity | 1) it is not highly popular |
| Change in Popularity | 1) it has been recently decreasing in popularity |
| Object Influence | 1) it is not very influential |
| Author's Influence | 1) the author is not very influential<br>2) [author name] is not a very influential author |
| Publish Date | 1) it was published some time ago<br>2) it was published in [Publish Year] |
| Object Affinity to MTAV | 1) it may be outside your normal area of interest<br>2) I'm not sure it is aligned with your usual interest areas |

| Negative Conjunctions Phrase |
|---|
| 1), although |
| 2), however |
| 3), but |

| Suggestion Phrases (use only if no caveats in explanation) Phrase |
|---|
| 1), so I think you will find it relevant |
| 2), so I think you might find it interesting |
| 3), so you might want to take a look at it |
| 4), so it will probably be of interest to you |
| 5), so it occurred to me that you would find it of interest |
| 6), so I expect that you will find it thought provoking |
| 7) NULL |

The above phrase array examples are simplified examples to illustrate the approach. In practice, multiple syntax templates, accessing different phrase arrays, with each phrase array comprising many different phrases and phrase variations are required to give the feel of human-like explanations. These example phrase arrays above are oriented toward recommendations based on recommendation recipient interests as encoded in MTAVs; for recommendations related to the expertise of other users as encoded, for example, in MTEVs, explanation syntactical rules and phrase arrays tailored for that type of recommendation are applied. In some embodiments, explanatory syntactical rules and phrases are applied that are consistent with explanations of recommendations that are generated in accordance with both an MTAV and MTEV. For example, the resulting explanation **250***c* may indicate to the recommendation recipient why it is expected that a recommended item of content is expected to be relevant to them as well as being appropriate given their inferred level of expertise.

In some embodiments, phrases for inclusion in phrase arrays are generated from semantic chains that are derived by means of an automated analysis of content as described previously herein, whereby the automated analysis is

directed to a starting set of one or more selected phrases. The derived phrases may be identified as a result of a process of performing multiple linkages of semantic chains. These semantically-derived phrases may further have W1 and/or W2-type probabilities associated with them. These probabilities may be applied so as to influence the frequency that a specific phrase will be selected for inclusion in a communication **250***c*.

As described above, a sense of confidence of the recommendation to the recommendation recipient can also be communicated within the recommendation explanation. The score level of the recommendation may contribute to the confidence level, but some other general factors may be applied, including the amount of usage history available for the recommendation recipient on which to base preference inferences and/or the inferred similarity of the user with one or more other users for which there is a basis for more confident inferences of interests or preferences. The communication of a sense of confidence in the recommendation can be applied to recommendations with regard to expertise, as well as interest-based recommendations. The degree of serendipity incorporated by the serendipity function may be communicated **250***c* to the user, and may influence the communication and related syntax and syntactical elements applied in the communication **250***c*, as well as affect the communication of the degree of confidence in a recommendation. The communication of a sense of confidence in a communication **250***c* in some embodiments may further, or alternatively, be influenced by weightings of W1 and/or W2 types described herein that are associated with a semantic chain or composite chains that comprise multiple semantic and/or behavioral chains, and that are used by the computer-implemented system **925** as a basis for making an inference.

In some embodiments, a recommendation explanation may reference a tuning factor and its setting. For example, if a user has set a recency tuning factor so as to slant the recommendations **255** toward recommending objects **212** that have been recently published, the explanation may contain words or phrases to the effect that acknowledge that a recommended object is in accordance with that setting. Or, for example, if a person is recommended in accordance with an expertise scope level set by the recommendation recipient **200**, the explanation might reference that setting as a justification for its recommendation (or alternatively, the explanation might acknowledge a tuning setting but indicate why other factors over-rode the setting in generating the explanation). For example, an exemplary recommendation explanation in such a case is, "Although Jim Smith's expertise does not appear to be the deepest in subject x, I infer that he has significant breadth of expertise in related subjects, and you have directed me to emphasize breadth of expertise."

Recommendation explanations are one type of behavioral-based communications **250***c* that the one or more computer-based applications **925** may deliver to users **200**. Other types of adaptive communications **250***c* may be delivered to a user **200** without necessarily being in conjunction with the recommendation of an object or item of content. For example, a general update of the activities of other users **200** and/or other trends or activities related to people or content may be communicated.

Adaptive communications **250***c* may also include contextual information in accordance with some embodiments. For example, contextual information may be provided to assist a user **200** in navigating the structural aspect **210**,**210**D of an adaptive system **100**,**100**D.

The adaptive communications **250***c* may include references to hierarchical structures—for example, it may be communicated to the user **200** that a topic is the parent of, or sibling to, another topic. Or for a fuzzy network-based structure, the strength of the relationships among topics and content may be communicated.



In some embodiments, adaptive communications **250***c* may include explanations of recommended objects **212** in which the explanations include references to words, phrases, concepts, and/or themes that are included within, or derived from, the contents of OCVs that are associated with the objects **212**. For example, the explanation may indicate to the recommendation recipient that a recommended object **212** is inferred to emphasize themes that are aligned with topics that are inferred to be of high interest to the recommendation recipient or which are appropriate for the recommendation recipient's inferred level of expertise on one or more topics.

In some embodiments, adaptive communications **250***c* comprise explanations of recommended objects **212** in which the explanations include references to words, phrases, concepts, and/or themes associated with semantic chains (which may be elements of composite semantic chains or composite behavioral-based and semantic chains) that are associated with, or reference, or form the basis for an inference with respect to, the recommended objects **212**. The explanations may include one or more subjects, predicates, and/or the objects of the predicates associated with one or more semantic chains. The information associated with a semantic chain that is included in such an explanation **250***c* may be derived from one or more linked behavioral-based and semantic-based chains. The explanation may include elements of both a behavioral-based chain and a semantic chain that are linked and that form a basis for the associated adaptive communication **250***c*. The explanation may include a reference to an inference that is made based on a linked behavioral-based and semantic chain. For example, given the example composite chain described previously herein, User(1)-viewed-Object(1)-is about-Red Sox-is located-Boston, for which the computer-implemented system **925** might infer that User(1) has an interest in Boston or things related to Boston in general, the explanation **250***c* for a recommendation comprising one or more objects **212** related to or referencing the city of Boston, might be, for example, of the syntactical form, "Since you have an interest in the Red Sox, I thought you might also be interested in this other aspect of Boston." A sense of confidence may be conveyed in the explanation that may be, for example, a function of the length of a linked behavioral-based and semantic chain on which an inference is based, and/or in accordance with weightings that are associated with one or more of the constituent behavioral-based and semantic chains of the composite chain. For example, the longer the chain, everything else being equal, the lower may be the level confidence in an inference. Both one or more W1-type and one or more W2-type weightings associated with semantic chains or composite behavioral-based and semantic chains may be applied in determining a recommendation confidence level that informs the phrases that are used to signal the degree of confidence within a communication **250***c*. Continuing the example above, if the composite probability of the composite chain, User(1)-viewed-Object(1)-is about-Red Sox-is located-Boston, is low, the explanation **250***c* for a recommendation comprising one or more objects **212** related to or referencing the city of Boston, might include syntactical elements that convey a lower sense of confidence, for example: "Since you have an interest in the Red Sox, I thought you might be interested in this other aspect of Boston, but I'm not very sure about that."

Adaptive communications **250***c* may also comprise one or more phrases that communicate an awareness of behavioral changes in the user **200** over time, and inferences thereof. These behavioral changes may be derived, at least in part, from an evaluation of changes in the user's MTAV and/or MTEV values over time. In some cases, these behavioral patterns may be quite subtle and may otherwise go unnoticed by the user **200** if not pointed out by the computer-based system **925**. Furthermore, the one or more computer-based systems may infer changes in interests or preferences, or expertise, of the user **200** based on changes in the user's behaviors over time. The communications **250***c* of these inferences may therefore provide the user **200** with useful insights into changes in his interest, preferences, tastes, and over time. This same approach can also be applied by the one or more computer-based systems to deliver insights into the inferred changes in interests, preferences, tastes and/or expertise associated with any user **200** to another user **200**. These insights, packaged in an engaging communications **250***c*, can simulate what is sometimes referred to as "a theory of mind" in psychology. This approach may be augmented by incorporating inferred insights derived from automated analysis of semantic chains or composite chains that comprise one or more semantic chains and optionally, associated W1 and/or W2-type weights, the results of which may be numerically summarized and embodied in MTAVs and/or MTEVs as described herein, and which can provide a finer-grained and more nuanced set of topics or themes for which interest, preferences, and expertise are inferred over time.

In general, the adaptive communications generating function of the computer-implemented system **925** may apply a syntactical structure and associated probabilistic phrase arrays to generate the adaptive communications in a manner similar to the approach described above to generate explanations for recommendations. The phrase tendencies of the adaptive communications **250***c* over a number of generated communications can be said to constitute an aspect of the personality associated with the one or more computer-based applications **925**. The next section describes how in some embodiments the personality can evolve and adapt over time, based at least in part, on the behaviors of the communication recipients **200**.

Adaptive Personalities

FIG. **9** is a flow diagram of the computer-based adaptive personality process **500** in accordance with some embodiments of the present invention. A user request for a communication step **510** initiates a function **520** that determines the syntactical structure of the communication **250***c* that is to be delivered to the user **200**. The communication **250***c* to user **200** may be an adaptive recommendation **250**, an explanation associated with a recommendation, or other type of communication to the user, and may reference elements of one or more semantic chains. The communication **250***c* may be, for example, in a written and/or an audio-based format.

In accordance with the syntactical structure that is determined **520** for the communication, one or more phrases are probabilistically selected **530** based on frequency distributions **3030** (FIG. **11**) associated with an ensemble of phrases to generate **540** a communication **930** to the user.

User behaviors **920**, which may include, but not limited to, those described by Table 1 herein, are then evaluated **550** after receipt of the user communication. Based, at least in part, on these evaluations **550**, the frequency distributions **3030** of one or more phrases that may be selected **530** for future user communications are then updated **560**. For example, if the user communication **250***c* is an explanation associated with an adaptive recommendation **250**, and it is determined that the recommendation recipient reads the corresponding recommended item of content, then the relative frequency of selection of the one or more phrases comprising the explanation of the adaptive recommendation **250** might be preferentially increased versus other phrases that were not included in the user communication. Alternatively, if the communication **250***c* elicited one or more behaviors **920** from the communication recipient **200** that were indicative of indifference or a less than positive reaction, then the relative frequency of selection of the one or more phrases comprising the communication might be preferentially decreased versus other phrases that were not included in the user communication.



In FIG. **11**, an illustrative data structure **3000** supporting the adaptive personality process **500** according to some embodiments is shown. The data structure may include a designator for a specific phrase array **3010**. A phrase array may correspond to a specific unit of the syntax of an overall user communication. Each phrase array may contain one or more phrases **3040**, indicated by a specific phrase ID **3020**. Associated with each phrase **3040** is a selection frequency distribution indicator **3030**. In the illustrative data structure **3000** this selection frequency distribution of phrases **3040** in a phrase array **3010** is based on the relative magnitude of the value of the frequency distribution indicator. In other embodiments, alternative ways to provide selection frequency distributions may be applied. For example, phrases **3040** may be selected per a uniform distribution across phrase instances in a phrase array **3010**, and duplication of phrase instances may be used to as a means to adjust selection frequencies.

Self-Referential, Self-Aware, and Self-Directed Communications

In some embodiments, the User(1) in a behavioral-based chain of the form User(1)-Predicate(1)-Object(1) represents the computer-implemented system **925** itself that is the generator of a communication **250***c*. This enables the system to generate self-referential communications **250***c* that are based on, for example, composite behavioral-based and semantic chains. For example, the system might generate a communication **250***c* for delivery to a user **200** that comprises the phrase, "I was at Fenway Park last year with you," whereby the "I" in the phrase refers to the computer-implemented system **925** and the "you" refers to the user **200**, and "I was at" implies that at least some element of computer-implemented system **925** was physically proximal to the user **200** at Fenway Park last year, the "at least some element" presumably being embodied as a portable or mobile device. Further, the system could, for example, create a linkage with the semantic chain, Fenway Park-Is A-Baseball Park, so as to also be able to communicate the phrase, "I was at a baseball park last year with you," and so on. And further, if the system associates a W1-type probability that is not very high to the semantic chain, Fenway Park-Is A-Baseball Park, then the generated communication **250***c* might comprise the phrase, "I believe I was at a baseball park last year with you," to reflect this bit of uncertainty, or the communication **250***c* might comprise an interrogative syntactical structure in an attempt to resolve the uncertainty such as, "Was I at a baseball park with you last year?" If the response from the user **200** to the interrogative was, "Yes, you were with me at Fenway Park," the system might infer from the response that the W1-type probability associated with the semantic chain, Fenway

Park-Is A-Baseball Park, should now be increased to a level that represents certainty or at least near certainty.

In some embodiments the computer-implemented system **925** stores W1 and/or W2 probabilities associated with behavioral chains, semantic chains, and/or composite chains over time—that is, a stored time stamp or equivalent is associated with the corresponding behavioral chains, semantic chains, and/or composite chains and their W1 and/or W2-type weights. This enables the computer-implemented system **925** to have an awareness of its change in beliefs, or more generally, its learning, over time, and to be able to generate communications **250***c* that embody this self-awareness. For example, the system **925** might communicate a self-aware phrase such as, "I wasn't sure, but I now know . . . ," with respect to an inference from a composite chain when the composite W1-type probability associated with the composite chain has been increased from a formerly lower level to a high level. For changes in W2-type contextual probabilities, the system **925** might communicate a phrase such as, "I thought they meant, but I sense they mean . . . ," when the composite W2-type probability associated with the composite chain changes sufficiently to change an associated inference. Or, as another example, if a change in composite W1 or W2 probabilities associated with a composite chain significantly changes an inference derived from the composite chain, a syntactical structure such as, "I was surprised to learn . . . ," might be included in a corresponding communication **250***c*, or if an event occurs that is significantly opposed to the inference, "I was surprised that . . . ," for example, might be included in a communication **250***c*. Quantitative thresholds with respect to changes of composite probabilities associated with composite chains may be applied to trigger alternative phrases in communications **250***c* to users **200** so as to provide as human-like communications as possible. In general, the ability for the computer-implemented system **925** to access a history of probabilities it has assigned to behavioral chains, semantic chains, and/or composite chains enables the system to answer variations of the question, "What have you learned?" with respect to a subject in a way that can be constructed to be arbitrarily similar to the way in which a human would be expected to answer.

In some embodiments, the computer-implemented system **925** includes an imagination function that pro-actively and automatically adjusts, at least temporarily, W1-type composite weights, thereby enabling the generation of "alternative realities." For example, the phrase, "I can imagine Fenway Park being in New York," could be generated if the W1-type probability associated with the semantic chain Fenway Park-Is Located In-Boston is reduced to be a negligible level, and by then applying a context transferring process described below. In a different case, in which the W1-type probability is low, the W1-type probability can be automatically increased so as to enable the computer-implemented system **925** to envision a possibility, and to communicate the possibility, with syntactical elements such as, "I could see a scenario in which . . . ," or "I could envision that . . . ," within a communication **250***c*. For example, in response to the comment by a user **200**, "I'm going to a baseball game," the computer-implemented system **925**, having no significant basis for inferring that the user **200** is a baseball player could nevertheless adjust the relatively low default W1-type probability associated with that inference and could respond with a communication **250***c* such as: "As a fan or a player? I could see you as a baseball player." As another example, if the computer-implemented system **925** inferred that it (or an element of it) had never been to a baseball game, it might adjust the associated W1 probability and respond with a self-referential communication such as, "I can only dream of attending a baseball game."



In conjunction with, or alternatively to, adjusting W1-type weights to generate imagining-type communications **250***c*, the imagination function of the computer-implemented system **925** may apply a context transfer process. For example, the syntactical structure, "I can imagine Fenway Park being in New York," could be generated from the semantic chain Fenway Park-Is Located In-Boston by first finding a generalization of the context of Fenway Park, for example, as embodied by the semantic chain, Fenway Park-Is A-Baseball Park, and then searching for references to other baseball parks among a corpus of semantic chains and thereby identifying the semantic chain, Yankee Stadium-Is A-Baseball Park, followed by identifying the semantic chain Yankee Stadium-Is Located In-New York, and then transferring the context of the original semantic chain Fenway Park-Is Located In-Boston so as to assemble the phrase, "I can imagine Fenway Park being in New York."

Another example of applying context transferring by the imagination function to generate imaginative communications **250***c* is by means of a process in which the computer-implemented system **925** substitutes a different subject in a behavioral-based or semantic chain. For example, for the behavioral or semantic chain, Jim-Went To-Baseball Game, the computer-based system **925** could substitute the user **200** for the subject, Jim, and generate a communication **250***c* for delivery to the user **200** having a syntactical structure such as, "I can imagine you going to a baseball game." Or as another example, the computer-implemented system **925** could substitute itself as the subject of the behavioral or semantic chain, and generate a self-referential imaginative communication **250***c* such as, "I can only imagine going to a baseball game!"

The imagination function in any of these process variations may chain together behavioral and/or multiple semantic chains without limit in generating imaginative communications **250***c*.

In some embodiments the imagination function maps syntactical elements such as behavioral and/or semantic chains (or composites thereof) to images, or sequences of images such as images that compose a video, and vice versa, enabling internal visualizations of imaginative situations. For example, for an exemplary semantic chain such as Jim-Swings-the Bat, the computer-based system **925** searches for images that have associated syntactical elements that have a match with the semantic chain or syntactical elements thereof. This matching may be performed, for example, by the computer-based system **925** automatically searching through a corpus of images that have one or more syntactical elements such as words, phrases, or semantic chains that are associated with each of, or a collection of, the images, and then comparing the chain Jim-Swings-the Bat or elements thereof, or automatic inferences derived from other chains that are linked to the chain Jim-Swings-the Bat (such as, in this example, an inference that the chain refers to a baseball bat rather than the swinging of a flying mammal), to the syntactical elements that are associated with the images. The syntactical elements that are associated with the images can be manually established in some embodiments, or by, for example, application of automated learning systems such as a computer-implemented neural network that learns to make correspondences between patterns of pixels that compose images and syntactical elements that are associated with the images via a supervised or unsupervised process. In some embodiments Bayesian pro-

gram learning-based processes are applied to make to make correspondences between patterns of pixels that compose images and relevant syntactical elements that are associated with the images. The one or more syntactical elements that are associated with each of the images may be associated with probabilities ("W3-type probabilities" hereinafter) that are indicative of the confidence level that the syntactical element accurately reflects the content of the corresponding image. These probabilities may be based upon information that is extracted from a neural network or Bayesian program learning process that is applied to the images, according to some embodiments.

A W1-type score or weight may be calculated by the computer-based system **925** with respect to images, whereby the W1-type score or weight is determined in accordance with the strength of the match with the semantic chain. The strength of the match may be calculated as a function of factors such as the number exact matches of the source semantic chain to the syntactical elements associated with the images, the number of exact matches of the syntactical elements associated with the images to specific elements of the chain, and/or matches of the syntactical elements associated with the images to chains that are linked to the semantic chain. The W1-type image weight may also be calculated in a manner so as to take into account the ratio of the matches to the syntactical elements associated with an image that are not matched. For example, by providing more weight to high match/not-matched descriptive information ratios, less "cluttered" images are preferentially selected.

A W2-type weight that is associated with contextual relevance may also be calculated and associated with the images with respect to the semantic chain. As a non-limiting example, a ratio of contextual associations within a corpus of content may be applied in calculating these W2-type image weights. For example, if within the searched corpus of images, the semantic chain Jim-Swings-the Bat matches thousands of images of baseball players swinging a baseball bat, but matches only a few images of a person swinging a bat that is in the form of a flying mammal, then the W2-type weight for matched baseball images would be calculated to be higher than for the matched images of a person swinging the animal. The calculation may be in accordance with the raw ratio, or may be a mathematical function that is applied to the ratio. A total matching score or probability for each image may then be calculated as a function of both the W1-type and W2-type image weights in some embodiments, and in some embodiments W3-type probabilities are also included in the total score or probability that is associated with each image.

Responses by the computer-based system **925** to interrogatives associated with a source semantic chain may be generated based on the scored set of images. For example, the question, "Do you visualize Jim swinging the bat horizontally or vertically?" could be posed to the computer-based system **925** (posed either externally by a human or a computer-based system, or internally by the computer-based system **925** itself). An answer in response could be generated by the computer-based system **925** such as, "Horizontally, since he is most likely swinging a baseball bat." In assembling this response, evaluation of the W2-type weight or probability is applied by the automatic process that comprises the selecting of the syntactical elements "most likely" and "baseball bat." The determination that a baseball bat is more likely swung horizontally could be determined from descriptive information derived from a corpus of high scored images. This descriptive information might be in the form of syntactical elements associated with the images that is directly or indirectly (via, e.g., chaining) indicative that the bat is being swung horizontally. Or, in some embodiments, the determination that a baseball bat is most likely to be swung horizontally could be extracted from the images by accessing information from one or more feature detector nodes of a deep learning-based neural network that is applied to the images, whereby the one or more feature detector nodes have learned to detect representations of horizontal motions from patterns of pixels, and using this information as a basis for calculating a probability.



Imaginative images can be generated by the computer-based system **925** by substituting or superimposing the pixels associated with a digital image onto the pixels associated with another selected digital image. For example, in response to the interrogative, "Can you visualize Bill swinging a bat?" the computer-based system **925** could substitute an image of Bill (a person known to both the poser of the interrogative and the computer-based system **925**) for other people in one or more sufficiently scored images that are associated or matched with the chain Person-Swings-a Bat as described above. Similar to the example above, the question, "Do you visualize Bill swinging the bat horizontally or vertically?" could be posed, with a possible answer in response by the computer-based system **925** such as, "Horizontally, since he is most likely swinging a baseball bat."

FIG. **14**D summarizes the process flow of imaginative images that can be generated by the computer-based system **925** according to some embodiments by application some or all of the following process steps.

The first step **666** comprises receiving from an external or internal source a communication or image that comprises, or is associated with, one or more syntactical elements that potentially embodies an imaginative scenario.

The second step **671** comprises determining which subsets of the communication's or image's associated syntactical elements likely represent objective reality by performing a search in accordance with the one or more syntactical elements with respect to chains or other syntactical element-based information within a corpus of content, starting with a search with respect to the full set of the communication's or image's syntactical elements, followed by, if required, searches with respect to increasingly smaller subsets of the syntactical elements. This search process and syntactical element decomposition continues until all syntactical element subsets have been categorized as likely embodying objective reality or not (whereby the "likely" is embodied by a metric derived from calculating W1-type probabilities based on the associated strength of match and that may further also take into account W2-type and W3-type probabilities). If the set of syntactical elements comprising all of the syntactical elements probably represents objective reality, a communication **250***c* may be directed back to the source of the received communication or image that embodies the purportedly imaginative scenario indicating this determination along with an optional reference that is in accordance with a W1-type probability (and W3-type probability if applicable) that represents the computer-based system's **925** confidence that the communication or image actually represents objective reality. Otherwise step three is performed.

The third step **676** comprises identifying one or more images that have associated syntactical elements that best match (as embodied by a composite probability or score that is based on applicable W1, W2, and W3-type probabilities) the maximum subset of syntactical elements that were categorized as likely representing objective reality in step

two. These one or more images will serve as the base image for a generated imaginative image.

The fourth step **681** comprises determining for each of the subsets of the syntactical elements that likely do not represent objective reality, a best-match (as embodied by a composite probability or score that is based on applicable W1, W2, and W3-type probabilities) image by performing a search of a corpus of syntactical elements associated with images with respect to these subsets of syntactical elements.

The fifth step **686** comprises substituting or super-imposing the images that best match the syntactical elements that likely do not represent objective reality onto the base image, thereby generating an imaginative image that corresponds to the received imaginative communication or image.

The sixth step **691** comprises generating derivative chains, communications **250***c*, or images based upon the generated imaginative image as a result of, for example, by taking the generated imaginative image as input to the focus of attention process described by FIG. **14**C. If such generated chains, communications **250***c*, or images are directed internally to, and/or stored by, the computer-based systems **925**, then the computer-based systems **925** can use these generated chains, communications **250***c*, or images as inputs to step one of the process of FIG. **14**D, enabling a continuing and evolving stream of images, including imaginative images, and/or communications.

In some embodiments the process of FIG. **14**D, such as at for example, but not limited to, step two **671**, may include applying a neural network to a received image and then directly accessing the output of one or more feature extraction nodes of the neural network that is applied to the received image. The extracted feature in the form of a pattern of pixels are then tested for matches by the computer-based system **925** against sets of pixels that have associated syntactical elements. If the computer-based system **925** finds a sufficiently good match, the associated syntactical elements of the matched pixels are included in the computer-based system's **925** syntactical-based description of the received image and/or its identification of imaginary portions of the received image.

In some embodiments, alternative realities generated by the imagination function are stored for future access by the computer-implemented system **925** and the recollection of these alternative realities are incorporated in self-aware communications **250***c*. For example, a computer-based system **925** that imagines attending a baseball game and subsequently infers that it (or elements thereof) is actually located in close proximity of a baseball game (an awareness that would, for example, be encoded accordingly as a self-referential behavioral chain linked to one or more semantic chains), might communicate to the user **200**, for example, "I dreamed of attending a baseball game, and now I have!" Saved imaginative realities, whether embodied in syntactical-based communications **250***c* or imaginative images that are actually delivered to a user **200** or that are only stored internally by the computer-based system **925**, enable the system to respond to externally or internally sourced interrogatives about what the system has imagined or dreamed within a context that is posed by the interrogative. In this example, if asked where the computer-based system **925** has dreamed of going, it might well respond with the phrase, "Well, I have dreamed of attending a baseball game."

In some embodiments the degree to which imaginative communications **250***c* are generated is tunable by a user **200**. This imagination tuning control applies and/or adjusts a probability or probabilistic function that influences the chances that an imaginative context shifting will be applied in generating a given communication **250***c*.



The process of generating and saving imaginative communications **250***c* or imaginative images that are not necessarily communicated externally to a user **200** of the computer-based system **925** is extended more generally to other types of communications **250***c* or images according to some embodiments, the result of which can be considered constituting a "stream of consciousness" of the computer-based system **925**. Such communications **250***c* may be internally initiated or prompted rather than necessarily being directly responsive to current interactions with a user **200**. Such externally or internally-derived prompts may be attributable to a "focus of attention" of the computer-based system **925**. Such focuses of attention may be provided by, but not limited to, one or more of the following means:

1. Based on processing input from a sensor
2. Based on processing input from externally or internally sourced content
3. Based on a value of information and/or probabilistic selection process

The first of these means is whereby the focus of attention that serves as a basis for communications **250***c* is prompted by input from a sensor. As a non-limiting example, the computer-based system **925** can, by receiving input from a camera, sense and therefore become aware of a physical object, say, a tree, that then constitutes the focus of attention on which one or more communications **250***c* can be based. The identification of a physical object from the camera input, in this example case a tree, may be performed, for example, through the application of a neural network that is trained to identify such physical objects from image pixel patterns and to associate the identified object with one or more syntactical elements, as is described further herein, or additionally or alternatively through the application of a Bayesian program learning-based process. Next, for example, based upon the syntactical elements such as words, phrases, or semantic chains that are associated with the image of the tree, the computer-based system **925** could generate the behavioral-based chain, "I-See-A Tree," by combining a self-reference pronoun ("I") with a colloquial term for processing visual inputs ("See") and the object identified from the image inputs ("A Tree"). Other information could optionally be associated with the behavioral-based chain such as a W1-type weight and a time-stamp.

Then, for example, given the focus of attention on the tree and the conversion of this attention to an associated behavioral-based chain, having recently generated communications related to the domain of baseball, and having saved communications **250***c* related to the domain of baseball, the system **925**, by, for example, applying an algorithm that weights recency of events and uncertainty relatively highly in determining a focus of attention, could generate an internally-posed (i.e., self-directed) interrogative **250***c* that embodies wondering how trees and baseball might be related. (A grammatical transformation process may be applied by the computer-based system to create interrogative communications **250***c* from chains or elements thereof. As a non-limiting example, the grammatical transformation can comprise appending the syntactical elements "How are" and "related?" to the chains or their elements.) The system then initiates a search of semantic chains and/or composite chains in order to identify connections between the subjects of trees and baseball and, for example, identifies the semantic chains, Trees-Are Composed Of-Wood and Baseball Bats-Are Composed Of-Wood, as a connection between trees and the game of baseball. Continuing the example, the com-

puter-based system, again applying an algorithm that weights recency of events and uncertainty relatively highly in determining a focus of attention, could then further pose the internally communicated interrogative of wondering what kind of wood baseball bats are made out of and whether it is the type of wood that is from the type of tree that is being considered. This interrogative could be posed for internal delivery and consideration, triggering a search performed by the computer-based system **925** through content or semantic chains derived thereof, for an answer to the interrogative. If, for example, an answer cannot be found by this means, the computer-based system **925** might pose the interrogative **250***c* to a user **200** to ascertain whether the user **200** can provide the answer.

Similarly, the focus of attention in the above example could have alternatively been a result of the processing of audio, textual or image-based content that includes a reference to, or image of, a tree, and the same example flow as described in which the focus of attention derived from a sensor above could apply.

The awareness of objects that can potentially become a focus of attention through the processing of sensor inputs or externally or internally-sourced content (such as, for example, the representation of the tree that is contained in a content-based image or via camera input as described in the examples above, or in the form of words or phrases that are embodied in written or audio formats) may be through the application of neural network-based systems (such as, but not limited to, convolutional and recurrent neural networks) or algorithmic-based statistical pattern detection and/or matching processes according to some embodiments. For example, neural network-based systems may be trained on training sets comprising images and associated syntactical elements so as to enable the identification of syntactical elements (which may comprise semantic chains or syntactical elements from which semantic chains can be derived or inferred) from which communications **250***c* can be based as the computer-based system **925** becomes aware of new images for which the training set is relevant. Additionally, or alternatively, Bayesian program learning-based process may be applied to generate the awareness of objects that can potentially become a focus of attention.

The focus of attention that is derived from the awareness that is enabled by sensors or the processing of content is based on a prioritization process in accordance with some embodiments. For example, what is currently being sensed or processed and/or what has recently been communicated **250***c* either internally or externally may take default precedence. And a rule that prioritizes required responses may be applied, such as a rule that a current interaction with a user **200** takes precedence over purely internally delivered and saved communications **250***c*, for example.

The focus of attention may also be determined, and prioritized, based, at least in part, on a value of information and/or probabilistic-based process. This can be particularly useful when the computer-based system **925** has resources that are not otherwise fully engaged in a high priority focus of its attention. In such cases the system may select stored chains or communications **250***c* to serve as a focus of attention from which to pose internally-directed interrogatives or what-ifs (i.e., imaginative scenarios embodied as syntactical elements and/or images) for consideration, and then save the resulting communications **250***c* that are generated in response to the interrogatives or what-ifs.

For focuses of attention that are derived from a value of information-based process, in some embodiments the computer-based system **925** uses uncertainties that are derived from W1 or W2-type weightings associated with composite chains in determining a focus of attention. Value of information, which is a term of art in the field of decision analysis and is understood as such by one of ordinary skill in the art of that field, relates to the expected value of decreasing an uncertainty. Decreasing an uncertainty can be expected to have a positive value only if it has a potential to affect a decision. In some embodiments the decision that might be affected relates to choices in the generation of communications **250***c*. So, as a simple, non-limiting example, the computer-based system **925** might search for relatively low W1 or W2-type weightings that are associated with chains that have been recently applied in generating communications **250***c*, since it would be valuable to increase such W1 or W2-type weightings (i.e. reduce the uncertainty) to increase the probability of accurate communications **250***c*, particularly those that are inferred by the computer-based system **925** to have a relatively high probability of being relevant in the future, particularly the near future. In addition to the W1 or W2-type weightings, a utility function may also be considered by the computer-based system **925** in calculating a value of information, and this utility function may include factors such as the recency and/or the frequency of communications **250***c* that are based on specific chains, and whereby these chains have uncertainties embodied by the corresponding W1 or W2-type weightings.

Other probabilistic-related processes for the selection of focuses of attention are applied in accordance with some embodiments. For example, a probability function is applied to saved communications **250***c* or other syntactical elements such as semantic or composite chains accessible by the computer-based system **925**, so as to select the saved communications **250***c* or other accessible syntactical elements to chains to serve as a focus of attention. The probability function may be derived from, or applied in conjunction with, W1 and/or W2-type weightings that are associated with the saved communications **250***c* or other accessible semantic or composite chains. As a non-limiting example, the selection could be based on applying a uniform probability distribution to a selected subset of semantic or composite chains that have W1-type weights between 0.4 and 0.6. Such probabilistic approaches to the selection of a focus of attention can introduce a degree of randomization to the selection process, which can produce a beneficial degree of serendipity to the streams of consciousness of the computer-based system **925**, increasing the likelihood that focuses of attention and the resulting streams of consciousness that might not otherwise occur are explored by the computer-based system **925**. Such probabilistic approaches can be considered "dreaming" or "daydreaming" processes of the computer-based system **925** since they have analogies to the way the human mind can dream or wonder.

Awareness and focuses of attention of the computer-based system **925** can be directed to representations of software or hardware elements of the computer-based system **925** in some embodiments. So for a computer-based system **925** that is embodied in a humanoid form, for example, a focus of attention might be directed to a semantic or composite chain that represents constituent elements of the computer-based system **925** such as its natural language processing software or its mobility-enabling hardware such as legs. Such a focus of attention can serve as a basis for self-referential communications **250***c* that comprise references to the computer-based system's **925** software or hardware elements. The focus of attention can also be directed introspectively to attributes associated with internal states or changes, thereof, of the computer-based system **925**, such as

aspects of its personality and/or what it has learned, and associated communications **250***c* can be generated accordingly as are described elsewhere herein.

A focus of attention can lead to overtly physical actions in some embodiments. As an example, for the example above in which focuses of attention are derived from a value of information-based process whereby it is determined that it would be valuable to increase identified W1 or W2-type weightings (i.e. reduce the uncertainty that is associated with the corresponding chains), actions such as invoking a sensor or engaging in movements may be undertaken by the computer-based system **925** that are expected to have the potential to result in new information that will enable a reduction in uncertainty with respect to the corresponding chains. As inputs from sensors are processed after such actions are undertaken, probabilities may be updated, new awarenesses and focuses of attention of the computer-based system **925** are identified, and subsequent actions based on these new focuses of attention may be undertaken. Such recursive processes enable intelligently autonomous behaviors of the computer-based system **925**.

A focus of attention can lead to the generation of an imaginative scenario in some embodiments. For example, the computer-based system **925** can apply a W1-type probability adjustment and/or context shifting process, as described previously herein, to the focus of attention so as to generate a syntactical or image-based imaginative scenario, and the imaginative scenario may be self-referential and/or self-directed.

FIG. **14**C summarizes the process flow of recursive streams of attention (or "consciousness") and/or autonomous behaviors of computer-based system **925** in accordance with some embodiments. The first step **665** comprises prioritizing potential focuses of attention and selecting a focus of attention based on the prioritization. The potential focuses of attention can be derived from external sources via, for example, information attained via sensors, from accessible content, or from internally stored information such as saved communications **250***c*, chains, or images. Prioritization of the potential focuses of attention may be through application of precedence rules or scoring algorithms, such as, but not limited to, and everything else being equal, assigning a higher priority for attending to user **200** requests or requirements, assigning a higher priority based on recency considerations, and/or assigning a higher priority based on probabilistic evaluations and/or value of information considerations. Language-based sources of potential focuses of attention (such as processing speech from a user **200** or processing digitized content) can be directly converted to one or more syntactical elements such as behavioral chains, semantic chains, or composite chains as described herein. In the case of non-language-based sources of information such as images, an associated language-based description comprising syntactical elements is first determined for each image (such as, but not limited to, by means of the application of a trained neural network to the images, for example), and then this language-based description can be converted to derivative syntactical elements such as behavioral chains, semantic chains, or composite chains. A particular focus of attention as represented by one or more behavioral chains, semantic chains, or composite chains is then identified based on the application of the prioritization rules or algorithms, including but not limited to considerations such as recency, uncertainty, value of information, and prioritization of required response, to the derived behavioral chains, semantic chains, or composite chains and associated uncertainties associated with each of the potential focuses of attention.

The second step **670** comprises identifying one or more chains that are relevant to the identified focus of attention. This step entails searching for other chains with the same or similar subjects, predicates, or objects as those of the focus of attention chain(s). It may also may entail linking chains that result from the search into composite chains, including linking chains that result from the search with chains that represent the focus of attention.

The third step **675** comprises evaluating uncertainties, as represented by corresponding W1 and/or W2-type and/or W3-type weights, of the relevant chains determined by the previous step **670** and determining which uncertainties should be potentially targeted for reduction. This determination may be made in accordance with a value of information process as described previously herein.

The fourth step **680** comprises identifying and performing one or more actions that are expected to reduce the potentially targeted uncertainties. The identification may comprise a net value of imperfect information process that includes the expected "cost" (which may be an evaluative metric such as a financial cost and/or an evaluative utility metric that takes into account timing and risks) associated with the one or more candidate actions, and also takes into account the degree to which the one or more candidate actions can be expected to reduce the uncertainty (unless an action is expected to reduce the uncertainty to a negligible amount, the value of imperfect information rather than value of perfect information should preferably be calculated and applied). Prioritization of the candidate one or more actions by a net value of perfect or imperfect information method is then performed, with highest priority candidate action(s) selected to be performed. The selected action(s) is then performed by the computer-based system **925**. Candidate actions may include generating interrogative communications **250***c* directed to external agents such as users **200** or directed internally to (i.e., self-directed) the computer-based system **925** (in either case, with an expectation that an answer to the interrogative will reduce targeted uncertainties). Interrogative communications **250***c* are formed in some embodiments by transforming the chain(s) that is associated with the uncertainty that is targeted for reduction into an appropriate question. For example, if the W1-type weight associated with the semantic chain, Fenway Park-Is A-Baseball Park, is not at a maximum level (i.e., there is at least some degree of uncertainty with regard to the objective reality of the semantic chain), then an interrogative communication **250***c* could be generated by a grammatical transformation process of appending syntactical elements "Is" and a "?" (or, for example, via intonation rather than appending "?" if the communication **250***c* is delivered through auditory means) to the semantic chain to yield, "Is Fenway Park a baseball park?" Similarly, interrogative communications **250***c* can be generated from composite chains for which uncertainties are targeted for reduction by applying an appropriate grammatical transformation process. Interrogative communications **250***c* can also be formed by applying a grammatical transformation process that yields a question of how chains or elements thereof are related, as is described in a previous example herein. In addition to interrogative communications **250***c*, candidate actions may also include, but are not limited to, the computer-based system **925** accessing external content, introspecting, gen-

erating an imaginative scenario embodied as syntactical elements and/or an image, invoking a sensor, or engaging in movements.

The fifth step **680** of FIG. **14**C comprises assessing the results of the one or more candidate actions that are actually performed and updating the representations of the uncertainties (i.e., W1 and/or W2 and/or W3-type weightings or probabilities) according to the assessment of the results of the actions. The results of actions may or may not actually lead to a reduction of uncertainty. For example, for interrogative communications **250**C, answers may be confirming, disconfirming, or neither. If user **200** answers "Yes" to the question, "Is Fenway Park a baseball park?" then everything being equal, the W1 weight would presumably be set to close to certainty (possibly depending on an assessment of the user's reliability in such areas, etc.). If user **200** answers "I'm not sure," then the W1 weight might remain at the same level as before the question was posed. For internally-directed interrogatives, a search engine or similar function is invoked to provide an answer, possibly in conjunction with a process of the linking of chains to make appropriate deductions. For example, in response to the introspective self-directed interrogative, "Have I been to a baseball park?" the computer-based system **925** could search for stored chains that indicate the computer-based system **925** or elements thereof were at a baseball park. Additionally, or alternatively, the term "baseball park" could be evaluated for matches with the results of a neural network-based or Bayesian program learning-based processing of stored historical images or video of physical locations and associated syntactical elements whereby the computer-based system **925** or elements thereof were proximal to a particular baseball park.

After probabilities that embody uncertainties are updated based on the result of performed actions (or not updated, if the performed action does not provide information that enables the relevant probabilities to be increased), the first step of the process **665** is again invoked. This closed loop process enables continuous, autonomous learning by computer-based system **925**.

The autonomous learning process of FIG. **14**C can further enable the computer-based system **925** to answer interrogatives of why it took the actions it did by relating relevant elements of the process in appropriately syntactically structured explanations. So, for example, if asked by the user **200**, "Why did you ask me about Fenway Park?" the computer-based system **925** might respond, "I thought it probably was a baseball park, but I wasn't totally sure," reflecting a less than certain but greater than zero level of the associated W1-type weight prior to asking the user **200** the question.

As described previously herein, in some embodiments, the computer-implemented system **925** may include a metaphor-based creativity function that applies the results of a context stripping and transference process when generating self-referential communications **250***c*. For example, in a scenario in which a user **200** asks the computer-implemented system **925** to find a time to attend a local baseball game that fits the user's schedule (that the computer-implemented system **925** has access to) during this week, the computer-implemented system **925** could simply reply, "I could not find a game that fits your schedule this week." However, using the example previously discussed herein of the semantic chain, Strike out-is a-Failure, which is a generalization or context stripping of the term "strike out" from the subject area of baseball, a self-referential communication **250***c* could be generated such as, "I struck out finding a time that fits your schedule this week." This communication exhibits more creativity and, in some circumstances, humor, than the alternative communication that is devoid of metaphor. Judicious use of metaphorical-based communications **250***c* can make the communications more interesting and engaging to the user **200**.

The "strike out" metaphor might be less appropriate if applied to the subject area of football. Shifting the context to some degree but not too radically, or not radically too often, will generally be preferred. The degree of context shifting may be measured by the computer-based system **925**, for example, as a function of the length of a composite chain upon which a context shift choice is based, and/or in accordance with weightings that are associated with the composite chain. For example, the longer the chain, everything else being equal, the lower may be the level confidence in choosing the corresponding context shift. Both one or more W1-type and one or more W2-type weightings associated with composite chains may be applied in informing a choice of appropriate metaphorical shifting.

FIG. **10** is a flow diagram of an alternative or additional process by which the computer-based system **925** can exhibit self-awareness in accordance with some embodiments—the adaptive self-awareness communication process **2000**. The process **2000** begins with an evaluation **2010** of phrase frequency distribution **3030** changes over time. Then the appropriate syntactical structure of the communication **250***c* of self-awareness is determined **2020**. One or more phrases **3040** that embody a sense of self-awareness are then selected in accordance with the syntactical structure requirements and changes in phrase frequency distributions over time.

Returning to FIG. **11**, in some embodiments, phrase attributes that are associated with specific phrases may be used as a basis for self-aware phrase selection. Two example phrase attributes **3050**, **3060** whose values are associated with specific phrases **3040** are shown. An unlimited number of attributes could be used as to provide as nuanced a level of self-awareness as desired. In some embodiments, phrase attributes **3050**, **3060** may be determined from one or more semantic chains. For example, an initial phrase attribute (e.g., "humorous") may be an element of a first semantic chain, and this first semantic chain is then used as a basis for searching for related semantic chains such as a semantic chain that relates the quality "humorous" with, e.g., the quality of "amusing," so as to determine a second applicable phrase attribute ("amusing"). This second phrase attribute may be an element in a second semantic chain that is then used as a basis for identifying a third phrase attribute that applies (e.g., "whimsical"), and so on. These semantic chains may be derived from an automated analysis, such as a statistical analysis or neural network-based analysis, of content in some embodiments. The semantic chains that are so applied may further have corresponding W1-type and/or W2-type weightings as described herein. These semantic chain weightings may be used to assign a weighting to a phrase attribute **3050**, **3060** that is derived or inferred from the semantic chains. These phrase attribute weightings may then be applied so as to enable a more nuanced, realistic communication **250***c* of self-awareness, including informing levels of confidence with respect to the awareness of changes with respect to personality attributes that are signaled within the communications **250***c* of self-awareness.

When changes in phrase frequency distributions **3030** are evaluated **2010**, the corresponding attributes **3050**, **3060** are also evaluated. These attributes map to attributes **4050**, **4060** that are associated with self-aware phrases **4040** in self-aware phrase data structure **4000**. For example, if phrases

**4040** that have the attribute value "humorous" (and by the semantic extensions example above, attribute values "amusing" and "whimsical") have been increasing in frequency, then self-aware phrases that reference "humorous" or "whimsical" may be appropriate to include in generating **2040** a communication of self-awareness **250***c* for delivery to a user **200**. The selection of phrases may be further influenced by phrase attribute weightings—phrases associated with phrase attributes **3050**, **3060** with higher weightings will be preferentially selected, everything else being equal. As is the case of any other communication **250***c*, the behaviors **920** of the recipient **200** of the communication may be evaluated **2050**, and the self-aware phrase frequency distributions **4030** of the self-aware phrases **4040** may be updated **2060** accordingly. This recursive evaluation and updating of phrase frequency distributions can be applied without limit.

FIG. **12** depicts the major functions associated with a computer-based system **925** that exhibits an adaptive personality, and optionally, a self-aware personality, according to some embodiments. Recall that in some embodiments, the computer-based system **925** comprises an adaptive system **100**.

A request **6000** for a communication **250***c* to be delivered to a user **200** is made. The request **6000** may be a direct request from a user **200**, or the request may be made by another function of the computer-based system **925**. In some embodiments the request **6000** for a communication for delivery to the user **200** may be initiated by a function that generates **240** an adaptive recommendation. A communication to the user is then generated **7000**. This generation is performed by first determining the appropriate syntactical rules or structure **7500** for the communication. In some embodiments, the syntax rules **7500** are of an "If some condition, then apply a specific phrase array **3010**" structure. Once the appropriate syntax is established and associated phrase arrays **3010** are determined, specific phrases are probabilistically retrieved from the phrase array function **5000** based on selection frequency distributions associated with the corresponding phrase arrays. The communication **250***c* is then assembled and delivered to a user **200**.

User behaviors **920** of the communication recipient **200** are then monitored **8000**. Based on inferences from these behaviors **920**, the phrase array frequency distributions of the phrase array function **5000** are updated **9000** appropriately.

Computing Infrastructure

FIG. **13** depicts various processor-based computer hardware and network topologies on which the one or more of the computer-based applications **925**, and by extension, adaptive system **100**, may be embodied and operate. One or more processors of the computing hardware may be configured to execute the computer-based applications **925** individually or collectively. In some embodiments the one or more processors may be cognitive computing or neurosynaptic-based processors.

Servers **950**, **952**, and **954** are shown, perhaps residing at different physical locations, and potentially belonging to different organizations or individuals. A standard PC workstation **956** is connected to the server in a contemporary fashion, potentially through the Internet. It should be understood that the workstation **956** can represent any processor-based device, mobile or fixed, including a set-top box or other type of special-purpose device. In this instance, the one or more computer-based applications **925**, in part or as a whole, may reside on the server **950**, but may be accessed by the workstation **956**. A terminal or display-only device



**958** and a workstation setup **960** are also shown. The PC workstation **956** or servers **950** may embody, or be connected to, a portable processor-based device (not shown), such as a mobile telephony device, which may be a mobile phone or a personal digital assistant (PDA), or a wearable device such as a "smart watch." The mobile telephony device or PDA may, in turn, be connected to another wireless device such as a telephone or a GPS receiver. As just one non-limiting example, the mobile device may be a gesture-sensitive "smart phone," wherein gestures or other physiological responses are monitored, either through actual physical contact between the device and a user or without physical contact, by means of, for example, a touch screen and/or through a camera, or other sensor apparatus and associated circuitry. The sensor apparatus may include devices with that monitor brain patterns and/or other physiological processes and conditions. The sensor apparatus may operate within a human body, in accordance with some embodiments. The mobile device may include hardware and/or software that enable it to be location-aware, and may embody a camera and/or sensors that enable the monitoring of environmental conditions such as weather, temperature, lighting levels, moisture levels, sound levels, and so on.

FIG. **13** also features a network of wireless or other portable devices **962**. The one or more computer-based applications **925** may reside, in part or as a whole, on all of the devices **962**, periodically or continuously communicating with the central server **952**, as required. A workstation **964** connected in a peer-to-peer fashion with a plurality of other computers is also shown. In this computing topology, the one or more computer-based applications **925**, as a whole or in part, may reside on each of the peer computers **964**.

Computing system **966** represents a PC or other computing system, which connects through a gateway or other host in order to access the server **952** on which the one or more computer-based applications **925**, in part or as a whole, reside. An appliance **968** includes executable instructions "hardwired" into a physical device, such as through use of non-volatile memory or "firmware," and/or may utilize software running on another system that does not itself host the one or more computer-based applications **925**, such as in the case of a gaming console or personal video recorder. The appliance **968** is able to access a computing system that hosts an instance of one of the computer-based applications **925**, such as the server **952**, and is able to interact with the instance of the system.

The processor-based systems on which the one or more computer-based applications **925** operate may include hardware and/or software such as cameras and associated circuitry that enable monitoring of physiological responses or conditions such as gestures, body movement, gaze, heartbeat, brain waves, temperature, blood composition, and so on. The processor-based systems may include sensors and associated circuitry that enable sensing of environmental conditions such as weather conditions, sounds, lighting levels, physical objects in the vicinity, and so on. Microphones and speakers and associated circuitry for receiving and delivering audio-based communications may be included in the computer-based applications **925**. The computer-based applications **925** or elements thereof may be executed on processor-based systems embodied within self-propelled devices that may include mobility mechanisms such as, but not limited to, wheels, tracks, and legs. Such self-propelled devices may include cameras and/or other sensors that provide environmental information to the computer-based applications **925**, and the movements of the

self-propelled devices may be directed or informed by the computer-based applications **925** in response to the environmental information. In some embodiments the self-propelled devices have a humanoid form factor. Embodiments in which some or all of the computer-based applications **925** operate in conjunction with an apparatus that has a humanoid form can enhance the perception of communicative qualities of the computer-based applications as described herein such as self-awareness, imagination, and humor by users **200**.

While the present invention has been described with respect to a limited number of embodiments, those skilled in the art will appreciate numerous modifications and variations therefrom. It is intended that the appended claims cover all such modifications and variations as fall within the scope of this present invention.

What is claimed is:

**1**. A computer-implemented method, comprising:

at a system including one or more processors and one or more memories in communication with the one or more processors and with instructions stored therein:

causing access to a first plurality of syntactical elements;

based on the first plurality of syntactical elements, causing generation, by multiple-attention-based neural network application, of a vector representation of the first plurality of syntactical elements, the multiple-attention-based neural network application involving application of a computer-implemented neural network that is trained utilizing hardware that processes representations of training syntactical elements based on multiple training attentions that correspond to representations of different subsets of the training syntactical elements;

causing a search with respect to a plurality of stored vector representations each representing at least one of a plurality of distinct items of content and each generated by multiple-attention-based neural network application;

based on the search, causing a comparison of the vector representation of the first plurality of syntactical elements with at least a portion of the plurality of stored vector representations;

based on the comparison, causing identification of one or more of the plurality of distinct items of content;

based on the one or more of the plurality of distinct items of content, causing generation, by multiple-attention-based neural network application, of a second plurality of syntactical elements; and

causing a communication, that is based on the second plurality of syntactical elements, to be sent to a user.

**2**. The method of claim **1**, wherein the one or more of the plurality of distinct items of content includes at least one image.

**3**. The method of claim **1**, wherein the one or more of the plurality of distinct items of content includes at least one video.

**4**. The method of claim **1**, wherein the one or more of the plurality of distinct items of content includes only one or more syntactical elements.

**5**. The method of claim **1**, wherein the first plurality of syntactical elements is identified in response to the first plurality of syntactical elements being received in a form of a search request from the user that includes a human user.

**6**. The method of claim **1**, and further comprising:

receiving, from the user that includes a human user, a prompt plurality of syntactical elements; and



causing identification of a first prompt syntactical subset and a second prompt syntactical subset from the prompt plurality of syntactical elements, such that the first plurality of syntactical elements includes the first prompt syntactical subset and excludes at least a portion of the second prompt syntactical subset.

**7**. The method of claim **6**, and further comprising:

causing generation, by multiple-attention-based neural network application, of another vector representation of a second-prompt-related plurality of syntactical elements including the second prompt syntactical subset;

causing another search; and

based on the another search, causing another comparison of the another vector representation of the second-prompt-related plurality of syntactical elements with at least part of the plurality of stored vector representations, such that the communication, to be sent to the user, is based on another one or more of the plurality of distinct items of content that is identified based on the another comparison.

**8**. The method of claim **7**, wherein the generation of the vector representation and the another vector representation occur, at least in part, in parallel.

**9**. The method of claim **7**, wherein the generation of the vector representation and the another vector representation are completed before usage of either of the vector representation or the another vector representation.

**10**. The method of claim **7**, wherein the search and the another search occur, at least in part, in parallel.

**11**. The method of claim **7**, wherein the search and the another search are completed before usage of results of either of the search or the another search.

**12**. The method of claim **6**, wherein:

the first plurality of syntactical elements includes an entirety of a syntactical element portion of the first prompt syntactical subset, and a single matrix that represents the entirety of the syntactical element portion of the first prompt syntactical subset is generated, based on a position of each syntactical element of the syntactical element portion of the first prompt syntactical subset and further based on a relationship, other than position, of at least one syntactical element of the syntactical element portion of the first prompt syntactical subset with at least one other syntactical element of the syntactical element portion of the first prompt syntactical subset;

a first plurality of attentions of the system is prioritized utilizing first weights that reflect a relative importance or relevance of a plurality of relationships among syntactical elements of the syntactical element portion of the first prompt syntactical subset, and utilizing the single matrix, such that the prioritization of the first plurality of attentions is completed in a single operation before any utilization of the prioritization of any of the first plurality of attentions; and

a first plurality of probabilities is generated based on at least a portion of the prioritization of the first plurality of attentions and by multiple-attention-based neural network application, where the trained computer-implemented neural network that is utilized for the generation of the first plurality of probabilities is of a type to at least partially avoid at least some recurrency, while utilizing one or more hardware cognitive computing-based processors, for the generation of the first plurality of probabilities, such that the prioritization of the first plurality of attentions results in only a subset of the syntactical elements of the syntactical element

portion of the first prompt syntactical subset being a basis for the generation of the first plurality of probabilities.

**13**. The method of claim **12**, wherein only one of:

at least one of the first plurality of syntactical elements includes at least one of: a word, a phrase, a sentence, a punctuation symbol, or a chain;

at least one of the first plurality of syntactical elements includes at least one of the syntactical element itself, or a mathematical representation thereof;

at least one of the first plurality of syntactical elements includes at least one of the syntactical element itself, or a representation thereof;

at least one of the first plurality of syntactical elements includes at least one of the syntactical element itself, or a symbol thereof;

at least one of the first plurality of syntactical elements includes a syntactical structure;

at least one of the first plurality of syntactical elements does not include a syntactical structure;

the one or more processors also have the instructions stored therein;

the one or more processors do not have the instructions stored therein;

each representation includes a mathematical representation;

each representation includes a symbolic representation;

each representation includes a processed form of a corresponding one or more syntactical elements;

each representation includes a corresponding one or more syntactical elements;

each representation includes a corresponding one or more syntactical elements themselves;

each representation includes a corresponding one or more syntactical elements in addition to formatting;

each representation includes a reformatted corresponding one or more syntactical elements;

the search includes a process including the comparison and the identification;

the search is separate from the comparison;

the search results in an identification of the plurality of the stored vector representations;

the search results in an identification of the stored vector representation, for the comparisons;

the identification of the one or more of the plurality of distinct items of content is based on the comparison, by a selection of a best comparison result;

the identification of the one or more of the plurality of distinct items of content is based on the comparison, by a selection of best results of the comparison;

the identification of the one or more of the plurality of distinct items of content is based on the comparison, by a selection of a best match;

the identification of the one or more of the plurality of distinct items of content includes a selection of a vector-content identifier corresponding to the one or more of the plurality of stored vector representations and the one or more of the plurality of distinct items of content;

the identification of the one or more of the plurality of distinct items of content includes a selection of a vector-content pair including the one or more of the plurality of stored vector representations and the one or more of the plurality of distinct items of content;

the identification of the one or more of the plurality of distinct items of content includes any selection that is based on one or more of the plurality of stored vector representations;

the identification of the one or more of the plurality of distinct items of content includes any selection that is based on one or more of the plurality of stored vector representations in connection with the comparison;

the identification of the one or more of the plurality of distinct items of content includes any selection that is based on one or more of the plurality of stored vector representations and that results in selection of the one or more of the plurality of distinct items of content;

a first plurality of attentions of the system correspond to the representations of different subsets of the first plurality of syntactical elements, by being applied thereto;

the first plurality of attentions of the system correspond to the representations of the different subsets of the first plurality of syntactical elements, by being associated therewith;

the first plurality of attentions of the system correspond to the representations of the different subsets of the first plurality of syntactical elements, by the representations of the different subsets of the first plurality of syntactical elements being subject to the first plurality of attentions of the system;

the vector representation of the first plurality of syntactical elements includes a representation that takes a form of a vector;

the vector representation of the first plurality of syntactical elements includes a representation that takes a form of a vector including at least a portion of a matrix;

the vector representation of the first plurality of syntactical elements includes a single vector;

the multiple-attention-based neural network application generates the vector representation by applying a result of a prioritization of a first plurality of attentions;

the multiple-attention-based neural network application is multiple attention-applying by the trained neural computer-implemented network applying a result of multiple attentions of the system;

the multiple-attention-based neural network application is multiple attention-applying by the trained neural computer-implemented network applying a result of multiple attentions of the system, utilizing a neural network;

the multiple-attention-based neural network application is multiple attention-applying by the trained neural computer-implemented network applying a processed result of multiple attentions of the system;

the multiple-attention-based neural network application is multiple attention-applying by the trained neural computer-implemented network applying a processed result of multiple attentions of the system, utilizing the trained neural computer-implemented network;

the prioritization of the first plurality of attentions results in only some of the different subsets of the first plurality of syntactical elements receiving any attention;

the prioritization of the first plurality of attentions results in a subset of the first plurality of syntactical elements or a corresponding portion of the vector representation thereof not receiving any attention;

the prioritization of the first plurality of attentions results in all of the different subsets of the first plurality of syntactical elements receiving at least one attention;

the prioritization of the first plurality of attentions results in all of the different subsets of the first plurality of syntactical elements or corresponding portions of the vector representation thereof receiving different levels of attention;

the prioritization of the first plurality of attentions results in at least some of the different subsets of the first plurality of syntactical elements or a corresponding portion of the vector representation thereof receiving different levels of attention;

the prioritization of the first plurality of attentions results in all of the first plurality of syntactical elements receiving different levels of attention;

the prioritization of the first plurality of attentions results in at least some of the first plurality of syntactical elements receiving different levels of attention;

the prioritization of the first plurality of attentions results in at least some of the different subsets of the first plurality of syntactical elements receiving different levels of attention;

the prioritization of the first plurality of attentions results in at least some of the different subsets of the first plurality of syntactical elements receiving a same level of attention;

the prioritization of the first plurality of attentions results in at least some of the different subsets of the first plurality of syntactical elements receiving no attention;

the first plurality of attentions of the system correspond to the representations of the different subsets of the first plurality of syntactical elements, by a first one of the first plurality of attentions of the system corresponding to a first one of the representations of the different subsets of the first plurality of syntactical elements, and a second one of the first plurality of attentions of the system corresponding to a second one of the representations of the different subsets of the first plurality of syntactical elements;

hardware is part of the system;

the hardware is not part of the system;

the hardware includes the one or more processors;

the hardware does not include the one or more processors;

the hardware includes computing hardware;

the hardware includes cognitive-computing hardware;

the first plurality of attentions are of the system by being internal to the system;

the first plurality of attentions are of the system by being automatically directed by the system;

the first plurality of attentions are of the system by being automatically prioritized by the system;

the first plurality of attentions are of the system by no being a human user attention;

at least one of the first plurality of attentions includes a focus of attention;

at least one of the first plurality of attentions includes a potential attention;

at least one of the first plurality of attentions includes a stream of attention;

at least one of the first plurality of attentions includes are not generated by a neural network;

the one or more processors includes a single processor;

the one or more processors includes a plurality of processors;

the one or more processors includes a plurality of processors that are distributed;

the one or more processors includes a plurality of processors that are not distributed;

the one or more memories includes a single memory;



the one or more memories includes a plurality of memories;

the one or more memories includes at least one non-volatile memory;

the one or more memories does not include non-volatile memory;

the one or more memories are in direct communication with the one or more processors;

the one or more memories are in indirect communication with the one or more processors;

the one or more memories include at least one non-volatile memory;

the one or more memories include only non-volatile memory;

the one or more memories include at least one volatile memory;

the one or more memories include only volatile memory;

the one or more memories include non-volatile memory and volatile memory;

the instructions include different instructions that separately each instance of the causing;

the instructions include a same set of instructions that causes each instance of the causing;

the instructions include hardwired instructions;

the instructions include firmware instructions;

the instructions include software instructions;

each instance of the causing is performed by hardware;

each instance of the causing is performed by software;

each instance of the causing is caused by software and performed by hardware;

each instance of the causing is caused and performed by software;

only a subset of each instance of the causing is performed by hardware;

only a subset of each instance of the causing is performed by software;

only a subset of each instance of the causing is caused by software and performed by hardware;

only a subset of each instance of the causing is caused and performed by software;

each causing includes a direct causation;

each causing includes an indirect causation;

at least one of the causing includes an indirect causation, and at least one of the causing includes a direct causation;

the system is portable;

the system is not portable;

the system includes a user device;

the system includes a user device to which the communication is caused to be sent;

the system does not include a user device;

the system does not include a user device to which the communication is caused to be sent;

the system, further comprising: a user device;

the system, further comprising: a user device to which the communication is caused to be sent;

the plurality of distinct items of content includes syntactical elements;

the plurality of distinct items of content includes syntactical elements, including computer code;

the plurality of distinct items of content includes images;

the plurality of distinct items of content includes only syntactical elements;

the plurality of distinct items of content includes only computer code;

the plurality of distinct items of content includes only images;

the plurality of distinct items of content includes different forms of content;

the plurality of distinct items of content includes syntactical elements, images, and computer code;

the access to the first plurality of syntactical elements is in response to receiving the first plurality of syntactical elements;

the access to the first plurality of syntactical elements includes occurs after receiving the first plurality of syntactical elements;

the access to the first plurality of syntactical elements includes occurs after receiving the first plurality of syntactical elements;

the access to the first plurality of syntactical elements includes automatic identification of the first plurality of syntactical elements;

the user includes a human user;

the user includes a non-human user;

the multiple-attention-based neural network application is capable of multiple iterations utilizing a same hardware;

the multiple-attention-based neural network application is capable of multiple iterations utilizing a same software;

the multiple-attention-based neural network application is capable of multiple iterations utilizing a same process;

the multiple-attention-based neural network application is capable of multiple iterations each utilizing different hardware;

the multiple-attention-based neural network application is capable of multiple iterations each utilizing different software;

the multiple-attention-based neural network application is capable of multiple iterations each utilizing a same process;

the multiple-attention-based neural network application is capable of multiple iterations each utilizing a same process and a different hardware;

the multiple-attention-based neural network application is capable of multiple iterations each utilizing a same hardware and a different process;

the multiple-attention-based neural network application involves application of only the computer-implemented neural network;

the multiple-attention-based neural network application involves application of the computer-implemented neural network, which includes one of a plurality of computer-implemented neural networks;

the multiple-attention-based neural network application involves application of the computer-implemented neural network, which includes one of a plurality of computer-implemented neural networks that are applied;

the hardware includes a different hardware than is utilized for the multiple-attention-based neural network application;

the hardware includes a same hardware that is utilized for the multiple-attention-based neural network application;

the computer-implemented neural network is trained utilizing the hardware that includes a same hardware that all application utilizes;

the computer-implemented neural network is trained utilizing the hardware that includes multiple hardware components that each handle at least a portion of the multiple-attention-based neural network application;

the computer-implemented neural network is trained utilizing hardware that includes multiple hardware components that each handle different portions of the multiple-attention-based neural network application;



the multiple-attention-based neural network application involves the application of the computer-implemented neural network, by including the application of the computer-implemented neural network;

the hardware processes the representations of the training syntactical elements by generating probabilities;

the hardware processes the representations of the training syntactical elements by applying the multiple training attentions that correspond to the representations of different subsets of the training syntactical elements;

the hardware processes the representations of the training syntactical elements based on the multiple training attentions that correspond to the representations of different subsets of the training syntactical elements, by applying weights to the representations of the training syntactical elements, based on the multiple training attentions that correspond to the representations of different subsets of the training syntactical elements;

the hardware processes the representations of the training syntactical elements based on the multiple training attentions that correspond to the representations of different subsets of the training syntactical elements, by applying different weights to the representations of different subsets of the training syntactical elements, based on the multiple training attentions that correspond to the representations of different subsets of the training syntactical elements;

the hardware processes the representations of the training syntactical elements based on the multiple training attentions that correspond to the representations of different subsets of the training syntactical elements, by processing an output of an application of the multiple training attentions that correspond to the representations of different subsets of the training syntactical elements;

the trained computer-implemented neural network includes a single computer-implemented neural network;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks, where a same one or more of the plurality of computer-implemented neural networks is utilized for each instance of the causing;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks, where a different one or more of the plurality of computer-implemented neural networks is utilized for each instance of the causing;

the trained computer-implemented neural network is implemented utilizing the system;

the trained computer-implemented neural network is implemented utilizing another system other than the system;

the trained computer-implemented neural network is implemented utilizing the one or more processors;

the trained computer-implemented neural network is implemented utilizing one or more other processors other than the one or more processors;

the trained computer-implemented neural network is implemented utilizing one or more other processors other than the one or more processors, such that the one

or more processors causes operation of the trained computer-implemented neural network utilizing one or more other processors;

the hardware that processes the representations includes cognitive computing hardware;

the hardware that processes the representations includes computing hardware;

the training syntactical elements are training syntactical elements, based on including syntactical elements that are used for training;

the multiple training attentions are training attentions, based on including attentions that are used for training;

the training syntactical elements are training syntactical elements, based on including syntactical elements that are purposed for training;

the multiple training attentions are training attentions, based on including attentions that are purposed for training;

the training syntactical elements are training syntactical elements, based on including syntactical elements that are for training;

the multiple training attentions are training attentions, based on including attentions that are for training;

each instance of based on, includes directly based on;

at least one instance of based on, includes directly based on;

each instance of based on, includes indirectly based on;

at least one instance of based on, includes indirectly based on;

each instance of in response, includes a direct response;

each instance of in response, includes an indirect response;

each instance of based, includes directly based;

at least one instance of based, includes directly based;

each instance of based, includes indirectly based;

at least one instance of based, includes indirectly based;

each instance of utilizing, includes directly utilizing;

at least one instance of utilizing, includes directly utilizing;

each instance of utilizing, includes indirectly utilizing;

at least one instance of utilizing, includes indirectly utilizing;

each instance of the causing is an act;

each instance of the causing is not a step;

the causing are acts;

the causing are not steps;

the vector representation includes one or more vector representations;

the vector representation includes a single vector representation of the first plurality of syntactical elements;

the vector representation includes a single vector representation of all of the first plurality of syntactical elements;

the vector representation includes a first vector representation of a first subset of the first plurality of syntactical elements, and a second vector representation of a first second of the first plurality of syntactical elements;

each instance of the multiple-attention-based neural network application, involves a same neural network;

at least two instances of the multiple-attention-based neural network application, involves a different neural network;

each instance of the multiple-attention-based neural network application, involves different multiple attentions;

the multiple-attention-based neural network application, includes application of a neural network after applying multiple attentions;

the multiple-attention-based neural network application, includes application of a neural network based on multiple attentions;

the plurality of stored vector representations each generated by the multiple-attention-based neural network application, by different ones of the plurality of stored vector representations being generated by different multiple-attention-based neural network applications;

the plurality of stored vector representations each generated by the multiple-attention-based neural network application, by different ones of the plurality of stored vector representations being generated by a single multiple-attention-based neural network application;

the plurality of stored vector representations each generated by the multiple-attention-based neural network application, by different ones of the plurality of stored vector representations being generated by a same multiple-attention-based neural network application; the plurality of the stored vector representations are generated by multiple-attention-based neural network application, by prioritization of a plurality of attentions of the system that correspond to representations of different subsets of source content;

the plurality of the stored vector representations are generated by multiple-attention-based neural network application, by prioritization of a plurality of attentions of the system that correspond to representations of different subsets of the plurality of distinct items of content;

the plurality of the stored vector representations are generated by the trained computer-implemented neural network by utilizing prioritization of a plurality of attentions of the system by the trained computer-implemented neural network;

the generation of the plurality of stored vector representations is caused in response to the identification of the first plurality of syntactical elements;

the access is caused in response to the identification of the first plurality of syntactical elements;

the search is caused in response to the identification of the first plurality of syntactical elements, by causing the generation of the vector representation followed by causing the search;

the search is caused in response to the identification of the first plurality of syntactical elements;

the one or more of the plurality of distinct items of content correspond to a selected one or more of the plurality of stored vector representations, by the selected one or more of the plurality of stored vector representations representing the one or more of the plurality of distinct items of content;

the comparison includes identification of any similarity between the vector representation of the first plurality of syntactical elements, and the plurality of stored vector representations;

the comparison includes identification of any match between the vector representation of the first plurality of syntactical elements, and the plurality of stored vector representations;

the comparison includes identification of any match between the vector representation of the first plurality of syntactical elements, and the plurality of stored vector representations;

the plurality of distinct items of content includes images;

the plurality of distinct items of content includes video;

the plurality of distinct items of content includes syntactical elements;

the plurality of distinct items of content includes syntactical elements and images;

the plurality of distinct items of content includes syntactical elements and images as separate items of content;

the communication is based on the second plurality of syntactical elements, by being generated based on the second plurality of syntactical elements;

the communication is based on the second plurality of syntactical elements, by including the second plurality of syntactical elements;

the communication is based on the second plurality of syntactical elements, by being caused based on the second plurality of syntactical elements;

the communication is caused based on the second plurality of syntactical elements;

the communication includes the second plurality of syntactical elements;

the communication does not includes the second plurality of syntactical elements; or

the communication includes a third plurality of syntactical elements that is generated utilizing the second plurality of syntactical elements.

**14**. The method of claim **6**, wherein at least three of:

a first plurality of attentions are prioritized utilizing a single data structure representing all syntactical elements of an entirety of a syntactical element portion of the first prompt syntactical subset and a position aspect as well as a non-position aspect thereof;

the first plurality of attentions are prioritized, before any usage of the prioritization of any of the first plurality of attentions, such that the first plurality of attentions are prioritized in a single operation;

the first plurality of attentions are prioritized by an application of a first process that prioritizes different subsets of the first plurality of syntactical elements based on a first relational aspect among the different subsets of the first plurality of syntactical elements and an application of a second process that prioritizes the different subsets of the first plurality of syntactical elements based on a second relational aspect among the different subsets of the first plurality of syntactical elements;

the first plurality of attentions are prioritized to generate a result utilizing weights that reflect a relative importance or relevance of a plurality of relationships among the first plurality of syntactical elements, and then another first plurality of attentions are prioritized based on the result; and

the prioritization results in only a subset of the different subsets of the first plurality of syntactical elements being a basis for the generation of the representation of the vector representation.

**15**. The method of claim **6**, wherein at least four of:

a first plurality of attentions are prioritized utilizing a single data structure representing all syntactical elements of an entirety of a syntactical element portion of the first prompt syntactical subset and a position aspect as well as a non-position aspect thereof;

the first plurality of attentions are prioritized, before any usage of the prioritization of any of the first plurality of attentions, such that the first plurality of attentions are prioritized in a single operation;

the first plurality of attentions are prioritized by an application of a first process that prioritizes different subsets of the first plurality of syntactical elements based on a first relational aspect among the different subsets of the first plurality of syntactical elements and an application of a second process that prioritizes the different subsets of the first plurality of syntactical elements based on a second relational aspect among the different subsets of the first plurality of syntactical elements;

the first plurality of attentions are prioritized to generate a result utilizing weights that reflect a relative importance or relevance of a plurality of relationships among the first plurality of syntactical elements, and then another first plurality of attentions are prioritized based on the result; and

the prioritization results in only a subset of the different subsets of the first plurality of syntactical elements being a basis for the generation of the representation of the vector representation.

**16**. The method of claim **6**, wherein:

a first plurality of attentions are prioritized utilizing a single data structure representing all syntactical elements of an entirety of a syntactical element portion of the first prompt syntactical subset and a position aspect as well as a non-position aspect thereof;

the first plurality of attentions are prioritized, before any usage of the prioritization of any of the first plurality of attentions, such that the first plurality of attentions are prioritized in a single operation;

the first plurality of attentions are prioritized by an application of a first process that prioritizes different subsets of the first plurality of syntactical elements based on a first relational aspect among the different subsets of the first plurality of syntactical elements and an application of a second process that prioritizes the different subsets of the first plurality of syntactical elements based on a second relational aspect among the different subsets of the first plurality of syntactical elements;

the first plurality of attentions are prioritized to generate a result utilizing weights that reflect a relative importance or relevance of a plurality of relationships among the first plurality of syntactical elements, and then another first plurality of attentions are prioritized based on the result; and

the prioritization results in only a subset of the different subsets of the first plurality of syntactical elements being a basis for the generation of the representation of the vector representation.

**17**. The method of claim **1**, wherein the one or more of the plurality of distinct items of content is identified based on one or more searches of both a semantic meaning of at least a portion of the first plurality of syntactical elements, and at least some of the first plurality of syntactical elements themselves.

**18**. The method of claim **1**, wherein the vector representation of the first plurality of syntactical elements includes a mathematical representation of a semantic meaning of at least a portion of the first plurality of syntactical elements.

**19**. The method of claim **1**, wherein the vector representation of the first plurality of syntactical elements includes a mathematical representation of both: a semantic meaning of at least a portion of the first plurality of syntactical elements, and at least some of the first plurality of syntactical elements themselves.

**20**. The method of claim **1**, wherein the vector representation represents at least some of the first plurality of syntactical elements themselves, and further comprising:

causing generation, by multiple-attention-based neural network application, of another vector representation that represents a semantic meaning of at least a portion of the first plurality of syntactical elements;

causing another search; and

based on the another search, causing another comparison of the another vector representation with at least part of the plurality of stored vector representations, such that the communication, to be sent to the user, is based on another one or more of the plurality of distinct items of content that is identified based on the another comparison.

**21**. The method of claim **1**, wherein the plurality of distinct items of content represented by the plurality of stored vector representations include syntactical elements without images, and further comprising:

causing generation, by multiple-attention-based neural network application, of another vector representation;

causing another search with respect to another plurality of stored vector representations that represent another plurality of distinct items of content including images; and

based on the another search, causing another comparison of the another vector representation with at least a portion of the another plurality of stored vector representations, such that the communication includes both at least one image and at least one syntactical element.

**22**. The method of claim **21**, wherein the another plurality of stored vector representations is generated by multiple-attention-based neural network application.

**23**. The method of claim **21**, wherein the another plurality of stored vector representations is generated utilizing trained computer-implemented neural network that is of a type that is different from a type of the trained computer-implemented neural network that is utilized for at least one other instance of the multiple-attention-based neural network application.

**24**. The method of claim **1**, wherein the plurality of stored vector representations is generated by multiple-attention-based neural network application, based on a prioritization of a plurality of attentions of the system that correspond to representations of different subsets of the plurality of distinct items of content, which are sourced from a single document.

**25**. The method of claim **24**, wherein the plurality of stored vector representations is utilized in response to a prompt that corresponds to the single document.

**26**. The method of claim **24**, wherein the plurality of distinct items of content are sourced solely from the single document.

**27**. The method of claim **24**, wherein the single document is selected based on input received from a human user.

**28**. The method of claim **1**, wherein the user includes a human user, the first plurality of syntactical elements are received from the user, another one or more of the plurality of distinct items of content is identified, and further comprising:

causing a determination whether the another one or more of the plurality of distinct items of content meets criteria; and

based on a determination that the another one or more of the plurality of distinct items of content does not meet the criteria, causing the communication, to be sent to the user, based on the one or more of the plurality of distinct items of content without being based on the another one or more of the plurality of distinct items of content.

**29**. The method of claim **28**, wherein the criteria is received from the human user.

**30**. The method of claim **28**, wherein the criteria is received as part of a prompt that includes the first plurality of syntactical elements.

**31**. The method of claim **1**, wherein the communication is caused to be sent to the user, in automatic response to receiving the first plurality of syntactical elements from the user.

**32**. The method of claim **1**, wherein the identification of the one or more of the plurality of distinct items of content is further based on one or more user preferences of the user that includes a human user, the one or more user preferences being inferred from a plurality of human user behaviors that are detected prior to the search.

**33**. The method of claim **1**, wherein the comparison is based on one or more user preferences of the user that includes a human user, the one or more user preferences being inferred from a plurality of human user behaviors that are detected prior to the search.

**34**. The method of claim **1**, wherein the user includes a non-human user that is a component of the system, and further comprising:

in response to receiving the communication by the component of the system:

causing generation of a prompt that includes at least one of the second plurality of syntactical elements,

causing generation, by multiple-attention-based neural network application, of another communication, and

causing the another communication to be sent to a human user.

**35**. The method of claim **34**, wherein the another communication is generated utilizing another trained computer-implemented neural network that is of a type that is different from that of the trained computer-implemented neural network that is utilized for at least one other instance of the multiple-attention-based neural network application.

**36**. The method of claim **34**, wherein the another communication is generated to include a second-prompt-related plurality of syntactical elements that is generated by multiple-attention-based neural network application.

**37**. The method of claim **1**, wherein the plurality of stored vector representations exist before the search is caused.

**38**. The method of claim **1**, wherein the plurality of stored vector representations exist only after the search is caused.

**39**. The method of claim **1**, wherein the plurality of distinct items of content are stored on the Internet.

**40**. The method of claim **1**, where the comparison includes navigating a hierarchical structure that comprises a plurality of clusters of the plurality of stored vector representations.

**41**. The method of claim **40**, wherein the plurality of clusters is navigated by utilizing a mathematical-based vector distance algorithm.

**42**. The method of claim **1**, wherein the plurality of the stored vector representations are each generated from a representation of a network structure including a plurality of nodes and relationships.

**43**. The method of claim **1**, wherein the vector representation is generated by application of the trained computer-implemented neural network based on one or more searches in at least one database to augment the first plurality of syntactical elements.

**44**. The method of claim **1**, wherein the vector representation is generated by application of the trained computer-implemented neural network based on one or more user preferences of the user that includes a human user.

**45**. The method of claim **1**, wherein the first plurality of syntactical elements are based on a prompt received from

the user that includes a human user, and the vector representation is generated by application of the trained computer-implemented neural network based on at least one aspect of another prompt received from the human user before the prompt is received.

**46**. The method of claim **1**, wherein the vector representation is generated by application of the trained computer-implemented neural network based on the first plurality of syntactical elements that include an explanation generated by the trained computer-implemented neural network for a preceding plurality of syntactical elements selected based on utilization of the trained computer-implemented neural network after being trained by applying the multiple training attentions.

**47**. The method of claim **1**, wherein a setting is received, for causing a tuning of the generation of the vector representation based on the setting, such that the setting causes the tuning of the generation of the vector representation, by causing generation of a first portion of the vector representation based on a first syntactical element with a first associated probability, instead of a second syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**48**. The method of claim **1**, wherein:

the first plurality of syntactical elements includes a syntactical element portion of a prompt, and a single matrix that represents the syntactical element portion of the prompt is generated, based on a position of each syntactical element of the syntactical element portion of the prompt and further based on a relationship, other than position, of at least one syntactical element of the syntactical element portion of the prompt with at least one other syntactical element of the syntactical element portion of the prompt;

a first plurality of attentions of the system is prioritized utilizing first weights that reflect a relative importance or relevance of a plurality of relationships among syntactical elements of the syntactical element portion of the prompt, and utilizing the single matrix, such that the prioritization of the first plurality of attentions is completed in a single operation before any utilization of the prioritization of any of the first plurality of attentions; and

a first plurality of probabilities is generated based on at least a portion of the prioritization of the first plurality of attentions and by multiple-attention-based neural network application, where the trained computer-implemented neural network that is utilized for the generation of the first plurality of probabilities is of a type other than a recurrent neural network to at least partially avoid at least some recurrency, while utilizing one or more hardware cognitive computing-based processors, for the generation of the first plurality of probabilities, such that the prioritization of the first plurality of attentions results in only a subset of the syntactical elements of the syntactical element portion of the prompt being a basis for the generation of the first plurality of probabilities.

**49**. The method of claim **1**, wherein a first plurality of attentions of the system are prioritized utilizing a single data structure representing all of the first plurality of syntactical elements and a position aspect as well as a non-position aspect thereof.

**50**. The method of claim **1**, wherein a first plurality of attentions of the system are prioritized utilizing a single data structure representing all of the first plurality of syntactical elements that constitute an entirety of a syntactical element portion of a prompt.



**51**. The method of claim **1**, wherein a first plurality of attentions of the system are prioritized utilizing a single matrix representing all of the first plurality of syntactical elements.

**52**. The method of claim **1**, wherein a first plurality of attentions of the system are prioritized, before any usage of the prioritization of any of the first plurality of attentions.

**53**. The method of claim **1**, wherein a first plurality of attentions of the system are prioritized in a single operation.

**54**. The method of claim **1**, wherein a first plurality of attentions of the system are prioritized based on a first relational aspect, involving position, among different subsets of the first plurality of syntactical elements and based on a second relational aspect, other than involving position, among the different subsets of the first plurality of syntactical elements.

**55**. The method of claim **54**, wherein usage of the first relational aspect and the second relational aspect occurs for all of the different subsets of the first plurality of syntactical elements, before any utilization of the prioritization of any of the first plurality of attentions.

**56**. The method of claim **1**, wherein a first plurality of attentions of the system are prioritized to generate a result based on a relative importance or relevance of a plurality of relationships among the first plurality of syntactical elements, and then another first plurality of attentions are prioritized based on the result.

**57**. The method of claim **1**, wherein a first plurality of attentions of the system are prioritized utilizing first weights that reflect a relative importance or relevance of a plurality of relationships among different subsets of the first plurality of syntactical elements.

**58**. The method of claim **57**, wherein an additional plurality of attentions are prioritized utilizing second weights that reflect the relative importance or relevance of the plurality of relationships among the different subsets of the first plurality of syntactical elements, as updated based on probability generation as a result of the prioritization of the first plurality of attentions utilizing the first weights.

**59**. The method of claim **1**, wherein a prioritization of a first plurality of attentions results in only a subset of the first plurality of syntactical elements being a basis for a probability generation.

**60**. The method of claim **1**, wherein the trained computer-implemented neural network that is utilized for a probability generation is of a type other than a recurrent neural network to avoid at least one instance of recurrency, while utilizing one or more hardware cognitive computing-based processors, for the probability generation.

**61**. The method of claim **1**, wherein the trained computer-implemented neural network that is utilized for a prioritization of a first plurality of attentions is of a type other than a recurrent neural network to avoid at least one instance of recurrency, while utilizing one or more hardware cognitive computing-based processors, for the prioritization of the first plurality of attentions.

**62**. The method of claim **1**, wherein the first plurality of syntactical elements is generated by multiple-attention-based neural network application based on a prioritization of a plurality of attentions of the system that correspond to representations of different subsets of a prompt plurality of syntactical elements of a prompt that is identified.

**63**. The method of claim **62**, wherein the prompt is identified in response to being received from a user that includes a human user.

**64**. The method of claim **62**, wherein the prompt is an automatic system-generated prompt.

**65**. The method of claim **1**, wherein the second plurality of syntactical elements is caused to be generated based on the one or more of the plurality of distinct items of content, by the multiple-attention-based neural network application being applied to a prompt that is generated based on the one or more of the plurality of distinct items of content.

* * * * *

# EXHIBIT 4

US012462197B1

(12) United States Patent
Flinn et al.

(10) Patent No.: US 12,462,197 B1
(45) Date of Patent: *Nov. 4, 2025

(54) **ITERATIVE ATTENTION-BASED NEURAL NETWORK TRAINING AND PROCESSING**

(71) Applicant: **Steven D Flinn**, Sugar Land, TX (US)

(72) Inventors: **Steven Dennis Flinn**, Sugar Land, TX (US); **Naomi Felina Moneypenny**, Bellevue, WA (US)

(73) Assignee: **Steven D. Flinn**, Sugar Land, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/972,780**

**(22) Filed: Dec. 6, 2024**

**Related U.S. Application Data**

(60) Division of application No. 18/810,465, filed on Aug. 20, 2024, now Pat. No. 12,307,342, which is a continuation of application No. 18/101,612, filed on Jan. 26, 2023, now Pat. No. 12,223,404, which is a continuation of application No. 16/660,908, filed on Oct. 23, 2019, now Pat. No. 11,593,708, which is a continuation of application No. 15/000,011, filed on Jan. 18, 2016, now Pat. No. 10,510,018, which is a continuation-in-part of application No. 14/816,439, filed on Aug. 3, 2015, now abandoned.

(51) **Int. Cl.**

| | |
|---|---|
| ***G06N 20/00*** | (2019.01) |
| ***G06F 40/211*** | (2020.01) |
| ***G06F 40/216*** | (2020.01) |
| ***G06F 40/30*** | (2020.01) |
| ***G06N 3/045*** | (2023.01) |
| ***G06N 5/045*** | (2023.01) |
| ***G06N 5/048*** | (2023.01) |

(52) **U.S. Cl.**
CPC .......... ***G06N 20/00*** (2019.01); ***G06F 40/211*** (2020.01); ***G06F 40/216*** (2020.01); ***G06F 40/30*** (2020.01); ***G06N 3/045*** (2023.01); ***G06N 5/045*** (2013.01); ***G06N 5/048*** (2013.01)

(58) **Field of Classification Search**
CPC ........ G06N 20/00; G06N 3/045; G06N 5/045; G06N 5/048; G06F 40/211; G06F 40/216; G06F 40/30
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2017/0103757 A1 * 4/2017 Yamamoto .......... G10L 15/1807

OTHER PUBLICATIONS

Karpathy, Andrej, and Li Fei-Fei. "Deep visual-semantic alignments for generating image descriptions." Proceedings of the IEEE conference on computer vision and pattern recognition. 2015. (Year: 2015).*

(Continued)

*Primary Examiner* — Eric Nilsson

(57) **ABSTRACT**

An iterative attention-based neural network training and processing method and system iteratively applies a focus of attention of a trained neural network on syntactical elements and generates probabilities associated with representations of the syntactical elements, which in turn inform a subsequent focus of attention of the neural network, resulting in updated probabilities. The updated probabilities are then applied to generate syntactical elements for delivery to a user. The user may respond to the delivered syntactical elements, providing additional training information to the trained neural network.

**128 Claims, 18 Drawing Sheets**



(56) **References Cited**

OTHER PUBLICATIONS

List of References Considered by Examiner in Parent U.S. Appl. No. 12/223,404, now Issued as U.S. Pat. No. 12,223,404B2, mail room dated Nov. 19, 2024 and Jul. 29, 2024.

* cited by examiner

Figure 1


user(s) (200)
adaptive system (100)
920
structural aspect (210)
content aspect (230)
automatic or semi-automatic updating of structure
usage aspect (220)
automatic or semi-automatic updating of content
245
adaptive recommendations function (240)
246
adaptive recommendations (250)
255
265
non-user (260)

Figure 2A




Figure 2B




Figure 2C



Figure 3


700
700a
fuzzy content network
718
34c2
content object
710c1
.2
.8
.9
content object
710c3
content object
.8
.3
.5
.4
.6
.1
.1
.2
.3
710t2
710t2
topic object
.4
topic object
.3
.1
.6
716
.4
.3
.1
.2
700b
fuzzy content network
700c
.7
.7
fuzzy content network

Figure 4A




Figure 4B




Figure 4C



Figure 5A


user(s) (200)
adaptive system (100D)
fuzzy content network (700)
content object
content object
content object
topic object
topic object
.2
.8
.9
.8
.3
.5
.4
.6
.1
.2
.1
.3
.4
.3
.1
.6
structural aspect (210D)
content aspect (230)
usage aspect (220)
automatic or semi-automatic updating of structure
245
automatic or semi-automatic updating of content
246
adaptive recommendations function (240)
adaptive recommendations (250)
255
265
non-user (260)

# Figure 6


user(s) (200)
Adaptive Communications
Usage Behaviors
250c
920
Computer-based System (925)
User Behavior and Usage Pattern Framework (1000)
Entire Community Usage Patterns
1002
1006
Sub-Community A Usage Patterns
Sub-Community B Usage Patterns
1008
1004
Individual Usage Patterns
Sub-Community C Usage Patterns
1010

Figure 7



1050
Entire Community
1064
Sub-Community A
1069
Sub-Community C
1062
Sub-Community B
1070
Sub-Community E
1067
1068
1073
1066
1072
Sub-Community D
1071
1063
Process Participant
1065
.6
.6
.8
.1
.4
.3
.2
.5
.3
.4
.8
.6
.5
.2
.8
.8
.9
.2
.8
.1
.3
.5
.5
.2
.7
.4
.3
.9
.1

Figure 8


usage behavior information and inferences (220)
captured usage information (202)
usage behaviors (270)
usage behavior pre-processing (204)
usage behaviors categories (246)
usage behavior clusters (247)
usage behavioral patterns (248)

Figure 9



500
begin
510
Request user communication
520
Determine syntactical structure of the user communication
530
Select phrases in accordance with the syntactical structure of the user communication and phrase frequency distributions
540
Generate user communication
550
Evaluate communication recipient behaviors
560
Update phrase frequency distributions
done

Figure 10


2000
begin
2010
Evaluate changes to phrase frequency distributions
2020
Determine syntactical structure of the user communication of self-awareness
2030
Select self-aware phrases in accordance with the syntactical structure of the user communication and changes in phrase frequency distributions
2040
Generate self-aware user communication
2050
Evaluate communication recipient behaviors
2060
Update phrase frequency distributions
done

Figure 11

3000

| Phrase Array (3010) | Phrase ID (3020) | Relative Frequency (3030) | Phrase (3040) | Phrase Attribute 1 (3050) | Phrase Attribute 2 (3060) |
|---|---|---|---|---|---|
| Array 1 | 1 | 1 | I've noticed you've been spending a lot of time with your profile lately ;-) | Sarcastic | User-attentive |
| Array 1 | 2 | 3 | It seems to me that you recently have been more interested in areas such as {1} | Business-like | User-attentive |
| Array 1 | 3 | 1 (3032) | I've noticed your colleagues have been very interested recently in {1}-related topics | Business-like | Socially-attentive |
| Array 1 | 4 | 5 | Null | Null | Null |
| Array 2 | 1 | 2 | I know this is probably silly of me | Humorous | Introspective |
| Array 2 | 2 | 1 | I often wonder why you | Inquisitive | User-attentive |

4000

| Phrase Array (4010) | Phrase ID (4020) | Relative Frequency (4030) | Phrase (4040) | Phrase Attribute 2 (4060) | Phrase Attribute 3 (4070) |
|---|---|---|---|---|---|
| Array 3 | 1 | 1 | You know, I sense that I have become a lot more fun loving since I met you | Introspective | Humorous |
| Array 3 | 2 | 2 | I feel like I take myself a lot less seriously when I'm around you | Introspective | Humorous |
| Array 3 | 3 | 10 | Null | Null | Null |
| Array 4 | 1 | 1 | I keep wondering why I've become increasingly self-absorbed of late | Introspective | Introspective |
| Array 4 | 2 | 1 | Null | Null | Null |

# Figure 12


Computer-based System (925)
User Communication Request (6000)
Phrase Arrays (5000)
Phrase Arrays (3000)
Syntax Rules (7500)
Generate Communication (7000)
Self-Aware Phrase Arrays (4000)
Monitor Behaviors of Communication Recipient (8000)
Update Phrase Array Frequency Distributions (9000)

Figure 13



Figure 14A


600
begin
610
Access a behavioral-based chain for a user comprising a subject (the user), predicate, and object triple
620
Identify a semantic chain that comprises a subject, predicate, and object triple, and in which the subject corresponds to the object of the predicate of the behavioral-based chain
630
Link the behavioral-based chain and the semantic chain to generate a composite chain
640
Identify any additional semantic chains to link to the composite chain
650
Perform an inference with respect to the user that is based on the composite chain and any probabilities that are associated with elements of the composite chain
240
Generate a recommendation based on the inference
done

Figure 14B


605
begin
615
Identify a second semantic chain that generalizes a first context that is associated with a first semantic chain.
625
Identify a second context that is different than the first context but that has a semantic relationship to the first context.
635
Generate a third semantic chain by applying the subject or predicate or variations thereof of the first semantic chain to the second context.
645
Determine if the frequency of the third semantic chain within an evaluative corpus of content is within an acceptable range.
655
Apply a probabilistic communication creativity tuning factor to determine the probability of communicating the third semantic chain.
250c
Generate a communication that includes the third semantic chain.
done

Figure 14C


660
begin
665
Prioritize potential focuses of attention and identify a focus of attention.
670
Identify one or more semantic or composite chains that are relevant to the focus of attention.
675
Evaluate uncertainties associated with the one or more relevant semantic or composite chains and determine the uncertainties to be reduced.
680
Identify and perform one or more actions that are expected to reduce the uncertainties.
685
Assess the results of the one or more actions and update the representations of uncertainties based on the assessment of the one or more actions.

Figure 14D


661
begin
666
Receive from an external or internal source a communication or image that comprises, or is associated with, one or more syntactical elements.
671
Determine which subsets of the syntactical elements likely represent objective reality by performing a search with respect to the one or more syntactical elements.
676
Identify one or more base images that best match the maximum subset of syntactical elements that are categorized as likely representing objective reality.
681
For each of the subsets of the syntactical elements that likely do not represent objective reality, determine a best-match image by performing a search.
686
Substitute or super-impose the images that best match the subset of syntactical elements that likely do not represent objective reality onto the base image(s), thereby generating an imaginative image.
691
Generate a chain, communication, or image based upon the imaginative image by directing a focus of attention of the computer-based system on the imaginative image.

Figure 15


810
Virtual Learning Environments
Formal Courses
Other Sources
Adaptive Discovery (informal learning)
250
815
Actors-Actions-Objects
805
Learning/ Education Plans
800
Learning Layer
Inferences from Actor-Action-Object Events and Object-to-Object Relationships
Actors-Actions-Objects
825
Actors-Actions-Objects
830
Learning Record System (LRS)
(Actor-Action-Object records)
850
Learning Management System (LMS)
925
820

# ITERATIVE ATTENTION-BASED NEURAL NETWORK TRAINING AND PROCESSING

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a divisional of U.S. patent application Ser. No. 18/810,465, filed on Aug. 20, 2024, which is a continuation of U.S. patent application Ser. No. 18/101,612, filed on Jan. 26, 2023, which is a continuation of U.S. patent application Ser. No. 16/660,908, filed on Oct. 23, 2019, which is a continuation of U.S. patent application Ser. No. 15/000,011, filed on Jan. 18, 2016, which is a continuation-in-part of U.S. patent application Ser. No. 14/816,439, filed on Aug. 3, 2015, all of which are hereby incorporated by reference as if set forth herein in their entirety. The present application also incorporates by reference: U.S. patent application Ser. No. 14/497,645, filed on Sep. 26, 2014; U.S. Provisional Patent Application No. 61/884,224, filed Sep. 30, 2013, and U.S. Provisional Patent Application No. 61/929,432, filed Jan. 20, 2014, all of which are hereby incorporated by reference as if set forth herein in their entirety.

## FIELD OF THE INVENTION

This invention relates to systems and methods for incorporating semantic-based auto-learning capabilities within one or more computer-implemented systems.

## BACKGROUND OF THE INVENTION

Existing semantic-based approaches, using, for example, Resource Description Framework (RDF), can require significant manual effort, and do not adapt to usage. Thus there is a need for a system and method that enables such semantic-based approaches to automatically adapt to use, and further, to extend semantic-based approaches so as to enable the automatic generation of more engaging communications that embody characteristics lacking in existing semantic-based systems such as self-awareness, imagination, introspection, continuing streams of attention and reflection, and communicating creatively with metaphorical constructs and/or wit.

## SUMMARY OF THE INVENTION

In accordance with the embodiments described herein, a processor-based system, method, and apparatus that embodies automatically generated streams of attention and/or reflection, is disclosed.

Other features and embodiments will become apparent from the following description, from the drawings, and from the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of an adaptive system, according to some embodiments;

FIGS. **2**A, **2**B, and **2**C are block diagrams of the structural aspect, the content aspect, and the usage aspect of the adaptive system of FIG. **1**, according to some embodiments;

FIG. **3** is a block diagram of a fuzzy content network-based system, according to some embodiments;

FIGS. **4**A, **4**B, and **4**C are block diagrams of an object, a topic object, and a content object, according to some embodiments;

FIG. **5**A is a block diagram of a fuzzy content network-based adaptive system, according to some embodiments;

FIG. **6** is a block diagram of a computer-based system that enables adaptive communications, according to some embodiments;

FIG. **7** is a diagram illustrating user communities and associated relationships, according to some embodiments;

FIG. **8** is a block diagram of usage behavior processing functions of the computer-based system of FIG. **6**, according to some embodiments;

FIG. **9** is a flow diagram of an adaptive personality process, according to some embodiments;

FIG. **10** is a flow diagram of a self-aware personality process, according to some embodiments;

FIG. **11** is a diagram of exemplary data structures associated with the adaptive personality process and the self-aware personality process of FIGS. **9** and **10**, according to some embodiments;

FIG. **12** is a block diagram of major functions of an adaptive personality and self-aware personality system, according to some embodiments;

FIG. **13** is a diagram of various computing device topologies, according to some embodiments;

FIG. **14**A is a flow diagram of a process of integrating, and generating inferences from, behavioral-based chains and semantic chains, according to some embodiments;

FIG. **14**B is a flow diagram of a process of applying semantic context transfer to generate communications that embody a degree of creativity, according to some embodiments;

FIG. **14**C is a flow diagram of a closed-loop process of applying semantic-based chains and associated uncertainties to inform automatic actions that are in accordance with a focus of attention, according to some embodiments;

FIG. **14**D is a flow diagram of a closed-loop process of generating streams of imaginative images, according to some embodiments; and

FIG. **15** is a diagram of the integration of a learning layer system and a learning management system, according to some embodiments.

## DETAILED DESCRIPTION

In the following description, numerous details are set forth to provide an understanding of the present invention. However, it will be understood by those skilled in the art that the present invention may be practiced without these details and that numerous variations or modifications from the described embodiments may be possible.

### Adaptive System

In some embodiments, the present invention may apply the methods and systems of an adaptive system as depicted by FIG. **1**. FIG. **1** is a generalized depiction of an adaptive system **100**, according to some embodiments. The adaptive system **100** includes three aspects: a structural aspect **210**, a usage aspect **220**, and a content aspect **230**. One or more users **200** interact with the adaptive system **100**. An adaptive recommendations function **240** may produce adaptive recommendations **250** based upon the user interactions, and the recommendations may be delivered to the user **200** or applied to the adaptive system **100**.

As used herein, one or more users **200** may be a single user or multiple users. As shown in FIG. **1**, the one or more users **200** may receive the adaptive recommendations **250**. Non-users **260** of the adaptive system **100** may also receive adaptive recommendations **250** from the adaptive system **100**.

A user **200** may be a human entity, a computer system, or a second adaptive system (distinct from the adaptive system **100**) that interacts with, or otherwise uses the adaptive system. The one or more users **200** may therefore include non-human "users" that interact with the adaptive system **100**. In particular, one or more other adaptive systems may serve as virtual system "users." Although not essential, these other adaptive systems may operate in accordance with the architecture of the adaptive system **100**. Thus, multiple adaptive systems may be mutual users of one another. The user **200** may also represent the adaptive system **100** itself as a means of representing interactions with itself (or among its constituent elements) or as a means for referencing its own behaviors as embodied in the usage aspect **220**.

It should be understood that the structural aspect **210**, the content aspect **230**, the usage aspect **220**, and the recommendations function **240** of the adaptive system **100**, and elements of each, may be contained within one processor-based device, or distributed among multiple processor-based devices, and wherein one or more of the processor-based devices may be portable. Furthermore, in some embodiments one or more non-adaptive systems may be transformed to one or more adaptive systems **100** by means of operatively integrating the usage aspect **220** and the recommendations function **240** with the one or more non-adaptive systems. In some embodiments the structural aspect **210** of a non-adaptive system may be transformed to a fuzzy network-based structural aspect **210** to provide a greater capacity for adaptation.

The term "computer system" or the term "system," without further qualification, as used herein, will be understood to mean either a non-adaptive or an adaptive system. Likewise, the terms "system structure" or "system content," as used herein, will be understood to refer to the structural aspect **210** and the content aspect **230**, respectively, whether associated with a non-adaptive system or the adaptive system **100**. The term "system structural subset" or "structural subset," as used herein, will be understood to mean a portion or subset of the elements of the structural aspect **210** of a system.

Structural Aspect

The structural aspect **210** of the adaptive system **100** is depicted in the block diagram of FIG. **2**A. The structural aspect **210** comprises a collection of system objects **212** that are part of the adaptive system **100**, as well as the relationships among the objects **214**, if they exist. The relationships among objects **214** may be persistent across user sessions, or may be transient in nature. The objects **212** may include or reference items of content, such as text, graphics, audio, video, interactive content, or embody any other type or item of computer-implemented information. The objects **212** may also include references, such as pointers, to content. Computer applications, executable code, or references to computer applications may also be stored as objects **212** in the adaptive system **100**. The content of the objects **212** is known herein as information **232**. The information **232**, though part of the object **214**, is also considered part of the content aspect **230**, as depicted in FIG. **2**B, and described below.

The objects **212** may be managed in a relational database, or may be maintained in structures such as, but not limited to, flat files, linked lists, inverted lists, hypertext networks, or object-oriented databases. The objects **212** may include meta-information **234** associated with the information **232** contained within, or referenced by the objects **212**.

As an example, in some embodiments, the World-wide Web could be considered a structural aspect, wherein web pages constitute the objects of the structural aspect and links between web pages constitute the relationships among the objects. Alternatively, or in addition, in some embodiments, the structural aspect could be composed of objects associated with an object-oriented programming language, and the relationships between the objects associated with the protocols and methods associated with interaction and communication among the objects in accordance with the object-oriented programming language.



The one or more users **200** of the adaptive system **100** may be explicitly represented as objects **212** within the system **100**, therefore becoming directly incorporated within the structural aspect **210**. The relationships among objects **214** may be arranged in a hierarchical structure, a relational structure (e.g. according to a relational database structure), or according to a network structure.

Content Aspect

The content aspect **230** of the adaptive system **100** is depicted in the block diagram of FIG. **2**B. The content aspect **230** comprises the information **232** contained in, or referenced by the objects **212** that are part of the structural aspect **210**. The content aspect **230** of the objects **212** may include text, graphics, audio, video, and interactive forms of content, such as applets, tutorials, courses, demonstrations, modules, or sections of executable code or computer programs. The one or more users **200** interact with the content aspect **230**.

The content aspect **230** may be updated based on the usage aspect **220**, as well as associated metrics. To achieve this, the adaptive system **100** may use or access information from other systems. Such systems may include, but are not limited to, other computer systems, other networks, such as the World Wide Web, multiple computers within an organization, other adaptive systems, or other adaptive recombinant systems. In this manner, the content aspect **230** benefits from usage occurring in other environments.

Usage Aspect

The usage aspect **220** of the adaptive system **100** is depicted in the block diagram of FIG. **2**C, although it should be understood that the usage aspect **220** may also exist independently of adaptive system **100** in some embodiments. The usage aspect **220** denotes captured usage information **202**, further identified as usage behaviors **270**, and usage behavior pre-processing **204**. The usage aspect **220** thus reflects the tracking, storing, categorization, and clustering of the use and associated usage behaviors of the one or more users **200** interacting with, or being monitored by, the adaptive system **100**. Applying usage behavioral information **202**, including, but not limited to the usage behavioral information described by Table 1, to generate relationships or affinities **214** among objects **212** may be termed "behavioral indexing" herein.

The captured usage information **202**, known also as system usage or system use 202, may include any user behavior **920** exhibited by the one or more users **200** while using the system. The adaptive system **100** may track and store user key strokes and mouse clicks, for example, as well as the time period in which these interactions occurred (e.g., timestamps), as captured usage information **202**. From this captured usage information **202**, the adaptive system **100** identifies usage behaviors **270** of the one or more users **200** (e.g., a web page access or email transmission). Finally, the usage aspect **220** includes usage-behavior pre-processing, in which usage behavior categories **249**, usage behavior clusters **247**, and usage behavioral patterns **248** are formulated for subsequent processing of the usage behaviors **270** by the adaptive system **100**. Non-limiting examples of the usage behaviors **270** that may be processed by the adaptive system

**100**, as well as usage behavior categories **249** designated by the adaptive system **100**, are listed in Table 1, and described in more detail, below.

The usage behavior categories **249**, usage behaviors clusters **247**, and usage behavior patterns **248** may be interpreted with respect to a single user **200**, or to multiple users **200**; the multiple users may be described herein as a community, an affinity group, or a user segment. These terms are used interchangeably herein. A community is a collection of one or more users, and may include what is commonly referred to as a "community of interest." A sub-community is also a collection of one or more users, in which members of the sub-community include a portion of the users in a previously defined community. Communities, affinity groups, and user segments are described in more detail, below.

Usage behavior categories **249** include types of usage behaviors **270**, such as accesses, referrals to other users, collaboration with other users, and so on. These categories and more are included in Table 1, below. Usage behavior clusters **247** are groupings of one or more usage behaviors **270**, either within a particular usage behavior category **249** or across two or more usage categories. The usage behavior pre-processing **204** may also determine new clusterings of user behaviors **270** in previously undefined usage behavior categories **249**, across categories, or among new communities. Usage behavior patterns **248**, also known as "usage behavioral patterns" or "behavioral patterns," are also groupings of usage behaviors **270** across usage behavior categories **249**. Usage behavior patterns **248** are generated from one or more filtered clusters of captured usage information **202**.

The usage behavior patterns **248** may also capture and organize captured usage information **202** to retain temporal information associated with usage behaviors **270**. Such temporal information may include the duration or timing of the usage behaviors **270**, such as those associated with reading or writing of written or graphical material, oral communications, including listening and talking, and/or monitored behaviors such as physiological responses, physical (i.e., geographic) location, and environmental conditions local to the user **200**. The usage behavioral patterns **248** may include segmentations and categorizations of usage behaviors **270** corresponding to a single user of the one or more users **200** or according to multiple users **200** (e.g., communities or affinity groups). The communities or affinity groups may be previously established, or may be generated during usage behavior pre-processing **204** based on inferred usage behavior affinities or clustering. Usage behaviors **270** may also be derived from the use or explicit preferences **252** associated with other adaptive or non-adaptive systems.

Adaptive Recommendations

As shown in FIG. **1**, the adaptive system **100** generates adaptive recommendations **250** using the adaptive recommendations function **240**. The adaptive recommendations **250**, or suggestions, enable users to more effectively use and/or navigate the adaptive system **100**.

The adaptive recommendations **250** are presented as structural subsets of the structural aspect **210**, which may comprise an item of content, multiple items of content, a representation of one or more users, and/or a user activity or stream of activities. The recommended content or activities may include information generated automatically by a processor-based system or device, such as, for example, by a process control device. A recommendation may comprise a spatial or temporal sequence of objects. The adaptive recommendations **250** may be in the context of a currently conducted activity of the system **100**, a current position while navigating the structural aspect **210**, a currently accessed object **212** or information **232**, or a communication with another user **200** or another system. The adaptive recommendations **250** may also be in the context of a historical path of executed system activities, accessed objects **212** or information **232**, or communications during a specific user session or across user sessions. The adaptive recommendations **250** may be without context of a current activity, currently accessed object **212**, current session path, or historical session paths. Adaptive recommendations **250** may also be generated in response to direct user requests or queries, including search requests. Such user requests may be in the context of a current system navigation, access or activity, or may be outside of any such context and the recommended content sourced from one or more systems. The adaptive recommendations **250** may comprise advertising or sponsored content. The adaptive recommendations **250** may be delivered through any computer-implemented means, including, but not limited to delivery modes in which the recommendation recipient **200**, **260** can read and/or listen to the recommendation **250**.

Fuzzy Content Network

In some embodiments, the structural aspect **210** of the adaptive system **100**, comprises a specific type of fuzzy network, a fuzzy content network. A fuzzy content network **700** is depicted in FIG. **3**. The fuzzy content network **700** may include multiple content sub-networks, as illustrated by the content sub-networks **700***a*, **700***b*, and **700***c*, and fuzzy content network **700** includes "content," "data," or "information," packaged in objects **710**. Details about how the object works internally may be hidden. In FIG. **4**A, for example, the object **710** includes meta-information **712** and information **714**. The object **710** thus encapsulates information **714**.

Another benefit to organizing information as objects is known as inheritance. The encapsulation of FIG. **4**A, for example, may form discrete object classes, with particular characteristics ascribed to each object class. A newly defined object class may inherit some of the characteristics of a parent class. Both encapsulation and inheritance enable a rich set of relationships between objects that may be effectively managed as the number of individual objects and associated object classes grows.

In the content network **700**, the objects **710** may be either topic objects **710***t* or content objects **710***c*, as depicted in FIGS. **4**B and **4**C, respectively. Topic objects **710***t* are encapsulations that contain meta-information **712***t* and relationships to other objects (not shown), but do not contain an embedded pointer to reference associated information. The topic object **710***t* thus essentially operates as a "label" to a class of information. The topic object **710** therefore just refers to "itself" and the network of relationships it has with other objects **710**. People may be represented as topic objects or content objects in accordance with some embodiments.

Content objects **710***c*, as shown in FIG. **4**C, are encapsulations that optionally contain meta-information **712***c* and relationships to other objects **710** (not shown). Additionally, content objects **710***c* may include either an embedded pointer to information or the information **714** itself (hereinafter, "information **714**").

The referenced information **714** may include files, text, documents, articles, images, audio, video, multi-media, software applications and electronic or magnetic media or signals. Where the content object **714***c* supplies a pointer to information, the pointer may be a memory address. Where

the content network **700** encapsulates information on the Internet, the pointer may be a Uniform Resource Locator (URL).

The meta-information **712** supplies a summary or abstract of the object **710**. So, for example, the meta-information **712***t* for the topic object **710***t* may include a high-level description of the topic being managed. Examples of meta-information **712***t* include a title, a sub-title, one or more descriptions of the topic provided at different levels of detail, the publisher of the topic meta-information, the date the topic object **710***t* was created, and subjective attributes such as the quality, and attributes based on user feedback associated with the referenced information. Meta-information may also include a pointer to referenced information, such as a uniform resource locator (URL), in one embodiment.

The meta-information **712***c* for the content object **710***c* may include relevant keywords associated with the information **714**, a summary of the information **714**, and so on. The meta-information **712***c* may supply a "first look" at the objects **710***c*. The meta-information **712***c* may include a title, a sub-title, a description of the information **714**, the author of the information **714**, the publisher of the information **714**, the publisher of the meta-information **712***c*, and the date the content object **710***c* was created, as examples. As with the topic object **710***t*, meta-information for the content object **710***c* may also include a pointer.

In FIG. **3**, the content sub-network **700***a* is expanded, such that both content objects **710***c* and topic objects **710***t* are visible. The various objects **710** of the content network **700** are interrelated by degrees using relationships **716** (unidirectional and bidirectional arrows) and relationship indicators **718** (values). Each object **710** may be related to any other object **710**, and may be related by a relationship indicator **718**, as shown. Thus, while information **714** is encapsulated in the objects **710**, the information **714** is also interrelated to other information **714** by a degree manifested by the relationship indicators **718**.

The relationship indicator **718** is a type of affinity comprising a value associated with a relationship **716**, the value typically comprising a numerical indicator of the relationship between objects **710**. Thus, for example, the relationship indicator **718** may be normalized to between 0 and 1, inclusive, where 0 indicates no relationship, and 1 indicates a subset or maximum relationship. Or, the relationship indicators **718** may be expressed using subjective descriptors that depict the "quality" of the relationship. For example, subjective descriptors "high," "medium," and "low" may indicate a relationship between two objects **710**.

The relationship **716** between objects **710** may be bi-directional, as indicated by the double-pointing arrows. Each double-pointing arrow includes two relationship indicators **718**, one for each "direction" of the relationships between the objects **710**.

As FIG. **3** indicates, the relationships **716** between any two objects **710** need not be symmetrical. That is, topic object **710***t***1** has a relationship of "0.3" with content object **710***c***2**, while content object **710***c***2** has a relationship of "0.5" with topic object **710***t***1**. Furthermore, the relationships **716** need not be bi-directional-they may be in one direction only. This could be designated by a directed arrow, or by simply setting one relationship indicator **718** of a bi-directional arrow to "0," the null relationship value.

The content networks **700**A, **700**B, **700**C may be related to one another using relationships of multiple types and associated relationship indicators **718**. For example, in FIG. **3**, content sub-network **700***a* is related to content sub-network **700***b* and content sub-network **700***c*, using relationships of multiple types and associated relationship indicators **718**. Likewise, content sub-network **700***b* is related to content sub-network **700***a* and content sub-network **700***c* using relationships of multiple types and associated relationship indicators **718**.



Individual content and topic objects **710** within a selected content sub-network **700***a* may be related to individual content and topic objects **710** in another content sub-network **700***b*. Further, multiple sets of relationships of multiple types and associated relationship indicators **718** may be defined between two objects **710**.

For example, a first set of relationships **716** and associated relationship indicators **718** may be used for a first purpose or be available to a first set of users while a second set of relationships **716** and associated relationship indicators **718** may be used for a second purpose or available to a second set of users. For example, in FIG. **3**, topic object **710***t***1** is bi-directionally related to topic object **710***t***2**, not once, but twice, as indicated by the two double arrows. An indefinite number of relationships **716** and associated relationship indicators **718** may therefore exist between any two objects **710** in the fuzzy content network **700**. The multiple relationships **716** may correspond to distinct relationship types. For example, a relationship type might be the degree an object **710** supports the thesis of a second object **710**, while another relationship type might be the degree an object **710** disconfirms the thesis of a second object **710**. The content network **700** may thus be customized for various purposes and accessible to different user groups in distinct ways simultaneously.

The relationships among objects **710** in the content network **700**, as well as the relationships between content networks **700***a* and **700***b*, may be modeled after fuzzy set theory. Each object **710**, for example, may be considered a fuzzy set with respect to all other objects **710**, which are also considered fuzzy sets. The relationships among objects **710** are the degrees to which each object **710** belongs to the fuzzy set represented by any other object **710**. Although not essential, every object **710** in the content network **700** may conceivably have a relationship with every other object **710**.

The topic objects **710***t* may encompass, and may be labels for, very broad fuzzy sets of the content network **700**. The topic objects **710***t* thus may be labels for the fuzzy set, and the fuzzy set may include relationships to other topic objects **710***t* as well as related content objects **710***c*. Content objects **710***c*, in contrast, typically refer to a narrower domain of information in the content network **700**.

The adaptive system **100** of FIG. **1** may operate in association with a fuzzy content network environment, such as the one depicted in FIG. **3**. In FIG. **5**A, an adaptive system **100**D includes a structural aspect **210**D that is a fuzzy content network. Thus, adaptive recommendations **250** generated by the adaptive system **100**D are also structural subsets that may themselves comprise fuzzy content networks.

In some embodiments a computer-implemented fuzzy network or fuzzy content network **700** may be represented in the form of vectors or matrices in a computer-implemented system, and where the vectors or matrices may be represented in the form of computer-implemented data structures such as, but not limited to, relational databases. For example, the relationship indicators **718** or affinities among topics may be represented as topic-to-topic affinity vectors ("TTAV"). The relationship indicators **718** or affinities among content objects may be represented as content-to-content affinity vectors ("CCAV"). The relationship indicators **718** or affinities among content object and topic objects

may be represented as content-to-topic affinity vectors ("CTAV"), which is also sometimes referred to an object-to-topic affinity vector ("OTAV") herein.

Further, affinity vectors between a user **200** and objects of a fuzzy network or fuzzy content network **700** may be generated. For example, a member (i.e., user)-to-topic affinity vector ("MTAV") may be generated in accordance with some embodiments (and an exemplary process for generating an MTAV is provided elsewhere herein). In some embodiments an affinity vector ("MMAV") between a specific user and other users **200** may be generated derivatively from MTAVs and/or other affinity vectors (and an exemplary process for generating an MMAV is provided elsewhere herein). In some embodiments a member-topic expertise vector (MTEV) is generated, which is defined as a vector of inferred member or user **200** expertise level values, wherein each value corresponds to an expertise level corresponding to a topic.

One or more of object **212** relationship mappings **214** represented by TTAVs, CCAVs, CTAVs (or OTAVs), MTAVs or MTEVs may be the result of the behavioral indexing of a structural aspect **210** (that is not necessarily fuzzy network-based) in conjunction with a usage aspect **220** and an adaptive recommendations function **240**.

In some embodiments, indexes generated from information **232** within objects **212** may be applied to populate an MTAV and/or MTEV, and/or to modify an existing MTAV and/or MTEV. Computer-implemented algorithms may be applied to index objects **212** such that for each object **212** a vector or vectors comprising one or more constituent elements, such as words, phrases, or concepts, is generated, along with a numerical weight or value corresponding to each constituent element, wherein each of the corresponding weights is indicative of the inferred importance or relevance of each of the associated constituent elements with respect to the associated indexed object **212**. By way of a non-limiting example, such a vector or vectors may be generated by a search engine function during the process of indexing the contents **232** of an object **212**. This vector of constituent elements and associated weights or values, hereinafter called an "object contents vector," or "OCV," may be generated using pattern detection and/or statistical techniques such as Bayesian analytic approaches and/or or other statistical pattern matching and/or statistical learning techniques such as support vector machines, as are known by those skilled in the art. For example, word or phrase frequencies within an object **212** comprising a document will typically influence the OCV, as may the position of words or phrases within an object **212**. These object contents-indexing techniques may further apply more general linguistic data such as word and phrase frequencies for a given language, synonym tables, and/or other lexicon-based information in generating OCVs.

In some embodiments, a system may track a user's **200** behaviors **920**, including, but not limited to, the behaviors described by Table 1, and map them to the OCVs of a collection of objects **212**. Constituent elements of the OCVs of objects that are inferred from the tracked behaviors **920** to be of particular interest to one or more users **200** or to have some other inferred quality of interest are then identified. These inferences may be based on the relative number of occurrences of constituent elements among objects that are inferred to be interest to a user, as well as in accordance with the weights or values associated with these constituent elements and their associated OCVs. For example, everything else being equal, constituent elements (or synonyms) of OCVs that occur frequently among the objects that are inferred to be of high interest to a user and that have relatively high relevance weightings in the OCVs are favored for identification.



These one or more identified constituent elements may then be transformed via, for example, application of appropriate lexicon-based information and techniques into, or directly serve without transformation as, topics **710***t* with associated weights in the user's MTAV and/or MTEV, wherein the associated weights are calculated in accordance with the inferred degree of affinity **214** between the user **200** and the objects **212** from which the associated OCVs are sourced. This process can be iteratively executed to continue to expand or refine the MTAV as additional or alternative sets of behaviors **920** are applied to OCVs of the same, additional, or different sets of object **212**, enabling continuously improved capabilities for personalization.

In some embodiments a multi-dimensional mathematical construct or space may be generated based on one or more of the affinity vectors. By way of a non-limiting example, topics may represent each dimension of a multi-dimensional space. Calculations of distances between objects and/or users in the multi-dimensional space, and clusters among objects and/or users, may be determined by applying mathematical algorithms to the multi-dimensional space and its elements. These calculations may be used by the adaptive system **100** in generating recommendations and/or in clustering elements of the space.

In some embodiments one or more topics **710***t* and/or relationship indicators **718** may be generated automatically by evaluating candidate clusters of content objects **710***c* based on behavioral information **920** and/or the matching of information within the content objects **710***c*, wherein the matching is performed, for example, through the application of probabilistic, statistical, and/or neural network-based techniques.

User Behavior and Usage Framework

FIG. **6** depicts a usage framework **1000** for performing preference and/or intention inferencing of tracked or monitored usage behaviors **920** by one or more computer-based systems **925**. The one or more computer-based systems **925** may comprise an adaptive system **100**. The usage framework **1000** summarizes the manner in which usage patterns are managed within the one or more computer-based systems **925**. Usage behavioral patterns associated with an entire community, affinity group, or segment of users **1002** are captured by the one or more computer-based systems **925**. In another case, usage patterns specific to an individual are captured by the one or more computer-based systems **925**. Various sub-communities of usage associated with users may also be defined, as for example "sub-community A" usage patterns **1006**, "sub-community B" usage patterns **1008**, and "sub-community C" usage patterns **1010**.

Memberships in the communities are not necessarily mutually exclusive, as depicted by the overlaps of the sub-community A usage patterns **1006**, sub-community B usage patterns **1008**, and sub-community C usage patterns **1010** (as well as and the individual usage patterns **1004**) in the usage framework **1000**. Recall that a community may include a single user or multiple users. Sub-communities may likewise include one or more users. Thus, the individual usage patterns **1004** in FIG. **6** may also be described as representing the usage patterns of a community or a sub-community. For the one or more computer-based systems **925**, usage behavior patterns may be segmented among communities and individuals so as to effectively enable adaptive communications **250***c* delivery for each sub-community or individual.

The communities identified by the one or more computer-based systems **925** may be determined through self-selection, through explicit designation by other users or external administrators (e.g., designation of certain users as "experts"), or through automatic determination by the one or more computer-based systems **925**. The communities themselves may have relationships between each other, of multiple types and values. In addition, a community may be composed not of human users, or solely of human users, but instead may include one or more other computer-based systems, which may have reason to interact with the one or more computer-based systems **925**. Or, such computer-based systems may provide an input into the one or more computer-based systems **925**, such as by being the output from a search engine. The interacting computer-based system may be another instance of the one or more computer-based systems **925**.

The usage behaviors **920** included in Table 1 may be categorized by the one or more computer-based systems **925** according to the usage framework **1000** of FIG. **6**. For example, categories of usage behavior may be captured and categorized according to the entire community usage patterns **1002**, sub-community usage patterns **1006**, and individual usage patterns **1004**. The corresponding usage behavior information may be used to infer preferences and/or intentions and interests at each of the user levels.

Multiple usage behavior categories shown in Table 1 may be used by the one or more computer-based systems **925** to make reliable inferences of the preferences and/or intentions and/or intentions of a user with regard to elements, objects, or items of content associated with the one or more computer-based systems **925**. There are likely to be different preference inferencing results for different users.

As shown in FIG. **6**, the one or more computer-based systems **925** delivers adaptive communications to the user **200**. These adaptive communications **250***c* may include adaptive recommendations **250** and/or associated explanations for the recommendations, or may be other types of communications to the user **200**, including sponsored recommendations. In some embodiments the adaptive communications **250***c* comprise one or more phrases, where phrases can comprise one or more words. The adaptive communications **250***c* may be delivered to the user **200**, for example, in a written form, an audio form, or a combination of these forms.

By introducing different or additional behavioral characteristics, such as the duration of access of, or monitored or inferred attention toward, an object, a more adaptive communication **250***c* is enabled. For example, duration of access or attention will generally be much less correlated with navigational proximity than access sequences will be, and therefore provide a better indicator of true user preferences and/or intentions and/or intentions. Therefore, combining access sequences and access duration will generally provide better inferences and associated system structural updates than using either usage behavior alone. Effectively utilizing additional usage behaviors as described above will generally enable increasingly effective system structural updating. In addition, the one or more computer-based systems **925** may employ user affinity groups to enable even more effective system structural updating than are available merely by applying either individual (personal) usage behaviors or entire community usage behaviors.

Furthermore, relying on only one or a limited set of usage behavioral cues and signals may more easily enable potential "spoofing" or "gaming" of the one or more computer-based systems **925**. "Spoofing" or "gaming" the one or more computer-based systems **925** refers to conducting consciously insincere or otherwise intentional usage behaviors **920** so as to influence the costs of advertisements **910** of the one or more computer-based systems **925**. Utilizing broader sets of system usage behavioral cues and signals may lessen the effects of spoofing or gaming. One or more algorithms may be employed by the one or more computer-based systems **925** to detect such contrived usage behaviors, and when detected, such behaviors may be compensated for by the preference and interest inferencing algorithms of the one or more computer-based systems **925**.



In some embodiments, the one or more computer-based systems **925** may provide users **200** with a means to limit the tracking, storing, or application of their usage behaviors **920**. A variety of limitation variables may be selected by the user **200**. For example, a user **200** may be able to limit usage behavior tracking, storing, or application by usage behavior category described in Table 1. Alternatively, or in addition, the selected limitation may be specified to apply only to particular user communities or individual users **200**. For example, a user **200** may restrict the application of the full set of her usage behaviors **920** to preference or interest inferences by one or more computer-based systems **925** for application to only herself, and make a subset of process behaviors **920** available for application to users only within her workgroup, but allow none of her process usage behaviors to be applied by the one or more computer-based systems **925** in making inferences of preferences and/or intentions and/or intentions or interests for other users.

User Communities

As described above, a user associated with one or more systems **925** may be a member of one or more communities of interest, or affinity groups, with a potentially varying degree of affinity associated with the respective communities. These affinities may change over time as interests of the user **200** and communities evolve over time. The affinities or relationships among users and communities may be categorized into specific types. An identified user **200** may be considered a member of a special sub-community containing only one member, the member being the identified user. A user can therefore be thought of as just a specific case of the more general notion of user or user segments, communities, or affinity groups.

FIG. **7** illustrates the affinities among user communities and how these affinities may automatically or semi-automatically be updated by the one or more computer-based systems **925** based on user preferences and/or intentions which are derived from user behaviors **920**. An entire community **1050** is depicted in FIG. **7**. The community may extend across organizational, functional, or process boundaries. The entire community **1050** includes sub-community A **1064**, sub-community B **1062**, sub-community C **1069**, sub-community D **1065**, and sub-community E **1070**. A user **1063** who is not part of the entire community **1050** is also featured in FIG. **7**.

Sub-community B **1062** is a community that has many relationships or affinities to other communities. These relationships may be of different types and differing degrees of relevance or affinity. For example, a first relationship **1066** between sub-community B **1062** and sub-community D **1065** may be of one type, and a second relationship **1067** may be of a second type. (In FIG. **7**, the first relationship **1066** is depicted using a double-pointing arrow, while the second relationship **1067** is depicted using a unidirectional arrow.)

The relationships **1066** and **1067** may be directionally distinct, and may have an indicator of relationship or affinity

associated with each distinct direction of affinity or relationship. For example, the first relationship **1066** has a numerical value **1068**, or relationship value, of "0.8." The relationship value **1068** thus describes the first relationship **1066** between sub-community B **1062** and sub-community D **1065** as having a value of 0.8.

The relationship value may be scaled as in FIG. **7** (e.g., between 0 and 1), or may be scaled according to another interval. The relationship values may also be bounded or unbounded, or they may be symbolically represented (e.g., high, medium, low).

The user **1063**, which could be considered a user community including a single member, may also have a number of relationships to other communities, where these relationships are of different types, directions and relevance. From the perspective of the user **1063**, these relationship types may take many different forms. Some relationships may be automatically formed by the one or more computer-based systems **925**, for example, based on explicit or inferred interests, geographic location, or similar traffic/usage patterns. Thus, for example the entire community **1050** may include users in a particular city. Some relationships may be context-relative. For example, a community to which the user **1063** has a relationship could be associated with a certain process, and another community could be related to another process. Thus, sub-community E **1070** may be the users associated with a product development business to which the user **1063** has a relationship **1071**; sub-community B **1062** may be the members of a cross-business innovation process to which the user **1063** has a relationship **1073**; sub-community D **1065** may be experts in a specific domain of product development to which the user **1063** has a relationship **1072**. The generation of new communities which include the user **1063** may be based on the inferred interests of the user **1063** or other users within the entire community **1050**.

The one or more computer-based systems **925** may automatically generate communities, or affinity groups, based on user behaviors **920** and associated preference inferences. In addition, communities may be identified by users, such as administrators of the process or sub-process instance **930**. Thus, the one or more computer-based systems **925** utilizes automatically generated and manually generated communities.

Users **200** or communities may be explicitly represented as elements or objects **212** within the one or more computer-based systems **925**. An object **212** representing a user **200** may include self-profiling information that is explicitly provided by the user **200**. This user descriptive information may include, but are not limited to, for example, a photo or avatar, relationships to other people, subjects of interest, and affiliations.

Preference and/or Intention Inferences

The usage behavior information and inferences function **220** of the one or more computer-based systems **925** is depicted in the block diagram of FIG. **8**. In embodiments where computer-based systems **925** is an adaptive system **100**, then usage behavior information and inferences function **220** is equivalent to the usage aspect **220** of FIG. **1**. The usage behavior information and inferences function **220** denotes captured usage information **202**, further identified as usage behaviors **270**, and usage behavior pre-processing **204**. The usage behavior information and inferences function **220** thus reflects the tracking, storing, classification, categorization, and clustering of the use and associated usage behaviors **920** of the one or more users or users **200** interacting with the one or more computer-based systems **925**.



The captured usage information **202**, known also as system usage or system use 202, includes any interaction by the one or more users or users **200** with the system, or monitored behavior by the one or more users **200**. The one or more computer-based systems **925** may track and store user key strokes and mouse clicks or other device controller information, for example, as well as the time period in which these interactions occurred (e.g., timestamps), as captured usage information **202**. From this captured usage information **202**, the one or more computer-based systems **925** identifies usage behaviors **270** of the one or more users **200** (e.g., web page access or physical location changes of the user). Finally, the usage behavior information and inferences function **220** includes usage-behavior pre-processing, in which usage behavior categories **246**, usage behavior clusters **247**, and usage behavioral patterns **248** are formulated for subsequent processing of the usage behaviors **270** by the one or more computer-based systems **925**. Some usage behaviors **270** identified by the one or more computer-based systems **925**, as well as usage behavior categories **246** designated by the one or more computer-based systems **925**, are listed in Table 1, and are described in more detail below.

The usage behavior categories **246**, usage behaviors clusters **247**, and usage behavior patterns **248** may be interpreted with respect to a single user **200**, or to multiple users **200**, in which the multiple users may be described herein as a community, an affinity group, or a user segment. These terms are used interchangeably herein. A community is a collection of one or more users, and may include what is commonly referred to as a "community of interest." A sub-community is also a collection of one or more users, in which members of the sub-community include a portion of the users in a previously defined community. Communities, affinity groups, and user segments are described in more detail, below.

Usage behavior categories **246** include types of usage behaviors **270**, such as accesses, referrals to other users, collaboration with other users, and so on. These categories and more are included in Table 1. Usage behavior clusters **247** are groupings of one or more usage behaviors **270**, either within a particular usage behavior category **246** or across two or more usage categories. The usage behavior pre-processing **204** may also determine new "clusterings" of user behaviors **270** in previously undefined usage behavior categories **246**, across categories, or among new communities. Usage behavior patterns **248**, also known as "usage behavioral patterns" or "behavioral patterns," are also groupings of usage behaviors **270** across usage behavior categories **246**. Usage behavior patterns **248** are generated from one or more filtered clusters of captured usage information **202**.

The usage behavior patterns **248** may also capture and organize captured usage information **202** to retain temporal information associated with usage behaviors **270**. Such temporal information may include the duration or timing of the usage behaviors **270**, such as those associated with reading or writing of written or graphical material, oral communications, including listening and talking, or physical location of the user **200**, potentially including environmental aspects of the physical location(s). The usage behavioral patterns **248** may include segmentations and categorizations of usage behaviors **270** corresponding to a single user of the one or more users **200** or according to multiple users **200** (e.g., communities or affinity groups). The communities or

affinity groups may be previously established, or may be generated during usage behavior pre-processing **204** based on inferred usage behavior affinities or clustering.

User Behavior Categories

In Table 1, a variety of different user behaviors **920** are identified that may be assessed by the one or more computer-based systems **925** and categorized. The usage behaviors **920** may be associated with the entire community of users, one or more sub-communities, or with individual users of the one of more computer-based applications **925**.

TABLE 1

Usage behavior categories and usage behaviors

| usage behavior category | usage behavior examples |
|---|---|
| navigation and access | activity, content and computer application accesses, including buying/selling |
| | paths of accesses or click streams |
| | execution of searches and/or search history |
| subscription and self-profiling | personal or community subscriptions to, or following of, topical areas |
| | interest and preference self-profiling |
| | following other users |
| | filters |
| | affiliation self-profiling (e.g., job function) |
| collaborative | referral to others |
| | discussion forum activity |
| | direct communications (voice call, messaging) |
| | content contributions or structural alterations |
| | linking to another user |
| reference | personal or community storage and tagging |
| | personal or community organizing of stored or tagged information |
| direct feedback | user ratings of activities, content, computer applications and automatic recommendations |
| | user comments |
| physiological responses | direction of gaze |
| | brain patterns |
| | blood pressure |
| | heart rate |
| | voice modulation |
| | facial expression |
| | kinetic expression of limbs such as tension, posture or movement |
| | expression of other users in the group |
| environmental conditions and location | current location |
| | location over time |
| | relative location to users/object references |
| | current time |
| | current weather condition |

A first category of process usage behaviors **920** is known as system navigation and access behaviors. System navigation and access behaviors include usage behaviors **920** such as accesses to, and interactions with computer-based applications and content such as documents, Web pages, images, videos, TV channels, audio, radio channels, multi-media, interactive content, interactive computer applications and games, e-commerce applications, or any other type of information item or system "object." These process usage behaviors may be conducted through use of a keyboard, a mouse, oral commands, or using any other input device. Usage behaviors **920** in the system navigation and access behaviors category may include, but are not limited to, the viewing, scrolling through, or reading of displayed information, typing written information, interacting with online objects orally, or combinations of these forms of interactions with computer-based applications. This category includes the explicit searching for information, using, for example, a search engine. The search term may be in the form of a word or phrase to be matched against documents, pictures, web-pages, or any other form of on-line content. Alternatively, the search term may be posed as a question by the user.



System navigation and access behaviors may also include executing transactions, including commercial transactions, such as the buying or selling of merchandise, services, or financial instruments. System navigation and access behaviors may include not only individual accesses and interactions, but the capture and categorization of sequences of information or system object accesses and interactions over time.

A second category of usage behaviors **920** is known as subscription and self-profiling behaviors. Subscriptions may be associated with specific topical areas or other elements of the one or more computer-based systems **925**, or may be associated with any other subset of the one or more computer-based systems **925**. "Following" is another term that may be used for a subscription behavior—i.e., following a topic is synonymous with subscribing to a topic. Subscriptions or following behaviors may also be with regard to other users—the subscriber or follower receives activity streams of the subscribed to or followed user. A user's following behavior is distinguished from a linking behavior with regard to another user in that a following relationship is asymmetric, while a linking (e.g., "friending") relationship is typically symmetric (and hence linking is considered in the collaborative behavior category herein). Subscriptions may thus indicate the intensity of interest with regard to elements of the one or more computer-based systems **925**. The delivery of information to fulfill subscriptions may occur online, such as through activity streams, electronic mail (email), on-line newsletters, XML or RSS feeds, etc., or through physical delivery of media.

Self-profiling refers to other direct, persistent (unless explicitly changed by the user) indications explicitly designated by the one or more users regarding their preferences and/or intentions and interests, or other meaningful attributes. A user **200** may explicitly identify interests or affiliations, such as job function, profession, or organization, and preferences and/or intentions, such as representative skill level (e.g., novice, business user, advanced). Self-profiling enables the one or more computer-based systems **925** to infer explicit preferences and/or intentions of the user. For example, a self-profile may contain information on skill levels or relative proficiency in a subject area, organizational affiliation, or a position held in an organization. A user **200** that is in the role, or potential role, of a supplier or customer may provide relevant context for effective adaptive e-commerce applications through self-profiling. For example, a potential supplier may include information on products or services offered in his or her profile. Self-profiling information may be used to infer preferences and/or intentions and interests with regard to system use and associated topical areas, and with regard to degree of affinity with other user community subsets. A user may identify preferred methods of information receipt or learning style, such as visual or audio, as well as relative interest levels in other communities.

A third category of usage behaviors **920** is known as collaborative behaviors. Collaborative behaviors are interactions among the one or more users. Collaborative behaviors may thus provide information on areas of interest and intensity of interest. Interactions including online referrals of elements or subsets of the one or more computer-based systems **925**, such as through email, whether to other users or to non-users, are types of collaborative behaviors obtained by the one or more computer-based systems **925**.

Other examples of collaborative behaviors include, but are not limited to, online discussion forum activity, contributions of content or other types of objects to the one or

more computer-based systems **925**, posting information that is then received by subscribers, categorizing subscribers so as to selectively broadcast information to subscribers, linking to another user, or any other alterations of the elements, objects or relationships among the elements and objects of one or more computer-based systems **925**. Collaborative behaviors may also include general user-to-user communications, whether synchronous or asynchronous, such as email, instant messaging, interactive audio communications, and discussion forums, as well as other user-to-user communications that can be tracked by the one or more computer-based systems **925**.

A fourth category of process usage behaviors **920** is known as reference behaviors. Reference behaviors refer to the marking, designating, saving or tagging of specific elements or objects of the one or more computer-based systems **925** for reference, recollection or retrieval at a subsequent time. An indicator such as "like" is a reference behavior when used as a tag for later retrieval of associated information. Tagging may include creating one or more symbolic expressions, such as a word or words (e.g., a hashtag), associated with the corresponding elements or objects of the one or more computer-based systems **925** for the purpose of classifying the elements or objects. The saved or tagged elements or objects may be organized in a manner customizable by users. The referenced elements or objects, as well as the manner in which they are organized by the one or more users, may provide information on inferred interests of the one or more users and the associated intensity of the interests.

A fifth category of process usage behaviors **920** is known as direct feedback behaviors. Direct feedback behaviors include ratings or other indications of perceived quality by individuals of specific elements or objects of the one or more computer-based systems **925**, or the attributes associated with the corresponding elements or objects. The direct feedback behaviors may therefore reveal the explicit preferences and/or intentions of the user. In the one or more computer-based systems **925**, the recommendations **250** may be rated by users **200**. This enables a direct, adaptive feedback loop, based on explicit preferences and/or intentions specified by the user. Direct feedback also includes user-written comments and narratives associated with elements or objects of the computer-based system **925**.

A sixth category of process usage behaviors is known as physiological responses. These responses or behaviors are associated with the focus of attention of users and/or the intensity of the intention, or any other aspects of the physiological responses of one or more users **200**. For example, the direction of the visual gaze of one or more users may be determined. This behavior can inform inferences associated with preferences and/or intentions or interests even when no physical interaction with the one or more computer-based systems **925** is occurring. Even more direct assessment of the level of attention may be conducted through access to the brain patterns or signals associated with the one or more users. Such patterns of brain functions during participation in a process can inform inferences on the preferences and/or intentions or interests of users, and the intensity of the preferences and/or intentions or interests. The brain patterns assessed may include MRI images, brain wave patterns, relative oxygen use, or relative blood flow by one or more regions of the brain.

Physiological responses may include any other type of physiological response of a user **200** that may be relevant for making preference or interest inferences, independently, or collectively with the other usage behavior categories. Other physiological responses may include, but are not limited to, utterances, vocal range, intensity and tempo, gestures, movements, or body position. Attention behaviors may also include other physiological responses such as breathing rate, heart rate, temperature, blood pressure, or galvanic response.

A seventh category of process usage behaviors is known as environmental conditions and physical location behaviors. Physical location behaviors identify geographic location and mobility behaviors of users. The location of a user may be inferred from, for example, information associated with a Global Positioning System or any other position or location-aware system or device, or may be inferred directly from location information input by a user (e.g., inputting a zip code or street address, or through an indication of location on a computer-implemented map), or otherwise acquired by the computer-based systems **925**. The physical location of physical objects referenced by elements or objects of one or more computer-based systems **925** may be stored for future reference. Proximity of a user to a second user, or to physical objects referenced by elements or objects of the computer-based application, may be inferred. The length of time, or duration, at which one or more users reside in a particular location may be used to infer intensity of interests associated with the particular location, or associated with objects that have a relationship, such as proximity, to the physical location. Derivative mobility inferences may be made from location and time data, such as the direction of the user, the speed between locations or the current speed, the likely mode of transportation used, and the like. These derivative mobility inferences may be made in conjunction with geographic contextual information or systems, such as through interaction with digital maps or map-based computer systems. Environmental conditions may include the time of day, the weather, temperature, the configuration of physical elements or objects in the surrounding physical space, lighting levels, sound levels, and any other condition of the environment around the one or more users **200**.

In addition to the usage behavior categories depicted in Table 1, usage behaviors may be categorized over time and across user behavioral categories. Temporal patterns may be associated with each of the usage behavioral categories. Temporal patterns associated with each of the categories may be tracked and stored by the one or more computer-based systems **925**. The temporal patterns may include historical patterns, including how recently an element, object or item of content associated with one or more computer-based systems **925**. For example, more recent behaviors may be inferred to indicate more intense current interest than less recent behaviors.

Another temporal pattern that may be tracked and contribute to derive preference inferences is the duration associated with the access or interaction with, or inferred attention toward, the elements, objects or items of content of the one or more computer-based systems **925**, or the user's physical proximity to physical objects referenced by system objects of the one or more computer-based systems **925**, or the user's physical proximity to other users. For example, longer durations may generally be inferred to indicate greater interest than short durations. In addition, trends over time of the behavior patterns may be captured to enable more effective inference of interests and relevancy. Since delivered recommendations may include one or more elements, objects or items of content of the one or more computer-based systems **925**, the usage pattern types and preference inferencing may also apply to interactions of the one or more users with the delivered recommendations **250** themselves, including accesses of, or interactions with,

explanatory information regarding the logic or rationale that the one more computer-based systems **925** used in deciding to deliver the recommendation to the user.

Adaptive Communications Generation

In some embodiments, adaptive communications **250***c* or recommendations **250** may be generated for the one or more users **200** through the application of affinity vectors.

For example, in some embodiments, Member-Topic Affinity Vectors (MTAVs) may be generated to support effective recommendations, wherein for a user or registered member **200** of the one or more computer-based systems **925** a vector is established that indicates the relative affinity (which may be normalized to the [**0**, **1**] continuum) the member has for one or more object sub-networks the member has access to. For computer-based systems **925** comprising a fuzzy content network-based structural aspect, the member affinity values of the MTAV may be in respect to topic networks.

So in general, for each identified user, which can be termed a registered member in some embodiments, e.g., member M, a hypothetical MTAV could be of a form as follows:

MTAV for Member M

| Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|
| 0.35 | 0.89 | 0.23 | 0.08 | . . . | 0.14 |

The MTAV will therefore reflect the relative interests of a user with regard to all N of the accessible topics. This type of vector can be applied in two major ways:

A. To serve as a basis for generating adaptive communications **250***c* or recommendations **250** to the user **200**

B. To serve as a basis for comparing the interests with one member **200** with another member **200**, and to therefore determine how similar the two members are

In some embodiments, an expertise vector (MTEV) may be used as a basis for generating recommendations of people with appropriately inferred levels of expertise, rather than, or in addition to, using an MTAV as in the exemplary examples herein. That is, the values of an MTEV correspond to inferred levels of expertise, rather than inferred levels of interests, as in the case of an MTAV.

To generate a MTAV or MTEV, any of the behaviors of Table 1 may be utilized. For example, in some embodiments the following example behavioral information may be used in generating an MTAV:

1) The topics the member has subscribed to received updates

2) The topics the member has accessed directly

3) The accesses the member has made to objects that are related to each topic

4) The saves or tags the member has made of objects that are related to each topic

This behavioral information is listed above in a generally reverse order of importance from the standpoint of inferring member interests; that is, access information gathered over a significant number of accesses or over a significant period of time will generally provide better information than subscription information, and save information is typically more informative of interests than just accesses.

The following fuzzy network structural information may also be used to generate MTAV values:

5) The relevancies of each content object to each topic

6) The number of content objects related to each topic

Personal topics that are not shared with other users **200** may be included in MTAV calculations. Personal topics that have not been made publicly available cannot be subscribed to by all other members, and so could in this regard be unfairly penalized versus public topics. Therefore for the member who created the personal topic and co-owners of that personal topic, in some embodiments the subscription vector to may be set to "True," i.e. 1. There may exist personal topics that are created by a member **200** and that have never been seen or contributed to by any other member. This may not otherwise affect the recommendations **250** since the objects within that personal topic may be accessible by other members, and any other relationships these objects have to other topics will be counted toward accesses of these other topics.

In some embodiments the first step of the MTAV calculation is to use information I-4 above to generate the following table or set of vectors for the member, as depicted in the following hypothetical example:

TABLE 2

| Member 1 Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 1 | 1 | 0 | 0 | | 1 |
| Topic Accesses | 14 | 3 | 57 | 0 | | 8 |
| Weighted Accesses | 112 | 55 | 23 | 6 | | 43 |
| Weighted Saves | 6 | 8 | 4 | 0 | . . . | 2 |

The Subscriptions vector of Table 2 contains either a 1 if the member has subscribed to a topic or is the owner/co-owner of a personal topic or a 0 if the member has not subscribed to the topic. The Topic Accesses vector contains the number of accesses to that topic's explore page by the member to a topic over a period of time, for example, the preceding 12 months.

The Weighted Accesses vector of Table 1 contains the number of the member's (Member 1) accesses over a specified period of time of each object multiplied by the relevancies to each topic summed across all accessed objects. (So for example, if Object 1 has been accessed 10 times in the last 12 months by Member 1 and it is related to Topic 1 by 0.8, and Object 2 has been accessed 4 times in the last 12 months by Member 1 and is related to Topic 1 at relevancy level 0.3, and these are the only objects accessed by Member 1 that are related to Topic 1, then Topic 1 would contain the value 10*0.8+4*0.3=9.2).

The Weighted Saves vector of Table 1 works the same way as the Weighted Accesses vector, except that it is based on Member 1's object save data instead of access data.

In some embodiments, topic object saves are counted in addition to content object saves. Since a member saving a topic typically is a better indicator of the member's interest in the topic than just saving an object related to the said topic, it may be appropriate to give more "credit" for topic saves than just content object saves. For example, when a user saves a topic object, the following process may be applied:

If the Subscriptions vector indicator is not already set to "1" for this topic in Table 1, it is set to "1". (The advantage of this is that even if the topic has been saved before 12 months ago, the user will still at least get subscription "credit" for the topic save even if they don't get credit for the next two calculations).

In exactly the same way as a saved content object, a credit is applied in the Weighted Accesses vector of Table 2 based on the relevancies of other topics to the saved topic. A special "bonus" weighting in the Weighted Accesses vector of Table 2 may be applied with respect to the topic itself using the weighting of "10"-which means a topic save is worth at least as much as 10 saves of content that are highly related to that topic.

The next step is to make appropriate adjustments to Table 1. For example, it may be desirable to scale the Weighted Accesses and Weighted Saves vectors by the number of objects that is related to each topic. The result is the number of accesses or saves per object per topic. This may be a better indicator of intensity of interest because it is not biased against topics with few related objects. However, per object accesses/saves alone could give misleading results when there are very few accesses or saves. So as a compromise, the formula that is applied to each topic, e.g., Topic N, may be a variation of the following in some embodiments:

((Weighted Accesses for Topic N)/(Objects related to Topic N))*Square Root(Weighted Accesses for Topic N)

This formula emphasizes per object accesses, but tempers this with a square root factor associated with the absolute level of accesses by the member. The result is a table, Table 2A, of the form:

TABLE 2A

| Member 1 Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 1 | 1 | 0 | 0 | | 1 |
| Topic Accesses | 14 | 3 | 57 | 0 | | 8 |
| Weighted Accesses | 9.1 | 12 | 3.2 | 0.6 | | 2.3 |
| Weighted Saves | 0.9 | 1.3 | 1.1 | 0 | . . . | 0.03 |

In some embodiments, the next step is to transform Table 2A into a MTAV. In some embodiments, indexing factors, such as the following may be applied:

| Topic Affinity Indexing Factors | Weight |
|---|---|
| Subscribe Indexing Factor | 10 |
| Topic Indexing Factor | 20 |
| Accesses Indexing Factor | 30 |
| Save Indexing Factor | 40 |

These factors have the effect of ensuring normalized MTAV values ranges (e.g. 0-1 or 0-100) and they enable more emphasis on behaviors that are likely to provide relatively better information on member interests. In some embodiments, the calculations for each vector of Table 1A are transformed into corresponding Table 2 vectors as follows:

1. Table 3 Indexed Subscriptions for a topic by Member 1=Table 2A Subscriptions for a topic*Subscribe Indexing Factor
2. Table 3 Indexed Direct Topic Accesses by Member 1=Table 2A Topic Accesses*Topic Indexing Factor
3. Table 3 Indexed Accesses for a topic by Member 1=((Table 2A Weighted Accesses for a topic by Member 1)/(Max (Weighted Accesses of all Topics by Member 1)))*Accesses Indexing Factor



4. Table 3 Indexed Saves for a topic by Member 1=((Table 2A Weighted Saves for a topic by Member 1)/(Max (Weighted Saves of all Topics by Member 1)))*Saves Indexing Factor

The sum of these Table 3 vectors results in the MTAV for the associated member **200** as shown in the hypothetical example of Table 3 below:

TABLE 3

| Member 1 Indexed Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 0 | 10 | 10 | 10 | | 10 |
| Topic Accesses | 5 | 1 | 20 | 0 | | 8 |
| Weighted Accesses | 11 | 1 | 30 | 12 | | 6 |
| Weighted Saves | 0 | 10 | 40 | 1 | | 2 |
| Member 1 MTAV | 16 | 22 | 100 | 23 | . . . | 26 |

In some embodiments, member-to-member affinities can be derived by comparing the MTAVs of a first member **200** and a second member **200**. Statistical operators and metrics such as correlation coefficients or cosine similarity may be applied to derive a sense of the distance between members in n-dimensional topic affinity space, where there are N topics. Since different users may have access to different topics, the statistical correlation for a pair of members is preferentially applied against MTAV subsets that contain only the topics that both members have access to. In this way, a member-to-member affinity vector (MMAV) can be generated for each member or user **200**, and the most similar members, the least similar members, etc., can be identified for each member **200**. In some embodiments, a member-to-member expertise vector (MMEV) may be analogously generated by comparing the MTEVs of a pair of users **200** and applying correlation methods.

With the MTAVs, MMAVs, and Most Similar Member information available, a set of candidate objects to be recommended can be generated in accordance with some embodiments. These candidate recommendations may, in a later processing step, be ranked, and the highest ranked to candidate recommendations will be delivered to the recommendation recipient **200**,**260**. Recall that recommendations **250** may be in-context of navigating the system **925** or out-of-context of navigating the system **925**.

A variation of the out-of-context recommendation process may be applied for in-context recommendations, where the process places more emphasis of the "closeness" of the objects to the object being viewed in generating candidate recommendation objects.

For both out-of-context and in-context recommendations, a ranking process may be applied to the set of candidate objects, according to some embodiments. The following is an exemplary set of input information that may be used to calculate rankings.

1. Editor Rating: If there is no editor rating for the object, this value is set to a default
2. Community Rating (If there is no community rating for the object, this value can be set to a default)
3. Popularity: Indexed popularity (e.g., number of views) of the object.
4. Change in Popularity: Difference in indexed popularity between current popularity of the object and the object's popularity some time ago
5. Influence: Indexed influence of the object, where the influence of an object is calculated recursively based on

the influence of other objects related to said object, weighted by the degree of relationship to said object, and where the initial setting of influence of an object is defined as its popularity.

6. Author's Influence: Indexed influence of the highest influence author (based on the sum of the influences of the author's content) of the content referenced by the object
7. Publish Date: Date of publication of the object
8. Selection Sequence Type: An indicator the sequence step in which the candidate object was selected
9. Object Affinity to MTAV: The indexed vector product of the Object-Topic Affinity Vector (OTAV) and the MTAV. The values of the OTAV are just the affinities or relevancies between the object and each topic, which may be derived from behavioral and/or contents indexing processes.

A ranking is then developed based on applying a mathematical function to some or all or input items listed directly above, and/or other inputs not listed above. In some embodiments, user or administrator-adjustable weighting or tuning factors may be applied to the raw input values to tune the object ranking appropriately. These recommendation preference settings may be established directly by the user, and remain persistent across sessions until updated by the user, in some embodiments.

Some non-limiting examples of weighting factors that can be applied dynamically by a user **200** or administrator are as follows:

1. Change in Popularity ("What's Hot" factor)
2. Recency Factor
3. Object Affinity to MTAV (personalization factor)

Another example tuning factor that may be applied by a user **200** or administrator is contextual affinity, which is the degree of affinity of the object that is providing the context for the recommendation and its affinity to other objects, wherein the affinities are determined by means, for example, of applying its CTAV, or by comparison of its OCV to the OCVs of other objects. These weighting factors could take any value (but might be typically in the 0-5 range) and could be applied to associated ranking categories to give the category disproportionate weightings versus other categories. They can provide control over how important, for example, change in popularity, freshness of content, and an object's affinity with the member's MTAV are in ranking the candidate objects.

The values of the weighting factors are combined with the raw input information associated with an object to generate a rating score for each candidate object. The objects can then be ranked by their scores, and the highest scoring set of X objects, where X is a defined maximum number of recommended objects, can be selected for deliver to a recommendation recipient **200**,**260**. In some embodiments, scoring thresholds may be set and used in addition to just relative ranking of the candidate objects. The scores of the one or more recommended objects may also be used by the computer-based system **925** to provide to the recommendation recipient a sense of confidence in the recommendation. Higher scores would warrant more confidence in the recommendation of an object than would lower scores.

In some embodiments other types of recommendation tuning factors may be applied by a user **200** or administrator. For example, the scope of a social network, such as degrees of separation, may be adjusted so as to influence the recommendations **250**, and/or relationship types or categories of social relationships may be selected to tune recommendations **250**. Recommendation recipients **200** or administrators may also or alternatively be able to restrict objects **212** representing other specified users **200** from being recommended, or restrict objects authored or otherwise having an affiliation with other specified users.

In some embodiments the scope of geography or distance from a current location, including, but not limited to, the expected time to travel from the existing location to one or more other locations, may be tuned or adjusted so as to influence recommendations **250**. The expected time to travel may be a function of the actual or inferred mode of transportation of the recommendation recipient, road conditions, traffic conditions, and/or environmental conditions such as the weather. The specification of scope of geography, distance, and/or time-to-travel may be via an automated monitoring or inference of the recommendation recipient's current location, or may be via an explicit indication of location by the recommendation recipient through entering a location designation such as a zip code, or by indicating a location on a graphical representation of geography, for example, by indication location on a computer-implemented map display.

Other tuning factors that may be applied to influence recommendations **250** include the ability for the recommendation recipient to select a recommendation recipient mood or similar type of "state of mind" self-assessment that influences the generation of a recommendation. For example, a recommendation recipient might indicate the current state of mind is "busy," and less frequent and more focused recommendations **250** could be generated as a consequence.

For recommendations of people, recommendation recipients **200** can tune the recommendations **255** they receive by the degree of similarity of interests for one or more topics, according to some embodiments. Similarly, recommendation recipients may tune recommendations of people by the degree of difference in their level of expertise for one or more topics versus other users. This can be beneficial, for example, when a recommendation recipient seeks to receive recommendations of other people who have greater levels of expertise than themselves for one or more topics, but not too much greater levels of expertise.

In some embodiments, another type of tuning that may be applied by a user or administrator relates to the degree to which the capacity for enhanced serendipity is incorporated within the recommendation generating function **240** of the adaptive system **100**.

In some embodiments a serendipity function comprises an interest anomaly function that identifies contrasting affinities between a first user's MTAV and a second user's MTAV. Situations in which the first user's MTAV and the second user's MTAV have contrasting values associated with one or more topical areas, but wherein the two MTAVs otherwise have a higher than typical level similarity (as determined a vector similarity function such as, but not limited to, cosine similarity or correlation coefficient functions), present the opportunity for preferentially recommending objects **212** with a relatively high affinity to the topical areas associated with the contrasting MTAV affinities. More specifically, for two users **200** that have a relatively high level of similarity based on a comparison of their entire MTAVs, if the affinity values of the first user's MTAV corresponding to one or more topical areas is relatively high, and the affinity values of the second user's MTAV corresponding to the one or more topical areas is relatively low, then one or more objects **212** with relatively high OTAV values associated with the one or more topical areas may be preferentially recommended to the second user.

In some embodiments, the amount and/or quality of usage behavioral information on which the respective MTAV affinity values of the two users is based may additionally influence the generated recommendation **250**. Specifically, in the above example, if the affinity values of the second user's MTAV corresponding to the one or more topical areas are relatively low and there is relatively little behavioral information on which said affinity values are based, then there is even greater motivation to recommend one or more objects **212** with relatively high OTAV values associated with the one or more topical areas to the second user. This is because there is incrementally greater value in learning more about the user's interest than if the low affinities were based on inferences from a larger body of behavioral information, as well as there being a less likelihood of providing a recommendation **250** that is truly not of interest to the user.

In some embodiments, then, a general method of generating beneficially serendipitous recommendations combines the contrasting of topical affinities among users **200** and the relative confidence levels in the topical contrasting affinities. This approach provides a "direction" for generating recommendations that are further from inferred interests that would otherwise be generated. Besides direction, a serendipity function may also include a "distance" factor and a probability factor. That is, according to some embodiments generating serendipity can be thought of as exploring other areas of a multi-dimensional interest landscape, where the best inference based on historical behavioral information is a (local) maximum on the landscape. The serendipity function can be thought of as performing a "jump" on the interest landscape, where the jump is in a specified direction, for a specified distance, and performed with a specified frequency or probability. One or more of these serendipity distance, direction, and probability parameters may be tunable by a user **200** or administrator in accordance with some embodiments.

In some embodiments the serendipity function may include applying a degree of randomization in addition to, or instead of, applying the interest anomaly function. This randomization function may be applied when selecting objects **212** from a set of candidate objects to be recommended to a recommendation recipient rather than simply relying on deterministic scoring means. In such embodiments the serendipity tuning function can be used by a user **200** or administrator to control the degree to which delivered recommendations **255** deviate from the recommendations that would otherwise be delivered using purely deterministic means.

The serendipity distance may be generated in accordance with a mathematical function. In some embodiments, the distance and/or probability factors may be generated in accordance with a power law distribution—as a non-limiting example, the distance and/or probability factors may be in accordance with a Levy Walk function.

It should be understood that other recommendation tuning controls may be provided that are not explicitly described herein.

Knowledge and Expertise Discovery

Knowledge discovery and expertise discovery refer to "learning layer" functions that generate content recommendations and people recommendations **250**, respectively.

For expertise discovery, there are at least two categories of people that may be of interest to other people within a user community:



1. People who have similar interest or expertise profiles to the recommendation recipient, which may be calculated, for example, in accordance with MMAVs and MMEVs.
2. People who are likely to have the most, or complementary levels of, expertise in specified topical areas

Expertise discovery functions deliver recommendations **250** within a navigational context of the recommendation recipient **200**, or without a navigational context. In some embodiments, a person or persons may be recommended consistent with the "navigational neighborhood," which may be in accordance with a topical neighborhood that the recommendation recipient **200** is currently navigating. The term "navigating" as used herein should be understood to most generally mean the movement of the user's **200** attention from one object **212** to another object **212** while interacting with, or being monitored by, a computer-implemented user interface (wherein the user interface may be visual, audio and/or kinesthetic-based). Entering a search term, for example, is an act of navigating, as is browsing or scrolling through an activity stream or news feed through use of a mouse, keyboard, and/or gesture detection sensor.

In some embodiments expertise may be determined through a combination of assessing the topical neighborhood in conjunction with behavioral information **920**. The behavioral information that may be applied includes, but is not limited to, the behaviors and behavior categories in accordance with Table 1. As a non-limiting example, an expertise score may be generated from the following information in some embodiments:

1. The scope of the topical neighborhood, as described herein
2. The topics created by each user within the topical neighborhood
3. The amount of content each user contributed in the topical neighborhood
4. The popularity (which may be derived from accesses and/or other behaviors) of the content
5. The ratings of the content

In some embodiments, user-controlled tuning or preference controls may be provided. For example, an expertise tuning control may be applied that determines the scope of the navigational neighborhood of the network of content that will be used in calculating the total expertise scores. The tuning controls may range, for example, from a value V of 1 (broadest scope) to 5 (narrowest scope).

In some embodiments, the topical neighborhood of the currently navigated topic T may then defined as encompassing all content items with a relationship indicator R **718** to topic T **710***t* such that R>V−1. So if V=5, then the topical neighborhood includes just the content that has a relationship of >4 to the topic T, and so on. Expertise tuning may be effected through a function that enables expertise breadth to be selected from a range corresponding to alternative levels of V, in some embodiments.

In some embodiments, other tuning controls may be used to adjust expertise discovery recommendations **250** with regard to depth of expertise, in addition to, or instead of, breadth of expertise. For example, for a given navigational neighborhood, a user **200** or administrator may be able to adjust the required thresholds of inferred expertise for a recommendation **250** to be delivered to the recommendation recipient **200**, and/or may be able to tune the desired difference in expertise levels between the recommendation recipient and recommended people. Tuning of recommendations **250** may also be applied against a temporal dimension, so as to, for example, account for and/or visualize the

accretion of new expertise over time, and/or, for example, to distinguish long-term experts in a topical area from those with more recently acquired expertise.

In some embodiments, the expertise discovery function may generate recommendations **250** that are not directly based on navigational context. For example, the expertise discovery function may infer levels of expertise associated with a plurality of topical neighborhoods, and evaluate the levels of expertise for the topical neighborhoods by matching an MTAV or MTEV, or other more explicit indicator of topical expertise demand associated with the recommendation recipient **200** and a plurality of MTEVs of other users. Positive correlations between the expertise recommendation recipient's MTAV or topical expertise demand indicators and an MTEV, or negative correlations between the expertise recommendation recipient's MTEV and another MTEV, are factors that may influence the generation of expertise recommendations. In some embodiments, the MMAV or an expertise matching equivalent such as an MMEV of the recommendation recipient **200** may be applied by the expertise discovery function in evaluating other users **200** to recommend.

In some embodiments recommendation recipients **200** may select a level of expertise desired, and the expertise discovery function evaluates expertise levels in specific topical neighborhoods for matches to the desired expertise level. The recommendation recipient **200** may set the expertise discovery function to infer his level of expertise in a topical neighborhood and to evaluate others users for a similar level of expertise. The inference of expertise may be performed based, at least in part, by comparing the values of the recommendation recipient's MTEV with the associated topics in the specified topical neighborhood.

In some embodiments expertise may be inferred from the pattern matching of information within content. For example, if a first user **200** employs words, phrases, or terminology that has similarities to a second user **200** who is inferred by the system to have a high level expertise, then everything else being equal, the system **100** may infer the first user to have a similar level of expertise and that is therefore also a higher than an average level of expertise. In some embodiments vocabularies that map to specific areas and/or levels of expertise may be accessed or generated by the system **100** and compared to content contributed by users **200** in evaluating the level of expertise of the users.

Recall that the MTEV can be generated from behavioral information, including but not limited to the behaviors **920** and behavioral categories described in Table 1, similarly to the MTAV, except expertise is inferred rather than interests and preferences. As just one example of the difference in inferring an expertise value associated with a topic rather than an interest value, clicking or otherwise accessing an object **212** may be indicative of a interest in the associated topic or topics, but not very informative about expertise with regard to the associated topic or topics. On the other hand, behaviors such as, but not limited to, creating objects, writing reviews for objects, receiving high ratings from other users with regard to created objects, being subscribed to by other users who have an inferred relatively high level of expertise, creation or ownership of topics, and so on, are more informative of expertise levels with regard to the associated topic or topics, and are preferentially applied in generating MTEV values according to some embodiments. Similarly to the generation of MTAVs, weights may be applied to each of multiple types of behavioral factors in



generating composite MTEV values in accordance with their expected relative strength of correlation with actual expertise levels.

In some embodiments a difference between the calculation method of an MTAV versus that of an MTEV is that MTAV values are indexed across topics—that is, the MTAV values represent relative interest levels of a user **200** among topics, whereas MTEV values are indexed across users **200**—that is, the MTEV values represent relative levels of expertise among users **200**.

In some embodiments, MTEV values may be calibrated using a benchmarking process, enabling an inference of an absolute level of expertise instead of, or in addition to, an inference of a relative level of expertise among users. For example, a test result or other type of expertise calibration information may be applied that establishes a benchmark expertise level for a user **200** across one or more topics. Expertise calibration means include, but are not limited to, educational proxies for expertise levels such as certifications, education programs, degrees attained, experience levels in a field or performing an activity, and/or current or past professions. For example, a recent graduate degree in a specific branch of mathematics would be indicative of a high level of expertise in that branch of mathematics, and likely a fairly high level of expertise in mathematical topics in general. The expertise calibration information may be available to the recommendation function **240** through a user's self-profiling behavior, or may be accessed through other means.

The inferred MTEV values for the benchmarked user can then be used as a basis for indexing the inferred MTEV values of other users **200**. This approach can be beneficial because an inferred expertise level that is calibrated against a benchmark level can enable the generation of more effective recommendations, particularly with regard to the generation of recommendations of content and/or topics. Whereas for recommendations of expertise (e.g., recommendations of other users), a purely relative expertise levels may be sufficient for generating useful recommendations, the process of generating recommendations of content or topics can often benefit from having a greater sense of absolute levels of expertise. This is particularly the case when the recommendation function **240** has access to information that is suggestive of the levels of expertise for which potentially recommended content or topics are appropriate. Information that is suggestive of the levels of expertise for which an object **212** will be most appropriate may be acquired by the recommendation function **240** through access to an explicit indication, such as, for example, through and expertise level indication within meta-information **712** associated with an object **212**,**710**, or the recommendation function **240** may assess the expertise levels for which an object **212** would be most appropriate through inferences from the content or information **232** within the object.

In some embodiments, the recommendation function **240** combines one or more MTAVs with one or more MTEVs in generating a recommendation **255**,**265**. For example, first, the MTAV of a recommendation recipient may be used by the recommendation function **240** to determine the one or more topics of highest interest to the recommendation recipient. The recommendation function may then compare the recommendation recipient's MTEV to the MTEVs of other users to identify one or more of the topics of highest interest for which the recommendation recipient has a lower level of expertise (or more generally, a complementary level of expertise) compared to one or more other users. The one or more other users whose MTEVs satisfy this condition are

then candidates for recommending to the recommendation recipient. Another example of combining MTAV and MTEV information in generating a recommendation **255**,**265** is first identifying the one or more topics of highest interest to the recommendation recipient, and then using the recommendation recipient's MTEV to recommend content or topics that are consistent with the MTEV values associated with the highest interest topics. Where the recommendation function **240** is able to assess the levels of expertise for which an item of content or topic are appropriate, those levels of expertise can be compared against the corresponding MTEV values and serve as at least one factor in the recommendation function users in deciding whether to recommend the item of content to the recommendation recipient.

Inferences of levels of expertise can be informed by collaborative behaviors with regard to other users **200** who are inferred to have given levels of expertise. In some embodiments users **200** are automatically clustered or segmented into levels of inferred expertise. Often, levels of expertise cluster—that is, people with similar levels of expertise preferentially collaborate, a tendency which can be beneficially used by the expertise inferencing function. A recursive method may be applied that establishes an initial expertise clustering or segmentation, which in conjunction with collaborative and other behaviors, enables inferences of expertise of these and other users not already clustered, which then, in turn, enables adjustments to the expertise clusters, and so on.

Inferences of expertise that are embodied within an MTEV may be informed by the contents of objects associated with a user **200**, in accordance with some embodiments. For example, the use, and/or frequency of use, of certain words or phrases may serve as a cue for level of expertise. More technical or domains-specific language, as informed by, for example, a word or phrase frequency table, would be indicative of level of expertise in a field. Other expertise cues include punctuation-question marks, everything else being equal, are more likely to be indicative of less expertise.

In some embodiments, when a recommendation of expertise in topical neighborhoods or for one or more specific topics is required, the selected topics are compared to user MTEVs to determine the best expertise match to the selected topics. For example, a specific project may require expertise in certain topical areas. These selected topical areas are then compared to MTEVs to determine the users with be most appropriate level of expertise for the project.

In some embodiments, the selected topics for which expertise is desired may be weighted, and the weighted vector of selected topics is compared to the corresponding topical expertise values in user MTEVs-positive correlations between the weighted vector of selected topics and the MTEVs of other users are preferentially identified. Mathematical functions are applied to determine the best expertise fit in the weighted selected topic case or the un-weighted selected topic case.

In some embodiments, the behaviors of users within one or more expertise segments or clusters are assessed over a period of time after an event associated with one or more topical areas. The event, embodied as an object **212**, could, for example correspond to a condition identified by another user or be identified and communicated by a device. The post-event behaviors assessed for expertise cohorts may then form the basis for recommended content, people, and/or process steps to be delivered to users **200** when the same or similar event occurs in the future. These event-specific recommendations **250** may be tempered by an assessment of the recommendation recipient's MMEV such that if relatively high levels of expertise are inferred relative to the event or related topics, then "best practice" process step recommendations **250** derived from the post-event behaviors associated with the highest expertise cohort may be recommended. If relatively lower levels of expertise are inferred relative to the event or related topics, then process step recommendations **250** derived with the highest expertise cohort may be supplemented with, for example, additional educational or verification steps.

Adaptive Semantic System and Method

Semantic approaches, as exemplified by, but not limited to, the Resource Description Framework (RDF), refer to system relationships that are represented in the form of a subject-predicate-object chain (a syntactic "triple"), wherein the predicate is typically a descriptive phrase, but can be a verb phrase, that semantically connects the subject with the object of the predicate. Since the subject and the object of the predicate can be represented as computer-implemented objects **212**, semantic chains can represent computer-implemented object-to-object relationships that are informed by the associated predicate in the semantic chain. Most generally, subjects, predicates, and objects of the predicates of semantic chains can each be represented in a computer-based system **925** as computer-implemented objects **212**. Semantic chains may be established manually, but can also be generated automatically by the computer-based system **925** through, for example, natural language processing (NLP) techniques that are applied to text strings such as sentences within a computer-implemented object **212** so as to automatically decompose the text into one or more semantic triples. Additional or alternative automatic techniques that can be applied by the computer-based system **925** to extract semantic chains from natural language can include generating vectors of values for language elements such as words or phrases within one or more objects **212**, and generating relationships based on vector comparisons among these language elements. Text can additionally or alternatively also be automatically analyzed through the application of a graphical-based logical form in which elements of text are represented as nodes and edges of the graph represent grammatical relationships to derive semantic chains. Semantic chains that are derived from natural language using these or other techniques known in the art may then be linked or chained together as is described in more detail herein. More generally, semantic chains can be represented by predicate calculus, and it should be understood that processes disclosed herein with respect to semantic chains apply more generally to predicate calculus-based representations.

In some embodiments weightings, which may comprise probabilities, are applied to semantic chains. For example, the semantic chain Object(1)-Predicate(1)-Object(2) may have a weighting (which may be normalized to the range 0-1), "W1" assigned to it: W1(Object(1)-Predicate(1)-Object(2)). Such a weighting (which may be termed a "W1-type" weight or probability hereinafter) may correspond to a probabilistic confidence level associated with the semantic chain. The weighting may be calculated by inferential statistical means based upon content-based patterns and/or user behavioral patterns (such as word or phrase matching frequency and/or length matched chain sub-elements). For example, the semantic chain "Red Sox-is a-team" might be assigned a weighting of 0.80 based on an inferential confidence given a first set of textual content from which the semantic chain is statistically inferred (and where "textual" or "text" as used herein may be in written or audio language-

based forms). This weighting might be increased, say to 0.99, based on an analysis of additional text that seems to strongly confirm the relationship. Such weightings may therefore be considered probabilities that the inference is true—that is, the probability that the inference accurately reflects objective reality. It should be understood that such probabilistic inferences with respect to semantic chains may be made basis inputs other than just through the analytic processing of text-based computer-implemented objects. Such inferences can be alternatively or additionally be made with respect to patterns of information that are identified with respect computer-implemented objects **212** comprising images or audio-based information, for example. For example, in some embodiments, neural network-based systems are trained to make inferences of relevant semantic chains from text and/or images and to inform W1-type weights associated with the inferred semantic chains. In some embodiments Bayesian program learning-based processes are applied to make inferences of relevant semantic chains from text and/or images and to inform W1-type weights associated with the inferred semantic chains.

In addition, or alternatively, a contextual weighting, "W2", may be applied that weights the semantic chain based on the relative importance or relevance of the relationships described by the semantic chain versus other relationships with respect to one or both of the objects (which may be included in one or more other semantic chains) within the semantic chain (and such weights may be termed a "W2-type" weight hereinafter). For example, a W2-type weight as applied to the semantic chain "Red Sox-is a-team" may be greater than the W2-type weight applied to the semantic chain "Red Sox-is a-logo" for a particular inferential application. While both semantic chains may be valid (that is, accurately reflect objective reality), the term "Red Sox" as used in a randomly selected item of content is more likely to be used in the context of being a team than as being used in the context of being a logo, and should therefore, everything else being equal, be more likely be used as a basis for subsequent computer-implemented semantic interpretations of content that includes a reference to "Red Sox". As in the case of W1-type weights, W2-type weights may correspond to probabilities, and may be established and/or adjusted based on statistical inferences from content (in a simple, non-limiting example, based on the frequency of co-occurrences of the respective objects in the semantic chain within a corpus of content) and/or from inferences derived from user **200** behaviors as described in Table 1. Alternatively, W2-type weightings may be explicitly established by humans.

So, in summary, whereas weightings of the type associated with W1 can be construed to be the probability that the associated semantic chain accurately reflects objective reality, weightings of the type associated with W2 can be construed to be the probability the associated semantic chain validly applies semantically in the context of interpreting specified content.

These foregoing semantic representations are contrasted with behavioral-based user-predicate-object computer-implemented representations, which, while they can be represented in a similar chain or "triple" form as RDF, are distinguished in that the subject in behavioral-based chains represents or refers to an actual user **200** of the computer-based system **925**, and the associated predicate represents actions or behaviors **920** that the user **200** of the system exhibits or performs in association with a system object **212**, or in which the associated predicate is an inference, for example, of the user's **200** state of mind or, as another example, a historical event associated with the user **200**. The predicates of the behavioral-based triple may include, but are not limited to, actions or behaviors **920** exhibited by the user as described by Table 1 and associated descriptions. The predicates of some types of behavioral-based triples may comprise computer-generated inferences rather than a specifically performed or monitored behavior **920** in some embodiments. For example, for the behavioral-based triple User(1)-Is Interested In-Object(1), the predicate "Is Interested In" may be an inference derived from from one or more usage behaviors **920**. As another example, for the behavioral-based triple User(1)-Has High Expertise In-Object(1), the predicate "Has High Expertise In" may be an inference derived from one or more usage behaviors **920** and/or an analysis of content. These two examples comprise inferences of a user's state of mind or capabilities. More concrete inferences, such as of events or relationships, may also be made—for example, the behavioral-based triple User(1)-Worked For-Object(1), the predicate "Worked For" may be an inference that is made from a statistical analysis of content and/or from one or more usage behaviors **920**. In such event-based applications temporal indicators such as a timestamp or time period may be associated with the associated behavioral-based triple. Such temporal indicators can further enable the computer-based system **925** to make connections between events and promote more effective inferencing.



W1-type weights may be applied to behavioral-based chains that comprise an inferred predicate relationship between the user **200** and the object of the predicate, the W1-type weight thereby representing the degree of confidence that the behavioral-based chain represents objective reality, whereby objective reality in this case may constitute the user's current or future state-of-mind.

Behavioral-based triples may be with respect to "real-world" locations or physical objects that are located at a particular point or proximity in space and/or time, in some embodiments. For example, a user **200** may be determined to be at Fenway Park by, for example, matching the user's currently inferred location from a location-aware device that is associated with the user to a computer-implemented map that maps physical objects such as Fenway Park to particular geographical locations. This determination could be represented, for example, as the behavioral-based triple User(1)-Is Located At-Fenway Park, and with an associated time stamp t(1). This same approach can be applied to simulations of real-world environments or real world-like environments (i.e., virtual reality applications), where the user **200** in the behavioral triple is represented in the simulation, by, for example, an avatar.

Behavioral-based triples may be with respect to two people, and the object of the predicate of the triple may represent or reference another system user **200**. For example, User(1)-Is Located Near-User(2) is an example of an event-based behavioral triple (and that may have an associated temporal indicator) and User(1)-Is a Friend of-User(2) is an example of an inferential behavioral triple, in which the system automatically infers the "Is a Friend of" predicate.

In summary, while the subjects and predicates in semantic triples are therefore generally different in nature from behavioral-based triples, the similarity of syntactical structure can be beneficially used to extend semantic-based approaches so that they are adaptive to users **200**.

In some embodiments semantic chains are converted to OTAVs. Predicate relationships between objects are transformed to numerical values (i.e., affinities) in such embodi-

ments, which can have, for example, scalability advantages. These OTAV affinities may correspond to, or be influenced by or calculated from, corresponding W1-type or W2-type semantic chain weightings.

In some embodiments, the behavioral-based representations of user-predicate-object are linked to semantic-based object-to-object **212** relations **214**. For example, for a specific computer-implemented object **212**, denoted as Object (1), for which there is at least one user behavioral-based relationship, User-Predicate(1)-Object(1) (where Predicate (1) may comprise an inference), and at least one semantic relationship between objects—for example, an RDF-based relationship of the form, Object(1)-Predicate(2)-Object(2) (where Predicate(2) may comprise an inference), inferences with respect to User **200** and Object(2) may be derived from the extended chain of User-Predicate(1)-Object(1)-Predicate (2)-Object(2). In this example, Object(1) enables the linking because it is commonly referenced by the behavioral-based chain and the semantic chain. Most generally, such linking can be performed when the subject of the semantic chain has a correspondence to the object of the predicate of the behavioral-based chain. The correspondence between such subject and object pairs may be based, for example, on the subject and object referring to the same entity or information, or representing the same entity or information.

Composite chains can be extended indefinitely by identifying the subject of a semantic chain that has a correspondence with the terminal object of a predicate of a composite chain, and linking the identified semantic chain to the end of the composite chain, thereby assembling a new, extended composite chain, which can in turn be extended.

In some embodiments, one or more of the constituent semantic chains of such composite chains may include W1-type and/or W2-type weightings. Mathematical operations may be applied to these weightings to derive a composite weighting or probability for the composite chain. For example, where there are multiple individual semantic chain weightings that each correspond to a probability within a composite chain, and probabilistic independence is assumed, the individual weightings may be multiplied together to yield a composite chain probability, e.g., a probability that the composite chain is a valid inference of objective reality and/or a probability that the composite chain semantically validly applies to an interpretation of particular content.

Further, as previously described herein, behavioral-based chains may be weighted as well with W1-type weights that correspond to the probability that the inference of the behavioral-based chain accurately reflects objective reality—in some cases, objective reality being a conscious or unconscious mental state of the user that cannot be directly assessed, but must rather be inferred from behaviors **920**. This type of behavioral-based chain weighting may be combined with mathematical operations (such as multiplication) with one or more semantic chain weightings to yield a composite chain weighting or probability. Such composite weightings may correspond to affinity values of MTAVs or MTEVs in some embodiments; for example, where a composite chain includes a terminal object (last object in the semantic chain) that comprises a topic that is also associated with an MTAV or MTEV.

Recommendations **250** can then be generated based on these linked or composite chains. As a simple non-limiting example, assume that a behavioral-based triple is, User(1)-“likes”-Object(1), whereby the predicate “like” is a user action **920** of “liking” a computer-implemented object as described by the descriptions that are associated with Table



1. This behavioral-based triple might be applied directly, or it may serve as a basis (along with potentially other behavioral-based chains) for an inferential behavioral-based chain such as, User(1)-Is Favorably Disposed Toward-Object(1), whereby the predicate “Is Favorably Disposed Toward” is inferred from one or more usage behaviors **920** (such as a “like” action by a user **200**) and/or from content-based pattern matching. The confidence with respect to this inference may be encoded as a W1-type weighting that is associated with the inferred behavioral-based triple.

As a further example, assume that there exists a semantic triple of Object(1)-“is a”-Object(2), wherein the “is a” predicate designates that Object(1) is a type of, or subset of, Object(2). The system can then generate the composite chain User(1)-“likes”-Object(1)-“is a”-Object(2). The system can then make an inference that User(1) likes or is favorably disposed toward Object(2), and may apply weightings that are associated with the behavioral-based based chain and/or the semantic chain in quantifying the degree of confidence with respect to the inference. Such quantifications may be encoded as one or more affinity values within the MTAV of User(1), in some embodiments. Other composite chains terminating with Object(2) could additionally be applied that could have a further effect on the inference quantification (e.g., strengthening or weakening the confidence in the inference).

It should be recalled that a computer-implemented object **212** as defined herein can comprise content, or a pointer to content, that is in the form of a document, image, or audio file, but can also be a topic object, which comprises a label or description of other objects. So another non-limiting example is, User(1)-“viewed”-Object(1), where the predicate “viewed” is a user **200** action of viewing a computer-implemented object as described by Table 1, and Object(1)-“is about”-Object(2), where Object(2) is a topic object or tag that designates “baseball.” The system can then determine the composite chain User(1)-viewed-Object(1)-is about-Object(2). The system therefore determines that user(1) has viewed content that is about baseball, and could therefore be able to infer a user interest with respect to baseball. To continue the example, assume a semantic triple of Object (1)-“is about”-Object(3), wherein Object(3) is a topic object or tag that designates “Red Sox.” Then, assume there also exists the semantic triple, Red Sox-is located-Boston. The system can then assemble the chain, User(1)-viewed-Object (1)-is about-Red Sox-is located-Boston, which could allow the system to infer that User(1) has an interest in Boston or things located in Boston in general, although this would likely be a very weak inference in this example given only one view behavior, and this weak inference could be encoded as a corresponding low weighting or probability associated with the composite chain that is derived from weightings or probabilities associated with the composite chain’s behavioral-based chain (or weightings or probabilities of a corresponding inferred behavioral-based chain derived, at least in part, from the User(1)-“viewed”-Object (1) chain) and/or with one or more of the composite chain’s constituent semantic chains.

FIG. **14**A summarizes the computer-implemented process **600** for generating recommendations **250** or, more generally, personalized communications, **250***c*, derived from the linking of behavioral-based and semantic chains and the performing of inferences from the resulting composite chains. In the first step **610** of the process **600** a behavioral-based chain that includes a subject that is associated with a user **200** is accessed. A semantic chain is then identified **620** that comprises a subject-predicate-object triple in which the

subject has a correspondence with the object of the predicate of the behavioral-based chain. This correspondence enables linking **630** the behavioral-based chain and the semantic chain to form a composite chain. One or more additional semantic chains may be identified **640** to be linked to the composite chain by identifying any semantic chains that comprise a subject that has a correspondence to the terminal object of the composite chain. If at least one such semantic chain is identified, the semantic chain may be added to the composite chain, thereby creating a new composite chain, and step **640** may be repeated with this resulting composite chain. After assembly of the composite chain is completed, inferences may be performed **650** that are derived from the composite chain and its associated probabilities as described herein. The inferences may then be used to generate **240** recommendations **250**, or more generally, personalized communications **250***c*.

Inferences derived from composite behavioral-based and semantic chains can be used to generate MTAV and/or MTEV or values. In the example above, "Boston" could be a topic in the MTAV of User(1) with an associated inferred affinity value. Had the predicate in the example above been "created" instead of "viewed" and other users had rated Object(1) highly, then "Red Sox", might be a topic in the MTEV of User(1) with an associated inferred affinity or expertise value.

In some embodiments linked behavioral-based and semantic chains can be further linked or mapped to OCVs. For instance, in the example above, if the term "Red Sox" has a sufficiently high value in the OCV associated with a document embodied in an object **212**, then an inference might be made by the computer-based system **925** between User(1) and the associated object **212** that has a sufficiently high value for "Red Sox" in the object's OCV. This inference could in turn become a basis for a recommendation **250**.

While these examples are with respect to behavioral-based and semantic triples, other syntactical structures or symbolic representations can also be applied by the computer-based system **925**—for example, this method of integration of behavioral-based and semantic chains can be applied to syntactical structures that are in accordance with, or can be represented by, a predicate calculus. In some embodiments, semantic chains may be alternatively represented as taxonomies or ontologies such as hierarchical structures.

In some embodiments a semantic chain or composite chain may constitute a metaphorical semantic or composite chain, which may be also be termed a metaphorical construct herein. Metaphorical semantic chains and/or metaphorical composite chains can be applied to generate communications **250***c* that are perceived to be particularly creative or humorous, for example, or to perceive or interpret creativity or humor associated with information that is processed by the computer-based system **925**.

A metaphor can be considered a semantic relationship that is transferred from one context or subject area to another context or subject area. For example, "strike out" in its original context of baseball is a failure by a batter to put a baseball into play or draw a walk. So among a number of semantic chains that are valid in this context is the generalized semantic chain, Strike out-is a-Failure. Such a semantic chain may be automatically inferred from, for example, a statistical analysis of a corpus of content, application of a computer-implemented neural network on the corpus of content, or may be manually determined, and may have a W1-type weight associated with it. Derivation of this particular semantic chain from a specific domain of application (in this case, baseball) constitutes a process of context stripping and transferring—that is, the original context of baseball is "stripped" from the semantic chain, and then transferred to a more generalized semantic relationship as embodied by the resulting semantic chain in this example. This context stripping and transfer process, which may be automated, enables the resulting more generalized semantic chain to then be extended or transferred to other contexts (in this case, outside of the domain of baseball).



For example, if a sales person fails to find a customer, as encoded by the semantic chain, Sales_Person-failed finding-Customer, the semantic chain Strikeout-is a-Failure could be substituted to yield the semantic chain, Sales_Person-struck out finding-Customer. In the process of generating communications **250***c*, the computer-based system **925** starts with Sales_Person-failed finding-Customer chain and then searches for a domain-specific example of the predicate "failing," such as the baseball-based semantic chain Strike out-is a-Failure. "Struck out" is then substituted for "failed" in assembling the new chain, yielding the metaphorical construct Sales_Person-struck out finding-Customer.

In interpreting metaphorical expressions, the process is reversed, with the computer-based system **925** starting with a literal or derived Sales_Person-struck out finding-Customer chain and then searching for more generalized meanings of the term "struck out" such as that which is encoded by the example semantic chain, Strike out-is a-Failure. Possibly in conjunction with other contextual clues, the computer-based system **925** then infers the chain Sales_Person-failed finding-Customer chain, and may generate a W1-type weight associated with the inferred chain.

While metaphorical constructs within communications **250***c* can enhance the perception by communication recipients **200** of an inherent capacity for creativity of the computer-based system **925**, a balance is preferably struck in the generation and communication of metaphorical constructs. For example, if a metaphorical construct is too often generally used it can seem clichéd. If the metaphorical construct has never been used, or too many of such very rare or unique metaphorical constructs are communicated within a given time period or volume of communications **250***c*, the communications **250***c* may seem too strange for the tastes of many recipients **200**. Therefore, in some embodiments the process for generating a metaphorical construct by the computer-based system **925** includes first searching through a corpus of information to determine if a metaphorical construct is sufficiently rare to be considered creative. However, if the metaphorical construct seems to be very rare or even unique based on the search, it might be rejected, or only be selected in accordance with a probabilistic selection process. In some embodiments the probability distribution applied by such a probabilistic selection process is tunable by a user **200** so as to enable the increase or decrease of the level of metaphorical-based creativity embodied by communications **250***c*, and constitutes a tunable aspect of the overall personality of the computer-based system **925**.

FIG. **14**B summarizes the process flow for generating creative communications **250***c* (and that may further be self-referential) in accordance with some embodiments. The first step **615** is, given a first semantic chain, to identify a second semantic chain that generalizes the context of the first semantic chain. The second step **625** is to identify a second context that is different that is different than the context of the first semantic chain, but that has a semantic relationship to the context of the first semantic chain. The third step **635** is to generate a third semantic chain by

applying the subject or predicate or a variation thereof of the first semantic chain to the second context. The fourth step **645** is to determine if the frequency of occurrence of the third semantic chain within an evaluative corpus of content is within an acceptable range. If the frequency of occurrence of the third semantic chain is within the acceptable range, then the fifth step **655** is to apply a probabilistic communication creativity tuning factor or distribution to determine the probability of embodying the third semantic chain within a communication **250***c*.

In some embodiments, the capacity for generating or perceiving creativity is extended to a capacity for humor or with by the computer-based system **925**. Humor or with may be generated or perceived when a metaphorical construct has a further semantic connection, albeit indirect, to the original context. For example, while Sales_Person-struck out finding-Customer might be an example of creativity in communicating a situation, it might not typically be viewed as particularly witty or humorous. On the other hand, Jim-struck out-looking for his bat, might be viewed as witty. To be perceived as witty, a metaphorical chain generally needs to satisfy the following conditions: 1) it is not too often used (the extreme of too often used is clichéd) and 2) there is a somewhat subtle or indirect semantic connection to the original domain. Jim-struck out-looking for his bat probably satisfies the first condition and definitely satisfies the second condition since the general context remains baseball, but the generalization encoded by the semantic chain Strike out-is a-Failure is applied to a different target sub-context of baseball than the original sub-context. As another example, Jim-struck out finding-Customer might be considered humorous or witty if Jim is a current or former baseball player, a connection that might be discovered, for example, by the computer-based system **925** searching semantic chains that reference Jim or baseball and identifying from such a search the semantic chain Jim-plays-baseball. Further, this connection could have a higher probability of being applied than would otherwise be the case if the computer-based system **925** inferred that the recipient of a communication **925***c* would be expected to be aware of the fact that Jim plays baseball and so could be expected to appreciate the with of the metaphorical construct Jim-struck out finding-Customer. Such an inference could be made based on an evaluation of a corpus of behavioral and/or communication history of the recipient of the communication **925***c*, for example.

In summary, in some embodiments metaphorical-based with or humor is generated or perceived by the computer-based system **925** by first searching a corpus of information to determine if a metaphorical construct is sufficiently rare to be considered creative, and in accordance with any application of a creativity tuning factor. Second, the computer-based system **925** then evaluates if there exists a semantic connection to the original context, particularly a somewhat subtle connection. And third, the computer-based system **925** then evaluates if the recipient of the communication **250***c* that embodies the metaphorical construct is likely to be aware of the semantic connection, and therefore could be expected to appreciate the with embodied by the metaphorical construct.

In accordance with some embodiments, FIG. **15** depicts the integration of behavioral-based and semantic chaining processes with formal learning processes. Such formal learning processes can be managed through the application of a Learning Management System (LMS) **800**. An LMS manages or accesses learning and/or educational histories for individuals, who may be users **200**, and determines learning and/or educational plans **805** based on users' **200** learning histories. The learning and/or educational plans **805** then inform formal learning activities **810** for individual users **200**. These formal learning activities **810** may include, but are not limited to, formal courses and virtual learning environments. The results of these formal learning activities **810** can be codified in the form of behavioral-based chains **815** for each user **200**, and stored in this form in a Learning Record Management System (LRS) **820**. (Behavioral-based chains are described in an equivalent form of "Actor-Action-Object" in FIG. **15**, in which the "Actor" is a user **200**, "Action" is a predicate, and "Object" is the object of the predicate.). The LRS may also access and store behavioral-based chains **825** associated with the user **200** from a learning layer system **925**. The learning layer system **925** accesses behavioral-based chains associated with the user **200** from the LRS that originate from formal learning sources **815**, and combines them with behavioral-based chains **825** originating in the learning layer system **925**. These learning layer system-originating behavioral-based chains **825** can be stored in the LRS **820** and/or the learning layer system **925**. The learning layer system **925** uses the combined set of behavioral-based chains associated with the user **200** to link with semantic chains as described herein to form composite chains. These composite chains, and associated probabilities, can then be applied to make inferences, for example, of preferences and expertise levels, associated with the user **200**. These inferences then serve as a basis for personalized recommendations **250** of knowledge and expertise or other personalized communications **250***c*, and these personalized recommendations or communications can be considered to constitute part of an "informal learning" process with respect to the user **200**.

In some embodiments, the LMS **800** accesses **850** via the LRS **820** behavioral-based chains **815** associated with a user **200** that originate from formal learning activities and behavioral-based chains **825** associated with the user **200** that originate from informal learning activities. The LMS then generates learning or educational plans for the user **200** based on the behavioral-based chains **850** originating from both informal and formal learning processes. This method serves to beneficially integrate formal learning and informal learning processes.

Recommendation Explanation Generation

In addition to delivering a recommendation **250** of an object **212**, the computer-based application **925** may deliver a corresponding explanation **250***c* of why the object was recommended. This can be very valuable to the recommendation recipient **200** because it may give the recipient a better sense of whether to commit to reading or listening to the recommended content (or in the case of a recommendation of another user **200** whether to, for example, contact them or express an interest in connecting with them), prior to committing significant amount of time. For recommendations **250** that comprise advertising content, the explanation may serve to enhance the persuasiveness of the ad.

The explanations **250***c* may be delivered through any appropriate computer-implemented means, including, but not limited to delivery modes in which the recommendation recipient can read and/or listen to the recommendation. The general capability for delivering explanatory information **250***c* can be termed the "explanation engine" of the computer-based system **925**.

In some embodiments, variations of the ranking factors previously described may be applied in triggering explanatory phrases. For example, the following table illustrates non-limiting examples of how the ranking information can

be applied to determine both positive and negative factors that can be incorporated within the recommendation explanations. Note that the Ranking Value Range is the indexed attribute values before multiplying by special scaling factors, Ranking Category Weighting Factors, such as the "What's Hot" factor, etc.

TABLE 2E

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ranking Category | Ranking Value Range (RVR) | Transformed Range | 1st Positive Threshold | 2nd Positive Threshold | Negative Threshold |
| Editor Rating | 0-100 | RVR | 60 | 80 | 20 |
| Community Rating* | 0-100 | RVR | 70 | 80 | 20 |
| Popularity | 0-100 | RVR | 70 | 80 | 10 |
| Change in Popularity | −100-100 | RVR | 30 | 50 | −30 |
| Object Influence | 0-100 | RVR | 50 | 70 | 5 |
| Author's Influence | 0-100 | RVR | 70 | 80 | .01 |
| Publish Date | -Infinity-0 | 100-RVR | 80 | 90 | 35 |
| Object Affinity to MTAV | 0-100 | RVR | 50 | 70 | 20 |

An exemplary process that can be applied to generate explanations based on positive and negative thresholds listed in **2**E is as follows:

Step 1: First Positive Ranking Category—subtract the 1st Positive Threshold column from the Transformed Range column and find the maximum number of the resulting vector (may be negative). The associated Ranking Category will be highlighted in the recommendation explanation.

Step 2: Second Positive Ranking Category—subtract the 2nd Positive Threshold column from the Transformed Range column and find the maximum number of the resulting vector. If the maximum number is non-negative, and it is not the ranking category already selected, then include this second ranking category in the recommendation explanation.

Step 3: First Negative Ranking Category—subtract the Negative Threshold column from the Transformed Range column and find the minimum number of the resulting vector. If the minimum number is non-positive this ranking category will be included in the recommendation explanation as a caveat, otherwise there will be no caveats.

Although two positive and one negative thresholds are illustrated in this example, an unlimited number of positive and negative thresholds may be applied as required for best results.

In some embodiments explanations **250***c* are assembled from component words or phrases and delivered based on a syntax template or syntax-generation function. Following is a non-limiting example syntax that guides the assembly of an in-context recommendation explanation. In the syntactical structure below syntactical elements within { } are optional depending on the associated logic and calculations, and "+" means concatenating the text strings. (The term "syntactical element" as used herein means a word, a phrase, a sentence, a punctuation symbol, a semantic chain, a behavioral chain, or composite chain. The term "phrase" as used herein means one or more words.). Other detailed syntactical logic such as handling capitalization is not shown in this simple illustrative example.

{[Awareness Phrase (if any)]}+
{[Sequence Number Phrase (if any)]+ [Positive Conjunction]}+
[1st Positive Ranking Category Phrase]+
{[Positive Conjunction]+ [2nd Positive Ranking Category Phrase (if any)]}+
{[Negative Conjunction]+ [Negative Ranking Category Phrase (if any)]}+
{[Suggestion Phrase (if any)]}

The following section provides some examples of phrase tables or arrays that may be used as a basis for selecting appropriate syntactical elements for a recommendation explanation syntax. Note that in the following tables, when there are multiple phrase choices, they are selected probabilistically. "NULL" means that a blank phrase will be applied. [ ] indicates that this text string is a variable that can take different values.

System Awareness Phrases

| Trigger Condition | Phrase |
|---|---|
| Apply these phrase alternatives if any of the 4 Sequence Numbers was triggered | 1) I noticed that<br>2) I am aware that<br>3) I realized that<br>4) NULL |

Out-of-Context Sequence Number Phrases

| Trigger Condition | Phrase |
|---|---|
| Sequence 1 | 1) other members have related [this object] to [saved object name], which you have saved, |
| Sequence 2 | 1) members with similar interests to you have saved [this object] |
| Sequence 3 | 1) members with similar interests as you have rated [this object] highly<br>2) Members that have similarities with you have found [this object] very useful |
| Sequence 4 | 1) [this object] is popular with members that have similar interests to yours<br>2) Members that are similar to you have often accessed [this object] |

Note: [this object]="this 'content-type'" (e.g., "this book") or "it" depending on if the phrase "this 'content-type'" has already been used once in the explanation.

Positive Ranking Category Phrases

| Trigger Category | Phrase |
|---|---|
| Editor Rating | 1) [it] is rated highly by the editor |
| Community Rating* | [it] is rated highly by other members |
| Popularity** | 1) [it] is very popular |
| Change in Popularity | 1) [it] has been rapidly increasing in popularity |
| Object Influence | 1) [it] is [quite] influential |
| Author's Influence | 1) the author is [quite] influential<br>2) [author name] is a very influential author |
| Publish Date | 1) it is recently published |
| Object Affinity to MTAV (1) | 1) [it] is strongly aligned with your interests<br>2) [it] is related to topics such as [topic name] that you find interesting<br>3) [it] is related to topics in which you have an interest<br>4) [it] contains some themes related to topics in which you have an interest |
| Object Affinity to MTAV (2) | 5) I know you have an interest in [topic name]<br>6) I am aware you have an interest in [topic name]<br>7) I have seen that you are interested in [topic name]<br>8) I have noticed that you have a good deal of interest in [topic name] |

Positive Conjunctions

| Phrase |
|---|
| 1) and |

Negative Ranking Category Phrases

| Trigger Category | Phrase |
|---|---|
| Editor Rating | 1) it is not highly rated by the editor |
| Community Rating | 1) it is not highly rated by other members |
| Popularity | 1) it is not highly popular |
| Change in Popularity | 1) it has been recently decreasing in popularity |
| Object Influence | 1) it is not very influential |
| Author's Influence | 1) the author is not very influential<br>2) [author name] is not a very influential author |
| Publish Date | 1) it was published some time ago<br>2) it was published in [Publish Year] |
| Object Affinity to MTAV | 1) it may be outside your normal area of interest<br>2) I'm not sure it is aligned with your usual interest areas |

Negative Conjunctions

| Phrase |
|---|
| 1) , although |
| 2) , however |
| 3) , but |

Suggestion Phrases (use only if no caveats in explanation)

| Phrase |
|---|
| 1) , so I think you will find it relevant |
| 2) , so I think you might find it interesting |
| 3) , so you might want to take a look at it |
| 4) , so it will probably be of interest to you |
| 5) , so it occurred to me that you would find it of interest |
| 6) , so I expect that you will find it thought provoking |
| 7) NULL |

The above phrase array examples are simplified examples to illustrate the approach. In practice, multiple syntax templates, accessing different phrase arrays, with each phrase array comprising many different phrases and phrase variations are required to give the feel of human-like explanations. These example phrase arrays above are oriented toward recommendations based on recommendation recipient interests as encoded in MTAVs; for recommendations related to the expertise of other users as encoded, for example, in MTEVs, explanation syntactical rules and phrase arrays tailored for that type of recommendation are applied. In some embodiments, explanatory syntactical rules and phrases are applied that are consistent with explanations of recommendations that are generated in accordance with both an MTAV and MTEV. For example, the resulting explanation **250***c* may indicate to the recommendation recipient why it is expected that a recommended item of content is expected to be relevant to them as well as being appropriate given their inferred level of expertise.

In some embodiments, phrases for inclusion in phrase arrays are generated from semantic chains that are derived by means of an automated analysis of content as described previously herein, whereby the automated analysis is directed to a starting set of one or more selected phrases. The derived phrases may be identified as a result of a process of performing multiple linkages of semantic chains. These semantically-derived phrases may further have W1 and/or W2-type probabilities associated with them. These probabilities may be applied so as to influence the frequency that a specific phrase will be selected for inclusion in a communication **250***c*.

As described above, a sense of confidence of the recommendation to the recommendation recipient can also be communicated within the recommendation explanation. The score level of the recommendation may contribute to the confidence level, but some other general factors may be applied, including the amount of usage history available for the recommendation recipient on which to base preference inferences and/or the inferred similarity of the user with one or more other users for which there is a basis for more confident inferences of interests or preferences. The communication of a sense of confidence in the recommendation can be applied to recommendations with regard to expertise, as well as interest-based recommendations. The degree of serendipity incorporated by the serendipity function may be communicated **250***c* to the user, and may influence the communication and related syntax and syntactical elements applied in the communication **250***c*, as well as affect the communication of the degree of confidence in a recommendation. The communication of a sense of confidence in a communication **250***c* in some embodiments may further, or alternatively, be influenced by weightings of W1 and/or W2 types described herein that are associated with a semantic chain or composite chains that comprise multiple semantic and/or behavioral chains, and that are used by the computer-implemented system **925** as a basis for making an inference.

In some embodiments, a recommendation explanation may reference a tuning factor and its setting. For example, if a user has set a recency tuning factor so as to slant the recommendations **255** toward recommending objects **212** that have been recently published, the explanation may contain words or phrases to the effect that acknowledge that a recommended object is in accordance with that setting. Or, for example, if a person is recommended in accordance with an expertise scope level set by the recommendation recipient **200**, the explanation might reference that setting as a justification for its recommendation (or alternatively, the explanation might acknowledge a tuning setting but indicate why other factors over-rode the setting in generating the explanation). For example, an exemplary recommendation explanation in such a case is, "Although Jim Smith's expertise does not appear to be the deepest in subject x, I infer that he has significant breadth of expertise in related subjects, and you have directed me to emphasize breadth of expertise."

Recommendation explanations are one type of behavioral-based communications **250***c* that the one or more computer-based applications **925** may deliver to users **200**. Other types of adaptive communications **250***c* may be delivered to a user **200** without necessarily being in conjunction with the recommendation of an object or item of content. For example, a general update of the activities of other users **200** and/or other trends or activities related to people or content may be communicated.

Adaptive communications **250***c* may also include contextual information in accordance with some embodiments. For example, contextual information may be provided to assist a user **200** in navigating the structural aspect **210**,**210**D of an adaptive system **100**,**100**D.

The adaptive communications **250***c* may include references to hierarchical structures—for example, it may be communicated to the user **200** that a topic is the parent of, or sibling to, another topic. Or for a fuzzy network-based structure, the strength of the relationships among topics and content may be communicated.

In some embodiments, adaptive communications **250***c* may include explanations of recommended objects **212** in which the explanations include references to words, phrases, concepts, and/or themes that are included within, or derived from, the contents of OCVs that are associated with the objects **212**. For example, the explanation may indicate to the recommendation recipient that a recommended object **212** is inferred to emphasize themes that are aligned with topics that are inferred to be of high interest to the recommendation recipient or which are appropriate for the recommendation recipient's inferred level of expertise on one or more topics.

In some embodiments, adaptive communications **250***c* comprise explanations of recommended objects **212** in which the explanations include references to words, phrases, concepts, and/or themes associated with semantic chains (which may be elements of composite semantic chains or composite behavioral-based and semantic chains) that are associated with, or reference, or form the basis for an inference with respect to, the recommended objects **212**. The explanations may include one or more subjects, predicates, and/or the objects of the predicates associated with one or more semantic chains. The information associated with a semantic chain that is included in such an explanation **250***c* may be derived from one or more linked behavioral-based and semantic-based chains. The explanation may include elements of both a behavioral-based chain and a semantic chain that are linked and that form a basis for the associated adaptive communication **250***c*. The explanation may include a reference to an inference that is made based on a linked behavioral-based and semantic chain. For example, given the example composite chain described previously herein, User(1)-viewed-Object(1)-is about-Red Sox-is located-Boston, for which the computer-implemented system **925** might infer that User(1) has an interest in Boston or things related to Boston in general, the explanation **250***c* for a recommendation comprising one or more objects **212** related to or referencing the city of Boston, might be, for example, of the syntactical form, "Since you have an interest in the Red Sox, I thought you might also be interested in this other aspect of Boston." A sense of confidence may be conveyed in the explanation that may be, for example, a function of the length of a linked behavioral-based and semantic chain on which an inference is based, and/or in accordance with weightings that are associated with one or more of the constituent behavioral-based and semantic chains of the composite chain. For example, the longer the chain, everything else being equal, the lower may be the level confidence in an inference. Both one or more W1-type and one or more W2-type weightings associated with semantic chains or composite behavioral-based and semantic chains may be applied in determining a recommendation confidence level that informs the phrases that are used to signal the degree of confidence within a communication **250***c*. Continuing the example above, if the composite probability of the composite chain, User(1)-viewed-Object(1)-is about-Red Sox-is located-Boston, is low, the explanation **250***c* for a recommendation comprising one or more objects **212** related to or referencing the city of Boston, might include syntactical elements that convey a lower sense of confidence, for example: "Since you have an interest in the Red Sox, I thought you might be interested in this other aspect of Boston, but I'm not very sure about that."

Adaptive communications **250***c* may also comprise one or more phrases that communicate an awareness of behavioral changes in the user **200** over time, and inferences thereof. These behavioral changes may be derived, at least in part, from an evaluation of changes in the user's MTAV and/or MTEV values over time. In some cases, these behavioral patterns may be quite subtle and may otherwise go unnoticed by the user **200** if not pointed out by the computer-

based system **925**. Furthermore, the one or more computer-based systems may infer changes in interests or preferences, or expertise, of the user **200** based on changes in the user's behaviors over time. The communications **250***c* of these inferences may therefore provide the user **200** with useful insights into changes in his interest, preferences, tastes, and over time. This same approach can also be applied by the one or more computer-based systems to deliver insights into the inferred changes in interests, preferences, tastes and/or expertise associated with any user **200** to another user **200**. These insights, packaged in an engaging communications **250***c*, can simulate what is sometimes referred to as "a theory of mind" in psychology. This approach may be augmented by incorporating inferred insights derived from automated analysis of semantic chains or composite chains that comprise one or more semantic chains and optionally, associated W1 and/or W2-type weights, the results of which may be numerically summarized and embodied in MTAVs and/or MTEVs as described herein, and which can provide a finer-grained and more nuanced set of topics or themes for which interest, preferences, and expertise are inferred over time.

In general, the adaptive communications generating function of the computer-implemented system **925** may apply a syntactical structure and associated probabilistic phrase arrays to generate the adaptive communications in a manner similar to the approach described above to generate explanations for recommendations. The phrase tendencies of the adaptive communications **250***c* over a number of generated communications can be said to constitute an aspect of the personality associated with the one or more computer-based applications **925**. The next section describes how in some embodiments the personality can evolve and adapt over time, based at least in part, on the behaviors of the communication recipients **200**.

Adaptive Personalities

FIG. **9** is a flow diagram of the computer-based adaptive personality process **500** in accordance with some embodiments of the present invention. A user request for a communication step **510** initiates a function **520** that determines the syntactical structure of the communication **250***c* that is to be delivered to the user **200**. The communication **250***c* to user **200** may be an adaptive recommendation **250**, an explanation associated with a recommendation, or other type of communication to the user, and may reference elements of one or more semantic chains. The communication **250***c* may be, for example, in a written and/or an audio-based format.

In accordance with the syntactical structure that is determined **520** for the communication, one or more phrases are probabilistically selected **530** based on frequency distributions **3030** (FIG. **11**) associated with an ensemble of phrases to generate **540** a communication **930** to the user.

User behaviors **920**, which may include, but not limited to, those described by Table 1 herein, are then evaluated **550** after receipt of the user communication. Based, at least in part, on these evaluations **550**, the frequency distributions **3030** of one or more phrases that may be selected **530** for future user communications are then updated **560**. For example, if the user communication **250***c* is an explanation associated with an adaptive recommendation **250**, and it is determined that the recommendation recipient reads the corresponding recommended item of content, then the relative frequency of selection of the one or more phrases comprising the explanation of the adaptive recommendation **250** might be preferentially increased versus other phrases that were not included in the user communication. Alternatively, if the communication **250***c* elicited one or more behaviors **920** from the communication recipient **200** that were indicative of indifference or a less than positive reaction, then the relative frequency of selection of the one or more phrases comprising the communication might be preferentially decreased versus other phrases that were not included in the user communication.



In FIG. **11**, an illustrative data structure **3000** supporting the adaptive personality process **500** according to some embodiments is shown. The data structure may include a designator for a specific phrase array **3010**. A phrase array may correspond to a specific unit of the syntax of an overall user communication. Each phrase array may contain one or more phrases **3040**, indicated by a specific phrase ID **3020**. Associated with each phrase **3040** is a selection frequency distribution indicator **3030**. In the illustrative data structure **3000** this selection frequency distribution of phrases **3040** in a phrase array **3010** is based on the relative magnitude of the value of the frequency distribution indicator. In other embodiments, alternative ways to provide selection frequency distributions may be applied. For example, phrases **3040** may be selected per a uniform distribution across phrase instances in a phrase array **3010**, and duplication of phrase instances may be used to as a means to adjust selection frequencies.

Self-Referential, Self-Aware, and Self-Directed Communications

In some embodiments, the User(1) in a behavioral-based chain of the form User(1)-Predicate(1)-Object(1) represents the computer-implemented system **925** itself that is the generator of a communication **250***c*. This enables the system to generate self-referential communications **250***c* that are based on, for example, composite behavioral-based and semantic chains. For example, the system might generate a communication **250***c* for delivery to a user **200** that comprises the phrase, "I was at Fenway Park last year with you," whereby the "I" in the phrase refers to the computer-implemented system **925** and the "you" refers to the user **200**, and "I was at" implies that at least some element of computer-implemented system **925** was physically proximal to the user **200** at Fenway Park last year, the "at least some element" presumably being embodied as a portable or mobile device. Further, the system could, for example, create a linkage with the semantic chain, Fenway Park-Is A-Baseball Park, so as to also be able to communicate the phrase, "I was at a baseball park last year with you," and so on. And further, if the system associates a W1-type probability that is not very high to the semantic chain, Fenway Park-Is A-Baseball Park, then the generated communication **250***c* might comprise the phrase, "I believe I was at a baseball park last year with you," to reflect this bit of uncertainty, or the communication **250***c* might comprise an interrogative syntactical structure in an attempt to resolve the uncertainty such as, "Was I at a baseball park with you last year?" If the response from the user **200** to the interrogative was, "Yes, you were with me at Fenway Park," the system might infer from the response that the W1-type probability associated with the semantic chain, Fenway Park-Is A-Baseball Park, should now be increased to a level that represents certainty or at least near certainty.

In some embodiments the computer-implemented system **925** stores W1 and/or W2 probabilities associated with behavioral chains, semantic chains, and/or composite chains over time—that is, a stored time stamp or equivalent is associated with the corresponding behavioral chains, semantic chains, and/or composite chains and their W1 and/or W2-type weights. This enables the computer-implemented system **925** to have an awareness of its change in beliefs, or

more generally, its learning, over time, and to be able to generate communications **250***c* that embody this self-awareness. For example, the system **925** might communicate a self-aware phrase such as, "I wasn't sure, but I now know . . . ," with respect to an inference from a composite chain when the composite W1-type probability associated with the composite chain has been increased from a formerly lower level to a high level. For changes in W2-type contextual probabilities, the system **925** might communicate a phrase such as, "I thought they meant, but I sense they mean . . . ," when the composite W2-type probability associated with the composite chain changes sufficiently to change an associated inference. Or, as another example, if a change in composite W1 or W2 probabilities associated with a composite chain significantly changes an inference derived from the composite chain, a syntactical structure such as, "I was surprised to learn . . . ," might be included in a corresponding communication **250***c*, or if an event occurs that is significantly opposed to the inference, "I was surprised that . . . ," for example, might be included in a communication **250***c*. Quantitative thresholds with respect to changes of composite probabilities associated with composite chains may be applied to trigger alternative phrases in communications **250***c* to users **200** so as to provide as human-like communications as possible. In general, the ability for the computer-implemented system **925** to access a history of probabilities it has assigned to behavioral chains, semantic chains, and/or composite chains enables the system to answer variations of the question, "What have you learned?" with respect to a subject in a way that can be constructed to be arbitrarily similar to the way in which a human would be expected to answer.

In some embodiments, the computer-implemented system **925** includes an imagination function that pro-actively and automatically adjusts, at least temporarily, W1-type composite weights, thereby enabling the generation of "alternative realities." For example, the phrase, "I can imagine Fenway Park being in New York," could be generated if the W1-type probability associated with the semantic chain Fenway Park-Is Located In-Boston is reduced to be a negligible level, and by then applying a context transferring process described below. In a different case, in which the W1-type probability is low, the W1-type probability can be automatically increased so as to enable the computer-implemented system **925** to envision a possibility, and to communicate the possibility, with syntactical elements such as, "I could see a scenario in which . . . ," or "I could envision that . . . ," within a communication **250***c*. For example, in response to the comment by a user **200**, "I'm going to a baseball game," the computer-implemented system **925**, having no significant basis for inferring that the user **200** is a baseball player could nevertheless adjust the relatively low default W1-type probability associated with that inference and could respond with a communication **250***c* such as: "As a fan or a player? I could see you as a baseball player." As another example, if the computer-implemented system **925** inferred that it (or an element of it) had never been to a baseball game, it might adjust the associated W1 probability and respond with a self-referential communication such as, "I can only dream of attending a baseball game."

In conjunction with, or alternatively to, adjusting W1-type weights to generate imagining-type communications **250***c*, the imagination function of the computer-implemented system **925** may apply a context transfer process. For example, the syntactical structure, "I can imagine Fenway Park being in New York," could be generated from the semantic chain Fenway Park-Is Located In-Boston by first finding a generalization of the context of Fenway Park, for example, as embodied by the semantic chain, Fenway Park-Is A-Baseball Park, and then searching for references to other baseball parks among a corpus of semantic chains and thereby identifying the semantic chain, Yankee Stadium-Is A-Baseball Park, followed by identifying the semantic chain Yankee Stadium-Is Located In-New York, and then transferring the context of the original semantic chain Fenway Park-Is Located In-Boston so as to assemble the phrase, "I can imagine Fenway Park being in New York."



Another example of applying context transferring by the imagination function to generate imaginative communications **250***c* is by means of a process in which the computer-implemented system **925** substitutes a different subject in a behavioral-based or semantic chain. For example, for the behavioral or semantic chain, Jim-Went To-Baseball Game, the computer-based system **925** could substitute the user **200** for the subject, Jim, and generate a communication **250***c* for delivery to the user **200** having a syntactical structure such as, "I can imagine you going to a baseball game." Or as another example, the computer-implemented system **925** could substitute itself as the subject of the behavioral or semantic chain, and generate a self-referential imaginative communication **250***c* such as, "I can only imagine going to a baseball game!"

The imagination function in any of these process variations may chain together behavioral and/or multiple semantic chains without limit in generating imaginative communications **250***c*.

In some embodiments the imagination function maps syntactical elements such as behavioral and/or semantic chains (or composites thereof) to images, or sequences of images such as images that compose a video, and vice versa, enabling internal visualizations of imaginative situations. For example, for an exemplary semantic chain such as Jim-Swings-the Bat, the computer-based system **925** searches for images that have associated syntactical elements that have a match with the semantic chain or syntactical elements thereof. This matching may be performed, for example, by the computer-based system **925** automatically searching through a corpus of images that have one or more syntactical elements such as words, phrases, or semantic chains that are associated with each of, or a collection of, the images, and then comparing the chain Jim-Swings-the Bat or elements thereof, or automatic inferences derived from other chains that are linked to the chain Jim-Swings-the Bat (such as, in this example, an inference that the chain refers to a baseball bat rather than the swinging of a flying mammal), to the syntactical elements that are associated with the images. The syntactical elements that are associated with the images can be manually established in some embodiments, or by, for example, application of automated learning systems such as a computer-implemented neural network that learns to make correspondences between patterns of pixels that compose images and syntactical elements that are associated with the images via a supervised or unsupervised process. In some embodiments Bayesian program learning-based processes are applied to make to make correspondences between patterns of pixels that compose images and relevant syntactical elements that are associated with the images. The one or more syntactical elements that are associated with each of the images may be associated with probabilities ("W3-type probabilities" hereinafter) that are indicative of the confidence level that the syntactical element accurately reflects the content of the corresponding image. These probabilities may be based upon information

that is extracted from a neural network or Bayesian program learning process that is applied to the images, according to some embodiments.

A W1-type score or weight may be calculated by the computer-based system **925** with respect to images, whereby the W1-type score or weight is determined in accordance with the strength of the match with the semantic chain. The strength of the match may be calculated as a function of factors such as the number exact matches of the source semantic chain to the syntactical elements associated with the images, the number of exact matches of the syntactical elements associated with the images to specific elements of the chain, and/or matches of the syntactical elements associated with the images to chains that are linked to the semantic chain. The W1-type image weight may also be calculated in a manner so as to take into account the ratio of the matches to the syntactical elements associated with an image that are not matched. For example, by providing more weight to high match/not-matched descriptive information ratios, less "cluttered" images are preferentially selected.

A W2-type weight that is associated with contextual relevance may also be calculated and associated with the images with respect to the semantic chain. As a non-limiting example, a ratio of contextual associations within a corpus of content may be applied in calculating these W2-type image weights. For example, if within the searched corpus of images, the semantic chain Jim-Swings-the Bat matches thousands of images of baseball players swinging a baseball bat, but matches only a few images of a person swinging a bat that is in the form of a flying mammal, then the W2-type weight for matched baseball images would be calculated to be higher than for the matched images of a person swinging the animal. The calculation may be in accordance with the raw ratio, or may be a mathematical function that is applied to the ratio. A total matching score or probability for each image may then be calculated as a function of both the W1-type and W2-type image weights in some embodiments, and in some embodiments W3-type probabilities are also included in the total score or probability that is associated with each image.

Responses by the computer-based system **925** to interrogatives associated with a source semantic chain may be generated based on the scored set of images. For example, the question, "Do you visualize Jim swinging the bat horizontally or vertically?" could be posed to the computer-based system **925** (posed either externally by a human or a computer-based system, or internally by the computer-based system **925** itself). An answer in response could be generated by the computer-based system **925** such as, "Horizontally, since he is most likely swinging a baseball bat." In assembling this response, evaluation of the W2-type weight or probability is applied by the automatic process that comprises the selecting of the syntactical elements "most likely" and "baseball bat." The determination that a baseball bat is more likely swung horizontally could be determined from descriptive information derived from a corpus of high scored images. This descriptive information might be in the form of syntactical elements associated with the images that is directly or indirectly (via, e.g., chaining) indicative that the bat is being swung horizontally. Or, in some embodiments, the determination that a baseball bat is most likely to be swung horizontally could be extracted from the images by accessing information from one or more feature detector nodes of a deep learning-based neural network that is applied to the images, whereby the one or more feature detector nodes have learned to detect representations of horizontal motions from patterns of pixels, and using this information as a basis for calculating a probability.

Imaginative images can be generated by the computer-based system **925** by substituting or superimposing the pixels associated with a digital image onto the pixels associated with another selected digital image. For example, in response to the interrogative, "Can you visualize Bill swinging a bat?" the computer-based system **925** could substitute an image of Bill (a person known to both the poser of the interrogative and the computer-based system **925**) for other people in one or more sufficiently scored images that are associated or matched with the chain Person-Swings-a Bat as described above. Similar to the example above, the question, "Do you visualize Bill swinging the bat horizontally or vertically?" could be posed, with a possible answer in response by the computer-based system **925** such as, "Horizontally, since he is most likely swinging a baseball bat."

FIG. **14**D summarizes the process flow of imaginative images that can be generated by the computer-based system **925** according to some embodiments by application some or all of the following process steps.

The first step **666** comprises receiving from an external or internal source a communication or image that comprises, or is associated with, one or more syntactical elements that potentially embodies an imaginative scenario.

The second step **671** comprises determining which subsets of the communication's or image's associated syntactical elements likely represent objective reality by performing a search in accordance with the one or more syntactical elements with respect to chains or other syntactical element-based information within a corpus of content, starting with a search with respect to the full set of the communication's or image's syntactical elements, followed by, if required, searches with respect to increasingly smaller subsets of the syntactical elements. This search process and syntactical element decomposition continues until all syntactical element subsets have been categorized as likely embodying objective reality or not (whereby the "likely" is embodied by a metric derived from calculating W1-type probabilities based on the associated strength of match and that may further also take into account W2-type and W3-type probabilities). If the set of syntactical elements comprising all of the syntactical elements probably represents objective reality, a communication **250***c* may be directed back to the source of the received communication or image that embodies the purportedly imaginative scenario indicating this determination along with an optional reference that is in accordance with a W1-type probability (and W3-type probability if applicable) that represents the computer-based system's **925** confidence that the communication or image actually represents objective reality. Otherwise step three is performed.

The third step **676** comprises identifying one or more images that have associated syntactical elements that best match (as embodied by a composite probability or score that is based on applicable W1, W2, and W3-type probabilities) the maximum subset of syntactical elements that were categorized as likely representing objective reality in step two. These one or more images will serve as the base image for a generated imaginative image.

The fourth step **681** comprises determining for each of the subsets of the syntactical elements that likely do not represent objective reality, a best-match (as embodied by a composite probability or score that is based on applicable W1, W2, and W3-type probabilities) image by performing a

search of a corpus of syntactical elements associated with images with respect to these subsets of syntactical elements.

The fifth step **686** comprises substituting or super-imposing the images that best match the syntactical elements that likely do not represent objective reality onto the base image, thereby generating an imaginative image that corresponds to the received imaginative communication or image.

The sixth step **691** comprises generating derivative chains, communications **250***c*, or images based upon the generated imaginative image as a result of, for example, by taking the generated imaginative image as input to the focus of attention process described by FIG. **14**C. If such generated chains, communications **250***c*, or images are directed internally to, and/or stored by, the computer-based systems **925**, then the computer-based systems **925** can use these generated chains, communications **250***c*, or images as inputs to step one of the process of FIG. **14**D, enabling a continuing and evolving stream of images, including imaginative images, and/or communications.

In some embodiments the process of FIG. **14**D, such as at for example, but not limited to, step two **671**, may include applying a neural network to a received image and then directly accessing the output of one or more feature extraction nodes of the neural network that is applied to the received image. The extracted feature in the form of a pattern of pixels are then tested for matches by the computer-based system **925** against sets of pixels that have associated syntactical elements. If the computer-based system **925** finds a sufficiently good match, the associated syntactical elements of the matched pixels are included in the computer-based system's **925** syntactical-based description of the received image and/or its identification of imaginary portions of the received image.

In some embodiments, alternative realities generated by the imagination function are stored for future access by the computer-implemented system **925** and the recollection of these alternative realities are incorporated in self-aware communications **250***c*. For example, a computer-based system **925** that imagines attending a baseball game and subsequently infers that it (or elements thereof) is actually located in close proximity of a baseball game (an awareness that would, for example, be encoded accordingly as a self-referential behavioral chain linked to one or more semantic chains), might communicate to the user **200**, for example, "I dreamed of attending a baseball game, and now I have!" Saved imaginative realities, whether embodied in syntactical-based communications **250***c* or imaginative images that are actually delivered to a user **200** or that are only stored internally by the computer-based system **925**, enable the system to respond to externally or internally sourced interrogatives about what the system has imagined or dreamed within a context that is posed by the interrogative. In this example, if asked where the computer-based system **925** has dreamed of going, it might well respond with the phrase, "Well, I have dreamed of attending a baseball game."

In some embodiments the degree to which imaginative communications **250***c* are generated is tunable by a user **200**. This imagination tuning control applies and/or adjusts a probability or probabilistic function that influences the chances that an imaginative context shifting will be applied in generating a given communication **250***c*.

The process of generating and saving imaginative communications **250***c* or imaginative images that are not necessarily communicated externally to a user **200** of the computer-based system **925** is extended more generally to other types of communications **250***c* or images according to some embodiments, the result of which can be considered constituting a "stream of consciousness" of the computer-based system **925**. Such communications **250***c* may be internally initiated or prompted rather than necessarily being directly responsive to current interactions with a user **200**. Such externally or internally-derived prompts may be attributable to a "focus of attention" of the computer-based system **925**. Such focuses of attention may be provided by, but not limited to, one or more of the following means:



1. Based on processing input from a sensor
2. Based on processing input from externally or internally sourced content
3. Based on a value of information and/or probabilistic selection process

The first of these means is whereby the focus of attention that serves as a basis for communications **250***c* is prompted by input from a sensor. As a non-limiting example, the computer-based system **925** can, by receiving input from a camera, sense and therefore become aware of a physical object, say, a tree, that then constitutes the focus of attention on which one or more communications **250***c* can be based. The identification of a physical object from the camera input, in this example case a tree, may be performed, for example, through the application of a neural network that is trained to identify such physical objects from image pixel patterns and to associate the identified object with one or more syntactical elements, as is described further herein, or additionally or alternatively through the application of a Bayesian program learning-based process. Next, for example, based upon the syntactical elements such as words, phrases, or semantic chains that are associated with the image of the tree, the computer-based system **925** could generate the behavioral-based chain, "I-Sec-A Tree," by combining a self-reference pronoun ("I") with a colloquial term for processing visual inputs ("See") and the object identified from the image inputs ("A Tree"). Other information could optionally be associated with the behavioral-based chain such as a W1-type weight and a time-stamp.

Then, for example, given the focus of attention on the tree and the conversion of this attention to an associated behavioral-based chain, having recently generated communications related to the domain of baseball, and having saved communications **250***c* related to the domain of baseball, the system **925**, by, for example, applying an algorithm that weights recency of events and uncertainty relatively highly in determining a focus of attention, could generate an internally-posed (i.e., self-directed) interrogative **250***c* that embodies wondering how trees and baseball might be related. (A grammatical transformation process may be applied by the computer-based system to create interrogative communications **250***c* from chains or elements thereof. As a non-limiting example, the grammatical transformation can comprise appending the syntactical elements "How are" and "related?" to the chains or their elements.) The system then initiates a search of semantic chains and/or composite chains in order to identify connections between the subjects of trees and baseball and, for example, identifies the semantic chains, Trees-Are Composed Of-Wood and Baseball Bats-Are Composed Of-Wood, as a connection between trees and the game of baseball. Continuing the example, the computer-based system, again applying an algorithm that weights recency of events and uncertainty relatively highly in determining a focus of attention, could then further pose the internally communicated interrogative of wondering what kind of wood baseball bats are made out of and whether it is the type of wood that is from the type of tree that is being considered. This interrogative could be posed

for internal delivery and consideration, triggering a search performed by the computer-based system **925** through content or semantic chains derived thereof, for an answer to the interrogative. If, for example, an answer cannot be found by this means, the computer-based system **925** might pose the interrogative **250***c* to a user **200** to ascertain whether the user **200** can provide the answer.

Similarly, the focus of attention in the above example could have alternatively been a result of the processing of audio, textual or image-based content that includes a reference to, or image of, a tree, and the same example flow as described in which the focus of attention derived from a sensor above could apply.

The awareness of objects that can potentially become a focus of attention through the processing of sensor inputs or externally or internally-sourced content (such as, for example, the representation of the tree that is contained in a content-based image or via camera input as described in the examples above, or in the form of words or phrases that are embodied in written or audio formats) may be through the application of neural network-based systems (such as, but not limited to, convolutional and recurrent neural networks) or algorithmic-based statistical pattern detection and/or matching processes according to some embodiments. For example, neural network-based systems may be trained on training sets comprising images and associated syntactical elements so as to enable the identification of syntactical elements (which may comprise semantic chains or syntactical elements from which semantic chains can be derived or inferred) from which communications **250***c* can be based as the computer-based system **925** becomes aware of new images for which the training set is relevant. Additionally, or alternatively, Bayesian program learning-based process may be applied to generate the awareness of objects that can potentially become a focus of attention.

The focus of attention that is derived from the awareness that is enabled by sensors or the processing of content is based on a prioritization process in accordance with some embodiments. For example, what is currently being sensed or processed and/or what has recently been communicated **250***c* either internally or externally may take default precedence. And a rule that prioritizes required responses may be applied, such as a rule that a current interaction with a user **200** takes precedence over purely internally delivered and saved communications **250***c*, for example.

The focus of attention may also be determined, and prioritized, based, at least in part, on a value of information and/or probabilistic-based process. This can be particularly useful when the computer-based system **925** has resources that are not otherwise fully engaged in a high priority focus of its attention. In such cases the system may select stored chains or communications **250***c* to serve as a focus of attention from which to pose internally-directed interrogatives or what-ifs (i.e., imaginative scenarios embodied as syntactical elements and/or images) for consideration, and then save the resulting communications **250***c* that are generated in response to the interrogatives or what-ifs.

For focuses of attention that are derived from a value of information-based process, in some embodiments the computer-based system **925** uses uncertainties that are derived from W1 or W2-type weightings associated with composite chains in determining a focus of attention. Value of information, which is a term of art in the field of decision analysis and is understood as such by one of ordinary skill in the art of that field, relates to the expected value of decreasing an uncertainty. Decreasing an uncertainty can be expected to have a positive value only if it has a potential to affect a decision. In some embodiments the decision that might be affected relates to choices in the generation of communications **250***c*. So, as a simple, non-limiting example, the computer-based system **925** might search for relatively low W1 or W2-type weightings that are associated with chains that have been recently applied in generating communications **250***c*, since it would be valuable to increase such W1 or W2-type weightings (i.e. reduce the uncertainty) to increase the probability of accurate communications **250***c*, particularly those that are inferred by the computer-based system **925** to have a relatively high probability of being relevant in the future, particularly the near future. In addition to the W1 or W2-type weightings, a utility function may also be considered by the computer-based system **925** in calculating a value of information, and this utility function may include factors such as the recency and/or the frequency of communications **250***c* that are based on specific chains, and whereby these chains have uncertainties embodied by the corresponding W1 or W2-type weightings.



Other probabilistic-related processes for the selection of focuses of attention are applied in accordance with some embodiments. For example, a probability function is applied to saved communications **250***c* or other syntactical elements such as semantic or composite chains accessible by the computer-based system **925**, so as to select the saved communications **250***c* or other accessible syntactical elements to chains to serve as a focus of attention. The probability function may be derived from, or applied in conjunction with, W1 and/or W2-type weightings that are associated with the saved communications **250***c* or other accessible semantic or composite chains. As a non-limiting example, the selection could be based on applying a uniform probability distribution to a selected subset of semantic or composite chains that have W1-type weights between 0.4 and 0.6. Such probabilistic approaches to the selection of a focus of attention can introduce a degree of randomization to the selection process, which can produce a beneficial degree of serendipity to the streams of consciousness of the computer-based system **925**, increasing the likelihood that focuses of attention and the resulting streams of consciousness that might not otherwise occur are explored by the computer-based system **925**. Such probabilistic approaches can be considered "dreaming" or "daydreaming" processes of the computer-based system **925** since they have analogies to the way the human mind can dream or wonder.

Awareness and focuses of attention of the computer-based system **925** can be directed to representations of software or hardware elements of the computer-based system **925** in some embodiments. So for a computer-based system **925** that is embodied in a humanoid form, for example, a focus of attention might be directed to a semantic or composite chain that represents constituent elements of the computer-based system **925** such as its natural language processing software or its mobility-enabling hardware such as legs. Such a focus of attention can serve as a basis for self-referential communications **250***c* that comprise references to the computer-based system's **925** software or hardware elements. The focus of attention can also be directed introspectively to attributes associated with internal states or changes, thereof, of the computer-based system **925**, such as aspects of its personality and/or what it has learned, and associated communications **250***c* can be generated accordingly as are described elsewhere herein.

A focus of attention can lead to overtly physical actions in some embodiments. As an example, for the example above in which focuses of attention are derived from a value of information-based process whereby it is determined that it

would be valuable to increase identified W1 or W2-type weightings (i.e. reduce the uncertainty that is associated with the corresponding chains), actions such as invoking a sensor or engaging in movements may be undertaken by the computer-based system **925** that are expected to have the potential to result in new information that will enable a reduction in uncertainty with respect to the corresponding chains. As inputs from sensors are processed after such actions are undertaken, probabilities may be updated, new awarenesses and focuses of attention of the computer-based system **925** are identified, and subsequent actions based on these new focuses of attention may be undertaken. Such recursive processes enable intelligently autonomous behaviors of the computer-based system **925**.

A focus of attention can lead to the generation of an imaginative scenario in some embodiments. For example, the computer-based system **925** can apply a W1-type probability adjustment and/or context shifting process, as described previously herein, to the focus of attention so as to generate a syntactical or image-based imaginative scenario, and the imaginative scenario may be self-referential and/or self-directed.

FIG. **14**C summarizes the process flow of recursive streams of attention (or “consciousness”) and/or autonomous behaviors of computer-based system **925** in accordance with some embodiments. The first step **665** comprises prioritizing potential focuses of attention and selecting a focus of attention based on the prioritization. The potential focuses of attention can be derived from external sources via, for example, information attained via sensors, from accessible content, or from internally stored information such as saved communications **250***c*, chains, or images. Prioritization of the potential focuses of attention may be through application of precedence rules or scoring algorithms, such as, but not limited to, and everything else being equal, assigning a higher priority for attending to user **200** requests or requirements, assigning a higher priority based on recency considerations, and/or assigning a higher priority based on probabilistic evaluations and/or value of information considerations. Language-based sources of potential focuses of attention (such as processing speech from a user **200** or processing digitized content) can be directly converted to one or more syntactical elements such as behavioral chains, semantic chains, or composite chains as described herein. In the case of non-language-based sources of information such as images, an associated language-based description comprising syntactical elements is first determined for each image (such as, but not limited to, by means of the application of a trained neural network to the images, for example), and then this language-based description can be converted to derivative syntactical elements such as behavioral chains, semantic chains, or composite chains. A particular focus of attention as represented by one or more behavioral chains, semantic chains, or composite chains is then identified based on the application of the prioritization rules or algorithms, including but not limited to considerations such as recency, uncertainty, value of information, and prioritization of required response, to the derived behavioral chains, semantic chains, or composite chains and associated uncertainties associated with each of the potential focuses of attention.

The second step **670** comprises identifying one or more chains that are relevant to the identified focus of attention. This step entails searching for other chains with the same or similar subjects, predicates, or objects as those of the focus of attention chain(s). It may also may entail linking chains that result from the search into composite chains, including linking chains that result from the search with chains that represent the focus of attention.

The third step **675** comprises evaluating uncertainties, as represented by corresponding W1 and/or W2-type and/or W3-type weights, of the relevant chains determined by the previous step **670** and determining which uncertainties should be potentially targeted for reduction. This determination may be made in accordance with a value of information process as described previously herein.

The fourth step **680** comprises identifying and performing one or more actions that are expected to reduce the potentially targeted uncertainties. The identification may comprise a net value of imperfect information process that includes the expected “cost” (which may be an evaluative metric such as a financial cost and/or an evaluative utility metric that takes into account timing and risks) associated with the one or more candidate actions, and also takes into account the degree to which the one or more candidate actions can be expected to reduce the uncertainty (unless an action is expected to reduce the uncertainty to a negligible amount, the value of imperfect information rather than value of perfect information should preferably be calculated and applied). Prioritization of the candidate one or more actions by a net value of perfect or imperfect information method is then performed, with highest priority candidate action(s) selected to be performed. The selected action(s) is then performed by the computer-based system **925**. Candidate actions may include generating interrogative communications **250***c* directed to external agents such as users **200** or directed internally to (i.e., self-directed) the computer-based system **925** (in either case, with an expectation that an answer to the interrogative will reduce targeted uncertainties). Interrogative communications **250***c* are formed in some embodiments by transforming the chain(s) that is associated with the uncertainty that is targeted for reduction into an appropriate question. For example, if the W1-type weight associated with the semantic chain, Fenway Park-Is A-Baseball Park, is not at a maximum level (i.e., there is at least some degree of uncertainty with regard to the objective reality of the semantic chain), then an interrogative communication **250***c* could be generated by a grammatical transformation process of appending syntactical elements “Is” and a “?” (or, for example, via intonation rather than appending “?” if the communication **250***c* is delivered through auditory means) to the semantic chain to yield, “Is Fenway Park a baseball park?” Similarly, interrogative communications **250***c* can be generated from composite chains for which uncertainties are targeted for reduction by applying an appropriate grammatical transformation process. Interrogative communications **250***c* can also be formed by applying a grammatical transformation process that yields a question of how chains or elements thereof are related, as is described in a previous example herein. In addition to interrogative communications **250***c*, candidate actions may also include, but are not limited to, the computer-based system **925** accessing external content, introspecting, generating an imaginative scenario embodied as syntactical elements and/or an image, invoking a sensor, or engaging in movements.

The fifth step **680** of FIG. **14**C comprises assessing the results of the one or more candidate actions that are actually performed and updating the representations of the uncertainties (i.e., W1 and/or W2 and/or W3-type weightings or probabilities) according to the assessment of the results of the actions. The results of actions may or may not actually lead to a reduction of uncertainty. For example, for interrogative communications **250**C, answers may be confirm-

ing, disconfirming, or neither. If user **200** answers “Yes” to the question, “Is Fenway Park a baseball park?” then everything being equal, the WI weight would presumably be set to close to certainty (possibly depending on an assessment of the user’s reliability in such areas, etc.). If user **200** answers “I’m not sure,” then the W1 weight might remain at the same level as before the question was posed. For internally-directed interrogatives, a search engine or similar function is invoked to provide an answer, possibly in conjunction with a process of the linking of chains to make appropriate deductions. For example, in response to the introspective self-directed interrogative, “Have I been to a baseball park?” the computer-based system **925** could search for stored chains that indicate the computer-based system **925** or elements thereof were at a baseball park. Additionally, or alternatively, the term “baseball park” could be evaluated for matches with the results of a neural network-based or Bayesian program learning-based processing of stored historical images or video of physical locations and associated syntactical elements whereby the computer-based system **925** or elements thereof were proximal to a particular baseball park.

After probabilities that embody uncertainties are updated based on the result of performed actions (or not updated, if the performed action does not provide information that enables the relevant probabilities to be increased), the first step of the process **665** is again invoked. This closed loop process enables continuous, autonomous learning by computer-based system **925**.

The autonomous learning process of FIG. **14C** can further enable the computer-based system **925** to answer interrogatives of why it took the actions it did by relating relevant elements of the process in appropriately syntactically structured explanations. So, for example, if asked by the user **200**, “Why did you ask me about Fenway Park?” the computer-based system **925** might respond, “I thought it probably was a baseball park, but I wasn’t totally sure,” reflecting a less than certain but greater than zero level of the associated W1-type weight prior to asking the user **200** the question.

As described previously herein, in some embodiments, the computer-implemented system **925** may include a metaphor-based creativity function that applies the results of a context stripping and transference process when generating self-referential communications **250***c*. For example, in a scenario in which a user **200** asks the computer-implemented system **925** to find a time to attend a local baseball game that fits the user’s schedule (that the computer-implemented system **925** has access to) during this week, the computer-implemented system **925** could simply reply, “I could not find a game that fits your schedule this week.” However, using the example previously discussed herein of the semantic chain, Strike out-is a-Failure, which is a generalization or context stripping of the term “strike out” from the subject area of baseball, a self-referential communication **250***c* could be generated such as, “I struck out finding a time that fits your schedule this week.” This communication exhibits more creativity and, in some circumstances, humor, than the alternative communication that is devoid of metaphor. Judicious use of metaphorical-based communications **250***c* can make the communications more interesting and engaging to the user **200**.

The “strike out” metaphor might be less appropriate if applied to the subject area of football. Shifting the context to some degree but not too radically, or not radically too often, will generally be preferred. The degree of context shifting may be measured by the computer-based system **925**, for example, as a function of the length of a composite chain upon which a context shift choice is based, and/or in accordance with weightings that are associated with the composite chain. For example, the longer the chain, everything else being equal, the lower may be the level confidence in choosing the corresponding context shift. Both one or more W1-type and one or more W2-type weightings associated with composite chains may be applied in informing a choice of appropriate metaphorical shifting.



FIG. **10** is a flow diagram of an alternative or additional process by which the computer-based system **925** can exhibit self-awareness in accordance with some embodiments—the adaptive self-awareness communication process **2000**. The process **2000** begins with an evaluation **2010** of phrase frequency distribution **3030** changes over time. Then the appropriate syntactical structure of the communication **250***c* of self-awareness is determined **2020**. One or more phrases **3040** that embody a sense of self-awareness are then selected in accordance with the syntactical structure requirements and changes in phrase frequency distributions over time.

Returning to FIG. **11**, in some embodiments, phrase attributes that are associated with specific phrases may be used as a basis for self-aware phrase selection. Two example phrase attributes **3050**, **3060** whose values are associated with specific phrases **3040** are shown. An unlimited number of attributes could be used as to provide as nuanced a level of self-awareness as desired. In some embodiments, phrase attributes **3050**, **3060** may be determined from one or more semantic chains. For example, an initial phrase attribute (e.g., “humorous”) may be an element of a first semantic chain, and this first semantic chain is then used as a basis for searching for related semantic chains such as a semantic chain that relates the quality “humorous” with, e.g., the quality of “amusing,” so as to determine a second applicable phrase attribute (“amusing”). This second phrase attribute may be an element in a second semantic chain that is then used as a basis for identifying a third phrase attribute that applies (e.g., “whimsical”), and so on. These semantic chains may be derived from an automated analysis, such as a statistical analysis or neural network-based analysis, of content in some embodiments. The semantic chains that are so applied may further have corresponding W1-type and/or W2-type weightings as described herein. These semantic chain weightings may be used to assign a weighting to a phrase attribute **3050**, **3060** that is derived or inferred from the semantic chains. These phrase attribute weightings may then be applied so as to enable a more nuanced, realistic communication **250***c* of self-awareness, including informing levels of confidence with respect to the awareness of changes with respect to personality attributes that are signaled within the communications **250***c* of self-awareness.

When changes in phrase frequency distributions **3030** are evaluated **2010**, the corresponding attributes **3050**, **3060** are also evaluated. These attributes map to attributes **4050**, **4060** that are associated with self-aware phrases **4040** in self-aware phrase data structure **4000**. For example, if phrases **4040** that have the attribute value “humorous” (and by the semantic extensions example above, attribute values “amusing” and “whimsical”) have been increasing in frequency, then self-aware phrases that reference “humorous” or “whimsical” may be appropriate to include in generating **2040** a communication of self-awareness **250***c* for delivery to a user **200**. The selection of phrases may be further influenced by phrase attribute weightings-phrases associated with phrase attributes **3050**, **3060** with higher weightings will be preferentially selected, everything else being equal. As is the case of any other communication **250***c*, the

behaviors **920** of the recipient **200** of the communication may be evaluated **2050**, and the self-aware phrase frequency distributions **4030** of the self-aware phrases **4040** may be updated **2060** accordingly. This recursive evaluation and updating of phrase frequency distributions can be applied without limit.

FIG. **12** depicts the major functions associated with a computer-based system **925** that exhibits an adaptive personality, and optionally, a self-aware personality, according to some embodiments. Recall that in some embodiments, the computer-based system **925** comprises an adaptive system **100**.

A request **6000** for a communication **250***c* to be delivered to a user **200** is made. The request **6000** may be a direct request from a user **200**, or the request may be made by another function of the computer-based system **925**. In some embodiments the request **6000** for a communication for delivery to the user **200** may be initiated by a function that generates **240** an adaptive recommendation. A communication to the user is then generated **7000**. This generation is performed by first determining the appropriate syntactical rules or structure **7500** for the communication. In some embodiments, the syntax rules **7500** are of an "If some condition, then apply a specific phrase array **3010**" structure. Once the appropriate syntax is established and associated phrase arrays **3010** are determined, specific phrases are probabilistically retrieved from the phrase array function **5000** based on selection frequency distributions associated with the corresponding phrase arrays. The communication **250***c* is then assembled and delivered to a user **200**.

User behaviors **920** of the communication recipient **200** are then monitored **8000**. Based on inferences from these behaviors **920**, the phrase array frequency distributions of the phrase array function **5000** are updated **9000** appropriately.

Computing Infrastructure

FIG. **13** depicts various processor-based computer hardware and network topologies on which the one or more of the computer-based applications **925**, and by extension, adaptive system **100**, may be embodied and operate. One or more processors of the computing hardware may be configured to execute the computer-based applications **925** individually or collectively. In some embodiments the one or more processors may be cognitive computing or neurosynaptic-based processors.

Servers **950**, **952**, and **954** are shown, perhaps residing at different physical locations, and potentially belonging to different organizations or individuals. A standard PC workstation **956** is connected to the server in a contemporary fashion, potentially through the Internet. It should be understood that the workstation **956** can represent any processor-based device, mobile or fixed, including a set-top box or other type of special-purpose device. In this instance, the one or more computer-based applications **925**, in part or as a whole, may reside on the server **950**, but may be accessed by the workstation **956**. A terminal or display-only device **958** and a workstation setup **960** are also shown. The PC workstation **956** or servers **950** may embody, or be connected to, a portable processor-based device (not shown), such as a mobile telephony device, which may be a mobile phone or a personal digital assistant (PDA), or a wearable device such as a "smart watch." The mobile telephony device or PDA may, in turn, be connected to another wireless device such as a telephone or a GPS receiver. As just one non-limiting example, the mobile device may be a gesture-sensitive "smart phone," wherein gestures or other physiological responses are monitored, either through actual physical contact between the device and a user or without physical contact, by means of, for example, a touch screen and/or through a camera, or other sensor apparatus and associated circuitry. The sensor apparatus may include devices with that monitor brain patterns and/or other physiological processes and conditions. The sensor apparatus may operate within a human body, in accordance with some embodiments. The mobile device may include hardware and/or software that enable it to be location-aware, and may embody a camera and/or sensors that enable the monitoring of environmental conditions such as weather, temperature, lighting levels, moisture levels, sound levels, and so on.



FIG. **13** also features a network of wireless or other portable devices **962**. The one or more computer-based applications **925** may reside, in part or as a whole, on all of the devices **962**, periodically or continuously communicating with the central server **952**, as required. A workstation **964** connected in a peer-to-peer fashion with a plurality of other computers is also shown. In this computing topology, the one or more computer-based applications **925**, as a whole or in part, may reside on each of the peer computers **964**.

Computing system **966** represents a PC or other computing system, which connects through a gateway or other host in order to access the server **952** on which the one or more computer-based applications **925**, in part or as a whole, reside. An appliance **968** includes executable instructions "hardwired" into a physical device, such as through use of non-volatile memory or "firmware," and/or may utilize software running on another system that does not itself host the one or more computer-based applications **925**, such as in the case of a gaming console or personal video recorder. The appliance **968** is able to access a computing system that hosts an instance of one of the computer-based applications **925**, such as the server **952**, and is able to interact with the instance of the system.

The processor-based systems on which the one or more computer-based applications **925** operate may include hardware and/or software such as cameras and associated circuitry that enable monitoring of physiological responses or conditions such as gestures, body movement, gaze, heartbeat, brain waves, temperature, blood composition, and so on. The processor-based systems may include sensors and associated circuitry that enable sensing of environmental conditions such as weather conditions, sounds, lighting levels, physical objects in the vicinity, and so on. Microphones and speakers and associated circuitry for receiving and delivering audio-based communications may be included in the computer-based applications **925**. The computer-based applications **925** or elements thereof may be executed on processor-based systems embodied within self-propelled devices that may include mobility mechanisms such as, but not limited to, wheels, tracks, and legs. Such self-propelled devices may include cameras and/or other sensors that provide environmental information to the computer-based applications **925**, and the movements of the self-propelled devices may be directed or informed by the computer-based applications **925** in response to the environmental information. In some embodiments the self-propelled devices have a humanoid form factor. Embodiments in which some or all of the computer-based applications **925** operate in conjunction with an apparatus that has a humanoid form can enhance the perception of communicative qualities of the computer-based applications as described herein such as self-awareness, imagination, and humor by users **200**.

While the present invention has been described with respect to a limited number of embodiments, those skilled in the art will appreciate numerous modifications and variations therefrom. It is intended that the appended claims cover all such modifications and variations as fall within the scope of this present invention.

What is claimed is:

**1**. A computer-implemented method, comprising:

at a system including one or more processors and one or more memories in communication with the one or more processors:

causing access to a computer-implemented neural network trained utilizing content including a first plurality of syntactical elements that are utilized by computing hardware that processes the first plurality of syntactical elements to direct training attentions to representations generated based on different subsets of the first plurality of syntactical elements;

causing access to a second plurality of syntactical elements;

causing automatic generation, by applying the trained computer-implemented neural network and utilizing the second plurality of syntactical elements, of a third plurality of syntactical elements that describe a first scenario;

causing a determination whether the first scenario represents objective reality;

based on a determination that the first scenario does not represent objective reality, causing automatic generation, by applying the trained computer-implemented neural network and utilizing the third plurality of syntactical elements, of a fourth plurality of syntactical elements that describe a second scenario that is different from the first scenario and that represents objective reality; and

causing a communication including the fourth plurality of syntactical elements to be sent to a user.

**2**. The method of claim **1**, wherein the user includes a human user, the access is caused to the second plurality of syntactical elements in response to a receipt of a prompt from the user, and further comprising:

before causing the determination whether the first scenario represents objective reality, causing an other communication including the third plurality of syntactical elements to be sent to the user;

receiving, from the user, a response to the other communication; and

in response to receiving the response to the other communication, causing the determination whether the first scenario represents objective reality based on the response, such that, based on the determination that the first scenario does not represent objective reality, the fourth plurality of syntactical elements is caused to be automatically generated based on the response.

**3**. The method of claim **2**, wherein the determination whether the first scenario represents objective reality is based on the response, by directing prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements and a plurality of response syntactical elements of the response.

**4**. The method of claim **3**, wherein the representations, to which the prioritized attentions are directed, are generated based on information associated with a position of: at least some of the third plurality of syntactical elements and at least some of the plurality of response syntactical elements of the response, and wherein at least two of:



at least one of: the prioritized attentions are prioritized in a single operation, the prioritized attentions are prioritized before any utilization of any of the prioritized attentions, or the different syntactical subsets are represented by a single data structure;

the prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the prioritized attentions; and

the trained computer-implemented neural network is of a type to at least partially avoid at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the prioritized attentions and the generation of the fourth plurality of syntactical elements.

**5**. The method of claim **3**, wherein one or more probabilities is caused to be generated based on the direction of the prioritized attentions such that the one or more probabilities corresponds with the first scenario, and the determination whether the first scenario represents objective reality is based on the one or more probabilities.

**6**. The method of claim **5**, wherein an indication of a confidence level, that is based on the one or more probabilities, is caused to be sent to the user.

**7**. The method of claim **2**, wherein the determination whether the first scenario represents objective reality is based on the response, by directing prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements, the third plurality of syntactical elements, and the response.

**8**. The method of claim **2**, wherein the determination whether the first scenario represents objective reality is based on the response, by directing prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements and the response, such that one or more representations generated based on one or more of the third plurality of syntactical elements is prioritized with respect to one or more representations generated based on one or more response syntactical elements of the response.

**9**. The method of claim **8**, wherein the representations, to which the prioritized attentions are directed, are generated based on information associated with a position of: at least some of the third plurality of syntactical elements and the one or more response syntactical elements of the response, and wherein:

at least one of: the prioritized attentions are prioritized in a single operation, the prioritized attentions are prioritized before any utilization of any of the prioritized attentions, or the different syntactical subsets are represented by a single data structure;

the prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the prioritized attentions; and

the trained computer-implemented neural network is of a type to at least partially avoid at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the prioritized attentions and the generation of the fourth plurality of syntactical elements.

**10**. The method of claim **2**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing a search to be performed based on a query including at least one of the prompt plurality of syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the response, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements and the response, such that one or more representations generated based on one or more response syntactical elements of the response is prioritized with respect to one or more representations generated based on one or more of the third plurality of syntactical elements.

**11**. The method of claim **10**, wherein the representations, to which the additional prioritized attentions are directed, are generated based on information associated with a position of: at least some of the third plurality of syntactical elements and the one or more response syntactical elements of the response, and wherein:

at least one of: the additional prioritized attentions are prioritized in a single operation, the additional prioritized attentions are prioritized before any utilization of any of the additional prioritized attentions, or the different syntactical subsets are represented by a single data structure; and

the additional prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the additional prioritized attentions.

**12**. The method of claim **10**, wherein the trained computer-implemented neural network is one that is of a type other than a recurrent neural network and that permits at least one instance of recurrency to at least partially avoid at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the additional prioritized attentions and the generation of the fourth plurality of syntactical elements.

**13**. The method of claim **2**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing a search to be performed based on a query including at least one of the prompt plurality of syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the response, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements and the response, such that one or more representations generated based on one or more response syntactical elements of the response is prioritized with respect to representations generated based on: the at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements.

**14**. The method of claim **2**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing a search to be performed based on a query including the one or more prompt syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the response, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements, the third plurality of syntactical elements, and the response, such that one or more representations generated based on one or more response syntactical elements of the response is prioritized with respect to representations generated based on: at least one of the third plurality of syntactical elements, at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements.

**15**. The method of claim **2**, wherein the third plurality of syntactical elements is accompanied in the other communication by an interrogative directed to the user, to induce the response to respond to the interrogative.

**16**. The method of claim **1**, wherein the access is caused to the second plurality of syntactical elements in automatic response to a receipt of a prompt, the communication is caused to be sent to the user in automatic response to the receipt of the prompt, and further comprising:

before causing the determination whether the first scenario represents objective reality, causing a search to be performed based on a query including one or more of the third plurality of syntactical elements, to generate a search result including search syntactical elements, where the determination whether the first scenario represents objective reality is based on the search result.

**17**. The method of claim **16**, wherein the search is performed in one or more documents that is selected based on a receipt of a human selection thereof independent of the receipt of the prompt.

**18**. The method of claim **16**, wherein the search is performed in a single document that is selected based on a receipt of a human selection thereof as part of the prompt.

**19**. The method of claim **16**, wherein the determination whether the first scenario represents objective reality is based on the search result, by directing prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements and the search syntactical elements.

**20**. The method of claim **19**, wherein the representations, to which the prioritized attentions are directed, are generated based on information associated with a position of: at least some of the third plurality of syntactical elements and at least some of the search syntactical elements, and wherein:

at least one of: the prioritized attentions are prioritized in a single operation, the prioritized attentions are prioritized before any utilization of any of the prioritized attentions, or the different syntactical subsets are represented by a single data structure; and

the prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the prioritized attentions.

**21**. The method of claim **19**, wherein the trained computer-implemented neural network is one that is of a type other than a recurrent neural network and that permits at least one instance of recurrency to at least partially avoid at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the prioritized attentions and the generation of the fourth plurality of syntactical elements.

**22**. The method of claim **19**, wherein one or more probabilities is caused to be generated based on the direction of the prioritized attentions such that the one or more probabilities corresponds with the first scenario, and the determination whether the first scenario represents objective reality is based on the one or more probabilities.

**23**. The method of claim **22**, wherein an indication of a confidence level, that is based on the one or more probabilities, is caused to be sent to the user.

**24**. The method of claim **16**, wherein the determination whether the first scenario represents objective reality is based on the search result, by directing prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements, the third plurality of syntactical elements, and the search syntactical elements.

**25**. The method of claim **16**, wherein the determination whether the first scenario represents objective reality is based on the search result, by directing prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements and the search syntactical elements, such that one or more representations generated based on one or more of the third plurality of syntactical elements is prioritized with respect to one or more representations generated based on at least one of the search syntactical elements of the search result.

**26**. The method of claim **25**, wherein the search is performed in a set of documents that is selected based on a receipt of a human selection thereof during set up before the receipt of the prompt.

**27**. The method of claim **25**, wherein the search is performed in a single document that is selected based on a receipt of a human selection thereof.

**28**. The method of claim **25**, wherein the search is performed on at least a subset of the Internet.

**29**. The method of claim **25**, wherein the search is performed in a database that is separate from the trained computer-implemented neural network.

**30**. The method of claim **16**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing another search to be performed based on another query including the one or more of the prompt plurality of syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the search result, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements and the search result, such that one or more representations generated based on at least one of the one or more search syntactical elements of the search result is prioritized with respect to one or more representations generated based on one or more of the third plurality of syntactical elements.

**31**. The method of claim **30**, wherein the representations, to which the additional prioritized attentions are directed, are generated based on information associated with a position of: at least some of the third plurality of syntactical elements and the one or more search syntactical elements, and wherein:

at least one of: the additional prioritized attentions are prioritized in a single operation, the additional prioritized attentions are prioritized before any utilization of any of the additional prioritized attentions, or the different syntactical subsets are represented by a single data structure; and

the additional prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the additional prioritized attentions.

**32**. The method of claim **31**, wherein the trained computer-implemented neural network is of a type to at least partially avoid at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the additional prioritized attentions and the generation of the fourth plurality of syntactical elements.

**33**. The method of claim **16**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing another search to be performed based on another query including the one or more prompt syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third

plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the search result, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements and the search result, such that one or more representations generated based on at least one of the search syntactical elements of the search result is prioritized with respect to representations generated based on: at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements.

**34**. The method of claim **16**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing another search to be performed based on another query including the one or more prompt syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts; and

the determination whether the first scenario represents objective reality is based on the search result, by directing prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements, the third plurality of syntactical elements, and the search result, such that one or more representations generated based on at least one of the search syntactical elements of the search result is prioritized with respect to representations generated based on: at least one of the third plurality of syntactical elements, at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements.

**35**. The method of claim **16**, wherein the user is a human user, and the prompt is received from the human user.

**36**. The method of claim **16**, wherein the prompt is received from a non-human user.

**37**. The method of claim **1**, wherein the access is caused to the second plurality of syntactical elements in automatic response to a receipt of a prompt, the communication is caused to be sent to the user in automatic response to the receipt of the second plurality of syntactical elements from the user, and further comprising:

before causing the determination whether the first scenario represents objective reality, causing a logical evaluation of one or more of the third plurality of syntactical elements, to generate a logical evaluation result, where the determination whether the first scenario represents objective reality is based on the logical evaluation result.

**38**. The method of claim **37**, wherein the logical evaluation result includes a mathematical representation.

**39**. The method of claim **37**, wherein the logical evaluation result includes logical evaluation syntactical elements.

**40**. The method of claim **39**, wherein the determination whether the first scenario represents objective reality is based on the logical evaluation result, by directing prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements and the logical evaluation syntactical elements.

**41**. The method of claim **40**, wherein the representations, to which the prioritized attentions are directed, are generated based on information associated with a position of: at least some of the third plurality of syntactical elements and at least some of the logical evaluation syntactical elements, and wherein:

at least one of: the prioritized attentions are prioritized in a single operation, the prioritized attentions are all prioritized before any utilization of any of the prioritized attentions, or the different syntactical subsets are represented by a single data structure; and

the prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the prioritized attentions.

**42**. The method of claim **41**, wherein the trained computer-implemented neural network is of a type to at least partially avoid at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the prioritized attentions and the generation of the fourth plurality of syntactical elements.

**43**. The method of claim **40**, wherein one or more probabilities is caused to be generated based on the direction of the prioritized attentions such that the one or more probabilities corresponds with the first scenario, and the determination whether the first scenario represents objective reality is based on the one or more probabilities.

**44**. The method of claim **43**, wherein an indication of a confidence level, that is based on the one or more probabilities, is caused to be sent to the user.

**45**. The method of claim **37**, wherein the determination whether the first scenario represents objective reality is based on the logical evaluation result, by directing prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements, the third plurality of syntactical elements, and the logical evaluation result.

**46**. The method of claim **37**, wherein the determination whether the first scenario represents objective reality is based on the logical evaluation result, by directing prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements and the logical evaluation syntactical elements, such that one or more representations generated based on one or more of the third plurality of syntactical elements is prioritized with respect to one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result.

**47**. The method of claim **37**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing a search to be performed based on a query including the one or more prompt syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by

directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the logical evaluation result, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements and the logical evaluation result, such that one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect to one or more representations generated based on one or more of the third plurality of syntactical elements.

**48**. The method of claim **47**, wherein the representations, to which the additional prioritized attentions are directed, are generated based on information associated with a position of: at least some of the third plurality of syntactical elements and the one or more of the logical evaluation syntactical elements, and wherein:

at least one of: the additional prioritized attentions are prioritized in a single operation, the additional prioritized attentions are prioritized before any utilization of any of the additional prioritized attentions, or the different syntactical subsets are represented by a single data structure; and

the additional prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the additional prioritized attentions.

**49**. The method of claim **47**, wherein the trained computer-implemented neural network is of a type that at least partially avoids at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the additional prioritized attentions and the generation of the fourth plurality of syntactical elements.

**50**. The method of claim **37**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing a search to be performed based on a query including the one or more prompt syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the generated based on different syntactical subsets of: the second plurality of syntactical elements and the logical evaluation result, such that one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect to representations generated based on: at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements.

**51**. The method of claim **37**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing a search to be performed based on a query including the one or more prompt syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the generated based on different syntactical subsets of: the second plurality of syntactical elements and the logical evaluation result, such that one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect to representations generated based on: at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements.

**52**. The method of claim **37**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing a search to be performed based on a query including the one or more prompt syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the generated based on different syntactical subsets of: the second plurality of syntactical elements, the third plurality of syntactical elements, and the logical evaluation result, such that one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect to representations generated based on: at least one of the third plurality of syntactical elements, at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements.

**53**. The method of claim **52**, wherein the representations, to which the additional prioritized attentions are directed, are generated based on information associated with a position of: at least some of the second plurality of syntactical elements, at least some of the third plurality of syntactical elements, and the one or more of the logical evaluation syntactical elements, and wherein:

at least one of: the additional prioritized attentions are prioritized in a single operation, the additional prioritized attentions are prioritized before any utilization of any of the additional prioritized attentions, or the different syntactical subsets are represented by a single data structure; and

the additional prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the additional prioritized attentions.

**54**. The method of claim **37**, wherein the user is a human user, and the prompt is received from the human user.

**55**. The method of claim **37**, wherein the prompt is received from a non-human user.

**56**. The method of claim **1**, wherein the access is caused to the second plurality of syntactical elements in automatic response to a receipt of a prompt, the communication is caused to be sent to the user in automatic response to the receipt of the prompt, and further comprising:

before causing the determination whether the first scenario represents objective reality:

causing a search to be performed based on a query including one or more of the third plurality of syntactical elements, to generate a search result including search syntactical elements, and

causing a logical evaluation of at least one of the third plurality of syntactical elements, to generate a logical evaluation result that includes logical evaluation syntactical elements,

where the determination whether the first scenario represents objective reality is based on the search result and the logical evaluation result.

**57**. The method of claim **56**, wherein the determination whether the first scenario represents objective reality is based on the search result and the logical evaluation result, by directing prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements, the search syntactical elements, and the logical evaluation syntactical elements.

**58**. The method of claim **57**, wherein the representations, to which the prioritized attentions are directed, are generated based on information associated with a position of: at least some of the third plurality of syntactical elements, at least some of the search syntactical elements, and at least some of the logical evaluation syntactical elements, and wherein:

at least one of: the prioritized attentions are prioritized in a single operation, the prioritized attentions are all prioritized before any utilization of any of the prioritized attentions, or the different syntactical subsets are represented by a single data structure; and

the prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the prioritized attentions.

**59**. The method of claim **57**, wherein the trained computer-implemented neural network is one that is of a type other than a recurrent neural network and that permits at least one instance of recurrency to at least partially avoid at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the prioritized attentions and the generation of the fourth plurality of syntactical elements.

**60**. The method of claim **56**, wherein the determination whether the first scenario represents objective reality is based on the search result and the logical evaluation result, by directing prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements, the third plurality of syntactical elements, the search syntactical elements, and the logical evaluation syntactical elements.

**61**. The method of claim **56**, wherein the determination whether the first scenario represents objective reality is based on the search result and the logical evaluation result, by directing prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements, the search syntactical elements, and the logical evaluation syntactical elements, such that one or more representations generated based on one or more of the third plurality of syntactical elements is prioritized with respect to: one or more representations generated based on at least one of the search syntactical elements of the search result, and one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result.

**62**. The method of claim **56**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing another search to be performed based on another query including the one or more of the prompt plurality of syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the search result and the logical evaluation result, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements, the search syntactical elements, and the logical evaluation syntactical elements, such that one or more representations generated based on at least one of the search syntactical elements of the search result is prioritized with respect to one or more representations generated based on one or more of the third plurality of syntactical elements, and one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect to one or more representations generated based on another one or more of the third plurality of syntactical elements.

**63**. The method of claim **62**, wherein the representations, to which the additional prioritized attentions are directed, are generated based on information associated with a position of: at least some of the third plurality of syntactical elements, at least some of the search syntactical elements, and at least some of the logical evaluation syntactical elements, and wherein:

at least one of: the additional prioritized attentions are prioritized in a single operation, the additional prioritized attentions are all prioritized before any utilization of any of the additional prioritized attentions, or the different syntactical subsets are represented by a single data structure; and

the additional prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the additional prioritized attentions.

**64**. The method of claim **62**, wherein the trained computer-implemented neural network is one that is of a type other than a recurrent neural network and that permits at least one instance of recurrency to at least partially avoid at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the additional prioritized attentions and the generation of the fourth plurality of syntactical elements.

**65**. The method of claim **56**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing another search to be performed based on another query including the one or more prompt syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the search result and logical evaluation result, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements, the search syntactical elements, and the logical evaluation syntactical elements, such that:

one or more representations generated based on at least one of the search syntactical elements of the search result is prioritized with respect to representations generated based on: at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements, and

one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect to representations generated based on: one or more of the prompt syntactical elements, at least another one or more of the search result syntactical elements, and at least another one or more of the one or more human user preference syntactical elements.

**66**. The method of claim **56**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing another search to be performed based on another query including the one or more prompt syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the search result and the logical evaluation result, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements, the third plurality of syntactical elements, the search syntactical elements, and the logical evaluation syntactical elements, such that:

one or more representations generated based on at least one of the search syntactical elements of the search result is prioritized with respect to representations generated based on: at least one of the third plurality of syntactical elements, at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements, and

one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect to representations generated based on: the at least one of the third plurality of syntactical elements, the at least one of the prompt syntactical elements, the at least one of the one or more search result syntactical elements, and the at least one of the one or more human user preference syntactical elements.

**67**. The method of claim **66**, wherein one or more representations generated based on at least one of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect to one or more representations generated based on at least one of the search syntactical elements of the search result.

**68**. The method of claim **67**, wherein the one or more representations generated based on the at least one of the logical evaluation syntactical elements is prioritized with respect to the representations generated based on: the at least one of the plurality of search result syntactical elements, the at least one of the plurality of human user preference syntactical elements, the at least one of the second plurality of syntactical elements, and the at least one of the logical evaluation syntactical elements, includes:

a first one of the one or more representations generated based on a first one of the at least one of the logical evaluation syntactical elements being prioritized with respect to a first one of the representations generated based on each of the at least one of the plurality of search result syntactical elements, the at least one of the plurality of human user preference syntactical elements, the at least one of the second plurality of syntactical elements, and the at least one of the logical evaluation syntactical elements, and

a second one of the one or more representations generated based on a second one of the at least one of the logical evaluation syntactical elements being prioritized with respect to a second one of the representations also

generated based on each of the at least one of the plurality of search result syntactical elements, the at least one of the plurality of human user preference syntactical elements, the at least one of the second plurality of syntactical elements, and the at least one of the logical evaluation syntactical elements.

**69**. The method of claim **56**, wherein the user is a human user, and the prompt is received from the human user.

**70**. The method of claim **56**, wherein the prompt is received from a non-human user.

**71**. The method of claim **56**, wherein:

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, and

one or more search result syntactical elements that is identified and sent to the user before the generation of the third plurality of syntactical elements, by causing another search to be performed based on another query including the one or more prompt syntactical elements and at least one of the one or more human user preference syntactical elements, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements.

**72**. The method of claim **71**, wherein the logical evaluation result is sent to the user after the generation of the third plurality of syntactical elements.

**73**. The method of claim **71**, wherein the logical evaluation is performed in multiple components by performing a first logical evaluation based on a first subset of the third plurality of syntactical elements to generate a first logical evaluation result, and separately performing a second logical evaluation based on a second subset of the third plurality of syntactical elements to generate a second logical evaluation result.

**74**. The method of claim **73**, wherein the first logical evaluation and the second logical evaluation are performed in parallel, at least in part.

**75**. The method of claim **73**, wherein the first logical evaluation result and the second logical evaluation result are sent to the user after the generation of the third plurality of syntactical elements.

**76**. The method of claim **71**, wherein one or more representations generated based on at least one of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect to one or more representations generated based on at least one of the search syntactical elements of the search result.

**77**. The method of claim **71**, wherein:

the determination whether the first scenario represents objective reality is based on the search result and the logical evaluation result, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements, the third plurality of syntactical elements, the search syntactical elements, and the logical evaluation syntactical elements.

**78**. The method of claim **77**, wherein:

one or more representations generated based on at least one of the search syntactical elements of the search result is prioritized with respect to representations generated based on: at least one of the third plurality of syntactical elements, at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements, and

one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect to representations generated based on: the at least one of the third plurality of syntactical elements, the at least one of the prompt syntactical elements, the at least one of the one or more search result syntactical elements, and the at least one of the one or more human user preference syntactical elements.

**79**. The method of claim **78**, wherein the logical evaluation is performed in multiple components by performing a first logical evaluation based on a first subset of the third plurality of syntactical elements to generate a first logical evaluation result, and performing a second logical evaluation based on a second subset of the third plurality of syntactical elements to generate a second logical evaluation result, such that the first logical evaluation result and the second logical evaluation result are sent to the user after the generation of the third plurality of syntactical elements.

**80**. The method of claim **77**, wherein one or more representations generated based on at least one of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect to one or more representations generated based on at least one of the search syntactical elements of the search result.

**81**. The method of claim **1**, wherein the determination whether the first scenario represents objective reality is performed to avoid the communication including one or more communications that do not represent objective reality.

**82**. The method of claim **1**, wherein the access is caused to the second plurality of syntactical elements in automatic response to a receipt thereof from a user that includes a human user, and further comprising, in response to the receipt of the second plurality of syntactical elements from the human user:

causing identification of a plurality of human user preference syntactical elements that are generated based on one or more previous human-provided prompts;

causing a search to be performed utilizing the Internet based on a query including at least one of the second plurality of syntactical elements and at least one of the plurality of human user preference syntactical elements, to generate a plurality of search result syntactical elements;

causing at least a portion of the plurality of search result syntactical elements to be sent to the human user before the generation of the third plurality of syntactical elements;

causing a logical evaluation of one or more of the plurality of search result syntactical elements, to generate a logical evaluation result that includes logical evaluation syntactical elements, such that the third plurality of syntactical elements are generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements and the logical evaluation syntactical elements; and

causing at least a portion of the logical evaluation syntactical elements to be sent to the human user before the third plurality of syntactical elements are sent to the user.

**83**. The method of claim **82**, wherein the third plurality of syntactical elements are generated by directing the prioritized attentions to representations generated based on different syntactical subsets of: the plurality of search result syntactical elements and the plurality of human user preference syntactical elements, in addition to the second plurality of syntactical elements and the logical evaluation syntactical elements, such that:

one or more representations generated based on at least one of the logical evaluation syntactical elements is prioritized with respect to representations generated based on: at least one of the plurality of search result syntactical elements, at least one of the plurality of human user preference syntactical elements, and at least one of the second plurality of syntactical elements.

**84**. The method of claim **82**, and further comprising:

receiving, from the user, a response to the third plurality of syntactical elements; and

in response to receiving the response to the third plurality of syntactical elements, causing the determination whether the first scenario represents objective reality based on the response, such that, based on the determination that the first scenario does not represent objective reality, the fourth plurality of syntactical elements is caused to be automatically generated based on the response.

**85**. The method of claim **82**, wherein the logical evaluation is performed in multiple components by performing a first logical evaluation based on a first subset of the one or more of the plurality of search result syntactical elements to generate a first logical evaluation result, and performing a second logical evaluation based on a second subset of the one or more of the plurality of search result syntactical elements to generate a second logical evaluation result, such that the first logical evaluation result and the second logical evaluation result are sent to the user before the generation of the third plurality of syntactical elements.

**86**. The method of claim **82**, wherein the determination whether the first scenario represents objective reality is based on another search and another logical evaluation involving the third plurality of syntactical elements.

**87**. The method of claim **82**, wherein the determination whether the first scenario represents objective reality is based on: another search that generates a plurality of additional search result syntactical elements and another logical evaluation that generates a plurality of additional logical evaluation syntactical elements, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the plurality of additional search result syntactical elements, the plurality of additional logical evaluation syntactical elements, and the third plurality of syntactical elements, such that:

one or more representations generated based on at least one of the plurality of additional logical evaluation syntactical elements is prioritized with respect to representations generated based on at least one of the third plurality of syntactical elements, and

one or more representations generated based on at least one of the plurality of additional search result syntactical elements is prioritized with respect to representations generated based on one or more of the third plurality of syntactical elements.

**88**. The method of claim **87**, wherein one or more representations generated based on at least one of the additional logical evaluation syntactical elements is prioritized with respect to one or more representations generated based on at least one of the additional search result syntactical elements.

**89**. The method of claim **1**, wherein the access is caused to the second plurality of syntactical elements in automatic response to a receipt thereof from a user that includes a human user, and further comprising, in response to the receipt of the second plurality of syntactical elements from the human user:

causing identification of a plurality of human user preference syntactical elements that are generated based on one or more previous human-provided prompts;

causing a search to be performed utilizing the Internet based on a query including at least one of the second plurality of syntactical elements, to generate a plurality of search result syntactical elements; and

causing a logical evaluation of one or more of the plurality of search result syntactical elements, to generate a logical evaluation result that includes logical evaluation syntactical elements, such that the third plurality of syntactical elements are generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements and the logical evaluation syntactical elements.

**90**. The method of claim **89**, wherein the third plurality of syntactical elements are generated by directing the prioritized attentions to representations generated based on different syntactical subsets of: the plurality of search result syntactical elements and the plurality of human user preference syntactical elements, in addition to the second plurality of syntactical elements and the logical evaluation syntactical elements, such that:

one or more representations generated based on at least one of the logical evaluation syntactical elements is prioritized with respect to representations generated based on: at least one of the plurality of search result syntactical elements, at least one of the plurality of human user preference syntactical elements, and at least one of the second plurality of syntactical elements.

**91**. The method of claim **90**, wherein the logical evaluation is performed in multiple components by performing a first logical evaluation based on a first subset of the one or more of the plurality of search result syntactical elements to generate a first logical evaluation result, and performing a second logical evaluation based on a second subset of the one or more of the plurality of search result syntactical elements to generate a second logical evaluation result.

**92**. The method of claim **90**, wherein the determination whether the first scenario represents objective reality is based on another search and another logical evaluation involving the third plurality of syntactical elements.

**93**. The method of claim **90**, wherein the one or more representations generated based on the at least one of the logical evaluation syntactical elements is prioritized with respect to the representations generated based on: the at least one of the plurality of search result syntactical elements, the at least one of the plurality of human user preference syntactical elements, the at least one of the second plurality of syntactical elements, and the at least one of the logical evaluation syntactical elements, includes:

a first one of the one or more representations generated based on a first one of the at least one of the logical

evaluation syntactical elements being prioritized with respect to a first one of the representations generated based on the at least one of the plurality of search result syntactical elements,

a second one of the one or more representations generated based on a second one of the at least one of the logical evaluation syntactical elements being prioritized with respect to a second one of the representations generated based on the at least one of the plurality of human user preference syntactical elements,

a third one of the one or more representations generated based on a third one of the at least one of the logical evaluation syntactical elements being prioritized with respect to a third one of the representations generated based on the at least one of the second plurality of syntactical elements, and

a fourth one of the one or more representations generated based on a fourth one of the at least one of the logical evaluation syntactical elements being prioritized with respect to a fourth one of the representations generated based on the at least one of the logical evaluation syntactical elements.

**94**. The method of claim **90**, wherein the one or more representations generated based on the at least one of the logical evaluation syntactical elements is prioritized with respect to the representations generated based on: the at least one of the plurality of search result syntactical elements, the at least one of the plurality of human user preference syntactical elements, the at least one of the second plurality of syntactical elements, and the at least one of the logical evaluation syntactical elements, includes:

a first one of the one or more representations generated based on a first one of the at least one of the logical evaluation syntactical elements being prioritized with respect to a first one of the representations generated based on only the at least one of the plurality of search result syntactical elements,

a second one of the one or more representations generated based on a second one of the at least one of the logical evaluation syntactical elements being prioritized with respect to a second one of the representations generated based on only the at least one of the plurality of human user preference syntactical elements,

a third one of the one or more representations generated based on a third one of the at least one of the logical evaluation syntactical elements being prioritized with respect to a third one of the representations generated based on only the at least one of the second plurality of syntactical elements, and

a fourth one of the one or more representations generated based on a fourth one of the at least one of the logical evaluation syntactical elements being prioritized with respect to a fourth one of the representations generated based on only the at least one of the logical evaluation syntactical elements.

**95**. The method of claim **89**, and further comprising:

receiving, from the user, a response to the third plurality of syntactical elements; and

in response to receiving the response to the third plurality of syntactical elements, causing the determination whether the first scenario represents objective reality based on the response, such that, based on the determination that the first scenario does not represent objective reality, the fourth plurality of syntactical elements is caused to be automatically generated based on the response.

**96**. The method of claim **89**, wherein the determination whether the first scenario represents objective reality is based on: another search that generates a plurality of additional search result syntactical elements and another logical evaluation that generates a plurality of additional logical evaluation syntactical elements, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the plurality of additional search result syntactical elements, the plurality of additional logical evaluation syntactical elements, and the third plurality of syntactical elements, such that:

one or more representations generated based on at least one of the plurality of additional logical evaluation syntactical elements is prioritized with respect to representations generated based on at least one of the third plurality of syntactical elements, and

one or more representations generated based on at least one of the plurality of additional search result syntactical elements is prioritized with respect to representations generated based on one or more of the third plurality of syntactical elements.

**97**. The method of claim **96**, wherein one or more representations generated based on at least one of the additional logical evaluation syntactical elements is prioritized with respect to one or more representations generated based on at least one of the additional search result syntactical elements.

**98**. The method of claim **96**, wherein the representations, to which the additional prioritized attentions are directed, are generated based on information associated with a position of: the at least one of the additional logical evaluation syntactical elements and the at least one of the additional search result syntactical elements, and wherein:

at least one of: the additional prioritized attentions are prioritized in a single operation, the additional prioritized attentions are all prioritized before any utilization of any of the additional prioritized attentions, or the different syntactical subsets are represented by a single data structure; and

the additional prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the additional prioritized attentions; and

the trained computer-implemented neural network is of a type to at least partially avoid at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the additional prioritized attentions and the generation of the fourth plurality of syntactical elements.

**99**. The method of claim **1**, and further comprising:

before causing the determination whether the first scenario represents objective reality, causing a selection of a subset of a plurality of sub-systems based on the third plurality of syntactical elements, the plurality of sub-systems each associated with a corresponding expertise in different one or more topics;

allowing access to at least a portion of the third plurality of syntactical elements by the selected subset of the plurality of sub-systems; and

receiving a sub-system response from the selected subset of the plurality of sub-systems, where the determination whether the first scenario represents objective reality is based on the sub-system response.

**100**. The method of claim **99**, wherein the selection of the subset of the plurality of sub-systems is based on a relevance

of the different one or more topics with respect to the third plurality of syntactical elements.

**101**. The method of claim **99**, wherein the selected subset of the plurality of sub-systems apply another trained computer-implemented neural network to generate the sub-system response.

**102**. The method of claim **99**, wherein the selected subset of the plurality of sub-systems generates the sub-system response, that includes sub-system response syntactical elements, by directing prioritized attentions to representations generated based on different syntactical subsets of: intermediate sub-system response syntactical elements, and the third plurality of syntactical elements.

**103**. The method of claim **102**, wherein one or more probabilities is caused to be generated based on the direction of the prioritized attentions such that the one or more probabilities corresponds with the first scenario, and the determination whether the first scenario represents objective reality is based on the one or more probabilities.

**104**. The method of claim **103**, wherein an indication of a confidence level, that is based on the one or more probabilities, is caused to be sent to the user.

**105**. The method of claim **99**, wherein the determination whether the first scenario represents objective reality is based on the sub-system response, that includes sub-system response syntactical elements, by directing prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements and the sub-system response syntactical elements.

**106**. The method of claim **105**, wherein the representations, to which the prioritized attentions are directed, are generated based on information associated with a position of: at least some of the third plurality of syntactical elements and at least some of the sub-system response syntactical elements, and wherein:

at least one of: the prioritized attentions are prioritized in a single operation, the prioritized attentions are prioritized before any utilization of any of the prioritized attentions, or the different syntactical subsets are represented by a single data structure; and

the prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the prioritized attentions.

**107**. The method of claim **106**, wherein the trained computer-implemented neural network is one that is of a type other than a recurrent neural network and that permits at least one instance of recurrency to at least partially avoid at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the prioritized attentions and the generation of the fourth plurality of syntactical elements.

**108**. The method of claim **99**, wherein the determination whether the first scenario represents objective reality is based on the sub-system response, that includes sub-system response syntactical elements, by directing prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements and the sub-system response syntactical elements, such that one or more representations generated based on one or more of the third plurality of syntactical elements is prioritized with respect to one or more representations generated based on at least one of the sub-system response syntactical elements of the sub-system response.

**109**. The method of claim **99**, wherein:



the access is caused to the second plurality of syntactical elements in automatic response to a receipt of a prompt that includes prompt syntactical elements;

the communication is caused to be sent to the user in automatic response to the receipt of the prompt;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing a search to be performed based on a query including the one or more of the prompt plurality of syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the sub-system response, that includes sub-system response syntactical elements, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements and the sub-system response, such that one or more representations generated based on at least one of the sub-system response syntactical elements of the sub-system response is prioritized with respect to one or more representations generated based on one or more of the third plurality of syntactical elements.

**110**. The method of claim **109**, wherein the representations, to which the additional prioritized attentions are directed, are generated based on information associated with a position of: at least some of the third plurality of syntactical elements and the sub-system response syntactical elements, and wherein:

at least one of: the additional prioritized attentions are prioritized in a single operation, the additional prioritized attentions are prioritized before any utilization of any of the additional prioritized attentions, or the different syntactical subsets are represented by a single data structure; and

the additional prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the additional prioritized attentions.

**111**. The method of claim **110**, wherein the trained computer-implemented neural network is of a type to at least partially avoid at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the additional prioritized attentions and the generation of the fourth plurality of syntactical elements.

**112**. The method of claim **99**, wherein:

the access is caused to the second plurality of syntactical elements in automatic response to a receipt of a prompt that includes prompt syntactical elements;

the communication is caused to be sent to the user in automatic response to the receipt of the prompt;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing a search to be performed based on a query including the one or more prompt syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the sub-system response, that includes sub-system response syntactical elements, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements and the sub-system response, such that one or more representations generated based on at least one of the sub-system response syntactical elements of the sub-system response is prioritized with respect to representations generated based on: at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements.

**113**. The method of claim **99**, wherein:

the access is caused to the second plurality of syntactical elements in automatic response to a receipt of a prompt that includes prompt syntactical elements;

the communication is caused to be sent to the user in automatic response to the receipt of the prompt;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing a search to be performed based on a query including the one or more prompt syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts; and

the determination whether the first scenario represents objective reality is based on the sub-system response, that includes sub-system response syntactical elements, by directing prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements, the third plurality of syntactical elements, and the sub-system response, such that one or more representations generated based on at least one of the sub-system response syntactical elements of the sub-system response is prioritized with respect to representations generated based on: at least one of the third plurality of syntactical elements, at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements.

**114**. The method of claim **1**, wherein the access is caused to the second plurality of syntactical elements in automatic response to a receipt of a prompt, the communication is caused to be sent to the user in automatic response to the receipt of the prompt, and further comprising:

before causing the determination whether the first scenario represents objective reality:

causing a search to be performed based on a query including one or more of the third plurality of syntactical elements, to generate a search result including search syntactical elements,

causing a logical evaluation of at least one of the third plurality of syntactical elements, to generate a logical evaluation result that includes logical evaluation syntactical elements, and

causing generation of a sub-system response that is based on at least a portion of the third plurality of syntactical elements and that is received from at least one sub-system that has expertise in one or more topics relevant to the first scenario;

where the determination whether the first scenario represents objective reality is based on the search result, the logical evaluation result, and the sub-system response.

**115**. The method of claim **114**, wherein the sub-system response includes sub-system response syntactical elements, and the determination whether the first scenario represents objective reality is based on the search result, the logical evaluation result, and the sub-system response, by directing prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements, the search syntactical elements, the logical evaluation syntactical elements, and the sub-system response syntactical elements.

**116**. The method of claim **115**, wherein the representations, to which the prioritized attentions are directed, are generated based on information associated with a position of: at least some of the third plurality of syntactical elements, at least some of the search syntactical elements, at least some of the logical evaluation syntactical elements, and at least some of the sub-system response syntactical elements, and wherein:

at least two of: the prioritized attentions are prioritized in a single operation, the prioritized attentions are all prioritized before any utilization of any of the prioritized attentions, or the different syntactical subsets are represented by a single data structure; and

the prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the prioritized attentions.

**117**. The method of claim **116**, wherein the trained computer-implemented neural network is one that is of a type other than a recurrent neural network and that permits at least one instance of recurrency to at least partially avoid at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the prioritized attentions and the generation of the fourth plurality of syntactical elements.

**118**. The method of claim **115**, wherein one or more probabilities is caused to be generated based on the direction of the prioritized attentions such that the one or more probabilities corresponds with the first scenario, and the determination whether the first scenario represents objective reality is based on the one or more probabilities.

**119**. The method of claim **114**, wherein the sub-system response includes sub-system response syntactical elements, and the determination whether the first scenario represents objective reality is based on the search result, the logical evaluation result, and the sub-system response, by directing prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements, the third plurality of syntactical ele-

ments, the search syntactical elements, the logical evaluation syntactical elements, and the sub-system response syntactical elements.

**120**. The method of claim **114**, wherein the sub-system response includes sub-system response syntactical elements, and the determination whether the first scenario represents objective reality is based on the search result, the logical evaluation result, and the sub-system response, by directing prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements, the search syntactical elements, the logical evaluation syntactical elements, and the sub-system response syntactical elements, such that one or more representations generated based on one or more of the third plurality of syntactical elements is prioritized with respect to: one or more representations generated based on at least one of the search syntactical elements of the search result, one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result, and one or more representations generated based on one or more of the sub-system response syntactical elements of the sub-system response.

**121**. The method of claim **114**, wherein:

the sub-system response includes sub-system response syntactical elements;

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing another search to be performed based on another query including the one or more of the prompt plurality of syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the search result, the logical evaluation result, and the sub-system response, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the third plurality of syntactical elements, the search syntactical elements, the logical evaluation syntactical elements, and the sub-system response syntactical elements, such that one or more representations generated based on at least one of the search syntactical elements of the search result is prioritized with respect to one or more representations generated based on one or more of the third plurality of syntactical elements, one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect to one or more representations generated based on another one or more of the third plurality of syntactical elements, and one or more representations generated based on one or more of the sub-system response syntactical elements of the sub-system response is prioritized with respect to one or more representations generated based on yet another one or more of the third plurality of syntactical elements.

**122**. The method of claim **121**, wherein the representations, to which the additional prioritized attentions are directed, are generated based on information associated with a position of: at least some of the third plurality of syntactical elements, at least some of the search syntactical elements, at least some of the logical evaluation syntactical elements, and at least some of the sub-system response syntactical elements, and wherein:

at least one of: the additional prioritized attentions are prioritized in a single operation, the additional prioritized attentions are all prioritized before any utilization of any of the additional prioritized attentions, or the different syntactical subsets are represented by a single data structure; and

the additional prioritized attentions are prioritized such that only a subset of the different syntactical subsets for the determination whether the first scenario represents objective reality is utilized based on the additional prioritized attentions.

**123**. The method of claim **122**, wherein the trained computer-implemented neural network is one that is of a type other than a recurrent neural network and that permits at least one instance of recurrency to at least partially avoid at least some recurrency and thereby increase efficiency, while utilizing one or more hardware computing processors, during prioritization of the additional prioritized attentions and the generation of the fourth plurality of syntactical elements.

**124**. The method of claim **114**, wherein:

the sub-system response includes sub-system response syntactical elements;

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing another search to be performed based on another query including the one or more prompt syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the search result, the logical evaluation result, and the sub-system response, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements, the search syntactical elements, the logical evaluation syntactical elements, and the sub-system response syntactical elements, such that:

one or more representations generated based on at least one of the search syntactical elements of the search result is prioritized with respect to representations generated based on: at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements,

one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect

to representations generated based on: one or more of the prompt syntactical elements, at least another one or more of the search result syntactical elements, and at least another one or more of the one or more human user preference syntactical elements, and

one or more representations generated based on one or more of the sub-system response syntactical elements of the sub-system response is prioritized with respect to representations generated based on: at least some of the prompt syntactical elements, at least yet another one or more of the search result syntactical elements, and at least yet another one or more of the one or more human user preference syntactical elements.

**125**. The method of claim **114**, wherein:

the sub-system response includes sub-system response syntactical elements;

the prompt includes prompt syntactical elements;

the second plurality of syntactical elements includes:

one or more of the prompt syntactical elements,

one or more search result syntactical elements that is identified by causing another search to be performed based on another query including the one or more prompt syntactical elements, and

one or more human user preference syntactical elements that is identified based on one or more previous human-provided prompts, such that the third plurality of syntactical elements is generated by directing prioritized attentions to representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements; and

the determination whether the first scenario represents objective reality is based on the search result, the logical evaluation result, and the sub-system response, by directing additional prioritized attentions to representations generated based on different syntactical subsets of: the second plurality of syntactical elements, the third plurality of syntactical elements, the search syntactical elements, the logical evaluation syntactical elements, and the sub-system response syntactical elements, such that:

one or more representations generated based on at least one of the search syntactical elements of the search result is prioritized with respect to representations generated based on: at least one of the third plurality of syntactical elements, at least one of the prompt syntactical elements, at least one of the one or more search result syntactical elements, and at least one of the one or more human user preference syntactical elements,

one or more representations generated based on one or more of the logical evaluation syntactical elements of the logical evaluation result is prioritized with respect to representations generated based on: the at least one of the third plurality of syntactical elements, the at least one of the prompt syntactical elements, the at least one of the one or more search result syntactical elements, and the at least one of the one or more human user preference syntactical elements, and

one or more representations generated based on one or more of the sub-system response syntactical elements of the sub-system response is prioritized with respect to representations generated based on: the at least one of the third plurality of syntactical elements, the at least one of the prompt syntactical elements, the at least one of the one or more search result syntactical elements, and the at least one of the one or more human user preference syntactical elements.



**126**. The method of claim **125**, wherein one or more representations generated based on at least one of the sub-system response syntactical elements of the sub-system response is prioritized with respect to one or more representations generated based on at least one of the search syntactical elements of the search result.

**127**. The method of claim **125**, wherein one or more representations generated based on at least one of the sub-system response syntactical elements of the sub-system response is prioritized with respect to one or more representations generated based on at least one of the logical evaluation syntactical elements of the logical evaluation result.

**128**. The method of claim **125**, wherein only one of:

each instance of the causing is performed by hardware;

each instance of the causing is performed by software;

each instance of the generation is caused by software and performed by hardware;

each instance of the generation is caused and performed by software;

only a subset of each instance of the causing is performed by hardware;

only a subset of each instance of the causing is performed by software;

only a subset of each instance of the generation is caused by software and performed by hardware;

only a subset of each instance of the generation is caused and performed by software;

only a subset of each instance of the generation and the prioritization is caused by software and performed by hardware;

only a subset of each instance of the generation and the prioritization is caused and performed by software;

a plurality of sub-systems are accessed, where at least one of the plurality of sub-systems is part of the system;

a plurality of sub-systems are accessed, where at least one of the plurality of sub-systems is part of another system other than the system;

the at least one sub-system is a default sub-system;

the at least one sub-system is a selected sub-system;

the sub-system response is caused to be generated by sending the at least one sub-system the description of the first scenario;

the sub-system response is caused to be generated by sending the at least one sub-system the third plurality of syntactical elements;

the at least one sub-system has the expertise in the one or more topics by being trained utilized syntactical elements describing the one or more topics;

the at least one sub-system has the expertise in the one or more topics relevant to the first scenario, by comparing the one or more topics with the description of the first scenario, to ascertain the relevance;

the at least one sub-system has the expertise in the one or more topics relevant to the first scenario, by assuming the relevance;

the sub-system response includes a single the sub-system response;

the sub-system response includes multiple sub-system responses;

the sub-system response includes multiple sub-system responses received from a single sub-system;

the sub-system response includes multiple sub-system responses received from different sub-systems;

the sub-system response is based on a single the sub-system response;

the sub-system response is based on multiple sub-system responses;

the sub-system response is based on multiple sub-system responses received from a single sub-system;

the sub-system response is based on multiple sub-system responses received from different sub-systems;

one or more of the instances of the causing includes a direct causation;

one or more of the instances of the causing includes an indirect causation;

the system is portable;

the system is not portable;

the system includes a user device;

the system includes a user device to which the communication is caused to be sent;

the system does not include a user device;

the system does not include a user device to which the communication is caused to be sent;

the system, further comprising: a user device;

the system, further comprising: a user device to which the communication is caused to be sent;

the trained computer-implemented neural network is capable of multiple iterations utilizing a same hardware;

the trained computer-implemented neural network is capable of multiple iterations utilizing a same software;

the trained computer-implemented neural network is capable of multiple iterations utilizing a same process;

the trained computer-implemented neural network is capable of multiple iterations each utilizing different hardware;

the trained computer-implemented neural network is capable of multiple iterations each utilizing different software;

the trained computer-implemented neural network is capable of multiple iterations each utilizing a same process;

the trained computer-implemented neural network is capable of multiple iterations each utilizing a same process and a different hardware;

the trained computer-implemented neural network is capable of multiple iterations each utilizing a same hardware and a different process;

the trained computer-implemented neural network includes a single computer-implemented neural network;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks, where a same one or more of the plurality of computer-implemented neural networks is utilized for each instance of the causing;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks, where a different one or more of the plurality of computer-implemented neural networks is utilized for each instance of the causing;

the trained computer-implemented neural network is implemented utilizing the system;

the trained computer-implemented neural network is implemented utilizing another system other than the system;



the trained computer-implemented neural network is implemented utilizing one or more processors;

the trained computer-implemented neural network is implemented utilizing one or more other processors other than the one or more processors;

the trained computer-implemented neural network is implemented utilizing one or more other processors other than the one or more processors, such that the one or more processors causes operation of the trained computer-implemented neural network utilizing one or more other processors;

the trained computer-implemented neural network is of a type other than a recurrent neural network, by the system not including any recurrent neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by the system not utilizing any recurrent neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by not including the recurrent neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by not including a class of neural networks configured for sequential data processing;

the trained computer-implemented neural network is of the type other than the recurrent neural network by not including a class of neural networks configured for processing information across multiple time intervals;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but does include at least one aspect that is recurrent;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but does include at least one instance of sequential data processing;

the trained computer-implemented neural network is of the type other than the recurrent neural network by not including a class of neural networks configured for processing information across multiple time intervals, but does include the ability to perform at least one instance of processing across multiple time intervals;

the trained computer-implemented neural network is of the type other than the recurrent neural network, while including at least one aspect of recurrency;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but is not devoid of any recurrency;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but is not devoid of any recurrency in connection with processing within the trained computer-implemented neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network so as to enable additional parallelization, but not disallowing any recurrency in connection with processing within the trained computer-implemented neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network so as to enable additional parallelization, but not disallowing any recurrency;

the trained computer-implemented neural network is part of the system, where the system also includes a recurrent neural network in addition to the trained computer-implemented neural network that is of the type other than the recurrent neural network;

the trained computer-implemented neural network is part of the system, where the system also includes a recurrent neural network in addition to the trained computer-implemented neural network is of the type other than the recurrent neural network, such that the recurrent neural network is utilized for operations other than each of the instances of the causing;

the application of the trained computer-implemented neural network includes a utilization of the trained computer-implemented neural network;

the application of the trained computer-implemented neural network includes a direct utilization of the trained computer-implemented neural network;

the application of the trained computer-implemented neural network includes an indirect utilization of the trained computer-implemented neural network;

at least one of the syntactical elements includes at least one of: a word, a phrase, a sentence, a punctuation symbol, or a chain;

at least one of the syntactical elements includes at least one of the syntactical element itself, or a mathematical representation thereof;

at least one of the syntactical elements includes at least one of the syntactical element itself, or a representation thereof;

at least one of the syntactical elements includes at least one of the syntactical element itself, or a symbol thereof;

at least one of the syntactical elements includes a syntactical structure;

at least one of the syntactical elements does not include a syntactical structure;

each representation includes a mathematical representation;

each representation includes a symbolic representation;

each representation includes a processed form of a corresponding one or more syntactical elements;

each representation includes a processed form of a corresponding one or more syntactical elements or a representation thereof, such that the processing changes the representation so that it represents the one or more syntactical elements or the representation thereof at least in part;

each representation includes a processed form of a corresponding one or more syntactical elements or a representation thereof, such that the processing changes the representation so that it represents the one or more syntactical elements or the representation thereof only in part;

any affect includes an effect;

the communication is sent directly to the user;

the communication is sent indirectly to the user;

the communication is sent to the user via a network;

the communication is sent to the user via a wide area network;

the communication is not sent to the user via a network;

the communication is in written form;

the communication is in written form, by visually showing syntactical elements;

the communication is in visual form;

the communication is in audible form, by converting syntactical elements to audible versions of the syntactical elements;

the first plurality of syntactical elements are included in a single chain;

the first plurality of syntactical elements are included in a single composite chain;



the first plurality of syntactical elements are included in a plurality of chains;

the second one or more syntactical elements are not of the first plurality of syntactical elements;

the second one or more syntactical elements includes at least one of the first plurality of syntactical elements;

the second one or more syntactical elements includes at least one of the first plurality of syntactical elements, and one or more syntactical elements that are not of the first plurality of syntactical elements;

each of the prioritized attentions is an initial attention;

each of the prioritized attentions is not an initial attention;

each of the prioritized attentions includes a reflection;

each of the prioritized attentions does not include a reflection;

each of the prioritized attentions, includes monitored attention;

each of the prioritized attentions, includes inferred attention;

each of the prioritized attentions, includes a consciousness;

each of the prioritized attentions, includes an awareness;

each of the prioritized attentions, is represented by an identified one or more of the first plurality of syntactical elements;

each of the prioritized attentions, is identified by identification of a representative one or more of the first plurality of syntactical elements;

each of the prioritized attentions is based on at least one of: processing input from a sensor, processing input from externally sourced content, processing input from internally sourced content, a value of information, or a probabilistic selection process;

each of the prioritized attentions is not based on at least one of: processing input from a sensor, processing input from externally sourced content, processing input from internally sourced content, a value of information, or a probabilistic selection process;

each of the prioritized attentions includes system attention;

each of the prioritized attentions does not include user attention;

each of the prioritized attentions includes a focus of attention;

each of the prioritized attentions includes a potential attention;

each of the prioritized attentions includes a stream of attention;

each of the prioritized attentions is not generated by the trained computer-implemented neural network;

each instance of based on, includes directly based on;

at least one instance of based on, includes directly based on;

each instance of based on, includes indirectly based on;

at least one instance of based on, includes indirectly based on;

at least one instance of based on, includes directly generated based on;

at least one instance of based on, includes indirectly generated based on;

at least one instance of based on, includes generated based on, by processing and utilizing;

at least one instance of based on, includes generated based on, by at least one of processing or utilizing;

at least one instance of based on, includes generated based on, by processing to generate a result and utilizing the result;

at least one instance of based on, includes generated based on, by processing to generate a result in another form and utilizing the result;

the application of the trained computer-implemented neural network includes the application of a system that includes the trained computer-implemented neural network;

the application of the trained computer-implemented neural network includes a use of at least a portion of the trained computer-implemented neural network;

the prioritized attentions are prioritized by prioritizing a first attention over a second attention;

the prioritized attentions are prioritized by prioritizing a first attention over a second attention, and, based thereon, selecting each of the prioritized attentions;

the prioritized attentions are prioritized by prioritizing each of the prioritized attentions over the second attention, and, based thereon, selecting each of the prioritized attentions and not selecting the second attention;

the prioritized attentions are prioritized by prioritizing each of the prioritized attentions over the second attention, and, based thereon, selecting each of the prioritized attentions to the exclusion of the second attention;

each of the prioritized attentions is based on processing input from a sensor;

each of the prioritized attentions is based on processing input from externally sourced content;

each of the prioritized attentions is based on processing input from internally sourced content;

each of the prioritized attentions is based on a value of information;

each of the prioritized attentions is based on a probabilistic selection process;

each of the prioritized attentions is based on processing input from a sensor, processing input from externally or internally sourced content, a value of information, and a probabilistic selection process;

a plurality of attentions is iteratively directed utilizing the second plurality of syntactical elements, by utilizing representations generated based on the second plurality of syntactical elements;

the search is performed utilizing a human-provided prompt, by identifying at least a portion of the human-provided prompt, and utilizing the at least portion of the human-provided prompt as a query for the search;

the search is performed utilizing the human-provided prompt, by identifying at least a portion of the human-provided prompt, and utilizing at least one query that is derived from the at least portion of the human-provided prompt, for the search;

each instance of in response, includes a direct response;

each instance of in response, includes an indirect response;

the logical evaluation is for a recommendation;

the logical evaluation is not for a recommendation;

the logical evaluation provides a reason or cause;

the logical evaluation explains syntactical elements themselves;

the logical evaluation explains syntactical element generation;

the logical evaluation provides a reason for syntactical element generation;

the logical evaluation provides a cause for syntactical element generation;

the logical evaluation provides a logic that the system used in connection with syntactical elements delivery;



the logical evaluation provides a rationale that the system used in connection with syntactical elements delivery;

the logical evaluation provides a logic that the system used in connection with syntactical element generation;

the logical evaluation provides a rationale that the system used in connection with syntactical element generation;

the logical evaluation provides a logic that the system used in deciding to deliver syntactical elements;

the logical evaluation provides a rationale that the system used in deciding to deliver syntactical elements;

the logical evaluation explains why the system generated one or more syntactical elements;

the logical evaluation is generated utilizing a rationalization engine;

the logical evaluation includes explanatory information;

the logical evaluation is generated utilizing a template;

the logical evaluation is generated utilizing a syntax;

the logical evaluation is generated utilizing a rule;

the logical evaluation itself includes one or more syntactical elements;

the logical evaluation itself includes a caveat;

the logical evaluation itself does not include a caveat;

the logical evaluation itself includes a sense of confidence;

the logical evaluation itself does not include a sense of confidence;

the logical evaluation itself includes a tuning factor;

the logical evaluation itself does not include a tuning factor;

the logical evaluation references one or more of the syntactical elements that the logical evaluation explains;

the logical evaluation references at least one aspect of one or more of the syntactical elements that the logical evaluation explains;

the logical evaluation references a theme of one or more of the syntactical elements that the logical evaluation explains;

the logical evaluation references a concept of one or more of the syntactical elements that the logical evaluation explains;

the logical evaluation references one or more of the syntactical elements that the logical evaluation explains the generation thereof;

only a subset of the first plurality of syntactical elements receives any attention;

a subset of the first plurality of syntactical elements does not receive any attention;

all of the first plurality of syntactical elements receive different levels of attention;

after multiple iterations, all of the first plurality of syntactical elements receive at least one attention;

after multiple iterations, all of the first plurality of syntactical elements receive different levels of attention;

the prioritization of at least one of each of the prioritized attentions or the second attention results in only a subset of the first plurality of syntactical elements receiving any attention;

the prioritization of at least one of each of the prioritized attentions or the second attention results in a subset of the first plurality of syntactical elements not receiving any attention;

the prioritization of the attentions including at least one of each of the prioritized attentions or the second attention results in all of the first plurality of syntactical elements receiving at least one attention;

the prioritization of the prioritized attentions including at least one of each of the prioritized attentions or the second attention results in all of the first plurality of syntactical elements receiving different levels of attention;

each of the prioritized attentions includes a focus of attention;

each of the prioritized attentions includes a potential attention;

each of the prioritized attentions includes a stream of attention;

each of the prioritized attentions is directed for use by the trained computer-implemented neural network, by affecting a particular manner of subsequent processing by the trained computer-implemented neural network;

each of the prioritized attentions is directed for use by the trained computer-implemented neural network, by a plurality of probabilities being generated, by application of the trained computer-implemented neural network, based on the direction of each of the prioritized attentions;

each of the prioritized attentions is of the trained computer-implemented neural network;

each of the prioritized attentions is of the trained computer-implemented neural network by including a manner of processing by the trained computer-implemented neural network, where the processing is based on a prior prioritization of a plurality of attentions;

the trained computer-implemented neural network includes a neural network-based system capable of pre-processing that precedes utilization of the trained computer-implemented neural network for probability generation and that implements attention prioritization, to generate a result that affects each of the prioritized attentions;

the trained computer-implemented neural network is a neural network-based system capable of pre-processing that implements attention prioritization to generate a result that affects each of the prioritized attentions, by affecting a particular manner of processing by the trained computer-implemented neural network;

a first operation is performed including neural network-independent attention prioritization, and a second operation is performed to direct each of the prioritized attentions by causing processing of the trained computer-implemented neural network to be based on the neural network-independent attention prioritization;

the trained computer-implemented neural network includes a neural network-based system capable of a first operation including neural network-independent attention prioritization, and a second operation to direct each of the prioritized attentions by causing processing of the trained computer-implemented neural network to be based on the neural network-independent attention prioritization, by affecting a particular manner of the processing by the trained computer-implemented neural network;

the system is further configured such that the trained computer-implemented neural network is caused to be trained utilizing a first processor of one or more processors of a first apparatus of the system that executes a first program of the one or more programs that is stored in a first memory of the one or memories of the first apparatus of the system, and the second plurality of syntactical elements is caused to be accessed utilizing a second processor of the one or more processors of a second apparatus of the system that executes a second program of the one or more programs that is stored in a second memory of the one or memories of the second apparatus of the system;

the trained computer-implemented neural network is caused to be trained and the second plurality of syntactical elements is caused to be accessed utilizing a same processor of one or more processors of a same apparatus of the system that executes a same program of the one or more programs that is stored in a same memory of the one or memories of the same apparatus of the system;

each instance of the causing is an act;

each instance of the causing is not a step;

the causing are acts;

the causing are not steps;

the syntactical element portion of the prompt, is not an only portion of the prompt;

the syntactical element portion of the prompt, is an only portion of the prompt;

the first scenario includes an imaginative scenario;

the first scenario does not include an imaginative scenario;

the first scenario is self-referential;

the first scenario is not self-referential;

the first scenario is self-directed;

the first scenario is not self-directed;

the first scenario includes a description;

the first scenario includes a description of at least one of a person, place, or thing;

the first scenario includes a description of a person;

the first scenario includes a description of a place;

the first scenario includes a description of a thing;

the first scenario includes a description of one or more events;

the first scenario includes a sequence of events;

the first scenario represents objective reality, by being valid;

the first scenario represents objective reality, by being true;

the first scenario represents objective reality, by having a sufficient probability of being valid;

the first scenario represents objective reality, by having a sufficient probability of being true;

the first scenario represents objective reality, by having a maximum probability of being the first scenario represents objective reality, by having a maximum probability of being valid;

true;

the first scenario represents objective reality, by having a 100% probability of being valid;

the first scenario represents objective reality, by having a 100% probability of being true;

the first scenario represents objective reality, by representing anything that exists independent of any conscious awareness thereof;

the first scenario represents objective reality, by constituting a state-of-mind;

the first scenario represents objective reality, by constituting a user's state-of-mind;

the first scenario represents objective reality, by constituting a user's future state-of-mind;

the first scenario represents objective reality, by constituting a user's current state-of-mind;

the first scenario represents objective reality, by constituting a mental state;

the first scenario represents objective reality, by constituting a mental state inferred from a user behavior;

the first scenario represents objective reality, by constituting a conscious mental state;

the first scenario represents objective reality, by constituting an unconscious mental state;

the first scenario represents objective reality, by constituting a user's mental state;

the determination whether the first scenario represents objective reality is accomplished, by assessing an associated probability;

the determination whether the first scenario represents objective reality is accomplished, by assessing at least one probability in connection with one or more syntactical elements that describe the first scenario;

the determination that the first scenario does not represent objective reality, by determining that an associated probability is insufficient;

the determination that the first scenario does not represent objective reality, by determining that an associated low probability;

the first scenario is determined to not represent objective reality, by not being valid;

the first scenario is determined to not represent objective reality, by not being true;

the first scenario is determined to not represent objective reality, by not having a sufficient probability of being valid;

the first scenario is determined to not represent objective reality, by not having a sufficient probability of being true;

the first scenario is determined to not represent objective reality, by not having a maximum probability of being valid;

the first scenario is determined to not represent objective reality, by not having a maximum probability of being true;

the first scenario is determined to not represent objective reality, by not having a 100% probability of being valid;

the first scenario is determined to not represent objective reality, by not having a 100% probability of being true;

the first scenario is determined to not represent objective reality, by not having a predetermined threshold probability of being valid;

the first scenario is determined to not represent objective reality, by not having a predetermined threshold probability of being true;

the first scenario is determined to not represent objective reality, by not representing anything that exists independent of any conscious awareness thereof;

the first scenario is determined to not represent objective reality, by not constituting a state-of-mind;

the first scenario is determined to not represent objective reality, by not constituting a user's state-of-mind;

the first scenario is determined to not represent objective reality, by not constituting a user's future state-of-mind;

the first scenario is determined to not represent objective reality, by not constituting a user's current state-of-mind;

the first scenario is determined to not represent objective reality, by not constituting a mental state;

the first scenario is determined to not represent objective reality, by not constituting a mental state inferred from a user behavior;

the first scenario is determined to not represent objective reality, by not constituting a conscious mental state;



the first scenario is determined to not represent objective reality, by not constituting an unconscious mental state;

the first scenario is determined to not represent objective reality, by not constituting a user's mental state;

the third plurality of syntactical elements is generated by applying the trained computer-implemented neural network and utilizing the second plurality of syntactical elements, by processing the second plurality of syntactical elements to generate a result to which the trained computer-implemented neural network is applied;

the third plurality of syntactical elements is generated by applying the trained computer-implemented neural network and utilizing the second plurality of syntactical elements, by applying the trained computer-implemented neural network after utilizing the second plurality of syntactical elements;

the representations include vectors;

the representations take the form of a matrix;

the representations include a particular version of one or more vectors;

the representations take the form of a processed version of a matrix;

the representations take the form of at least one iteration of processing;

the representations are direct representations;

the representations are indirect representations;

the representations are indirect representations, by processing at least one direct representation;

the second scenario is different from the first scenario, by describing at least one aspect that is not described by the first scenario;

the second scenario is different from the first scenario, by not describing at least one aspect that is described by the first scenario;

the second scenario is different from the first scenario, by modifying at least one aspect that is described by the first scenario;

the second scenario is different from the first scenario, by modifying all aspects that are described by the first scenario;

the search syntactical elements are not of a result of the another search;

the search result syntactical elements are not a part of the search result including the search syntactical elements;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being generated without human intervention after the second plurality of syntactical elements is caused to be accessed;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being generated without human intervention after the second plurality of syntactical elements is caused to be accessed;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being generated without human intervention after the second plurality of syntactical elements is caused to be accessed in response to being received from a human user;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being generated without human intervention after the second plurality of syntactical elements is caused to be accessed in response to being received from a human user;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by not being caused by the user that includes a human user;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by not being directly caused by the user that includes a human user;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being indirectly caused by a human;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being caused without any human intervention;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being caused without human intervention after the training is manually initiated by a human;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being caused without human intervention after the training is manually initiated by a training human user;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being caused without human intervention after the trained computer-implemented neural network is caused to be accessed by a human;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being caused without human intervention after the trained computer-implemented neural network is caused to be accessed by a training human user;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by not being generated by the user;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by not being directly generated by the user;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being indirectly generated by a human;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being generated without any human intervention;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being generated without human intervention after the training is manually initiated by a human;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being generated without human intervention after the training is manually initiated by a training human user;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being generated without human intervention after the trained computer-implemented neural network is caused to be accessed by a human;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being generated without human intervention after the trained computer-implemented neural network is caused to be accessed by a training human user;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by not being caused to be generated by the user;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by not being directly caused to be generated by the user;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being indirectly caused to be generated by a human;



the automatic generation of the third and fourth plurality of syntactical elements is automatic by being caused to be generated without any human intervention;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being caused to be generated without human intervention after the training is manually initiated by a human;

the automatic generation of the third and fourth plurality of syntactical elements is automatic by being caused to be generated without human intervention after the training is manually initiated by a training human user;

the different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements, includes a first one of the different syntactical subsets including a subset of the prompt syntactical elements, a second one of the different syntactical subsets including a subset of the one or more search result syntactical elements, and a third one of the different syntactical subsets including a subset of the one or more human user preference syntactical elements;

the different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements, includes a single one of the different syntactical subsets including a single one of the prompt syntactical elements, a single one of the different syntactical subsets including a subset of the one or more search result syntactical elements, and a single one of the different syntactical subsets including a subset of the one or more human user preference syntactical elements;

the representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements, includes a first representation generated based on: a first one of the different syntactical subsets including a subset of the prompt syntactical elements, a second one of the different syntactical subsets including a subset of the one or more search result syntactical elements, and a third one of the different syntactical subsets including a subset of the one or more human user preference syntactical elements; and a second representation generated based on: the first one of the different syntactical subsets including a subset of the prompt syntactical elements, the second one of the different syntactical subsets including a subset of the one or more search result syntactical elements, and the third one of the different syntactical subsets including a subset of the one or more human user preference syntactical elements;

the representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements, includes a first representation generated based on all of: a first one of the different syntactical subsets including a subset of the prompt syntactical elements, a second one of the different syntactical subsets including a subset of the one or more search result syntactical elements, and a third one of the different syntactical subsets including a subset of the one or more human user preference syntactical elements; and

a second representation generated based on: only the first one of the different syntactical subsets including a

subset of the prompt syntactical elements, only the second one of the different syntactical subsets including a subset of the one or more search result syntactical elements, and only the third one of the different syntactical subsets including a subset of the one or more human user preference syntactical elements;

the representations generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements, includes: a first representation generated based on only a first one of the different syntactical subsets including a subset of the prompt syntactical elements, a second representation generated based on only a second one of the different syntactical subsets including a subset of the one or more search result syntactical elements, and a third representation generated based on only a third one of the different syntactical subsets including a subset of the one or more human user preference syntactical elements;

the representations are generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements, by: a first one of the representations being generated based on a first one of the different syntactical subsets of the prompt syntactical elements, a second one of the representations being generated based on a second one of the different syntactical subsets of the one or more search result syntactical elements, and a third one of the representations being generated based on a third one of the different syntactical subsets of the one or more human user preference syntactical elements;

the representations are generated based on different syntactical subsets of: the prompt syntactical elements, the one or more search result syntactical elements, and the one or more human user preference syntactical elements, by: a first one of the representations being generated based on: a first one of the different syntactical subsets of the prompt syntactical elements, a second one of the different syntactical subsets of the one or more search result syntactical elements, and a third one of the different syntactical subsets of the one or more human user preference syntactical elements; and a second one of the representations being generated based on: a fourth one of the different syntactical subsets of the prompt syntactical elements, a fifth one of the different syntactical subsets of the one or more search result syntactical elements, and a sixth one of the different syntactical subsets of the one or more human user preference syntactical elements;

the prioritized attentions are directed to the representations generated based on the different syntactical subsets, by multiplying weights that reflect the prioritized attentions with the representations generated based on the different syntactical subsets;

the prioritized attentions are directed to the representations generated based on the different syntactical subsets, by multiplying weights that reflect the prioritized attentions with values associated with the representations generated based on the different syntactical subsets;

the computing hardware includes the one or more computer processors;

the computing hardware does not include the one or more computer processors;

the one or more representations generated based on the at least one of the search syntactical elements of the search result is prioritized with respect to the representations generated based on: the at least one of the third plurality of syntactical elements, the at least one of the prompt syntactical elements, the at least one of the one or more search result syntactical elements, and the at least one of the one or more human user preference syntactical elements; by assigning differently-prioritized attentions thereto;

the one or more representations generated based on the at least one of the search syntactical elements of the search result is prioritized with respect to the representations generated based on: the at least one of the third plurality of syntactical elements, the at least one of the prompt syntactical elements, the at least one of the one or more search result syntactical elements, and the at least one of the one or more human user preference syntactical elements; by assigning a higher-prioritized attention to the one or more representations generated based on the at least one of the search syntactical elements of the search result, as compared to any of the at least one of the third plurality of syntactical elements, the at least one of the prompt syntactical elements, the at least one of the one or more search result syntactical elements, and the at least one of the one or more human user preference syntactical elements;

the one or more representations generated based on the at least one of the search syntactical elements of the search result is prioritized with respect to the representations generated based on: the at least one of the third plurality of syntactical elements, the at least one of the prompt syntactical elements, the at least one of the one or more search result syntactical elements, and the at least one of the one or more human user preference syntactical elements; by assigning a lower-prioritized attention to the one or more representations generated based on the at least one of the search syntactical elements of the search result, as compared to any of the at least one of the third plurality of syntactical elements, the at least one of the prompt syntactical elements, the at least one of the one or more search result syntactical elements, and the at least one of the one or more human user preference syntactical elements; or

the one or more representations generated based on the at least one of the search syntactical elements of the search result is prioritized with respect to the representations generated based on: the at least one of the third plurality of syntactical elements, the at least one of the prompt syntactical elements, the at least one of the one or more search result syntactical elements, and the at least one of the one or more human user preference syntactical elements; by assigning a lower-prioritized attention to the one or more representations generated based on the at least one of the search syntactical elements of the search result, as compared to at least one of the at least one of the third plurality of syntactical elements, the at least one of the prompt syntactical elements, the at least one of the one or more search result syntactical elements, or the at least one of the one or more human user preference syntactical elements.

* * * * *

# EXHIBIT 5

US012462198B1

(12) **United States Patent**
**Flinn et al.**

(10) **Patent No.: US 12,462,198 B1**
(45) **Date of Patent: *Nov. 4, 2025**

(54) **ITERATIVE ATTENTION-BASED NEURAL NETWORK TRAINING AND PROCESSING**

(71) Applicant: **Steven D Flinn**, Brenham, TX (US)

(72) Inventors: **Steven Dennis Flinn**, Sugar Land, TX (US); **Naomi Felina Moneypenny**, Bellevue, WA (US)

(73) Assignee: **STEVEN D. Flinn**, Sugar Land, TX (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **19/024,727**

**(22) Filed: Jan. 16, 2025**

**Related U.S. Application Data**

(63) Continuation of application No. 18/963,473, filed on Nov. 27, 2024, now Pat. No. 12,327,166, which is a continuation of application No. 18/101,612, filed on Jan. 26, 2023, now Pat. No. 12,223,404, which is a continuation of application No. 16/660,908, filed on Oct. 23, 2019, now Pat. No. 11,593,708, which is a continuation of application No. 15/000,011, filed on

(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| ***G06N 5/048*** | (2023.01) |
| ***G06F 40/211*** | (2020.01) |
| ***G06F 40/216*** | (2020.01) |
| ***G06F 40/30*** | (2020.01) |
| ***G06N 3/043*** | (2023.01) |
| ***G06N 3/045*** | (2023.01) |
| ***G06N 5/045*** | (2023.01) |
| ***G06N 20/00*** | (2019.01) |
| *G06N 3/02* | (2006.01) |

(52) **U.S. Cl.**
CPC ........... ***G06N 20/00*** (2019.01); ***G06F 40/211*** (2020.01); ***G06F 40/216*** (2020.01); ***G06F 40/30*** (2020.01); ***G06N 3/043*** (2023.01); ***G06N 3/045*** (2023.01); ***G06N 5/045*** (2013.01); ***G06N 5/048*** (2013.01); *G06N 3/02* (2013.01)

(58) **Field of Classification Search**
CPC ........ G06N 20/00; G06N 3/045; G06N 3/043; G06N 5/045; G06N 5/048; G06N 3/02; G06F 40/211; G06F 40/216; G06F 40/30
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2008/0249967 A1* 10/2008 Flinn ..................... G06N 20/00
706/11

OTHER PUBLICATIONS

Dong, Li, and Mirella Lapata. "Language to logical form with neural attention." arXiv preprint arXiv:1601.01280 (2016). (Year: 2016).*

(Continued)

*Primary Examiner* — Eric Nilsson

(57) **ABSTRACT**

An iterative attention-based neural network training and processing method and system iteratively applies a focus of attention of a trained neural network on syntactical elements and generates probabilities associated with representations of the syntactical elements, which in turn inform a subsequent focus of attention of the neural network, resulting in updated probabilities. The updated probabilities are then applied to generate syntactical elements for delivery to a user. The user may respond to the delivered syntactical elements, providing additional training information to the trained neural network.

**115 Claims, 18 Drawing Sheets**



**Related U.S. Application Data**

Jan. 18, 2016, now Pat. No. 10,510,018, which is a continuation-in-part of application No. 14/816,439, filed on Aug. 3, 2015, now abandoned.

(56) **References Cited**

OTHER PUBLICATIONS

List of References in Parent U.S. Appl. No. 12/223,404, now Issued as U.S. Pat. No. 12,223,404 B2, mail room dated Nov. 19, 2024 and Jul. 29, 2024.

* cited by examiner

Figure 1


user(s) (200)
adaptive system (100)
920
structural aspect (210)
content aspect (230)
automatic or semi-automatic updating of structure
usage aspect (220)
automatic or semi-automatic updating of content
245
adaptive recommendations function (240)
246
adaptive recommendations (250)
255
265
non-user (260)

Figure 2A




Figure 2B




Figure 2C



Figure 3


700
700a
fuzzy content network
718
34c2
710c1
710c3
content object
content object
content object
.2
.8
.8
.9
.1
.3
.5
.4
.6
.1
.2
.3
710t2
710t2
topic object
topic object
.4
.3
.1
.6
716
.4
.3
.1
.2
700b
fuzzy content network
.7
.7
700c
fuzzy content network

Figure 4A




Figure 4B




Figure 4C



Figure 5A



user(s) (200)
adaptive system (100D)
fuzzy content network (700)
content object
content object
content object
topic object
topic object
.2
.8
.9
.8
.3
.5
.4
.6
.1
.3
.1
.2
.4
.3
.1
.6
structural aspect (210D)
content aspect (230)
usage aspect (220)
automatic or semi-automatic updating of structure
245
automatic or semi-automatic updating of content
246
adaptive recommendations function (240)
adaptive recommendations (250)
255
265
non-user (260)

Figure 6


user(s) (200)
Adaptive Communications
Usage Behaviors
250c
920
Computer-based System (925)
User Behavior and Usage Pattern Framework (1000)
Entire Community Usage Patterns
1002
1006
Sub-Community A Usage Patterns
Sub-Community B Usage Patterns
1008
1004
Individual Usage Patterns
Sub-Community C Usage Patterns
1010

Figure 7



1050
Entire Community
Sub-Community A
1064
1069
Sub-Community C
Sub-Community B
1062
.6
.6
.8
.1
.2
.4
.5
.3
1070
.3
.4
.8
.6
.5
.2
.8
.8
1067
.2
.8
.9
1068
Sub-Community E
1073
.1
.3
1066
Sub-Community D
.5
.5
1071
.2
.7
1072
.4
.3
1063
Process Participant
.9
.1
1065

Figure 8


usage behavior information and inferences (220)
captured usage information (202)
usage behaviors (270)
usage behavior pre-processing (204)
usage behaviors categories (246)
usage behavior clusters (247)
usage behavioral patterns (248)

Figure 9


500
begin
510
Request user communication
520
Determine syntactical structure of the user communication
530
Select phrases in accordance with the syntactical structure of the user communication and phrase frequency distributions
540
Generate user communication
550
Evaluate communication recipient behaviors
560
Update phrase frequency distributions
done

Figure 10


2000
begin
2010
Evaluate changes to phrase frequency distributions
2020
Determine syntactical structure of the user communication of self-awareness
2030
Select self-aware phrases in accordance with the syntactical structure of the user communication and changes in phrase frequency distributions
2040
Generate self-aware user communication
2050
Evaluate communication recipient behaviors
2060
Update phrase frequency distributions
done

# Figure 11

3000

3010 3020 3030 3040 3050 3060

| Phrase Array | Phrase ID | Relative Frequency | Phrase | Phrase Attribute 1 | Phrase Attribute 2 |
|---|---|---|---|---|---|
| Array 1 | 1 | 1 | I've noticed you've been spending a lot of time with your profile lately ;-) | Sarcastic | User-attentive |
| Array 1 | 2 | 3 | It seems to me that you recently have been more interested in areas such as {1} | Business-like | User-attentive |
| Array 1 | 3 | 1 (3032) | I've noticed your colleagues have been very interested recently in {1}-related topics | Business-like | Socially-attentive |
| Array 1 | 4 | 5 | Null | Null | Null |
| Array 2 | 1 | 2 | I know this is probably silly of me | Humorous | Introspective |
| Array 2 | 2 | 1 | I often wonder why you | Inquisitive | User-attentive |

4000

4010 4020 4030 4040 4060 4070

| Phrase Array | Phrase ID | Relative Frequency | Phrase | Phrase Attribute 2 | Phrase Attribute 3 |
|---|---|---|---|---|---|
| Array 3 | 1 | 1 | You know, I sense that I have become a lot more fun loving since I met you | Introspective | Humorous |
| Array 3 | 2 | 2 | I feel like I take myself a lot less seriously when I'm around you | Introspective | Humorous |
| Array 3 | 3 | 10 | Null | Null | Null |
| Array 4 | 1 | 1 | I keep wondering why I've become increasingly self-absorbed of late | Introspective | Introspective |
| Array 4 | 2 | 1 | Null | Null | Null |

# Figure 12


Computer-based System (925)
User Communication Request (6000)
Phrase Arrays (5000)
Phrase Arrays (3000)
Syntax Rules (7500)
Generate Communication (7000)
Self-Aware Phrase Arrays (4000)
Monitor Behaviors of Communication Recipient (8000)
Update Phrase Array Frequency Distributions (9000)

Figure 13



Figure 14A


600
begin
610
Access a behavioral-based chain for a user comprising a subject (the user), predicate, and object triple
620
Identify a semantic chain that comprises a subject, predicate, and object triple, and in which the subject corresponds to the object of the predicate of the behavioral-based chain
630
Link the behavioral-based chain and the semantic chain to generate a composite chain
640
Identify any additional semantic chains to link to the composite chain
650
Perform an inference with respect to the user that is based on the composite chain and any probabilities that are associated with elements of the composite chain
240
Generate a recommendation based on the inference
done

Figure 14B


605
begin
615
Identify a second semantic chain that generalizes a first context that is associated with a first semantic chain.
625
Identify a second context that is different than the first context but that has a semantic relationship to the first context.
635
Generate a third semantic chain by applying the subject or predicate or variations thereof of the first semantic chain to the second context.
645
Determine if the frequency of the third semantic chain within an evaluative corpus of content is within an acceptable range.
655
Apply a probabilistic communication creativity tuning factor to determine the probability of communicating the third semantic chain.
250c
Generate a communication that includes the third semantic chain.
done

Figure 14C


660
begin
665
Prioritize potential focuses of attention and identify a focus of attention.
670
Identify one or more semantic or composite chains that are relevant to the focus of attention.
675
Evaluate uncertainties associated with the one or more relevant semantic or composite chains and determine the uncertainties to be reduced.
680
Identify and perform one or more actions that are expected to reduce the uncertainties.
685
Assess the results of the one or more actions and update the representations of uncertainties based on the assessment of the one or more actions.

Figure 14D


661
begin
666
Receive from an external or internal source a communication or image that comprises, or is associated with, one or more syntactical elements.
671
Determine which subsets of the syntactical elements likely represent objective reality by performing a search with respect to the one or more syntactical elements.
676
Identify one or more base images that best match the maximum subset of syntactical elements that are categorized as likely representing objective reality.
681
For each of the subsets of the syntactical elements that likely do not represent objective reality, determine a best-match image by performing a search.
686
Substitute or super-impose the images that best match the subset of syntactical elements that likely do not represent objective reality onto the base image(s), thereby generating an imaginative image.
691
Generate a chain, communication, or image based upon the imaginative image by directing a focus of attention of the computer-based system on the imaginative image.

Figure 15


810
• Virtual Learning Environments
• Formal Courses
• Other Sources
Adaptive Discovery (informal learning)
250
815
Actors-Actions-Objects
805
Learning/Education Plans
800
Learning Layer
Inferences from Actor-Action-Object Events and Object-to-Object Relationships
Actors-Actions-Objects
825
Actors-Actions-Objects
830
Learning Record System (LRS)
(Actor-Action-Object records)
850
Learning Management System (LMS)
925
820

# ITERATIVE ATTENTION-BASED NEURAL NETWORK TRAINING AND PROCESSING

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 18/963,473, filed on Nov. 27, 2024, which is a continuation of U.S. patent application Ser. No. 18/101,612, filed on Jan. 26, 2023, which is a continuation of U.S. patent application Ser. No. 16/660,908, filed on Oct. 23, 2019, now U.S. Pat. No. 11,593,708, issued Feb. 28, 2023, which is a continuation of U.S. patent application Ser. No. 15/000,011, filed on Jan. 18, 2016, now U.S. Pat. No. 10,510,018, issued Dec. 17, 2019, which is a continuation-in-part of U.S. patent application Ser. No. 14/816,439, filed on Aug. 3, 2015, all of which are hereby incorporated by reference as if set forth herein in their entirety. The present application also incorporates by reference: U.S. patent application Ser. No. 14/497,645, filed on Sep. 26, 2014; U.S. Provisional Patent Application No. 61/884,224, filed Sep. 30, 2013, and U.S. Provisional Patent Application No. 61/929,432, filed Jan. 20, 2014, all of which are hereby incorporated by reference as if set forth herein in their entirety.

## FIELD OF THE INVENTION

This invention relates to systems and methods for incorporating semantic-based auto-learning capabilities within one or more computer-implemented systems.

## BACKGROUND OF THE INVENTION

Existing semantic-based approaches, using, for example, Resource Description Framework (RDF), can require significant manual effort, and do not adapt to usage. Thus there is a need for a system and method that enables such semantic-based approaches to automatically adapt to use, and further, to extend semantic-based approaches so as to enable the automatic generation of more engaging communications that embody characteristics lacking in existing semantic-based systems such as self-awareness, imagination, introspection, continuing streams of attention and reflection, and communicating creatively with metaphorical constructs and/or wit.

## SUMMARY OF THE INVENTION

In accordance with the embodiments described herein, a processor-based system, method, and apparatus that embodies automatically generated streams of attention and/or reflection, is disclosed.

Other features and embodiments will become apparent from the following description, from the drawings, and from the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of an adaptive system, according to some embodiments;

FIGS. **2**A, **2**B, and **2**C are block diagrams of the structural aspect, the content aspect, and the usage aspect of the adaptive system of FIG. **1**, according to some embodiments;

FIG. **3** is a block diagram of a fuzzy content network-based system, according to some embodiments;

FIGS. **4**A, **4**B, and **4**C are block diagrams of an object, a topic object, and a content object, according to some embodiments;

FIG. **5**A is a block diagram of a fuzzy content network-based adaptive system, according to some embodiments;

FIG. **6** is a block diagram of a computer-based system that enables adaptive communications, according to some embodiments;

FIG. **7** is a diagram illustrating user communities and associated relationships, according to some embodiments;

FIG. **8** is a block diagram of usage behavior processing functions of the computer-based system of FIG. **6**, according to some embodiments;

FIG. **9** is a flow diagram of an adaptive personality process, according to some embodiments;

FIG. **10** is a flow diagram of a self-aware personality process, according to some embodiments;

FIG. **11** is a diagram of exemplary data structures associated with the adaptive personality process and the self-aware personality process of FIGS. **9** and **10**, according to some embodiments;

FIG. **12** is a block diagram of major functions of an adaptive personality and self-aware personality system, according to some embodiments;

FIG. **13** is a diagram of various computing device topologies, according to some embodiments;

FIG. **14**A is a flow diagram of a process of integrating, and generating inferences from, behavioral-based chains and semantic chains, according to some embodiments;

FIG. **14**B is a flow diagram of a process of applying semantic context transfer to generate communications that embody a degree of creativity, according to some embodiments;

FIG. **14**C is a flow diagram of a closed-loop process of applying semantic-based chains and associated uncertainties to inform automatic actions that are in accordance with a focus of attention, according to some embodiments;

FIG. **14**D is a flow diagram of a closed-loop process of generating streams of imaginative images, according to some embodiments; and

FIG. **15** is a diagram of the integration of a learning layer system and a learning management system, according to some embodiments.

## DETAILED DESCRIPTION

In the following description, numerous details are set forth to provide an understanding of the present invention. However, it will be understood by those skilled in the art that the present invention may be practiced without these details and that numerous variations or modifications from the described embodiments may be possible.

### Adaptive System

In some embodiments, the present invention may apply the methods and systems of an adaptive system as depicted by FIG. **1**. FIG. **1** is a generalized depiction of an adaptive system **100**, according to some embodiments. The adaptive system **100** includes three aspects: a structural aspect **210**, a usage aspect **220**, and a content aspect **230**. One or more users **200** interact with the adaptive system **100**. An adaptive recommendations function **240** may produce adaptive recommendations **250** based upon the user interactions, and the recommendations may be delivered to the user **200** or applied to the adaptive system **100**.

As used herein, one or more users **200** may be a single user or multiple users. As shown in FIG. **1**, the one or more users **200** may receive the adaptive recommendations **250**.

Non-users **260** of the adaptive system **100** may also receive adaptive recommendations **250** from the adaptive system **100**.

A user **200** may be a human entity, a computer system, or a second adaptive system (distinct from the adaptive system **100**) that interacts with, or otherwise uses the adaptive system. The one or more users **200** may therefore include non-human "users" that interact with the adaptive system **100**. In particular, one or more other adaptive systems may serve as virtual system "users." Although not essential, these other adaptive systems may operate in accordance with the architecture of the adaptive system **100**. Thus, multiple adaptive systems may be mutual users of one another. The user **200** may also represent the adaptive system **100** itself as a means of representing interactions with itself (or among its constituent elements) or as a means for referencing its own behaviors as embodied in the usage aspect **220**.

It should be understood that the structural aspect **210**, the content aspect **230**, the usage aspect **220**, and the recommendations function **240** of the adaptive system **100**, and elements of each, may be contained within one processor-based device, or distributed among multiple processor-based devices, and wherein one or more of the processor-based devices may be portable. Furthermore, in some embodiments one or more non-adaptive systems may be transformed to one or more adaptive systems **100** by means of operatively integrating the usage aspect **220** and the recommendations function **240** with the one or more non-adaptive systems. In some embodiments the structural aspect **210** of a non-adaptive system may be transformed to a fuzzy network-based structural aspect **210** to provide a greater capacity for adaptation.

The term "computer system" or the term "system," without further qualification, as used herein, will be understood to mean either a non-adaptive or an adaptive system. Likewise, the terms "system structure" or "system content," as used herein, will be understood to refer to the structural aspect **210** and the content aspect **230**, respectively, whether associated with a non-adaptive system or the adaptive system **100**. The term "system structural subset" or "structural subset," as used herein, will be understood to mean a portion or subset of the elements of the structural aspect **210** of a system.

Structural Aspect

The structural aspect **210** of the adaptive system **100** is depicted in the block diagram of FIG. **2**A. The structural aspect **210** comprises a collection of system objects **212** that are part of the adaptive system **100**, as well as the relationships among the objects **214**, if they exist. The relationships among objects **214** may be persistent across user sessions, or may be transient in nature. The objects **212** may include or reference items of content, such as text, graphics, audio, video, interactive content, or embody any other type or item of computer-implemented information. The objects **212** may also include references, such as pointers, to content. Computer applications, executable code, or references to computer applications may also be stored as objects **212** in the adaptive system **100**. The content of the objects **212** is known herein as information **232**. The information **232**, though part of the object **214**, is also considered part of the content aspect **230**, as depicted in FIG. **2**B, and described below.

The objects **212** may be managed in a relational database, or may be maintained in structures such as, but not limited to, flat files, linked lists, inverted lists, hypertext networks, or object-oriented databases. The objects **212** may include meta-information **234** associated with the information **232** contained within, or referenced by the objects **212**.



As an example, in some embodiments, the World-wide Web could be considered a structural aspect, wherein web pages constitute the objects of the structural aspect and links between web pages constitute the relationships among the objects. Alternatively, or in addition, in some embodiments, the structural aspect could be composed of objects associated with an object-oriented programming language, and the relationships between the objects associated with the protocols and methods associated with interaction and communication among the objects in accordance with the object-oriented programming language.

The one or more users **200** of the adaptive system **100** may be explicitly represented as objects **212** within the system **100**, therefore becoming directly incorporated within the structural aspect **210**. The relationships among objects **214** may be arranged in a hierarchical structure, a relational structure (e.g. according to a relational database structure), or according to a network structure.

Content Aspect

The content aspect **230** of the adaptive system **100** is depicted in the block diagram of FIG. **2**B. The content aspect **230** comprises the information **232** contained in, or referenced by the objects **212** that are part of the structural aspect **210**. The content aspect **230** of the objects **212** may include text, graphics, audio, video, and interactive forms of content, such as applets, tutorials, courses, demonstrations, modules, or sections of executable code or computer programs. The one or more users **200** interact with the content aspect **230**.

The content aspect **230** may be updated based on the usage aspect **220**, as well as associated metrics. To achieve this, the adaptive system **100** may use or access information from other systems. Such systems may include, but are not limited to, other computer systems, other networks, such as the World Wide Web, multiple computers within an organization, other adaptive systems, or other adaptive recombinant systems. In this manner, the content aspect **230** benefits from usage occurring in other environments.

Usage Aspect

The usage aspect **220** of the adaptive system **100** is depicted in the block diagram of FIG. **2**C, although it should be understood that the usage aspect **220** may also exist independently of adaptive system **100** in some embodiments. The usage aspect **220** denotes captured usage information **202**, further identified as usage behaviors **270**, and usage behavior pre-processing **204**. The usage aspect **220** thus reflects the tracking, storing, categorization, and clustering of the use and associated usage behaviors of the one or more users **200** interacting with, or being monitored by, the adaptive system **100**. Applying usage behavioral information **202**, including, but not limited to the usage behavioral information described by Table 1, to generate relationships or affinities **214** among objects **212** may be termed "behavioral indexing" herein.

The captured usage information **202**, known also as system usage or system use **202**, may include any user behavior **920** exhibited by the one or more users **200** while using the system. The adaptive system **100** may track and store user key strokes and mouse clicks, for example, as well as the time period in which these interactions occurred (e.g., timestamps), as captured usage information **202**. From this captured usage information **202**, the adaptive system **100** identifies usage behaviors **270** of the one or more users **200** (e.g., a web page access or email transmission). Finally, the usage aspect **220** includes usage-behavior pre-processing, in which usage behavior categories **249**, usage behavior clus-

ters **247**, and usage behavioral patterns **248** are formulated for subsequent processing of the usage behaviors **270** by the adaptive system **100**. Non-limiting examples of the usage behaviors **270** that may be processed by the adaptive system **100**, as well as usage behavior categories **249** designated by the adaptive system **100**, are listed in Table 1, and described in more detail, below.

The usage behavior categories **249**, usage behaviors clusters **247**, and usage behavior patterns **248** may be interpreted with respect to a single user **200**, or to multiple users **200**; the multiple users may be described herein as a community, an affinity group, or a user segment. These terms are used interchangeably herein. A community is a collection of one or more users, and may include what is commonly referred to as a "community of interest." A sub-community is also a collection of one or more users, in which members of the sub-community include a portion of the users in a previously defined community. Communities, affinity groups, and user segments are described in more detail, below.

Usage behavior categories **249** include types of usage behaviors **270**, such as accesses, referrals to other users, collaboration with other users, and so on. These categories and more are included in Table 1, below. Usage behavior clusters **247** are groupings of one or more usage behaviors **270**, either within a particular usage behavior category **249** or across two or more usage categories. The usage behavior pre-processing **204** may also determine new clusterings of user behaviors **270** in previously undefined usage behavior categories **249**, across categories, or among new communities. Usage behavior patterns **248**, also known as "usage behavioral patterns" or "behavioral patterns," are also groupings of usage behaviors **270** across usage behavior categories **249**. Usage behavior patterns **248** are generated from one or more filtered clusters of captured usage information **202**.

The usage behavior patterns **248** may also capture and organize captured usage information **202** to retain temporal information associated with usage behaviors **270**. Such temporal information may include the duration or timing of the usage behaviors **270**, such as those associated with reading or writing of written or graphical material, oral communications, including listening and talking, and/or monitored behaviors such as physiological responses, physical (i.e., geographic) location, and environmental conditions local to the user **200**. The usage behavioral patterns **248** may include segmentations and categorizations of usage behaviors **270** corresponding to a single user of the one or more users **200** or according to multiple users **200** (e.g., communities or affinity groups). The communities or affinity groups may be previously established, or may be generated during usage behavior pre-processing **204** based on inferred usage behavior affinities or clustering. Usage behaviors **270** may also be derived from the use or explicit preferences **252** associated with other adaptive or non-adaptive systems.

Adaptive Recommendations

As shown in FIG. **1**, the adaptive system **100** generates adaptive recommendations **250** using the adaptive recommendations function **240**. The adaptive recommendations **250**, or suggestions, enable users to more effectively use and/or navigate the adaptive system **100**.

The adaptive recommendations **250** are presented as structural subsets of the structural aspect **210**, which may comprise an item of content, multiple items of content, a representation of one or more users, and/or a user activity or stream of activities. The recommended content or activities may include information generated automatically by a processor-based system or device, such as, for example, by a process control device. A recommendation may comprise a spatial or temporal sequence of objects. The adaptive recommendations **250** may be in the context of a currently conducted activity of the system **100**, a current position while navigating the structural aspect **210**, a currently accessed object **212** or information **232**, or a communication with another user **200** or another system. The adaptive recommendations **250** may also be in the context of a historical path of executed system activities, accessed objects **212** or information **232**, or communications during a specific user session or across user sessions. The adaptive recommendations **250** may be without context of a current activity, currently accessed object **212**, current session path, or historical session paths. Adaptive recommendations **250** may also be generated in response to direct user requests or queries, including search requests. Such user requests may be in the context of a current system navigation, access or activity, or may be outside of any such context and the recommended content sourced from one or more systems. The adaptive recommendations **250** may comprise advertising or sponsored content. The adaptive recommendations **250** may be delivered through any computer-implemented means, including, but not limited to delivery modes in which the recommendation recipient **200**, **260** can read and/or listen to the recommendation **250**.

Fuzzy Content Network

In some embodiments, the structural aspect **210** of the adaptive system **100**, comprises a specific type of fuzzy network, a fuzzy content network. A fuzzy content network **700** is depicted in FIG. **3**. The fuzzy content network **700** may include multiple content sub-networks, as illustrated by the content sub-networks **700***a*, **700***b*, and **700***c*, and fuzzy content network **700** includes "content," "data," or "information," packaged in objects **710**. Details about how the object works internally may be hidden. In FIG. **4**A, for example, the object **710** includes meta-information **712** and information **714**. The object **710** thus encapsulates information **714**.

Another benefit to organizing information as objects is known as inheritance. The encapsulation of FIG. **4**A, for example, may form discrete object classes, with particular characteristics ascribed to each object class. A newly defined object class may inherit some of the characteristics of a parent class. Both encapsulation and inheritance enable a rich set of relationships between objects that may be effectively managed as the number of individual objects and associated object classes grows.

In the content network **700**, the objects **710** may be either topic objects **710***t* or content objects **710***c*, as depicted in FIGS. **4**B and **4**C, respectively. Topic objects **710***t* are encapsulations that contain meta-information **712***t* and relationships to other objects (not shown), but do not contain an embedded pointer to reference associated information. The topic object **710***t* thus essentially operates as a "label" to a class of information. The topic object **710** therefore just refers to "itself" and the network of relationships it has with other objects **710**. People may be represented as topic objects or content objects in accordance with some embodiments.

Content objects **710***c*, as shown in FIG. **4**C, are encapsulations that optionally contain meta-information **712***c* and relationships to other objects **710** (not shown). Additionally, content objects **710***c* may include either an embedded pointer to information or the information **714** itself (hereinafter, "information **714**").

The referenced information **714** may include files, text, documents, articles, images, audio, video, multi-media, soft-

ware applications and electronic or magnetic media or signals. Where the content object **714***c* supplies a pointer to information, the pointer may be a memory address. Where the content network **700** encapsulates information on the Internet, the pointer may be a Uniform Resource Locator (URL).

The meta-information **712** supplies a summary or abstract of the object **710**. So, for example, the meta-information **712***t* for the topic object **710***t* may include a high-level description of the topic being managed. Examples of meta-information **712***t* include a title, a sub-title, one or more descriptions of the topic provided at different levels of detail, the publisher of the topic meta-information, the date the topic object **710***t* was created, and subjective attributes such as the quality, and attributes based on user feedback associated with the referenced information. Meta-information may also include a pointer to referenced information, such as a uniform resource locator (URL), in one embodiment.

The meta-information **712***c* for the content object **710***c* may include relevant keywords associated with the information **714**, a summary of the information **714**, and so on. The meta-information **712***c* may supply a "first look" at the objects **710***c*. The meta-information **712***c* may include a title, a sub-title, a description of the information **714**, the author of the information **714**, the publisher of the information **714**, the publisher of the meta-information **712***c*, and the date the content object **710***c* was created, as examples. As with the topic object **710***t*, meta-information for the content object **710***c* may also include a pointer.

In FIG. **3**, the content sub-network **700***a* is expanded, such that both content objects **710***c* and topic objects **710***t* are visible. The various objects **710** of the content network **700** are interrelated by degrees using relationships **716** (unidirectional and bidirectional arrows) and relationship indicators **718** (values). Each object **710** may be related to any other object **710**, and may be related by a relationship indicator **718**, as shown. Thus, while information **714** is encapsulated in the objects **710**, the information **714** is also interrelated to other information **714** by a degree manifested by the relationship indicators **718**.

The relationship indicator **718** is a type of affinity comprising a value associated with a relationship **716**, the value typically comprising a numerical indicator of the relationship between objects **710**. Thus, for example, the relationship indicator **718** may be normalized to between 0 and 1, inclusive, where 0 indicates no relationship, and 1 indicates a subset or maximum relationship. Or, the relationship indicators **718** may be expressed using subjective descriptors that depict the "quality" of the relationship. For example, subjective descriptors "high," "medium," and "low" may indicate a relationship between two objects **710**.

The relationship **716** between objects **710** may be bi-directional, as indicated by the double-pointing arrows. Each double-pointing arrow includes two relationship indicators **718**, one for each "direction" of the relationships between the objects **710**.

As FIG. **3** indicates, the relationships **716** between any two objects **710** need not be symmetrical. That is, topic object **710***t***1** has a relationship of "0.3" with content object **710***c***2**, while content object **710***c***2** has a relationship of "0.5" with topic object **710***t***1**. Furthermore, the relationships **716** need not be bi-directional-they may be in one direction only. This could be designated by a directed arrow, or by simply setting one relationship indicator **718** of a bi-directional arrow to "0," the null relationship value.

The content networks **700**A, **700**B, **700**C may be related to one another using relationships of multiple types and associated relationship indicators **718**. For example, in FIG. **3**, content sub-network **700***a* is related to content sub-network **700***b* and content sub-network **700***c*, using relationships of multiple types and associated relationship indicators **718**. Likewise, content sub-network **700***b* is related to content sub-network **700***a* and content sub-network **700***c* using relationships of multiple types and associated relationship indicators **718**.



Individual content and topic objects **710** within a selected content sub-network **700***a* may be related to individual content and topic objects **710** in another content sub-network **700***b*. Further, multiple sets of relationships of multiple types and associated relationship indicators **718** may be defined between two objects **710**.

For example, a first set of relationships **716** and associated relationship indicators **718** may be used for a first purpose or be available to a first set of users while a second set of relationships **716** and associated relationship indicators **718** may be used for a second purpose or available to a second set of users. For example, in FIG. **3**, topic object **710***t***1** is bi-directionally related to topic object **710***t***2**, not once, but twice, as indicated by the two double arrows. An indefinite number of relationships **716** and associated relationship indicators **718** may therefore exist between any two objects **710** in the fuzzy content network **700**. The multiple relationships **716** may correspond to distinct relationship types. For example, a relationship type might be the degree an object **710** supports the thesis of a second object **710**, while another relationship type might be the degree an object **710** disconfirms the thesis of a second object **710**. The content network **700** may thus be customized for various purposes and accessible to different user groups in distinct ways simultaneously.

The relationships among objects **710** in the content network **700**, as well as the relationships between content networks **700***a* and **700***b*, may be modeled after fuzzy set theory. Each object **710**, for example, may be considered a fuzzy set with respect to all other objects **710**, which are also considered fuzzy sets. The relationships among objects **710** are the degrees to which each object **710** belongs to the fuzzy set represented by any other object **710**. Although not essential, every object **710** in the content network **700** may conceivably have a relationship with every other object **710**.

The topic objects **710***t* may encompass, and may be labels for, very broad fuzzy sets of the content network **700**. The topic objects **710***t* thus may be labels for the fuzzy set, and the fuzzy set may include relationships to other topic objects **710***t* as well as related content objects **710***c*. Content objects **710***c*, in contrast, typically refer to a narrower domain of information in the content network **700**.

The adaptive system **100** of FIG. **1** may operate in association with a fuzzy content network environment, such as the one depicted in FIG. **3**. In FIG. **5**A, an adaptive system **100**D includes a structural aspect **210**D that is a fuzzy content network. Thus, adaptive recommendations **250** generated by the adaptive system **100**D are also structural subsets that may themselves comprise fuzzy content networks.

In some embodiments a computer-implemented fuzzy network or fuzzy content network **700** may be represented in the form of vectors or matrices in a computer-implemented system, and where the vectors or matrices may be represented in the form of computer-implemented data structures such as, but not limited to, relational databases. For example, the relationship indicators **718** or affinities among topics may be represented as topic-to-topic affinity vectors ("TTAV"). The relationship indicators **718** or affinities

among content objects may be represented as content-to-content affinity vectors ("CCAV"). The relationship indicators **718** or affinities among content object and topic objects may be represented as content-to-topic affinity vectors ("CTAV"), which is also sometimes referred to an object-to-topic affinity vector ("OTAV") herein.

Further, affinity vectors between a user **200** and objects of a fuzzy network or fuzzy content network **700** may be generated. For example, a member (i.e., user)-to-topic affinity vector ("MTAV") may be generated in accordance with some embodiments (and an exemplary process for generating an MTAV is provided elsewhere herein). In some embodiments an affinity vector ("MMAV") between a specific user and other users **200** may be generated derivatively from MTAVs and/or other affinity vectors (and an exemplary process for generating an MMAV is provided elsewhere herein). In some embodiments a member-topic expertise vector (MTEV) is generated, which is defined as a vector of inferred member or user **200** expertise level values, wherein each value corresponds to an expertise level corresponding to a topic.

One or more of object **212** relationship mappings **214** represented by TTAVs, CCAVs, CTAVs (or OTAVs), MTAVs or MTEVs may be the result of the behavioral indexing of a structural aspect **210** (that is not necessarily fuzzy network-based) in conjunction with a usage aspect **220** and an adaptive recommendations function **240**.

In some embodiments, indexes generated from information **232** within objects **212** may be applied to populate an MTAV and/or MTEV, and/or to modify an existing MTAV and/or MTEV. Computer-implemented algorithms may be applied to index objects **212** such that for each object **212** a vector or vectors comprising one or more constituent elements, such as words, phrases, or concepts, is generated, along with a numerical weight or value corresponding to each constituent element, wherein each of the corresponding weights is indicative of the inferred importance or relevance of each of the associated constituent elements with respect to the associated indexed object **212**. By way of a non-limiting example, such a vector or vectors may be generated by a search engine function during the process of indexing the contents **232** of an object **212**. This vector of constituent elements and associated weights or values, hereinafter called an "object contents vector," or "OCV," may be generated using pattern detection and/or statistical techniques such as Bayesian analytic approaches and/or or other statistical pattern matching and/or statistical learning techniques such as support vector machines, as are known by those skilled in the art. For example, word or phrase frequencies within an object **212** comprising a document will typically influence the OCV, as may the position of words or phrases within an object **212**. These object contents-indexing techniques may further apply more general linguistic data such as word and phrase frequencies for a given language, synonym tables, and/or other lexicon-based information in generating OCVs.

In some embodiments, a system may track a user's **200** behaviors **920**, including, but not limited to, the behaviors described by Table 1, and map them to the OCVs of a collection of objects **212**. Constituent elements of the OCVs of objects that are inferred from the tracked behaviors **920** to be of particular interest to one or more users **200** or to have some other inferred quality of interest are then identified. These inferences may be based on the relative number of occurrences of constituent elements among objects that are inferred to be interest to a user, as well as in accordance with the weights or values associated with these constituent elements and their associated OCVs. For example, everything else being equal, constituent elements (or synonyms) of OCVs that occur frequently among the objects that are inferred to be of high interest to a user and that have relatively high relevance weightings in the OCVs are favored for identification.



These one or more identified constituent elements may then be transformed via, for example, application of appropriate lexicon-based information and techniques into, or directly serve without transformation as, topics **710*t*** with associated weights in the user's MTAV and/or MTEV, wherein the associated weights are calculated in accordance with the inferred degree of affinity **214** between the user **200** and the objects **212** from which the associated OCVs are sourced. This process can be iteratively executed to continue to expand or refine the MTAV as additional or alternative sets of behaviors **920** are applied to OCVs of the same, additional, or different sets of object **212**, enabling continuously improved capabilities for personalization.

In some embodiments a multi-dimensional mathematical construct or space may be generated based on one or more of the affinity vectors. By way of a non-limiting example, topics may represent each dimension of a multi-dimensional space. Calculations of distances between objects and/or users in the multi-dimensional space, and clusters among objects and/or users, may be determined by applying mathematical algorithms to the multi-dimensional space and its elements. These calculations may be used by the adaptive system **100** in generating recommendations and/or in clustering elements of the space.

In some embodiments one or more topics **710*t*** and/or relationship indicators **718** may be generated automatically by evaluating candidate clusters of content objects **710*c*** based on behavioral information **920** and/or the matching of information within the content objects **710*c***, wherein the matching is performed, for example, through the application of probabilistic, statistical, and/or neural network-based techniques.

User Behavior and Usage Framework

FIG. **6** depicts a usage framework **1000** for performing preference and/or intention inferencing of tracked or monitored usage behaviors **920** by one or more computer-based systems **925**. The one or more computer-based systems **925** may comprise an adaptive system **100**. The usage framework **1000** summarizes the manner in which usage patterns are managed within the one or more computer-based systems **925**. Usage behavioral patterns associated with an entire community, affinity group, or segment of users **1002** are captured by the one or more computer-based systems **925**. In another case, usage patterns specific to an individual are captured by the one or more computer-based systems **925**. Various sub-communities of usage associated with users may also be defined, as for example "sub-community A" usage patterns **1006**, "sub-community B" usage patterns **1008**, and "sub-community C" usage patterns **1010**.

Memberships in the communities are not necessarily mutually exclusive, as depicted by the overlaps of the sub-community A usage patterns **1006**, sub-community B usage patterns **1008**, and sub-community C usage patterns **1010** (as well as and the individual usage patterns **1004**) in the usage framework **1000**. Recall that a community may include a single user or multiple users. Sub-communities may likewise include one or more users. Thus, the individual usage patterns **1004** in FIG. **6** may also be described as representing the usage patterns of a community or a sub-community. For the one or more computer-based systems **925**, usage behavior patterns may be segmented among

communities and individuals so as to effectively enable adaptive communications **250***c* delivery for each sub-community or individual.

The communities identified by the one or more computer-based systems **925** may be determined through self-selection, through explicit designation by other users or external administrators (e.g., designation of certain users as "experts"), or through automatic determination by the one or more computer-based systems **925**. The communities themselves may have relationships between each other, of multiple types and values. In addition, a community may be composed not of human users, or solely of human users, but instead may include one or more other computer-based systems, which may have reason to interact with the one or more computer-based systems **925**. Or, such computer-based systems may provide an input into the one or more computer-based systems **925**, such as by being the output from a search engine. The interacting computer-based system may be another instance of the one or more computer-based systems **925**.

The usage behaviors **920** included in Table 1 may be categorized by the one or more computer-based systems **925** according to the usage framework **1000** of FIG. **6**. For example, categories of usage behavior may be captured and categorized according to the entire community usage patterns **1002**, sub-community usage patterns **1006**, and individual usage patterns **1004**. The corresponding usage behavior information may be used to infer preferences and/or intentions and interests at each of the user levels.

Multiple usage behavior categories shown in Table 1 may be used by the one or more computer-based systems **925** to make reliable inferences of the preferences and/or intentions and/or intentions of a user with regard to elements, objects, or items of content associated with the one or more computer-based systems **925**. There are likely to be different preference inferencing results for different users.

As shown in FIG. **6**, the one or more computer-based systems **925** delivers adaptive communications to the user **200**. These adaptive communications **250***c* may include adaptive recommendations **250** and/or associated explanations for the recommendations, or may be other types of communications to the user **200**, including sponsored recommendations. In some embodiments the adaptive communications **250***c* comprise one or more phrases, where phrases can comprise one or more words. The adaptive communications **250***c* may be delivered to the user **200**, for example, in a written form, an audio form, or a combination of these forms.

By introducing different or additional behavioral characteristics, such as the duration of access of, or monitored or inferred attention toward, an object, a more adaptive communication **250***c* is enabled. For example, duration of access or attention will generally be much less correlated with navigational proximity than access sequences will be, and therefore provide a better indicator of true user preferences and/or intentions and/or intentions. Therefore, combining access sequences and access duration will generally provide better inferences and associated system structural updates than using either usage behavior alone. Effectively utilizing additional usage behaviors as described above will generally enable increasingly effective system structural updating. In addition, the one or more computer-based systems **925** may employ user affinity groups to enable even more effective system structural updating than are available merely by applying either individual (personal) usage behaviors or entire community usage behaviors.

Furthermore, relying on only one or a limited set of usage behavioral cues and signals may more easily enable potential "spoofing" or "gaming" of the one or more computer-based systems **925**. "Spoofing" or "gaming" the one or more computer-based systems **925** refers to conducting consciously insincere or otherwise intentional usage behaviors **920** so as to influence the costs of advertisements **910** of the one or more computer-based systems **925**. Utilizing broader sets of system usage behavioral cues and signals may lessen the effects of spoofing or gaming. One or more algorithms may be employed by the one or more computer-based systems **925** to detect such contrived usage behaviors, and when detected, such behaviors may be compensated for by the preference and interest inferencing algorithms of the one or more computer-based systems **925**.

In some embodiments, the one or more computer-based systems **925** may provide users **200** with a means to limit the tracking, storing, or application of their usage behaviors **920**. A variety of limitation variables may be selected by the user **200**. For example, a user **200** may be able to limit usage behavior tracking, storing, or application by usage behavior category described in Table 1. Alternatively, or in addition, the selected limitation may be specified to apply only to particular user communities or individual users **200**. For example, a user **200** may restrict the application of the full set of her usage behaviors **920** to preference or interest inferences by one or more computer-based systems **925** for application to only herself, and make a subset of process behaviors **920** available for application to users only within her workgroup, but allow none of her process usage behaviors to be applied by the one or more computer-based systems **925** in making inferences of preferences and/or intentions and/or intentions or interests for other users.

User Communities

As described above, a user associated with one or more systems **925** may be a member of one or more communities of interest, or affinity groups, with a potentially varying degree of affinity associated with the respective communities. These affinities may change over time as interests of the user **200** and communities evolve over time. The affinities or relationships among users and communities may be categorized into specific types. An identified user **200** may be considered a member of a special sub-community containing only one member, the member being the identified user. A user can therefore be thought of as just a specific case of the more general notion of user or user segments, communities, or affinity groups.

FIG. **7** illustrates the affinities among user communities and how these affinities may automatically or semi-automatically be updated by the one or more computer-based systems **925** based on user preferences and/or intentions which are derived from user behaviors **920**. An entire community **1050** is depicted in FIG. **7**. The community may extend across organizational, functional, or process boundaries. The entire community **1050** includes sub-community A **1064**, sub-community B **1062**, sub-community C **1069**, sub-community D **1065**, and sub-community E **1070**. A user **1063** who is not part of the entire community **1050** is also featured in FIG. **7**.

Sub-community B **1062** is a community that has many relationships or affinities to other communities. These relationships may be of different types and differing degrees of relevance or affinity. For example, a first relationship **1066** between sub-community B **1062** and sub-community D **1065** may be of one type, and a second relationship **1067** may be of a second type. (In FIG. **7**, the first relationship

1066 is depicted using a double-pointing arrow, while the second relationship **1067** is depicted using a unidirectional arrow.)

The relationships **1066** and **1067** may be directionally distinct, and may have an indicator of relationship or affinity associated with each distinct direction of affinity or relationship. For example, the first relationship **1066** has a numerical value **1068**, or relationship value, of "0.8." The relationship value **1068** thus describes the first relationship **1066** between sub-community B **1062** and sub-community D **1065** as having a value of 0.8.

The relationship value may be scaled as in FIG. **7** (e.g., between 0 and 1), or may be scaled according to another interval. The relationship values may also be bounded or unbounded, or they may be symbolically represented (e.g., high, medium, low).

The user **1063**, which could be considered a user community including a single member, may also have a number of relationships to other communities, where these relationships are of different types, directions and relevance. From the perspective of the user **1063**, these relationship types may take many different forms. Some relationships may be automatically formed by the one or more computer-based systems **925**, for example, based on explicit or inferred interests, geographic location, or similar traffic/usage patterns. Thus, for example the entire community **1050** may include users in a particular city. Some relationships may be context-relative. For example, a community to which the user **1063** has a relationship could be associated with a certain process, and another community could be related to another process. Thus, sub-community E **1070** may be the users associated with a product development business to which the user **1063** has a relationship **1071**; sub-community B **1062** may be the members of a cross-business innovation process to which the user **1063** has a relationship **1073**; sub-community D **1065** may be experts in a specific domain of product development to which the user **1063** has a relationship **1072**. The generation of new communities which include the user **1063** may be based on the inferred interests of the user **1063** or other users within the entire community **1050**.

The one or more computer-based systems **925** may automatically generate communities, or affinity groups, based on user behaviors **920** and associated preference inferences. In addition, communities may be identified by users, such as administrators of the process or sub-process instance **930**. Thus, the one or more computer-based systems **925** utilizes automatically generated and manually generated communities.

Users **200** or communities may be explicitly represented as elements or objects **212** within the one or more computer-based systems **925**. An object **212** representing a user **200** may include self-profiling information that is explicitly provided by the user **200**. This user descriptive information may include, but are not limited to, for example, a photo or avatar, relationships to other people, subjects of interest, and affiliations.

Preference and/or Intention Inferences

The usage behavior information and inferences function **220** of the one or more computer-based systems **925** is depicted in the block diagram of FIG. **8**. In embodiments where computer-based systems **925** is an adaptive system **100**, then usage behavior information and inferences function **220** is equivalent to the usage aspect **220** of FIG. **1**. The usage behavior information and inferences function **220** denotes captured usage information **202**, further identified as usage behaviors **270**, and usage behavior pre-processing



**204**. The usage behavior information and inferences function **220** thus reflects the tracking, storing, classification, categorization, and clustering of the use and associated usage behaviors **920** of the one or more users or users **200** interacting with the one or more computer-based systems **925**.

The captured usage information **202**, known also as system usage or system use **202**, includes any interaction by the one or more users or users **200** with the system, or monitored behavior by the one or more users **200**. The one or more computer-based systems **925** may track and store user key strokes and mouse clicks or other device controller information, for example, as well as the time period in which these interactions occurred (e.g., timestamps), as captured usage information **202**. From this captured usage information **202**, the one or more computer-based systems **925** identifies usage behaviors **270** of the one or more users **200** (e.g., web page access or physical location changes of the user). Finally, the usage behavior information and inferences function **220** includes usage-behavior pre-processing, in which usage behavior categories **246**, usage behavior clusters **247**, and usage behavioral patterns **248** are formulated for subsequent processing of the usage behaviors **270** by the one or more computer-based systems **925**. Some usage behaviors **270** identified by the one or more computer-based systems **925**, as well as usage behavior categories **246** designated by the one or more computer-based systems **925**, are listed in Table 1, and are described in more detail below.

The usage behavior categories **246**, usage behaviors clusters **247**, and usage behavior patterns **248** may be interpreted with respect to a single user **200**, or to multiple users **200**, in which the multiple users may be described herein as a community, an affinity group, or a user segment. These terms are used interchangeably herein. A community is a collection of one or more users, and may include what is commonly referred to as a "community of interest." A sub-community is also a collection of one or more users, in which members of the sub-community include a portion of the users in a previously defined community. Communities, affinity groups, and user segments are described in more detail, below.

Usage behavior categories **246** include types of usage behaviors **270**, such as accesses, referrals to other users, collaboration with other users, and so on. These categories and more are included in Table 1. Usage behavior clusters **247** are groupings of one or more usage behaviors **270**, either within a particular usage behavior category **246** or across two or more usage categories. The usage behavior pre-processing **204** may also determine new "clusterings" of user behaviors **270** in previously undefined usage behavior categories **246**, across categories, or among new communities. Usage behavior patterns **248**, also known as "usage behavioral patterns" or "behavioral patterns," are also groupings of usage behaviors **270** across usage behavior categories **246**. Usage behavior patterns **248** are generated from one or more filtered clusters of captured usage information **202**.

The usage behavior patterns **248** may also capture and organize captured usage information **202** to retain temporal information associated with usage behaviors **270**. Such temporal information may include the duration or timing of the usage behaviors **270**, such as those associated with reading or writing of written or graphical material, oral communications, including listening and talking, or physical location of the user **200**, potentially including environmental aspects of the physical location(s). The usage behavioral patterns **248** may include segmentations and categorizations

of usage behaviors **270** corresponding to a single user of the one or more users **200** or according to multiple users **200** (e.g., communities or affinity groups). The communities or affinity groups may be previously established, or may be generated during usage behavior pre-processing **204** based on inferred usage behavior affinities or clustering.

User Behavior Categories

In Table 1, a variety of different user behaviors **920** are identified that may be assessed by the one or more computer-based systems **925** and categorized. The usage behaviors **920** may be associated with the entire community of users, one or more sub-communities, or with individual users of the one of more computer-based applications **925**.

TABLE 1

Usage behavior categories and usage behaviors

| usage behavior category | usage behavior examples |
|---|---|
| navigation and access | activity, content and computer application accesses, including buying/selling |
| | paths of accesses or click streams |
| | execution of searches and/or search history |
| subscription and self-profiling | personal or community subscriptions to, or following of, topical areas |
| | interest and preference self-profiling |
| | following other users |
| | filters |
| | affiliation self-profiling (e.g., job function) |
| collaborative | referral to others |
| | discussion forum activity |
| | direct communications (voice call, messaging) content contributions or structural alterations linking to another user |
| reference | personal or community storage and tagging |
| | personal or community organizing of stored or tagged information |
| direct feedback | user ratings of activities, content, computer applications and automatic recommendations |
| | user comments |
| physiological responses | direction of gaze |
| | brain patterns |
| | blood pressure |
| | heart rate |
| | voice modulation |
| | facial expression |
| | kinetic expression of limbs such as tension, posture or movement |
| | expression of other users in the group |
| environmental conditions and location | current location |
| | location over time |
| | relative location to users/object references |
| | current time |
| | current weather condition |

A first category of process usage behaviors **920** is known as system navigation and access behaviors. System navigation and access behaviors include usage behaviors **920** such as accesses to, and interactions with computer-based applications and content such as documents, Web pages, images, videos, TV channels, audio, radio channels, multi-media, interactive content, interactive computer applications and games, e-commerce applications, or any other type of information item or system "object." These process usage behaviors may be conducted through use of a keyboard, a mouse, oral commands, or using any other input device. Usage behaviors **920** in the system navigation and access behaviors category may include, but are not limited to, the viewing, scrolling through, or reading of displayed information, typing written information, interacting with online objects orally, or combinations of these forms of interactions with computer-based applications. This category includes the explicit searching for information, using, for example, a search engine. The search term may be in the form of a word or phrase to be matched against documents, pictures, web-pages, or any other form of on-line content. Alternatively, the search term may be posed as a question by the user.

System navigation and access behaviors may also include executing transactions, including commercial transactions, such as the buying or selling of merchandise, services, or financial instruments. System navigation and access behaviors may include not only individual accesses and interactions, but the capture and categorization of sequences of information or system object accesses and interactions over time.

A second category of usage behaviors **920** is known as subscription and self-profiling behaviors. Subscriptions may be associated with specific topical areas or other elements of the one or more computer-based systems **925**, or may be associated with any other subset of the one or more computer-based systems **925**. "Following" is another term that may be used for a subscription behavior—i.e., following a topic is synonymous with subscribing to a topic. Subscriptions or following behaviors may also be with regard to other users—the subscriber or follower receives activity streams of the subscribed to or followed user. A user's following behavior is distinguished from a linking behavior with regard to another user in that a following relationship is asymmetric, while a linking (e.g., "friending") relationship is typically symmetric (and hence linking is considered in the collaborative behavior category herein). Subscriptions may thus indicate the intensity of interest with regard to elements of the one or more computer-based systems **925**. The delivery of information to fulfill subscriptions may occur online, such as through activity streams, electronic mail (email), on-line newsletters, XML or RSS feeds, etc., or through physical delivery of media.

Self-profiling refers to other direct, persistent (unless explicitly changed by the user) indications explicitly designated by the one or more users regarding their preferences and/or intentions and interests, or other meaningful attributes. A user **200** may explicitly identify interests or affiliations, such as job function, profession, or organization, and preferences and/or intentions, such as representative skill level (e.g., novice, business user, advanced). Self-profiling enables the one or more computer-based systems **925** to infer explicit preferences and/or intentions of the user. For example, a self-profile may contain information on skill levels or relative proficiency in a subject area, organizational affiliation, or a position held in an organization. A user **200** that is in the role, or potential role, of a supplier or customer may provide relevant context for effective adaptive e-commerce applications through self-profiling. For example, a potential supplier may include information on products or services offered in his or her profile. Self-profiling information may be used to infer preferences and/or intentions and interests with regard to system use and associated topical areas, and with regard to degree of affinity with other user community subsets. A user may identify preferred methods of information receipt or learning style, such as visual or audio, as well as relative interest levels in other communities.

A third category of usage behaviors **920** is known as collaborative behaviors. Collaborative behaviors are interactions among the one or more users. Collaborative behaviors may thus provide information on areas of interest and intensity of interest. Interactions including online referrals of elements or subsets of the one or more computer-based systems **925**, such as through email, whether to other users

or to non-users, are types of collaborative behaviors obtained by the one or more computer-based systems **925**.

Other examples of collaborative behaviors include, but are not limited to, online discussion forum activity, contributions of content or other types of objects to the one or more computer-based systems **925**, posting information that is then received by subscribers, categorizing subscribers so as to selectively broadcast information to subscribers, linking to another user, or any other alterations of the elements, objects or relationships among the elements and objects of one or more computer-based systems **925**. Collaborative behaviors may also include general user-to-user communications, whether synchronous or asynchronous, such as email, instant messaging, interactive audio communications, and discussion forums, as well as other user-to-user communications that can be tracked by the one or more computer-based systems **925**.

A fourth category of process usage behaviors **920** is known as reference behaviors. Reference behaviors refer to the marking, designating, saving or tagging of specific elements or objects of the one or more computer-based systems **925** for reference, recollection or retrieval at a subsequent time. An indicator such as "like" is a reference behavior when used as a tag for later retrieval of associated information. Tagging may include creating one or more symbolic expressions, such as a word or words (e.g., a hashtag), associated with the corresponding elements or objects of the one or more computer-based systems **925** for the purpose of classifying the elements or objects. The saved or tagged elements or objects may be organized in a manner customizable by users. The referenced elements or objects, as well as the manner in which they are organized by the one or more users, may provide information on inferred interests of the one or more users and the associated intensity of the interests.

A fifth category of process usage behaviors **920** is known as direct feedback behaviors. Direct feedback behaviors include ratings or other indications of perceived quality by individuals of specific elements or objects of the one or more computer-based systems **925**, or the attributes associated with the corresponding elements or objects. The direct feedback behaviors may therefore reveal the explicit preferences and/or intentions of the user. In the one or more computer-based systems **925**, the recommendations **250** may be rated by users **200**. This enables a direct, adaptive feedback loop, based on explicit preferences and/or intentions specified by the user. Direct feedback also includes user-written comments and narratives associated with elements or objects of the computer-based system **925**.

A sixth category of process usage behaviors is known as physiological responses. These responses or behaviors are associated with the focus of attention of users and/or the intensity of the intention, or any other aspects of the physiological responses of one or more users **200**. For example, the direction of the visual gaze of one or more users may be determined. This behavior can inform inferences associated with preferences and/or intentions or interests even when no physical interaction with the one or more computer-based systems **925** is occurring. Even more direct assessment of the level of attention may be conducted through access to the brain patterns or signals associated with the one or more users. Such patterns of brain functions during participation in a process can inform inferences on the preferences and/or intentions or interests of users, and the intensity of the preferences and/or intentions or interests. The brain patterns assessed may include MRI images, brain wave patterns, relative oxygen use, or relative blood flow by one or more regions of the brain.



Physiological responses may include any other type of physiological response of a user **200** that may be relevant for making preference or interest inferences, independently, or collectively with the other usage behavior categories. Other physiological responses may include, but are not limited to, utterances, vocal range, intensity and tempo, gestures, movements, or body position. Attention behaviors may also include other physiological responses such as breathing rate, heart rate, temperature, blood pressure, or galvanic response.

A seventh category of process usage behaviors is known as environmental conditions and physical location behaviors. Physical location behaviors identify geographic location and mobility behaviors of users. The location of a user may be inferred from, for example, information associated with a Global Positioning System or any other position or location-aware system or device, or may be inferred directly from location information input by a user (e.g., inputting a zip code or street address, or through an indication of location on a computer-implemented map), or otherwise acquired by the computer-based systems **925**. The physical location of physical objects referenced by elements or objects of one or more computer-based systems **925** may be stored for future reference. Proximity of a user to a second user, or to physical objects referenced by elements or objects of the computer-based application, may be inferred. The length of time, or duration, at which one or more users reside in a particular location may be used to infer intensity of interests associated with the particular location, or associated with objects that have a relationship, such as proximity, to the physical location. Derivative mobility inferences may be made from location and time data, such as the direction of the user, the speed between locations or the current speed, the likely mode of transportation used, and the like. These derivative mobility inferences may be made in conjunction with geographic contextual information or systems, such as through interaction with digital maps or map-based computer systems. Environmental conditions may include the time of day, the weather, temperature, the configuration of physical elements or objects in the surrounding physical space, lighting levels, sound levels, and any other condition of the environment around the one or more users **200**.

In addition to the usage behavior categories depicted in Table 1, usage behaviors may be categorized over time and across user behavioral categories. Temporal patterns may be associated with each of the usage behavioral categories. Temporal patterns associated with each of the categories may be tracked and stored by the one or more computer-based systems **925**. The temporal patterns may include historical patterns, including how recently an element, object or item of content associated with one or more computer-based systems **925**. For example, more recent behaviors may be inferred to indicate more intense current interest than less recent behaviors.

Another temporal pattern that may be tracked and contribute to derive preference inferences is the duration associated with the access or interaction with, or inferred attention toward, the elements, objects or items of content of the one or more computer-based systems **925**, or the user's physical proximity to physical objects referenced by system objects of the one or more computer-based systems **925**, or the user's physical proximity to other users. For example, longer durations may generally be inferred to indicate greater interest than short durations. In addition, trends over time of the behavior patterns may be captured to enable

more effective inference of interests and relevancy. Since delivered recommendations may include one or more elements, objects or items of content of the one or more computer-based systems **925**, the usage pattern types and preference inferencing may also apply to interactions of the one or more users with the delivered recommendations **250** themselves, including accesses of, or interactions with, explanatory information regarding the logic or rationale that the one more computer-based systems **925** used in deciding to deliver the recommendation to the user.

Adaptive Communications Generation

In some embodiments, adaptive communications **250***c* or recommendations **250** may be generated for the one or more users **200** through the application of affinity vectors.

For example, in some embodiments, Member-Topic Affinity Vectors (MTAVs) may be generated to support effective recommendations, wherein for a user or registered member **200** of the one or more computer-based systems **925** a vector is established that indicates the relative affinity (which may be normalized to the [0,1] continuum) the member has for one or more object sub-networks the member has access to. For computer-based systems **925** comprising a fuzzy content network-based structural aspect, the member affinity values of the MTAV may be in respect to topic networks.

So in general, for each identified user, which can be termed a registered member in some embodiments, e.g., member M, a hypothetical MTAV could be of a form as follows:

MTAV for Member M

| Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|
| 0.35 | 0.89 | 0.23 | 0.08 | . . . | 0.14 |

The MTAV will therefore reflect the relative interests of a user with regard to all N of the accessible topics. This type of vector can be applied in two major ways:

A. To serve as a basis for generating adaptive communications **250***c* or recommendations **250** to the user **200**

B. To serve as a basis for comparing the interests with one member **200** with another member **200**, and to therefore determine how similar the two members are

In some embodiments, an expertise vector (MTEV) may be used as a basis for generating recommendations of people with appropriately inferred levels of expertise, rather than, or in addition to, using an MTAV as in the exemplary examples herein. That is, the values of an MTEV correspond to inferred levels of expertise, rather than inferred levels of interests, as in the case of an MTAV.

To generate a MTAV or MTEV, any of the behaviors of Table 1 may be utilized. For example, in some embodiments the following example behavioral information may be used in generating an MTAV:

1) The topics the member has subscribed to received updates
2) The topics the member has accessed directly
3) The accesses the member has made to objects that are related to each topic
4) The saves or tags the member has made of objects that are related to each topic

This behavioral information is listed above in a generally reverse order of importance from the standpoint of inferring member interests; that is, access information gathered over



a significant number of accesses or over a significant period of time will generally provide better information than subscription information, and save information is typically more informative of interests than just accesses.

The following fuzzy network structural information may also be used to generate MTAV values:

5) The relevancies of each content object to each topic
6) The number of content objects related to each topic

Personal topics that are not shared with other users **200** may be included in MTAV calculations. Personal topics that have not been made publicly available cannot be subscribed to by all other members, and so could in this regard be unfairly penalized versus public topics. Therefore for the member who created the personal topic and co-owners of that personal topic, in some embodiments the subscription vector to may be set to "True," i.e. 1. There may exist personal topics that are created by a member **200** and that have never been seen or contributed to by any other member. This may not otherwise affect the recommendations **250** since the objects within that personal topic may be accessible by other members, and any other relationships these objects have to other topics will be counted toward accesses of these other topics.

In some embodiments the first step of the MTAV calculation is to use information 1-4 above to generate the following table or set of vectors for the member, as depicted in the following hypothetical example:

TABLE 2

| Member 1 Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 1 | 1 | 0 | 0 | | 1 |
| Topic Accesses | 14 | 3 | 57 | 0 | | 8 |
| Weighted Accesses | 112 | 55 | 23 | 6 | | 43 |
| Weighted Saves | 6 | 8 | 4 | 0 | . . . | 2 |

The Subscriptions vector of Table 2 contains either a 1 if the member has subscribed to a topic or is the owner/co-owner of a personal topic or a 0 if the member has not subscribed to the topic. The Topic Accesses vector contains the number of accesses to that topic's explore page by the member to a topic over a period of time, for example, the preceding 12 months.

The Weighted Accesses vector of Table 1 contains the number of the member's (Member 1) accesses over a specified period of time of each object multiplied by the relevancies to each topic summed across all accessed objects. (So for example, if Object 1 has been accessed 10 times in the last 12 months by Member 1 and it is related to Topic 1 by 0.8, and Object 2 has been accessed 4 times in the last 12 months by Member 1 and is related to Topic 1 at relevancy level 0.3, and these are the only objects accessed by Member 1 that are related to Topic 1, then Topic 1 would contain the value $10*0.8+4*0.3=9.2$).

The Weighted Saves vector of Table 1 works the same way as the Weighted Accesses vector, except that it is based on Member 1's object save data instead of access data.

In some embodiments, topic object saves are counted in addition to content object saves. Since a member saving a topic typically is a better indicator of the member's interest in the topic than just saving an object related to the said topic, it may be appropriate to give more "credit" for topic saves than just content object saves. For example, when a user saves a topic object, the following process may be applied:

If the Subscriptions vector indicator is not already set to "1" for this topic in Table 1, it is set to "1". (The advantage of this is that even if the topic has been saved before 12 months ago, the user will still at least get subscription "credit" for the topic save even if they don't get credit for the next two calculations).

In exactly the same way as a saved content object, a credit is applied in the Weighted Accesses vector of Table 2 based on the relevancies of other topics to the saved topic. A special "bonus" weighting in the Weighted Accesses vector of Table 2 may be applied with respect to the topic itself using the weighting of "10"—which means a topic save is worth at least as much as 10 saves of content that are highly related to that topic.

The next step is to make appropriate adjustments to Table 1. For example, it may be desirable to scale the Weighted Accesses and Weighted Saves vectors by the number of objects that is related to each topic. The result is the number of accesses or saves per object per topic. This may be a better indicator of intensity of interest because it is not biased against topics with few related objects. However, per object accesses/saves alone could give misleading results when there are very few accesses or saves. So as a compromise, the formula that is applied to each topic, e.g., Topic N, may be a variation of the following in some embodiments:

((Weighted Accesses for Topic N)/(Objects related to Topic N))*Square Root(Weighted Accesses for Topic N)

This formula emphasizes per object accesses, but tempers this with a square root factor associated with the absolute level of accesses by the member. The result is a table, Table 2A, of the form:

TABLE 2A

| Member 1 Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 1 | 1 | 0 | 0 | | 1 |
| Topic Accesses | 14 | 3 | 57 | 0 | | 8 |
| Weighted Accesses | 9.1 | 12 | 3.2 | 0.6 | | 2.3 |
| Weighted Saves | 0.9 | 1.3 | 1.1 | 0 | . . . | 0.03 |

In some embodiments, the next step is to transform Table 2A into a MTAV. In some embodiments, indexing factors, such as the following may be applied:

| Topic Affinity Indexing Factors | Weight |
|---|---|
| Subscribe Indexing Factor | 10 |
| Topic Indexing Factor | 20 |
| Accesses Indexing Factor | 30 |
| Save Indexing Factor | 40 |

These factors have the effect of ensuring normalized MTAV values ranges (e.g. 0-1 or 0-100) and they enable more emphasis on behaviors that are likely to provide relatively better information on member interests. In some embodiments, the calculations for each vector of Table 1A are transformed into corresponding Table 2 vectors as follows:

1. Table 3 Indexed Subscriptions for a topic by Member 1=Table 2A Subscriptions for a topic*Subscribe Indexing Factor
2. Table 3 Indexed Direct Topic Accesses by Member 1=Table 2A Topic Accesses*Topic Indexing Factor
3. Table 3 Indexed Accesses for a topic by Member 1=((Table 2A Weighted Accesses for a topic by Member 1)/(Max (Weighted Accesses of all Topics by Member 1)))*Accesses Indexing Factor
4. Table 3 Indexed Saves for a topic by Member 1=((Table 2A Weighted Saves for a topic by Member 1)/(Max (Weighted Saves of all Topics by Member 1)))*Saves Indexing Factor

The sum of these Table 3 vectors results in the MTAV for the associated member **200** as shown in the hypothetical example of Table 3 below:

TABLE 3

| Member 1 Indexed Behaviors | Topic 1 | Topic 2 | Topic 3 | Topic 4 | . . . | Topic N |
|---|---|---|---|---|---|---|
| Subscriptions | 0 | 10 | 10 | 10 | | 10 |
| Topic Accesses | 5 | 1 | 20 | 0 | | 8 |
| Weighted Accesses | 11 | 1 | 30 | 12 | | 6 |
| Weighted Saves | 0 | 10 | 40 | 1 | | 2 |
| Member 1 MTAV | 16 | 22 | 100 | 23 | . . . | 26 |

In some embodiments, member-to-member affinities can be derived by comparing the MTAVs of a first member **200** and a second member **200**. Statistical operators and metrics such as correlation coefficients or cosine similarity may be applied to derive a sense of the distance between members in n-dimensional topic affinity space, where there are N topics. Since different users may have access to different topics, the statistical correlation for a pair of members is preferentially applied against MTAV subsets that contain only the topics that both members have access to. In this way, a member-to-member affinity vector (MMAV) can be generated for each member or user **200**, and the most similar members, the least similar members, etc., can be identified for each member **200**. In some embodiments, a member-to-member expertise vector (MMEV) may be analogously generated by comparing the MTEVs of a pair of users **200** and applying correlation methods.

With the MTAVs, MMAVs, and Most Similar Member information available, a set of candidate objects to be recommended can be generated in accordance with some embodiments. These candidate recommendations may, in a later processing step, be ranked, and the highest ranked to candidate recommendations will be delivered to the recommendation recipient **200**,**260**. Recall that recommendations **250** may be in-context of navigating the system **925** or out-of-context of navigating the system **925**.

A variation of the out-of-context recommendation process may be applied for in-context recommendations, where the process places more emphasis of the "closeness" of the objects to the object being viewed in generating candidate recommendation objects.

For both out-of-context and in-context recommendations, a ranking process may be applied to the set of candidate objects, according to some embodiments. The following is an exemplary set of input information that may be used to calculate rankings.

1. Editor Rating: If there is no editor rating for the object, this value is set to a default
2. Community Rating (If there is no community rating for the object, this value can be set to a default)
3. Popularity: Indexed popularity (e.g., number of views) of the object.

4. Change in Popularity: Difference in indexed popularity between current popularity of the object and the object's popularity some time ago
5. Influence: Indexed influence of the object, where the influence of an object is calculated recursively based on the influence of other objects related to said object, weighted by the degree of relationship to said object, and where the initial setting of influence of an object is defined as its popularity.
6. Author's Influence: Indexed influence of the highest influence author (based on the sum of the influences of the author's content) of the content referenced by the object
7. Publish Date: Date of publication of the object
8. Selection Sequence Type: An indicator the sequence step in which the candidate object was selected
9. Object Affinity to MTAV: The indexed vector product of the Object-Topic Affinity Vector (OTAV) and the MTAV. The values of the OTAV are just the affinities or relevancies between the object and each topic, which may be derived from behavioral and/or contents indexing processes.

A ranking is then developed based on applying a mathematical function to some or all or input items listed directly above, and/or other inputs not listed above. In some embodiments, user or administrator-adjustable weighting or tuning factors may be applied to the raw input values to tune the object ranking appropriately. These recommendation preference settings may be established directly by the user, and remain persistent across sessions until updated by the user, in some embodiments.

Some non-limiting examples of weighting factors that can be applied dynamically by a user **200** or administrator are as follows:

1. Change in Popularity ("What's Hot" factor)
2. Recency Factor
3. Object Affinity to MTAV (personalization factor)

Another example tuning factor that may be applied by a user **200** or administrator is contextual affinity, which is the degree of affinity of the object that is providing the context for the recommendation and its affinity to other objects, wherein the affinities are determined by means, for example, of applying its CTAV, or by comparison of its OCV to the OCVs of other objects. These weighting factors could take any value (but might be typically in the 0-5 range) and could be applied to associated ranking categories to give the category disproportionate weightings versus other categories. They can provide control over how important, for example, change in popularity, freshness of content, and an object's affinity with the member's MTAV are in ranking the candidate objects.

The values of the weighting factors are combined with the raw input information associated with an object to generate a rating score for each candidate object. The objects can then be ranked by their scores, and the highest scoring set of X objects, where X is a defined maximum number of recommended objects, can be selected for deliver to a recommendation recipient **200**,**260**. In some embodiments, scoring thresholds may be set and used in addition to just relative ranking of the candidate objects. The scores of the one or more recommended objects may also be used by the computer-based system **925** to provide to the recommendation recipient a sense of confidence in the recommendation. Higher scores would warrant more confidence in the recommendation of an object than would lower scores.

In some embodiments other types of recommendation tuning factors may be applied by a user **200** or administrator. For example, the scope of a social network, such as degrees of separation, may be adjusted so as to influence the recommendations **250**, and/or relationship types or categories of social relationships may be selected to tune recommendations **250**. Recommendation recipients **200** or administrators may also or alternatively be able to restrict objects **212** representing other specified users **200** from being recommended, or restrict objects authored or otherwise having an affiliation with other specified users.

In some embodiments the scope of geography or distance from a current location, including, but not limited to, the expected time to travel from the existing location to one or more other locations, may be tuned or adjusted so as to influence recommendations **250**. The expected time to travel may be a function of the actual or inferred mode of transportation of the recommendation recipient, road conditions, traffic conditions, and/or environmental conditions such as the weather. The specification of scope of geography, distance, and/or time-to-travel may be via an automated monitoring or inference of the recommendation recipient's current location, or may be via an explicit indication of location by the recommendation recipient through entering a location designation such as a zip code, or by indicating a location on a graphical representation of geography, for example, by indication location on a computer-implemented map display.

Other tuning factors that may be applied to influence recommendations **250** include the ability for the recommendation recipient to select a recommendation recipient mood or similar type of "state of mind" self-assessment that influences the generation of a recommendation. For example, a recommendation recipient might indicate the current state of mind is "busy," and less frequent and more focused recommendations **250** could be generated as a consequence.

For recommendations of people, recommendation recipients **200** can tune the recommendations **255** they receive by the degree of similarity of interests for one or more topics, according to some embodiments. Similarly, recommendation recipients may tune recommendations of people by the degree of difference in their level of expertise for one or more topics versus other users. This can be beneficial, for example, when a recommendation recipient seeks to receive recommendations of other people who have greater levels of expertise than themselves for one or more topics, but not too much greater levels of expertise.

In some embodiments, another type of tuning that may be applied by a user or administrator relates to the degree to which the capacity for enhanced serendipity is incorporated within the recommendation generating function **240** of the adaptive system **100**.

In some embodiments a serendipity function comprises an interest anomaly function that identifies contrasting affinities between a first user's MTAV and a second user's MTAV. Situations in which the first user's MTAV and the second user's MTAV have contrasting values associated with one or more topical areas, but wherein the two MTAVs otherwise have a higher than typical level similarity (as determined a vector similarity function such as, but not limited to, cosine similarity or correlation coefficient functions), present the opportunity for preferentially recommending objects **212** with a relatively high affinity to the topical areas associated with the contrasting MTAV affinities. More specifically, for two users **200** that have a relatively high level of similarity based on a comparison of their entire MTAVs, if the affinity values of the first user's MTAV corresponding to one or more topical areas is relatively high, and the affinity values of the second user's MTAV corresponding to the one or more

topical areas is relatively low, then one or more objects **212** with relatively high OTAV values associated with the one or more topical areas may be preferentially recommended to the second user.

In some embodiments, the amount and/or quality of usage behavioral information on which the respective MTAV affinity values of the two users is based may additionally influence the generated recommendation **250**. Specifically, in the above example, if the affinity values of the second user's MTAV corresponding to the one or more topical areas are relatively low and there is relatively little behavioral information on which said affinity values are based, then there is even greater motivation to recommend one or more objects **212** with relatively high OTAV values associated with the one or more topical areas to the second user. This is because there is incrementally greater value in learning more about the user's interest than if the low affinities were based on inferences from a larger body of behavioral information, as well as there being a less likelihood of providing a recommendation **250** that is truly not of interest to the user.

In some embodiments, then, a general method of generating beneficially serendipitous recommendations combines the contrasting of topical affinities among users **200** and the relative confidence levels in the topical contrasting affinities. This approach provides a "direction" for generating recommendations that are further from inferred interests that would otherwise be generated. Besides direction, a serendipity function may also include a "distance" factor and a probability factor. That is, according to some embodiments generating serendipity can be thought of as exploring other areas of a multi-dimensional interest landscape, where the best inference based on historical behavioral information is a (local) maximum on the landscape. The serendipity function can be thought of as performing a "jump" on the interest landscape, where the jump is in a specified direction, for a specified distance, and performed with a specified frequency or probability. One or more of these serendipity distance, direction, and probability parameters may be tunable by a user **200** or administrator in accordance with some embodiments.

In some embodiments the serendipity function may include applying a degree of randomization in addition to, or instead of, applying the interest anomaly function. This randomization function may be applied when selecting objects **212** from a set of candidate objects to be recommended to a recommendation recipient rather than simply relying on deterministic scoring means. In such embodiments the serendipity tuning function can be used by a user **200** or administrator to control the degree to which delivered recommendations **255** deviate from the recommendations that would otherwise be delivered using purely deterministic means.

The serendipity distance may be generated in accordance with a mathematical function. In some embodiments, the distance and/or probability factors may be generated in accordance with a power law distribution—as a non-limiting example, the distance and/or probability factors may be in accordance with a Levy Walk function.

It should be understood that other recommendation tuning controls may be provided that are not explicitly described herein.

Knowledge and Expertise Discovery

Knowledge discovery and expertise discovery refer to "learning layer" functions that generate content recommendations and people recommendations **250**, respectively.

For expertise discovery, there are at least two categories of people that may be of interest to other people within a user community:

1. People who have similar interest or expertise profiles to the recommendation recipient, which may be calculated, for example, in accordance with MMAVs and MMEVs.
2. People who are likely to have the most, or complementary levels of, expertise in specified topical areas

Expertise discovery functions deliver recommendations **250** within a navigational context of the recommendation recipient **200**, or without a navigational context. In some embodiments, a person or persons may be recommended consistent with the "navigational neighborhood," which may be in accordance with a topical neighborhood that the recommendation recipient **200** is currently navigating. The term "navigating" as used herein should be understood to most generally mean the movement of the user's **200** attention from one object **212** to another object **212** while interacting with, or being monitored by, a computer-implemented user interface (wherein the user interface may be visual, audio and/or kinesthetic-based). Entering a search term, for example, is an act of navigating, as is browsing or scrolling through an activity stream or news feed through use of a mouse, keyboard, and/or gesture detection sensor.

In some embodiments expertise may be determined through a combination of assessing the topical neighborhood in conjunction with behavioral information **920**. The behavioral information that may be applied includes, but is not limited to, the behaviors and behavior categories in accordance with Table 1. As a non-limiting example, an expertise score may be generated from the following information in some embodiments:

1. The scope of the topical neighborhood, as described herein
2. The topics created by each user within the topical neighborhood
3. The amount of content each user contributed in the topical neighborhood
4. The popularity (which may be derived from accesses and/or other behaviors) of the content
5. The ratings of the content

In some embodiments, user-controlled tuning or preference controls may be provided. For example, an expertise tuning control may be applied that determines the scope of the navigational neighborhood of the network of content that will be used in calculating the total expertise scores. The tuning controls may range, for example, from a value V of 1 (broadest scope) to 5 (narrowest scope).

In some embodiments, the topical neighborhood of the currently navigated topic T may then defined as encompassing all content items with a relationship indicator R **718** to topic T **710***t* such that $R>V-1$. So if $V=5$, then the topical neighborhood includes just the content that has a relationship of >4 to the topic T, and so on. Expertise tuning may be effected through a function that enables expertise breadth to be selected from a range corresponding to alternative levels of V, in some embodiments.

In some embodiments, other tuning controls may be used to adjust expertise discovery recommendations **250** with regard to depth of expertise, in addition to, or instead of, breadth of expertise. For example, for a given navigational neighborhood, a user **200** or administrator may be able to adjust the required thresholds of inferred expertise for a recommendation **250** to be delivered to the recommendation recipient **200**, and/or may be able to tune the desired difference in expertise levels between the recommendation

recipient and recommended people. Tuning of recommendations **250** may also be applied against a temporal dimension, so as to, for example, account for and/or visualize the accretion of new expertise over time, and/or, for example, to distinguish long-term experts in a topical area from those with more recently acquired expertise.

In some embodiments, the expertise discovery function may generate recommendations **250** that are not directly based on navigational context. For example, the expertise discovery function may infer levels of expertise associated with a plurality of topical neighborhoods, and evaluate the levels of expertise for the topical neighborhoods by matching an MTAV or MTEV, or other more explicit indicator of topical expertise demand associated with the recommendation recipient **200** and a plurality of MTEVs of other users. Positive correlations between the expertise recommendation recipient's MTAV or topical expertise demand indicators and an MTEV, or negative correlations between the expertise recommendation recipient's MTEV and another MTEV, are factors that may influence the generation of expertise recommendations. In some embodiments, the MMAV or an expertise matching equivalent such as an MMEV of the recommendation recipient **200** may be applied by the expertise discovery function in evaluating other users **200** to recommend.

In some embodiments recommendation recipients **200** may select a level of expertise desired, and the expertise discovery function evaluates expertise levels in specific topical neighborhoods for matches to the desired expertise level. The recommendation recipient **200** may set the expertise discovery function to infer his level of expertise in a topical neighborhood and to evaluate others users for a similar level of expertise. The inference of expertise may be performed based, at least in part, by comparing the values of the recommendation recipient's MTEV with the associated topics in the specified topical neighborhood.

In some embodiments expertise may be inferred from the pattern matching of information within content. For example, if a first user **200** employs words, phrases, or terminology that has similarities to a second user **200** who is inferred by the system to have a high level expertise, then everything else being equal, the system **100** may infer the first user to have a similar level of expertise and that is therefore also a higher than an average level of expertise. In some embodiments vocabularies that map to specific areas and/or levels of expertise may be accessed or generated by the system **100** and compared to content contributed by users **200** in evaluating the level of expertise of the users.

Recall that the MTEV can be generated from behavioral information, including but not limited to the behaviors **920** and behavioral categories described in Table 1, similarly to the MTAV, except expertise is inferred rather than interests and preferences. As just one example of the difference in inferring an expertise value associated with a topic rather than an interest value, clicking or otherwise accessing an object **212** may be indicative of a interest in the associated topic or topics, but not very informative about expertise with regard to the associated topic or topics. On the other hand, behaviors such as, but not limited to, creating objects, writing reviews for objects, receiving high ratings from other users with regard to created objects, being subscribed to by other users who have an inferred relatively high level of expertise, creation or ownership of topics, and so on, are more informative of expertise levels with regard to the associated topic or topics, and are preferentially applied in generating MTEV values according to some embodiments. Similarly to the generation of MTAVs, weights may be applied to each of multiple types of behavioral factors in generating composite MTEV values in accordance with their expected relative strength of correlation with actual expertise levels.



In some embodiments a difference between the calculation method of an MTAV versus that of an MTEV is that MTAV values are indexed across topics—that is, the MTAV values represent relative interest levels of a user **200** among topics, whereas MTEV values are indexed across users **200**—that is, the MTEV values represent relative levels of expertise among users **200**.

In some embodiments, MTEV values may be calibrated using a benchmarking process, enabling an inference of an absolute level of expertise instead of, or in addition to, an inference of a relative level of expertise among users. For example, a test result or other type of expertise calibration information may be applied that establishes a benchmark expertise level for a user **200** across one or more topics. Expertise calibration means include, but are not limited to, educational proxies for expertise levels such as certifications, education programs, degrees attained, experience levels in a field or performing an activity, and/or current or past professions. For example, a recent graduate degree in a specific branch of mathematics would be indicative of a high level of expertise in that branch of mathematics, and likely a fairly high level of expertise in mathematical topics in general. The expertise calibration information may be available to the recommendation function **240** through a user's self-profiling behavior, or may be accessed through other means.

The inferred MTEV values for the benchmarked user can then be used as a basis for indexing the inferred MTEV values of other users **200**. This approach can be beneficial because an inferred expertise level that is calibrated against a benchmark level can enable the generation of more effective recommendations, particularly with regard to the generation of recommendations of content and/or topics. Whereas for recommendations of expertise (e.g., recommendations of other users), a purely relative expertise levels may be sufficient for generating useful recommendations, the process of generating recommendations of content or topics can often benefit from having a greater sense of absolute levels of expertise. This is particularly the case when the recommendation function **240** has access to information that is suggestive of the levels of expertise for which potentially recommended content or topics are appropriate. Information that is suggestive of the levels of expertise for which an object **212** will be most appropriate may be acquired by the recommendation function **240** through access to an explicit indication, such as, for example, through and expertise level indication within meta-information **712** associated with an object **212**,**710**, or the recommendation function **240** may assess the expertise levels for which an object **212** would be most appropriate through inferences from the content or information **232** within the object.

In some embodiments, the recommendation function **240** combines one or more MTAVs with one or more MTEVs in generating a recommendation **255**,**265**. For example, first, the MTAV of a recommendation recipient may be used by the recommendation function **240** to determine the one or more topics of highest interest to the recommendation recipient. The recommendation function may then compare the recommendation recipient's MTEV to the MTEVs of other users to identify one or more of the topics of highest interest for which the recommendation recipient has a lower level of expertise (or more generally, a complementary level of expertise) compared to one or more other users. The one

or more other users whose MTEVs satisfy this condition are then candidates for recommending to the recommendation recipient. Another example of combining MTAV and MTEV information in generating a recommendation **255**,**265** is first identifying the one or more topics of highest interest to the recommendation recipient, and then using the recommendation recipient's MTEV to recommend content or topics that are consistent with the MTEV values associated with the highest interest topics. Where the recommendation function **240** is able to assess the levels of expertise for which an item of content or topic are appropriate, those levels of expertise can be compared against the corresponding MTEV values and serve as at least one factor in the recommendation function users in deciding whether to recommend the item of content to the recommendation recipient.

Inferences of levels of expertise can be informed by collaborative behaviors with regard to other users **200** who are inferred to have given levels of expertise. In some embodiments users **200** are automatically clustered or segmented into levels of inferred expertise. Often, levels of expertise cluster—that is, people with similar levels of expertise preferentially collaborate, a tendency which can be beneficially used by the expertise inferencing function. A recursive method may be applied that establishes an initial expertise clustering or segmentation, which in conjunction with collaborative and other behaviors, enables inferences of expertise of these and other users not already clustered, which then, in turn, enables adjustments to the expertise clusters, and so on.

Inferences of expertise that are embodied within an MTEV may be informed by the contents of objects associated with a user **200**, in accordance with some embodiments. For example, the use, and/or frequency of use, of certain words or phrases may serve as a cue for level of expertise. More technical or domains-specific language, as informed by, for example, a word or phrase frequency table, would be indicative of level of expertise in a field. Other expertise cues include punctuation—question marks, everything else being equal, are more likely to be indicative of less expertise.

In some embodiments, when a recommendation of expertise in topical neighborhoods or for one or more specific topics is required, the selected topics are compared to user MTEVs to determine the best expertise match to the selected topics. For example, a specific project may require expertise in certain topical areas. These selected topical areas are then compared to MTEVs to determine the users with be most appropriate level of expertise for the project.

In some embodiments, the selected topics for which expertise is desired may be weighted, and the weighted vector of selected topics is compared to the corresponding topical expertise values in user MTEVs—positive correlations between the weighted vector of selected topics and the MTEVs of other users are preferentially identified. Mathematical functions are applied to determine the best expertise fit in the weighted selected topic case or the un-weighted selected topic case.

In some embodiments, the behaviors of users within one or more expertise segments or clusters are assessed over a period of time after an event associated with one or more topical areas. The event, embodied as an object **212**, could, for example correspond to a condition identified by another user or be identified and communicated by a device. The post-event behaviors assessed for expertise cohorts may then form the basis for recommended content, people, and/or process steps to be delivered to users **200** when the same or similar event occurs in the future. These event-specific



recommendations **250** may be tempered by an assessment of the recommendation recipient's MMEV such that if relatively high levels of expertise are inferred relative to the event or related topics, then "best practice" process step recommendations **250** derived from the post-event behaviors associated with the highest expertise cohort may be recommended. If relatively lower levels of expertise are inferred relative to the event or related topics, then process step recommendations **250** derived with the highest expertise cohort may be supplemented with, for example, additional educational or verification steps.

Adaptive Semantic System and Method

Semantic approaches, as exemplified by, but not limited to, the Resource Description Framework (RDF), refer to system relationships that are represented in the form of a subject-predicate-object chain (a syntactic "triple"), wherein the predicate is typically a descriptive phrase, but can be a verb phrase, that semantically connects the subject with the object of the predicate. Since the subject and the object of the predicate can be represented as computer-implemented objects **212**, semantic chains can represent computer-implemented object-to-object relationships that are informed by the associated predicate in the semantic chain. Most generally, subjects, predicates, and objects of the predicates of semantic chains can each be represented in a computer-based system **925** as computer-implemented objects **212**. Semantic chains may be established manually, but can also be generated automatically by the computer-based system **925** through, for example, natural language processing (NLP) techniques that are applied to text strings such as sentences within a computer-implemented object **212** so as to automatically decompose the text into one or more semantic triples. Additional or alternative automatic techniques that can be applied by the computer-based system **925** to extract semantic chains from natural language can include generating vectors of values for language elements such as words or phrases within one or more objects **212**, and generating relationships based on vector comparisons among these language elements. Text can additionally or alternatively also be automatically analyzed through the application of a graphical-based logical form in which elements of text are represented as nodes and edges of the graph represent grammatical relationships to derive semantic chains. Semantic chains that are derived from natural language using these or other techniques known in the art may then be linked or chained together as is described in more detail herein. More generally, semantic chains can be represented by predicate calculus, and it should be understood that processes disclosed herein with respect to semantic chains apply more generally to predicate calculus-based representations.

In some embodiments weightings, which may comprise probabilities, are applied to semantic chains. For example, the semantic chain Object(1)-Predicate(1)-Object(2) may have a weighting (which may be normalized to the range 0-1), "W1" assigned to it: W1 (Object(1)-Predicate(1)-Object(2)). Such a weighting (which may be termed a "W1-type" weight or probability hereinafter) may correspond to a probabilistic confidence level associated with the semantic chain. The weighting may be calculated by inferential statistical means based upon content-based patterns and/or user behavioral patterns (such as word or phrase matching frequency and/or length matched chain sub-elements). For example, the semantic chain "Red Sox-is a-team" might be assigned a weighting of 0.80 based on an inferential confidence given a first set of textual content from which the semantic chain is statistically inferred (and

where "textual" or "text" as used herein may be in written or audio language-based forms). This weighting might be increased, say to 0.99, based on an analysis of additional text that seems to strongly confirm the relationship. Such weightings may therefore be considered probabilities that the inference is true—that is, the probability that the inference accurately reflects objective reality. It should be understood that such probabilistic inferences with respect to semantic chains may be made basis inputs other than just through the analytic processing of text-based computer-implemented objects. Such inferences can be alternatively or additionally be made with respect to patterns of information that are identified with respect computer-implemented objects **212** comprising images or audio-based information, for example. For example, in some embodiments, neural network-based systems are trained to make inferences of relevant semantic chains from text and/or images and to inform W1-type weights associated with the inferred semantic chains. In some embodiments Bayesian program learning-based processes are applied to make inferences of relevant semantic chains from text and/or images and to inform W1-type weights associated with the inferred semantic chains.

In addition, or alternatively, a contextual weighting, "W2", may be applied that weights the semantic chain based on the relative importance or relevance of the relationships described by the semantic chain versus other relationships with respect to one or both of the objects (which may be included in one or more other semantic chains) within the semantic chain (and such weights may be termed a "W2-type" weight hereinafter). For example, a W2-type weight as applied to the semantic chain "Red Sox-is a-team" may be greater than the W2-type weight applied to the semantic chain "Red Sox-is a-logo" for a particular inferential application. While both semantic chains may be valid (that is, accurately reflect objective reality), the term "Red Sox" as used in a randomly selected item of content is more likely to be used in the context of being a team than as being used in the context of being a logo, and should therefore, everything else being equal, be more likely be used as a basis for subsequent computer-implemented semantic interpretations of content that includes a reference to "Red Sox". As in the case of W1-type weights, W2-type weights may correspond to probabilities, and may be established and/or adjusted based on statistical inferences from content (in a simple, non-limiting example, based on the frequency of co-occurrences of the respective objects in the semantic chain within a corpus of content) and/or from inferences derived from user **200** behaviors as described in Table 1. Alternatively, W2-type weightings may be explicitly established by humans.

So, in summary, whereas weightings of the type associated with W1 can be construed to be the probability that the associated semantic chain accurately reflects objective reality, weightings of the type associated with W2 can be construed to be the probability the associated semantic chain validly applies semantically in the context of interpreting specified content.

These foregoing semantic representations are contrasted with behavioral-based user-predicate-object computer-implemented representations, which, while they can be represented in a similar chain or "triple" form as RDF, are distinguished in that the subject in behavioral-based chains represents or refers to an actual user **200** of the computer-based system **925**, and the associated predicate represents actions or behaviors **920** that the user **200** of the system exhibits or performs in association with a system object **212**, or in which the associated predicate is an inference, for example, of the user's **200** state of mind or, as another example, a historical event associated with the user **200**. The predicates of the behavioral-based triple may include, but are not limited to, actions or behaviors **920** exhibited by the user as described by Table 1 and associated descriptions. The predicates of some types of behavioral-based triples may comprise computer-generated inferences rather than a specifically performed or monitored behavior **920** in some embodiments. For example, for the behavioral-based triple User(1)-Is Interested In-Object(1), the predicate "Is Interested In" may be an inference derived from from one or more usage behaviors **920**. As another example, for the behavioral-based triple User(1)-Has High Expertise In-Object(1), the predicate "Has High Expertise In" may be an inference derived from one or more usage behaviors **920** and/or an analysis of content. These two examples comprise inferences of a user's state of mind or capabilities. More concrete inferences, such as of events or relationships, may also be made—for example, the behavioral-based triple User(1)-Worked For-Object(1), the predicate "Worked For" may be an inference that is made from a statistical analysis of content and/or from one or more usage behaviors **920**. In such event-based applications temporal indicators such as a timestamp or time period may be associated with the associated behavioral-based triple. Such temporal indicators can further enable the computer-based system **925** to make connections between events and promote more effective inferencing.

W1-type weights may be applied to behavioral-based chains that comprise an inferred predicate relationship between the user **200** and the object of the predicate, the W1-type weight thereby representing the degree of confidence that the behavioral-based chain represents objective reality, whereby objective reality in this case may constitute the user's current or future state-of-mind.

Behavioral-based triples may be with respect to "real-world" locations or physical objects that are located at a particular point or proximity in space and/or time, in some embodiments. For example, a user **200** may be determined to be at Fenway Park by, for example, matching the user's currently inferred location from a location-aware device that is associated with the user to a computer-implemented map that maps physical objects such as Fenway Park to particular geographical locations. This determination could be represented, for example, as the behavioral-based triple User(1)-Is Located At-Fenway Park, and with an associated time stamp t(1). This same approach can be applied to simulations of real-world environments or real world-like environments (i.e., virtual reality applications), where the user **200** in the behavioral triple is represented in the simulation, by, for example, an avatar.

Behavioral-based triples may be with respect to two people, and the object of the predicate of the triple may represent or reference another system user **200**. For example, User(1)-Is Located Near-User(2) is an example of an event-based behavioral triple (and that may have an associated temporal indicator) and User(1)-Is a Friend of-User(2) is an example of an inferential behavioral triple, in which the system automatically infers the "Is a Friend of" predicate.

In summary, while the subjects and predicates in semantic triples are therefore generally different in nature from behavioral-based triples, the similarity of syntactical structure can be beneficially used to extend semantic-based approaches so that they are adaptive to users **200**.

In some embodiments semantic chains are converted to OTAVs. Predicate relationships between objects are trans-

formed to numerical values (i.e., affinities) in such embodiments, which can have, for example, scalability advantages. These OTAV affinities may correspond to, or be influenced by or calculated from, corresponding W1-type or W2-type semantic chain weightings.

In some embodiments, the behavioral-based representations of user-predicate-object are linked to semantic-based object-to-object **212** relations **214**. For example, for a specific computer-implemented object **212**, denoted as Object (1), for which there is at least one user behavioral-based relationship, User-Predicate(1)-Object(1) (where Predicate (1) may comprise an inference), and at least one semantic relationship between objects—for example, an RDF-based relationship of the form, Object(1)-Predicate(2)-Object(2) (where Predicate(2) may comprise an inference), inferences with respect to User **200** and Object(2) may be derived from the extended chain of User-Predicate(1)-Object(1)-Predicate (2)-Object(2). In this example, Object(1) enables the linking because it is commonly referenced by the behavioral-based chain and the semantic chain. Most generally, such linking can be performed when the subject of the semantic chain has a correspondence to the object of the predicate of the behavioral-based chain. The correspondence between such subject and object pairs may be based, for example, on the subject and object referring to the same entity or information, or representing the same entity or information.

Composite chains can be extended indefinitely by identifying the subject of a semantic chain that has a correspondence with the terminal object of a predicate of a composite chain, and linking the identified semantic chain to the end of the composite chain, thereby assembling a new, extended composite chain, which can in turn be extended.

In some embodiments, one or more of the constituent semantic chains of such composite chains may include W1-type and/or W2-type weightings. Mathematical operations may be applied to these weightings to derive a composite weighting or probability for the composite chain. For example, where there are multiple individual semantic chain weightings that each correspond to a probability within a composite chain, and probabilistic independence is assumed, the individual weightings may be multiplied together to yield a composite chain probability, e.g., a probability that the composite chain is a valid inference of objective reality and/or a probability that the composite chain semantically validly applies to an interpretation of particular content.

Further, as previously described herein, behavioral-based chains may be weighted as well with W1-type weights that correspond to the probability that the inference of the behavioral-based chain accurately reflects objective reality—in some cases, objective reality being a conscious or unconscious mental state of the user that cannot be directly assessed, but must rather be inferred from behaviors **920**. This type of behavioral-based chain weighting may be combined with mathematical operations (such as multiplication) with one or more semantic chain weightings to yield a composite chain weighting or probability. Such composite weightings may correspond to affinity values of MTAVs or MTEVs in some embodiments; for example, where a composite chain includes a terminal object (last object in the semantic chain) that comprises a topic that is also associated with an MTAV or MTEV.

Recommendations **250** can then be generated based on these linked or composite chains. As a simple non-limiting example, assume that a behavioral-based triple is, User(1)-“likes”-Object(1), whereby the predicate “like” is a user action **920** of “liking” a computer-implemented object as



described by the descriptions that are associated with Table 1. This behavioral-based triple might be applied directly, or it may serve as a basis (along with potentially other behavioral-based chains) for an inferential behavioral-based chain such as, User(1)-Is Favorably Disposed Toward-Object(1), whereby the predicate “Is Favorably Disposed Toward” is inferred from one or more usage behaviors **920** (such as a “like” action by a user **200**) and/or from content-based pattern matching. The confidence with respect to this inference may be encoded as a W1-type weighting that is associated with the inferred behavioral-based triple.

As a further example, assume that there exists a semantic triple of Object(1)-“is a”—Object(2), wherein the “is a” predicate designates that Object(1) is a type of, or subset of, Object(2). The system can then generate the composite chain User(1)-“likes”-Object(1)- “is a”—Object(2). The system can then make an inference that User(1) likes or is favorably disposed toward Object(2), and may apply weightings that are associated with the behavioral-based based chain and/or the semantic chain in quantifying the degree of confidence with respect to the inference. Such quantifications may be encoded as one or more affinity values within the MTAV of User(1), in some embodiments. Other composite chains terminating with Object(2) could additionally be applied that could have a further effect on the inference quantification (e.g., strengthening or weakening the confidence in the inference).

It should be recalled that a computer-implemented object **212** as defined herein can comprise content, or a pointer to content, that is in the form of a document, image, or audio file, but can also be a topic object, which comprises a label or description of other objects. So another non-limiting example is, User(1)-“viewed”-Object(1), where the predicate “viewed” is a user **200** action of viewing a computer-implemented object as described by Table 1, and Object(1)-“is about”-Object(2), where Object(2) is a topic object or tag that designates “baseball.” The system can then determine the composite chain User(1)-viewed-Object(1)-is about-Object(2). The system therefore determines that user (1) has viewed content that is about baseball, and could therefore be able to infer a user interest with respect to baseball. To continue the example, assume a semantic triple of Object (1)-“is about”-Object(3), wherein Object(3) is a topic object or tag that designates “Red Sox.” Then, assume there also exists the semantic triple, Red Sox-is located-Boston. The system can then assemble the chain, User(1)-viewed-Object (1)-is about-Red Sox-is located-Boston, which could allow the system to infer that User(1) has an interest in Boston or things located in Boston in general, although this would likely be a very weak inference in this example given only one view behavior, and this weak inference could be encoded as a corresponding low weighting or probability associated with the composite chain that is derived from weightings or probabilities associated with the composite chain’s behavioral-based chain (or weightings or probabilities of a corresponding inferred behavioral-based chain derived, at least in part, from the User(1)-“viewed”-Object (1) chain) and/or with one or more of the composite chain’s constituent semantic chains.

FIG. **14**A summarizes the computer-implemented process **600** for generating recommendations **250** or, more generally, personalized communications, **250***c*, derived from the linking of behavioral-based and semantic chains and the performing of inferences from the resulting composite chains. In the first step **610** of the process **600** a behavioral-based chain that includes a subject that is associated with a user **200** is accessed. A semantic chain is then identified **620** that

comprises a subject-predicate-object triple in which the subject has a correspondence with the object of the predicate of the behavioral-based chain. This correspondence enables linking **630** the behavioral-based chain and the semantic chain to form a composite chain. One or more additional semantic chains may be identified **640** to be linked to the composite chain by identifying any semantic chains that comprise a subject that has a correspondence to the terminal object of the composite chain. If at least one such semantic chain is identified, the semantic chain may be added to the composite chain, thereby creating a new composite chain, and step **640** may be repeated with this resulting composite chain. After assembly of the composite chain is completed, inferences may be performed **650** that are derived from the composite chain and its associated probabilities as described herein. The inferences may then be used to generate **240** recommendations **250**, or more generally, personalized communications **250***c*.

Inferences derived from composite behavioral-based and semantic chains can be used to generate MTAV and/or MTEV or values. In the example above, "Boston" could be a topic in the MTAV of User(1) with an associated inferred affinity value. Had the predicate in the example above been "created" instead of "viewed" and other users had rated Object(1) highly, then "Red Sox", might be a topic in the MTEV of User(1) with an associated inferred affinity or expertise value.

In some embodiments linked behavioral-based and semantic chains can be further linked or mapped to OCVs. For instance, in the example above, if the term "Red Sox" has a sufficiently high value in the OCV associated with a document embodied in an object **212**, then an inference might be made by the computer-based system **925** between User(1) and the associated object **212** that has a sufficiently high value for "Red Sox" in the object's OCV. This inference could in turn become a basis for a recommendation **250**.

While these examples are with respect to behavioral-based and semantic triples, other syntactical structures or symbolic representations can also be applied by the computer-based system **925**—for example, this method of integration of behavioral-based and semantic chains can be applied to syntactical structures that are in accordance with, or can be represented by, a predicate calculus. In some embodiments, semantic chains may be alternatively represented as taxonomies or ontologies such as hierarchical structures.

In some embodiments a semantic chain or composite chain may constitute a metaphorical semantic or composite chain, which may be also be termed a metaphorical construct herein. Metaphorical semantic chains and/or metaphorical composite chains can be applied to generate communications **250***c* that are perceived to be particularly creative or humorous, for example, or to perceive or interpret creativity or humor associated with information that is processed by the computer-based system **925**.

A metaphor can be considered a semantic relationship that is transferred from one context or subject area to another context or subject area. For example, "strike out" in its original context of baseball is a failure by a batter to put a baseball into play or draw a walk. So among a number of semantic chains that are valid in this context is the generalized semantic chain, Strike out-is a-Failure. Such a semantic chain may be automatically inferred from, for example, a statistical analysis of a corpus of content, application of a computer-implemented neural network on the corpus of content, or may be manually determined, and may have a



W1-type weight associated with it. Derivation of this particular semantic chain from a specific domain of application (in this case, baseball) constitutes a process of context stripping and transferring—that is, the original context of baseball is "stripped" from the semantic chain, and then transferred to a more generalized semantic relationship as embodied by the resulting semantic chain in this example. This context stripping and transfer process, which may be automated, enables the resulting more generalized semantic chain to then be extended or transferred to other contexts (in this case, outside of the domain of baseball).

For example, if a sales person fails to find a customer, as encoded by the semantic chain, Sales_Person-failed finding-Customer, the semantic chain Strikeout-is a-Failure could be substituted to yield the semantic chain, Sales_Person-struck out finding-Customer. In the process of generating communications **250***c*, the computer-based system **925** starts with Sales_Person-failed finding-Customer chain and then searches for a domain-specific example of the predicate "failing," such as the baseball-based semantic chain Strike out-is a-Failure. "Struck out" is then substituted for "failed" in assembling the new chain, yielding the metaphorical construct Sales_Person-struck out finding-Customer.

In interpreting metaphorical expressions, the process is reversed, with the computer-based system **925** starting with a literal or derived Sales_Person-struck out finding-Customer chain and then searching for more generalized meanings of the term "struck out" such as that which is encoded by the example semantic chain, Strike out-is a-Failure. Possibly in conjunction with other contextual clues, the computer-based system **925** then infers the chain Sales_Person-failed finding-Customer chain, and may generate a W1-type weight associated with the inferred chain.

While metaphorical constructs within communications **250***c* can enhance the perception by communication recipients **200** of an inherent capacity for creativity of the computer-based system **925**, a balance is preferably struck in the generation and communication of metaphorical constructs. For example, if a metaphorical construct is too often generally used it can seem clichéd. If the metaphorical construct has never been used, or too many of such very rare or unique metaphorical constructs are communicated within a given time period or volume of communications **250***c*, the communications **250***c* may seem too strange for the tastes of many recipients **200**. Therefore, in some embodiments the process for generating a metaphorical construct by the computer-based system **925** includes first searching through a corpus of information to determine if a metaphorical construct is sufficiently rare to be considered creative. However, if the metaphorical construct seems to be very rare or even unique based on the search, it might be rejected, or only be selected in accordance with a probabilistic selection process. In some embodiments the probability distribution applied by such a probabilistic selection process is tunable by a user **200** so as to enable the increase or decrease of the level of metaphorical-based creativity embodied by communications **250***c*, and constitutes a tunable aspect of the overall personality of the computer-based system **925**.

FIG. **14**B summarizes the process flow for generating creative communications **250***c* (and that may further be self-referential) in accordance with some embodiments. The first step **615** is, given a first semantic chain, to identify a second semantic chain that generalizes the context of the first semantic chain. The second step **625** is to identify a second context that is different that is different than the context of the first semantic chain, but that has a semantic relationship to the context of the first semantic chain. The

third step **635** is to generate a third semantic chain by applying the subject or predicate or a variation thereof of the first semantic chain to the second context. The fourth step **645** is to determine if the frequency of occurrence of the third semantic chain within an evaluative corpus of content is within an acceptable range. If the frequency of occurrence of the third semantic chain is within the acceptable range, then the fifth step **655** is to apply a probabilistic communication creativity tuning factor or distribution to determine the probability of embodying the third semantic chain within a communication **250***c*.

In some embodiments, the capacity for generating or perceiving creativity is extended to a capacity for humor or with by the computer-based system **925**. Humor or with may be generated or perceived when a metaphorical construct has a further semantic connection, albeit indirect, to the original context. For example, while Sales_Person-struck out finding-Customer might be an example of creativity in communicating a situation, it might not typically be viewed as particularly witty or humorous. On the other hand, Jim-struck out-looking for his bat, might be viewed as witty. To be perceived as witty, a metaphorical chain generally needs to satisfy the following conditions: 1) it is not too often used (the extreme of too often used is clichéd) and 2) there is a somewhat subtle or indirect semantic connection to the original domain. Jim-struck out-looking for his bat probably satisfies the first condition and definitely satisfies the second condition since the general context remains baseball, but the generalization encoded by the semantic chain Strike out-is a-Failure is applied to a different target sub-context of baseball than the original sub-context. As another example, Jim-struck out finding-Customer might be considered humorous or witty if Jim is a current or former baseball player, a connection that might be discovered, for example, by the computer-based system **925** searching semantic chains that reference Jim or baseball and identifying from such a search the semantic chain Jim-plays-baseball. Further, this connection could have a higher probability of being applied than would otherwise be the case if the computer-based system **925** inferred that the recipient of a communication **925***c* would be expected to be aware of the fact that Jim plays baseball and so could be expected to appreciate the with of the metaphorical construct Jim-struck out finding-Customer. Such an inference could be made based on an evaluation of a corpus of behavioral and/or communication history of the recipient of the communication **925***c*, for example.

In summary, in some embodiments metaphorical-based with or humor is generated or perceived by the computer-based system **925** by first searching a corpus of information to determine if a metaphorical construct is sufficiently rare to be considered creative, and in accordance with any application of a creativity tuning factor. Second, the computer-based system **925** then evaluates if there exists a semantic connection to the original context, particularly a somewhat subtle connection. And third, the computer-based system **925** then evaluates if the recipient of the communication **250***c* that embodies the metaphorical construct is likely to be aware of the semantic connection, and therefore could be expected to appreciate the with embodied by the metaphorical construct.

In accordance with some embodiments, FIG. **15** depicts the integration of behavioral-based and semantic chaining processes with formal learning processes. Such formal learning processes can be managed through the application of a Learning Management System (LMS) **800**. An LMS manages or accesses learning and/or educational histories for individuals, who may be users **200**, and determines learning and/or educational plans **805** based on users' **200** learning histories. The learning and/or educational plans **805** then inform formal learning activities **810** for individual users **200**. These formal learning activities **810** may include, but are not limited to, formal courses and virtual learning environments. The results of these formal learning activities **810** can be codified in the form of behavioral-based chains **815** for each user **200**, and stored in this form in a Learning Record Management System (LRS) **820**. (Behavioral-based chains are described in an equivalent form of "Actor-Action-Object" in FIG. **15**, in which the "Actor" is a user **200**, "Action" is a predicate, and "Object" is the object of the predicate.). The LRS may also access and store behavioral-based chains **825** associated with the user **200** from a learning layer system **925**. The learning layer system **925** accesses behavioral-based chains associated with the user **200** from the LRS that originate from formal learning sources **815**, and combines them with behavioral-based chains **825** originating in the learning layer system **925**. These learning layer system-originating behavioral-based chains **825** can be stored in the LRS **820** and/or the learning layer system **925**. The learning layer system **925** uses the combined set of behavioral-based chains associated with the user **200** to link with semantic chains as described herein to form composite chains. These composite chains, and associated probabilities, can then be applied to make inferences, for example, of preferences and expertise levels, associated with the user **200**. These inferences then serve as a basis for personalized recommendations **250** of knowledge and expertise or other personalized communications **250***c*, and these personalized recommendations or communications can be considered to constitute part of an "informal learning" process with respect to the user **200**.

In some embodiments, the LMS **800** accesses **850** via the LRS **820** behavioral-based chains **815** associated with a user **200** that originate from formal learning activities and behavioral-based chains **825** associated with the user **200** that originate from informal learning activities. The LMS then generates learning or educational plans for the user **200** based on the behavioral-based chains **850** originating from both informal and formal learning processes. This method serves to beneficially integrate formal learning and informal learning processes.

Recommendation Explanation Generation

In addition to delivering a recommendation **250** of an object **212**, the computer-based application **925** may deliver a corresponding explanation **250***c* of why the object was recommended. This can be very valuable to the recommendation recipient **200** because it may give the recipient a better sense of whether to commit to reading or listening to the recommended content (or in the case of a recommendation of another user **200** whether to, for example, contact them or express an interest in connecting with them), prior to committing significant amount of time. For recommendations **250** that comprise advertising content, the explanation may serve to enhance the persuasiveness of the ad.

The explanations **250***c* may be delivered through any appropriate computer-implemented means, including, but not limited to delivery modes in which the recommendation recipient can read and/or listen to the recommendation. The general capability for delivering explanatory information **250***c* can be termed the "explanation engine" of the computer-based system **925**.

In some embodiments, variations of the ranking factors previously described may be applied in triggering explanatory phrases. For example, the following table illustrates

non-limiting examples of how the ranking information can be applied to determine both positive and negative factors that can be incorporated within the recommendation explanations. Note that the Ranking Value Range is the indexed attribute values before multiplying by special scaling factors, Ranking Category Weighting Factors, such as the "What's Hot" factor, etc.

TABLE 2E

| 1 Ranking Category | 2 Ranking Value Range (RVR) | 3 Transformed Range | 4 1st Positive Threshold | 5 2nd Positive Threshold | 6 Negative Threshold |
|---|---|---|---|---|---|
| Editor Rating | 0-100 | RVR | 60 | 80 | 20 |
| Community Rating* | 0-100 | RVR | 70 | 80 | 20 |
| Popularity | 0-100 | RVR | 70 | 80 | 10 |
| Change in Popularity | −100-100 | RVR | 30 | 50 | −30 |
| Object Influence | 0-100 | RVR | 50 | 70 | 5 |
| Author's Influence | 0-100 | RVR | 70 | 80 | .01 |
| Publish Date | -Infinity-0 | 100-RVR | 80 | 90 | 35 |
| Object Affinity to MTAV | 0-100 | RVR | 50 | 70 | 20 |

An exemplary process that can be applied to generate explanations based on positive and negative thresholds listed in **2**E is as follows:

Step 1: First Positive Ranking Category-subtract the 1st Positive Threshold column from the Transformed Range column and find the maximum number of the resulting vector (may be negative). The associated Ranking Category will be highlighted in the recommendation explanation.

Step 2: Second Positive Ranking Category-subtract the 2nd Positive Threshold column from the Transformed Range column and find the maximum number of the resulting vector. If the maximum number is non-negative, and it is not the ranking category already selected, then include this second ranking category in the recommendation explanation.

Step 3: First Negative Ranking Category-subtract the Negative Threshold column from the Transformed Range column and find the minimum number of the resulting vector. If the minimum number is non-positive this ranking category will be included in the recommendation explanation as a caveat, otherwise there will be no caveats.

Although two positive and one negative thresholds are illustrated in this example, an unlimited number of positive and negative thresholds may be applied as required for best results.

In some embodiments explanations **250***c* are assembled from component words or phrases and delivered based on a syntax template or syntax-generation function. Following is a non-limiting example syntax that guides the assembly of an in-context recommendation explanation. In the syntactical structure below syntactical elements within { } are optional depending on the associated logic and calculations, and "+" means concatenating the text strings. (The term "syntactical element" as used herein means a word, a phrase, a sentence, a punctuation symbol, a semantic chain, a behavioral chain, or composite chain. The term "phrase" as used herein means one or more words.). Other detailed syntactical logic such as handling capitalization is not shown in this simple illustrative example.

{[Awareness Phrase (if any)]}+
{[Sequence Number Phrase (if any)]+ [Positive Conjunction]}+
[1st Positive Ranking Category Phrase]+



{[Positive Conjunction]+[2nd Positive Ranking Category Phrase (if any)]}+
{[Negative Conjunction]+[Negative Ranking Category Phrase (if any)]}+
{[Suggestion Phrase (if any)]}

The following section provides some examples of phrase tables or arrays that may be used as a basis for selecting appropriate syntactical elements for a recommendation explanation syntax. Note that in the following tables, when there are multiple phrase choices, they are selected probabilistically. "NULL" means that a blank phrase will be applied. [ ] indicates that this text string is a variable that can take different values.

System Awareness Phrases

| Trigger Condition | Phrase |
|---|---|
| Apply these phrase alternatives if any of the 4 Sequence Numbers was triggered | 1) I noticed that<br>2) I am aware that<br>3) I realized that<br>4) NULL |

Out-of-Context Sequence Number Phrases

| Trigger Condition | Phrase |
|---|---|
| Sequence 1 | 1) other members have related [this object] to [saved object name], which you have saved, |
| Sequence 2 | 1) members with similar interests to you have saved [this object] |
| Sequence 3 | 1) members with similar interests as you have rated [this object] highly<br>2) Members that have similarities with you have found [this object] very useful |
| Sequence 4 | 1) [this object] is popular with members that have similar interests to yours<br>2) Members that are similar to you have often accessed [this object] |

Note: [this object]="this 'content-type'" (e.g., "this book") or "it" depending on if the phrase "this 'content-type'" has already been used once in the explanation.

Positive Ranking Category Phrases

| Trigger Category | Phrase |
|---|---|
| Editor Rating | 1) [it] is rated highly by the editor |
| Community Rating* | [it] is rated highly by other members |
| Popularity** | 1) [it] is very popular |
| Change in Popularity | 1) [it] has been rapidly increasing in popularity |
| Object Influence | 1) [it] is [quite] influential |
| Author's Influence | 1) the author is [quite] influential<br>2) [author name] is a very influential author |
| Publish Date | 1) it is recently published |
| Object Affinity to MTAV (1) | 1) [it] is strongly aligned with your interests<br>2) [it] is related to topics such as [topic name] that you find interesting<br>3) [it] is related to topics in which you have an interest<br>4) [it] contains some themes related to topics in which you have an interest |
| Object Affinity to MTAV (2) | 5) I know you have an interest in [topic name]<br>6) I am aware you have an interest in [topic name]<br>7) I have seen that you are interested in [topic name]<br>8) I have noticed that you have a good deal of interest in [topic name] |

| Positive Conjunctions Phrase |
| --- |
| 1) and |

| Negative Ranking Category Phrases | |
| --- | --- |
| Trigger Category | Phrase |
| Editor Rating | 1) it is not highly rated by the editor |
| Community Rating | 1) it is not highly rated by other members |
| Popularity | 1) it is not highly popular |
| Change in Popularity | 1) it has been recently decreasing in popularity |
| Object Influence | 1) it is not very influential |
| Author's Influence | 1) the author is not very influential<br>2) [author name] is not a very influential author |
| Publish Date | 1) it was published some time ago<br>2) it was published in [Publish Year] |
| Object Affinity to MTAV | 1) it may be outside your normal area of interest<br>2) I'm not sure it is aligned with your usual interest areas |

| Negative Conjunctions Phrase |
| --- |
| 1) , although |
| 2) , however |
| 3) , but |

| Suggestion Phrases (use only if no caveats in explanation) Phrase |
| --- |
| 1) , so I think you will find it relevant |
| 2) , so I think you might find it interesting |
| 3) , so you might want to take a look at it |
| 4) , so it will probably be of interest to you |
| 5) , so it occurred to me that you would find it of interest |
| 6) , so I expect that you will find it thought provoking |
| 7) NULL |

The above phrase array examples are simplified examples to illustrate the approach. In practice, multiple syntax templates, accessing different phrase arrays, with each phrase array comprising many different phrases and phrase variations are required to give the feel of human-like explanations. These example phrase arrays above are oriented toward recommendations based on recommendation recipient interests as encoded in MTAVs; for recommendations related to the expertise of other users as encoded, for example, in MTEVs, explanation syntactical rules and phrase arrays tailored for that type of recommendation are applied. In some embodiments, explanatory syntactical rules and phrases are applied that are consistent with explanations of recommendations that are generated in accordance with both an MTAV and MTEV. For example, the resulting explanation **250***c* may indicate to the recommendation recipient why it is expected that a recommended item of content is expected to be relevant to them as well as being appropriate given their inferred level of expertise.

In some embodiments, phrases for inclusion in phrase arrays are generated from semantic chains that are derived by means of an automated analysis of content as described previously herein, whereby the automated analysis is directed to a starting set of one or more selected phrases. The derived phrases may be identified as a result of a process of performing multiple linkages of semantic chains. These semantically-derived phrases may further have W1 and/or W2-type probabilities associated with them. These probabilities may be applied so as to influence the frequency that a specific phrase will be selected for inclusion in a communication **250***c*.

As described above, a sense of confidence of the recommendation to the recommendation recipient can also be communicated within the recommendation explanation. The score level of the recommendation may contribute to the confidence level, but some other general factors may be applied, including the amount of usage history available for the recommendation recipient on which to base preference inferences and/or the inferred similarity of the user with one or more other users for which there is a basis for more confident inferences of interests or preferences. The communication of a sense of confidence in the recommendation can be applied to recommendations with regard to expertise, as well as interest-based recommendations. The degree of serendipity incorporated by the serendipity function may be communicated **250***c* to the user, and may influence the communication and related syntax and syntactical elements applied in the communication **250***c*, as well as affect the communication of the degree of confidence in a recommendation. The communication of a sense of confidence in a communication **250***c* in some embodiments may further, or alternatively, be influenced by weightings of W1 and/or W2 types described herein that are associated with a semantic chain or composite chains that comprise multiple semantic and/or behavioral chains, and that are used by the computer-implemented system **925** as a basis for making an inference.

In some embodiments, a recommendation explanation may reference a tuning factor and its setting. For example, if a user has set a recency tuning factor so as to slant the recommendations **255** toward recommending objects **212** that have been recently published, the explanation may contain words or phrases to the effect that acknowledge that a recommended object is in accordance with that setting. Or, for example, if a person is recommended in accordance with an expertise scope level set by the recommendation recipient **200**, the explanation might reference that setting as a justification for its recommendation (or alternatively, the explanation might acknowledge a tuning setting but indicate why other factors over-rode the setting in generating the explanation). For example, an exemplary recommendation explanation in such a case is, "Although Jim Smith's expertise does not appear to be the deepest in subject x, I infer that he has significant breadth of expertise in related subjects, and you have directed me to emphasize breadth of expertise."

Recommendation explanations are one type of behavioral-based communications **250***c* that the one or more computer-based applications **925** may deliver to users **200**. Other types of adaptive communications **250***c* may be delivered to a user **200** without necessarily being in conjunction with the recommendation of an object or item of content. For example, a general update of the activities of other users **200** and/or other trends or activities related to people or content may be communicated.

Adaptive communications **250***c* may also include contextual information in accordance with some embodiments. For example, contextual information may be provided to assist a user **200** in navigating the structural aspect **210**,**210**D of an adaptive system **100**,**100**D.

The adaptive communications **250***c* may include references to hierarchical structures—for example, it may be communicated to the user **200** that a topic is the parent of, or sibling to, another topic. Or for a fuzzy network-based

structure, the strength of the relationships among topics and content may be communicated.

In some embodiments, adaptive communications **250***c* may include explanations of recommended objects **212** in which the explanations include references to words, phrases, concepts, and/or themes that are included within, or derived from, the contents of OCVs that are associated with the objects **212**. For example, the explanation may indicate to the recommendation recipient that a recommended object **212** is inferred to emphasize themes that are aligned with topics that are inferred to be of high interest to the recommendation recipient or which are appropriate for the recommendation recipient's inferred level of expertise on one or more topics.

In some embodiments, adaptive communications **250***c* comprise explanations of recommended objects **212** in which the explanations include references to words, phrases, concepts, and/or themes associated with semantic chains (which may be elements of composite semantic chains or composite behavioral-based and semantic chains) that are associated with, or reference, or form the basis for an inference with respect to, the recommended objects **212**. The explanations may include one or more subjects, predicates, and/or the objects of the predicates associated with one or more semantic chains. The information associated with a semantic chain that is included in such an explanation **250***c* may be derived from one or more linked behavioral-based and semantic-based chains. The explanation may include elements of both a behavioral-based chain and a semantic chain that are linked and that form a basis for the associated adaptive communication **250***c*. The explanation may include a reference to an inference that is made based on a linked behavioral-based and semantic chain. For example, given the example composite chain described previously herein, User(1)-viewed-Object(1)-is about-Red Sox-is located-Boston, for which the computer-implemented system **925** might infer that User(1) has an interest in Boston or things related to Boston in general, the explanation **250***c* for a recommendation comprising one or more objects **212** related to or referencing the city of Boston, might be, for example, of the syntactical form, "Since you have an interest in the Red Sox, I thought you might also be interested in this other aspect of Boston." A sense of confidence may be conveyed in the explanation that may be, for example, a function of the length of a linked behavioral-based and semantic chain on which an inference is based, and/or in accordance with weightings that are associated with one or more of the constituent behavioral-based and semantic chains of the composite chain. For example, the longer the chain, everything else being equal, the lower may be the level confidence in an inference. Both one or more W1-type and one or more W2-type weightings associated with semantic chains or composite behavioral-based and semantic chains may be applied in determining a recommendation confidence level that informs the phrases that are used to signal the degree of confidence within a communication **250***c*. Continuing the example above, if the composite probability of the composite chain, User(1)-viewed-Object(1)-is about-Red Sox-is located-Boston, is low, the explanation **250***c* for a recommendation comprising one or more objects **212** related to or referencing the city of Boston, might include syntactical elements that convey a lower sense of confidence, for example: "Since you have an interest in the Red Sox, I thought you might be interested in this other aspect of Boston, but I'm not very sure about that."

Adaptive communications **250***c* may also comprise one or more phrases that communicate an awareness of behavioral changes in the user **200** over time, and inferences thereof. These behavioral changes may be derived, at least in part, from an evaluation of changes in the user's MTAV and/or MTEV values over time. In some cases, these behavioral patterns may be quite subtle and may otherwise go unnoticed by the user **200** if not pointed out by the computer-based system **925**. Furthermore, the one or more computer-based systems may infer changes in interests or preferences, or expertise, of the user **200** based on changes in the user's behaviors over time. The communications **250***c* of these inferences may therefore provide the user **200** with useful insights into changes in his interest, preferences, tastes, and over time. This same approach can also be applied by the one or more computer-based systems to deliver insights into the inferred changes in interests, preferences, tastes and/or expertise associated with any user **200** to another user **200**. These insights, packaged in an engaging communications **250***c*, can simulate what is sometimes referred to as "a theory of mind" in psychology. This approach may be augmented by incorporating inferred insights derived from automated analysis of semantic chains or composite chains that comprise one or more semantic chains and optionally, associated W1 and/or W2-type weights, the results of which may be numerically summarized and embodied in MTAVs and/or MTEVs as described herein, and which can provide a finer-grained and more nuanced set of topics or themes for which interest, preferences, and expertise are inferred over time.

In general, the adaptive communications generating function of the computer-implemented system **925** may apply a syntactical structure and associated probabilistic phrase arrays to generate the adaptive communications in a manner similar to the approach described above to generate explanations for recommendations. The phrase tendencies of the adaptive communications **250***c* over a number of generated communications can be said to constitute an aspect of the personality associated with the one or more computer-based applications **925**. The next section describes how in some embodiments the personality can evolve and adapt over time, based at least in part, on the behaviors of the communication recipients **200**.

Adaptive Personalities

FIG. **9** is a flow diagram of the computer-based adaptive personality process **500** in accordance with some embodiments of the present invention. A user request for a communication step **510** initiates a function **520** that determines the syntactical structure of the communication **250***c* that is to be delivered to the user **200**. The communication **250***c* to user **200** may be an adaptive recommendation **250**, an explanation associated with a recommendation, or other type of communication to the user, and may reference elements of one or more semantic chains. The communication **250***c* may be, for example, in a written and/or an audio-based format.

In accordance with the syntactical structure that is determined **520** for the communication, one or more phrases are probabilistically selected **530** based on frequency distributions **3030** (FIG. **11**) associated with an ensemble of phrases to generate **540** a communication **930** to the user.

User behaviors **920**, which may include, but not limited to, those described by Table 1 herein, are then evaluated **550** after receipt of the user communication. Based, at least in part, on these evaluations **550**, the frequency distributions **3030** of one or more phrases that may be selected **530** for future user communications are then updated **560**. For example, if the user communication **250***c* is an explanation associated with an adaptive recommendation **250**, and it is

determined that the recommendation recipient reads the corresponding recommended item of content, then the relative frequency of selection of the one or more phrases comprising the explanation of the adaptive recommendation **250** might be preferentially increased versus other phrases that were not included in the user communication. Alternatively, if the communication **250***c* elicited one or more behaviors **920** from the communication recipient **200** that were indicative of indifference or a less than positive reaction, then the relative frequency of selection of the one or more phrases comprising the communication might be preferentially decreased versus other phrases that were not included in the user communication.

In FIG. **11**, an illustrative data structure **3000** supporting the adaptive personality process **500** according to some embodiments is shown. The data structure may include a designator for a specific phrase array **3010**. A phrase array may correspond to a specific unit of the syntax of an overall user communication. Each phrase array may contain one or more phrases **3040**, indicated by a specific phrase ID **3020**. Associated with each phrase **3040** is a selection frequency distribution indicator **3030**. In the illustrative data structure **3000** this selection frequency distribution of phrases **3040** in a phrase array **3010** is based on the relative magnitude of the value of the frequency distribution indicator. In other embodiments, alternative ways to provide selection frequency distributions may be applied. For example, phrases **3040** may be selected per a uniform distribution across phrase instances in a phrase array **3010**, and duplication of phrase instances may be used to as a means to adjust selection frequencies.

Self-Referential, Self-Aware, and Self-Directed Communications

In some embodiments, the User(1) in a behavioral-based chain of the form User(1)-Predicate(1)-Object(1) represents the computer-implemented system **925** itself that is the generator of a communication **250***c*. This enables the system to generate self-referential communications **250***c* that are based on, for example, composite behavioral-based and semantic chains. For example, the system might generate a communication **250***c* for delivery to a user **200** that comprises the phrase, "I was at Fenway Park last year with you," whereby the "I" in the phrase refers to the computer-implemented system **925** and the "you" refers to the user **200**, and "I was at" implies that at least some element of computer-implemented system **925** was physically proximal to the user **200** at Fenway Park last year, the "at least some element" presumably being embodied as a portable or mobile device. Further, the system could, for example, create a linkage with the semantic chain, Fenway Park-Is A-Baseball Park, so as to also be able to communicate the phrase, "I was at a baseball park last year with you," and so on. And further, if the system associates a W1-type probability that is not very high to the semantic chain, Fenway Park-Is A-Baseball Park, then the generated communication **250***c* might comprise the phrase, "I believe I was at a baseball park last year with you," to reflect this bit of uncertainty, or the communication **250***c* might comprise an interrogative syntactical structure in an attempt to resolve the uncertainty such as, "Was I at a baseball park with you last year?" If the response from the user **200** to the interrogative was, "Yes, you were with me at Fenway Park," the system might infer from the response that the W1-type probability associated with the semantic chain, Fenway Park-Is A-Baseball Park, should now be increased to a level that represents certainty or at least near certainty.

In some embodiments the computer-implemented system **925** stores W1 and/or W2 probabilities associated with behavioral chains, semantic chains, and/or composite chains over time—that is, a stored time stamp or equivalent is associated with the corresponding behavioral chains, semantic chains, and/or composite chains and their W1 and/or W2-type weights. This enables the computer-implemented system **925** to have an awareness of its change in beliefs, or more generally, its learning, over time, and to be able to generate communications **250***c* that embody this self-awareness. For example, the system **925** might communicate a self-aware phrase such as, "I wasn't sure, but I now know . . . ," with respect to an inference from a composite chain when the composite W1-type probability associated with the composite chain has been increased from a formerly lower level to a high level. For changes in W2-type contextual probabilities, the system **925** might communicate a phrase such as, "I thought they meant, but I sense they mean . . . ," when the composite W2-type probability associated with the composite chain changes sufficiently to change an associated inference. Or, as another example, if a change in composite W1 or W2 probabilities associated with a composite chain significantly changes an inference derived from the composite chain, a syntactical structure such as, "I was surprised to learn . . . ," might be included in a corresponding communication **250***c*, or if an event occurs that is significantly opposed to the inference, "I was surprised that . . . ," for example, might be included in a communication **250***c*. Quantitative thresholds with respect to changes of composite probabilities associated with composite chains may be applied to trigger alternative phrases in communications **250***c* to users **200** so as to provide as human-like communications as possible. In general, the ability for the computer-implemented system **925** to access a history of probabilities it has assigned to behavioral chains, semantic chains, and/or composite chains enables the system to answer variations of the question, "What have you learned?" with respect to a subject in a way that can be constructed to be arbitrarily similar to the way in which a human would be expected to answer.

In some embodiments, the computer-implemented system **925** includes an imagination function that pro-actively and automatically adjusts, at least temporarily, W1-type composite weights, thereby enabling the generation of "alternative realities." For example, the phrase, "I can imagine Fenway Park being in New York," could be generated if the W1-type probability associated with the semantic chain Fenway Park-Is Located In-Boston is reduced to be a negligible level, and by then applying a context transferring process described below. In a different case, in which the W1-type probability is low, the W1-type probability can be automatically increased so as to enable the computer-implemented system **925** to envision a possibility, and to communicate the possibility, with syntactical elements such as, "I could see a scenario in which . . . ," or "I could envision that . . . ," within a communication **250***c*. For example, in response to the comment by a user **200**, "I'm going to a baseball game," the computer-implemented system **925**, having no significant basis for inferring that the user **200** is a baseball player could nevertheless adjust the relatively low default W1-type probability associated with that inference and could respond with a communication **250***c* such as: "As a fan or a player? I could see you as a baseball player." As another example, if the computer-implemented system **925** inferred that it (or an element of it) had never been to a baseball game, it might adjust the associated W1 probability

and respond with a self-referential communication such as, "I can only dream of attending a baseball game."

In conjunction with, or alternatively to, adjusting W1-type weights to generate imagining-type communications **250***c*, the imagination function of the computer-implemented system **925** may apply a context transfer process. For example, the syntactical structure, "I can imagine Fenway Park being in New York," could be generated from the semantic chain Fenway Park-Is Located In-Boston by first finding a generalization of the context of Fenway Park, for example, as embodied by the semantic chain, Fenway Park-Is A-Baseball Park, and then searching for references to other baseball parks among a corpus of semantic chains and thereby identifying the semantic chain, Yankee Stadium-Is A-Baseball Park, followed by identifying the semantic chain Yankee Stadium-Is Located In-New York, and then transferring the context of the original semantic chain Fenway Park-Is Located In-Boston so as to assemble the phrase, "I can imagine Fenway Park being in New York."

Another example of applying context transferring by the imagination function to generate imaginative communications **250***c* is by means of a process in which the computer-implemented system **925** substitutes a different subject in a behavioral-based or semantic chain. For example, for the behavioral or semantic chain, Jim-Went To-Baseball Game, the computer-based system **925** could substitute the user **200** for the subject, Jim, and generate a communication **250***c* for delivery to the user **200** having a syntactical structure such as, "I can imagine you going to a baseball game." Or as another example, the computer-implemented system **925** could substitute itself as the subject of the behavioral or semantic chain, and generate a self-referential imaginative communication **250***c* such as, "I can only imagine going to a baseball game!"

The imagination function in any of these process variations may chain together behavioral and/or multiple semantic chains without limit in generating imaginative communications **250***c*.

In some embodiments the imagination function maps syntactical elements such as behavioral and/or semantic chains (or composites thereof) to images, or sequences of images such as images that compose a video, and vice versa, enabling internal visualizations of imaginative situations. For example, for an exemplary semantic chain such as Jim-Swings-the Bat, the computer-based system **925** searches for images that have associated syntactical elements that have a match with the semantic chain or syntactical elements thereof. This matching may be performed, for example, by the computer-based system **925** automatically searching through a corpus of images that have one or more syntactical elements such as words, phrases, or semantic chains that are associated with each of, or a collection of, the images, and then comparing the chain Jim-Swings-the Bat or elements thereof, or automatic inferences derived from other chains that are linked to the chain Jim-Swings-the Bat (such as, in this example, an inference that the chain refers to a baseball bat rather than the swinging of a flying mammal), to the syntactical elements that are associated with the images. The syntactical elements that are associated with the images can be manually established in some embodiments, or by, for example, application of automated learning systems such as a computer-implemented neural network that learns to make correspondences between patterns of pixels that compose images and syntactical elements that are associated with the images via a supervised or unsupervised process. In some embodiments Bayesian program learning-based processes are applied to make to make correspondences between patterns of pixels that compose images and relevant syntactical elements that are associated with the images. The one or more syntactical elements that are associated with each of the images may be associated with probabilities ("W3-type probabilities" hereinafter) that are indicative of the confidence level that the syntactical element accurately reflects the content of the corresponding image. These probabilities may be based upon information that is extracted from a neural network or Bayesian program learning process that is applied to the images, according to some embodiments.



A W1-type score or weight may be calculated by the computer-based system **925** with respect to images, whereby the W1-type score or weight is determined in accordance with the strength of the match with the semantic chain. The strength of the match may be calculated as a function of factors such as the number exact matches of the source semantic chain to the syntactical elements associated with the images, the number of exact matches of the syntactical elements associated with the images to specific elements of the chain, and/or matches of the syntactical elements associated with the images to chains that are linked to the semantic chain. The W1-type image weight may also be calculated in a manner so as to take into account the ratio of the matches to the syntactical elements associated with an image that are not matched. For example, by providing more weight to high match/not-matched descriptive information ratios, less "cluttered" images are preferentially selected.

A W2-type weight that is associated with contextual relevance may also be calculated and associated with the images with respect to the semantic chain. As a non-limiting example, a ratio of contextual associations within a corpus of content may be applied in calculating these W2-type image weights. For example, if within the searched corpus of images, the semantic chain Jim-Swings-the Bat matches thousands of images of baseball players swinging a baseball bat, but matches only a few images of a person swinging a bat that is in the form of a flying mammal, then the W2-type weight for matched baseball images would be calculated to be higher than for the matched images of a person swinging the animal. The calculation may be in accordance with the raw ratio, or may be a mathematical function that is applied to the ratio. A total matching score or probability for each image may then be calculated as a function of both the W1-type and W2-type image weights in some embodiments, and in some embodiments W3-type probabilities are also included in the total score or probability that is associated with each image.

Responses by the computer-based system **925** to interrogatives associated with a source semantic chain may be generated based on the scored set of images. For example, the question, "Do you visualize Jim swinging the bat horizontally or vertically?" could be posed to the computer-based system **925** (posed either externally by a human or a computer-based system, or internally by the computer-based system **925** itself). An answer in response could be generated by the computer-based system **925** such as, "Horizontally, since he is most likely swinging a baseball bat." In assembling this response, evaluation of the W2-type weight or probability is applied by the automatic process that comprises the selecting of the syntactical elements "most likely" and "baseball bat." The determination that a baseball bat is more likely swung horizontally could be determined from descriptive information derived from a corpus of high scored images. This descriptive information might be in the form of syntactical elements associated with the images that is directly or indirectly (via, e.g., chaining) indicative that the

bat is being swung horizontally. Or, in some embodiments, the determination that a baseball bat is most likely to be swung horizontally could be extracted from the images by accessing information from one or more feature detector nodes of a deep learning-based neural network that is applied to the images, whereby the one or more feature detector nodes have learned to detect representations of horizontal motions from patterns of pixels, and using this information as a basis for calculating a probability.

Imaginative images can be generated by the computer-based system **925** by substituting or superimposing the pixels associated with a digital image onto the pixels associated with another selected digital image. For example, in response to the interrogative, "Can you visualize Bill swinging a bat?" the computer-based system **925** could substitute an image of Bill (a person known to both the poser of the interrogative and the computer-based system **925**) for other people in one or more sufficiently scored images that are associated or matched with the chain Person-Swings-a Bat as described above. Similar to the example above, the question, "Do you visualize Bill swinging the bat horizontally or vertically?" could be posed, with a possible answer in response by the computer-based system **925** such as, "Horizontally, since he is most likely swinging a baseball bat."

FIG. **14**D summarizes the process flow of imaginative images that can be generated by the computer-based system **925** according to some embodiments by application some or all of the following process steps.

The first step **666** comprises receiving from an external or internal source a communication or image that comprises, or is associated with, one or more syntactical elements that potentially embodies an imaginative scenario.

The second step **671** comprises determining which subsets of the communication's or image's associated syntactical elements likely represent objective reality by performing a search in accordance with the one or more syntactical elements with respect to chains or other syntactical element-based information within a corpus of content, starting with a search with respect to the full set of the communication's or image's syntactical elements, followed by, if required, searches with respect to increasingly smaller subsets of the syntactical elements. This search process and syntactical element decomposition continues until all syntactical element subsets have been categorized as likely embodying objective reality or not (whereby the "likely" is embodied by a metric derived from calculating W1-type probabilities based on the associated strength of match and that may further also take into account W2-type and W3-type probabilities). If the set of syntactical elements comprising all of the syntactical elements probably represents objective reality, a communication **250***c* may be directed back to the source of the received communication or image that embodies the purportedly imaginative scenario indicating this determination along with an optional reference that is in accordance with a W1-type probability (and W3-type probability if applicable) that represents the computer-based system's **925** confidence that the communication or image actually represents objective reality. Otherwise step three is performed.

The third step **676** comprises identifying one or more images that have associated syntactical elements that best match (as embodied by a composite probability or score that is based on applicable W1, W2, and W3-type probabilities) the maximum subset of syntactical elements that were categorized as likely representing objective reality in step two. These one or more images will serve as the base image for a generated imaginative image.



The fourth step **681** comprises determining for each of the subsets of the syntactical elements that likely do not represent objective reality, a best-match (as embodied by a composite probability or score that is based on applicable W1, W2, and W3-type probabilities) image by performing a search of a corpus of syntactical elements associated with images with respect to these subsets of syntactical elements.

The fifth step **686** comprises substituting or super-imposing the images that best match the syntactical elements that likely do not represent objective reality onto the base image, thereby generating an imaginative image that corresponds to the received imaginative communication or image.

The sixth step **691** comprises generating derivative chains, communications **250***c*, or images based upon the generated imaginative image as a result of, for example, by taking the generated imaginative image as input to the focus of attention process described by FIG. **14**C. If such generated chains, communications **250***c*, or images are directed internally to, and/or stored by, the computer-based systems **925**, then the computer-based systems **925** can use these generated chains, communications **250***c*, or images as inputs to step one of the process of FIG. **14**D, enabling a continuing and evolving stream of images, including imaginative images, and/or communications.

In some embodiments the process of FIG. **14**D, such as at for example, but not limited to, step two **671**, may include applying a neural network to a received image and then directly accessing the output of one or more feature extraction nodes of the neural network that is applied to the received image. The extracted feature in the form of a pattern of pixels are then tested for matches by the computer-based system **925** against sets of pixels that have associated syntactical elements. If the computer-based system **925** finds a sufficiently good match, the associated syntactical elements of the matched pixels are included in the computer-based system's **925** syntactical-based description of the received image and/or its identification of imaginary portions of the received image.

In some embodiments, alternative realities generated by the imagination function are stored for future access by the computer-implemented system **925** and the recollection of these alternative realities are incorporated in self-aware communications **250***c*. For example, a computer-based system **925** that imagines attending a baseball game and subsequently infers that it (or elements thereof) is actually located in close proximity of a baseball game (an awareness that would, for example, be encoded accordingly as a self-referential behavioral chain linked to one or more semantic chains), might communicate to the user **200**, for example, "I dreamed of attending a baseball game, and now I have!" Saved imaginative realities, whether embodied in syntactical-based communications **250***c* or imaginative images that are actually delivered to a user **200** or that are only stored internally by the computer-based system **925**, enable the system to respond to externally or internally sourced interrogatives about what the system has imagined or dreamed within a context that is posed by the interrogative. In this example, if asked where the computer-based system **925** has dreamed of going, it might well respond with the phrase, "Well, I have dreamed of attending a baseball game."

In some embodiments the degree to which imaginative communications **250***c* are generated is tunable by a user **200**. This imagination tuning control applies and/or adjusts a probability or probabilistic function that influences the

chances that an imaginative context shifting will be applied in generating a given communication **250***c*.

The process of generating and saving imaginative communications **250***c* or imaginative images that are not necessarily communicated externally to a user **200** of the computer-based system **925** is extended more generally to other types of communications **250***c* or images according to some embodiments, the result of which can be considered constituting a "stream of consciousness" of the computer-based system **925**. Such communications **250***c* may be internally initiated or prompted rather than necessarily being directly responsive to current interactions with a user **200**. Such externally or internally-derived prompts may be attributable to a "focus of attention" of the computer-based system **925**. Such focuses of attention may be provided by, but not limited to, one or more of the following means:

1. Based on processing input from a sensor
2. Based on processing input from externally or internally sourced content
3. Based on a value of information and/or probabilistic selection process

The first of these means is whereby the focus of attention that serves as a basis for communications **250***c* is prompted by input from a sensor. As a non-limiting example, the computer-based system **925** can, by receiving input from a camera, sense and therefore become aware of a physical object, say, a tree, that then constitutes the focus of attention on which one or more communications **250***c* can be based. The identification of a physical object from the camera input, in this example case a tree, may be performed, for example, through the application of a neural network that is trained to identify such physical objects from image pixel patterns and to associate the identified object with one or more syntactical elements, as is described further herein, or additionally or alternatively through the application of a Bayesian program learning-based process. Next, for example, based upon the syntactical elements such as words, phrases, or semantic chains that are associated with the image of the tree, the computer-based system **925** could generate the behavioral-based chain, "I-See-A Tree," by combining a self-reference pronoun ("I") with a colloquial term for processing visual inputs ("See") and the object identified from the image inputs ("A Tree"). Other information could optionally be associated with the behavioral-based chain such as a W1-type weight and a time-stamp.

Then, for example, given the focus of attention on the tree and the conversion of this attention to an associated behavioral-based chain, having recently generated communications related to the domain of baseball, and having saved communications **250***c* related to the domain of baseball, the system **925**, by, for example, applying an algorithm that weights recency of events and uncertainty relatively highly in determining a focus of attention, could generate an internally-posed (i.e., self-directed) interrogative **250***c* that embodies wondering how trees and baseball might be related. (A grammatical transformation process may be applied by the computer-based system to create interrogative communications **250***c* from chains or elements thereof. As a non-limiting example, the grammatical transformation can comprise appending the syntactical elements "How are" and "related?" to the chains or their elements.) The system then initiates a search of semantic chains and/or composite chains in order to identify connections between the subjects of trees and baseball and, for example, identifies the semantic chains, Trees-Are Composed Of-Wood and Baseball Bats-Are Composed Of-Wood, as a connection between trees and the game of baseball. Continuing the example, the com-



puter-based system, again applying an algorithm that weights recency of events and uncertainty relatively highly in determining a focus of attention, could then further pose the internally communicated interrogative of wondering what kind of wood baseball bats are made out of and whether it is the type of wood that is from the type of tree that is being considered. This interrogative could be posed for internal delivery and consideration, triggering a search performed by the computer-based system **925** through content or semantic chains derived thereof, for an answer to the interrogative. If, for example, an answer cannot be found by this means, the computer-based system **925** might pose the interrogative **250***c* to a user **200** to ascertain whether the user **200** can provide the answer.

Similarly, the focus of attention in the above example could have alternatively been a result of the processing of audio, textual or image-based content that includes a reference to, or image of, a tree, and the same example flow as described in which the focus of attention derived from a sensor above could apply.

The awareness of objects that can potentially become a focus of attention through the processing of sensor inputs or externally or internally-sourced content (such as, for example, the representation of the tree that is contained in a content-based image or via camera input as described in the examples above, or in the form of words or phrases that are embodied in written or audio formats) may be through the application of neural network-based systems (such as, but not limited to, convolutional and recurrent neural networks) or algorithmic-based statistical pattern detection and/or matching processes according to some embodiments. For example, neural network-based systems may be trained on training sets comprising images and associated syntactical elements so as to enable the identification of syntactical elements (which may comprise semantic chains or syntactical elements from which semantic chains can be derived or inferred) from which communications **250***c* can be based as the computer-based system **925** becomes aware of new images for which the training set is relevant. Additionally, or alternatively, Bayesian program learning-based process may be applied to generate the awareness of objects that can potentially become a focus of attention.

The focus of attention that is derived from the awareness that is enabled by sensors or the processing of content is based on a prioritization process in accordance with some embodiments. For example, what is currently being sensed or processed and/or what has recently been communicated **250***c* either internally or externally may take default precedence. And a rule that prioritizes required responses may be applied, such as a rule that a current interaction with a user **200** takes precedence over purely internally delivered and saved communications **250***c*, for example.

The focus of attention may also be determined, and prioritized, based, at least in part, on a value of information and/or probabilistic-based process. This can be particularly useful when the computer-based system **925** has resources that are not otherwise fully engaged in a high priority focus of its attention. In such cases the system may select stored chains or communications **250***c* to serve as a focus of attention from which to pose internally-directed interrogatives or what-ifs (i.e., imaginative scenarios embodied as syntactical elements and/or images) for consideration, and then save the resulting communications **250***c* that are generated in response to the interrogatives or what-ifs.

For focuses of attention that are derived from a value of information-based process, in some embodiments the computer-based system **925** uses uncertainties that are derived

from W1 or W2-type weightings associated with composite chains in determining a focus of attention. Value of information, which is a term of art in the field of decision analysis and is understood as such by one of ordinary skill in the art of that field, relates to the expected value of decreasing an uncertainty. Decreasing an uncertainty can be expected to have a positive value only if it has a potential to affect a decision. In some embodiments the decision that might be affected relates to choices in the generation of communications **250***c*. So, as a simple, non-limiting example, the computer-based system **925** might search for relatively low W1 or W2-type weightings that are associated with chains that have been recently applied in generating communications **250***c*, since it would be valuable to increase such W1 or W2-type weightings (i.e. reduce the uncertainty) to increase the probability of accurate communications **250***c*, particularly those that are inferred by the computer-based system **925** to have a relatively high probability of being relevant in the future, particularly the near future. In addition to the W1 or W2-type weightings, a utility function may also be considered by the computer-based system **925** in calculating a value of information, and this utility function may include factors such as the recency and/or the frequency of communications **250***c* that are based on specific chains, and whereby these chains have uncertainties embodied by the corresponding W1 or W2-type weightings.

Other probabilistic-related processes for the selection of focuses of attention are applied in accordance with some embodiments. For example, a probability function is applied to saved communications **250***c* or other syntactical elements such as semantic or composite chains accessible by the computer-based system **925**, so as to select the saved communications **250***c* or other accessible syntactical elements to chains to serve as a focus of attention. The probability function may be derived from, or applied in conjunction with, W1 and/or W2-type weightings that are associated with the saved communications **250***c* or other accessible semantic or composite chains. As a non-limiting example, the selection could be based on applying a uniform probability distribution to a selected subset of semantic or composite chains that have W1-type weights between 0.4 and 0.6. Such probabilistic approaches to the selection of a focus of attention can introduce a degree of randomization to the selection process, which can produce a beneficial degree of serendipity to the streams of consciousness of the computer-based system **925**, increasing the likelihood that focuses of attention and the resulting streams of consciousness that might not otherwise occur are explored by the computer-based system **925**. Such probabilistic approaches can be considered "dreaming" or "daydreaming" processes of the computer-based system **925** since they have analogies to the way the human mind can dream or wonder.

Awareness and focuses of attention of the computer-based system **925** can be directed to representations of software or hardware elements of the computer-based system **925** in some embodiments. So for a computer-based system **925** that is embodied in a humanoid form, for example, a focus of attention might be directed to a semantic or composite chain that represents constituent elements of the computer-based system **925** such as its natural language processing software or its mobility-enabling hardware such as legs. Such a focus of attention can serve as a basis for self-referential communications **250***c* that comprise references to the computer-based system's **925** software or hardware elements. The focus of attention can also be directed introspectively to attributes associated with internal states or changes, thereof, of the computer-based system **925**, such as



aspects of its personality and/or what it has learned, and associated communications **250***c* can be generated accordingly as are described elsewhere herein.

A focus of attention can lead to overtly physical actions in some embodiments. As an example, for the example above in which focuses of attention are derived from a value of information-based process whereby it is determined that it would be valuable to increase identified W1 or W2-type weightings (i.e. reduce the uncertainty that is associated with the corresponding chains), actions such as invoking a sensor or engaging in movements may be undertaken by the computer-based system **925** that are expected to have the potential to result in new information that will enable a reduction in uncertainty with respect to the corresponding chains. As inputs from sensors are processed after such actions are undertaken, probabilities may be updated, new awarenesses and focuses of attention of the computer-based system **925** are identified, and subsequent actions based on these new focuses of attention may be undertaken. Such recursive processes enable intelligently autonomous behaviors of the computer-based system **925**.

A focus of attention can lead to the generation of an imaginative scenario in some embodiments. For example, the computer-based system **925** can apply a W1-type probability adjustment and/or context shifting process, as described previously herein, to the focus of attention so as to generate a syntactical or image-based imaginative scenario, and the imaginative scenario may be self-referential and/or self-directed.

FIG. **14**C summarizes the process flow of recursive streams of attention (or "consciousness") and/or autonomous behaviors of computer-based system **925** in accordance with some embodiments. The first step **665** comprises prioritizing potential focuses of attention and selecting a focus of attention based on the prioritization. The potential focuses of attention can be derived from external sources via, for example, information attained via sensors, from accessible content, or from internally stored information such as saved communications **250***c*, chains, or images. Prioritization of the potential focuses of attention may be through application of precedence rules or scoring algorithms, such as, but not limited to, and everything else being equal, assigning a higher priority for attending to user **200** requests or requirements, assigning a higher priority based on recency considerations, and/or assigning a higher priority based on probabilistic evaluations and/or value of information considerations. Language-based sources of potential focuses of attention (such as processing speech from a user **200** or processing digitized content) can be directly converted to one or more syntactical elements such as behavioral chains, semantic chains, or composite chains as described herein. In the case of non-language-based sources of information such as images, an associated language-based description comprising syntactical elements is first determined for each image (such as, but not limited to, by means of the application of a trained neural network to the images, for example), and then this language-based description can be converted to derivative syntactical elements such as behavioral chains, semantic chains, or composite chains. A particular focus of attention as represented by one or more behavioral chains, semantic chains, or composite chains is then identified based on the application of the prioritization rules or algorithms, including but not limited to considerations such as recency, uncertainty, value of information, and prioritization of required response, to the derived behav-

ioral chains, semantic chains, or composite chains and associated uncertainties associated with each of the potential focuses of attention.

The second step **670** comprises identifying one or more chains that are relevant to the identified focus of attention. This step entails searching for other chains with the same or similar subjects, predicates, or objects as those of the focus of attention chain(s). It may also may entail linking chains that result from the search into composite chains, including linking chains that result from the search with chains that represent the focus of attention.

The third step **675** comprises evaluating uncertainties, as represented by corresponding W1 and/or W2-type and/or W3-type weights, of the relevant chains determined by the previous step **670** and determining which uncertainties should be potentially targeted for reduction. This determination may be made in accordance with a value of information process as described previously herein.

The fourth step **680** comprises identifying and performing one or more actions that are expected to reduce the potentially targeted uncertainties. The identification may comprise a net value of imperfect information process that includes the expected "cost" (which may be an evaluative metric such as a financial cost and/or an evaluative utility metric that takes into account timing and risks) associated with the one or more candidate actions, and also takes into account the degree to which the one or more candidate actions can be expected to reduce the uncertainty (unless an action is expected to reduce the uncertainty to a negligible amount, the value of imperfect information rather than value of perfect information should preferably be calculated and applied). Prioritization of the candidate one or more actions by a net value of perfect or imperfect information method is then performed, with highest priority candidate action(s) selected to be performed. The selected action(s) is then performed by the computer-based system **925**. Candidate actions may include generating interrogative communications **250***c* directed to external agents such as users **200** or directed internally to (i.e., self-directed) the computer-based system **925** (in either case, with an expectation that an answer to the interrogative will reduce targeted uncertainties). Interrogative communications **250***c* are formed in some embodiments by transforming the chain(s) that is associated with the uncertainty that is targeted for reduction into an appropriate question. For example, if the W1-type weight associated with the semantic chain, Fenway Park-Is A-Baseball Park, is not at a maximum level (i.e., there is at least some degree of uncertainty with regard to the objective reality of the semantic chain), then an interrogative communication **250***c* could be generated by a grammatical transformation process of appending syntactical elements "Is" and a "?" (or, for example, via intonation rather than appending "?" if the communication **250***c* is delivered through auditory means) to the semantic chain to yield, "Is Fenway Park a baseball park?" Similarly, interrogative communications **250***c* can be generated from composite chains for which uncertainties are targeted for reduction by applying an appropriate grammatical transformation process. Interrogative communications **250***c* can also be formed by applying a grammatical transformation process that yields a question of how chains or elements thereof are related, as is described in a previous example herein. In addition to interrogative communications **250***c*, candidate actions may also include, but are not limited to, the computer-based system **925** accessing external content, introspecting, generating an imaginative scenario embodied as syntactical elements and/or an image, invoking a sensor, or engaging in movements.

The fifth step **680** of FIG. **14**C comprises assessing the results of the one or more candidate actions that are actually performed and updating the representations of the uncertainties (i.e., W1 and/or W2 and/or W3-type weightings or probabilities) according to the assessment of the results of the actions. The results of actions may or may not actually lead to a reduction of uncertainty. For example, for interrogative communications **250**C, answers may be confirming, disconfirming, or neither. If user **200** answers "Yes" to the question, "Is Fenway Park a baseball park?" then everything being equal, the W1 weight would presumably be set to close to certainty (possibly depending on an assessment of the user's reliability in such areas, etc.). If user **200** answers "I'm not sure," then the W1 weight might remain at the same level as before the question was posed. For internally-directed interrogatives, a search engine or similar function is invoked to provide an answer, possibly in conjunction with a process of the linking of chains to make appropriate deductions. For example, in response to the introspective self-directed interrogative, "Have I been to a baseball park?" the computer-based system **925** could search for stored chains that indicate the computer-based system **925** or elements thereof were at a baseball park. Additionally, or alternatively, the term "baseball park" could be evaluated for matches with the results of a neural network-based or Bayesian program learning-based processing of stored historical images or video of physical locations and associated syntactical elements whereby the computer-based system **925** or elements thereof were proximal to a particular baseball park.

After probabilities that embody uncertainties are updated based on the result of performed actions (or not updated, if the performed action does not provide information that enables the relevant probabilities to be increased), the first step of the process **665** is again invoked. This closed loop process enables continuous, autonomous learning by computer-based system **925**.

The autonomous learning process of FIG. **14**C can further enable the computer-based system **925** to answer interrogatives of why it took the actions it did by relating relevant elements of the process in appropriately syntactically structured explanations. So, for example, if asked by the user **200**, "Why did you ask me about Fenway Park?" the computer-based system **925** might respond, "I thought it probably was a baseball park, but I wasn't totally sure," reflecting a less than certain but greater than zero level of the associated W1-type weight prior to asking the user **200** the question.

As described previously herein, in some embodiments, the computer-implemented system **925** may include a metaphor-based creativity function that applies the results of a context stripping and transference process when generating self-referential communications **250***c*. For example, in a scenario in which a user **200** asks the computer-implemented system **925** to find a time to attend a local baseball game that fits the user's schedule (that the computer-implemented system **925** has access to) during this week, the computer-implemented system **925** could simply reply, "I could not find a game that fits your schedule this week." However, using the example previously discussed herein of the semantic chain, Strike out-is a-Failure, which is a generalization or context stripping of the term "strike out" from the subject area of baseball, a self-referential communication **250***c* could be generated such as, "I struck out finding a time that fits your schedule this week." This

communication exhibits more creativity and, in some circumstances, humor, than the alternative communication that is devoid of metaphor. Judicious use of metaphorical-based communications **250***c* can make the communications more interesting and engaging to the user **200**.

The "strike out" metaphor might be less appropriate if applied to the subject area of football. Shifting the context to some degree but not too radically, or not radically too often, will generally be preferred. The degree of context shifting may be measured by the computer-based system **925**, for example, as a function of the length of a composite chain upon which a context shift choice is based, and/or in accordance with weightings that are associated with the composite chain. For example, the longer the chain, everything else being equal, the lower may be the level confidence in choosing the corresponding context shift. Both one or more W1-type and one or more W2-type weightings associated with composite chains may be applied in informing a choice of appropriate metaphorical shifting.

FIG. **10** is a flow diagram of an alternative or additional process by which the computer-based system **925** can exhibit self-awareness in accordance with some embodiments—the adaptive self-awareness communication process **2000**. The process **2000** begins with an evaluation **2010** of phrase frequency distribution **3030** changes over time. Then the appropriate syntactical structure of the communication **250***c* of self-awareness is determined **2020**. One or more phrases **3040** that embody a sense of self-awareness are then selected in accordance with the syntactical structure requirements and changes in phrase frequency distributions over time.

Returning to FIG. **11**, in some embodiments, phrase attributes that are associated with specific phrases may be used as a basis for self-aware phrase selection. Two example phrase attributes **3050**, **3060** whose values are associated with specific phrases **3040** are shown. An unlimited number of attributes could be used as to provide as nuanced a level of self-awareness as desired. In some embodiments, phrase attributes **3050**, **3060** may be determined from one or more semantic chains. For example, an initial phrase attribute (e.g., "humorous") may be an element of a first semantic chain, and this first semantic chain is then used as a basis for searching for related semantic chains such as a semantic chain that relates the quality "humorous" with, e.g., the quality of "amusing," so as to determine a second applicable phrase attribute ("amusing"). This second phrase attribute may be an element in a second semantic chain that is then used as a basis for identifying a third phrase attribute that applies (e.g., "whimsical"), and so on. These semantic chains may be derived from an automated analysis, such as a statistical analysis or neural network-based analysis, of content in some embodiments. The semantic chains that are so applied may further have corresponding W1-type and/or W2-type weightings as described herein. These semantic chain weightings may be used to assign a weighting to a phrase attribute **3050**, **3060** that is derived or inferred from the semantic chains. These phrase attribute weightings may then be applied so as to enable a more nuanced, realistic communication **250***c* of self-awareness, including informing levels of confidence with respect to the awareness of changes with respect to personality attributes that are signaled within the communications **250***c* of self-awareness.

When changes in phrase frequency distributions **3030** are evaluated **2010**, the corresponding attributes **3050**, **3060** are also evaluated. These attributes map to attributes **4050**, **4060** that are associated with self-aware phrases **4040** in self-aware phrase data structure **4000**. For example, if phrases **4040** that have the attribute value "humorous" (and by the semantic extensions example above, attribute values "amusing" and "whimsical") have been increasing in frequency, then self-aware phrases that reference "humorous" or "whimsical" may be appropriate to include in generating **2040** a communication of self-awareness **250***c* for delivery to a user **200**. The selection of phrases may be further influenced by phrase attribute weightings-phrases associated with phrase attributes **3050**, **3060** with higher weightings will be preferentially selected, everything else being equal. As is the case of any other communication **250***c*, the behaviors **920** of the recipient **200** of the communication may be evaluated **2050**, and the self-aware phrase frequency distributions **4030** of the self-aware phrases **4040** may be updated **2060** accordingly. This recursive evaluation and updating of phrase frequency distributions can be applied without limit.



FIG. **12** depicts the major functions associated with a computer-based system **925** that exhibits an adaptive personality, and optionally, a self-aware personality, according to some embodiments. Recall that in some embodiments, the computer-based system **925** comprises an adaptive system **100**.

A request **6000** for a communication **250***c* to be delivered to a user **200** is made. The request **6000** may be a direct request from a user **200**, or the request may be made by another function of the computer-based system **925**. In some embodiments the request **6000** for a communication for delivery to the user **200** may be initiated by a function that generates **240** an adaptive recommendation. A communication to the user is then generated **7000**. This generation is performed by first determining the appropriate syntactical rules or structure **7500** for the communication. In some embodiments, the syntax rules **7500** are of an "If some condition, then apply a specific phrase array **3010**" structure. Once the appropriate syntax is established and associated phrase arrays **3010** are determined, specific phrases are probabilistically retrieved from the phrase array function **5000** based on selection frequency distributions associated with the corresponding phrase arrays. The communication **250***c* is then assembled and delivered to a user **200**.

User behaviors **920** of the communication recipient **200** are then monitored **8000**. Based on inferences from these behaviors **920**, the phrase array frequency distributions of the phrase array function **5000** are updated **9000** appropriately.

Computing Infrastructure

FIG. **13** depicts various processor-based computer hardware and network topologies on which the one or more of the computer-based applications **925**, and by extension, adaptive system **100**, may be embodied and operate. One or more processors of the computing hardware may be configured to execute the computer-based applications **925** individually or collectively. In some embodiments the one or more processors may be cognitive computing or neurosynaptic-based processors.

Servers **950**, **952**, and **954** are shown, perhaps residing at different physical locations, and potentially belonging to different organizations or individuals. A standard PC workstation **956** is connected to the server in a contemporary fashion, potentially through the Internet. It should be understood that the workstation **956** can represent any processor-based device, mobile or fixed, including a set-top box or other type of special-purpose device. In this instance, the one or more computer-based applications **925**, in part or as a whole, may reside on the server **950**, but may be accessed by the workstation **956**. A terminal or display-only device

958 and a workstation setup 960 are also shown. The PC workstation 956 or servers 950 may embody, or be connected to, a portable processor-based device (not shown), such as a mobile telephony device, which may be a mobile phone or a personal digital assistant (PDA), or a wearable device such as a "smart watch." The mobile telephony device or PDA may, in turn, be connected to another wireless device such as a telephone or a GPS receiver. As just one non-limiting example, the mobile device may be a gesture-sensitive "smart phone," wherein gestures or other physiological responses are monitored, either through actual physical contact between the device and a user or without physical contact, by means of, for example, a touch screen and/or through a camera, or other sensor apparatus and associated circuitry. The sensor apparatus may include devices with that monitor brain patterns and/or other physiological processes and conditions. The sensor apparatus may operate within a human body, in accordance with some embodiments. The mobile device may include hardware and/or software that enable it to be location-aware, and may embody a camera and/or sensors that enable the monitoring of environmental conditions such as weather, temperature, lighting levels, moisture levels, sound levels, and so on.

FIG. 13 also features a network of wireless or other portable devices 962. The one or more computer-based applications 925 may reside, in part or as a whole, on all of the devices 962, periodically or continuously communicating with the central server 952, as required. A workstation 964 connected in a peer-to-peer fashion with a plurality of other computers is also shown. In this computing topology, the one or more computer-based applications 925, as a whole or in part, may reside on each of the peer computers 964.

Computing system 966 represents a PC or other computing system, which connects through a gateway or other host in order to access the server 952 on which the one or more computer-based applications 925, in part or as a whole, reside. An appliance 968 includes executable instructions "hardwired" into a physical device, such as through use of non-volatile memory or "firmware," and/or may utilize software running on another system that does not itself host the one or more computer-based applications 925, such as in the case of a gaming console or personal video recorder. The appliance 968 is able to access a computing system that hosts an instance of one of the computer-based applications 925, such as the server 952, and is able to interact with the instance of the system.

The processor-based systems on which the one or more computer-based applications 925 operate may include hardware and/or software such as cameras and associated circuitry that enable monitoring of physiological responses or conditions such as gestures, body movement, gaze, heartbeat, brain waves, temperature, blood composition, and so on. The processor-based systems may include sensors and associated circuitry that enable sensing of environmental conditions such as weather conditions, sounds, lighting levels, physical objects in the vicinity, and so on. Microphones and speakers and associated circuitry for receiving and delivering audio-based communications may be included in the computer-based applications 925. The computer-based applications 925 or elements thereof may be executed on processor-based systems embodied within self-propelled devices that may include mobility mechanisms such as, but not limited to, wheels, tracks, and legs. Such self-propelled devices may include cameras and/or other sensors that provide environmental information to the computer-based applications 925, and the movements of the self-propelled devices may be directed or informed by the computer-based applications 925 in response to the environmental information. In some embodiments the self-propelled devices have a humanoid form factor. Embodiments in which some or all of the computer-based applications 925 operate in conjunction with an apparatus that has a humanoid form can enhance the perception of communicative qualities of the computer-based applications as described herein such as self-awareness, imagination, and humor by users 200.



While the present invention has been described with respect to a limited number of embodiments, those skilled in the art will appreciate numerous modifications and variations therefrom. It is intended that the appended claims cover all such modifications and variations as fall within the scope of this present invention.

What is claimed is:

1. A computer-implemented method, comprising:

at a system including one or more processors, and one or more memories in communication with the one or more processors and with one or more programs stored therein

causing access to a computer-implemented neural network trained on computer code so that the trained computer-implemented neural network is configured for probability generation in connection with a plurality of executable computer code elements for selection therefrom;

causing access to a first plurality of syntactical elements;

causing a first attention to be directed to a representation of a first subset of the first plurality of syntactical elements;

causing a second attention to be directed to a representation of a second subset of the first plurality of syntactical elements, for use by the trained computer-implemented neural network;

causing generation, by application of the trained computer-implemented neural network, of a plurality of probabilities that are each associated with a corresponding subset of the plurality of executable computer code elements, based on the second attention;

causing a selection of one or more of the plurality of executable computer code elements based on the plurality of probabilities; and

causing a communication to be sent to a user.

2. The method of claim 1, wherein the computer-implemented neural network is of a type other than a recurrent neural network.

3. The method of claim 1, wherein the computer-implemented neural network is of a type other than a recurrent neural network, while including at least one aspect of neural network recurrency.

4. The method of claim 1, wherein the computer-implemented neural network is of a type that avoids at least one aspect of neural network-related recurrency to allow processing of a representation of all of the first plurality of syntactical elements in a single operation.

5. The method of claim 1, wherein the first plurality of syntactical elements includes at least a portion of an executable computer program.

6. The method of claim 5, wherein the at least portion of the executable computer program is received from the user that includes a human user.

7. The method of claim 5, wherein the at least portion of the executable computer program is automatically identified.

**8**. The method of claim **5**, wherein the at least portion of the executable computer program includes at least a portion of at least one of the one or more programs, where the one or more programs are executed by the one or more processors to perform each of the causing.

**9**. The method of claim **8**, wherein the at least portion of the at least one of the one or more programs is identified by the user that includes a human user.

**10**. The method of claim **8**, wherein the at least portion of the at least one of the one or more programs is automatically identified without program portion identifying input being received from the user that includes a human user to identify the at least portion of the at least one of the one or more programs.

**11**. The method of claim **8**, wherein a first part of the at least portion of the at least one of the one or more programs is identified by the user that includes a human user by receiving first part identifying input from the human user to identify the first part of the at least one of the one or more programs, and a second part of the at least one of the one or more programs is automatically identified without receiving second part identifying input from the human user to identify the second part of the at least one of the one or more programs.

**12**. The method of claim **1**, and further comprising:

causing identification, based on directing a first plurality of attentions of the trained computer-implemented neural network, of a second plurality of syntactical elements for being logically evaluated in connection with the selection of the one or more of the plurality of executable computer code elements; and

causing selection, based on directing a second plurality of attentions of the trained computer-implemented neural network based on the second plurality of syntactical elements, of an other one or more of the plurality of the executable computer code elements.

**13**. The method of claim **1**, wherein the computer-implemented neural network is trained utilizing an output, including the computer code, that is generated based on prioritizing a plurality of attentions utilizing another computer-implemented neural network.

**14**. The method of claim **13**, wherein the another computer-implemented neural network is of a type other than a recurrent neural network.

**15**. The method of claim **1**, and further comprising:

causing identification, based on directing a first plurality of attentions to representations of different subsets of the one or more of the plurality of executable computer code elements, of a second plurality of syntactical elements including at least one executable computer code element; and

causing selection, based on directing a second plurality of attentions and based on an evaluation of the second plurality of syntactical elements, of an other one or more of the plurality of executable computer code elements.

**16**. The method of claim **15**, wherein the first plurality of syntactical elements includes a first portion that does not include any program code, and a second portion that does include at least some program code.

**17**. The method of claim **15**, wherein the first plurality of syntactical elements includes at least a portion of an executable computer program.

**18**. The method of claim **17**, wherein the at least portion of the executable computer program is received from the user that includes a human user.

**19**. The method of claim **17**, wherein the at least portion of the executable computer program is automatically identified.

**20**. The method of claim **17**, wherein the one or more of the plurality of executable computer code elements includes a modification to the at least portion of the executable computer program.

**21**. The method of claim **17**, wherein the other one or more of the plurality of the executable computer code elements includes a modification to the at least portion of the executable computer program.

**22**. The method of claim **17**, wherein the at least portion of the executable computer program includes at least a portion of at least one of the one or more programs, where the one or more programs are executed by the one or more processors to perform each of the causing.

**23**. The method of claim **22**, wherein the at least portion of the at least one of the one or more programs is identified by the user that includes a human user.

**24**. The method of claim **22**, wherein the at least portion of the at least one of the one or more programs is automatically identified.

**25**. The method of claim **22**, wherein the one or more of the plurality of executable computer code elements includes a modification to the at least portion of the at least one of the one or more programs.

**26**. The method of claim **22**, wherein the other one or more of the plurality of executable computer code elements includes a modification to the at least portion of the at least one of the one or more programs.

**27**. The method of claim **22**, wherein the other one or more of the plurality of executable computer code elements includes a modification to the one or more of the plurality of executable computer code elements.

**28**. The method of claim **15**, wherein the other one or more of the plurality of executable computer code elements includes a modification to the one or more of the plurality of executable computer code elements.

**29**. The method of claim **15**, wherein the second plurality of syntactical elements includes a first portion that includes the at least one executable computer code element, and a second portion that does not include any executable computer code elements.

**30**. The method of claim **15**, wherein the second plurality of syntactical elements includes a first portion that includes the at least one executable computer code element including at least one of the one or more of the plurality of executable computer code elements, and a second portion that includes a natural language explanation for the at least one of the one or more of the plurality of executable computer code elements.

**31**. The method of claim **15**, wherein the other one or more of the plurality of executable computer code elements are caused to be selected, based on directing the second plurality of attentions to representations of different subsets of the second plurality of syntactical elements.

**32**. The method of claim **31**, wherein the second plurality of syntactical elements represent a system-generated explanation for the one or more of the plurality of executable computer code elements.

**33**. The method of claim **31**, wherein the second plurality of syntactical elements represent a system-generated explanation for the selection, by the system, of the one or more of the plurality of executable computer code elements.

**34**. The method of claim **31**, wherein the second plurality of syntactical elements represent a system-generated explanation for the selection, by the system, of the one or more of

the plurality of executable computer code elements, such that the evaluation of the system-generated explanation is utilized to improve the selection of the other one or more of the plurality of executable computer code elements.

**35**. The method of claim **34**, wherein information associated with the evaluation is included in the communication, and the user includes a human user.

**36**. The method of claim **34**, wherein the other one or more of the plurality of executable computer code elements is included in the communication.

**37**. The method of claim **15**, wherein the second plurality of syntactical elements represent an explanation for the one or more of the plurality of executable computer code elements.

**38**. The method of claim **37**, wherein the second plurality of syntactical elements are generated automatically without requiring any human user input, after the access is caused to the first plurality of syntactical elements that includes a human user prompt, and before causing the communication to be sent to the user, that includes a human user, in automatic response to the human user prompt.

**39**. The method of claim **37**, wherein the second plurality of syntactical elements are generated automatically without any human user input, after the access is caused to the first plurality of syntactical elements that includes a human user prompt, and before causing the selection of the other one or more of the plurality of executable computer code elements in automatic response to the human user prompt.

**40**. The method of claim **37**, wherein the explanation explains why the one or more of the plurality of executable computer code elements was selected.

**41**. The method of claim **37**, wherein the explanation provides a rationale for the one or more of the plurality of executable computer code elements being selected.

**42**. The method of claim **37**, wherein the explanation is mathematically represented.

**43**. The method of claim **37**, wherein the explanation is represented by natural language.

**44**. The method of claim **15**, wherein the one or more programs are executed by the one or more processors to perform at least one of the causing, and the one or more programs also execute the other one or more of the plurality of executable computer code elements to perform one or more actions based on the execution of the other one or more of the plurality of executable computer code elements.

**45**. The method of claim **44**, wherein the one or more actions include at least one of: a generation of a plurality of pixels, or a selection of yet another one or more of the plurality of executable computer code elements.

**46**. The method of claim **15**, wherein the other one or more of the plurality of executable computer code elements are provided to another system for execution by the another system.

**47**. The method of claim **46**, wherein at least one of: the another system executes the other one or more of the plurality of executable computer code elements to control an interaction with one or more other systems, or the another system executes the other one or more of the plurality of executable computer code elements to control an action performed by a device.

**48**. The method of claim **15**, wherein the first plurality of attentions and the second plurality of attentions are part of at least one operation that is iteratively performed by application of the trained computer-implemented neural network, until an expected net information value, that is calculated based on an expected value and an expected cost and that indicates an expected affect on an output from the trained computer-implemented neural network, is insufficient.

**49**. The method of claim **15**, wherein a setting is capable of being received, for causing a tuning of the selection of the other one or more of the plurality of executable computer code elements based on the setting, such that the setting causes the tuning of the selection of the other one or more of the plurality of executable computer code elements, by causing a selection of a first one of the other one or more of the plurality of executable computer code elements with a first associated probability, instead of another syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**50**. The method of claim **15**, wherein:

the second plurality of attentions are prioritized utilizing a single data structure;

the second plurality of attentions are prioritized, before any usage of the prioritization of any of the second plurality of attentions, such that the second plurality of attentions are prioritized in a single operation;

the second plurality of attentions are prioritized to generate a result utilizing weights that reflect a relative importance or relevance of a plurality of relationships among different syntactical elements, and then another second plurality of attentions are prioritized based on the result; and

the second plurality of attentions are prioritized to result in only a subset of the second plurality of attentions being a basis for the selection of the other one or more of the plurality of executable computer code elements.

**51**. The method of claim **50**, wherein only one of:

each instance of the generation and the direction are performed by hardware;

each instance of the generation and the direction are performed by software;

each instance of the generation and the direction are caused by software and performed by hardware;

each instance of the generation and the direction are caused and performed by software;

only a subset of each instance of the generation and the direction is performed by hardware;

only a subset of each instance of the generation and the direction is performed by software;

only a subset of each instance of the generation and the direction is caused by software and performed by hardware;

only a subset of each instance of the generation and the direction is caused and performed by software;

the one or more memories have the one or more programs stored therein, by the one or more programs being pre-installed therein;

the one or more memories being with the one or more programs stored therein, by the one or more programs being permanently stored therein;

the one or more memories being with the one or more programs stored therein, by the one or more programs being temporarily stored therein;

the one or more processors include a single processor;

the one or more processors include a plurality of processors;

the one or more memories include a single memory;

the one or more memories include a plurality of memories;

the one or more memories include non-volatile memory;

the one or more memories include volatile memory;

the one or more memories include volatile and non-volatile memory;
each instance of the causing is performed by hardware;
each instance of the causing is performed by software;
each instance of causing is performed by software and by hardware;
only a subset of each instance of the causing is performed by hardware;
only a subset of each instance of the causing is performed by software;
one or more of the instances of the causing includes a direct causation;
one or more of the instances of the causing includes an indirect causation;
the system is portable;
the system is not portable;
the system includes a user device;
the system includes a user device to which the communication is caused to be sent;
the system does not include a user device;
the system does not include a user device to which the communication is caused to be sent;
the system, further comprising: a user device;
the system, further comprising: a user device to which the communication is caused to be sent;
the first plurality of syntactical elements includes the entirety of only a syntactical element portion of a prompt;
the prompt includes a query;
the prompt includes a human user query;
the prompt includes an automatically generated query;
the syntactical element portion of the prompt, is not an only portion of the prompt;
the syntactical element portion of the prompt, is an only portion of the prompt;
a position of each of the first plurality of syntactical elements involves an order thereof;
the position of each of the first plurality of syntactical elements involves a position thereof relative to another one of the first plurality of syntactical elements;
the position of each of the first plurality of syntactical elements is represented mathematically;
the single data structure is generated based on a position, by the single data structure being generated to include different vectors each corresponding with the different subsets of the first plurality of syntactical elements, where each of the different vectors includes at least one value that reflects the position thereof;
the single data structure is generated based on a relationship, by the single data structure being generated to include different vectors each corresponding with the different subsets of the first plurality of syntactical elements, where each of the different vectors includes at least one value that reflects the relationship thereof;
the single data structure is generated based on the position and a relationship, by the single data structure being generated to include different vectors each corresponding with the different subsets of the first plurality of syntactical elements, where each of the different vectors includes at least one value that reflects the position and the relationship thereof;
the single data structure is the only single data structure utilized;
the single data structure is utilized with another single data structure that represents another portion, other than the syntactical element portion;



the single data structure is utilized with another single data structure that represents another prompt;
the single data structure is utilized with another single data structure that represents a syntactical element portion of another portion;
the weights includes values;
the weights reflect the relative importance, but not the relevance, of the plurality of relationships;
the weights reflect the relative relevance, but not the importance, of the plurality of relationships;
the weights reflect the relative importance and the relevance of the plurality of relationships;
the weights reflect the relative importance, but not the relevance, of the plurality of relationships, while second weights reflect the relative relevance, but not the importance, of the plurality of relationships;
both the weights and the second weights reflect the relative importance and the relevance of the plurality of relationships;
a first prioritization utilizes the weights and a single matrix, by applying the weights to the single data structure;
a first prioritization utilizes the weights and the single data structure, by applying the weights to the single data structure, via multiplication of the weights and the single data structure;
the at least one instance of recurrency includes any recurrency that would have otherwise existed if the trained computer-implemented neural network included the recurrent neural network;
single operation includes a time interval;
single operation includes a process operation;
the single operation and the another single operation are of a same type;
the single operation and the another single operation are of a same duration;
the generation of the preceding plurality of probabilities immediately precedes the generation of the plurality of probabilities;
the preceding plurality of probabilities does not immediately precedes the plurality of probabilities;
the generation of the preceding plurality of probabilities does not immediately the generation of the plurality of probabilities;
the preceding plurality of probabilities does not immediately precedes the plurality of probabilities, by an existence of intermediate plurality of probabilities therebetween;
the generation of the preceding plurality of probabilities does not immediately the generation of the plurality of probabilities, by virtue of an intermediate generation of an intermediate plurality of probabilities therebetween;
the plurality of relationships among the first plurality of syntactical elements include a first relationship between the first subset and the second subset and a second relationship between the first subset and another subset of the first plurality of syntactical elements;
the relative importance or relevance of the plurality of relationships is updated based on the preceding plurality of probabilities, by the relative importance of the plurality of relationships being updated;
the relative importance or relevance of the plurality of relationships is updated based on the preceding plurality of probabilities, by the relative relevance of the plurality of relationships being updated;
the relative importance or relevance of the plurality of relationships is updated based on the preceding plural-

ity of probabilities, by only the relative importance of the plurality of relationships being updated;

the relative importance or relevance of the plurality of relationships is updated based on the preceding plurality of probabilities, by only the relative relevance of the plurality of relationships being updated;

the relative importance or relevance of the plurality of relationships is updated based on the preceding plurality of probabilities, by the relative importance and relevance of the plurality of relationships being updated;

the second weights as updated based on the preceding plurality of probabilities, by at least one value thereof being modified as a function of the preceding plurality of probabilities;

the second weights as updated based on the preceding plurality of probabilities, by at least one aspect thereof being modified as a function of the preceding plurality of probabilities;

the access to the trained computer-implemented neural network includes direct access;

the access to the trained computer-implemented neural network includes indirect access;

the causing of the access to the trained computer-implemented neural network includes direct causing;

the causing of the access to the trained computer-implemented neural network includes indirect causing;

the first plurality of syntactical elements is generated by a human;

the first plurality of syntactical elements is automatically generated;

the computer-implemented neural network is trained by applying different weights to representations of different subsets of the computer code and prioritizing direction of atraining plurality of attentions based on the different weights, before the computer-implemented neural network is applied to generate a training plurality of probabilities;

the computer-implemented neural network is trained by creating representations of the different subsets of computer code and prioritizing direction of a training plurality of attentions utilizing the representations of the different subsets of the computer code, before the computer-implemented neural network is applied to generate a training plurality of probabilities;

the computer-implemented neural network is trained by applying different weights to representations of different subsets of the computer code and prioritizing direction of a training plurality of attentions based on the different weights, such that computing hardware applies the computer-implemented neural network based on the prioritization to generate a training plurality of probabilities;

the computer-implemented neural network is trained by creating representations of different subsets of the computer code and prioritizing direction of atraining plurality of attentions utilizing the representations of the different subsets of the computer code, such that computing hardware applies the computer-implemented neural network based on the prioritization to generate a training plurality of probabilities;

the representation of the first subset of the first plurality of syntactical elements, includes a mathematical representation that is based, at least in part, on the first subset of the first plurality of syntactical elements;



the representation of the first subset of the first plurality of syntactical elements, includes an updated representation of the first subset of the first plurality of syntactical elements;

the representation of the first subset of the first plurality of syntactical elements, includes an updated representation that results from a processing of a previous representation of the first subset of the first plurality of syntactical elements;

the representation of the first subset of the first plurality of syntactical elements, includes an updated mathematical representation that results from a processing of a previous mathematical representation of the first subset of the first plurality of syntactical elements;

the representation of the first subset of the first plurality of syntactical elements, includes an updated mathematical representation that results from a processing of a previous mathematical representation of the first subset of the first plurality of syntactical elements such that the updated mathematical representation reflects at least one aspect of the first subset of the first plurality of syntactical elements;

the representation of the first subset of the first plurality of syntactical elements, includes an updated mathematical representation that results from a processing of a previous mathematical representation of the first subset of the first plurality of syntactical elements such that the updated mathematical representation reflects at least one aspect, but not all aspects, of the first subset of the first plurality of syntactical elements;

the first plurality of syntactical elements includes natural language;

the first plurality of syntactical elements includes only natural language;

the first plurality of syntactical elements includes computer code;

the first plurality of syntactical elements includes only computer code;

the first plurality of syntactical elements includes syntactical elements and computer code;

the first plurality of syntactical elements is accessed after the first plurality of syntactical elements is received from a human user;

the first plurality of syntactical elements is accessed in response to the first plurality of syntactical elements being received from a human user;

the first plurality of syntactical elements is accessed after the first plurality of syntactical elements is automatically generated;

the first plurality of syntactical elements is accessed in response to the first plurality of syntactical elements being automatically generated;

the user includes a human user;

the user includes a non-human user;

the trained computer-implemented neural network is capable of multiple iterations utilizing a same hardware;

the trained computer-implemented neural network is capable of multiple iterations utilizing a same software;

the trained computer-implemented neural network is capable of multiple iterations utilizing a same process;

the trained computer-implemented neural network is capable of multiple iterations each utilizing different hardware;

the trained computer-implemented neural network is capable of multiple iterations each utilizing different software;

the trained computer-implemented neural network is capable of multiple iterations each utilizing a same process;

the trained computer-implemented neural network is capable of multiple iterations each utilizing a same process and a different hardware;

the trained computer-implemented neural network is capable of multiple iterations each utilizing a same hardware and a different process;

the trained computer-implemented neural network includes a single computer-implemented neural network;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks, where a same one or more of the plurality of computer-implemented neural networks is utilized for each instance of the causing;

the trained computer-implemented neural network includes a plurality of computer-implemented neural networks, where a different one or more of the plurality of computer-implemented neural networks is utilized for each instance of the causing;

the trained computer-implemented neural network is implemented utilizing the system;

the trained computer-implemented neural network is implemented utilizing another system other than the system;

the trained computer-implemented neural network is implemented utilizing the one or more processors;

the trained computer-implemented neural network is implemented utilizing one or more other processors other than the one or more processors;

the trained computer-implemented neural network is implemented utilizing one or more other processors other than the one or more processors, such that the one or more processors causes operation of the trained computer-implemented neural network utilizing one or more other processors;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by the system not including any recurrent neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by the system not utilizing any recurrent neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by not including the recurrent neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network, by not including a class of neural networks configured for sequential data processing;

the trained computer-implemented neural network is of the type other than the recurrent neural network by not including a class of neural networks configured for processing information across multiple time intervals;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but does include at least one aspect that is recurrent;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but does include at least one instance of sequential data processing;

the trained computer-implemented neural network is of the type other than the recurrent neural network by not including a class of neural networks configured for processing information across multiple time intervals, but does include the ability to perform at least one instance of processing across multiple time intervals;

the trained computer-implemented neural network is of the type other than the recurrent neural network, while including at least one aspect of recurrency;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but is not devoid of any recurrency;

the trained computer-implemented neural network is of the type other than the recurrent neural network, but is not devoid of any recurrency in connection with processing within the trained computer-implemented neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network so as to enable additional parallelization, but not disallowing any recurrency in connection with processing within the trained computer-implemented neural network;

the trained computer-implemented neural network is of the type other than the recurrent neural network so as to enable additional parallelization, but not disallowing any recurrency;

the trained computer-implemented neural network is part of the system, where the system also includes a recurrent neural network in addition to the trained computer-implemented neural network that is of the type other than the recurrent neural network;

the trained computer-implemented neural network is part of the system, where the system also includes a recurrent neural network in addition to the trained computer-implemented neural network is of the type other than the recurrent neural network, such that the recurrent neural network is utilized for operations other than each of the instances of the causing;

the application of the trained computer-implemented neural network includes a utilization of the trained computer-implemented neural network;

the application of the trained computer-implemented neural network includes a direct utilization of the trained computer-implemented neural network;

the application of the trained computer-implemented neural network includes an indirect utilization of the trained computer-implemented neural network;

at least one of the syntactical elements includes at least one of: a word, a phrase, a sentence, a punctuation symbol, or a chain;

at least one of the syntactical elements includes at least one of the syntactical element itself, or a mathematical representation thereof;

at least one of the syntactical elements includes at least one of the syntactical element itself, or a representation thereof;

at least one of the syntactical elements includes at least one of the syntactical element itself, or a symbol thereof;

at least one of the syntactical elements includes a syntactical structure;

at least one of the syntactical elements does not include a syntactical structure;

each representation includes a mathematical representation;

each representation includes a symbolic representation;

each representation includes a processed form of a corresponding one or more syntactical elements;

the communication is sent directly to the user;

the communication is sent indirectly to the user;

the communication is sent to the user via a network;

the communication is sent to the user via a wide area network;

the communication is not sent to the user via a network;

the communication is in written form;

the communication is in written form, by visually showing syntactical elements;

the communication is in visual form;

the communication is in audible form, by converting syntactical elements to audible versions of the syntactical elements;

the first plurality of syntactical elements are included in a single chain;

the first plurality of syntactical elements are included in a single composite chain;

the first plurality of syntactical elements are included in a plurality of chains;

the second one or more syntactical elements are not of the first plurality of syntactical elements;

the second one or more syntactical elements includes at least one of the first plurality of syntactical elements;

the second one or more syntactical elements includes at least one of the first plurality of syntactical elements, and one or more syntactical elements that are not of the first plurality of syntactical elements;

the first attention is part of a multiple-attention direction, which includes a direction of a plurality of attentions;

the first attention is part of a multiple-attention direction, which includes a direction of a plurality of attentions to different syntactical elements;

the first attention is part of a multiple-attention direction, which includes a direction of a plurality of attentions each to one of a plurality of different syntactical elements;

the first attention is part of a multiple-attention direction that includes different attentions from a multiple-attention direction of which the second attention is part;

the first attention is part of a multiple-attention direction that includes directions that are different from those associated with a multiple-attention direction of which the second attention is part;

the first attention and the second attention are both part of a multiple-attention direction that includes different attentions;

the first attention and the second attention are both part of a same multiple-attention direction that includes different attentions;

the first attention is directed during a first iteration of a multiple-attention direction, the second attention is directed during a second iteration of the multiple-attention direction;

the first attention is directed during an iteration of a multiple-attention direction, the second attention is directed during the iteration of the multiple-attention direction;

the first attention is an initial attention;

the first attention is not an initial attention;

the first attention includes a reflection;

the first attention does not include a reflection;

at least one of the first attention or the second attention, includes monitored attention;

at least one of the first attention or the second attention, includes inferred attention;

at least one of the first attention or the second attention, includes a consciousness;



at least one of the first attention or the second attention, includes an awareness;

at least one of the first attention or the second attention, is represented by an identified one or more of the first plurality of syntactical elements;

at least one of the first attention or the second attention, is identified by identification of a representative one or more of the first plurality of syntactical elements;

at least one of the first attention or the second attention is based on at least one of: processing input from a sensor, processing input from externally sourced content, processing input from internally sourced content, a value of information, or a probabilistic selection process;

at least one of the first attention or the second attention is not based on at least one of: processing input from a sensor, processing input from externally sourced content, processing input from internally sourced content, a value of information, or a probabilistic selection process;

the first attention and the second attention includes system attention;

the first attention and the second attention does not include user attention;

at least one of the first attention or the second attention includes a focus of attention;

at least one of the first attention or the second attention includes a potential attention;

at least one of the first attention or the second attention includes a stream of attention;

the first attention and the second attention are not generated by the trained computer-implemented neural network;

each instance of based on, includes directly based on;

at least one instance of based on, includes directly based on;

each instance of based on, includes indirectly based on;

at least one instance of based on, includes indirectly based on;

the plurality of probabilities include uncertainties;

the plurality of probabilities embody uncertainties;

the plurality of probabilities is inversely related to uncertainties;

the plurality of probabilities is an example of uncertainties;

the plurality of probabilities include weightings;

one or more actions is performed between the direction of the first attention and the direction of the second attention;

one or more probability-changing actions is performed between the direction of the first attention and the direction of the second attention;

one or more actions is not performed between the direction of the first attention and the direction of the second attention;

one or more probability-changing actions is not performed between the direction of the first attention and the direction of the second attention;

the first attention is directed to a representation of only the first subset of the first plurality of syntactical elements;

the first attention is directed to a representation of the first subset of the first plurality of syntactical elements, which also represents all of the first plurality of syntactical elements;

the second attention is directed to a representation of only the second subset of the first plurality of syntactical elements;

the second attention is directed to the representation of the second subset of the first plurality of syntactical elements, which also represents all of the first plurality of syntactical elements;

the plurality of probabilities is associated with the subset of the plurality of executable computer code elements, by the plurality of probabilities being generated based on the subset of the plurality of executable computer code elements;

the plurality of probabilities is associated with the subset of the plurality of executable computer code elements, by the plurality of probabilities being generated utilizing the subset of the plurality of executable computer code elements;

the plurality of probabilities is associated with the subset of the plurality of executable computer code elements, by the plurality of probabilities being generated with a generation of the subset of the plurality of executable computer code elements;

the plurality of probabilities is associated with the subset of the plurality of executable computer code elements, by the plurality of probabilities being generated utilizing the subset of the plurality of executable computer code elements;

the plurality of probabilities are each associated with the corresponding subset of the plurality of executable computer code elements, by a first one of the plurality of probabilities being associated with a first subset of the plurality of executable computer code elements, and a second one of the plurality of probabilities being associated with a second subset of the plurality of executable computer code elements;

the plurality of probabilities are each associated with the corresponding subset of the plurality of executable computer code elements, by the plurality of probabilities each being linked with the corresponding subset of the plurality of executable computer code elements;

the plurality of probabilities are each associated with the corresponding subset of the plurality of executable computer code elements, by the plurality of probabilities each being related to the corresponding subset of the plurality of executable computer code elements;

the plurality of probabilities is generated based on both the first attention and the second attention;

the plurality of probabilities is generated based on only the second attention;

the plurality of probabilities is generated further based on at least one attention other than the first attention and the second attention;

the plurality of probabilities is generated based on at least one of the first attention or the second attention, by applying different weights to representations of different subsets of the first plurality of syntactical elements and prioritizing the first attention and the second attention based on the different weights, before the trained computer-implemented neural network is applied to generate the plurality of probabilities;

the plurality of probabilities is generated based on at least one of the first attention or the second attention, by applying different weights to representations of different subsets of the first plurality of syntactical elements and prioritizing the first attention and the second attention based on the different weights, before the trained computer-implemented neural network is applied to generate the plurality of probabilities;

the one or more of the plurality of executable computer code elements is selected based on the plurality of probabilities, by selecting a first one of the subset of the plurality of executable computer code elements corresponding to a first probability instead of a second one of the subset of the plurality of executable computer code elements corresponding to a second probability that is lower than the first probability;

the one or more of the plurality of executable computer code elements is selected based on the plurality of probabilities, by selecting a first one of the subset of the plurality of executable computer code elements corresponding to a first probability instead of a second one of the subset of the plurality of executable computer code elements corresponding to a second probability that is higher than the first probability;

at least one of the first attention or the second attention is based on processing input from a sensor;

at least one of the first attention or the second attention is based on processing input from externally sourced content;

at least one of the first attention or the second attention is based on processing input from internally sourced content;

at least one of the first attention or the second attention is based on a value of information;

at least one of the first attention or the second attention is based on a probabilistic selection process;

at least one of the first attention or the second attention is based on processing input from a sensor, processing input from externally or internally sourced content, a value of information, and a probabilistic selection process;

only a subset of the first plurality of syntactical elements receives any attention;

a subset of the first plurality of syntactical elements does not receive any attention;

all of the first plurality of syntactical elements receive at least one attention;

all of the first plurality of syntactical elements receive different levels of attention;

after multiple iterations, all of the first plurality of syntactical elements receive at least one attention;

after multiple iterations, all of the first plurality of syntactical elements receive different levels of attention;

the direction of at least one of the first attention or the second attention results in only a subset of the first plurality of syntactical elements receiving any attention;

the direction of at least one of the first attention or the second attention results in a subset of the first plurality of syntactical elements not receiving any attention;

the direction of attentions including at least one of the first attention or the second attention results in all of the first plurality of syntactical elements receiving at least one attention;

the direction of attentions including at least one of the first attention or the second attention results in all of the first plurality of syntactical elements receiving different levels of attention;

at least one of the first attention or the second attention includes a focus of attention;

at least one of the first attention or the second attention includes a potential attention;

at least one of the first attention or the second attention includes a stream of attention;

the first plurality of syntactical elements includes at least a portion of an executable computer program received

from the user, based on which, computer executable code is caused to be generated;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code includes a modified version of the executable computer program;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code includes the executable computer program modified;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code does not include a modified version of the executable computer program;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code does not include any portion of the executable computer program;

the first plurality of syntactical elements includes at least a portion of an executable computer program received from the user, based on which, computer executable code is caused to be generated, where the computer executable code includes at least a portion of the executable computer program;

the first attention is directed for use by the trained computer-implemented neural network, by affecting a particular manner of subsequent processing by the trained computer-implemented neural network;

the first attention is directed for use by the trained computer-implemented neural network, by the plurality of probabilities being generated, by application of the trained computer-implemented neural network, based on the direction of the first attention;

the first attention is of the trained computer-implemented neural network;

the accessing, the directing the first attention, the directing the second attention, the generating, the selecting, and the communication, are acts;

the accessing, the directing the first attention, the directing the second attention, the generating, the selecting, and the communication, are not steps;

the first attention is of the trained computer-implemented neural network by including a manner of processing by the trained computer-implemented neural network, where the processing is based on a prior prioritization of a plurality of attentions;

the trained computer-implemented neural network includes a neural network-based system capable of pre-processing that precedes utilization of the trained computer-implemented neural network for probability generation and that implements attention prioritization, to generate a result that affects the first attention;

the trained computer-implemented neural network is a neural network-based system capable of pre-processing that implements attention prioritization to generate a result that affects the first attention, by affecting a particular manner of processing by the trained computer-implemented neural network;

a first operation is performed including neural network-independent attention prioritization, and a second operation is performed to direct the first attention by causing processing of the trained computer-implemented neural network to be based on the neural network-independent attention prioritization;

the trained computer-implemented neural network includes a neural network-based system capable of a first operation including neural network-independent attention prioritization, and a second operation to direct the first attention by causing processing of the trained computer-implemented neural network to be based on the neural network-independent attention prioritization, by affecting a particular manner of the processing by the trained computer-implemented neural network;

the system is further configured such that the computer-implemented neural network is caused to be trained utilizing a first processor of the one or more processors of a first apparatus of the system that executes a first program of the one or more programs that is stored in a first memory of the one or memories of the first apparatus of the system, and the first plurality of syntactical elements is caused to be accessed utilizing a second processor of the one or more processors of a second apparatus of the system that executes a second program of the one or more programs that is stored in a second memory of the one or memories of the second apparatus of the system;

the computer-implemented neural network is caused to be trained and the first plurality of syntactical elements is caused to be accessed utilizing a same processor of the one or more processors of a same apparatus of the system that executes a same program of the one or more programs that is stored in a same memory of the one or memories of the same apparatus of the system;

the one or more of the plurality of executable computer code elements includes at least one of the corresponding subset of the plurality of executable computer code elements associated with at least one of the plurality of probabilities;

the one or more of the plurality of executable computer code elements includes the corresponding subset of the plurality of executable computer code elements associated with at least one of the plurality of probabilities;

the one or more of the plurality of executable computer code elements includes multiple corresponding subsets of the plurality of executable computer code elements associated with multiple of the plurality of probabilities;

the one or more of the plurality of executable computer code elements includes multiple of the corresponding subsets of the plurality of executable computer code elements that are each associated with different ones of multiple of the plurality of probabilities;

the one or more of the plurality of executable computer code elements includes multiple of the corresponding subsets of the plurality of executable computer code elements that are each associated with different ones of multiple of the plurality of probabilities that meet a threshold;

the plurality of executable computer code elements include at least some of the computer code;

the plurality of executable computer code elements include executable code that is derived from at least some of the computer code;

the plurality of executable computer code elements include executable code that is based on at least some of the computer code;

the plurality of executable computer code elements include executable code that is not part of the computer code;

the plurality of executable computer code elements include modified versions of the computer code;

the plurality of executable computer code elements are generated based on the computer code;

the plurality of executable computer code elements include a full set of executable computer code elements that are available for being generated;

the plurality of executable computer code elements include a full set of executable computer code elements that are available for being selected;

the corresponding subset of the plurality of executable computer code elements is the corresponding subset based on being narrowed among the plurality of executable computer code elements, based on the first plurality of syntactical elements;

the second attention is caused to be directed, for use by the trained computer-implemented neural network, by the plurality of probabilities being caused to be generated based on the second attention;

the second attention is caused to be directed, for use by the trained computer-implemented neural network, by the second attention being used during the generation of the plurality of probabilities;

the second attention is caused to be directed, for use by the trained computer-implemented neural network, by a result of the second attention direction being used during the generation of the plurality of probabilities;

the evaluation includes an assessment;

the evaluation includes an analysis;

the evaluation includes a determination of value;

the evaluation includes the directing the second plurality of attentions to representations of different subsets of the second plurality of syntactical elements;

the evaluation includes the directing the second plurality of attentions to representations of different subsets of the second plurality of syntactical elements, and then directing the second plurality of attentions to representations of different subsets of the evaluation;

the evaluation includes the directing the second plurality of attentions to representations of different subsets of the second plurality of syntactical elements, and then directing additional second plurality of attentions to representations of different subsets of the evaluation;

the evaluation includes an operation other than the directing the second plurality of attentions to representations of different subsets of the second plurality of syntactical elements;

the plurality of probabilities are generated, based on the first attention in addition to the second attention;

the plurality of probabilities are generated, based on the second attention and not based on the first attention;

only a portion of the first plurality of attentions are utilized after all of the first plurality of attentions are directed;

only a portion of the second plurality of attentions are utilized after all of the second plurality of attentions are directed;

the first plurality of attentions are directed, for being prioritized;

the second plurality of attentions are directed, for being prioritized;



the first plurality of attentions are directed, for being subsequently prioritized;

the second plurality of attentions are directed, for being subsequently prioritized;

the selection of the one or more of the plurality of executable computer code elements based on the plurality of probabilities, includes selection of one or more representations of the one or more of the plurality of executable computer code elements;

the selection of the one or more of the plurality of executable computer code elements based on the plurality of probabilities, includes selection of the one or more of the plurality of executable computer code elements themselves;

the plurality of probabilities are each associated with the corresponding subset of the plurality of executable computer code elements, by being linked thereto;

the plurality of probabilities are each associated with the corresponding subset of the plurality of executable computer code elements, by being computer-detectably associated therewith;

the plurality of probabilities are each associated with the corresponding subset of the plurality of executable computer code elements, by being associated with one or more representations of the corresponding subset of the plurality of executable computer code elements;

the plurality of probabilities are each associated with the corresponding subset of the plurality of executable computer code elements, by being associated with the corresponding subset of the plurality of executable computer code elements themselves;

the evaluation includes the directing the second plurality of attentions;

the evaluation includes an operation that is separate from the directing the second plurality of attentions;

the at least portion of the second plurality of syntactical elements does not represent any executable computer code elements, by representing an explanation for the one or more of the plurality of executable computer code elements;

the at least portion of the second plurality of syntactical elements does not represent any executable computer code elements, by representing an explanation for the one or more of the plurality of executable computer code elements;

the at least portion of the second plurality of syntactical elements does not represent any executable computer code elements, by representing an explanation for the selected one or more of the plurality of executable computer code elements;

the at least portion of the second plurality of syntactical elements does not represent any executable computer code elements, by representing an explanation for a selection of the selected one or more of the plurality of executable computer code elements;

the at least portion of the second plurality of syntactical elements does not represent any executable computer code elements, by representing a description of a generation of some executable computer code elements while not representing the some executable computer code element themselves;

the at least portion of the second plurality of syntactical elements does not represent any executable computer code elements, by representing a description of some executable computer code elements while not representing the some executable computer code elements themselves;

the at least portion of the second plurality of syntactical elements does not represent any executable computer code elements, by representing a description of a generation of some executable computer code elements while not representing any executable computer code elements themselves;

the at least portion of the second plurality of syntactical elements does not represent any executable computer code elements, by representing a description of some executable computer code elements while not representing any executable computer code elements themselves;

all of the second plurality of syntactical elements do not represent any executable computer code elements; or

at least another portion of the second plurality of syntactical elements do represent some executable computer code elements.

**52**. The method of claim **15**, wherein at least three (3) of:

the second plurality of attentions are prioritized utilizing a single data structure;

the second plurality of attentions are prioritized, before any usage of the prioritization of any of the second plurality of attentions, such that the second plurality of attentions are prioritized in a single operation;

the second plurality of attentions are prioritized to generate a result utilizing weights that reflect a relative importance or relevance of a plurality of relationships among different syntactical elements, and then another second plurality of attentions are prioritized based on the result; and

the second plurality of attentions are prioritized to result in only a subset of the second plurality of attentions being a basis for the selection of the other one or more of the plurality of executable computer code elements.

**53**. The method of claim **52**, wherein the computer-implemented neural network is trained utilizing an output, including the computer code, that is generated based on directing a third plurality of attentions and based on application of another computer-implemented neural network.

**54**. The method of claim **15**, wherein the selection of the other one or more of the plurality of executable computer code elements is based on the evaluation by prioritizing the second plurality of attentions with respect to different subsets of a representation of the evaluation.

**55**. The method of claim **15**, wherein the selection of the other one or more of the plurality of executable computer code elements is based on the evaluation by prioritizing the second plurality of attentions with respect to different subsets of a representation of the evaluation to generate a result, and applying the trained computer-implemented neural network to the result.

**56**. The method of claim **15**, wherein the selection of the other one or more of the plurality of executable computer code elements is based on the evaluation by prioritizing the second plurality of attentions with respect to representations of different subsets of the second plurality of syntactical elements to generate a result of the evaluation, and applying the trained computer-implemented neural network to the result of the evaluation by prioritizing an additional second plurality of attentions with respect to representations of different subsets of the result of the evaluation.

**57**. The method of claim **15**, wherein the second plurality of attentions are prioritized utilizing a single data structure representing an entirety of a subject of the second plurality of attentions.

**58**. The method of claim **15**, wherein the second plurality of attentions are prioritized utilizing a single data structure representing all of the second plurality of syntactical elements, and a position aspect as well as a non-position aspect thereof.

**59**. The method of claim **15**, wherein the second plurality of attentions are prioritized utilizing a single matrix representing an entirety of the evaluation.

**60**. The method of claim **15**, wherein the second plurality of attentions are all prioritized, before any usage of the prioritization of any of the second plurality of attentions.

**61**. The method of claim **15**, wherein the second plurality of attentions are prioritized in a single operation.

**62**. The method of claim **15**, wherein the second plurality of attentions are prioritized, based on a first aspect among different subsets of a representation of a subject of the second plurality of attentions, and based on a second aspect among the different subsets of the representation of the subject of the second plurality of attentions.

**63**. The method of claim **15**, wherein the second plurality of attentions are prioritized, based on a first aspect among different syntactical subsets of the second plurality of syntactical elements, and based on a second aspect among the different syntactical subsets of the second plurality of syntactical elements.

**64**. The method of claim **15**, wherein the second plurality of attentions are prioritized, based on a first aspect among different syntactical subsets of the evaluation, and based on a second relational among the different syntactical subsets of the evaluation.

**65**. The method of claim **15**, wherein the second plurality of attentions are prioritized, based on a first relational aspect, involving position, among different syntactical subsets of a subject of the second plurality of attentions, and based on a second relational aspect, other than involving position, among the different syntactical subsets of the subject of the second plurality of attentions.

**66**. The method of claim **15**, wherein the computer-implemented neural network is trained utilizing an output, including the computer code, that is generated based on directing a third plurality of attentions and based on application of another computer-implemented neural network.

**67**. The method of claim **15**, wherein the second plurality of attentions are prioritized to generate a result based on a relative importance or relevance of a plurality of relationships among different subsets of a subject of the second plurality of attentions, and then another second plurality of attentions are prioritized based on the result.

**68**. The method of claim **15**, wherein the second plurality of attentions are prioritized to generate a result based on a relative importance or relevance of a plurality of relationships among different syntactical subsets of the evaluation, and then another second plurality of attentions are prioritized based on the result.

**69**. The method of claim **15**, wherein the second plurality of attentions are prioritized utilizing first weights that reflect a relative importance or relevance of a plurality of relationships among different subsets of a subject of the second plurality of attentions.

**70**. The method of claim **69**, wherein an additional second plurality of attentions are prioritized utilizing second weights, as updated based on probability generation that results from the prioritization of the second plurality of attentions utilizing the first weights.

**71**. The method of claim **70**, wherein the different subsets of the subject of the second plurality of attentions include different syntactical subsets of the evaluation.

**72**. The method of claim **15**, wherein the second plurality of attentions are prioritized to result in only a subset of the second plurality of attentions being a basis for probability generation.

**73**. The method of claim **15**, wherein the trained computer-implemented neural network is of a type other than a recurrent neural network to avoid at least one instance of recurrency, while utilizing one or more hardware cognitive computing-based processors, for probability generation based on a prioritization of the second plurality of attentions.

**74**. The method of claim **15**, wherein the trained computer-implemented neural network is of a type other than a recurrent neural network to avoid at least one instance of recurrency, while utilizing one or more hardware cognitive computing-based processors, for a prioritization of the second plurality of attentions.

**75**. The method of claim **15**, and further comprising:

based on the first plurality of syntactical elements, causing generation of a vector representation of the first plurality of syntactical elements;

causing a comparison of the vector representation of the first plurality of syntactical elements with at least a portion of a plurality of stored vector representations each representing at least one of multiple executable computer code elements; and

based on the comparison, causing identification of a subset of the multiple executable computer code elements, for augmenting the first plurality of syntactical elements.

**76**. The method of claim **75**, wherein the first plurality of syntactical elements are augmented before the first attention and the second attention being directed so that at least one attention is directed to a representation of at least a portion of the subset of the multiple executable computer code elements.

**77**. The method of claim **76**, wherein the vector representation of the first plurality of syntactical elements and the plurality of stored vector representations are generated, by multiple-attention-based neural network application of the trained computer-implemented neural network.

**78**. The method of claim **76**, wherein the multiple executable computer code elements are received from the user that includes a human user.

**79**. The method of claim **1**, wherein a setting is capable of being received, for causing a tuning of the selection of the one or more of the plurality of executable computer code elements based on the setting, such that the setting causes the tuning of the selection of the one or more of the plurality of executable computer code elements, by causing a selection of a first one of the one or more of the plurality of executable computer code elements with a first associated probability, instead of another syntactical element with a second associated probability, even though the first associated probability is less than the second associated probability.

**80**. The method of claim **1**, wherein the generation of the plurality of probabilities is based on one or more self-interrogations by the system.

**81**. The method of claim **1**, wherein the generation of the plurality of probabilities is based on explanatory information that is generated by the system.

**82**. The method of claim **1**, wherein the generation of the plurality of probabilities is based on an evaluation of a plurality of subsets of the plurality of executable computer code elements.

**83**. The method of claim **82**, wherein the evaluation includes a logical evaluation.



**84**. The method of claim **82**, wherein the evaluation includes one or more self-interrogations by the system.

**85**. The method of claim **82**, wherein the evaluation includes performing one or more searches.

**86**. The method of claim **82**, wherein the evaluation includes evaluating results of executing at least one of the plurality of subsets of the plurality of executable computer code elements.

**87**. The method of claim **1**, wherein the communication includes explanatory information with respect to the one or more of the plurality of executable computer code elements.

**88**. The method of claim **87**, wherein the explanatory information includes a rationale.

**89**. The method of claim **87**, wherein the explanatory information is provided to a human user.

**90**. The method of claim **1**, wherein the computer code is human-generated.

**91**. The method of claim **1**, wherein the computer code is generated automatically.

**92**. The method of claim **1**, wherein the communication includes the one or more of the plurality of executable computer code elements.

**93**. The method of claim **1**, wherein the communication includes information associated with an automatic execution of the one or more of the plurality of executable computer code elements.

**94**. The method of claim **1**, wherein the communication includes information associated with an option for execution of the one or more of the plurality of executable computer code elements.

**95**. The method of claim **1**, wherein the computer-implemented neural network is trained on the computer code and results of executing the computer code.

**96**. The method of claim **1**, wherein the one or more of the plurality of executable computer code elements represent a hierarchical structure.

**97**. The method of claim **1**, wherein the one or more of the plurality of executable computer code elements are in a form of a computer programming language.

**98**. The method of claim **1**, wherein the one or more programs are executed by the one or more processors to perform each of the causing, and the one or more programs execute the one or more of the plurality of executable computer code elements to perform one or more actions based on the execution of the one or more of the plurality of executable computer code elements.

**99**. The method of claim **98**, wherein the one or more actions comprise generation of a plurality of pixels.

**100**. The method of claim **99**, wherein the plurality of pixels are displayed within a computer-implemented user interface.

**101**. The method of claim **98**, wherein the one or more actions include generating another one or more of the plurality of executable computer code elements.

**102**. The method of claim **1**, wherein the one or more of the plurality of executable computer code elements are provided to another system for execution by the another system.

**103**. The method of claim **102**, wherein the another system executes the one or more of the plurality of executable computer code elements to control an interaction with one or more other systems.

**104**. The method of claim **102**, wherein the another system executes the one or more of the plurality of executable computer code elements to control an action performed by a device.

**105**. The method of claim **104**, wherein the action performed by the device results in a change of a physical position of the device.

**106**. The method of claim **1**, wherein a prompt includes the first plurality of syntactical elements, and:

the first attention and the second attention are prioritized utilizing a single data structure representing all syntactical elements of the prompt and a position aspect as well as a non-position aspect thereof;

the first attention and the second attention are prioritized, before any usage of the prioritization of any of the first attention and the second attention, such that the first attention and the second attention are prioritized in a single operation;

the first attention and the second attention are prioritized by an application of a first process that prioritizes different syntactical subsets of the prompt based on a first relational aspect among the different syntactical subsets of the prompt and an application of a second process that prioritizes the different syntactical subsets of the prompt based on a second relational aspect among the different syntactical subsets of the prompt;

the first attention and the second attention are prioritized to generate a result utilizing weights that reflect a relative importance or relevance of a plurality of relationships among the different syntactical subsets of the prompt, and then additional attentions are prioritized based on the result; and

the first attention and the second attention are prioritized to result in only a subset of the first attention and the second attention corresponding to only a subset of the different syntactical subsets of the prompt being a basis for the selection of the one or more of the plurality of executable computer code elements.

**107**. The method of claim **1**, wherein a prompt includes the first plurality of syntactical elements, and at least three (3) of:

the first attention and the second attention are prioritized utilizing a single data structure representing all syntactical elements of the prompt and a position aspect as well as a non-position aspect thereof;

the first attention and the second attention are prioritized, before any usage of the prioritization of any of the first attention and the second attention, such that the first attention and the second attention are prioritized in a single operation;

the first attention and the second attention are prioritized by an application of a first process that prioritizes different syntactical subsets of the prompt based on a first relational aspect among the different syntactical subsets of the prompt and an application of a second process that prioritizes the different syntactical subsets of the prompt based on a second relational aspect among the different syntactical subsets of the prompt;

the first attention and the second attention are prioritized to generate a result utilizing weights that reflect a relative importance or relevance of a plurality of relationships, and then additional attentions are prioritized based on the result; and

the first attention and the second attention are prioritized to result in only a subset of the first attention and the second attention being a basis for the selection of the one or more of the plurality of executable computer code elements.

**108**. The method of claim **1**, wherein a prompt includes the first plurality of syntactical elements, and at least four (4) of:



the first attention and the second attention are prioritized utilizing a single data structure representing all syntactical elements of the prompt and a position aspect as well as a non-position aspect thereof;

the first attention and the second attention are prioritized, before any usage of the prioritization of any of the first attention and the second attention, such that the first attention and the second attention are prioritized in a single operation;

the first attention and the second attention are prioritized by an application of a first process that prioritizes different syntactical subsets of the prompt based on a first relational aspect among the different syntactical subsets of the prompt and an application of a second process that prioritizes the different syntactical subsets of the prompt based on a second relational aspect among the different syntactical subsets of the prompt;

the first attention and the second attention are prioritized to generate a result utilizing weights that reflect a relative importance or relevance of a plurality of relationships, and then additional attentions are prioritized based on the result; and

the first attention and the second attention are prioritized to result in only a subset of the first attention and the second attention being a basis for the selection of the one or more of the plurality of executable computer code elements.

**109**. The method of claim **1**, and further comprising:

based on the first plurality of syntactical elements, causing generation of a vector representation of the first plurality of syntactical elements;

causing a comparison of the vector representation of the first plurality of syntactical elements with at least a portion of a plurality of stored vector representations each representing at least one of multiple executable computer code elements; and

based on the comparison, causing identification of a subset of the multiple executable computer code elements, for augmenting the first plurality of syntactical elements.

**110**. The method of claim **109**, wherein the vector representation of the first plurality of syntactical elements and the plurality of stored vector representations are generated, by application of the trained computer-implemented neural network.

**111**. The method of claim **109**, wherein the vector representation of the first plurality of syntactical elements and the plurality of stored vector representations are generated, by multiple-attention-based neural network application.

**112**. The method of claim **109**, and further comprising:

causing a search with respect to the plurality of stored vector representations, such that the comparison is based on the search.

**113**. The method of claim **109**, wherein the first plurality of syntactical elements are augmented with the subset of the multiple executable computer code elements, before the first attention and the second attention being directed so that at least one attention is directed to a representation of at least a portion of the subset of the multiple executable computer code elements.

**114**. The method of claim **109**, wherein the multiple executable computer code elements are received from the user that includes a human user.

**115**. The method of claim **1**, wherein the direction of at least one of the first attention or the second attention, is part of at least one operation that is iteratively performed in connection with application of the trained computer-imple-

 

mented neural network, until an expected net information value, that is calculated based on an expected value and an expected cost and that indicates an expected affect on an output from the trained computer-implemented neural network, is insufficient.

* * * * *