# EXHIBIT A

# FLINN ARTIFICIAL INTELLIGENCE (AI) TECHNOLOGIES, LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

## U.S. PATENT NO. 12,327,166

Flinn Artificial Intelligence (AI) Technologies, LLC ("Flinn") accuses OpenAI of infringing at least claim 1 of U.S. Patent No. 12,327,166 (hereinafter "the '166 Patent"). Flinn provides the following claim chart.

This claim chart identifies specifically where each element of each Asserted Claim is found within each Accused Product[1] and provides OpenAI notice of identified instrumentalities that incorporate or reflect the recited claim elements. This claim chart is not intended to be an expert report on infringement or provide detailed analysis of the claim terms or infringement. This claim chart includes information related to an assertion of infringement with respect to the Accused Products identified, including diagrams, web page screenshots, and other documentary evidence by way of example and not by way of limitation.

The Asserted Claims include elements that are implemented, at least in part, by instrumentalities described in confidential information not accessible to Plaintiff. In some instances, the precise processes and algorithms used are, at least in part, not publicly available. An analysis of OpenAI's (or other third parties') technical documentation and/or software source code may be necessary to more fully identify all infringing features and functionality. Accordingly, Flinn reserves the right to supplement these contentions once such information is made available to Flinn. Furthermore, Flinn reserves the right to revise these contentions, as appropriate, upon issuance of the Court's Claim Construction Order.

---

[1]OpenAI's products and services including ChatGPT and its chat, agentic, and task-execution functionality, whether offered separately or through a unified experience, ChatGPT Projects, ChatGPT Work, ChatGPT agent, Operator, deep research, ChatGPT Canvas, Dots, ChatGPT Space, GPTs, Codex (including Codex in ChatGPT, Codex Cloud, Codex CLI, and the Codex IDE extension), the OpenAI API Platform, Decisions API and OpenAI API access (including the Responses API, the Assistants API, File Search, Retrieval, vector stores, and embeddings), and hosted or dedicated OpenAI deployments that are powered by artificial-intelligence models from OpenAI, including GPT-3.5, GPT-4, GPT-4V, GPT-4o, o1, o3, codex-1, GPT-5.4, GPT-5.5, GPT-5.6, GPT-6, GPT-6.1, text-embedding-3-small, text-embedding-3-large, and all mini, Instant, Thinking, Pro, Sol, Luna, Terra, Astra, and other versions, variants, or configurations of those models, as well as any later-released, successor, replacement, updated, modified, derivative, consolidated, integrated, or renamed products, services, platforms, systems, versions, or variants of the foregoing that perform the same or substantially similar accused functionality (collectively, the "Accused Products").

As used in this claim chart, "Accused System" refers to the combination of models, software, computing infrastructure, interfaces, and related components through which the Accused Products are trained, evaluated, aligned, improved, operated, provided, and/or used to perform the accused functionality. The Accused System may include, without limitation, components and processes used for training, post-training, human or automated feedback, evaluation, inference, reasoning, agentic task execution, and generation or revision of model outputs. The Accused System is not a separate category of accused product and does not limit the definition of Accused Products.

The claim chart refers to the Accused System and the aforementioned products are included in (or can operate in conjunction with) the Accused System, as noted in the claim chart. To the extent the below claim chart relies on evidence for the Accused System, Flinn asserts that, on information and belief, any Accused Product that includes, incorporates, or operates in conjunction with a system having the same or substantially similar accused functionality also infringes the charted claim. Flinn reserves the right to amend these infringement contentions with other products, services, platforms, or systems made, used, sold, imported, or offered for sale, provided, or operated by OpenAI, as well as methods performed by or through such products, services, platforms, or systems. Flinn also reserves the right to amend these infringement contentions by citing other claims of the '166 Patent, not listed in the claim chart, that are infringed by the Accused Products or by methods performed by or through the Accused Products. Flinn further reserves the right to amend these infringement contentions by adding, subtracting, or otherwise modifying content in the "Accused System" section.

To the extent there are any differences between the accused instrumentalities and the following claim elements, any such differences are insubstantial and are alleged to infringe under the doctrine of equivalents.

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| 1[pre]. A computer-implemented method, comprising: | OpenAI has infringed and continues to infringe by making, using, selling, offering for sale, and/or importing Accused Products that perform a computer-implemented method.<br><br>For example, OpenAI makes, uses, sells, offers for sale, and/or imports ChatGPT, a conversational artificial-intelligence product through which the recited computer-implemented method is performed. In operation, ChatGPT receives a prompt or other input from a user through a chat interface, processes and interprets the user’s input using an OpenAI large language model, and generates and returns a responsive output, each by execution of software on one or more computers. OpenAI markets ChatGPT for answering questions and completing simple and complex requests, including multi-step projects, analysis, creative writing, coding, and other technical tasks. OpenAI performs the recited method itself in the course of developing, evaluating, testing, demonstrating, operating, and internally using ChatGPT and further induces and contributes to its performance by its customers and end users. |

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI Log in Try ChatGPT ↗<br>July 10, 2026 OpenAI Academy<br>**Getting started with ChatGPT**<br>Learn the basics of using ChatGPT and how to begin your first conversation.<br>▶ Listen to article 3:57 Share<br>What is ChatGPT?<br>Start your first conversation<br>Finding good use cases for ChatGPT<br>Use voice in ChatGPT<br>Take the course<br>**What is ChatGPT?**<br>ChatGPT is a conversational AI assistant that helps you think, write, and solve problems by understanding natural language and generating human-like responses in real time.<br>ChatGPT is built on large language models, enabling it to assist with a wide range of tasks. Learn more about large language models in What is AI.<br>Use **Chat** when you want a quick answer, explanation, brainstorm, rewrite, or short draft. Use **Work** when you want ChatGPT to complete a larger task with a clear, reviewable output, like a brief, analysis, deck, spreadsheet, or recurring update. You can start simple in Chat, then move to Work when the task needs more context, tools, or follow-through.<br>Learn more about using ChatGPT here.<br>. . . |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Start your first conversation**<br><br>Open ChatGPT. A new chat is already waiting for you.<br><br>To get started, simply enter a **prompt**. A prompt is the question or instruction you type or share with ChatGPT to start a conversation. It is usually text, but it can also be an image, audio, file. Your prompt guides the model so it can generate a helpful reply.<br><br>Not sure where to begin? Copy and paste this prompt to see what ChatGPT can do for you (replace the brackets with more information about yourself):<br><br>*Tell me how I can use ChatGPT to make my life easier. I'm a [description of you or your job]. Give me 5 things I can do right now, and a prompt for each one.*<br><br>Read the response, then refine it by asking follow-up questions or adding more detail.<br><br>Learn more about prompting basics here.<br><br>https://openai.com/academy/getting-started/ (last visited September 26, 2026) |
| [a] at a system with access to a trained computer-implemented neural network: | The Accused Products comprise a system with access to a trained computer-implemented neural network.<br><br>For example, OpenAI provides access to that neural network through the ChatGPT web interface, desktop and mobile applications, and OpenAI's API. |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | <br>chatgpt.com (last visited September 26, 2026) |

<table>
<tr><th>Claims of the ’166 Patent</th><th>Exemplary Accused System (ChatGPT)</th></tr>
<tr><td></td><td>


<br>
https://chatgpt.com/download/ (last visited September 26, 2026)
</td></tr>
</table>

<table>
<tr><th>Claims of the ’166 Patent</th><th>Exemplary Accused System (ChatGPT)</th></tr>
<tr><td></td><td>


OpenAI Academy Search Sign in

ChatGPT fundamentals

What is ChatGPT?

ChatGPT is an AI assistant that helps you think, write, and solve problems by understanding natural language and generating human-like responses in real time.

How ChatGPT works

Large Language Models (LLMs) are AI algorithms trained on vast amounts of text and other data, with the ability to predict and generate human-like language outputs based on natural language inputs. ChatGPT is built on top of these models enabling it to assist with a wide range of tasks

Why it’s useful at work

- Saves time by letting ChatGPT draft content, code in a variety of languages, and process data all in one place
- Access the power of AI using plain language without a need for special commands
- Works with a variety of formats: text, images, voice, PDFs, and CSVs and more
- Keeps data secure: enterprise chats are encrypted and never used for model training by default

https://academy.openai.com/public/clubs/work-users-ynjqu/resources/chatgpt-basics (last visited September 26, 2026)

Each OpenAI model includes a trained computer-implemented neural network. OpenAI’s public materials identify OpenAI models as trained large language models and describe neurons, neural activations, internal neural representations, attention heads, and training processes associated with OpenAI models. On information and belief, each Accused Product includes, incorporates, or operates using a trained computer-implemented neural network having the accused functionality.
</td></tr>
</table>

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **GPT-4 Technical Report**<br><br>**OpenAI***<br><br>**Abstract**<br><br>We report the development of GPT-4, a large-scale, multimodal model which can accept image and text inputs and produce text outputs. While less capable than humans in many real-world scenarios, GPT-4 exhibits human-level performance on various professional and academic benchmarks, including passing a simulated bar exam with a score around the top 10% of test takers. GPT-4 is a Transformer-based model pre-trained to predict the next token in a document. The post-training alignment process results in improved performance on measures of factuality and adherence to desired behavior. A core component of this project was developing infrastructure and optimization methods that behave predictably across a wide range of scales. This allowed us to accurately predict some aspects of GPT-4's performance based on models trained with no more than 1/1,000th the compute of GPT-4.<br><br>**1 Introduction**<br><br>This technical report presents GPT-4, a large multimodal model capable of processing image and text inputs and producing text outputs. Such models are an important area of study as they have the potential to be used in a wide range of applications, such as dialogue systems, text summarization, and machine translation. As such, they have been the subject of substantial interest and progress in recent years [1–34].<br><br>OpenAI, *GPT-4 Technical Report*, https://cdn.openai.com/papers/gpt-4.pdf (last visited September 29, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | GPT-4 System Card<br><br>OpenAI<br><br>**Abstract**<br><br>Large language models (LLMs) are being deployed in many domains of our lives ranging from browsing, to voice assistants, to coding assistance tools, and have potential for vast societal impacts.[1, 2, 3, 4, 5, 6, 7] This system card analyzes GPT-4, the latest LLM in the GPT family of models.[8, 9, 10] First, we highlight safety challenges presented by the model's limitations (e.g., producing convincing text that is subtly false) and capabilities (e.g., increased adeptness at providing illicit advice, performance in dual-use capabilities, and risky emergent behaviors). Second, we give a high-level overview of the safety processes OpenAI adopted to prepare GPT-4 for deployment. This spans our work across measurements, model-level changes, product- and system-level interventions (such as monitoring and policies), and external expert engagement. Finally, we demonstrate that while our mitigations and processes alter GPT-4's behavior and prevent certain kinds of misuses, they are limited and remain brittle in some cases. This points to the need for anticipatory planning and governance.[11]<br><br>… |

<table>
<tr><th>Claims of the ’166 Patent</th><th>Exemplary Accused System (ChatGPT)</th></tr>
<tr><td></td><td>
1 Introduction<br><br>
Large language models, also known as LLMs, have become an increasingly prevalent part of our day-to-day lives, with their use extending to a wide range of domains including web browsing, voice assistants, and coding assistance tools.[1, 2, 3, 4] These models have the potential to significantly impact society in numerous ways.[5, 6, 7] This system card analyzes GPT-4, the latest large language model in the GPT family of models.[8, 9, 10] Since it finished training in August of 2022, we have been evaluating, adversarially testing, and iteratively improving the model and the system-level mitigations around it. Our mitigations and processes alter GPT-4’s behavior and prevent certain kinds of misuses, though they have limitations, pointing to the need for anticipatory planning and governance[11] and further safety research. Our approach to deployment balances minimizing risk from deployment, enabling positive use cases, and learning from deployment.<br>
GPT models are often trained in two stages. First, they are trained, using a large dataset of text from the Internet, to predict the next word. The models are then fine-tuned with additional data, using an algorithm called reinforcement learning from human feedback (RLHF), to produce outputs that are preferred by human labelers.[10, 12, 13] Training language models on large text datasets has given rise to capabilities such as few-shot learning[10] and the ability to carry out a wide range of natural language tasks spanning different domains, including question answering, arithmetic, and classification. Fine-tuning has made these models more controllable and useful.<br>
OpenAI, GPT-4 System Card, https://cdn.openai.com/papers/gpt-4-system-card.pdf (last visited September 29, 2026)
</td></tr>
</table>

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br><br>May 9, 2023 Publication<br><br>Language models can explain neurons in language models<br><br>Read paper ↗ View neurons ↗ View code and dataset ↗<br><br>… |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
| --- | --- |
| | We use GPT-4 to automatically write explanations for the behavior of neurons in large language models and to score those explanations. We release a dataset of these (imperfect) explanations and scores for every neuron in GPT-2.<br><br>Language models have become more capable and more broadly deployed, but our understanding of how they work internally is still very limited. For example, it might be difficult to detect from their outputs whether they use biased heuristics or engage in deception. Interpretability research aims to uncover additional information by looking inside the model.<br><br>One simple approach to interpretability research is to first understand what the individual components (neurons and attention heads) are doing. This has traditionally required humans to manually inspect neurons to figure out what features of the data they represent. This process doesn't scale well: it's hard to apply it to neural networks with tens or hundreds of billions of parameters. We propose an automated process that uses GPT-4 to produce and score natural language explanations of neuron behavior and apply it to neurons in another language model.<br><br>https://openai.com/index/language-models-can-explain-neurons-in-language-models/ (last visited September 29, 2026) |

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br><br>November 13, 2025 Research Publication<br><br>**Understanding neural networks through sparse circuits**<br><br>We trained models to think in simpler, more traceable steps—so we can better understand how they work.<br><br>Read the paper ↗<br><br>…<br><br>Neural networks power today’s most capable AI systems, but they remain difficult to understand. We don’t write these models with explicit, step-by-step instructions. Instead, they learn by adjusting billions of internal connections, or “weights,” until they master a task. We design the rules of training, but not the specific behaviors that emerge, and the result is a dense web of connections that no human can easily decipher.<br><br>https://openai.com/index/understanding-neural-networks-through-sparse-circuits/ (last visited September 29, 2026)<br><br>… |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Scaling and evaluating sparse autoencoders**<br><br>**Leo Gao*** **Tom Dupré la Tour†** **Henk Tillman†**<br>**Gabriel Goh** **Rajan Troll** **Alec Radford**<br>**Ilya Sutskever** **Jan Leike** **Jeffrey Wu†**<br>OpenAI<br><br>**Abstract**<br><br>Sparse autoencoders provide a promising unsupervised approach for extracting interpretable features from a language model by reconstructing activations from a sparse bottleneck layer. Since language models learn many concepts, autoencoders need to be very large to recover all relevant features. However, studying the properties of autoencoder scaling is difficult due to the need to balance reconstruction and sparsity objectives and the presence of dead latents. We propose using k-sparse autoencoders [Makhzani and Frey, 2013] to directly control sparsity, simplifying tuning and improving the reconstruction-sparsity frontier. Additionally, we find modifications that result in few dead latents, even at the largest scales we tried. Using these techniques, we find clean scaling laws with respect to autoencoder size and sparsity. We also introduce several new metrics for evaluating feature quality based on the recovery of hypothesized features, the explainability of activation patterns, and the sparsity of downstream effects. These metrics all generally improve with autoencoder size. To demonstrate the scalability of our approach, we train a 16 million latent autoencoder on GPT-4 activations for 40 billion tokens. We release code and autoencoders for open-source models, as well as a visualizer.[3]<br><br>Gao et al., OpenAI, *Scaling and evaluating sparse autoencoders*, https://cdn.openai.com/papers/sparse-autoencoders.pdf (last visited September 29, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI explains that large language models use transformer architecture and that transformer blocks include attention heads and other neural-network components whose parameters are developed through training.<br>**Key concepts**<br>Key concepts to understand when working with the OpenAI API.<br>Copy Page<br>At OpenAI, protecting user data is fundamental to our mission. We do not train our models on inputs and outputs through our API. Learn more on our API data privacy page.<br>**Text generation models**<br>OpenAI's text generation models (often referred to as generative pre-trained transformers or "GPT" models for short), like `gpt-6-astra` and `gpt-5.6-terra`, have been trained to understand natural and formal language. These models allow text outputs in response to their inputs. The inputs to these models are also referred to as "prompts." Designing a prompt is essentially how you "program" a model, usually by providing instructions or some examples of how to successfully complete a task. GPT models can be used across a great variety of tasks including content or code generation, summarization, conversation, creative writing, and more. Read more in our introductory text generation guide and in our prompt engineering guide.<br>https://developers.openai.com/api/docs/concepts#tokens (last visited September 30, 2026) |

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br><br>April 23, 2019 Publication<br><br>Generative modeling with sparse transformers<br><br>Read paper ↗ ↗<br><br>. . .<br><br>Deep attention<br><br>In Transformers, every output element is connected to every input element, and the weightings between them are dynamically calculated based upon the circumstances, a process called *attention*. While it is believed that this allows Transformers to be more flexible than models with fixed connectivity patterns, in practice it requires the creation of an $N \times N$ *attention matrix* for every layer and attention head, which can consume large amounts of memory when applied to data types with many elements, like images or raw audio.<br><br>https://openai.com/index/sparse-transformer/ (last visited September 29, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Weight-sparse transformers have interpretable circuits**<br>**Leo Gao** [1] **Achyuta Rajaram** [1] **Jacob Coxon** [1] **Soham V. Govande** [1] **Bowen Baker** [1] **Dan Mossing** [1]<br>…<br>… |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|


**Abstract**

Finding human-understandable circuits in language models is a central goal of the field of mechanistic interpretability. We train models to have more understandable circuits by constraining most of their weights to be zeros, so that each neuron only has a few connections. To recover fine-grained circuits underlying each of several hand-crafted tasks, we prune the models to isolate the part responsible for the task. These circuits often contain neurons and residual channels that correspond to natural concepts, with a small number of straightforwardly interpretable connections between them. We study how these models scale and find that making weights sparser trades off capability for interpretability, and scaling model size improves the capability-interpretability frontier. However, scaling sparse models beyond tens of millions of nonzero parameters while preserving interpretability remains a challenge. In addition to training weight-sparse models *de novo*, we show preliminary results suggesting our method can also be adapted to explain existing dense models. Our work produces circuits that achieve an unprecedented level of human understandability and validates them with considerable rigor.





*Figure 1.* An illustration of our overall setup. We first train weight-sparse models. Then, for each of a curated suite of simple behaviors, we prune the model down to the subset of nodes required to perform the task. We ablate nodes by pruning to their mean activation value over the pretraining distribution.

**1. Introduction**

While neural networks, such as large language models, have rapidly increased in capability in recent years, we still understand very little about how they work. Mechanistic interpretability seeks to reverse engineer neural networks and fully understand the algorithms they implement internally.

A major difficulty for interpreting transformers is that the activations and weights are not directly comprehensible; for example, neurons activate in unpredictable patterns that don't correspond to human-understandable concepts. One hypothesized cause is superposition (Elhage et al., 2022b), the idea that dense models are an approximation to the computations of a much larger untangled sparse network.

[1]OpenAI, San Francisco, California, United States. Correspondence to: Leo Gao <lg@openai.com>.

Existing approaches have made progress on tackling superposition by first learning a basis in which activations appear sparse, and then attempting to understand the computations of the model within that basis (Marks et al., 2024; Ameisen et al., 2025). However, these approaches obtain human-understandable circuits by abstracting away complex computations that are only partially understood. Thus, the resulting circuits may reflect the chosen abstractions in addition to the model's true mechanisms.

Here, we introduce a new paradigm which leads to substantially simpler and more general circuits that we can fully understand even at the lowest levels of abstraction. To do this, we train transformers where the vast majority of weights are zeros; i.e., the $L_0$ norm of the weights is small.

Gao et al., OpenAI, *Weight-sparse transformers have interpretable circuits*, https://cdn.openai.com/pdf/41df8f28-d4ef-43e9-aed2-823f9393e470/circuit-sparsity-paper.pdf (last visited September 29, 2026)

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br><br>November 13, 2025 Research Publication<br><br>Understanding neural networks through sparse circuits<br><br>We trained models to think in simpler, more traceable steps—so we can better understand how they work.<br><br>Read the paper ↗<br><br>… |

# Example circuit in a sparse transformer




Example circuit in a sparse transformer that predicts whether to end a string in a single or double quote. This circuit uses just five residual channels (vertical gray lines), two MLP neurons in layer 0, and one attention query-key channel and one value channel in layer 10. The model (1) encodes single quotes in one residual channel and double quotes in another; (2) uses an MLP layer to convert this into one channel that detects any quote and another that classifies between single and double quotes; (3) uses an attention operation to ignore intervening tokens, find the previous quote, and copy its type to the final token; and (4) predicts the matching closing quote.

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | https://openai.com/index/understanding-neural-networks-through-sparse-circuits/ (last visited September 29, 2026) |
| [b] causing access to information including a first plurality of syntactical elements; | The Accused Products cause access to information including a first plurality of syntactical elements. For example, OpenAI's documentation explains that ChatGPT receives and processes user messages or prompts. |

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br><br>July 10, 2026 OpenAI Academy<br><br>**Getting started with ChatGPT**<br><br>Learn the basics of using ChatGPT and how to begin your first conversation.<br><br>Listen to article 3:57 Share<br><br>**What is ChatGPT?**<br><br>ChatGPT is a conversational AI assistant that helps you think, write, and solve problems by understanding natural language and generating human-like responses in real time.<br><br>ChatGPT is built on large language models, enabling it to assist with a wide range of tasks. Learn more about large language models in What is AI.<br><br>Use **Chat** when you want a quick answer, explanation, brainstorm, rewrite, or short draft. Use **Work** when you want ChatGPT to complete a larger task with a clear, reviewable output, like a brief, analysis, deck, spreadsheet, or recurring update. You can start simple in Chat, then move to Work when the task needs more context, tools, or follow-through.<br><br>Learn more about using ChatGPT here.<br><br>**Start your first conversation**<br><br>Open ChatGPT. A new chat is already waiting for you.<br><br>To get started, simply enter a **prompt**. A prompt is the question or instruction you type or share with ChatGPT to start a conversation. It is usually text, but it can also be an image, audio, file. Your prompt guides the model so it can generate a helpful reply.<br><br>Not sure where to begin? Copy and paste this prompt to see what ChatGPT can do for you (replace the brackets with more information about yourself):<br><br>*Tell me how I can use ChatGPT to make my life easier. I'm a [description of you or your job]. Give me 5 things I can do right now, and a prompt for each one.*<br><br>https://openai.com/academy/getting-started/ (last visited September 29, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | <br>OpenAI English Login<br>Search for articles...<br>All Collections > ChatGPT > Prompt engineering best practices for ChatGPT<br>Prompt engineering best practices for ChatGPT<br>Learn how to craft effective prompts to get the best out of ChatGPT<br>Updated: 2 months ago<br>This guide provides resources to help ChatGPT users craft effective prompts for high-quality responses.<br>What is a prompt?<br>A prompt for a Large Language Model (LLM) is a text input that initiates a conversation or triggers a response from the model. However, it can be in other forms such as an image or audio.<br>https://help.openai.com/en/articles/10032626-prompt-engineering-best-practices-for-chatgpt (last visited September 29, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | <br>https://chatgpt.com/overview/?openaicom_referred=true (last visited September 30, 2026) |

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Key concepts**<br>Key concepts to understand when working with the OpenAI API.<br>Copy Page<br>At OpenAI, protecting user data is fundamental to our mission. We do not train our models on inputs and outputs through our API. Learn more on our API data privacy page.<br>**Text generation models**<br>OpenAI’s text generation models (often referred to as generative pre-trained transformers or “GPT” models for short), like `gpt-6-astra` and `gpt-5.6-terra`, have been trained to understand natural and formal language. These models allow text outputs in response to their inputs. The inputs to these models are also referred to as “prompts.” Designing a prompt is essentially how you “program” a model, usually by providing instructions or some examples of how to successfully complete a task. GPT models can be used across a great variety of tasks including content or code generation, summarization, conversation, creative writing, and more. Read more in our introductory text generation guide and in our prompt engineering guide.<br><br>https://developers.openai.com/api/docs/concepts#tokens (last visited September 30, 2026) |
| [c] causing prioritization of a first plurality of attentions including a first attention associated with a representation of a first subset of the first plurality of syntactical elements, and a second attention associated with a representation of a second subset of the first plurality of syntactical elements; | The Accused Products cause prioritization of a first plurality of attentions including a first attention associated with a representation of a first subset of the first plurality of syntactical elements and a second attention associated with a representation of a second subset of the first plurality of syntactical elements. The examples below identify multiple aspects of the Accused System’s attentional and probability-based processing that independently or in combination satisfy the limitations of the Asserted Claim. These contentions do not depend on any single identified layer, attention head, contextual position, processing stage, decoding iteration, probability distribution, or other internal implementation. Flinn may rely on different or additional mappings, including mappings involving successive attention operations, successive neural-network layers, probabilities generated within attention operations, probabilities generated through application of the neural network as a whole, and/or successive iterations of output generation, as confirmed through discovery. |

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | References to particular attention scores, normalized attention values, probability distributions, represented information, network layers, or output probabilities identify accused functionality and supporting evidence and are not intended to limit the ordinary or properly construed scope of any claim term.<br><br>For example, ChatGPT uses multiple attention heads and attention operations to attend to and process represented information at different positions within an accessed context. OpenAI explains that, in transformer models, every output element is connected to every input element, with the weightings between them dynamically calculated through attention, and that the resulting attention operations are performed for each layer and attention head. |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
| --- | --- |
| | OpenAI<br><br>Search for articles...<br><br>All Collections > ChatGPT > What is ChatGPT?<br><br>**What is ChatGPT?**<br><br>Commonly asked questions about ChatGPT<br><br>Updated: 2 months ago<br><br>**How much does it cost to use ChatGPT?**<br><br>ChatGPT is free to use, though we do have subscription plans available on our pricing page.<br><br>**How does ChatGPT work?**<br><br>ChatGPT is fine-tuned from GPT-3.5, a language model trained to produce text. ChatGPT was optimized for dialogue by using Reinforcement Learning with Human Feedback (RLHF) – a method that uses human demonstrations and preference comparisons to guide the model toward desired behavior.<br><br>https://help.openai.com/en/articles/6783457-what-is-chatgpt (last visited September 29, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
| --- | --- |
| | **Language Models are Few-Shot Learners**<br><br>**Tom B. Brown* Benjamin Mann* Nick Ryder* Melanie Subbiah***<br>**Jared Kaplan† Prafulla Dhariwal Arvind Neelakantan Pranav Shyam Girish Sastry**<br>**Amanda Askell Sandhini Agarwal Ariel Herbert-Voss Gretchen Krueger Tom Henighan**<br>**Rewon Child Aditya Ramesh Daniel M. Ziegler Jeffrey Wu Clemens Winter**<br>**Christopher Hesse Mark Chen Eric Sigler Mateusz Litwin Scott Gray**<br>**Benjamin Chess Jack Clark Christopher Berner**<br>**Sam McCandlish Alec Radford Ilya Sutskever Dario Amodei**<br><br>OpenAI<br><br>. . . |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | (see below) |

| Model Name | $n_{params}$ | $n_{layers}$ | $d_{model}$ | $n_{heads}$ | $d_{head}$ | Batch Size | Learning Rate |
|---|---|---|---|---|---|---|---|
| GPT-3 Small | 125M | 12 | 768 | 12 | 64 | 0.5M | $6.0 \times 10^{-4}$ |
| GPT-3 Medium | 350M | 24 | 1024 | 16 | 64 | 0.5M | $3.0 \times 10^{-4}$ |
| GPT-3 Large | 760M | 24 | 1536 | 16 | 96 | 0.5M | $2.5 \times 10^{-4}$ |
| GPT-3 XL | 1.3B | 24 | 2048 | 24 | 128 | 1M | $2.0 \times 10^{-4}$ |
| GPT-3 2.7B | 2.7B | 32 | 2560 | 32 | 80 | 1M | $1.6 \times 10^{-4}$ |
| GPT-3 6.7B | 6.7B | 32 | 4096 | 32 | 128 | 2M | $1.2 \times 10^{-4}$ |
| GPT-3 13B | 13.0B | 40 | 5140 | 40 | 128 | 2M | $1.0 \times 10^{-4}$ |
| GPT-3 175B or "GPT-3" | 175.0B | 96 | 12288 | 96 | 128 | 3.2M | $0.6 \times 10^{-4}$ |

**Table 2.1:** Sizes, architectures, and learning hyper-parameters (batch size in tokens and learning rate) of the models which we trained. All models were trained for a total of 300 billion tokens.

### 2.1 Model and Architectures

We use the same model and architecture as GPT-2 [RWC+19], including the modified initialization, pre-normalization, and reversible tokenization described therein, with the exception that we use alternating dense and locally banded sparse attention patterns in the layers of the transformer, similar to the Sparse Transformer [CGRS19]. To study the dependence of ML performance on model size, we train 8 different sizes of model, ranging over three orders of magnitude from 125 million parameters to 175 billion parameters, with the last being the model we call GPT-3. Previous work [KMH+20] suggests that with enough training data, scaling of validation loss should be approximately a smooth power law as a function of size; training models of many different sizes allows us to test this hypothesis both for validation loss and for downstream language tasks.

Table 2.1 shows the sizes and architectures of our 8 models. Here $n_{params}$ is the total number of trainable parameters, $n_{layers}$ is the total number of layers, $d_{model}$ is the number of units in each bottleneck layer (we always have the feedforward layer four times the size of the bottleneck layer, $d_{ff} = 4 * d_{model}$), and $d_{head}$ is the dimension of each attention head. All models use a context window of $n_{ctx} = 2048$ tokens. We partition the model across GPUs along both the depth and width dimension in order to minimize data-transfer between nodes. The precise architectural parameters for each model are chosen based on computational efficiency and load-balancing in the layout of models across GPU's. Previous work [KMH+20] suggests that validation loss is not strongly sensitive to these parameters within a reasonably broad range.

Brown et al., OpenAI, *Language Models are Few-Shot Learners*, https://arxiv.org/pdf/2005.14165 (last visited September 29, 2026)

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br><br>April 23, 2019 Publication<br><br>Generative modeling with sparse transformers<br><br>Read paper ↗ ↗<br><br>. . .<br><br>Deep attention<br><br>In Transformers, every output element is connected to every input element, and the weightings between them are dynamically calculated based upon the circumstances, a process called *attention*. While it is believed that this allows Transformers to be more flexible than models with fixed connectivity patterns, in practice it requires the creation of an $N \times N$ *attention matrix* for every layer and attention head, which can consume large amounts of memory when applied to data types with many elements, like images or raw audio.<br><br>. . . |



Layer 19 Layer 20

Learned attention patterns (white highlight) for several layers of a 128-layer CIFAR-10 network. These layers learned to separate attention across two dimensions. Layer 19 summarizes information for each row, and layer 20 aggregates those summaries by column, leading to an efficient factorization of the full attention operation.



Layer 6 Layer 36

Some layers learned to access a positional memory, often attending to similar locations regardless of the input data or timestep (layer 6). Other layers learned highly data-dependent access patterns (layer 36).

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
| --- | --- |
| | https://openai.com/index/sparse-transformer/ (last visited September 29, 2026)<br><br>OpenAI further describes attention operations that selectively attend to particular represented elements within a context, including operations that locate an earlier element, ignore intervening elements, and carry information from the located element forward for use in generating the model’s output.<br><br><br>. . . |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | We also looked at some more complicated behaviors. Our circuits for these behaviors (for example variable binding shown below) are harder to explain completely. Even then, we can still achieve relatively simple partial explanations which are predictive of model behavior.<br><br>Example circuit in a sparse transformer<br><br>Another example circuit, in less detail. To determine the type of a variable called `current`, one attention operation copies the variable name into the `set()` token when it's defined, and another later operation copies the type from the `set()` token into a subsequent use of the variable, allowing the model to infer the correct next token.<br>… |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
| --- | --- |
| | Our most interpretable models appear to contain disentangled circuits which implement exactly that algorithm.<br><br><br>Example circuit in a sparse transformer that predicts whether to end a string in a single or double quote. This circuit uses just five residual channels (vertical gray lines), two MLP neurons in layer 0, and one attention query-key channel and one value channel in layer 10. The model (1) encodes single quotes in one residual channel and double quotes in another; (2) uses an MLP layer to convert this into one channel that detects any quote and another that classifies between single and double quotes; (3) uses an attention operation to ignore intervening tokens, find the previous quote, and copy its type to the final token; and (4) predicts the matching closing quote.<br>https://openai.com/index/understanding-neural-networks-through-sparse-circuits/ (last visited September 29, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| [d] causing generation, by application of the trained computer-implemented neural network, of a first plurality of probabilities based on the prioritization of the first plurality of attentions; | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a first plurality of probabilities based on the prioritization of the first plurality of attentions.<br><br>For example, publicly available information indicates that ChatGPT's trained computer-implemented neural networks generate multiple probability values based on attentional prioritization. These values include, without limitation, normalized values generated from multiple attention weightings and probabilities associated with possible output elements generated through application of the neural network based on the represented information resulting from attentional processing. The attention weightings reflect relative priority assigned to represented information during attentional processing, and applying normalization to those weightings generates corresponding values forming a probability distribution. That attentional prioritization also affects neural-network representations used in generating probabilities associated with possible output elements.<br><br>As discussed above, ChatGPT includes transformer-based models. *See supra* Claim 1[a]. OpenAI explains that, in transformer models, the weightings between input and output elements are dynamically calculated through attention, and that an attention matrix is created for every layer and attention head.<br><br><br><br>. . . |

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Deep attention**<br><br>In Transformers, every output element is connected to every input element, and the weightings between them are dynamically calculated based upon the circumstances, a process called *attention*. While it is believed that this allows Transformers to be more flexible than models with fixed connectivity patterns, in practice it requires the creation of an $N \times N$ *attention matrix* for every layer and attention head, which can consume large amounts of memory when applied to data types with many elements, like images or raw audio.<br><br>https://openai.com/index/sparse-transformer/ (last visited September 29, 2026)<br><br>OpenAI further explains that GPT-3 uses the same model and architecture as GPT-2. OpenAI’s published source code for its GPT-2 model defines a softmax function and applies it to the attention weightings within the model's attention operation. |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | (table and text below) |

| Model Name | $n_{\text{params}}$ | $n_{\text{layers}}$ | $d_{\text{model}}$ | $n_{\text{heads}}$ | $d_{\text{head}}$ | Batch Size | Learning Rate |
|---|---|---|---|---|---|---|---|
| GPT-3 Small | 125M | 12 | 768 | 12 | 64 | 0.5M | $6.0 \times 10^{-4}$ |
| GPT-3 Medium | 350M | 24 | 1024 | 16 | 64 | 0.5M | $3.0 \times 10^{-4}$ |
| GPT-3 Large | 760M | 24 | 1536 | 16 | 96 | 0.5M | $2.5 \times 10^{-4}$ |
| GPT-3 XL | 1.3B | 24 | 2048 | 24 | 128 | 1M | $2.0 \times 10^{-4}$ |
| GPT-3 2.7B | 2.7B | 32 | 2560 | 32 | 80 | 1M | $1.6 \times 10^{-4}$ |
| GPT-3 6.7B | 6.7B | 32 | 4096 | 32 | 128 | 2M | $1.2 \times 10^{-4}$ |
| GPT-3 13B | 13.0B | 40 | 5140 | 40 | 128 | 2M | $1.0 \times 10^{-4}$ |
| GPT-3 175B or "GPT-3" | 175.0B | 96 | 12288 | 96 | 128 | 3.2M | $0.6 \times 10^{-4}$ |

**Table 2.1:** Sizes, architectures, and learning hyper-parameters (batch size in tokens and learning rate) of the models which we trained. All models were trained for a total of 300 billion tokens.

### 2.1 Model and Architectures

We use the same model and architecture as GPT-2 [RWC+19], including the modified initialization, pre-normalization, and reversible tokenization described therein, with the exception that we use alternating dense and locally banded sparse attention patterns in the layers of the transformer, similar to the Sparse Transformer [CGRS19]. To study the dependence of ML performance on model size, we train 8 different sizes of model, ranging over three orders of magnitude from 125 million parameters to 175 billion parameters, with the last being the model we call GPT-3. Previous work [KMH+20] suggests that with enough training data, scaling of validation loss should be approximately a smooth power law as a function of size; training models of many different sizes allows us to test this hypothesis both for validation loss and for downstream language tasks.

Table 2.1 shows the sizes and architectures of our 8 models. Here $n_{\text{params}}$ is the total number of trainable parameters, $n_{\text{layers}}$ is the total number of layers, $d_{\text{model}}$ is the number of units in each bottleneck layer (we always have the feedforward layer four times the size of the bottleneck layer, $d_{\text{ff}} = 4 * d_{\text{model}}$), and $d_{\text{head}}$ is the dimension of each attention head. All models use a context window of $n_{\text{ctx}} = 2048$ tokens. We partition the model across GPUs along both the depth and width dimension in order to minimize data-transfer between nodes. The precise architectural parameters for each model are chosen based on computational efficiency and load-balancing in the layout of models across GPU's. Previous work [KMH+20] suggests that validation loss is not strongly sensitive to these parameters within a reasonably broad range.

Brown et al., OpenAI, *Language Models are Few-Shot Learners*, https://arxiv.org/pdf/2005.14165 (last visited September 29, 2026)

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | (code listing below) |

```python
import numpy as np
import tensorflow as tf
from tensorflow.contrib.training import HParams

def default_hparams():
    return HParams(
        n_vocab=0,
        n_ctx=1024,
        n_embd=768,
        n_head=12,
        n_layer=12,
    )

def shape_list(x):
    """Deal with dynamic shape in tensorflow cleanly."""
    static = x.shape.as_list()
    dynamic = tf.shape(x)
    return [dynamic[i] if s is None else s for i, s in enumerate(static)]

def softmax(x, axis=-1):
    x = x - tf.reduce_max(x, axis=axis, keepdims=True)
    ex = tf.exp(x)
    return ex / tf.reduce_sum(ex, axis=axis, keepdims=True)

```

…

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
| --- | --- |
| | <pre>def multihead_attn(q, k, v):<br>    # q, k, v have shape [batch, heads, sequence, features]<br>    w = tf.matmul(q, k, transpose_b=True)<br>    w = w * tf.rsqrt(tf.cast(v.shape[-1].value, w.dtype))<br><br>    w = mask_attn_weights(w)<br>    w = softmax(w)<br>    a = tf.matmul(w, v)<br>    return a</pre> https://github.com/openai/gpt-2/blob/master/src/model.py (last visited September 29, 2026)<br><br>PyTorch further explains that softmax rescales multiple input values into corresponding output values between zero and one that collectively sum to one. |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | <br>PyTorch<br>Reference API > torch.nn > Softmax Rate this Page<br>Softmax<br>`class torch.nn.Softmax(dim=None)` [source]<br>Applies the Softmax function to an n-dimensional input Tensor.<br>Rescales them so that the elements of the n-dimensional output Tensor lie in the range [0,1] and sum to 1.<br>Softmax is defined as:<br>$$\text{Softmax}(x_i) = \frac{\exp(x_i)}{\sum_j \exp(x_j)}$$<br>When the input Tensor is a sparse tensor then the unspecified values are treated as `-inf`.<br>**Shape:**<br>• Input: $(*)$ where * means, any number of additional dimensions<br>• Output: $(*)$, same shape as the input<br>**Returns:**<br>a Tensor of the same dimension and shape as the input with values in the range [0, 1]<br>**Parameters:**<br>**dim** (*int*) – A dimension along which Softmax will be computed (so every slice along dim will sum to 1).<br>**Return type:**<br>None<br><br>https://docs.pytorch.org/docs/2.13/generated/torch.nn.Softmax.html (last visited August 27, 2026) |
| [e] causing prioritization of a second plurality of attentions including a third attention and a fourth attention, based on the first plurality of probabilities generated by the application of the trained computer- | The Accused Products cause prioritization of a second plurality of attentions including a third attention and a fourth attention, based on the first plurality of probabilities generated by the application of the trained computer-implemented neural network.<br><br>For example, publicly available information indicates that ChatGPT's trained computer-implemented neural networks perform successive attentional and other neural-network operations across multiple layers, processing stages, and/or iterations of output generation. The first plurality of probabilities affects information processed by the network, including by affecting attention outputs and resulting |

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| implemented neural network; | neural representations and/or by contributing to generation of an output element incorporated into the context processed during a subsequent iteration. Later attention operations process information resulting from or otherwise affected by the first plurality of probabilities and prioritize additional attentions, including attentions associated with different represented information.<br><br>As discussed above, ChatGPT includes transformer-based models. *See supra* Claim 1[a], 1[c]–1[d]. Transformer-based models include successive layers that read, process, and write information through the network. Results generated through earlier attentional and neural-network processing contribute to the representations available to later layers, including later attention layers containing multiple attention heads operating in parallel.<br><br>OpenAI describes its GPT models as multi-layer Transformer decoders that apply multi-headed attention, with each layer’s output serving as the input to the next layer. |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Improving Language Understanding by Generative Pre-Training**<br><br>**Alec Radford** OpenAI alec@openai.com **Karthik Narasimhan** OpenAI karthikn@openai.com **Tim Salimans** OpenAI tim@openai.com **Ilya Sutskever** OpenAI ilyasu@openai.com<br><br>**Abstract**<br><br>Natural language understanding comprises a wide range of diverse tasks such as textual entailment, question answering, semantic similarity assessment, and document classification. Although large unlabeled text corpora are abundant, labeled data for learning these specific tasks is scarce, making it challenging for discriminatively trained models to perform adequately. We demonstrate that large gains on these tasks can be realized by *generative pre-training* of a language model on a diverse corpus of unlabeled text, followed by *discriminative fine-tuning* on each specific task. In contrast to previous approaches, we make use of task-aware input transformations during fine-tuning to achieve effective transfer while requiring minimal changes to the model architecture. We demonstrate the effectiveness of our approach on a wide range of benchmarks for natural language understanding. Our general task-agnostic model outperforms discriminatively trained models that use architectures specifically crafted for each task, significantly improving upon the state of the art in 9 out of the 12 tasks studied. For instance, we achieve absolute improvements of 8.9% on commonsense reasoning (Stories Cloze Test), 5.7% on question answering (RACE), and 1.5% on textual entailment (MultiNLI).<br><br>… |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **3 Framework**<br><br>Our training procedure consists of two stages. The first stage is learning a high-capacity language model on a large corpus of text. This is followed by a fine-tuning stage, where we adapt the model to a discriminative task with labeled data.<br><br>**3.1 Unsupervised pre-training**<br><br>Given an unsupervised corpus of tokens $\mathcal{U} = \{u_1, \ldots, u_n\}$, we use a standard language modeling objective to maximize the following likelihood:<br><br>$$L_1(\mathcal{U}) = \sum_i \log P(u_i \mid u_{i-k}, \ldots, u_{i-1}; \Theta) \quad (1)$$<br><br>where $k$ is the size of the context window, and the conditional probability $P$ is modeled using a neural network with parameters $\Theta$. These parameters are trained using stochastic gradient descent [51].<br><br>In our experiments, we use a multi-layer *Transformer decoder* [34] for the language model, which is a variant of the transformer [62]. This model applies a multi-headed self-attention operation over the input context tokens followed by position-wise feedforward layers to produce an output distribution over target tokens:<br><br>$$h_0 = UW_e + W_p$$ $$h_l = \texttt{transformer_block}(h_{l-1}) \forall i \in [1, n] \quad (2)$$ $$P(u) = \texttt{softmax}(h_n W_e^T)$$<br><br>where $U = (u_{-k}, \ldots, u_{-1})$ is the context vector of tokens, $n$ is the number of layers, $W_e$ is the token embedding matrix, and $W_p$ is the position embedding matrix.<br><br>Radford et al., *Improving Language Understanding by Generative Pre-Training*, https://cdn.openai.com/research-covers/language-unsupervised/language_understanding_paper.pdf (last visited September 29, 2026)<br><br>OpenAI further describes GPT-3 as an autoregressive language model. |

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Language Models are Few-Shot Learners**<br><br>**Tom B. Brown* Benjamin Mann* Nick Ryder* Melanie Subbiah***<br>**Jared Kaplan† Prafulla Dhariwal Arvind Neelakantan Pranav Shyam Girish Sastry**<br>**Amanda Askell Sandhini Agarwal Ariel Herbert-Voss Gretchen Krueger Tom Henighan**<br>**Rewon Child Aditya Ramesh Daniel M. Ziegler Jeffrey Wu Clemens Winter**<br>**Christopher Hesse Mark Chen Eric Sigler Mateusz Litwin Scott Gray**<br>**Benjamin Chess Jack Clark Christopher Berner**<br>**Sam McCandlish Alec Radford Ilya Sutskever Dario Amodei**<br><br>OpenAI<br><br>**Abstract**<br><br>Recent work has demonstrated substantial gains on many NLP tasks and benchmarks by pre-training on a large corpus of text followed by fine-tuning on a specific task. While typically task-agnostic in architecture, this method still requires task-specific fine-tuning datasets of thousands or tens of thousands of examples. By contrast, humans can generally perform a new language task from only a few examples or from simple instructions – something which current NLP systems still largely struggle to do. Here we show that scaling up language models greatly improves task-agnostic, few-shot performance, sometimes even reaching competitiveness with prior state-of-the-art fine-tuning approaches. Specifically, we train GPT-3, an autoregressive language model with 175 billion parameters, 10x more than any previous non-sparse language model, and test its performance in the few-shot setting. For all tasks, GPT-3 is applied without any gradient updates or fine-tuning, with tasks and few-shot demonstrations specified purely via text interaction with the model. GPT-3 achieves strong performance on many NLP datasets, including translation, question-answering, and cloze tasks, as well as several tasks that require on-the-fly reasoning or domain adaptation, such as unscrambling words, using a novel word in a sentence, or performing 3-digit arithmetic. At the same time, we also identify some datasets where GPT-3's few-shot learning still struggles, as well as some datasets where GPT-3 faces methodological issues related to training on large web corpora. Finally, we find that GPT-3 can generate samples of news articles which human evaluators have difficulty distinguishing from articles written by humans. We discuss broader societal impacts of this finding and of GPT-3 in general.<br><br>Brown et al., OpenAI, *Language Models are Few-Shot Learners*, https://arxiv.org/pdf/2005.14165 (last visited September 29, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI further describes GPT-4 as a model "pre-trained to predict the next token in a document." *See supra* Claim 1[a]. Publicly available information therefore indicates that the Accused Products generate each output element based on the preceding context, including previously generated output elements, which is then processed through additional attention operations during the next decoding step. |
| [f] causing generation, by application of the trained computer-implemented neural network, of a second plurality of probabilities based on the prioritization of the second plurality of attentions; | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a second plurality of probabilities based on the prioritization of the second plurality of attentions.<br><br>For example, publicly available information indicates that, based on the later attentional prioritization, ChatGPT's trained computer-implemented neural networks generate a second plurality of probabilities. These probabilities include, without limitation, normalized values generated from later attention scores and/or probabilities associated with possible output elements generated through application of the neural network based on information resulting from or affected by the later attentional processing. *See, e.g., supra* Claims 1[d]–1[e].<br><br>OpenAI explains that, when generating a response, ChatGPT predicts the next most likely word, one word at a time, based on learned relationships between words in context. |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br><br>Search for articles...<br><br>All Collections > Privacy and policies > General FAQ > How ChatGPT and our foundation models are deve<br><br>**How ChatGPT and our foundation models are developed**<br><br>Learn more about how we develop our models and apply them in products like ChatGPT<br><br>Updated: last month<br><br>OpenAI's foundation models, including the models that power ChatGPT, are developed using three primary sources of information: (1) information that is publicly available on the internet, (2) information that we partner with third parties to access, and (3) information that our users, human trainers, and researchers provide or generate.<br><br>Developing foundation models like those used in ChatGPT involves several stages, including preparing training data, pre-training, and post-training, as well as ongoing evaluation and improvement after deployment. Different types of information may be used at these stages for various purposes, including improving model performance, reliability, and safety.<br><br>This article provides an overview of the information we use to help develop these models, how we collect and use that information in compliance with privacy laws, and the safeguards we apply throughout the training process. To understand how we collect and use information from users of our services, including how to opt out of having ChatGPT conversations used to help improve our models, please see our Privacy Policy and this help center article.<br><br>. . . |

<table>
<tr><th>Claims of the ’166 Patent</th><th>Exemplary Accused System (ChatGPT)</th></tr>
<tr><td></td><td>

What is ChatGPT and how does it work?<br><br>
ChatGPT is an artificial intelligence-based service that you can access via the internet or app. You can use ChatGPT for a wide range of tasks, including organizing and summarizing information, assisting with translations, supporting coding, research and analysis, completing multi-step tasks across tools, analyzing or generating images, inspiring creativity and ideas, and other everyday activities. ChatGPT is designed to understand and respond to user questions and instructions by learning patterns from large amounts of information, including text, images, audio, and video.<br><br>
During training, the model analyzes relationships within this data—such as how words typically appear together in context—and uses that understanding to predict the next most likely word when generating a response, one word at a time. Text may be converted into smaller units, sometimes called “<u>tokens</u>” which may represent whole words, parts of words, or punctuation. Tokens are the building blocks of text that the model processes. Similarly, models that generate other forms of content, like images, learn patterns in how pixels relate to each other and to associated captions in the training data.<br><br>
For example, during the model’s learning process (known as “training”), the model might be tasked with completing a sentence like: “Instead of turning left, she turned ___.” Early in training, its responses are largely random. However, as the model processes and learns from a large volume of text, it becomes better at recognizing patterns and predicting the most likely next word. This process is repeated across millions of sentences to refine its understanding and improve its accuracy.<br><br>
Because there are multiple plausible ways to complete a sentence—such as “Instead of turning left, she turned right,” “around,” or “back”—there is an inherent element of randomness in how the model responds. As a result, the same question may yield different answers across different queries.<br><br>
Machine learning models consist of large sets of numbers, known as “weights” or “parameters,” along with code that interprets and uses those numbers. These models do not store or retain copies of the data they are trained on. Instead, as a model learns, the values of its parameters are adjusted slightly to reflect patterns it has identified. In the earlier example, the model improved from predicting random words to making more accurate predictions—not by storing the training sentences, but by updating its internal parameters. The model does not retain copies of the sentences, images, or audio it processes during training. ChatGPT does not “copy and paste” from its training data—similar to how a teacher, after extensive study, can explain concepts by understanding the relationships between ideas without memorizing or reproducing the original materials verbatim. When generating a response to a user request, the model uses these learned weights to predict and create new content.<br><br>
https://help.openai.com/en/articles/7842364-how-chatgpt-and-our-foundation-models-are-developed<br>
(last visited September 30, 2026)
</td></tr>
</table>

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI further explains that its models learn the statistical relationships between tokens and produce the next token in a sequence.<br><br>OpenAI Platform<br>Tokenizer<br>Learn about language model tokenization<br>OpenAI's large language models process text using **tokens**, which are common sequences of characters found in a set of text. The models learn to understand the statistical relationships between these tokens, and excel at producing the next token in a sequence of tokens.<br>Learn more.<br>https://platform.openai.com/tokenizer (last visited September 30, 2026)<br><br>OpenAI further explains that the probability associated with each possible output token affects whether that token is selected for the model's output. |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | All Collections > API > Using logit bias to alter token probability with the OpenAI API<br><br>**Using logit bias to alter token probability with the OpenAI API**<br><br>Learn how to use the logit bias parameter to modify model outputs<br><br>Updated: 2 months ago<br><br>Logit_bias is an optional parameter that modifies the likelihood of specified tokens appearing in a model generated output.<br><br>This parameter accepts a JSON object that maps tokens to an associated bias value from -100 (which will in most cases block that token from being generated) to 100 (exclusive selection of the token which makes it more likely to be generated). Moderate values like -1 and 1 will change the probability of a token being selected to a lesser degree.<br><br>Since the parameter takes in tokens, not text, you'll want to use a **tokenizer tool** to convert text to token IDs. Let's go through a few examples.<br><br>**Example 1: Remove 'time'**<br><br>If we call the Completions endpoint with the prompt "Once upon a," the completion is very likely going to start with " time."<br><br>The word "time" tokenizes to the ID 2435 and the word " time" (which has a space at the start) tokenizes to the ID 640. We can pass these through logit_bias with -100 to ban them from appearing in the completion, like so:<br><br>`completion = client.chat.completions.create(`<br>`model="gpt-3.5-turbo",`<br>`messages=[{"role": "system", "content": "You finish user's sentences."},`<br>`"role": "user", "content": "Once upon a"} ]`<br>`logit_bias={2435:-100, 640:-100}`<br>`)`<br><br>https://help.openai.com/en/articles/5247780-using-logit-bias-to-alter-token-probability-with-the-openai-api (last visited September 30, 2026) |
| [g] causing generation of a second plurality of syntactical elements based on the second plurality of probabilities generated by the application of the trained computer- | The Accused Products cause generation of a second plurality of syntactical elements based on the second plurality of probabilities generated by the application of the trained computer-implemented neural network.<br><br>For example, publicly available information indicates that ChatGPT's trained computer-implemented neural networks generate successive output elements based on probability values generated through application of the neural network. The second plurality of probabilities affects the generation of output elements, including through represented information used by subsequent neural-network operations |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| implemented neural network; and | and/or as probabilities associated with possible output elements used in generating an output element. Repeated application of this process generates output elements that collectively form words, sentences, code, and other syntactical content. *See, e.g., supra* Claim 1[f]. |
| [h] causing a communication to be sent to a user. | The Accused Products cause a communication to be sent to a user.<br><br>For example, ChatGPT receives information provided by a user and sends or otherwise provides the user with a responsive communication containing generated text, code, documents, or other content. Users may access and receive generated communications through, for example, ChatGPT web, desktop, or mobile apps, OpenAI applications, and products or services incorporating OpenAI's API. *See supra* Claims 1[a]–1[b]. |

| Claims of the ’166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | <br>https://chatgpt.com/overview/?openaicom_referred=true (last visited September 30, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | July 10, 2026 OpenAI Academy<br><br># Getting started with ChatGPT<br><br>Learn the basics of using ChatGPT and how to begin your first conversation.<br><br>Listen to article 3:57 Share<br><br>## What is ChatGPT?<br><br>ChatGPT is a conversational AI assistant that helps you think, write, and solve problems by understanding natural language and generating human-like responses in real time.<br><br>ChatGPT is built on large language models, enabling it to assist with a wide range of tasks. Learn more about large language models in What is AI.<br><br>Use **Chat** when you want a quick answer, explanation, brainstorm, rewrite, or short draft. Use **Work** when you want ChatGPT to complete a larger task with a clear, reviewable output, like a brief, analysis, deck, spreadsheet, or recurring update. You can start simple in Chat, then move to Work when the task needs more context, tools, or follow-through.<br><br>Learn more about using ChatGPT here.<br><br>. . . |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Start your first conversation**<br><br>Open ChatGPT. A new chat is already waiting for you.<br><br>To get started, simply enter a **prompt**. A prompt is the question or instruction you type or share with ChatGPT to start a conversation. It is usually text, but it can also be an image, audio, file. Your prompt guides the model so it can generate a helpful reply.<br><br>Not sure where to begin? Copy and paste this prompt to see what ChatGPT can do for you (replace the brackets with more information about yourself):<br><br>*Tell me how I can use ChatGPT to make my life easier. I'm a [description of you or your job]. Give me 5 things I can do right now, and a prompt for each one.*<br><br>Read the response, then refine it by asking follow-up questions or adding more detail.<br><br>Learn more about prompting basics here.<br><br>https://openai.com/academy/getting-started/ (last visited September 30, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Use ChatGPT**<br>Choose Chat, ChatGPT Work, or Codex, add useful context, and refine the result.<br>Copy Page<br>**Go from idea to useful result**<br>ChatGPT is an AI agent that you communicate with in natural language:<br>1 Start with a question, an idea, rough notes, a file, or a task you need to complete.<br>2 Ask ChatGPT to explain information, develop ideas, draft content, research a topic, analyze materials, or create something new.<br>3 Add the context and tools it needs, such as files, web search, projects, or plugins.<br>4 Review the result, correct the direction, and ask for changes. You don't need a perfect first prompt or special commands.<br>. . .<br>**Choose how you want to work**<br>Use Chat for a question or back-and-forth. Turn on Work in the switcher when you want ChatGPT to carry a larger task through to a reviewable result. Select Codex when you want developer views or more technical detail, especially for software development.<br>**Choose** / **When you want to** / **Examples**<br>Chat / Work through something with ChatGPT / Ask a question, search the web, brainstorm, draft a message, compare options<br>ChatGPT Work / Define an outcome and get a reviewable result / Create a deck, analyze files, draft a report, build a project plan<br>Codex / Use developer tools and see technical details / Debug code, run tests, review a PR, implement a feature<br>Use Chat to ask questions, brainstorm, draft or revise text, summarize files, compare options, or clarify a larger task. In Codex, point to **New chat**, then select **Quick chat** when that option is available.<br>https://learn.chatgpt.com/docs/use-chatgpt (last visited September 30, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Key concepts**<br>Key concepts to understand when working with the OpenAI API.<br>Copy Page<br>At OpenAI, protecting user data is fundamental to our mission. We do not train our models on inputs and outputs through our API. Learn more on our API data privacy page.<br>**Text generation models**<br>OpenAI's text generation models (often referred to as generative pre-trained transformers or "GPT" models for short), like `gpt-6-astra` and `gpt-5.6-terra`, have been trained to understand natural and formal language. These models allow text outputs in response to their inputs. The inputs to these models are also referred to as "prompts." Designing a prompt is essentially how you "program" a model, usually by providing instructions or some examples of how to successfully complete a task. GPT models can be used across a great variety of tasks including content or code generation, summarization, conversation, creative writing, and more. Read more in our introductory text generation guide and in our prompt engineering guide.<br>https://developers.openai.com/api/docs/concepts (last visited September 30, 2026) |

# EXHIBIT B

# FLINN ARTIFICIAL INTELLIGENCE (AI) TECHNOLOGIES, LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

## U.S. Patent No. 12,223,404

Flinn Artificial Intelligence (AI) Technologies, LLC ("Flinn") accuses OpenAI of infringing at least claims 10 and 21 of U.S. Patent No. 12,223,404 (hereinafter "the '404 Patent"). Flinn provides the following claim chart.

This claim chart identifies specifically where each element of each Asserted Claim is found within each Accused Product[1] and provides OpenAI notice of identified instrumentalities that incorporate or reflect the recited claim elements. This claim chart is not intended to be an expert report on infringement or provide detailed analysis of the claim terms or infringement. This claim chart includes information related to an assertion of infringement with respect to the Accused Products identified, including diagrams, web page screenshots, and other documentary evidence by way of example and not by way of limitation.

The Asserted Claims include elements that are implemented, at least in part, by instrumentalities described in confidential information not accessible to Plaintiff. In some instances, the precise processes and algorithms used are, at least in part, not publicly available. An analysis of OpenAI's (or other third parties') technical documentation and/or software source code may be necessary to more fully identify all infringing features and functionality. Accordingly, Flinn reserves the right to supplement these contentions once such information is made available to Flinn. Furthermore, Flinn reserves the right to revise these contentions, as appropriate, upon issuance of the Court's Claim Construction Order.

---

[1] OpenAI's products and services including ChatGPT and its chat, agentic, and task-execution functionality, whether offered separately or through a unified experience, ChatGPT Projects, ChatGPT Work, ChatGPT agent, Operator, deep research, ChatGPT Canvas, Dots, ChatGPT Space, GPTs, Codex (including Codex in ChatGPT, Codex Cloud, Codex CLI, and the Codex IDE extension), the OpenAI API Platform, Decisions API and OpenAI API access (including the Responses API, the Assistants API, File Search, Retrieval, vector stores, and embeddings), and hosted or dedicated OpenAI deployments that are powered by artificial-intelligence models from OpenAI, including GPT-3.5, GPT-4, GPT-4V, GPT-4o, o1, o3, codex-1, GPT-5.4, GPT-5.5, GPT-5.6, GPT-6, GPT-6.1, text-embedding-3-small, text-embedding-3-large, and all mini, Instant, Thinking, Pro, Sol, Luna, Terra, Astra, and other versions, variants, or configurations of those models, as well as any later-released, successor, replacement, updated, modified, derivative, consolidated, integrated, or renamed products, services, platforms, systems, versions, or variants of the foregoing that perform the same or substantially similar accused functionality (collectively, the "Accused Products").

As used in this claim chart, "Accused System" refers to the combination of models, software, computing infrastructure, interfaces, and related components through which the Accused Products are trained, evaluated, aligned, improved, operated, provided, and/or used to perform the accused functionality. The Accused System may include, without limitation, components and processes used for training, post-training, human or automated feedback, evaluation, inference, reasoning, agentic task execution, and generation or revision of model outputs. The Accused System is not a separate category of accused product and does not limit the definition of Accused Products.

The claim chart refers to the Accused System and the aforementioned products are included in (or can operate in conjunction with) the Accused System, as noted in the claim chart. To the extent the below claim chart relies on evidence for the Accused System, Flinn asserts that, on information and belief, any Accused Product that includes, incorporates, or operates in conjunction with a system having the same or substantially similar accused functionality also infringes the charted claim. Flinn reserves the right to amend these infringement contentions with other products, services, platforms, or systems made, used, sold, imported, or offered for sale, provided, or operated by OpenAI, as well as methods performed by or through such products, services, platforms, or systems. Flinn also reserves the right to amend these infringement contentions by citing other claims of the '404 Patent, not listed in the claim chart, that are infringed by the Accused Products or by methods performed by or through the Accused Products. Flinn further reserves the right to amend these infringement contentions by adding, subtracting, or otherwise modifying content in the "Accused System" section.

To the extent there are any differences between the accused instrumentalities and the following claim elements, any such differences are insubstantial and are alleged to infringe under the doctrine of equivalents.

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| 10[pre] A system, comprising:<br>[a] one or more processors;<br>[b] one or more memories in communication with the one or more processors; and<br>[c] one or more programs, wherein the one or more programs are stored in the one or more memories to be executed by the one or more processors, the one or more programs including instructions for causing: | The Accused Products comprise a system including one or more processors, one or more memories in communication with the one or more processors, and one or more programs stored in the one or more memories to be executed by the one or more processors, the programs including instructions for causing the recited functionality.<br><br>For example, ChatGPT operates through software executed on one or more computing systems. Those computing systems include one or more processors and memories in communication with the processors and storing program instructions executed by the processors. Depending on the configuration used, the relevant computing systems may include systems operated by OpenAI and/or a user's computing device. The executed instructions provide functionality for receiving user prompts and other information, applying one or more trained OpenAI models (e.g., GPT-5.6 Luna, Sol, or GPT-6 Astra), generating responsive content and providing the resulting output to the user. |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI Log in Try ChatGPT ↗<br><br>July 10, 2026 OpenAI Academy<br><br>**Getting started with ChatGPT**<br><br>Learn the basics of using ChatGPT and how to begin your first conversation.<br><br>Listen to article 3:57 Share<br><br>What is ChatGPT?<br>Start your first conversation<br>Finding good use cases for ChatGPT<br>Use voice in ChatGPT<br>Take the course<br><br>**What is ChatGPT?**<br><br>ChatGPT is a conversational AI assistant that helps you think, write, and solve problems by understanding natural language and generating human-like responses in real time.<br><br>ChatGPT is built on large language models, enabling it to assist with a wide range of tasks. Learn more about large language models in What is AI.<br><br>Use **Chat** when you want a quick answer, explanation, brainstorm, rewrite, or short draft. Use **Work** when you want ChatGPT to complete a larger task with a clear, reviewable output, like a brief, analysis, deck, spreadsheet, or recurring update. You can start simple in Chat, then move to Work when the task needs more context, tools, or follow-through.<br><br>Learn more about using ChatGPT here.<br><br>. . . |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Start your first conversation**<br><br>Open ChatGPT. A new chat is already waiting for you.<br><br>To get started, simply enter a **prompt**. A prompt is the question or instruction you type or share with ChatGPT to start a conversation. It is usually text, but it can also be an image, audio, file. Your prompt guides the model so it can generate a helpful reply.<br><br>Not sure where to begin? Copy and paste this prompt to see what ChatGPT can do for you (replace the brackets with more information about yourself):<br><br>*Tell me how I can use ChatGPT to make my life easier. I'm a [description of you or your job]. Give me 5 things I can do right now, and a prompt for each one.*<br><br>Read the response, then refine it by asking follow-up questions or adding more detail.<br><br>Learn more about prompting basics here.<br><br>https://openai.com/academy/getting-started/ (last visited September 26, 2026) |

| Claims of the ’404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | <br><br>https://chatgpt.com/overview/?openaicom_referred=true (last visited September 30, 2026)<br><br>ChatGPT is accessible by web, desktop, or mobile applications. |

| Claims of the ’404 Patent | Exemplary Accused System (ChatGPT) |
| --- | --- |
| | <br>chatgpt.com (last visited September 26, 2026) |

| Claims of the ’404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | <br><br>https://chatgpt.com/download/ (last visited September 26, 2026)<br><br>The specific processor, memory, program, server, and other computing-system configurations used to store and execute the relevant instructions may vary depending on the product, interface, deployment, and user configuration and are not fully publicly available. Those configurations will be confirmed through discovery. |

<table>
<tr><th>Claims of the ’404 Patent</th><th>Exemplary Accused System (ChatGPT)</th></tr>
<tr><td>[d] access to a computer-implemented neural network that is trained, the trained computer-implemented neural network being of a type other than a recurrent neural network;</td><td>

The Accused Products cause access to a computer-implemented neural network that is trained, the trained computer-implemented neural network being of a type other than a recurrent neural network.

For example, ChatGPT causes access to a trained OpenAI model (e.g., GPT-5.6 Luna, Sol, or GPT-6 Astra).




https://chatgpt.com/overview/?openaicom_referred=true (last visited September 30, 2026)

</td></tr>
</table>

OpenAI

English Login

Search for articles...

All Collections > ChatGPT > Model Release Notes

# Model Release Notes

Review OpenAI model releases, capability updates, retirements, and changes to the Model Spec.

Updated: last month

## Updates to the OpenAI Model Spec (August 18, 2026)

We've updated the Model Spec, our living document outlining intended model behavior.

This update adds additional clarity around principles on appropriate relational interactions for teens. It also clarifies how assistants should handle false or unsupported premises, removes outdated guidance for pre-reasoning models, adds a new section "Be clear about capabilities and limits", and makes a few other small changes and copy edits.

More information on our principles related to teens can be found in our ChatGPT for Teens blog post, and the latest version of the Model Spec is available at model-spec.openai.com.

## Introducing GPT-5.6 Sol in ChatGPT (July 9, 2026)

We're beginning the rollout of GPT-5.6 Sol in ChatGPT, our flagship reasoning model for complex work across coding, research, science, cybersecurity, computer use, and design.

GPT-5.6 Sol is rolling out to eligible paid ChatGPT plans. Free, Go, and logged-out users are not included. Availability may vary during rollout, and managed-workspace access can depend on administrator settings. Availability for other GPT-5.6 family models varies by product and plan; check the model picker or current rate card in the product you use.

## GPT-5.5 Instant Update (May 28, 2026)

We're updating GPT-5.5 Instant in ChatGPT and the API to improve response style and quality. It's now easier to read, more natural in everyday conversations, and better paced in practical help tasks, with fewer overly long or bullet-heavy responses.


Updates to the OpenAI Model Spec (August 18, 2026)
Introducing GPT-5.6 Sol in ChatGPT (July 9, 2026)
GPT-5.5 Instant Update (May 28, 2026)
Retiring OpenAI o3 and GPT-4.5 (May 28, 2026)
GPT-5.4 mini in ChatGPT (March 18, 2026)
GPT-5.3 Instant update (March 16, 2026)
Retiring GPT-5.1 models (March 11, 2026)
GPT-5.4 Thinking in ChatGPT (March 5, 2026)
GPT-5.3 Instant Update (March 3, 2026)
Retiring GPT-4o and other legacy models (February 13, 2026)
GPT-5.2 Instant Update (February 10, 2026)
Introducing GPT-5.3-Codex (February 5, 2026)
Update on thinking time settings for GPT-5.2 Thinking in ChatGPT (February 4, 2026)
Retiring GPT-4o and other legacy models (January 29, 2026)
5.2 Personality System Prompt Update (January 22, 2026)
Updates to the OpenAI Model Spec (December 18, 2025)
Introducing GPT-5-Codex-Max (November 19, 2025)

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
| --- | --- |
| | https://help.openai.com/en/articles/9624314-model-release-notes (last visited September 30, 2026)<br><br>Publicly available information further indicates that OpenAI models (e.g., GPT-5.6 Luna, Sol, or GPT-6 Astra) accessed by ChatGPT are transformer-based neural networks, rather than a recurrent neural network. OpenAI has explained that OpenAI models use transformer architecture and are trained through computer-implemented training processes.<br><br>**Key concepts**<br>Key concepts to understand when working with the OpenAI API.<br>Copy Page<br><br>At OpenAI, protecting user data is fundamental to our mission. We do not train our models on inputs and outputs through our API. Learn more on our API data privacy page.<br><br>**Text generation models**<br>OpenAI's text generation models (often referred to as generative pre-trained transformers or "GPT" models for short), like `gpt-6-astra` and `gpt-5.6-terra`, have been trained to understand natural and formal language. These models allow text outputs in response to their inputs. The inputs to these models are also referred to as "prompts." Designing a prompt is essentially how you "program" a model, usually by providing instructions or some examples of how to successfully complete a task. GPT models can be used across a great variety of tasks including content or code generation, summarization, conversation, creative writing, and more. Read more in our introductory text generation guide and in our prompt engineering guide.<br><br>https://developers.openai.com/api/docs/concepts#tokens (last visited September 30, 2026) |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br>Search for articles...<br>All Collections > ChatGPT > What is ChatGPT?<br>**What is ChatGPT?**<br>Commonly asked questions about ChatGPT<br>Updated: 2 months ago<br>**How much does it cost to use ChatGPT?**<br>ChatGPT is free to use, though we do have subscription plans available on our pricing page.<br>**How does ChatGPT work?**<br>ChatGPT is fine-tuned from GPT-3.5, a language model trained to produce text. ChatGPT was optimized for dialogue by using Reinforcement Learning with Human Feedback (RLHF) – a method that uses human demonstrations and preference comparisons to guide the model toward desired behavior.<br>https://help.openai.com/en/articles/6783457-what-is-chatgpt (last visited September 29, 2026) |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br><br>April 23, 2019 Publication<br><br>Generative modeling with sparse transformers<br><br>Read paper ↗ ↗<br><br>. . .<br><br>**Deep attention**<br><br>In Transformers, every output element is connected to every input element, and the weightings between them are dynamically calculated based upon the circumstances, a process called *attention*. While it is believed that this allows Transformers to be more flexible than models with fixed connectivity patterns, in practice it requires the creation of an $N \times N$ *attention matrix* for every layer and attention head, which can consume large amounts of memory when applied to data types with many elements, like images or raw audio.<br><br>https://openai.com/index/sparse-transformer/ (last visited September 29, 2026) |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
| --- | --- |
| | **Weight-sparse transformers have interpretable circuits**<br><br>Leo Gao [1] Achyuta Rajaram [1] Jacob Coxon [1] Soham V. Govande [1] Bowen Baker [1] Dan Mossing [1]<br><br>… |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|


**Abstract**

Finding human-understandable circuits in language models is a central goal of the field of mechanistic interpretability. We train models to have more understandable circuits by constraining most of their weights to be zeros, so that each neuron only has a few connections. To recover fine-grained circuits underlying each of several hand-crafted tasks, we prune the models to isolate the part responsible for the task. These circuits often contain neurons and residual channels that correspond to natural concepts, with a small number of straightforwardly interpretable connections between them. We study how these models scale and find that making weights sparser trades off capability for interpretability, and scaling model size improves the capability-interpretability frontier. However, scaling sparse models beyond tens of millions of nonzero parameters while preserving interpretability remains a challenge. In addition to training weight-sparse models *de novo*, we show preliminary results suggesting our method can also be adapted to explain existing dense models. Our work produces circuits that achieve an unprecedented level of human understandability and validates them with considerable rigor.





*Figure 1.* An illustration of our overall setup. We first train weight-sparse models. Then, for each of a curated suite of simple behaviors, we prune the model down to the subset of nodes required to perform the task. We ablate nodes by pruning to their mean activation value over the pretraining distribution.

**1. Introduction**

While neural networks, such as large language models, have rapidly increased in capability in recent years, we still understand very little about how they work. Mechanistic interpretability seeks to reverse engineer neural networks and fully understand the algorithms they implement internally.

A major difficulty for interpreting transformers is that the activations and weights are not directly comprehensible; for example, neurons activate in unpredictable patterns that don't correspond to human-understandable concepts. One hypothesized cause is superposition (Elhage et al., 2022b), the idea that dense models are an approximation to the computations of a much larger untangled sparse network.

Existing approaches have made progress on tackling superposition by first learning a basis in which activations appear sparse, and then attempting to understand the computations of the model within that basis (Marks et al., 2024; Ameisen et al., 2025). However, these approaches obtain human-understandable circuits by abstracting away complex computations that are only partially understood. Thus, the resulting circuits may reflect the chosen abstractions in addition to the model's true mechanisms.

Here, we introduce a new paradigm which leads to substantially simpler and more general circuits that we can fully understand even at the lowest levels of abstraction. To do this, we train transformers where the vast majority of weights are zeros; i.e., the $L_0$ norm of the weights is small.

[1]OpenAI, San Francisco, California, United States. Correspondence to: Leo Gao <lg@openai.com>.

Gao et al., OpenAI, *Weight-sparse transformers have interpretable circuits*, https://cdn.openai.com/pdf/41df8f28-d4ef-43e9-aed2-823f9393e470/circuit-sparsity-paper.pdf (last visited September 29, 2026)

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br><br>November 13, 2025 Research Publication<br><br>**Understanding neural networks through sparse circuits**<br><br>We trained models to think in simpler, more traceable steps—so we can better understand how they work.<br><br>Read the paper ↗<br><br>… |

# Example circuit in a sparse transformer




Example circuit in a sparse transformer that predicts whether to end a string in a single or double quote. This circuit uses just five residual channels (vertical gray lines), two MLP neurons in layer 0, and one attention query-key channel and one value channel in layer 10. The model (1) encodes single quotes in one residual channel and double quotes in another; (2) uses an MLP layer to convert this into one channel that detects any quote and another that classifies between single and double quotes; (3) uses an attention operation to ignore intervening tokens, find the previous quote, and copy its type to the final token; and (4) predicts the matching closing quote.

| Claims of the ’404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | https://openai.com/index/understanding-neural-networks-through-sparse-circuits/ (last visited September 29, 2026) |
| [e] access to information including a first plurality of syntactical elements; | The Accused Products cause access to information including a first plurality of syntactical elements.<br><br>For example, ChatGPT causes access to syntactical elements contained in a user’s prompt. OpenAI explains that a user may start ChatGPT from a text prompt, or by uploading images or documents. |

| Claims of the ’404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br><br>July 10, 2026 OpenAI Academy<br><br>**Getting started with ChatGPT**<br><br>Learn the basics of using ChatGPT and how to begin your first conversation.<br><br>Listen to article 3:57 Share<br><br>**What is ChatGPT?**<br><br>ChatGPT is a conversational AI assistant that helps you think, write, and solve problems by understanding natural language and generating human-like responses in real time.<br><br>ChatGPT is built on large language models, enabling it to assist with a wide range of tasks. Learn more about large language models in What is AI.<br><br>Use **Chat** when you want a quick answer, explanation, brainstorm, rewrite, or short draft. Use **Work** when you want ChatGPT to complete a larger task with a clear, reviewable output, like a brief, analysis, deck, spreadsheet, or recurring update. You can start simple in Chat, then move to Work when the task needs more context, tools, or follow-through.<br><br>Learn more about using ChatGPT here.<br><br>**Start your first conversation**<br><br>Open ChatGPT. A new chat is already waiting for you.<br><br>To get started, simply enter a **prompt**. A prompt is the question or instruction you type or share with ChatGPT to start a conversation. It is usually text, but it can also be an image, audio, file. Your prompt guides the model so it can generate a helpful reply.<br><br>Not sure where to begin? Copy and paste this prompt to see what ChatGPT can do for you (replace the brackets with more information about yourself):<br><br>*Tell me how I can use ChatGPT to make my life easier. I'm a [description of you or your job]. Give me 5 things I can do right now, and a prompt for each one.*<br><br>https://openai.com/academy/getting-started/ (last visited September 29, 2026) |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI English Login<br>Search for articles...<br>All Collections > ChatGPT > Prompt engineering best practices for ChatGPT<br>**Prompt engineering best practices for ChatGPT**<br>Learn how to craft effective prompts to get the best out of ChatGPT<br>Updated: 2 months ago<br>This guide provides resources to help ChatGPT users craft effective prompts for high-quality responses.<br>**What is a prompt?**<br>A prompt for a Large Language Model (LLM) is a text input that initiates a conversation or triggers a response from the model. However, it can be in other forms such as an image or audio.<br>https://help.openai.com/en/articles/10032626-prompt-engineering-best-practices-for-chatgpt (last visited September 29, 2026) |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
| --- | --- |
| | <br><br>https://chatgpt.com/overview/?openaicom_referred=true (last visited September 30, 2026) |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Key concepts**<br>Key concepts to understand when working with the OpenAI API.<br>Copy Page<br>At OpenAI, protecting user data is fundamental to our mission. We do not train our models on inputs and outputs through our API. Learn more on our API data privacy page.<br>**Text generation models**<br>OpenAI's text generation models (often referred to as generative pre-trained transformers or "GPT" models for short), like `gpt-6-astra` and `gpt-5.6-terra`, have been trained to understand natural and formal language. These models allow text outputs in response to their inputs. The inputs to these models are also referred to as "prompts." Designing a prompt is essentially how you "program" a model, usually by providing instructions or some examples of how to successfully complete a task. GPT models can be used across a great variety of tasks including content or code generation, summarization, conversation, creative writing, and more. Read more in our introductory text generation guide and in our prompt engineering guide.<br><br>https://developers.openai.com/api/docs/concepts#tokens (last visited September 30, 2026) |
| [f] generation, by application of the trained computer-implemented neural network, of a first plurality of probabilities that is associated with the first plurality of syntactical elements; | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a first plurality of probabilities associated with the first plurality of syntactical elements.<br><br>For example, when ChatGPT applies its trained OpenAI model (e.g., GPT-5.6 Luna, Sol, or GPT-6 Astra) to a user's prompt and other accessed information, the Accused Products generate probability values associated with represented portions of the prompt and other syntactical information.<br><br>As discussed above, ChatGPT includes transformer-based models (e.g., GPT-5.6 Luna, Sol, or GPT-6 Astra). *See supra* Claim 10[d]. OpenAI explains that, in transformer models, the weightings between input and output elements are dynamically calculated through attention, and that an attention matrix is created for every layer and attention head. |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br><br>April 23, 2019 Publication<br><br>**Generative modeling with sparse transformers**<br><br>Read paper ↗ ↗<br><br>...<br><br>**Deep attention**<br><br>In Transformers, every output element is connected to every input element, and the weightings between them are dynamically calculated based upon the circumstances, a process called *attention*. While it is believed that this allows Transformers to be more flexible than models with fixed connectivity patterns, in practice it requires the creation of an $N \times N$ *attention matrix* for every layer and attention head, which can consume large amounts of memory when applied to data types with many elements, like images or raw audio.<br><br>https://openai.com/index/sparse-transformer/ (last visited September 29, 2026)<br><br>OpenAI further explains that GPT-3 uses the same model and architecture as GPT-2. OpenAI's published source code for its GPT-2 model defines a softmax function and applies it to the attention weightings within the model's attention operation. |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | (see below) |

| Model Name | $n_{\text{params}}$ | $n_{\text{layers}}$ | $d_{\text{model}}$ | $n_{\text{heads}}$ | $d_{\text{head}}$ | Batch Size | Learning Rate |
|---|---|---|---|---|---|---|---|
| GPT-3 Small | 125M | 12 | 768 | 12 | 64 | 0.5M | $6.0 \times 10^{-4}$ |
| GPT-3 Medium | 350M | 24 | 1024 | 16 | 64 | 0.5M | $3.0 \times 10^{-4}$ |
| GPT-3 Large | 760M | 24 | 1536 | 16 | 96 | 0.5M | $2.5 \times 10^{-4}$ |
| GPT-3 XL | 1.3B | 24 | 2048 | 24 | 128 | 1M | $2.0 \times 10^{-4}$ |
| GPT-3 2.7B | 2.7B | 32 | 2560 | 32 | 80 | 1M | $1.6 \times 10^{-4}$ |
| GPT-3 6.7B | 6.7B | 32 | 4096 | 32 | 128 | 2M | $1.2 \times 10^{-4}$ |
| GPT-3 13B | 13.0B | 40 | 5140 | 40 | 128 | 2M | $1.0 \times 10^{-4}$ |
| GPT-3 175B or "GPT-3" | 175.0B | 96 | 12288 | 96 | 128 | 3.2M | $0.6 \times 10^{-4}$ |

**Table 2.1:** Sizes, architectures, and learning hyper-parameters (batch size in tokens and learning rate) of the models which we trained. All models were trained for a total of 300 billion tokens.

### 2.1 Model and Architectures

We use the same model and architecture as GPT-2 [RWC+19], including the modified initialization, pre-normalization, and reversible tokenization described therein, with the exception that we use alternating dense and locally banded sparse attention patterns in the layers of the transformer, similar to the Sparse Transformer [CGRS19]. To study the dependence of ML performance on model size, we train 8 different sizes of model, ranging over three orders of magnitude from 125 million parameters to 175 billion parameters, with the last being the model we call GPT-3. Previous work [KMH+20] suggests that with enough training data, scaling of validation loss should be approximately a smooth power law as a function of size; training models of many different sizes allows us to test this hypothesis both for validation loss and for downstream language tasks.

Table 2.1 shows the sizes and architectures of our 8 models. Here $n_{\text{params}}$ is the total number of trainable parameters, $n_{\text{layers}}$ is the total number of layers, $d_{\text{model}}$ is the number of units in each bottleneck layer (we always have the feedforward layer four times the size of the bottleneck layer, $d_{\text{ff}} = 4 * d_{\text{model}}$), and $d_{\text{head}}$ is the dimension of each attention head. All models use a context window of $n_{\text{ctx}} = 2048$ tokens. We partition the model across GPUs along both the depth and width dimension in order to minimize data-transfer between nodes. The precise architectural parameters for each model are chosen based on computational efficiency and load-balancing in the layout of models across GPU's. Previous work [KMH+20] suggests that validation loss is not strongly sensitive to these parameters within a reasonably broad range.

Brown et al., OpenAI, *Language Models are Few-Shot Learners*, https://arxiv.org/pdf/2005.14165 (last visited September 29, 2026)

| Claims of the ’404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | (code listing below) |

```python
import numpy as np
import tensorflow as tf
from tensorflow.contrib.training import HParams

def default_hparams():
    return HParams(
        n_vocab=0,
        n_ctx=1024,
        n_embd=768,
        n_head=12,
        n_layer=12,
    )

def shape_list(x):
    """Deal with dynamic shape in tensorflow cleanly."""
    static = x.shape.as_list()
    dynamic = tf.shape(x)
    return [dynamic[i] if s is None else s for i, s in enumerate(static)]

def softmax(x, axis=-1):
    x = x - tf.reduce_max(x, axis=axis, keepdims=True)
    ex = tf.exp(x)
    return ex / tf.reduce_sum(ex, axis=axis, keepdims=True)

```

…

<table>
<tr><th>Claims of the ’404 Patent</th><th>Exemplary Accused System (ChatGPT)</th></tr>
<tr><td></td><td>
<pre>
def multihead_attn(q, k, v):
    # q, k, v have shape [batch, heads, sequence, features]
    w = tf.matmul(q, k, transpose_b=True)
    w = w * tf.rsqrt(tf.cast(v.shape[-1].value, w.dtype))

    w = mask_attn_weights(w)
    w = softmax(w)
    a = tf.matmul(w, v)
    return a
</pre>
https://github.com/openai/gpt-2/blob/master/src/model.py (last visited September 29, 2026)<br><br>
PyTorch further explains that softmax rescales multiple input values into corresponding output values between zero and one that collectively sum to one.
</td></tr>
</table>

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | |



PyTorch

Reference API > torch.nn > Softmax Rate this Page

# Softmax

`class torch.nn.Softmax(dim=None)` [source]

Applies the Softmax function to an n-dimensional input Tensor.

Rescales them so that the elements of the n-dimensional output Tensor lie in the range [0,1] and sum to 1.

Softmax is defined as:

$$\text{Softmax}(x_i) = \frac{\exp(x_i)}{\sum_j \exp(x_j)}$$

When the input Tensor is a sparse tensor then the unspecified values are treated as `-inf`.

**Shape:**

- Input: $(*)$ where * means, any number of additional dimensions
- Output: $(*)$, same shape as the input

**Returns:**

a Tensor of the same dimension and shape as the input with values in the range [0, 1]

**Parameters:**

**dim** (*int*) – A dimension along which Softmax will be computed (so every slice along dim will sum to 1).

**Return type:**

None

https://docs.pytorch.org/docs/2.13/generated/torch.nn.Softmax.html (last visited August 27, 2026)

OpenAI further explains that, when generating a response, ChatGPT predicts the next most likely word, one word at a time.

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br><br>Search for articles...<br><br>All Collections > Privacy and policies > General FAQ > How ChatGPT and our foundation models are deve<br><br>**How ChatGPT and our foundation models are developed**<br><br>Learn more about how we develop our models and apply them in products like ChatGPT<br><br>Updated: last month<br><br>OpenAI's foundation models, including the models that power ChatGPT, are developed using three primary sources of information: (1) information that is publicly available on the internet, (2) information that we partner with third parties to access, and (3) information that our users, human trainers, and researchers provide or generate.<br><br>Developing foundation models like those used in ChatGPT involves several stages, including preparing training data, pre-training, and post-training, as well as ongoing evaluation and improvement after deployment. Different types of information may be used at these stages for various purposes, including improving model performance, reliability, and safety.<br><br>This article provides an overview of the information we use to help develop these models, how we collect and use that information in compliance with privacy laws, and the safeguards we apply throughout the training process. To understand how we collect and use information from users of our services, including how to opt out of having ChatGPT conversations used to help improve our models, please see our Privacy Policy and this help center article. |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | . . .<br><br>**What is ChatGPT and how does it work?**<br><br>ChatGPT is an artificial intelligence-based service that you can access via the internet or app. You can use ChatGPT for a wide range of tasks, including organizing and summarizing information, assisting with translations, supporting coding, research and analysis, completing multi-step tasks across tools, analyzing or generating images, inspiring creativity and ideas, and other everyday activities. ChatGPT is designed to understand and respond to user questions and instructions by learning patterns from large amounts of information, including text, images, audio, and video.<br><br>During training, the model analyzes relationships within this data—such as how words typically appear together in context—and uses that understanding to predict the next most likely word when generating a response, one word at a time. Text may be converted into smaller units, sometimes called "tokens" which may represent whole words, parts of words, or punctuation. Tokens are the building blocks of text that the model processes. Similarly, models that generate other forms of content, like images, learn patterns in how pixels relate to each other and to associated captions in the training data.<br><br>For example, during the model's learning process (known as "training"), the model might be tasked with completing a sentence like: "Instead of turning left, she turned ___." Early in training, its responses are largely random. However, as the model processes and learns from a large volume of text, it becomes better at recognizing patterns and predicting the most likely next word. This process is repeated across millions of sentences to refine its understanding and improve its accuracy.<br><br>Because there are multiple plausible ways to complete a sentence—such as "Instead of turning left, she turned right," "around," or "back"—there is an inherent element of randomness in how the model responds. As a result, the same question may yield different answers across different queries.<br><br>Machine learning models consist of large sets of numbers, known as "weights" or "parameters," along with code that interprets and uses those numbers. These models do not store or retain copies of the data they are trained on. Instead, as a model learns, the values of its parameters are adjusted slightly to reflect patterns it has identified. In the earlier example, the model improved from predicting random words to making more accurate predictions—not by storing the training sentences, but by updating its internal parameters. The model does not retain copies of the sentences, images, or audio it processes during training. ChatGPT does not "copy and paste" from its training data—similar to how a teacher, after extensive study, can explain concepts by understanding the relationships between ideas without memorizing or reproducing the original materials verbatim. When generating a response to a user request, the model uses these learned weights to predict and create new content.<br><br>https://help.openai.com/en/articles/7842364-how-chatgpt-and-our-foundation-models-are-developed<br>(last visited September 30, 2026) |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| [g] a first attention to be directed to a representation of a first subset of the first plurality of syntactical elements based on the first plurality of probabilities, for use by the trained computer-implemented neural network; | The Accused Products cause a first attention to be directed to a representation of a first subset of the first plurality of syntactical elements based on the first plurality of probabilities, for use by the trained computer-implemented neural network.<br><br>For example, when ChatGPT applies its trained multimodal GPT model to a user's prompt and other accessed information, the Accused Products cause a first attention to be directed, based on the first plurality of probabilities generated as described above, to represented portions of the prompt or other syntactical information for use in the neural network's processing. *See supra* Claims 10[e]–10[f].<br><br>OpenAI describes attention operations that selectively attend to a particular represented element within a context while disregarding other elements, and carry information from that element forward for use in the model's processing. |

| Claims of the ’404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | OpenAI<br><br>November 13, 2025 Research Publication<br><br>**Understanding neural networks through sparse circuits**<br><br>We trained models to think in simpler, more traceable steps—so we can better understand how they work.<br><br>Read the paper ↗<br><br>. . . |

# Example circuit in a sparse transformer




Example circuit in a sparse transformer that predicts whether to end a string in a single or double quote. This circuit uses just five residual channels (vertical gray lines), two MLP neurons in layer 0, and one attention query-key channel and one value channel in layer 10. The model (1) encodes single quotes in one residual channel and double quotes in another; (2) uses an MLP layer to convert this into one channel that detects any quote and another that classifies between single and double quotes; (3) uses an attention operation to ignore intervening tokens, find the previous quote, and copy its type to the final token; and (4) predicts the matching closing quote.

| Claims of the ’404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | … |

We also looked at some more complicated behaviors. Our circuits for these behaviors (for example variable binding shown below) are harder to explain completely. Even then, we can still achieve relatively simple partial explanations which are predictive of model behavior.

**Example circuit in a sparse transformer**




Another example circuit, in less detail. To determine the type of a variable called `current`, one attention operation copies the variable name into the `set()` token when it's defined, and another later operation copies the type from the `set()` token into a subsequent use of the variable, allowing the model to infer the correct next token.

Show less

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | https://openai.com/index/understanding-neural-networks-through-sparse-circuits/ (last visited September 30, 2026) |
| [h] generation, by application of the trained computer-implemented neural network, of a second plurality of probabilities based on the first attention and the first plurality of probabilities generated by the application of the trained computer-implemented neural network; and | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a second plurality of probabilities based on the first attention and the first plurality of probabilities generated by the application of the trained computer-implemented neural network.<br><br>For example, publicly available information indicates that ChatGPT's trained multimodal GPT model performs successive neural-network processing in which represented information resulting from or affected by the first attention and the first plurality of probabilities contributes to generation of a second plurality of probabilities. *See supra* Claims 10[f]–10[g]. |
| [i] a second attention to be directed to a representation of a second subset of the first plurality of syntactical elements based on the second plurality of probabilities, for use by the trained computer-implemented neural network; | The Accused Products cause a second attention to be directed to a representation of a second subset of the first plurality of syntactical elements based on the second plurality of probabilities, for use by the trained computer-implemented neural network.<br><br>For example, in the successive neural-network processing described in Claim 10[h], ChatGPT's trained multimodal GPT model directs a further attention, based on the second plurality of probabilities, to a representation of a second subset of the prompt or other syntactical information for use in the neural network's processing. *See supra* Claims 10[g]–10[h]. |
| [j] generation, by application of the trained computer implemented neural network, of a third plurality of probabilities based on the second attention and the second plurality of probabilities generated by the application of the trained | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a third plurality of probabilities based on the second attention and the second plurality of probabilities generated by the application of the trained computer-implemented neural network.<br><br>For example, in the successive neural-network processing described in Claims 10[h]–10[i], represented information resulting from or affected by the second attention and the second plurality of probabilities contributes to generation of a third plurality of probabilities by ChatGPT's trained multimodal GPT model. *See supra* Claims 10[f]–10[i]. |

| Claims of the ’404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| computer-implemented neural network; | |
| [k] generation, by application of the trained implemented neural network, of a second plurality of syntactical elements based on the third plurality of probabilities generated by the application of the trained computer-implemented neural network; and | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a second plurality of syntactical elements based on the third plurality of probabilities generated by the application of the trained computer-implemented neural network.<br><br>For example, OpenAI explains that, when generating a response, ChatGPT predicts the next most likely word, one word at a time. *See supra* Claim 10[f]. On information and belief, ChatGPT generates the syntactical elements of its responsive output based on the third plurality of probabilities generated by its trained multimodal GPT model after the attentional processing described in Claims 10[g]–10[j]. *See infra* Claim 10[l]. |
| [l] a communication to be sent to a user. | The Accused Products cause a communication to be sent to a user.<br><br>For example, ChatGPT receives information provided by a user and sends or otherwise provides the user with a responsive communication containing generated text, code, documents, or other content. Users may access and receive generated communications through, for example, ChatGPT web, desktop, or mobile apps, and products or services incorporating OpenAI’s API. *See supra* Claims 10[pre]–[e]. |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | <br>https://chatgpt.com/overview/?openaicom_referred=true (last visited September 30, 2026) |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | July 10, 2026 OpenAI Academy<br><br>**Getting started with ChatGPT**<br><br>Learn the basics of using ChatGPT and how to begin your first conversation.<br><br>Listen to article 3:57 Share<br><br>**What is ChatGPT?**<br><br>ChatGPT is a conversational AI assistant that helps you think, write, and solve problems by understanding natural language and generating human-like responses in real time.<br><br>ChatGPT is built on large language models, enabling it to assist with a wide range of tasks. Learn more about large language models in What is AI.<br><br>Use **Chat** when you want a quick answer, explanation, brainstorm, rewrite, or short draft. Use **Work** when you want ChatGPT to complete a larger task with a clear, reviewable output, like a brief, analysis, deck, spreadsheet, or recurring update. You can start simple in Chat, then move to Work when the task needs more context, tools, or follow-through.<br><br>Learn more about using ChatGPT here.<br><br>. . . |

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Start your first conversation**<br><br>Open ChatGPT. A new chat is already waiting for you.<br><br>To get started, simply enter a **prompt**. A prompt is the question or instruction you type or share with ChatGPT to start a conversation. It is usually text, but it can also be an image, audio, file. Your prompt guides the model so it can generate a helpful reply.<br><br>Not sure where to begin? Copy and paste this prompt to see what ChatGPT can do for you (replace the brackets with more information about yourself):<br><br>*Tell me how I can use ChatGPT to make my life easier. I'm a [description of you or your job]. Give me 5 things I can do right now, and a prompt for each one.*<br><br>Read the response, then refine it by asking follow-up questions or adding more detail.<br><br>Learn more about prompting basics here.<br><br>https://openai.com/academy/getting-started/ (last visited September 30, 2026) |

<table>
<tr><th>Claims of the ’404 Patent</th><th>Exemplary Accused System (ChatGPT)</th></tr>
<tr><td></td><td>

# Use ChatGPT

Choose Chat, ChatGPT Work, or Codex, add useful context, and refine the result.

Copy Page

## Go from idea to useful result

ChatGPT is an AI agent that you communicate with in natural language:

1. Start with a question, an idea, rough notes, a file, or a task you need to complete.
2. Ask ChatGPT to explain information, develop ideas, draft content, research a topic, analyze materials, or create something new.
3. Add the context and tools it needs, such as files, web search, projects, or plugins.
4. Review the result, correct the direction, and ask for changes. You don’t need a perfect first prompt or special commands.

. . .

## Choose how you want to work

Use Chat for a question or back-and-forth. Turn on Work in the switcher when you want ChatGPT to carry a larger task through to a reviewable result. Select Codex when you want developer views or more technical detail, especially for software development.

| Choose | When you want to | Examples |
|---|---|---|
| Chat | Work through something with ChatGPT | Ask a question, search the web, brainstorm, draft a message, compare options |
| ChatGPT Work | Define an outcome and get a reviewable result | Create a deck, analyze files, draft a report, build a project plan |
| Codex | Use developer tools and see technical details | Debug code, run tests, review a PR, implement a feature |

Use Chat to ask questions, brainstorm, draft or revise text, summarize files, compare options, or clarify a larger task. In Codex, point to **New chat**, then select **Quick chat** when that option is available.

https://learn.chatgpt.com/docs/use-chatgpt (last visited September 30, 2026)

</td></tr>
</table>

| Claims of the '404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | **Key concepts**<br>Key concepts to understand when working with the OpenAI API.<br>Copy Page<br>At OpenAI, protecting user data is fundamental to our mission. We do not train our models on inputs and outputs through our API. Learn more on our API data privacy page.<br>**Text generation models**<br>OpenAI's text generation models (often referred to as generative pre-trained transformers or "GPT" models for short), like `gpt-6-astra` and `gpt-5.6-terra`, have been trained to understand natural and formal language. These models allow text outputs in response to their inputs. The inputs to these models are also referred to as "prompts." Designing a prompt is essentially how you "program" a model, usually by providing instructions or some examples of how to successfully complete a task. GPT models can be used across a great variety of tasks including content or code generation, summarization, conversation, creative writing, and more. Read more in our introductory text generation guide and in our prompt engineering guide.<br>https://developers.openai.com/api/docs/concepts (last visited September 30, 2026) |
| 21[pre]. The system of claim 10, | The Accused Products practice the elements of claim 10. *See supra* Claim 10. |
| [a] wherein the system is configured such that the information is a user prompt capable of including at least one image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one image in addition | The Accused Products comprise a system configured such that the information is a user prompt capable of including at least one image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one image in addition to the first plurality of syntactical elements.<br><br>For example, ChatGPT allows a user prompt to include textual instructions together with one or more corresponding images, screenshots, and/or other visual information. When ChatGPT applies its trained multimodal GPT model to that multimodal prompt, publicly available information indicates that the Accused Products generate the first plurality of probabilities associated with represented information from the image and the syntactical elements. *See supra* Claims 10[e]–10[f]. |

| | |
|---|---|
| to the first plurality of syntactical elements; and, | July 10, 2026 OpenAI Academy<br><br># Getting started with ChatGPT<br><br>Learn the basics of using ChatGPT and how to begin your first conversation.<br><br>Listen to article 3:57 Share<br><br>## What is ChatGPT?<br><br>ChatGPT is a conversational AI assistant that helps you think, write, and solve problems by understanding natural language and generating human-like responses in real time.<br><br>ChatGPT is built on large language models, enabling it to assist with a wide range of tasks. Learn more about large language models in What is AI.<br><br>Use **Chat** when you want a quick answer, explanation, brainstorm, rewrite, or short draft. Use **Work** when you want ChatGPT to complete a larger task with a clear, reviewable output, like a brief, analysis, deck, spreadsheet, or recurring update. You can start simple in Chat, then move to Work when the task needs more context, tools, or follow-through.<br><br>Learn more about using ChatGPT here.<br><br>## Start your first conversation<br><br>Open ChatGPT. A new chat is already waiting for you.<br><br>To get started, simply enter a **prompt**. A prompt is the question or instruction you type or share with ChatGPT to start a conversation. It is usually text, but it can also be an image, audio, file. Your prompt guides the model so it can generate a helpful reply. |

| Claims of the ’404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | https://openai.com/academy/getting-started/ (last visited September 30, 2026) |

March 14, 2023 Milestone

# GPT-4

Read paper ↗ View system card ↗ Try on ChatGPT Plus ↗

More Resources

Try in Playground ↗ Rewatch demo livestream ↗ Contribute to OpenAI Evals ↗

Listen to article 18:25 Share

We've created GPT-4, the latest milestone in OpenAI's effort in scaling up deep learning. GPT-4 is a large multimodal model (accepting image and text inputs, emitting text outputs) that, while less capable than humans in many real-world scenarios, exhibits human-level performance on various professional and academic benchmarks. For example, it passes a simulated bar exam with a score around the top 10% of test takers; in contrast, GPT-3.5's score was around the bottom 10%. We've spent 6 months iteratively aligning GPT-4 using lessons from our adversarial testing program as well as ChatGPT, resulting in our best-ever results (though far from perfect) on factuality, steerability, and refusing to go outside of guardrails.

| Claims of the ’404 Patent | Exemplary Accused System (ChatGPT) |
|---|---|
| | https://openai.com/index/gpt-4-research/ (last visited September 30, 2026) |
| [b] based on the first plurality of probabilities, one or more attentions is caused to be directed to a representation of at least a portion of the at least one image in addition to the representation of the first subset of the first plurality of syntactical elements. | The Accused Products, based on the first plurality of probabilities, cause one or more attentions to be directed to a representation of at least a portion of the at least one image in addition to the representation of the first subset of the first plurality of syntactical elements.<br><br>For example, when ChatGPT applies its trained multimodal GPT model to a user prompt containing textual instructions and one or more corresponding images, publicly available information indicates that the Accused Products direct one or more attentions, based on the first plurality of probabilities, to represented portions of both the image and the textual instructions. *See supra* Claims 10[f]–10[g] and 21[a].<br><br>OpenAI explains that ChatGPT accepts prompts that include images together with text and that its GPT models accept image and text inputs for use in generating a response. *See supra* Claim 21[a]. |

# EXHIBIT C

**FLINN ARTIFICIAL INTELLIGENCE (AI) TECHNOLOGIES, LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS**

**U.S. Patent No. 12,511,580**

Flinn Artificial Intelligence (AI) Technologies, LLC ("Flinn") accuses OpenAI of infringing at least claim 1 of U.S. Patent No. 12,511,580 (hereinafter "the '580 Patent"). Flinn provides the following claim chart.

This claim chart identifies specifically where each element of each Asserted Claim is found within each Accused Product[1] and provides OpenAI notice of identified instrumentalities that incorporate or reflect the recited claim elements. This claim chart is not intended to be an expert report on infringement or provide detailed analysis of the claim terms or infringement. This claim chart includes information related to an assertion of infringement with respect to the Accused Products identified, including diagrams, web page screenshots, and other documentary evidence by way of example and not by way of limitation.

The Asserted Claims include elements that are implemented, at least in part, by instrumentalities described in confidential information not accessible to Plaintiff. In some instances, the precise processes and algorithms used are, at least in part, not publicly available. An analysis of OpenAI's (or other third parties') technical documentation and/or software source code may be necessary to more fully identify all infringing features and functionality. Accordingly, Flinn reserves the right to supplement these contentions once such information is made available to Flinn. Furthermore, Flinn reserves the right to revise these contentions, as appropriate, upon issuance of the Court's Claim Construction Order.

[1] OpenAI's products and services including ChatGPT and its chat, agentic, and task-execution functionality, whether offered separately or through a unified experience, ChatGPT Projects, ChatGPT Work, ChatGPT agent, Operator, deep research, ChatGPT Canvas, Dots, ChatGPT Space, GPTs, Codex (including Codex in ChatGPT, Codex Cloud, Codex CLI, and the Codex IDE extension), the OpenAI API Platform, Decisions API, and OpenAI API access (including the Responses API, the Assistants API, File Search, Retrieval, vector stores, and embeddings), and hosted or dedicated OpenAI deployments that are powered by artificial-intelligence models from OpenAI, including GPT-3.5, GPT-4, GPT-4V, GPT-4o, o1, o3, codex-1, GPT-5.4, GPT-5.5, GPT-5.6, GPT-6, GPT-6.1, text-embedding-3-small, text-embedding-3-large, and all mini, Instant, Thinking, Pro, Sol, Luna, Terra, Astra, and other versions, variants, or configurations of those models, as well as any later-released, successor, replacement, updated, modified, derivative, consolidated, integrated, or renamed products, services, platforms, systems, versions, or variants of the foregoing that perform the same or substantially similar accused functionality (collectively, the "Accused Products").

As used in this claim chart, "Accused System" refers to the combination of models, software, computing infrastructure, interfaces, and related components through which the Accused Products are trained, evaluated, aligned, improved, operated, provided, and/or used to perform the accused functionality. The Accused System may include, without limitation, components and processes used for training, post-training, human or automated feedback, evaluation, inference, reasoning, agentic task execution, and generation or revision of model outputs. The Accused System is not a separate category of accused product and does not limit the definition of Accused Products.

The claim chart refers to the Accused System and the aforementioned products are included in (or can operate in conjunction with) the Accused System, as noted in the claim chart. To the extent the below claim chart relies on evidence for the Accused System, Flinn asserts that, on information and belief, any Accused Product that includes, incorporates, or operates in conjunction with a system having the same or substantially similar accused functionality also infringes the charted claim. Flinn reserves the right to amend these infringement contentions with other products, services, platforms, or systems made, used, sold, imported, or offered for sale, provided, or operated by OpenAI, as well as methods performed by or through such products, services, platforms, or systems. Flinn also reserves the right to amend these infringement contentions by citing other claims of the '580 Patent, not listed in the claim chart, that are infringed by the Accused Products or by methods performed by or through the Accused Products. Flinn further reserves the right to amend these infringement contentions by adding, subtracting, or otherwise modifying content in the "Accused System" section.

To the extent there are any differences between the accused instrumentalities and the following claim elements, any such differences are insubstantial and are alleged to infringe under the doctrine of equivalents.

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| 1[pre]. A computer-implemented method, comprising: | OpenAI has infringed and continues to infringe by making, using, selling, offering for sale, and/or importing Accused Products that perform a computer-implemented method.<br><br>For example, OpenAI makes, uses, sells, offers for sale, and/or imports the OpenAI API Platform, including the File Search tool available through the Responses API, through which the recited computer-implemented method is performed. In operation, a user uploads files to a knowledge base stored in one or more vector stores and submits a prompt or other input to an OpenAI model. The model searches the stored knowledge base for relevant information, uses the retrieved information in generating a responsive output, and returns that output to the user, each by execution of software on one or more computers. OpenAI performs the recited method itself in the course of developing, evaluating, testing, demonstrating, operating, and internally using the Accused Products, including File Search, and further induces and contributes to its performance by customers and end users.<br><br>OpenAI explains that File Search "enables models to retrieve information in a knowledge base of previously uploaded files through semantic and keyword search," and that, when the model uses the tool, it will "retrieve information from your files, and return an output." https://developers.openai.com/api/docs/guides/tools-file-search (last visited October 1, 2026) |

| Claims of the ’580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | |



OpenAI Developers

Home API ChatGPT Resources API Dashboard

Overview Models Agents Tools Audio & voice Production API reference

Overview
Function calling
Search and retrieval
Web search
File search
Retrieval
Connect tools and data
MCP servers
Secure MCP Tunnel
Build tool workflows
Skills
Tool search
Programmatic tool calling
Async tool calling
Computer and code
Shell
Computer use
Apply Patch
Local shell
Code interpreter
Media
Image generation

# File search

Allow models to search your files for relevant information before generating a response.

Copy Page

File search is a tool available in the Responses API. It enables models to retrieve information in a knowledge base of previously uploaded files through semantic and keyword search. By creating vector stores and uploading files to them, you can augment the models' inherent knowledge by giving them access to these knowledge bases or `vector_stores`.

To learn more about how vector stores and semantic search work, refer to our retrieval guide.

This is a hosted tool managed by OpenAI, meaning you don't have to implement code on your end to handle its execution. When the model decides to use it, it will automatically call the tool, retrieve information from your files, and return an output.

## How to use

Prior to using file search with the Responses API, you need to have set up a knowledge base in a vector store and uploaded files to it.

> Create a vector store and upload a file

Once your knowledge base is set up, you can include the `file_search` tool in the list of tools available to the model, along with the list of vector stores in which to search.

File search tool Python

```python
from openai import OpenAI

client = OpenAI()

response = client.responses.create(
    model="gpt-6-astra",
    input="What is deep research by OpenAI?",
    tools=[{"type": "file_search", "vector_store_ids": ["<vector_store_id>"]}],
)
print(response)
```

https://developers.openai.com/api/docs/guides/tools-file-search (last visited October 1, 2026)

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| [a] at a system including one or more processors and one or more memories in communication with the one or more processors and with instructions stored therein: | The Accused Products comprise a system including one or more processors and one or more memories in communication with the one or more processors and with instructions stored therein.<br><br>For example, the OpenAI API Platform, including the File Search tool available through the Responses API, operates through software executed on one or more computing systems. Those computing systems include one or more processors and memories in communication with the processors and storing instructions executed by the processors. Depending on the configuration used, the relevant computing systems may include systems operated by OpenAI and/or a user's computing device. A user's application transmits requests and associated information to, and receives generated responses from, OpenAI's computing infrastructure, which runs OpenAI models and provides file storage, vector-store, search, retrieval, and related functionality. The specific processor, memory, and server configurations used by OpenAI to store and execute the relevant instructions are not fully publicly available and will be confirmed through discovery.<br><br>OpenAI explains that File Search is a hosted tool managed by OpenAI, that files are uploaded to and stored in vector stores, and that the model calls the tool, retrieves information from those files, and returns an output. *See supra* Claim 1[pre]. |
| [b] causing access to a first plurality of syntactical elements; | The Accused Products cause access to a first plurality of syntactical elements.<br><br>For example, when the File Search tool is used through the Responses API, the Accused Products receive a prompt or other input from a user, and the syntactical elements contained in the user's query are accessed for use in generating the vector representation and searching the stored knowledge base described below. *See supra* Claims 1[pre]–1[a]; *infra* Claims 1[c]–1[d]. The accessed item is the user's query. The access is triggered by the user's submission of that query through the Responses API. It is caused by the system described in Claim 1[a], to which the user's application transmits requests and associated information. |

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| [c] based on the first plurality of syntactical elements, causing generation, by multiple-attention-based neural network application, of a vector representation of the first plurality of syntactical elements, the multiple-attention-based neural network application involving application of a computer-implemented neural network that is trained utilizing hardware that processes representations of training syntactical elements based on multiple training attentions that correspond to representations of different subsets of the training syntactical elements; | The Accused Products, based on the first plurality of syntactical elements, cause generation, by multiple-attention-based neural network application, of a vector representation of the first plurality of syntactical elements, the multiple-attention-based neural network application involving application of a computer-implemented neural network that is trained utilizing hardware that processes representations of training syntactical elements based on multiple training attentions that correspond to representations of different subsets of the training syntactical elements.<br><br>For example, when the File Search tool is used through the Responses API, the Accused Products cause generation of a vector representation based on syntactical elements contained in a user's query for use in searching stored content. OpenAI explains that File Search enables models to retrieve information from a knowledge base of previously uploaded files through semantic and keyword search. *See supra* Claim 1[pre].<br><br>Publicly available information indicates that the accused search functionality uses vector representations generated from or based on the user's query. OpenAI explains that an embedding "is a vector representation of a piece of data (e.g. some text) that is meant to preserve aspects of its content and/or its meaning," that "[c]hunks of data that are similar in some way will tend to have embeddings that are closer together than unrelated data," and that embeddings are useful for search. |

| Claims of the ’580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | OpenAI Developers Home API ChatGPT Resources API Dashboard<br>Overview Models Agents Tools Audio & voice Production API reference<br>Home<br>Get started: Quickstart; Using GPT-6; Key concepts<br>Core concepts: Responses API; Conversation state; Background mode; Streaming; WebSocket mode; Mid-turn steering; Multi-agent; Webhooks; File inputs; Compaction; Counting tokens<br>SDKs and CLI: OpenAI SDK; OpenAI CLI<br>Resources: Changelog; Deprecations; Supported countries; OpenAI Crawlers; Terms and policies<br>**Key concepts**<br>Key concepts to understand when working with the OpenAI API.<br>Copy Page<br>At OpenAI, protecting user data is fundamental to our mission. We do not train our models on inputs and outputs through our API. Learn more on our API data privacy page.<br>**Text generation models**<br>OpenAI’s text generation models (often referred to as generative pre-trained transformers or “GPT” models for short), like `gpt-6-astra` and `gpt-5.6-terra`, have been trained to understand natural and formal language. These models allow text outputs in response to their inputs. The inputs to these models are also referred to as “prompts.” Designing a prompt is essentially how you “program” a model, usually by providing instructions or some examples of how to successfully complete a task. GPT models can be used across a great variety of tasks including content or code generation, summarization, conversation, creative writing, and more. Read more in our introductory text generation guide and in our prompt engineering guide.<br>**Embeddings**<br>An embedding is a vector representation of a piece of data (e.g. some text) that is meant to preserve aspects of its content and/or its meaning. Chunks of data that are similar in some way will tend to have embeddings that are closer together than unrelated data. OpenAI offers text embedding models that take as input a text string and produce as output an embedding vector. Embeddings are useful for search, clustering, recommendations, anomaly detection, classification, and more. Read more about embeddings in our embeddings guide.<br>**Tokens**<br>Text generation and embeddings models process text in chunks called tokens. Tokens represent commonly occurring sequences of characters. For example, the string “ tokenization” is decomposed as “ token” and “ization”, while a short and common word like “ the” is represented as a single token. Note that in a sentence, the first token of each word typically starts with a space character. Check out our tokenizer tool to test specific strings and see how they are translated into tokens. As a rough rule of thumb, 1 token is approximately 4 characters or 0.75 words for English text.<br>One limitation to keep in mind is that for a text generation model the prompt and the generated output combined must be no more than the model’s maximum context length. For embeddings models (which do not output tokens), the input must be shorter than the model’s maximum context length. The maximum context lengths for each text generation and embeddings model can be found in the model index.<br><br>https://developers.openai.com/api/docs/concepts (last visited October 1, 2026)<br><br>OpenAI further explains that semantic search uses vector embeddings to identify semantically relevant results. |

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
| --- | --- |
| |  |

OpenAI Developers

Home API ChatGPT Resources API Dashboard

Overview Models Agents Tools Audio & voice Production API reference

Overview
Function calling
Search and retrieval
Web search
File search
Retrieval
Connect tools and data
MCP servers
Secure MCP Tunnel
Build tool workflows
Skills
Tool search
Programmatic tool calling
Async tool calling
Computer and code
Shell
Computer use
Apply Patch
Local shell

## Retrieval

Search your data using semantic similarity.

Copy Page

The **Retrieval API** allows you to perform semantic search over your data, which is a technique that surfaces semantically similar results—even when they match few or no keywords. Retrieval is useful on its own, but is especially powerful when combined with our models to synthesize responses.



The Retrieval API is powered by vector stores, which serve as indices for your data. This guide will cover how to perform semantic search, and go into the details of vector stores.

. . .

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | (see screenshot content below) |

## Quickstart

1 **Create vector store** and upload files.

Create vector store with files — Python

```python
from openai import OpenAI

client = OpenAI()

vector_store = client.vector_stores.create(        # Create vector store
    name="Support FAQ",
)

client.vector_stores.files.upload_and_poll(        # Upload file
    vector_store_id=vector_store.id,
    file=open("customer_policies.txt", "rb")
)
```

2 **Send search query** to get relevant results.

Search query — Python

```python
user_query = "What is the return policy?"

results = client.vector_stores.search(
    vector_store_id=vector_store.id,
    query=user_query,
)
```

ⓘ To learn how to use the results with our models, check out the synthesizing responses section.

## Semantic search

**Semantic search** is a technique that leverages vector embeddings to surface semantically relevant results. Importantly, this includes results with few or no shared keywords, which classical search techniques might miss.

For example, let's look at potential results for `"When did we go to the moon?"`:

| Text | Keyword Similarity | Semantic Similarity |
|---|---|---|
| The first lunar landing occurred in July of 1969. | 0% | 65% |
| The first man on the moon was Neil Armstrong. | 27% | 43% |
| When I ate the moon cake, it was delicious. | 40% | 28% |

*(Keyword similarity uses intersection over union; semantic similarity uses cosine similarity with* `text-embedding-3-small`*.)*

Ask AI

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | https://developers.openai.com/api/docs/guides/retrieval (last visited October 1, 2026) |

Publicly available information further indicates that the relevant vector representation is generated by multiple-attention-based neural network application involving application of a trained computer-implemented neural network. The relevant neural-network application was trained utilizing hardware that processes representations of training syntactical elements based on multiple attentions corresponding to representations of different subsets of those elements. OpenAI describes its GPT models as trained transformer-based models with multiple layers and attention heads, in which attention weightings are calculated for every layer and attention head.


OpenAI Developers

Home API ChatGPT Resources API Dashboard

Overview Models Agents Tools Audio & voice Production API reference

Home

Get started

Quickstart

Using GPT-6

Key concepts

Core concepts

Responses API

Conversation state

Background mode

Streaming

WebSocket mode

Key concepts

Key concepts to understand when working with the OpenAI API.

Copy Page

At OpenAI, protecting user data is fundamental to our mission. We do not train our models on inputs and outputs through our API. Learn more on our API data privacy page.

Text generation models

OpenAI's text generation models (often referred to as generative pre-trained transformers or "GPT" models for short), like `gpt-6-astra` and `gpt-5.6-terra`, have been trained to understand natural and formal language. These models allow text outputs in response to their inputs. The inputs to these models are also referred to as "prompts." Designing a prompt is essentially how you "program" a model, usually by providing instructions or some examples of how to successfully complete a task. GPT models can be used across a great variety of tasks including content or code generation, summarization, conversation, creative writing, and more. Read more in our introductory text generation guide and in our prompt engineering guide.

https://developers.openai.com/api/docs/concepts#tokens (last visited October 1, 2026)

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | **GPT-4 Technical Report**<br><br>**OpenAI***<br><br>**Abstract**<br><br>We report the development of GPT-4, a large-scale, multimodal model which can accept image and text inputs and produce text outputs. While less capable than humans in many real-world scenarios, GPT-4 exhibits human-level performance on various professional and academic benchmarks, including passing a simulated bar exam with a score around the top 10% of test takers. GPT-4 is a Transformer-based model pre-trained to predict the next token in a document. The post-training alignment process results in improved performance on measures of factuality and adherence to desired behavior. A core component of this project was developing infrastructure and optimization methods that behave predictably across a wide range of scales. This allowed us to accurately predict some aspects of GPT-4's performance based on models trained with no more than 1/1,000th the compute of GPT-4.<br><br>**1 Introduction**<br><br>This technical report presents GPT-4, a large multimodal model capable of processing image and text inputs and producing text outputs. Such models are an important area of study as they have the potential to be used in a wide range of applications, such as dialogue systems, text summarization, and machine translation. As such, they have been the subject of substantial interest and progress in recent years [1–34].<br><br>OpenAI, *GPT-4 Technical Report*, https://cdn.openai.com/papers/gpt-4.pdf (last visited September 29, 2026) |

| **Claims of the ’580 Patent** | **Exemplary Accused System (OpenAI API)** |
| --- | --- |
| | OpenAI Research Products Business Developers Company Foundation Log in Try ChatGPT ↗<br><br>April 23, 2019 Publication<br><br>Generative modeling with sparse transformers<br><br>Read paper ↗ ↗<br><br>. . .<br><br>Deep attention<br><br>In Transformers, every output element is connected to every input element, and the weightings between them are dynamically calculated based upon the circumstances, a process called *attention*. While it is believed that this allows Transformers to be more flexible than models with fixed connectivity patterns, in practice it requires the creation of an $N \times N$ *attention matrix* for every layer and attention head, which can consume large amounts of memory when applied to data types with many elements, like images or raw audio.<br><br>https://openai.com/index/sparse-transformer/ (last visited October 1, 2026) |

| Claims of the ’580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | <br>OpenAI Log in Try ChatGPT ↗<br>November 13, 2025 Research Publication<br>Understanding neural networks through sparse circuits<br>We trained models to think in simpler, more traceable steps—so we can better understand how they work.<br>Read the paper ↗<br>. . . |

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | We also looked at some more complicated behaviors. Our circuits for these behaviors (for example variable binding shown below) are harder to explain completely. Even then, we can still achieve relatively simple partial explanations which are predictive of model behavior.<br><br>Example circuit in a sparse transformer<br><br>Another example circuit, in less detail. To determine the type of a variable called `current`, one attention operation copies the variable name into the `set()` token when it's defined, and another later operation copies the type from the `set()` token into a subsequent use of the variable, allowing the model to infer the correct next token.<br><br>… |

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | Our most interpretable models appear to contain disentangled circuits which implement exactly that algorithm.<br><br>Example circuit in a sparse transformer that predicts whether to end a string in a single or double quote. This circuit uses just five residual channels (vertical gray lines), two MLP neurons in layer 0, and one attention query-key channel and one value channel in layer 10. The model (1) encodes single quotes in one residual channel and double quotes in another; (2) uses an MLP layer to convert this into one channel that detects any quote and another that classifies between single and double quotes; (3) uses an attention operation to ignore intervening tokens, find the previous quote, and copy its type to the final token; and (4) predicts the matching closing quote.<br>https://openai.com/index/understanding-neural-networks-through-sparse-circuits/ (last visited September 29, 2026) |

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | OpenAI further explains that its models are trained by processing text converted into tokens and analyzing relationships between words in context.<br><br>All Collections > Privacy and policies > General FAQ > How ChatGPT and our foundation models are developed<br><br>**How ChatGPT and our foundation models are developed**<br><br>Learn more about how we develop our models and apply them in products like ChatGPT<br><br>Updated: last month<br><br>OpenAI's foundation models, including the models that power ChatGPT, are developed using three primary sources of information: (1) information that is publicly available on the internet, (2) information that we partner with third parties to access, and (3) information that our users, human trainers, and researchers provide or generate.<br><br>Developing foundation models like those used in ChatGPT involves several stages, including preparing training data, pre-training, and post-training, as well as ongoing evaluation and improvement after deployment. Different types of information may be used at these stages for various purposes, including improving model performance, reliability, and safety.<br><br>This article provides an overview of the information we use to help develop these models, how we collect and use that information in compliance with privacy laws, and the safeguards we apply throughout the training process. To understand how we collect and use information from users of our services, including how to opt out of having ChatGPT conversations used to help improve our models, please see our Privacy Policy and this help center article.<br><br>**What is ChatGPT and how does it work?**<br><br>ChatGPT is an artificial intelligence-based service that you can access via the internet or app. You can use ChatGPT for a wide range of tasks, including organizing and summarizing information, assisting with translations, supporting coding, research and analysis, completing multi-step tasks across tools, analyzing or generating images, inspiring creativity and ideas, and other everyday activities. ChatGPT is designed to understand and respond to user questions and instructions by learning patterns from large amounts of information, including text, images, audio, and video.<br><br>During training, the model analyzes relationships within this data—such as how words typically appear together in context—and uses that understanding to predict the next most likely word when generating a response, one word at a time. Text may be converted into smaller units, sometimes called "tokens" which may represent whole words, parts of words, or punctuation. Tokens are the building blocks of text that the model processes. Similarly, models that generate other forms of content, like images, learn patterns in how pixels relate to each other and to associated captions in the training data.<br><br>What is ChatGPT and how does it work?<br>What type of information is used to teach ChatGPT?<br>Is personal information used to teach ChatGPT?<br>How does the development of ChatGPT comply with privacy laws?<br><br>. . . |

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | For example, during the model's learning process (known as "training"), the model might be tasked with completing a sentence like: "Instead of turning left, she turned ___." Early in training, its responses are largely random. However, as the model processes and learns from a large volume of text, it becomes better at recognizing patterns and predicting the most likely next word. This process is repeated across millions of sentences to refine its understanding and improve its accuracy.<br><br>Because there are multiple plausible ways to complete a sentence—such as "Instead of turning left, she turned right," "around," or "back"—there is an inherent element of randomness in how the model responds. As a result, the same question may yield different answers across different queries.<br><br>Machine learning models consist of large sets of numbers, known as "weights" or "parameters," along with code that interprets and uses those numbers. These models do not store or retain copies of the data they are trained on. Instead, as a model learns, the values of its parameters are adjusted slightly to reflect patterns it has identified. In the earlier example, the model improved from predicting random words to making more accurate predictions—not by storing the training sentences, but by updating its internal parameters. The model does not retain copies of the sentences, images, or audio it processes during training. ChatGPT does not "copy and paste" from its training data—similar to how a teacher, after extensive study, can explain concepts by understanding the relationships between ideas without memorizing or reproducing the original materials verbatim. When generating a response to a user request, the model uses these learned weights to predict and create new content.<br><br>https://help.openai.com/en/articles/7842364-how-chatgpt-and-our-foundation-models-are-developed (last visited October 1, 2026)<br><br>The precise embedding models, training processes, and internal mechanisms used by OpenAI to generate the relevant vector representations are not fully publicly available and will be confirmed through discovery. |
| [d] causing a search with respect to a plurality of stored vector representations each representing at least one of a plurality of distinct items of content and each generated by multiple-attention-based neural network application; | The Accused Products cause a search with respect to a plurality of stored vector representations, each representing at least one of a plurality of distinct items of content and each generated by multiple-attention-based neural network application.<br><br>For example, when the File Search tool is used through the Responses API, the Accused Products cause a search of stored vector representations associated with distinct items of content in a vector store containing a user's uploaded files. OpenAI explains that File Search enables models to retrieve |

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | information from a knowledge base of previously uploaded files through semantic search, using files uploaded to vector stores. *See supra* Claim 1[pre].<br><br>Publicly available information indicates that the stored content is divided into distinct portions, each associated with a stored vector representation. OpenAI explains that files added to a vector store are processed, split into chunks, and embedded for use by the File Search tool. |




. . .

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
| --- | --- |
| | AutoFileChunkingStrategyParam<br>The default strategy. This strategy currently uses a `max_chunk_size_tokens` of `800` and `chunk_overlap_tokens` of `400`.<br><br>type: "auto"<br>Always `auto`.<br><br>FileChunkingStrategyParam = AutoFileChunkingStrategyParam or StaticFileChunkingStrategyObjectParam<br>The chunking strategy used to chunk the file(s). If not set, will use the `auto` strategy.<br><br>One of the following:<br><br>AutoFileChunkingStrategyParam { type }<br>The default strategy. This strategy currently uses a `max_chunk_size_tokens` of `800` and `chunk_overlap_tokens` of `400`.<br><br>StaticFileChunkingStrategyObjectParam<br>Customize your own chunking strategy by setting chunk size and chunk overlap.<br><br>static: StaticFileChunkingStrategy { chunk_overlap_tokens, max_chunk_size_tokens }<br><br>type: "static"<br>Always `static`.<br><br>OtherFileChunkingStrategyObject<br>This is returned when the chunking strategy is unknown. Typically, this is because the file was indexed before the `chunking_strategy` concept was introduced in the API.<br><br>type: "other"<br>Always `other`.<br><br>. . . |

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | `VectorStore`<br>A vector store is a collection of processed files can be used by the `file_search` tool.<br><br>**id**: string<br>The identifier, which can be referenced in API endpoints.<br><br>**created_at**: number<br>The Unix timestamp (in seconds) for when the vector store was created.<br>format: `unixtime`<br><br>**file_counts**: { **cancelled**, **completed**, **failed**, 2 more }<br><br>**last_active_at**: number or null<br>The Unix timestamp (in seconds) for when the vector store was last active.<br>format: `unixtime`<br><br>**metadata**: `Metadata` or null<br>Set of 16 key-value pairs that can be attached to an object. This can be useful for storing additional information about the object in a structured format, and querying for objects via API or the dashboard.<br><br>Keys are strings with a maximum length of 64 characters. Values are strings with a maximum length of 512 characters.<br><br>**name**: string<br>The name of the vector store.<br><br>**object**: `"vector_store"`<br>The object type, which is always `vector_store`.<br><br>**status**: `"expired"` or `"in_progress"` or `"completed"`<br>The status of the vector store, which can be either `expired`, `in_progress`, or `completed`. A status of `completed` indicates that the vector store is ready for use.<br><br>**usage_bytes**: number<br>The total number of bytes used by the files in the vector store.<br><br>**expires_after**: optional { **anchor**, **days** }<br>The expiration policy for a vector store.<br><br>**expires_at**: optional number or null<br>The Unix timestamp (in seconds) for when the vector store will expire.<br>format: `unixtime`<br><br>https://developers.openai.com/api/reference/resources/vector_stores (last visited October 1, 2026) |

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | OpenAI further explains that an embedding is "a vector representation of a piece of data (e.g. some text) that is meant to preserve aspects of its content and/or its meaning," and that embeddings are useful for search. *See supra* Claim 1[c].<br><br>Each stored vector representation represents or is otherwise associated with at least one distinct item of content, including a distinct portion of an uploaded file. The stored vector representations are generated by multiple-attention-based neural network application as described above. *See supra* Claim 1[c]. |
| [e] based on the search, causing a comparison of the vector representation of the first plurality of syntactical elements with at least a portion of the plurality of stored vector representations; | The Accused Products, based on the search, cause a comparison of the vector representation of the first plurality of syntactical elements with at least a portion of the plurality of stored vector representations.<br><br>For example, when the File Search tool is used through the Responses API, the Accused Products cause the vector representation generated from or based on the user's query to be compared with at least a portion of the stored vector representations associated with the uploaded files in the vector store to identify relevant content. *See supra* Claims 1[c]–1[d].<br><br>OpenAI further explains that search results are returned with similarity scores reflecting the relevance of stored content to the query. |

| Claims of the ’580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| | **Semantic search**<br><br>**Semantic search** is a technique that leverages vector embeddings to surface semantically relevant results. Importantly, this includes results with few or no shared keywords, which classical search techniques might miss.<br><br>For example, let's look at potential results for `"When did we go to the moon?"`:<br><br>Text / Keyword Similarity / Semantic Similarity<br>The first lunar landing occurred in July of 1969. / 0% / 65%<br>The first man on the moon was Neil Armstrong. / 27% / 43%<br>When I ate the moon cake, it was delicious. / 40% / 28%<br><br>*(Keyword similarity uses intersection over union; semantic similarity uses cosine similarity with* `text-embedding-3-small`*.)*<br><br>Notice how the most relevant result contains none of the words in the search query. This flexibility makes semantic search a powerful technique for querying knowledge bases of any size.<br><br>Semantic search is powered by vector stores, which we cover in detail later in the guide. This section will focus on the mechanics of semantic search.<br><br>**Performing semantic search**<br><br>You can query a vector store using the `search` function and specifying a `query` in natural language. This will return a list of results, each with the relevant chunks, similarity scores, and file of origin.<br><br>Search query — Python<br><br>`results = client.vector_stores.search(`<br>`    vector_store_id=vector_store.id,`<br>`    query="How many woodchucks are allowed per passenger?",`<br>`)`<br><br>. . . |

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|

Results


```
{
  "object": "vector_store.search_results.page",
  "search_query": "How many woodchucks are allowed per passenger?",
  "data": [
    {
      "file_id": "file-12345",
      "filename": "woodchuck_policy.txt",
      "score": 0.85,
      "attributes": {
        "region": "North America",
        "author": "Wildlife Department"
      },
      "content": [
        {
          "type": "text",
          "text": "According to the latest regulations, each passenger is allowed to carry up to two woodchucks."
        },
        {
          "type": "text",
          "text": "Ensure that the woodchucks are properly contained during transport."
        }
      ]
    },
    {
      "file_id": "file-67890",
      "filename": "transport_guidelines.txt",
      "score": 0.75,
      "attributes": {
        "region": "North America",
        "author": "Transport Authority"
      },
      "content": [
        {
          "type": "text",
          "text": "Passengers must adhere to the guidelines set forth by the Transport Authority regarding the tran
        }
      ]
    }
  ],
  "has_more": false,
  "next_page": null
}
```


https://developers.openai.com/api/docs/guides/retrieval?lang=python (last visited October 1, 2026)

| | |
|---|---|
| [f] based on the comparison, causing identification of one or | The Accused Products, based on the comparison, cause identification of one or more of the plurality of distinct items of content. |

| Claims of the '580 Patent | Exemplary Accused System (OpenAI API) |
|---|---|
| more of the plurality of distinct items of content; | For example, when the File Search tool is used through the Responses API, the Accused Products cause identification of one or more distinct items of stored content, such as chunks of uploaded files, determined to be relevant to the user's query based on the comparison. *See supra* Claims 1[c]–1[e]. |
| [g] based on the one or more of the plurality of distinct items of content, causing generation, by multiple-attention-based neural network application, of a second plurality of syntactical elements; and | The Accused Products, based on the one or more of the plurality of distinct items of content, cause generation, by multiple-attention-based neural network application, of a second plurality of syntactical elements.<br><br>For example, when the File Search tool is used through the Responses API, the Accused Products cause one or more identified items of stored content to be used in generating a responsive output containing a second plurality of syntactical elements. The responsive output is generated by multiple-attention-based neural network application. *See supra* Claims 1[c]–1[f].<br><br>OpenAI explains that File Search allows models to search a user's files for relevant information before generating a response, and that, when the model uses the tool, it retrieves information from the files and returns an output. |

<table>
<tr><th>Claims of the ’580 Patent</th><th>Exemplary Accused System (OpenAI API)</th></tr>
<tr><td></td><td>



https://developers.openai.com/api/docs/guides/tools-file-search (last visited October 1, 2026)
</td></tr>
<tr><td>[h] causing a communication, that is based on the second plurality of syntactical elements, to be sent to a user.</td><td>The Accused Products cause a communication, based on the second plurality of syntactical elements, to be sent to a user.<br><br>For example, when the File Search tool is used through the Responses API, the Accused Products cause a responsive communication based on the generated second plurality of syntactical elements to be sent or otherwise provided to the user, including through a response returned to the user’s application for presentation to the user and/or other end users. See supra Claim 1[g].</td></tr>
</table>

# EXHIBIT D

# FLINN ARTIFICIAL INTELLIGENCE (AI) TECHNOLOGIES, LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

## U.S. Patent No. 12,462,197

Flinn Artificial Intelligence (AI) Technologies, LLC ("Flinn") accuses OpenAI of infringing at least claim 1 of U.S. Patent No. 12,462,197 (hereinafter "the '197 Patent"). Flinn provides the following claim chart.

This claim chart identifies specifically where each element of each Asserted Claim is found within each Accused Product[1] and provides OpenAI notice of identified instrumentalities that incorporate or reflect the recited claim elements. This claim chart is not intended to be an expert report on infringement or provide detailed analysis of the claim terms or infringement. This claim chart includes information related to an assertion of infringement with respect to the Accused Products identified, including diagrams, web page screenshots, and other documentary evidence by way of example and not by way of limitation.

The Asserted Claims include elements that are implemented, at least in part, by instrumentalities described in confidential information not accessible to Plaintiff. In some instances, the precise processes and algorithms used are, at least in part, not publicly available. An analysis of OpenAI's (or other third parties') technical documentation and/or software source code may be necessary to more fully identify all infringing features and functionality. Accordingly, Flinn reserves the right to supplement these contentions once such information is made available to Flinn. Furthermore, Flinn reserves the right to revise these contentions, as appropriate, upon issuance of the Court's Claim Construction Order.

---

[1]OpenAI's products and services including ChatGPT and its chat, agentic, and task-execution functionality, whether offered separately or through a unified experience, ChatGPT Projects, ChatGPT Work, ChatGPT agent, Operator, deep research, ChatGPT Canvas, Dots, ChatGPT Space, GPTs, Codex (including Codex in ChatGPT, Codex Cloud, Codex CLI, and the Codex IDE extension), the OpenAI API Platform, Decisions API, and OpenAI API access (including the Responses API, the Assistants API, File Search, Retrieval, vector stores, and embeddings), and hosted or dedicated OpenAI deployments that are powered by artificial-intelligence models from OpenAI, including GPT-3.5, GPT-4, GPT-4V, GPT-4o, o1, o3, codex-1, GPT-5.4, GPT-5.5, GPT-5.6, GPT-6, GPT-6.1, text-embedding-3-small, text-embedding-3-large, and all mini, Instant, Thinking, Pro, Sol, Luna, Terra, Astra, and other versions, variants, or configurations of those models, as well as any later-released, successor, replacement, updated, modified, derivative, consolidated, integrated, or renamed products, services, platforms, systems, versions, or variants of the foregoing that perform the same or substantially similar accused functionality (collectively, the "Accused Products").

As used in this claim chart, "Accused System" refers to the combination of models, software, computing infrastructure, interfaces, and related components through which the Accused Products are trained, evaluated, aligned, improved, operated, provided, and/or used to perform the accused functionality. The Accused System may include, without limitation, components and processes used for training, post-training, human or automated feedback, evaluation, inference, reasoning, agentic task execution, and generation or revision of model outputs. The Accused System is not a separate category of accused product and does not limit the definition of Accused Products.

The claim chart refers to the Accused System and the aforementioned products are included in (or can operate in conjunction with) the Accused System, as noted in the claim chart. To the extent the below claim chart relies on evidence for the Accused System, Flinn asserts that, on information and belief, any Accused Product that includes, incorporates, or operates in conjunction with a system having the same or substantially similar accused functionality also infringes the charted claim. Flinn reserves the right to amend these infringement contentions with other products, services, platforms, or systems made, used, sold, imported, or offered for sale, provided, or operated by OpenAI, as well as methods performed by or through such products, services, platforms, or systems. Flinn also reserves the right to amend these infringement contentions by citing other claims of the '197 Patent, not listed in the claim chart, that are infringed by the Accused Products or by methods performed by or through the Accused Products. Flinn further reserves the right to amend these infringement contentions by adding, subtracting, or otherwise modifying content in the "Accused System" section.

To the extent there are any differences between the accused instrumentalities and the following claim elements, any such differences are insubstantial and are alleged to infringe under the doctrine of equivalents.

| Claims of the ’197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| 1[pre]. A computer-implemented method, comprising: | OpenAI has infringed and continues to infringe by making, using, selling, offering for sale, and/or importing Accused Products that perform a computer-implemented method.<br><br>For example, OpenAI makes, uses, sells, offers for sale, and/or imports ChatGPT, including ChatGPT Work and agentic task-execution functionality available through ChatGPT, through which the recited computer-implemented method is performed. In operation, ChatGPT Work receives a prompt or other input from a user, applies one or more trained OpenAI models to perform tasks across files, tools, applications, the web, and other information, and generates and provides responsive output to the user, each by execution of software on one or more computers. OpenAI performs the recited method itself in the course of developing, evaluating, testing, demonstrating, operating, and internally using the Accused Products, and further induces and contributes to its performance by customers and end users.<br><br> |

| Claims of the ’197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | . . .<br><br>Work anywhere. Go further on desktop.<br>Create slides, sheets, docs, and Sites from your apps and workflows<br>Delegate repetitive tasks to focus on work that matters<br>Get work done faster across the web and your desktop apps<br>From goals to real outcomes across every team<br>Security and governance for organizations<br>Availability and pricing<br>What’s next<br><br>Introducing ChatGPT Work, an agent in ChatGPT that helps you take on more ambitious tasks. It can gather information across your apps and workflows to create finished materials like sheets, slides, docs, and web apps, and stay with complex projects for hours by breaking them into smaller steps and completing them independently.<br><br>With Codex technology built-in, ChatGPT can now move beyond answering questions to getting real work done across web, mobile, and desktop. More than 5 million people use Codex every week. Although it began as a coding agent for developers, more than 1 million people now use it for work outside software development, showing how its capabilities can support a wider range of tasks.<br><br>To better manage these tasks, ChatGPT Work is powered by our latest frontier model, GPT-5.6, which is also rolling out today. GPT-5.6 makes ChatGPT state of the art at reasoning through multi-step tasks and creating materials that follow your templates and reference files.<br><br>https://openai.com/index/chatgpt-for-your-most-ambitious-work/ (last visited October 1, 2026) |

| Claims of the ’197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | |




https://learn.chatgpt.com/docs/get-started-with-work (last visited October 1, 2026)

The examples below identify multiple aspects of the Accused System’s generation, evaluation, verification, revision, training, and feedback-based processing that independently or in combination satisfy the limitations of the Asserted Claims. These contentions do not depend on any single intermediate generation, reasoning step, draft, task stage, model application, training iteration, feedback operation, or other internal implementation. Flinn may rely on different or additional mappings,

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | including mappings involving inference-time processing, training or post-training processing, human or automated feedback, and/or successive applications of one or more trained neural networks, as confirmed through discovery. |
| [a] at a system including one or more processors and one or more memories in communication with the one or more processors: | The Accused Products comprise a system including one or more processors and one or more memories in communication with the one or more processors.<br><br>For example, ChatGPT, including ChatGPT Work and agentic task-execution functionality available through ChatGPT, operates through software executed on one or more computing systems. Those computing systems include one or more processors and memories in communication with the processors. OpenAI explains that ChatGPT Work may run locally, using files and apps on the user's computer, or in the cloud, where it continues running after the user closes the app or turns off the computer. The specific processor, memory, and server configurations used to perform the accused functionality are not fully publicly available and will be confirmed through discovery. |

### What to try first




First, switch to **Work**. Then choose your first task. Good tasks have a clear outcome, a few source materials, and an output you can review.

### Continue Work across devices

When your workspace enables sync, tasks using Local computer access with Work Cloud use cloud coordination. For enterprises, the in-app Local/Cloud toggle and its default remain unchanged at launch. You can continue an eligible conversation across desktop, mobile, and web. Work can still use approved local resources through a connected computer.

For example, start a task with an approved folder on your laptop, then review results or send follow-up instructions from your phone. Keep the laptop online for steps that need its files or tools.

Start a new task after enabling sync. Existing tasks, including those in projects, stay local only or in the cloud without access to local files.

If your computer is unavailable when a new turn starts, an existing eligible task using Local computer access with Work Cloud can continue in a cloud container. The container cannot access that computer's files or tools or enforce its enterprise execution requirements. Work can't switch from local to cloud execution during a turn.

Without Local computer access with Work Cloud, use the desktop composer's local and cloud options. Choose local Work for resources on your computer, or cloud Work for tasks that don't depend on it. Cloud is useful for scheduled tasks that research or check websites because your computer doesn't need to be awake.

Turning off Local computer access with Work Cloud interrupts running turns. Send a new message in an existing cloud conversation to continue in Work Cloud without access to local files.

Workspace admins can review policy requirements and setup steps before enabling sync.

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | https://learn.chatgpt.com/docs/get-started-with-work (last visited October 1, 2026) |
| [b] causing access to a computer-implemented neural network trained utilizing content including a first plurality of syntactical elements that are utilized by computing hardware that processes the first plurality of syntactical elements to direct training attentions to representations generated based on different subsets of the first plurality of syntactical elements; | The Accused Products cause access to a computer-implemented neural network trained utilizing content including a first plurality of syntactical elements that are utilized by computing hardware that processes the first plurality of syntactical elements to direct training attentions to representations generated based on different subsets of the first plurality of syntactical elements.<br><br>For example, ChatGPT, including when performing ChatGPT Work functionality, causes access to one or more trained OpenAI models that process user inputs and other information in performing agentic tasks.<br><br>OpenAI explains that ChatGPT Work is powered by OpenAI's GPT-5.6 model, has Codex technology built in, and completes complex, multi-step tasks across apps, files, and other information. |

| Claims of the ’197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| |   . . . |

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
| --- | --- |
| | Work anywhere. Go further on desktop.<br>Create slides, sheets, docs, and Sites from your apps and workflows<br>Delegate repetitive tasks to focus on work that matters<br>Get work done faster across the web and your desktop apps<br>From goals to real outcomes across every team<br>Security and governance for organizations<br>Availability and pricing<br>What's next<br><br>Introducing ChatGPT Work, an agent in ChatGPT that helps you take on more ambitious tasks. It can gather information across your apps and workflows to create finished materials like sheets, slides, docs, and web apps, and stay with complex projects for hours by breaking them into smaller steps and completing them independently.<br><br>With Codex technology built-in, ChatGPT can now move beyond answering questions to getting real work done across web, mobile, and desktop. More than 5 million people use Codex every week. Although it began as a coding agent for developers, more than 1 million people now use it for work outside software development, showing how its capabilities can support a wider range of tasks.<br><br>To better manage these tasks, ChatGPT Work is powered by our latest frontier model, GPT-5.6, which is also rolling out today. GPT-5.6 makes ChatGPT state of the art at reasoning through multi-step tasks and creating materials that follow your templates and reference files.<br><br>https://openai.com/index/chatgpt-for-your-most-ambitious-work/ (last visited October 1, 2026)<br><br>Publicly available information further indicates that the OpenAI models accessed through the Accused Products are trained computer-implemented neural networks. OpenAI describes its current text generation models, including gpt-6-astra and gpt-5.6-terra, as generative pre-trained transformers that "have been trained to understand natural and formal language." |

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | <br>OpenAI Developers<br>Home API ChatGPT Resources API Dashboard<br>Overview Models Agents Tools Audio & voice Production API reference<br>Home<br>Get started<br>Quickstart<br>Using GPT-6<br>Key concepts<br>Core concepts<br>Responses API<br>Conversation state<br>Background mode<br>Streaming<br>WebSocket mode<br>Mid-turn steering<br>Key concepts<br>Key concepts to understand when working with the OpenAI API.<br>Copy Page<br>At OpenAI, protecting user data is fundamental to our mission. We do not train our models on inputs and outputs through our API. Learn more on our API data privacy page.<br>Text generation models<br>OpenAI's text generation models (often referred to as generative pre-trained transformers or "GPT" models for short), like `gpt-6-astra` and `gpt-5.6-terra`, have been trained to understand natural and formal language. These models allow text outputs in response to their inputs. The inputs to these models are also referred to as "prompts." Designing a prompt is essentially how you "program" a model, usually by providing instructions or some examples of how to successfully complete a task. GPT models can be used across a great variety of tasks including content or code generation, summarization, conversation, creative writing, and more. Read more in our introductory text generation guide and in our prompt engineering guide.<br>https://developers.openai.com/api/docs/concepts (last visited October 1, 2026)<br><br>OpenAI further explains that its GPT models are trained using a large dataset of text to predict the next word and are then fine-tuned using reinforcement learning from human feedback. |

<table>
<tr><th>Claims of the ’197 Patent</th><th>Exemplary Accused System (ChatGPT Work)</th></tr>
<tr><td></td><td>
<h1>GPT-4 System Card</h1>
OpenAI
Abstract
Large language models (LLMs) are being deployed in many domains of our lives ranging from browsing, to voice assistants, to coding assistance tools, and have potential for vast societal impacts.[1, 2, 3, 4, 5, 6, 7] This system card analyzes GPT-4, the latest LLM in the GPT family of models.[8, 9, 10] First, we highlight safety challenges presented by the model’s limitations (e.g., producing convincing text that is subtly false) and capabilities (e.g., increased adeptness at providing illicit advice, performance in dual-use capabilities, and risky emergent behaviors). Second, we give a high-level overview of the safety processes OpenAI adopted to prepare GPT-4 for deployment. This spans our work across measurements, model-level changes, product- and system-level interventions (such as monitoring and policies), and external expert engagement. Finally, we demonstrate that while our mitigations and processes alter GPT-4’s behavior and prevent certain kinds of misuses, they are limited and remain brittle in some cases. This points to the need for anticipatory planning and governance.[11]
Content Warning: This document contains content that some may find disturbing or offensive, including content that is sexual, hateful, or violent in nature.
…
</td></tr>
</table>

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | **1 Introduction**<br><br>Large language models, also known as LLMs, have become an increasingly prevalent part of our day-to-day lives, with their use extending to a wide range of domains including web browsing, voice assistants, and coding assistance tools.[1, 2, 3, 4] These models have the potential to significantly impact society in numerous ways.[5, 6, 7] This system card analyzes GPT-4, the latest large language model in the GPT family of models.[8, 9, 10] Since it finished training in August of 2022, we have been evaluating, adversarially testing, and iteratively improving the model and the system-level mitigations around it. Our mitigations and processes alter GPT-4's behavior and prevent certain kinds of misuses, though they have limitations, pointing to the need for anticipatory planning and governance[11] and further safety research. Our approach to deployment balances minimizing risk from deployment, enabling positive use cases, and learning from deployment.<br>GPT models are often trained in two stages. First, they are trained, using a large dataset of text from the Internet, to predict the next word. The models are then fine-tuned with additional data, using an algorithm called reinforcement learning from human feedback (RLHF), to produce outputs that are preferred by human labelers.[10, 12, 13] Training language models on large text datasets has given rise to capabilities such as few-shot learning[10] and the ability to carry out a wide range of natural language tasks spanning different domains, including question answering, arithmetic, and classification. Fine-tuning has made these models more controllable and useful.<br><br>OpenAI, *GPT-4 System Card*, https://cdn.openai.com/papers/gpt-4-system-card.pdf (last visited September 29, 2026)<br><br>OpenAI's research further describes transformer models as containing multiple attention heads and other neural-network components, with attention weightings calculated for every layer and attention head, and describes attention operations directed to different represented elements within a context. |

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | OpenAI Research Products Business Developers Company Foundation Log in Try ChatGPT ↗<br><br>May 9, 2023 Publication<br><br>Language models can explain neurons in language models<br><br>Read paper ↗ View neurons ↗ View code and dataset ↗<br><br>. . . |

| Claims of the ’197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | Language models have become more capable and more broadly deployed, but our understanding of how they work internally is still very limited. For example, it might be difficult to detect from their outputs whether they use biased heuristics or engage in deception. Interpretability research aims to uncover additional information by looking inside the model.<br><br>One simple approach to interpretability research is to first understand what the individual components (neurons and attention heads) are doing. This has traditionally required humans to manually inspect neurons to figure out what features of the data they represent. This process doesn’t scale well: it’s hard to apply it to neural networks with tens or hundreds of billions of parameters. We propose an automated process that uses GPT-4 to produce and score natural language explanations of neuron behavior and apply it to neurons in another language model.<br><br>This work is part of the third pillar of our approach to alignment research: we want to automate the alignment research work itself. A promising aspect of this approach is that it scales with the pace of AI development. As future models become increasingly intelligent and helpful as assistants, we will find better explanations.<br><br>https://openai.com/index/language-models-can-explain-neurons-in-language-models/ (last visited October 1, 2026) |

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | OpenAI Research Products Business Developers Company Foundation Log in Try ChatGPT ↗<br><br>April 23, 2019 Publication<br><br># Generative modeling with sparse transformers<br><br>Read paper ↗ ↗<br><br>. . .<br><br>## Deep attention<br><br>In Transformers, every output element is connected to every input element, and the weightings between them are dynamically calculated based upon the circumstances, a process called *attention*. While it is believed that this allows Transformers to be more flexible than models with fixed connectivity patterns, in practice it requires the creation of an $N \times N$ *attention matrix* for every layer and attention head, which can consume large amounts of memory when applied to data types with many elements, like images or raw audio.<br><br>https://openai.com/index/sparse-transformer/ (last visited October 1, 2026) |

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | OpenAI Log in Try ChatGPT ↗<br><br>November 13, 2025 Research Publication<br><br>Understanding neural networks through sparse circuits<br><br>We trained models to think in simpler, more traceable steps—so we can better understand how they work.<br><br>Read the paper ↗<br><br>. . . |

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | We also looked at some more complicated behaviors. Our circuits for these behaviors (for example variable binding shown below) are harder to explain completely. Even then, we can still achieve relatively simple partial explanations which are predictive of model behavior.<br><br>Example circuit in a sparse transformer<br><br>Another example circuit, in less detail. To determine the type of a variable called `current`, one attention operation copies the variable name into the `set()` token when it's defined, and another later operation copies the type from the `set()` token into a subsequent use of the variable, allowing the model to infer the correct next token.<br>… |

| Claims of the ’197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | Our most interpretable models appear to contain disentangled circuits which implement exactly that algorithm. |




Example circuit in a sparse transformer that predicts whether to end a string in a single or double quote. This circuit uses just five residual channels (vertical gray lines), two MLP neurons in layer 0, and one attention query-key channel and one value channel in layer 10. The model (1) encodes single quotes in one residual channel and double quotes in another; (2) uses an MLP layer to convert this into one channel that detects any quote and another that classifies between single and double quotes; (3) uses an attention operation to ignore intervening tokens, find the previous quote, and copy its type to the final token; and (4) predicts the matching closing quote.

https://openai.com/index/understanding-neural-networks-through-sparse-circuits/ (last visited October 1, 2026)

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| [c] causing access to a second plurality of syntactical elements; | The Accused Products cause access to a second plurality of syntactical elements.<br><br>For example, when ChatGPT performs ChatGPT Work functionality, the Accused Products cause access to syntactical elements contained in a user's prompt and other information provided or made available for the task, including files, tool results, web content, connected applications, and/or other context.<br><br>OpenAI explains that a user gives ChatGPT Work a prompt describing the task, together with source materials, and that ChatGPT Work can use the user's files, plugins, and approved tools to retrieve information, including local files, apps, and the browser on the desktop app. |

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | |

Home Docs Use cases Training Resources Try ChatGPT

Overview Features Configuration Developers Security Administration

Home

**Get started**

- Quickstart
- Use ChatGPT
- Get started with Work
- Meet dots
- Import from another agent

**Foundations**

- Prompting
- Model selection
- Personalize ChatGPT
- Skills & Plugins
- Permissions

**Explore**

- What's new
- Models
- Pricing
- Glossary

**Available on**

- ChatGPT desktop app
- Remote
- ChatGPT on the web
- Codex CLI
- Codex IDE extension
- Codex Cloud

## Get started with ChatGPT Work

Delegate substantial tasks to ChatGPT with ChatGPT Work and get reviewable results.




### Introducing ChatGPT Work

ChatGPT Work is a way to delegate real work to ChatGPT.

Use Chat when you want an answer, explanation, brainstorm, or short draft. Use ChatGPT Work when you want ChatGPT to complete a task with a clear outcome, such as a brief, deck, analysis, recurring update, workflow, or file you can review and use. Learn more about using Chat and ChatGPT Work together.

ChatGPT Work can use your files, plugins, and approved tools to retrieve information, create finished files, run workflows, and complete work that is ready for you to review. You can follow progress, answer questions, change direction, and approve important actions.

On the desktop app, ChatGPT Work can also use local files, apps, and the browser when those tools are available.

Introducing ChatGPT Work
What to try first
Best practices for using ChatGPT Work
Add plugins for more context and better outputs
Use ChatGPT Work efficiently
More use cases

Copy Page

. . .

<table>
<tr><th>Claims of the ’197 Patent</th><th>Exemplary Accused System (ChatGPT Work)</th></tr>
<tr><td></td><td>

**What to try first**




First, switch to **Work**. Then choose your first task. Good tasks have a clear outcome, a few source materials, and an output you can review.

. . .
</td></tr>
</table>

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | **Create a presentation**<br><br>Use ChatGPT Work to turn notes, docs, research, or meeting materials into a structured deck.<br><br><br><br>Example prompt Copy prompt<br><br>Review the attached source materials and create an eight-slide presentation for [audience]. Focus on the main themes, include supporting evidence, and flag anything that needs human review. Return a draft for my review.<br><br>https://learn.chatgpt.com/docs/get-started-with-work (last visited October 1, 2026)<br><br>OpenAI further explains that ChatGPT Work "can gather information across your apps and workflows." |

<table>
<tr><th>Claims of the ’197 Patent</th><th>Exemplary Accused System (ChatGPT Work)</th></tr>
<tr><td></td><td>


OpenAI Research Products Business Developers Company Foundation Log in Try ChatGPT ↗

July 9, 2026 Product

ChatGPT is now a partner for your most ambitious work

ChatGPT Work is an agent that can take action across your apps and files, stay with a project for hours if needed, and turn a goal into finished work.

Download the ChatGPT desktop app ↗ Contact sales

Explore more ways to work together

Create and collaborate on pages with your team and ChatGPT in ChatGPT Space.

Build interactive tools with Sites.

Bring ChatGPT into team conversations with ChatGPT in Slack and Microsoft Teams.

. . .
</td></tr>
</table>

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | Work anywhere. Go further on desktop.<br>Create slides, sheets, docs, and Sites from your apps and workflows<br>Delegate repetitive tasks to focus on work that matters<br>Get work done faster across the web and your desktop apps<br>From goals to real outcomes across every team<br>Security and governance for organizations<br>Availability and pricing<br>What's next<br><br>Introducing ChatGPT Work, an agent in ChatGPT that helps you take on more ambitious tasks. It can gather information across your apps and workflows to create finished materials like sheets, slides, docs, and web apps, and stay with complex projects for hours by breaking them into smaller steps and completing them independently.<br><br>With Codex technology built-in, ChatGPT can now move beyond answering questions to getting real work done across web, mobile, and desktop. More than 5 million people use Codex every week. Although it began as a coding agent for developers, more than 1 million people now use it for work outside software development, showing how its capabilities can support a wider range of tasks.<br><br>To better manage these tasks, ChatGPT Work is powered by our latest frontier model, GPT-5.6, which is also rolling out today. GPT-5.6 makes ChatGPT state of the art at reasoning through multi-step tasks and creating materials that follow your templates and reference files.<br><br>https://openai.com/index/chatgpt-for-your-most-ambitious-work/ (last visited October 1, 2026) |
| [d] causing automatic generation, by applying the trained computer-implemented neural network and utilizing the second plurality of syntactical elements, of a third plurality of syntactical elements that describe a first scenario; | The Accused Products cause automatic generation, by applying the trained computer-implemented neural network and utilizing the second plurality of syntactical elements, of a third plurality of syntactical elements that describe a first scenario.<br><br>For example, when ChatGPT performs ChatGPT Work functionality, the Accused Products apply one or more trained OpenAI models to automatically generate, based on the user's prompt and other task information, an initial draft, analysis, proposed result, or other output describing a first scenario. *See supra* Claims 1[b]–1[c].<br><br>OpenAI explains that ChatGPT Work completes complex projects "by breaking them into smaller steps and completing them independently," and that it can "gather information across your apps and workflows to create finished materials like sheets, slides, docs, and web apps." |

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | <br>. . . |

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
| --- | --- |
| | Work anywhere. Go further on desktop.<br>Create slides, sheets, docs, and Sites from your apps and workflows<br>Delegate repetitive tasks to focus on work that matters<br>Get work done faster across the web and your desktop apps<br>From goals to real outcomes across every team<br>Security and governance for organizations<br>Availability and pricing<br>What's next<br><br>Introducing ChatGPT Work, an agent in ChatGPT that helps you take on more ambitious tasks. It can gather information across your apps and workflows to create finished materials like sheets, slides, docs, and web apps, and stay with complex projects for hours by breaking them into smaller steps and completing them independently.<br><br>With Codex technology built-in, ChatGPT can now move beyond answering questions to getting real work done across web, mobile, and desktop. More than 5 million people use Codex every week. Although it began as a coding agent for developers, more than 1 million people now use it for work outside software development, showing how its capabilities can support a wider range of tasks.<br><br>To better manage these tasks, ChatGPT Work is powered by our latest frontier model, GPT-5.6, which is also rolling out today. GPT-5.6 makes ChatGPT state of the art at reasoning through multi-step tasks and creating materials that follow your templates and reference files.<br><br>https://openai.com/index/chatgpt-for-your-most-ambitious-work/ (last visited October 1, 2026) |

| Claims of the ’197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | Get started with ChatGPT Work<br>Delegate substantial tasks to ChatGPT with ChatGPT Work and get reviewable results.<br>Copy Page<br> |

<table>
<tr><th>Claims of the ’197 Patent</th><th>Exemplary Accused System (ChatGPT Work)</th></tr>
<tr><td></td><td>


https://learn.chatgpt.com/docs/get-started-with-work (last visited October 1, 2026)
</td></tr>
<tr><td>[e] causing a determination whether the first scenario represents objective reality;</td><td>The Accused Products cause a determination whether the first scenario represents objective reality.<br><br>For example, when ChatGPT performs ChatGPT Work functionality, the Accused Products cause the initially generated draft, analysis, proposed result, or other first scenario to be checked or otherwise evaluated, including against the user’s source materials, tests, measurements, review criteria, and other available task information. See supra Claims 1[c]–1[d].</td></tr>
</table>

| Claims of the ’197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | OpenAI’s exemplary Progress panel identifies a “Verify workbook” step following generation of the workbook. *See supra* Claim 1[d].<br><br>OpenAI further explains that ChatGPT can “verify its own progress” against verification criteria, including “tests, measurements, or review criteria that prove the work is complete.” |

# Long-running work

Keep multi-step work focused with clear outcomes and completion criteria

ChatGPT desktop app Copy Page

For work that may take many steps, give ChatGPT a clear outcome, constraints, and definition of done. Keep related work in the same chat so ChatGPT can use the same context to choose the next step and decide when the work is complete.

In the ChatGPT desktop app, enter `/goal` to start Goal mode. The progress row lets you pause, resume, edit, or clear the goal while ChatGPT works.




## Start a goal

Type `/goal` in the ChatGPT desktop app, Codex CLI, or the IDE extension. The goal text becomes both the first prompt and the completion criteria for the task.

If the outcome is still unclear, start with `/plan`. Ask ChatGPT to interview you, identify constraints, and turn the result into a goal with measurable success criteria. Then start the refined goal with `/goal`.

## Define what done means

Write a goal that lets ChatGPT verify its own progress. Include three things when they apply:

| Goal element | What to include |
|---|---|
| **Outcome** | Describe the result you want, not only the activity ChatGPT should perform. |
| **Constraints** | Name required tools, boundaries, compatibility needs, or approaches to avoid. |
| **Verification** | Add tests, measurements, or review criteria that prove the work is complete. |

| Claims of the '197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | https://learn.chatgpt.com/docs/long-running-work?surface=app (last visited October 1, 2026) |
| [f] based on a determination that the first scenario does not represent objective reality, causing automatic generation, by applying the trained computer-implemented neural network and utilizing the third plurality of syntactical elements, of a fourth plurality of syntactical elements that describe a second scenario that is different from the first scenario and that represents objective reality; and | The Accused Products, based on a determination that the first scenario does not represent objective reality, cause automatic generation, by applying the trained computer-implemented neural network and utilizing the third plurality of syntactical elements, of a fourth plurality of syntactical elements that describe a second scenario that is different from the first scenario and that represents objective reality.<br><br>For example, when ChatGPT performs ChatGPT Work functionality and determines through its verification process that the first scenario generated as described above is inaccurate or otherwise fails verification, the Accused Products apply one or more trained OpenAI models, utilizing the previously generated third plurality of syntactical elements, to automatically generate a corrected output describing a second scenario that is different from the first scenario. *See supra* Claims 1[b]–1[e].<br><br>Publicly available information indicates that ChatGPT Work's continuing task loop uses the initially generated content and the results of the verification process to generate corrected output before delivering the finished result. OpenAI explains that ChatGPT uses the context of multi-step work "to choose the next step and decide when the work is complete," and that verification criteria, such as tests that must pass, "prove the work is complete." OpenAI's exemplary Progress panel likewise shows a "Verify workbook" step before the "Attach final workbook" step. *See supra* Claims 1[d]–1[e].<br><br>The precise intermediate generations and internal operations through which the Accused Products generate the corrected output are not fully publicly available and will be confirmed through discovery. |
| [g] causing a communication including the fourth plurality of syntactical elements to be sent to a user. | The Accused Products cause a communication including the fourth plurality of syntactical elements to be sent to a user.<br><br>For example, when ChatGPT performs ChatGPT Work functionality, the Accused Products cause the corrected output generated as described above to be sent or otherwise provided to the user as completed work, including through a finished artifact, file, responsive message, summary, or other output. *See supra* Claim 1[f]. |

| Claims of the ’197 Patent | Exemplary Accused System (ChatGPT Work) |
|---|---|
| | OpenAI explains that ChatGPT Work completes “work that is ready for you to review.” *See supra* Claim 1[c]. OpenAI’s exemplary interface shows ChatGPT Work, after the “Verify workbook” and “Attach final workbook” steps, providing the user with a responsive message beginning “Done” — that summarizes the completed work, together with the finished workbook listed under “Outputs.” *See supra* Claim 1[d].<br><br>OpenAI further provides an example in which ChatGPT Work reports to the user that it “dropped the new executive-ready slide into the deck as slide 8” and “saved the updated presentation.” *See supra* Claim 1[c]. |

# EXHIBIT E

# FLINN ARTIFICIAL INTELLIGENCE (AI) TECHNOLOGIES, LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

## U.S. Patent No. 12,462,198

Flinn Artificial Intelligence (AI) Technologies, LLC ("Flinn") accuses OpenAI of infringing at least claim 1 of U.S. Patent No. 12,462,198 (hereinafter "the '198 Patent"). Flinn provides the following claim chart.

This claim chart identifies specifically where each element of each Asserted Claim is found within each Accused Product[1] and provides OpenAI notice of identified instrumentalities that incorporate or reflect the recited claim elements. This claim chart is not intended to be an expert report on infringement or provide detailed analysis of the claim terms or infringement. This claim chart includes information related to an assertion of infringement with respect to the Accused Products identified, including diagrams, web page screenshots, and other documentary evidence by way of example and not by way of limitation.

The Asserted Claims include elements that are implemented, at least in part, by instrumentalities described in confidential information not accessible to Plaintiff. In some instances, the precise processes and algorithms used are, at least in part, not publicly available. An analysis of OpenAI's (or other third parties') technical documentation and/or software source code may be necessary to more fully identify all infringing features and functionality. Accordingly, Flinn reserves the right to supplement these contentions once such information is made available to Flinn. Furthermore, Flinn reserves the right to revise these contentions, as appropriate, upon issuance of the Court's Claim Construction Order.

---

[1]OpenAI's products and services including ChatGPT and its chat, agentic, and task-execution functionality, whether offered separately or through a unified experience, ChatGPT Projects, ChatGPT Work, ChatGPT agent, Operator, deep research, ChatGPT Canvas, Dots, ChatGPT Space, GPTs, Codex (including Codex in ChatGPT, Codex Cloud, Codex CLI, and the Codex IDE extension), the OpenAI API Platform, Decisions API, and OpenAI API access (including the Responses API, the Assistants API, File Search, Retrieval, vector stores, and embeddings), and hosted or dedicated OpenAI deployments that are powered by artificial-intelligence models from OpenAI, including GPT-3.5, GPT-4, GPT-4V, GPT-4o, o1, o3, codex-1, GPT-5.4, GPT-5.5, GPT-5.6, GPT-6, GPT-6.1, text-embedding-3-small, text-embedding-3-large, and all mini, Instant, Thinking, Pro, Sol, Luna, Terra, Astra, and other versions, variants, or configurations of those models, as well as any later-released, successor, replacement, updated, modified, derivative, consolidated, integrated, or renamed products, services, platforms, systems, versions, or variants of the foregoing that perform the same or substantially similar accused functionality (collectively, the "Accused Products").

As used in this claim chart, "Accused System" refers to the combination of models, software, computing infrastructure, interfaces, and related components through which the Accused Products are trained, evaluated, aligned, improved, operated, provided, and/or used to perform the accused functionality. The Accused System may include, without limitation, components and processes used for training, post-training, human or automated feedback, evaluation, inference, reasoning, agentic task execution, and generation or revision of model outputs. The Accused System is not a separate category of accused product and does not limit the definition of Accused Products.

The claim chart refers to the Accused System and the aforementioned products are included in (or can operate in conjunction with) the Accused System, as noted in the claim chart. To the extent the below claim chart relies on evidence for the Accused System, Flinn asserts that, on information and belief, any Accused Product that includes, incorporates, or operates in conjunction with a system having the same or substantially similar accused functionality also infringes the charted claim. Flinn reserves the right to amend these infringement contentions with other products, services, platforms, or systems made, used, sold, imported, or offered for sale, provided, or operated by OpenAI, as well as methods performed by or through such products, services, platforms, or systems. Flinn also reserves the right to amend these infringement contentions by citing other claims of the '198 Patent, not listed in the claim chart, that are infringed by the Accused Products or by methods performed by or through the Accused Products. Flinn further reserves the right to amend these infringement contentions by adding, subtracting, or otherwise modifying content in the "Accused System" section.

To the extent there are any differences between the accused instrumentalities and the following claim elements, any such differences are insubstantial and are alleged to infringe under the doctrine of equivalents.

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| 1[pre]. A computer-implemented method, comprising: | OpenAI has infringed and continues to infringe by making, using, selling, offering for sale, and/or importing Accused Products that perform a computer-implemented method.<br><br>For example, OpenAI makes, uses, sells, offers for sale, and/or imports Codex, an agentic coding tool through which the recited computer-implemented method is performed. In operation, Codex receives a coding instruction from a user, reads the user's codebase, generates computer code responsive to that instruction, edits files, and runs commands, each by execution of software on one or more computers. OpenAI markets Codex for writing, reviewing, testing, and debugging software, and describes training its Codex models on real-world coding tasks and evaluating their performance on software engineering benchmarks. OpenAI performs the recited method itself in the course of developing, evaluating, testing, demonstrating, and internally using Codex, and further induces and contributes to its performance by its customers and users.<br><br>OpenAI describes Codex as "OpenAI's coding agent for software development" that "helps you write, review and debug code," accessible "in your IDE, through the CLI, on web and mobile sites, or in your CI/CD pipelines." |

<table>
<tr><th>Claims of the ’198 Patent</th><th>Exemplary Accused System (Codex)</th></tr>
<tr><td></td><td>



OpenAI Developers
Home API ChatGPT Resources API Dashboard
Overview Models Agents Tools Audio & voice Production API reference

Model catalog
Choose a model
Pricing
Model selection
Text and code
Text generation
Code generation
Structured output
Prompting
Overview
Prompt engineering
Citation formatting
Migration guide
Prompt generation
Frontend prompting
Reasoning
Reasoning models
Reasoning best practices
Images
Images and vision
Image generation
Realtime and audio
Audio and speech
Getting started

Code generation

Learn how to use OpenAI models and Codex to generate code.

Copy Page

Writing, reviewing, editing, and answering questions about code is one of the primary use cases for OpenAI models today. This guide walks through your options for code generation with `gpt-6-astra` and Codex.

Get started

Use Codex for out-of-the-box coding agents
Connect your codebase to Codex and accelerate your projects using software engineering agents.

Integrate with coding models
Use OpenAI models in your application. Add them to a model picker, for instance.

Use Codex

Codex is OpenAI's coding agent for software development. It helps you write, review and debug code. Interact with Codex in a variety of interfaces: in your IDE, through the CLI, on web and mobile sites, or in your CI/CD pipelines with the SDK. Codex is the best way to get agentic software engineering on your projects.

Codex works best with the latest general-purpose models, such as `gpt-6.1-sol`. We offer a range of models specifically designed to work with coding agents like Codex, such as `gpt-5.3-codex`, but we recommend using the latest general-purpose model for most code generation tasks.

See the ChatGPT docs for setup guides, reference material, pricing, and more information.

https://developers.openai.com/api/docs/guides/code-generation (last visited October 1, 2026)

OpenAI further explains that the Codex CLI lets users “[i]nspect code, make changes, run commands,” and lets Codex “inspect files, make edits, and run the tools already installed on your machine.”

</td></tr>
</table>

<table>
<tr><th>Claims of the ’198 Patent</th><th>Exemplary Accused System (Codex)</th></tr>
<tr><td></td><td>


<br>. . .
</td></tr>
</table>

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
| --- | --- |
| | <br>https://learn.chatgpt.com/docs/codex/cli (last visited October 1, 2026)<br><br>. . . |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | <br>. . . |

# The best way to build with agents




## Built to drive real engineering work

Give Codex your toughest engineering problems, from hard-to-find bugs to complex refactors and new features. Codex works efficiently, delivering high-quality results with fewer tokens.




## Designed for multi-agent workflows

Codex runs many agents in parallel, using computer and browser tools to verify work until your requirements are met. Follow progress, steer agents, and review results in one place.

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | https://openai.com/codex/ (last visited October 1, 2026) |
| [a] at a system including one or more processors, and one or more memories in communication with the one or more processors and with one or more programs stored therein | The Accused Products comprise a system including one or more processors, and one or more memories in communication with the one or more processors and with one or more programs stored therein.<br><br>For example, Codex operates through software executed on one or more computing systems. Those computing systems include one or more processors and memories in communication with the processors and storing programs used to perform the accused functionality. Depending on the configuration, the relevant computing systems may include a user's computing device and/or computing infrastructure used to provide Codex cloud. OpenAI explains that Codex CLI can inspect files, make edits, and run tools installed on the user's machine, while Codex cloud runs coding tasks in isolated cloud environments. |

Codex CLI

# Inspect, edit, and run code from your terminal

Inspect code, make changes, run commands, and automate repeatable work without leaving your terminal.

Install Codex → CLI reference →

```
$ codex

>_ OpenAI Codex

model:     gpt-6.1-sol medium   /model to change
directory: ~/code

To get started, describe a task or try one of these commands:

/init - create an AGENTS.md file with instructions for Codex
/status - show current session configuration
/permissions - choose what Codex is allowed to do
/model - choose what model and reasoning effort to use
/review - review any changes and find issues

› Improve documentation in @filename

100% context left · ? for shortcuts
```

01

### Work against your local repository

Let Codex inspect files, make edits, and run the tools already installed on your machine.

02

### Stay in control

Choose the model, reasoning effort, permissions, and commands that fit the task.

03

### Compose with scripts and CI

Use Codex interactively or call codex exec from repeatable workflows and pipelines.

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | https://learn.chatgpt.com/docs/codex/cli (last visited October 1, 2026)<br><br>. . . |

Quickstart

# Get started with Codex Cloud

Create a cloud environment with the repositories, tools, and access your project needs, or select an existing one. Then start a task.

1. **Open ChatGPT**

   Open ChatGPT on the web or in the **desktop app**, then sign in with your ChatGPT account.

2. **Create or select an environment**

   In a new task, choose Work in > Cloud and open Select environment. If this is your first time, select **Create environment** and continue below. If an environment is already available, select it and begin working.

3. **Let Codex prepare your project**

   Choose your GitHub repositories and select Get started. Connect GitHub if prompted. Codex inspects your repositories, installs dependencies and tools, and tests the workflow. Provide any missing access or information when asked.

4. **Review and publish**

   For a new environment, review the setup and test results, save changes, and select Publish. Wait for Environment published.

5. **Start a task**

   After publishing a new environment, select Start a new task. If you selected an existing environment, you can start right away. Describe your task and send it. Review the changes and test results, request follow-ups, and commit or open a pull request when ready.

**Next steps**

Configure cloud environments

Configure internet access

Set up environment variables and network secrets

Understand saved state

Use ChatGPT in Slack

Ask AI

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | https://learn.chatgpt.com/docs/cloud (last visited October 1, 2026)<br><br>The specific processor, memory, program, and server configurations used to perform the accused functionality are not fully publicly available and will be confirmed through discovery. |
| [b] causing access to a computer-implemented neural network trained on computer code so that the trained computer-implemented neural network is configured for probability generation in connection with a plurality of executable computer code elements for selection therefrom; | The Accused Products cause access to a computer-implemented neural network trained on computer code so that the trained computer-implemented neural network is configured for probability generation in connection with a plurality of executable computer code elements for selection therefrom.<br><br>For example, Codex causes access to one or more trained OpenAI models to process a user's coding instruction and relevant codebase information and generate or modify computer code. OpenAI identifies Codex as its coding agent for software development and identifies both general-purpose models and models designed for coding agents as available for Codex-related work. |

| Claims of the ’198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | ## Code generation<br>Learn how to use OpenAI models and Codex to generate code.<br>Copy Page<br><br>Writing, reviewing, editing, and answering questions about code is one of the primary use cases for OpenAI models today. This guide walks through your options for code generation with `gpt-6-astra` and Codex.<br><br>**Get started**<br><br>**Use Codex for out-of-the-box coding agents**<br>Connect your codebase to Codex and accelerate your projects using software engineering agents.<br><br>**Integrate with coding models**<br>Use OpenAI models in your application. Add them to a model picker, for instance.<br><br>**Use Codex**<br>Codex is OpenAI’s coding agent for software development. It helps you write, review and debug code. Interact with Codex in a variety of interfaces: in your IDE, through the CLI, on web and mobile sites, or in your CI/CD pipelines with the SDK. Codex is the best way to get agentic software engineering on your projects.<br><br>Codex works best with the latest general-purpose models, such as `gpt-6.1-sol`. We offer a range of models specifically designed to work with coding agents like Codex, such as `gpt-5.3-codex`, but we recommend using the latest general-purpose model for most code generation tasks.<br><br>See the ChatGPT docs for setup guides, reference material, pricing, and more information.<br><br>**Integrate with coding models**<br>For most API-based code generation, start with `gpt-6-astra`. It handles both general-purpose work and coding, which makes it a strong default when your application needs to write code, reason about requirements, inspect docs, and handle broader workflows in one place.<br><br>https://developers.openai.com/api/docs/guides/code-generation (last visited October 1, 2026) |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | Publicly available evidence indicates that models accessed through Codex were trained on computer code. OpenAI's public training-content summary expressly identifies source code among the text used to train GPT-5.2. OpenAI separately identifies GPT-5.2-Codex as a version of GPT-5.2 optimized for agentic coding in Codex. |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | **Public Summary of Training Content for GPT-5.2**<br><br>Version of the Summary: v1<br>Last update: 30 July 2026<br><br>**1. General information**<br><br>**1.1. Provider identification t**<br><br>Provider name and contact details: OpenAI Ireland Ltd, 1st Floor, The Liffey Trust Centre, 117-126 Sheriff Street Upper, Dublin 1, D01 YC43, Ireland.<br><br>Authorised representative name and contact details: Not applicable (provider established in the Union)<br><br>**1.2. Model identification**<br><br>Versioned model name(s): GPT-5.2<br><br>Model dependencies: GPT-5.2 is not a modification or a fine-tune of a prior model. The disclosures below regarding types and quantities of training data apply to GPT-5.2 and all subsequent releases in the model lifecycle.<br><br>Date of placement of the model on the Union market: 11 December 2025<br><br>**1.3 Modalities, overall training data size and other characteristics** |

| **Modality** *Select the modalities present in the training data, to the extent that they are identifiable* | **Training data size** *For each selected modality, select the range within which the estimated total training data size for that modality falls. Dynamic datasets may be excluded from the estimation.* | **Types of content** *For each selected modality, provide a general description of the type of content that has been included in the training data.* |
|---|---|---|
| ☒ Text | ☐ Less than 1 billion tokens<br>☐ 1 billion to 10 trillion tokens<br>☒ More than 10 trillion tokens | GPT-5.2 was trained on a large-scale, multilingual mixture of publicly available data, data accessed through partnerships, synthetic data, and human-generated text, including general web content, reference materials, technical documentation, source code, and other text, curated and filtered for quality and safety. |
| ☒ Image | ☐ Less than 1 million images<br>☐ 1 million to 1 billion images<br>☒ More than 1 billion images | GPT-5.2 was trained on a broad corpus of images from publicly available sources, images accessed through partnerships, and synthetic images, spanning natural scenes, |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | https://cdn.openai.com/pdf/gpt-5-2-eu-ai-act-public-summary-of-training-content.pdf (last visited October 1, 2026)<br><br>Addendum to GPT-5.2 System Card: GPT-5.2-Codex<br><br>OpenAI<br><br>December 18, 2025<br><br>… |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
| --- | --- |
| | **1 Introduction**<br><br>GPT-5.2-Codex is our most advanced agentic coding model yet for complex, real-world software engineering. A version of GPT-5.2 optimized for agentic coding in Codex, it includes further improvements on long-horizon work through context compaction, stronger performance on project-scale tasks like refactors and migrations, and improved performance in Windows environments — and significantly stronger cybersecurity capabilities.<br><br>This system card outlines the comprehensive safety measures implemented for GPT-5.2-Codex. It details both model-level mitigations, such as specialized safety training for harmful tasks and prompt injections, and product-level mitigations like agent sandboxing and configurable network access.<br><br>GPT-5.2-Codex was evaluated under our Preparedness Framework. It is very capable in the cybersecurity domain but does not reach High capability on cybersecurity. We expect current trends of rapidly increasing capability to continue, and for models to cross the High cybersecurity threshold in the near future. Like other recent models, it is being treated as High capability on biology, and is being deployed with the corresponding suite of safeguards we use for other models in the GPT-5 family. It does not reach High capability on AI self-improvement.<br><br>OpenAI, *Addendum to GPT-5.2 System Card: GPT-5.2-Codex*, https://cdn.openai.com/pdf/ac7c37ae-7f4c-4442-b741-2eabdeaf77e0/oai_5_2_Codex.pdf (last visited October 1, 2026)<br><br>OpenAI also states that GPT-5-Codex, a model optimized for use in Codex, was trained using reinforcement learning on real-world coding tasks to generate code. OpenAI likewise states that the earlier codex-1 model powered Codex at launch and was trained on real-world coding tasks to generate code. |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | Addendum to GPT-5 system card: GPT-5-Codex<br><br>OpenAI<br><br>September 15, 2025<br><br>GPT-5-Codex is a version of GPT-5 optimized for agentic coding in Codex. Like its predecessor, codex-1, this model was trained using reinforcement learning on real-world coding tasks in a variety of environments to generate code that closely mirrors human style and PR preferences, adhere precisely to instructions, and iteratively run tests until passing results are achieved.<br><br>This model is available locally in the terminal or IDE through Codex CLI and IDE extension, and on the cloud via the Codex web, GitHub, and the ChatGPT mobile app. This addendum outlines the comprehensive safety measures implemented for GPT-5-Codex. It details both model-level mitigations, such as specialized safety training for harmful tasks and prompt injections, and product-level mitigations like agent sandboxing and configurable network access.<br><br>OpenAI, *Addendum to GPT-5 system card: GPT-5-Codex*, https://cdn.openai.com/pdf/97cc5669-7a25-4e63-b15f-5fd5bdc4d149/gpt-5-codex-system-card.pdf (last visited October 1, 2026) |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | OpenAI Research Products Business Developers Company Foundation Log in Try ChatGPT ↗<br><br>May 16, 2025 Release Product<br><br>**Introducing Codex**<br><br>A cloud-based software engineering agent that can work on many tasks in parallel, powered by codex-1. Available to ChatGPT Pro, Business, and Enterprise users today, and Plus users soon.<br><br>Try Codex ↗<br><br>. . .<br><br>Today we're launching a research preview of Codex: a cloud-based software engineering agent that can work on many tasks in parallel. Codex can perform tasks for you such as writing features, answering questions about your codebase, fixing bugs, and proposing pull requests for review; each task runs in its own cloud sandbox environment, preloaded with your repository.<br><br>Codex is powered by codex-1, a version of OpenAI o3 optimized for software engineering. It was trained using reinforcement learning on real-world coding tasks in a variety of environments to generate code that closely mirrors human style and PR preferences, adheres precisely to instructions, and can iteratively run tests until it receives a passing result. We're starting to roll out Codex to ChatGPT Pro, Enterprise, and Business users today, with support for Plus and Edu coming soon. |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | https://openai.com/index/introducing-codex/ (last visited October 1, 2026)<br><br>Publicly available information further indicates that, when Codex generates or modifies source code, the trained model generates probabilities in connection with possible output elements and selects elements that represent or contribute to executable computer code elements. OpenAI explains generally that its models predict likely successive output elements using learned relationships in the input context, while its Codex documentation describes the resulting code-generation functionality. The selected elements collectively form generated or modified source code. |

OpenAI

English Login

Search for articles...

All Collections > Privacy and policies > General FAQ > How ChatGPT and our foundation models are developed

# How ChatGPT and our foundation models are developed

Learn more about how we develop our models and apply them in products like ChatGPT

Updated: last month

What is ChatGPT and how does it work?
What type of information is used to teach ChatGPT?
Is personal information used to teach ChatGPT?
How does the development of ChatGPT comply with privacy laws?

OpenAI's foundation models, including the models that power ChatGPT, are developed using three primary sources of information: (1) information that is publicly available on the internet, (2) information that we partner with third parties to access, and (3) information that our users, human trainers, and researchers provide or generate.

Developing foundation models like those used in ChatGPT involves several stages, including preparing training data, pre-training, and post-training, as well as ongoing evaluation and improvement after deployment. Different types of information may be used at these stages for various purposes, including improving model performance, reliability, and safety.

This article provides an overview of the information we use to help develop these models, how we collect and use that information in compliance with privacy laws, and the safeguards we apply throughout the training process. To understand how we collect and use information from users of our services, including how to opt out of having ChatGPT conversations used to help improve our models, please see our Privacy Policy and this help center article.

## What is ChatGPT and how does it work?

ChatGPT is an artificial intelligence-based service that you can access via the internet or app. You can use ChatGPT for a wide range of tasks, including organizing and summarizing information, assisting with translations, supporting coding, research and analysis, completing multi-step tasks across tools, analyzing or generating images, inspiring creativity and ideas, and other everyday activities. ChatGPT is designed to understand and respond to user questions and instructions by learning patterns from large amounts of information, including text, images, audio, and video.

During training, the model analyzes relationships within this data—such as how words typically appear together in context—and uses that understanding to predict the next most likely word when generating a response, one word at a time. Text may be converted into smaller units, sometimes called "tokens" which may represent whole words, parts of words, or punctuation. Tokens are the building blocks of text that the model processes. Similarly, models that generate other forms of content, like images, learn patterns in how pixels relate to each other and to associated captions in the training data.

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | https://help.openai.com/en/articles/7842364-how-chatgpt-and-our-foundation-models-are-developed (last visited October 1, 2026)<br><br>The precise training content of each model accessed through Codex, and the internal probability-generation and selection processes by which its output elements form executable computer code, are not fully publicly available and will be confirmed through discovery. |
| [c] causing access to a first plurality of syntactical elements; | The Accused Products cause access to a first plurality of syntactical elements.<br><br>For example, Codex receives a user's coding instruction and accesses associated computer-code information, including files in the user's repository. The accessed information includes multiple syntactical elements, such as words in the instruction and identifiers, symbols, expressions, statements, and other code contained in the accessed files. OpenAI explains that a user can describe a coding task to Codex and that Codex can inspect repository files, make edits, and run tools. |

| Claims of the ’198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | <br>. . . |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | 01<br>**Work against your local repository**<br>Let Codex inspect files, make edits, and run the tools already installed on your machine.<br><br>02<br>**Stay in control**<br>Choose the model, reasoning effort, permissions, and commands that fit the task.<br><br>03<br>**Compose with scripts and CI**<br>Use Codex interactively or call codex exec from repeatable workflows and pipelines.<br><br>. . . |

Quickstart

# Get started with Codex CLI

Install Codex, sign in, and run your first task from a project directory.

## 1 Install Codex

macOS/Linux | Windows | npm | Homebrew

Install the Codex CLI with the standalone installer for macOS and Linux.

Install Codex

```
curl -fsSL https://chatgpt.com/codex/install.sh | sh
```

Update Codex

```
curl -fsSL https://chatgpt.com/codex/install.sh | sh
```

## 2 Run Codex and sign in

Open a project directory and run `codex`. The first time you run Codex, choose **Sign in with ChatGPT** or another available sign-in method.

Review authentication options

## 3 Start your first task

Describe what you want to accomplish. For example, ask Codex to explain the project, make a focused change, or help debug an issue.

```
Tell me about this project
```

Create Git checkpoints before and after a task so you can revert changes. See the best practices.

| Claims of the ’198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | https://learn.chatgpt.com/docs/codex/cli (last visited October 1, 2026)<br><br>OpenAI further explains that Codex performs engineering work across repositories, including bug fixes, refactors, and new features, and that users can give Codex access to tools and context needed for that work. |



| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | . . .   https://openai.com/codex/ (last visited October 1, 2026) |
| [d] causing a first attention to be directed to a representation of a first subset of the first plurality of syntactical elements; | The Accused Products cause a first attention to be directed to a representation of a first subset of the first plurality of syntactical elements.<br><br>For example, when Codex processes a coding task, publicly available information indicates that the trained computer-implemented neural network directs attention to represented portions of the user's |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | coding instruction, source code, and other accessed context. OpenAI explains that transformer attention dynamically calculates weightings between represented input and output elements, with attention operations performed across layers and attention heads.<br><br>April 23, 2019 Publication<br><br>**Generative modeling with sparse transformers**<br><br>Read paper ↗ ↗<br><br>. . .<br><br>**Deep attention**<br><br>In Transformers, every output element is connected to every input element, and the weightings between them are dynamically calculated based upon the circumstances, a process called *attention*. While it is believed that this allows Transformers to be more flexible than models with fixed connectivity patterns, in practice it requires the creation of an $N \times N$ *attention matrix* for every layer and attention head, which can consume large amounts of memory when applied to data types with many elements, like images or raw audio. |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | https://openai.com/index/sparse-transformer/ (last visited October 1, 2026)<br><br>OpenAI also describes a research example in which an attention operation ignores intervening tokens, locates a previous quote, and carries information about that quote forward. This illustrates attention directed to selected represented information rather than every element being treated identically. The first attention accused here may include, without limitation, attention directed to a representation of one or more words, symbols, identifiers, expressions, statements, or other syntactical elements in the coding instruction or accessed code. |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
| --- | --- |
| | November 13, 2025 Research Publication<br><br>**Understanding neural networks through sparse circuits**<br><br>We trained models to think in simpler, more traceable steps—so we can better understand how they work.<br><br>Read the paper ↗<br><br>Listen to article 6:03 Share<br><br>Neural networks power today's most capable AI systems, but they remain difficult to understand. We don't write these models with explicit, step-by-step instructions. Instead, they learn by adjusting billions of internal connections, or "weights," until they master a task. We design the rules of training, but not the specific behaviors that emerge, and the result is a dense web of connections that no human can easily decipher.<br><br>. . . |




Example circuit in a sparse transformer that predicts whether to end a string in a single or double quote. This circuit uses just five residual channels (vertical gray lines), two MLP neurons in layer 0, and one attention query-key channel and one value channel in layer 10. The model (1) encodes single quotes in one residual channel and double quotes in another; (2) uses an MLP layer to convert this into one channel that detects any quote and another that classifies between single and double quotes; (3) uses an attention operation to ignore intervening tokens, find the previous quote, and copy its type to the final token; and (4) predicts the matching closing quote.

Show less

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | . . .<br><br>In our definition, the exact connections shown above are sufficient to perform the task—if we remove the rest of the model, this small circuit still works. They are also necessary–deleting these few edges causes the model to fail.<br><br>We also looked at some more complicated behaviors. Our circuits for these behaviors (for example variable binding shown below) are harder to explain completely. Even then, we can still achieve relatively simple partial explanations which are predictive of model behavior.<br><br>**Example circuit in a sparse transformer**<br><br><br><br>Another example circuit, in less detail. To determine the type of a variable called `current`, one attention operation copies the variable name into the `set()` token when it's defined, and another later operation copies the type from the `set()` token into a subsequent use of the variable, allowing the model to infer the correct next token.<br><br>Show less |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| | https://openai.com/index/understanding-neural-networks-through-sparse-circuits/ (last visited October 1, 2026)<br>This mapping is exemplary and nonexclusive. Flinn does not limit the first attention to any particular attention head, neural-network layer, context position, processing stage, or decoding iteration, and reserves the right to rely on different or additional mappings as confirmed through discovery. |
| [e] causing a second attention to be directed to a representation of a second subset of the first plurality of syntactical elements, for use by the trained computer-implemented neural network; | The Accused Products cause a second attention to be directed to a representation of a second subset of the first plurality of syntactical elements, for use by the trained computer-implemented neural network.<br><br>For example, when Codex processes a coding task, publicly available information indicates that the trained computer-implemented neural network directs multiple attentions to represented portions of the user's coding instruction, source code, and other accessed context. A second attention may be directed to a representation of a different subset of that information, including one or more words, symbols, identifiers, expressions, statements, or other syntactical elements in the instruction, accessed code, or other context. Information resulting from that attention is used by the trained neural network in processing the coding task and generating its output. OpenAI's research describes an example involving one attention operation associated with a variable name and a later operation associated with type information at another code position. *See supra* Claim 1[d].<br><br>This mapping is exemplary and nonexclusive. Flinn does not limit the second attention to any particular attention head, neural-network layer, context position, processing stage, or decoding iteration, or require the first and second attentions to occur in the same head, layer, stage, or iteration. Flinn may rely on different or additional mappings as confirmed through discovery. |
| [f] causing generation, by application of the trained computer-implemented neural network, of a plurality of probabilities that are each associated with a corresponding | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a plurality of probabilities that are each associated with a corresponding subset of the plurality of executable computer code elements, based on the second attention.<br><br>For example, when Codex generates or modifies source code, publicly available information indicates that its trained OpenAI model generates probability values based on information resulting from or |

| Claims of the '198 Patent | Exemplary Accused System (Codex) |
|---|---|
| subset of the plurality of executable computer code elements, based on the second attention; | affected by attentional processing, including the second attention described above. These values may include normalized values associated with attention to different represented portions of the coding instruction or code and/or probabilities associated with possible output elements that represent or contribute to corresponding subsets of executable computer code elements. The selected output elements collectively form the generated or modified source code. *See supra* Claims 1[b]–1[e].<br><br>OpenAI explains that transformer attention dynamically calculates weightings between represented elements and uses an attention matrix for each layer and attention head. *See supra* Claim 1[d]. OpenAI also explains that its models predict likely successive output elements using learned relationships in the context, while its current Codex documentation identifies code generation as a use of the models accessed through Codex. *See supra* Claim 1[b].<br><br>The precise probabilities, their association with corresponding subsets of executable computer code elements, and the role of the second attention in generating them are not fully publicly available and will be confirmed through discovery. |
| [g] causing a selection of one or more of the plurality of executable computer code elements based on the plurality of probabilities; and | The Accused Products cause selection of one or more of the plurality of executable computer code elements based on the plurality of probabilities.<br><br>For example, when Codex generates or modifies source code, publicly available information indicates that the trained OpenAI model selects one or more output elements based on probabilities associated with multiple possible output elements. The selected output elements represent or contribute to one or more of the plurality of executable computer code elements and collectively form the resulting source code. *See supra* Claim 1[f]. |
| [h] causing a communication to be sent to a user. | The Accused Products cause a communication to be sent to a user.<br><br>For example, after Codex generates or modifies source code, Codex sends or otherwise provides the user with a responsive communication containing generated code, proposed changes, a summary or diff, status information, and/or other output. The communication may be provided through Codex in |

<table>
<tr><th>Claims of the ’198 Patent</th><th>Exemplary Accused System (Codex)</th></tr>
<tr><td></td><td>

ChatGPT, Codex cloud, an integrated development environment, or the terminal. *See supra* Claims 1[pre]–1[g].

OpenAI’s Codex page depicts a completed coding task with a written summary and an “Edited 16 files” card identifying changed files and offering the user a “Review” button.




https://openai.com/codex/ (last visited October 1, 2026)

</td></tr>
</table>